L. JULIUS M. TURMAN (SBN 226126)
BARBARA I. ANTONUCCI (SBN 209039)
PHILIP J. SMITH (SBN 232462)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
50 California, Suite 1625
San Francisco, CA 94111
Telephone: 415.918.3000
Facsimile: 415.918.3005

*Attorneys for Defendant*
**TESLA, INC. DBA TESLA MOTORS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  3:17-cv-06748<br><br>[Removal from Superior Court of California, Alameda County Superior Court Case No. RG117878854]<br><br>**DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF DEFENDANT TESLA'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

I, Barbara I. Antonucci declare as follows:

1. I am a Partner with the law firm Constangy, Brooks, Smith & Prophete, LLP, attorneys of record for Defendant Tesla, Inc. DBA Tesla Motors, Inc. ("Tesla" or "Defendant"). I am admitted to practice in the State of California and the United States District Court for the Northern District of California. The following facts are within my personal knowledge and, if called as a witness, could and would testify competently thereto.

2. On October 16, 2017, an action was commenced in the Superior Court of the State of California in and for the County of Alameda by Plaintiffs Demetric Di-az, Own Diaz and Lamar Patterson (collectively, "Plaintiffs"), which action is entitled Demetric Di-Az et al. v. Tesla, Inc. dba Tesla Motors, Inc. et al., Case No. RG17878854 (the "State Court Action"). A true and correct copy of the Complaint For Damages (the "Complaint") filed in the State Court Action is attached hereto as Exhibit A.

3. In addition to the Complaint, on October 16, 2017, Plaintiffs filed a Civil Case Cover Sheet (the "Cover Sheet") in the State Court Action. A true and correct copy of the Cover Sheet is attached hereto as Exhibit B.

4. On October 16, 2017, following receipt of the Complaint and Cover Sheet, the Alameda County Superior Court issued a Summons to Defendants Tesla, Inc. dba. Tesla Motors, Inc. ("Tesla"), Citistaff Solutions, Inc. ("CitiStaff Solutions"), West Valley Staffing Group ("West Valley") and Chartwell Staffing Services, Inc. ("Chartwell"). A true and correct copy of the Summons is attached hereto as Exhibit C.

5. On October 17, 2017, the Presiding Judge of the Superior Court of California, County of Alameda, issued a "Notice of Assignment of Judgment for All Purposes-September 6, 2017" (the "Notice"). The Notice advised that the State Court Action had been assigned to Judge Dennis Hayashi for all purposes. A true and correct copy of the Notice is attached hereto as Exhibit D.

6. On October 18, 2017, the Court issued a Notice of Case Management Conference and Order (the "CMC Order") in the State Court Action. A true and correct copy of the CMC Order issued in the State Court Action is attached hereto as Exhibit E.

DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF NOTICE OF REMOVAL OF ACTION -2- CASE NO. 3:17-cv-06748

1   7.   On October 31, 2017, Plaintiffs filed a Proof of Service of Summons relative to Tesla (the "Tesla POS"). Pursuant to the Tesla POS, Plaintiffs advised that on October 24, 2017, Plaintiffs served Tesla with a copy of the Summons, the Complaint, the Civil Case Cover Sheet, the Notice and the CMC Order. A true and correct copy of the Tesla POS is attached hereto as Exhibit F.

8.   On November 13, 2017, Plaintiffs filed a document entitled "Plaintiffs [sic] Jury Fee Deposit Pursuant to CCP §631(b)" (the "Jury Deposit"). A true and correct copy of the Jury Deposit is attached hereto as Exhibit G.

9.   On November 14, 2017, Plaintiffs filed a Proof of Service of Summons relative to Chartwell (the "Chartwell POS"). Pursuant to the Chartwell POS, Plaintiffs advised that on November 13, 2017, Plaintiffs served Chartwell with a copy of the Summons, the Complaint, the Civil Case Cover Sheet, the Notice and the CMC Order. A true and correct copy of the Chartwell POS is attached hereto as Exhibit H.

10.   On November 14, 2017, Plaintiffs filed a "Proof of Service by First-Class Mail-Civil" relative to Chartwell (the "Chartwell Mail POS"). A true and correct copy of the Chartwell Mail POS is attached hereto as Exhibit I.

11.   On November 14, 2017, Plaintiffs filed a Proof of Service of Summons relative to CitiStaff Solutions (the "CitiStaff Solutions POS"). Pursuant to the CitiStaff Solutions POS, Plaintiffs advised that on November 13, 2017, Plaintiffs served CitiStaff Solutions with a copy of the Summons, the Complaint, the Civil Case Cover Sheet, the Notice and the CMC Order. A true and correct copy of the CitiStaff Solutions POS is attached hereto as Exhibit J.

12.   On November 13, 2017, Plaintiffs filed a "Proof of Service by First-Class Mail-Civil" relative to CitiStaff Solutions (the "CitiStaff Solutions Mail POS"). A true and correct copy of the CitiStaff Solutions Mail POS is attached hereto as Exhibit K.

13.   On November 14, 2017, Plaintiffs filed a Proof of Service of Summons relative to their substituted service upon West Valley (the "West Valley POS"). Pursuant to the West Valley POS, Plaintiffs advised that on November 13, 2017, Plaintiffs served West Valley with a copy of the

Summons, the Complaint, the Civil Case Cover Sheet, the CMC Order and the Notice via Substituted Service. A true and correct copy of the West Valley POS is attached hereto as Exhibit L.

14. On November 13, 2017, Plaintiffs filed a "Proof of Service by First-Class Mail-Civil" relative to West Valley (the "West Valley Mail POS"). A true and correct copy of the West Valley Mail POS is attached hereto as Exhibit M.

15. Tesla filed and served its Answer to the Complaint (the "Answer") on November 22, 2017. A copy of the Answer is attached as Exhibit N.

16. CitiStaff filed and served its Answer to the Complaint (the "Answer") on November 22, 2017. A copy of the Answer is attached as Exhibit O.

17. To my knowledge, Exhibits A-O described above constitute all of the pleadings, process, and orders to date in the State Court Action.

18. In accordance with 28 U.S.C. § 1446(d), Defendant will, promptly after filing this Notice of Removal (the "Notice"), give written notice of the filing of the Notice to Plaintiff and the Clerk of the Alameda County Superior Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed this 22 day of November, 2017 at San Francisco, California.

*/s/ Barbara I. Antonucci*
Barbara I. Antonucci

DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF NOTICE OF REMOVAL OF ACTION   -4-   CASE NO. 3:17-cv-06748