# EXHIBIT "E"

⌐ California Civil Rights Law Group ⌐
Attn: Organ, Lawrence A.
332 San Anselmo Ave.
San Anselmo, CA  94960____
└                                                          ┘    └                                                          ┘

## Superior Court of California, County of Alameda

| Di-Az | | No. RG17878854 |
|---|---|---|
| | **Plaintiff/Petitioner(s)** | **NOTICE OF CASE MANAGEMENT** |
| | VS. | **CONFERENCE AND ORDER** |
| Tesla, Inc. | | Unlimited Jurisdiction |
| | **Defendant/Respondent(s)** | |
| | (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 03/02/2018 | Department: 518 | Judge: **Dennis Hayashi** |
|---|---|---|
| Time: 02:30 PM | Location: **Hayward Hall of Justice** | Clerk: **Dianne Hyatt** |
| | 3rd Floor | Clerk telephone: (510) 690-2727 |
| | 24405 Amador Street, Hayward CA 94544 | E-mail: |
| | | Dept518@alameda.courts.ca.gov |
| | Internet: www.alameda.courts.ca.gov | Fax: (510) 267-1585 |

### ORDERS

1. **Plaintiff** must:

   a. **Serve all named defendants and file proofs of service** on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must respond** as stated on the summons.

3. **All parties who have appeared before the date of the conference must:**

   a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110 at least **15** days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone. Contact CourtCall, an independent vendor, at least three business days before the scheduled conference. Call 1-888-882-6878, or fax a service request to (888) 882-2946. The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery. Submit them directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/18/2017.

By _P. Syamu_ digital

Deputy Clerk