# EXHIBIT "F"


20503533

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lawrence A. Organ ( SBN 175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>TELEPHONE NO.: (415) 453-4740   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plantiff | FILED FOR COURT USE ONLY<br>ALAMEDA COUNTY<br>2017 OCT 31 PM 4:07<br>CLERK OF THE SUPERIOR COURT<br>By Judith de Jesus<br>DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Unlimited | |
| PLAINTIFF/PETITIONER: Demetric Di-az, Owen Diaz, Lamar Patterson<br>DEFENDANT/RESPONDENT: Tesla, Inc. dba Tesla Motors, Inc., et al. | CASE NUMBER:<br>RG17878854 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Notice of CMC and Order; Notice of Assignment of Judge for all Purposes

3. a. Party served *(specify name of party as shown on documents served)*:
      Tesla, Inc. dba Tesla Motors, Inc

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Gabriela Sanchez - Process Specialist

4. Address where the party was served:
   C T Corp.- 818 W 7th St, Ste. 930, Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/24/2017   (2) at *(time)*: 1:55pm
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Demetric Di-az, Owen Diaz, Lamar Patterson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tesla, Inc. dba Tesla Motors, Inc., et al. | RG17878854 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:          (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☑ as the person sued under the fictitious name of *(specify)*: dba Tesla Motors, Inc.
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Tesla, Inc.
      under the following Code of Civil Procedure section:
      - ☑ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: Bruce Anderson - Evan Allen Services
   b. Address: 4425 Treat Blvd. #149, Concord CA 94521
   c. Telephone number: 925-525-9062
   d. **The fee for service was:** $ 55.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
          (i) ☐ owner ☐ employee ☑ independent contractor.
          (ii) Registration No.: 2016038557
          (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/25/2017

Bruce Anderson                                                              ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                    (SIGNATURE)