# EXHIBIT "G"

```
 1 | LAWRENCE A. ORGAN (SBN 175503)
   | NAVRUZ AVLONI (SBN 279556)
 2 | CALIFORNIA CIVIL RIGHTS LAW GROUP
   | 332 San Anselmo Avenue
 3 | San Anselmo, California 94960
   | Tel.:  (415) 453-4740
 4 | Fax.: (415) 785-7352
 5 | larry@civilrightsca.com
   | navruz@civilrightsca.com
 6 |
 7 | Attorneys for Plaintiffs
   | DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON
 8 |
```

FILED
ALAMEDA COUNTY
NOV 13 2017
CLERK OF THE SUPERIOR COURT
By _____
ERICA BAKER, Deputy

### IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, | Case No. RG17878854 |
| Plaintiffs, | **PLAINTIFF'S JURY FEE DEPOSIT PURSUANT TO CCP §631(b)** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

BY FAX

To the above court, the clerk thereof, and all concerned parties:

The statutory advance jury fee is tendered herewith on behalf of Plaintiffs Demetric Di-az, Owen Diaz, and Lamar Patterson.

Dated: November 13, 2017                 CALIFORNIA CIVIL RIGHTS LAW GROUP

                                         _____
                                         LAWRENCE A. ORGAN

---

Plaintiff's Jury Fee Deposit

1  LAWRENCE A. ORGAN
2  NAVRUZ AVLONI
   Attorneys for Plaintiffs
3  DEMETRIC DI-AZ, OWEN DIAZ and LAMAR
   PATTERSON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Plaintiff's Jury Fee Deposit