# EXHIBIT "J"

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Lawrence A. Organ ( SBN 175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>TELEPHONE NO.: (415) 453-4740   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FOR _____ 20556091<br><br>FILED<br>ALAMEDA COUNTY<br><br>NOV 14 2017<br><br>CLERK OF THE SUPERIOR COUR<br>By _____<br>Deput |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Unlimited | |
| PLAINTIFF/PETITIONER: Demitric Di-az, et al.<br>DEFENDANT/RESPONDENT: Tesla, Inc., et al. | CASE NUMBER:<br>RG17878854 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Assignment; Notice of CMC and Order

3. a. Party served *(specify name of party as shown on documents served):*
   CITISTAFF SOLUTIONS, INC.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   ERIKA SANCHEZ- Registered Agent for Service of Process

4. Address where the party was served:
   1111 W. TOWN AND COUNTRY RD SUITE 27, ORANGE CA 92868

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 11/13/2017  at *(time):* 11:55A  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Ofelia Lopez- Receptionist
   
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   *(date):*  from *(city):*   or [✓] a declaration of mailing is attached.
   
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Demitric Di-az, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tesla, Inc., et al. | RG17878854 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* CITISTAFF SOLUTIONS, INC.
      under the following Code of Civil Procedure section:
        ☑ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)  ☑ 416.90 (authorized person)
        ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                                   ☐ other:

7. Person who served papers
   a. Name: Andrew Lugo- Evan Allen Services
   b. Address: 4425 Treat Blvd. #149, Concord CA 94521
   c. Telephone number: 925-525-9062
   d. The fee for service was: $110.00
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
        (i) ☐ owner ☐ employee ☑ independent contractor.
        (ii) Registration No.: 1771
        (iii) County: Riverside

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 11/13/2017

Andrew Lugo
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

*Filed By Fax*