# EXHIBIT "L"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lawrence A. Organ (SBN 175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>TELEPHONE NO.: (415) 453-4740  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FILED<br>ALAMEDA COUNTY<br>NOV 14 2017<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Unlimited | |
| PLAINTIFF/PETITIONER: Demitric Di-az, et al. | CASE NUMBER:<br>RG17878854 |
| DEFENDANT/RESPONDENT: Tesla, Inc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ☐ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Notice of Assignment; Notice of CMC and Order

3. a. Party served *(specify name of party as shown on documents served)*:
      WEST VALLEY STAFFING GROUP

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   390 POTRERO AVE., SUNNYVALE CA 94085

5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ✓ by substituted service. On *(date)*: 11/13/2017 at *(time)*: 11:55A I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Kimberly Cruz- Receptionist at Front Desk
      (1) ✓ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ✓ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Demitric Di-az, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tesla, Inc., et al. | RG17878854 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: WEST VALLEY STAFFING GROUP
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)           ☑ 415.95 (business organization, form unknown)
   - ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   - ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   - ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   - ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: Kenneth Smith- Evan Allen Services
   b. Address: 4425 Treat Blvd. #149, Concord CA 94521
   c. Telephone number: 925-525-9062
   d. The fee for service was: $110.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 542
         (iii) County: Santa Clara

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 11/13/2017

Kenneth Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

Filed By Fax