# EXHIBIT "M"

20556087

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lawrence A. Organ (SBN 175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | **FILED**<br>ALAMEDA COUNTY<br><br>NOV 14 2017<br><br>CLERK OF THE SUPERIOR COURT<br>By_____<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Unlimited

PETITIONER/PLAINTIFF: Demitric Di-az, et al.

RESPONDENT/DEFENDANT: Tesla, Inc., et al.

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER: RG17878854

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   Evan Allen Services
   4425 Treat Blvd. #149, Concord CA 94521

3. On *(date):* 11/13/2017   I mailed from *(city and state):* Concord, CA
   the following **documents** *(specify):*
   Summons; Complaint; Civil Case Cover Sheet; Notice of Assignment; Notice of CMC and Order

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: WEST VALLEY STAFFING GROUP c/o person in charge
   b. **Address** of person served:
      390 POTRERO AVE., SUNNYVALE CA 94085

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/13/2017

Rob Goodstein
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)           ▶ *Rob Goodstein* (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

*Filed By Fax*