KENNETH SULZER (SBN 120253)
BARBARA I. ANTONUCCI (SBN 209039)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
50 California, Suite 1625
San Francisco, CA 94111
Telephone: 415.918.3000
Facsimile: 415.918.3005

*Attorneys for Defendant*
**CITISTAFF SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:17-CV-06748<br>[Removal from Superior Court of California, Alameda County Superior Court Case No. RG117878854]<br><br>**DEFENDANT CITISTAFF SOLUTIONS, INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION** |

Defendant CITISTAFF SOLUTIONS, INC. hereby joins in Defendant TESLA, INC. DBA TESLA MOTORS, INC.'s Notice of Removal to this Court of the state court action described in the said Notice of Removal.

DATED: November 22, 2017

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   */s/ Barbara I. Antonucci*
     Barbara I. Antonucci
     *Attorneys for Defendant*
     **CITISTAFF SOLUTIONS, INC.**