1 | L. JULIUS M. TURMAN (SBN 226126)
2 | BARBARA I. ANTONUCCI (SBN 209039)
    PHILIP J. SMITH (SBN 232462)
3 | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
    50 California, Suite 1625
4 | San Francisco, CA 94111
    Telephone: 415.918.3000
5 | Facsimile: 415.918.3005

6 | *Attorneys for Defendant*
    **TESLA, INC. DBA TESLA MOTORS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | Case No. 3:17-cv-06748 |
| Plaintiff, | **DEFENDANT TESLA, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant Tesla, Inc. ("Tesla") hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Federal Rule of Civil Procedure 7.1, Tesla does not have a parent company and no publicly held corporation owns 10% or more of Tesla's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that no listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED:   November 22, 2017

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Barbara I. Antonucci*
  Barbara I. Antonucci
  *Attorneys for Defendant*
  TESLA INC. DBA
  TESLA MOTORS, INC.