1  KENNETH SULZER (SBN 120253)
   BARBARA I. ANTONUCCI (SBN 209039)
2  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   50 California, Suite 1625
3  San Francisco, CA 94111
   Telephone: 415.918.3000
4  Facsimile: 415.918.3005

5  *Attorneys for Defendant*
   **CITISTAFF SOLUTIONS, INC.**
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | CASE NO. 3:17-cv-06748 |

   Plaintiff,

   vs.

   TESLA, INC. DBA TESLA MOTORS, INC.;
   CITISTAFF SOLUTIONS, INC.; WEST VALLEY
   STAFFING GROUP; CHARTWELL STAFFING
   SERVICES, INC. and DOES 1-10, inclusive,

   Defendants.

   **DEFENDANT CITISTAFF SOLUTIONS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant CitiStaff Solutions, Inc. ("CitiStaff Solutions") hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Federal Rule of Civil Procedure 7.1, CitiStaff Solutions does not have a parent company and no publicly held corporation owns 10% or more of CitiStaff Solutions' stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that no listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED:   November 22, 2017

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   */s/ Barbara I. Antonucci*
Barbara I. Antonucci
*Attorneys for Defendant*
**CITISTAFF SOLUTIONS, INC.**

CITISTAFF CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES        -2-        CASE NO. 3:17-CV-06748