ROGER M. MANSUKHANI (SBN: 164463)
CRAIG D. NICKERSON (SBN: 215067)
MEGAN L. HAYATI (SBN 271888)
GORDON & REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: 213-576-5000
Fax: 213-680-4470
mhayati@grsm.com

*Attorneys for Defendant*
**CHARTWELL STAFFING SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   3:17-cv-06748<br><br>[Removal from Superior Court of California, Alameda County Superior Court Case No. RG117878854 ]<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES' JOINDER IN NOTICE OF REMOVAL OF ACTION** |

Defendant CHARTWELL STAFFING SERVICES, INC. hereby joins in Defendant TESLA, INC. DBA TESLA MOTORS, INC.'s Notice of Removal to this Court of the state court action described in the said Notice of Removal.

DATED:  November 22, 2017          GORDON & REES SCULLY MANSUKHANI, LLP

By: */s/ Megan Hayati*
      Roger M. Mansukhani
      Megan L. Hayati
      Attorneys for Defendant
      CHARTWELL STAFFING
      SERVICES, INC.