1  ROGER M. MANSUKHANI (SBN: 164463)
   CRAIG D. NICKERSON (SBN: 215067)
2  MEGAN L. HAYATI (SBN: 271888)
   GORDON & REES SCULLY MANSUKHANI LLP
3  633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
4  Tel: 213-576-5000
   Fax: F: 213-680-4470
5  mhayati@grsm.com

6  *Attorneys for Defendant*
   **CHARTWELL STAFFING SERVICES, INC.**

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  3:17-cv-06748<br><br>[Removal from Superior Court of California, Alameda County Superior Court Case No. RG117878854 ]<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, 52nd Floor Los Angeles, CA 90071. On November 22, 2017, I served the foregoing document(s) entitled:

**DEFENDANT CHARTWELL STAFFING SERVICES' JOINDER IN NOTICE OF REMOVAL OF ACTION**

☐ **BY E-SERVICE:** I caused the document(s) listed above to be sent to the person at the e-mail address on the service list above on the dates and at the times stated thereon. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

-2-

| ☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(2)(E). | |
|---|---|
| Lawrence Organ, Esq.<br>Navruz Avloni, Esq.<br>CALIFORNIA CIVIL RIGHTS LAW GROUP<br>407 San Anselmo Ave., Ste 201<br>San Anselmo, CA 94960-2664<br>Telephone: (415) 453-4740<br>Fax: (415) 785-7352<br>larry@civilrightsca.com<br>navru@civilrightsca.com | Attorney for Plaintiffs<br>DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON |
| Barbara I. Antonucci, Esq.<br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>50 California St., Ste. 1625<br>San Francisco, CA 94111<br>Telephone: (415) 918.3000<br>Fax: (415) 918.3007<br>bantonucci@constangy.com | Attorneys for Defendants TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC. |
| Helene A. Simvoulakis-Panos, Esq.<br>Pahl McCay<br>225 W Santa Clara Street, Ste. 1500<br>San Jose, CA 95113<br>Telephone: (408) 286-5100<br>helene@pahl-mccay.com | Attorneys for Defendants<br>WEST VALLEY STAFFING GROUP |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 22, 2017 at Los Angeles, California.

_Karolin Sickles_
Karolin Sickles