1  L. JULIUS M. TURMAN (SBN 226126)
   BARBARA I. ANTONUCCI (SBN 209039)
2  PHILIP J. SMITH (SBN 232462)
   **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3  50 California, Suite 1625
   San Francisco, CA 94111
4  Telephone: 415.918.3000
   Facsimile: 415.918.3005
5
   *Attorneys for Defendant*
6  **TESLA, INC. DBA TESLA MOTORS, INC.**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | Case No. 3:17-cv-06748-SK |
   |---|---|
   | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | |
   | TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive, | |
   | Defendants. | |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Constangy, Smith, Brooks & Prophete, LLP, 50 California Street, Suite 1625, San Francisco, California 94111. On **November 22, 2017** I served true copies of the following document(s) described below:

- NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a);

- DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF DEFENDANT TESLA, INC. DBA TESLA MOTORS, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a);

- CIVIL COVER SHEET;

- DEFENDANT TESLA, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

- CASE ASSIGNED TO MAGISTRATE JUDGE SALLIE KIM [DKT 6] – CONSENT/DECLINATION DUE BY 12/6/17;

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

- CIVIL STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM, EFFECTIVE APRIL 18, 2017;

- CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE;

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

- UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – ECF REGISTRATION INFORMATION;

- FILING PROCEDURES (SAN FRANCISCO) – SUPPLEMENT TO LOCAL RULES; AND

- NOTICE TO PLAINTIFFS DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON AND CLERK OF THE SUPERIOR COURT OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1331 AND 1441(a)

on the interested parties in this action as follows:

Lawrence A. Organ                    *Attorneys for Plaintiffs*
Navruz Avloni
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

☑ **BY OVERNIGHT DELIVERY VIA FEDERAL EXPRESS:** I enclosed said document(s) in an envelope or package provided by Federal Express, and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 22, 2017**, in San Francisco, California.

_____
Cristi Shanahan