1  KENNETH SULZER (SBN 120253)
   BARBARA I. ANTONUCCI (SBN 209039)
2  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   50 California, Suite 1625
3  San Francisco, CA 94111
   Telephone: 415.918.3000
4  Facsimile: 415.918.3005

5  *Attorneys for Defendant*
   **CITISTAFF SOLUTIONS, INC.**
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | Case No. 3:17-cv-06748-SK |
11 |                                                              |                            |
   |                   Plaintiff,                                 | **CERTIFICATE OF SERVICE** |
12 |                                                              |                            |
13 |   vs.                                                        |                            |
14 | TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive, | |
15 |                                                              |                            |
16 |                   Defendants.                                |                            |

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE           -1-                    CASE NO. 3:17-CV-06748

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Constangy, Smith, Brooks & Prophete, LLP, 50 California Street, Suite 1625, San Francisco, California 94111. On **November 22, 2017** I served true copies of the following document(s) described below:

- **DEFENDANT CITISTAFF SOLUTIONS, INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION; AND**

- **DEFENDANT CITISTAFF SOLUTIONS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action as follows:

Lawrence A. Organ                    *Attorneys for Plaintiffs*
Navruz Avloni
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

☑ **BY OVERNIGHT DELIVERY VIA FEDERAL EXPRESS:** I enclosed said document(s) in an envelope or package provided by Federal Express, and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 22, 2017**, in San Francisco, California.

*/s/ Cristi Shanahan*
Cristi Shanahan