**PAHL & McCAY**
A Professional Law Corporation
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
**Helene A. Simvoulakis-Panos, Esq.** (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone:   (408) 286-5100
Facsimile:    (408) 286-5722
Email: fhorton@pahl-mccay.com
        hsimvoulakis@pahl-mccay.com

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON<br><br>Plaintiffs<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.,<br><br>Defendants | Case No.  3:17-CV-06748<br><br>**DEFENDANT WEST VALLEY STAFFING GROUP'S JOINDER IN NOTICE OF REMOVAL OF ACTION** |

Defendant WEST VALLEY STAFFING GROUP hereby joins in Defendant TESLA, INC. DBA TESLA MOTORS, INC.'s Notice of Removal to this Court of the state court action described in the said Notice of Removal.

DATED:  November 22, 2017      PAHL & McCAY
                                A Professional Law Corporation


                                By: */s/ Helene A. Simvoulakis*

                                    Helene A. Simvoulakis-Panos
                                    Attorneys for DEFENDANT
                                    WEST VALLEY STAFFING

--------------------                    1                    --------------------
**JOINDER IN NOTICE OF REMOVAL OF ACTION**                       (Case No. 3:17-CV-06748)