ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.


LAWRENCE ORGAN, ESQ.
larry@civilrightsca.com
NAVRUZ AVLONI, ESQ.
navru@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
407 San Anselmo Ave., Ste. 201
San Anselmo, CA 94960-2664
Tel: (415) 453-4740
Fax: (415) 785-7352

Attorneys for Plaintiffs, DEMETRIC DI-AZ, OWEN DIAZ
and LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC., and DOES 1-10,<br><br>Defendants. | CASE NO. 3:17-cv-06748<br><br>**JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANT CHARTWELL STAFFING SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FRCP 6(b); CivLR 6-1(a)]**<br><br>Complaint filed: October 16, 2017 |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District

-1-

of California, Plaintiffs DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON ("Plaintiffs") and Defendant Chartwell Staffing Services, Inc. ("Chartwell") stipulate as follows:

**WHEREAS**, Plaintiffs filed a complaint in this matter on October 16, 2017 ("Complaint") within the Superior Court of the State of California, County of Alameda;

**WHEREAS**, Chartwell was served with the Complaint on November 13, 2017;

**WHEREAS**, Chartwell was served with the Complaint again on November 16, 2017;

**WHEREAS**, Defendant Tesla, Inc. dba Tesla Motors, Inc. removed the case from the Superior Court of California, County of Alameda to the United States District Court, Northern District of California;

**WHEREAS**, Rule 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, permit the parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

**WHEREAS**, Plaintiffs and Chartwell agree that the extension of time for Chartwell to file a responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed by Court order; and

**WHEREAS**, this stipulation and extension shall not be deemed a waiver of the rights of Plaintiffs or Chartwell to assert any claims or defenses, including a motion to dismiss.

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** as follows:

Plaintiffs and Chartwell agree that the date by which Chartwell shall file a responsive pleading is extended to January 3, 2018.

Dated: December 4, 2017                    CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Navruz Avloni
Lawrence Organ
Navruz Avloni
Attorneys for Plaintiffs,
DEMETRIC DI-AZ,
OWEN DIAZ and LAMAR PATTERSON

Dated: December 4, 2017                    GORDON & REES LLP

By: /s/ *Brittney Dobbins*
Roger M. Mansukhani
Brittney R. Dobbins
Attorneys for Defendant,
CHARTWELL STAFFING SERVICES, INC.

-3-
JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANT CHARTWELL STAFFING SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT