ROGER M. MANSUKHANI  (SBN:  164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON  (SBN:  215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN:  215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone:  (213) 270-7868
Facsimile:  (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>     Plaintiffs,<br><br>  vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>     Defendants. | CASE NO. 3:17-cv-06748<br><br>**CERTIFICATE OF SERVICE** |

  I am a resident of the State of California, over the age of eighteen years, and not a party

to the within action.  My business address is: Gordon & Rees LLP 101 W. Broadway, Suite

1600, San Diego, California  92101.  On December 4, 2017, I served the within documents:

**JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANT CHARTWELL STAFFING SERVICES, INC.  TO RESPOND TO PLAINTIFF'S COMPLAINT [FRCP 6(b); CivLR 6-1(a)]**

❑ BY MAIL.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business

-1-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1    pursuant to Code of Civil Procedure §1013a.

2

3    ☐    by placing a true copy thereof enclosed in a sealed envelope, at a station
         designated for collection and processing of envelopes and packages for
4        overnight delivery by FedEx as part of the ordinary business practices of
         Gordon & Rees LLP described below, addressed as follows:
5    ☒    BY ELECTRONIC FILING.  I hereby certify that on December 4, 2017,
         a copy of the foregoing document was filed electronically.  Notice of this
6        filing will be sent by operation of the Court's electronic filing system to
         all parties indicated on the electronic filing receipt.  All other parties will
7        be served by regular U.S. Mail.  Parties may access this filing through the
         Court's electronic filing system.

8    | Lawrence Organ, Esq. | |
     | Navruz Avloni, Esq. | |
9    | CALIFORNIA CIVIL RIGHTS LAW | |
     | GROUP | |
10   | 407 San Anselmo Ave., Ste. 201 | |
     | San Anselmo, CA 94960-2664 | |
11   | Tel: (415) 453-4740 | |
     | Fax: (415) 785-7352 | |
12   | | |
     | Attorneys for Plaintiffs, DEMETRIC | |
13   | DI-AZ, OWEN DIAZ | |
     | and LAMAR PATTERSON | |

14

15       I am readily familiar with the firm's practice of collection and processing

16   correspondence for mailing.  Under that practice it would be deposited with the

17   U.S. Postal Service on that same day with postage thereon fully prepaid in the

18   ordinary course of business.  I am aware that on motion of the party served, service

19   is presumed invalid if postal cancellation date or postage meter date is more than

20   one day after the date of deposit for mailing in affidavit.

21       I declare under penalty of perjury under the laws of the United State of

22   America that I am employed in the office of a member of the Bar of this Court at

23   whose direction the service was made. Executed on December 4, 2017.

24

25

26                                   Maria Suarez-Lopez

27

28

1125462/30291642v.1

-2-

CERTIFICATE OF SERVICE

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101