1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    DEMETRIC DI-AZ, et al.,                    Case No.  17-cv-06748-SK
8                    Plaintiffs,
9          v.                                   **ORDER REASSIGNING CASE**
10   TESLA, INC., et al.,
11                   Defendants.
12
13         GOOD CAUSE APPEARING THEREFORE,
14         IT IS ORDERED that this case is reassigned to the Honorable Yvonne Gonzalez Rogers in
15   the Oakland division for all further proceedings.  Counsel are instructed that all future filings shall
16   bear the initials YGR immediately after the case number.
17         All hearing and trial dates presently scheduled are vacated.  However, existing briefing
18   schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge
19   to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior
20   briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also
21   remain unchanged.
22   Dated:  December 5, 2017            FOR THE EXECUTIVE COMMITTEE
23
24                                       _____
25                                       Susan Y. Soong
                                         Clerk, United States District Court
26
27
28   A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
Northern District of California