**PAHL & McCAY**
A Professional Law Corporation
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
**Helene A. Simvoulakis-Panos, Esq.** (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone:    (408) 286-5100
Facsimile:    (408) 286-5722
Email:  fhorton@pahl-mccay.com
        hsimvoulakis@pahl-mccay.com

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>              Plaintiffs<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICEDS, INC.,<br><br>              Defendants | Case No. 17-cv-06748-SK<br><br>PROOF OF SERVICE OF ANSWER TO COMPLAINT<br><br>Assigned to: Hon. *<br>Action Filed: *<br>Trial Date: TBA |

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2814/040 -
00585102.DOCX.1

*Di-Az, et al., v. Tesla, et al*
Northern District, Oakland Division: 17-cv-06748-SK

**PROOF OF SERVICE**

State of California       )
                          ) xx
County of Santa Clara  )

    I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1752. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

- **Defendant West Valley Staffing Group's Answer to Plaintiffs' Complaint for Damages.**

On the Addressee(s) below named in said action by:

    ☒  First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with The United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

    ☐  Facsimile at the fax numbers shown after each name below.

    ☐  By Federal Express pursuant to Code of Civil Procedure § 1005.

    ☐  By Electronic Mail. (Courtesy email)

**Addressee(s):**

Roger Mohan Mansukhani
Gordon & Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on December 4, 2017, San Jose, California.

_____
Lupe Austin

Pahl & McCay
A Professional Corp
225 W. Santa Clara St
Suite 1500
San Jose, CA 95113
(408) 286-5100

4322-002
00590063.DOCX

---

PROOF OF SERVICE        1       (Case No. 115CV282050)