ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 4:17-cv-06748-YGR<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT CHARTWELL STAFFING SERVICES, INC.**<br><br>[Local Rule 5-1(c)(2)(C)]<br><br>Judge: Yvonne Gonzalez Rogers |

**TO THE CLERK OF THE COURT, PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Jan Buddingh is no longer involved with this case and is therefore no longer representing Defendant CHARTWELL STAFFING SERVICES, INC. ("Defendant") as its attorney of record. Therefore, he should be terminated by the clerk and removed from the docket and all notifications for this matter.

///

///

Attorneys Roger Mansukhani, Craig Nickerson, and Brittney Dobbins of Gordon Rees Scully Mansukhani, LLP, are still representatives of Defendant and should remain on the docket as the attorneys of record for this matter.

Dated:  December 5, 2017

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Roger M. Mansukhani
Craig D. Nickerson
Brittney R. Dobbins
Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 4:17-cv-06748-SK<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 1600, San Diego, California 92101. On December 5, 2017, I served the within documents:

**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT, CHARTWELL STAFFING SERVICES, INC.**
**[Local Rule 5-1(c)(2)(C)]**

☐ BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business

-1-
CERTIFICATE OF SERVICE

pursuant to Code of Civil Procedure §1013a.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☒ BY ELECTRONIC FILING. I hereby certify that on December 5, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Lawrence Organ, Esq.
Navruz Avloni, Esq.
CALIFORNIA CIVIL RIGHTS LAW GROUP
407 San Anselmo Ave., Ste. 201
San Anselmo, CA 94960-2664
Tel: (415) 453-4740
Fax: (415) 785-7352

Attorneys for Plaintiffs, DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United State of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on December 5, 2017.

_____
Maria Suarez-Lopez

1146672/35888630v.1

-2-
CERTIFICATE OF SERVICE