1  KENNETH SULZER (SBN 120253)
   BARBARA I. ANTONUCCI (SBN 209039)
2  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3  351 California, Suite 200
   San Francisco, CA  94104
4  Telephone:  415.918.3000
   Facsimile:   415.918.3005
5
   *Attorneys for Defendant*
6  **CITISTAFF SOLUTIONS, INC.**
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10 | DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | Case No.   3:17-cv-06748-WHO |
11 |  | **NOTICE OF CHANGE OF ADDRESS** |
12 | Plaintiff, |  |
13 |  |  |
14 | vs. |  |
15 |  |  |
16 | TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive, |  |
17 |  |  |
18 |  |  |
19 | Defendants. |  |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP has changed its address for service of notices and documents in the above-captioned action. The new address of the firm is as follows:

> **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
> **351 California Street**
> **Suite 200**
> **San Francisco, CA  94104**
> Telephone:  415.918.3000
> Facsimile:   415.918.3003

Please amend your service list accordingly.

DATED:     December 14, 2017            **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Barbara I. Antonucci*
     Barbara I. Antonucci
     ***Attorneys for Defendant***
     CitiStaff Solutions, Inc.