1  L. JULIUS M. TURMAN (SBN 226126)
   BARBARA I. ANTONUCCI (SBN 209039)
2  PHILIP J. SMITH (SBN 232462)
   **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3  351 California, Suite 200
4  San Francisco, CA 94104
   Telephone: 415.918.3000
5  Facsimile: 415.918.3003

6  *Attorneys for Defendant*
7  **TESLA, INC. DBA TESLA MOTORS, INC.**

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual | Case No.  3:17-cv-06748-WHO |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP has changed its address for service of notices and documents in the above-captioned action. The new address of the firm is as follows:

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
**351 California Street**
**Suite 200**
**San Francisco, CA  94104**
Telephone:  415.918.3000
Facsimile:   415.918.3003

Please amend your service list accordingly.

DATED:  December 14, 2017    **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Barbara I. Antonucci*
    Barbara I. Antonucci
    ***Attorneys for Defendant***
    TESLA INC. DBA
    TESLA MOTORS, INC.