AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DEMETRIC DI-AZ, et al. )
*Plaintiff* )
v. ) Case No. 3:17-cv-06748-YGR
TESLA, INC., DBA TESLA MOTORS, INC., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, CHARTWELL STAFFING SERVICES, INC.

Date: 01/02/2018

*Megan L. Hayati*
*Attorney's signature*

Megan L. Hayati / 271888
*Printed name and bar number*
Gordon Rees Scully Mansukhani LLP
101 West Broadway, Suite 2000
San Diego, CA  92101
*Address*

mhayati@grsm.com
*E-mail address*

(619) 696-6700
*Telephone number*

(619) 696-7124
*FAX number*



