AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| DEMETRIC DI-AZ, et al.<br>*Plaintiff*<br>v.<br>TESLA, INC., DBA TESLA MOTORS, INC., et al.<br>*Defendant* | ) ) ) ) ) | Case No. 3:17-cv-06748-YGR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, CHARTWELL STAFFING SERVICES, INC.

Date: 01/02/2018

*/s/ Megan (L.)*

*Attorney's signature*

Megan L. Hayati / 271888
*Printed name and bar number*
Gordon Rees Scully Mansukhani LLP
101 West Broadway, Suite 2000
San Diego, CA  92101

*Address*

mhayati@grsm.com
*E-mail address*

(619) 696-6700
*Telephone number*

(619) 696-7124
*FAX number*

