AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| DEMETRIC DI-AZ, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:17-cv-06748-YGR |
| TESLA, INC., DBA TESLA MOTORS, INC., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, TESLA, INC. DBA TESLA MOTORS, INC.

Date: 01/02/2018

*Attorney's signature*

Aaron M. Rutschman / 288273
*Printed name and bar number*

Constangy, Brooks, Smith & Prophete, LLP
2029 Century Park East, Suite 1100
Los Angeles, California 91364
*Address*

arutschman@constangy.com
*E-mail address*

(310) 909-7775
*Telephone number*

(424) 465-6630
*FAX number*