ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES OR PERSONS (LOCAL RULE 3-15)**<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for defendant CHARTWELL STAFFING SERVICES, INC. ("Defendant") certifies pursuant to Civil L.R. 3-15, that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities or persons may have a financial interest in the subject matter in controversy or in a party to the proceeding, or a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

-1-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES OR PERSONS
(LOCAL RULE 3-15)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Lamar Patterson | Plaintiff |
| Demetric Di-az | Plaintiff |
| Owen Diaz | Plaintiff |
| Tesla, Inc. | Defendant |
| Citistaff Solutions, Inc. | Defendant |
| West Valley Staffing Group | Defendant |
| Chartwell Staffing Services, Inc., a New York Corporation | Defendant and subcontractor of nextSource, Inc. to provide temporary staffing services directly to Tesla. |
| nextSource, Inc., a New York Corporation | Maintains a master services agreement with Tesla to supply temporary staffing services. |
| Zurich American Insurance Company | Defendant Chartwell Staffing Services, Inc.'s insurance carrier. |

Dated:  January 16, 2018                    GORDON REES SCULLY
                                            MANSUKHANI, LLP

                                            By:  */s/Brittney R. Dobbins*
                                                 Roger M. Mansukhani
                                                 Craig D. Nickerson
                                                 Megan L. Hayati
                                                 Brittney R. Dobbins
                                                 Attorneys for Defendant
                                                 CHARTWELL STAFFING
                                                 SERVICES, INC.

-2-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES OR PERSONS
(LOCAL RULE 3-15)