ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 21, 2018, at 2:00 **p.m.**, or as soon thereafter as the matter may be heard before the Honorable William H. Orrick, in Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant CHARTWELL STAFFING SERVICES, INC. ("Defendant") will and herby does move as follows:

-1-
DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S NOTICE OF MOTION AND
MOTION TO COMPEL ARBITRATION

1) For an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6), dismissing with prejudice the claims brought by Plaintiff Lamar Paterson ("Plaintiff") for lack of jurisdiction because Plaintiff agreed to submit to binding arbitration any and all claims arising out of his employment with Defendant and co-defendant Tesla, Inc. to binding arbitration; or

2) For an Order, pursuant to the Federal Arbitration Act (9 U.S.C. § 3), staying the claims brought by Plaintiff and compelling him to arbitrate his claims for relief against Defendant and Tesla.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in support thereof, the supporting declarations of Brittney Dobbins and Jannette Van Gorkum, the Request for Judicial Notice, and all accompanying attachments thereto, all papers and pleadings filed in this action, and any other evidence and argument as may be presented in connection with the hearing on the Motion.

Dated: January 16, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Brittney R. Dobbins*
Roger M. Mansukhani
Craig D. Nickerson
Megan L. Hayati
Brittney R. Dobbins
Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.