ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**DECLARATION OF BRITTNEY R. DOBBINS IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

**DECLERATION OF BRITTNEY R. DOBBINS**

I, Brittney R. Dobbins hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court. I am an associate attorney with the law firm of Gordon Rees Scully Mansukhani, LLP, counsel of record for Defendant Chartwell Staffing Services, Inc. ("Defendant" or "Chartwell"). Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called upon as a witness, I could and would competently testify

-1-
DECLERATION OF BRITTNEY R. DOBBINS IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION

thereto.

2. On October 16, 2017, plaintiff Lamar Patterson ("Plaintiff") filed a complaint for, among other things, wrongful termination and race discrimination. A true and correct copy of the complaint is attached hereto as **Exhibit A**.

3. On December 22, 2017, Chartwell joined in Tesla, Inc.'s notice of removal. A true and correct copy of the joinder is enclosed hereto as **Exhibit B**.

4. The arbitration agreement incorporates the JAMS Employment Arbitration Rules and Procedures.  A true and correct copy of the rules and procedures are enclosed hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 16, 2018, at San Diego, California.

*/s/Brittney R. Dobbins*
Brittney R. Dobbins