ROGER M. MANSUKHANI  (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON  (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 215067)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone:  (213) 270-7868
Facsimile:  (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:  February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

Defendant CHARTWELL STAFFING SERVICES, INC. ("Defendant") hereby respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following federal court documents on the grounds that the documents are generally known within the Court's territorial jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

/ / /

/ / /

/ / /

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION

-2-

| ATTACHMENT | DESCRIPTION |
|---|---|
| A. | *Lambert v. Tesla et al.*, United States District Court for the Northern District of California Order Granting Motion To Compel Arbitration And Denying Motion For Partial Summary Judgment |

Rule 201(b) of the Federal Rules of Evidence provides that a "judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. Federal courts routinely take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, n.6 (9th Cir. 2006). Accordingly, Defendant respectfully requests that the Court take judicial notice of **Attachment A** hereto, which is a true and correct copy of the Court's Order Granting Tesla's Motion to Compel Arbitration in *Lambert v. Tesla et al.*, Northern District of California case number 17-cv-05369-VC.

Dated:  January 16, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Brittney S. Dobbins*
    Roger M. Mansukhani
    Craig D. Nickerson
    Megan L. Hayati
    Brittney R. Dobbins
    Attorneys for Defendant
    CHARTWELL STAFFING SERVICES, INC.