Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>**Trial Date: Not Set** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 21, 2018, at 2:00 p.m. in Department Courtroom 2 of the above-entitled Court, the Honorable William H. Orrick presiding, Defendant CHARTWELL STAFFING SERVICES, INC.'s ("Defendant") Motion to Compel Binding Arbitration ("Motion") came on for hearing.

Having considered Defendant's Motion and supporting papers, as well as the opposition papers, reply papers, oral argument, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** as follows:

\_\_\_\_\_ Plaintiff LAMAR PATTERSON ("Plaintiff") shall submit to binding arbitration under the terms set forth in the Arbitration Agreement ("Agreement") executed by Plaintiff. This action is **STAYED** pending the outcome of the binding arbitration pursuant to 9 U.S.C. § 3;

-1-
DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S [PROPOSED] ORDER
GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

or

\_\_\_\_\_ Plaintiff LAMAR PATTERSON ("Plaintiff") shall submit to binding arbitration under the terms set forth in the Arbitration Agreement ("Agreement") executed by Plaintiff. This action is **DISMISSED** pursuant Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to commence binding arbitration within _____ calendar days of this Order.  A post-arbitration Status Conference is scheduled on _____ at _____a.m./p.m.

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. William H. Orrick
District Court Judge