1  ROGER M. MANSUKHANI (SBN: 164463)
   rmansukhani@grsm.com
2  CRAIG D. NICKERSON (SBN: 215067)
   cnickerson@grsm.com
3  BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
   BDOBBINS@GRSM.COM
4  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway Suite 2000
5  San Diego, CA 92101
   Telephone: (213) 270-7868
6  Facsimile: (619) 696-7124

7  Attorneys for Defendant
   CHARTWELL STAFFING SERVICES, INC.
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 | DEMETRIC DI-AZ, OWEN DIAZ and | CASE NO. 3:17-cv-06748-WHO
   | LAMAR PATTERSON,
12 |                                | **CERTIFICATE OF SERVICE**
   |              Plaintiffs,
13 |
   |      vs.
14 |
   | TESLA, INC. DBA TESLA
15 | MOTORS, INC.; CITISTAFF
   | SOLUTIONS, INC.; WEST VALLEY
16 | STAFFING GROUP; CHARTWELL
   | STAFFING SERVICES, INC.; and
17 | DOES 1-10, inclusive,
   |
18 |              Defendants.

19

20       I am a resident of the State of California, over the age of eighteen years, and not a party

21 to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite

22 1600, San Diego, California 92101. On January 16, 2018, I served the within documents:

23 **DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S NOTICE OF
   MOTION AND MOTION TO COMPEL ARBITRATION;**
24

   **DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S
25 MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
   MOTION TO COMPEL ARBITRATION**
26

   **DECLARATION OF BRITTNEY R. DOBBINS IN SUPPORT OF
27 CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL
   ARBITRATION;**
28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1  **EXHIBITS A, B AND D**

2  **DECLARATION OF JANNETTE VAN GORKUM IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**

3  

4  **EXHIBIT C**

5  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**

6  **ATTACHMENT A**

7  

8  **DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**

9  

10  ☐ BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

11  

12  

13  ☒ BY ELECTRONIC FILING. I hereby certify that on January 16, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

14  

15  

| | |
|---|---|
| Lawrence Organ, Esq.<br>Navruz Avloni, Esq.<br>CALIFORNIA CIVIL RIGHTS LAW GROUP<br>407 San Anselmo Ave., Ste. 201<br>San Anselmo, CA 94960-2664<br>Tel: (415) 453-4740<br>Fax: (415) 785-7352 | Attorneys for Plaintiffs, DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON |
| Barbara I. Antonucci<br>Constangy Brooks Smith & Prophete, LLP<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104<br>Telephone: 415.918.3000<br>Facsimile: 415.918.3003<br>Email: bantonucci@constangy.com | Counsel for Defendant CITISTAFF SOLUTIONS, INC. |

| | |
|---|---|
| Barbara I. Antonucci<br>L. Julius M. Turman<br>Philip James Smith<br>Constangy Brooks Smith & Prophete, LLP<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104<br>Telephone: 415.918.3000<br>Facsimile: 415.918.3003<br>Email: bantonucci@constangy.com<br>Email: jturman@constangy.com<br>Email: psmith@constangy.com | Counsel for Defendant TESLA |
| Fenn C. Horton, III<br>Helene Anastasia Simvoulakis<br>Pahl & McKay<br>A Professional Corporation<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113-1752<br>408-286-5100<br>Fax: 408-286-5722<br>Email: fhorton@pahl-mccay.com<br>Email: hsimvoulakis@pahl-mccay.com | Counsel for WEST VALLEY STAFFING GROUP |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United State of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on January 16, 2018.

*Karolin Sickles*
Karolin Sickles