L. JULIUS M. TURMAN (SBN 226126)
jturman@constangy.com
BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA  94104
Telephone:  415.918.3000
Facsimile:   415.918.3005

Attorneys for Defendant
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   3:17-cv-06748-WHO<br><br>**DECLARATION OF AARON M. RUTSCHMAN IN SUPPORT OF DEFENDANT TESLA, INC. DBA TESLA MOTORS, INC.'S JOINDER TO CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Removal: November 22, 2017<br>Trial Date: None Set |

## DECLARATION OF AARON M. RUTSCHMAN

I, Aaron M. Rutschman, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to appear before this Court. I am an associate of the Los Angeles and San Francisco offices of Constangy, Brooks, Smith & Prophete, LLC, attorneys of record for Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"). I have personal knowledge of the matters stated herein and can competently testify to each of them.

2. I submit this declaration in support of Tesla's Joinder to Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") Motion to Compel Arbitration.

3. On or about October 16, 2017, Plaintiff filed a complaint in the Alameda Superior Court purporting to allege 11 causes of action, including: (1) race discrimination, harassment, retaliation, failure to prevent, constructive and wrongful termination (42 U.S.C. § 1981); (2) race discrimination (Unruh Civil Rights Act); (3) interference with constitutional rights (Bane Act); (4) race harassment (FEHA); (5) race discrimination (race) (FEHA); (6) retaliation (FEHA); (7) failure to prevent (FEHA); (8) negligent infliction of emotional distress; (9) intentional infliction of emotional distress; (10) negligent hiring, retention and supervision; and (11) constructive wrongful discharge in violation of public policy. Plaintiff seeks general and special damages, punitive damages, civil penalties, attorneys' fees, interest, costs and injunctive relief.

4. On or around November 22, 2017, Tesla removed this action to the Northern District of California and Chartwell joined in the removal.

5. Tesla and Chartwell have not waived any right to compel binding arbitration as no discovery has been undertaken by any party to this action to date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed January 17, 2018 at Los Angeles, California.

/s/ *Aaron M. Rutschman*
Aaron M. Rutschman