L. JULIUS M. TURMAN (SBN 226126)
jturman@constangy.com
BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA  94104
Telephone:  415.918.3000
Facsimile:   415.918.3005

Attorneys for Defendant
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   3:17-cv-06748-WHO<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TESLA, INC. DBA TESLA MOTORS, INC.'S JOINDER TO CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Removal: November 22, 2017<br>Trial Date: None Set |

Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") hereby respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following federal court documents on the grounds that the documents are generally known within the Court's territorial jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

| ATTACHMENT | DESCRIPTION |
| --- | --- |
| A. | Complaint for damages filed by Plaintiff Lamar Patterson in Alameda Superior Court (Dkt. #1-2). |
| B. | *Lambert v. Tesla et al.,* United States District Court for the Northern District of California Order Granting Motion To Compel Arbitration And Denying Motion for Partial Summary Judgment. |
| C. | Declaration of Jannette Van Gorkum In Support of Chartwell Staffing Services, Inc.'s Motion to Compel. |
| D. | Exhibit C to Van Gorkum Declaration. |

Rule 201(b) of the Federal Rules of Evidence provides that a "judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. Federal courts routinely take judicial notice of court filing and other matters of public record. *Reyn's Pasta Bella, LLC v. Via USA, Inc.* 442 F.3d 741, 746, n.6 (9th Cir. 2006). Accordingly, Tesla respectfully requests that the Court take judicial notice of **Attachments A – D** hereto.

DATED:   January 17, 2018         **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Barbara I. Antonucci*
       Barbara I. Antonucci
       Attorneys for Defendant
       TESLA INC. DBA TESLA MOTORS, INC.