ATTACHMENT C

| | |
|---|---|
| 1 | ROGER M. MANSUKHANI (SBN: 164463) |
|   | rmansukhani@grsm.com |
| 2 | CRAIG D. NICKERSON (SBN: 215067) |
|   | cnickerson@grsm.com |
| 3 | MEGAN L. HAYATI (SBN: 271888) |
|   | mhayati@grsm.com |
| 4 | BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768) |
|   | BDOBBINS@GRSM.COM |
| 5 | GORDON REES SCULLY MANSUKHANI, LLP |
|   | 101 W. Broadway Suite 2000 |
| 6 | San Diego, CA 92101 |
|   | Telephone: (213) 270-7868 |
| 7 | Facsimile: (619) 696-7124 |
| 8 | Attorneys for Defendant |
|   | CHARTWELL STAFFING SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**DECLARATION OF JANNETTE VAN GORKUM IN SUPPORT OF CHARTWELL STAFFING SERVICES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

**DECLARATION OF JANNETTE VAN GORKUM**

I, Jannette Van Gorkum hereby declare and state as follows:

1. I hold the position of Regional Human Resources Manager for Defendant Chartwell Staffing Services, Inc. ("Chartwell" or "Defendant"). My responsibilities include providing human resources support to Chartwell's offices and assisting with the implementation of personnel policies and practices. In my position, I have access to the personnel records of the workers that Chartwell

-1-

places with its clients, including those of Plaintiff Lamar Patterson ("Plaintiff"). The facts set forth herein are based on my own personal knowledge and on Chartwell's business records. To the extent this declaration is based on business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Chartwell's business to maintain such records. If called to testify, I could and would competently testify to the contents of this declaration.

2. I have access to and have reviewed Plaintiff's personnel records. Plaintiff's personnel file reflects that Plaintiff signed Chartwell's stand-alone Arbitration Agreement ("Agreement") under which he and Chartwell mutually agreed to binding arbitration of any disputes arising from his employment or association with Chartwell. A true and correct copy of the Agreement is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 16, 2018, at Anaheim, California.

*Jannette VanGorkum*

Jannette VanGorkum