1

2

3

4

5

6                                   UNITED STATES DISTRICT COURT

7                                 NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>                       Plaintiff,<br><br>        vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.:    3:17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC. DBA TESLA MOTORS, INC.'S [PROPOSED] ORDER GRANTING JOINDER TO CHARTWELL STAFFING SERVICES, INC.S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Removal: November 22, 2017<br>Trial Date: None Set |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On February 21, 2018, at 2:00 p.m. in Courtroom 2 of the above-entitled Court, the Honorable William H. Orrick presiding, Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") Motion to Compel Arbitration ("Motion") and Defendant Tesla, Inc. dba Tesla Motors, Inc.'s ("Tesla") Joinder to Chartwell's Motion ("Joinder") came before the Court for hearing.

Having considered Chartwell's Motion and supporting papers, Tesla's Joinder and supporting papers, as well as all opposition papers, reply papers and oral argument, and good cause appearing:

**IT IS HEREBY ORDERED** that Tesla's Joinder is **GRANTED** as follows:

_____ Plaintiff LAMAR PATTERSON ("Plaintiff") shall submit to binding arbitration under the terms set forth in the Arbitration Agreement ("Agreement") executed by Plaintiff. Plaintiff's claims against Tesla are STAYED pending the outcome of the binding arbitration pursuant to 9 U.S.C. § 3; or

_____ Plaintiff shall submit to binding arbitration under the terms set forth in the Agreement executed by Plaintiff. Plaintiff's claims against Tesla are DISMISSED pursuant Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to commence binding arbitration within _____ calendar days of this Order. A post-arbitration Status Conference is scheduled on _____,    2018    at _____a.m./p.m. in Department _____.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                        Hon. William H. Orrick
                                                                        District Court Judge