Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs
DEMETRIC DIAZ, OWEN DIAZ,
And LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DIAZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROU; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF NAVRUZ AVLONI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     February 21, 2018<br>Time:    2:00 p.m.<br>Location: San Francisco Courthouse<br>          Courtroom 2-17th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102<br>Judge:   Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

1
DECLARATION OF NAVRUZ AVLONI, IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING ING.'S MOTION TO COMPEL
ARBITRATION

I, NAVRUZ AVLONI, hereby declare:

1.     I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Lamar Patterson in this action. I submit this Declaration in support of Plaintiff Lamar Patterson's Opposition to Defendant Chartwell Staffing, Inc.'s Motion to Compel Arbitration. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2.     Prior to filing this opposition, I searched the JAMS' website for their Orange County office and the search result showed the following location: 500 N. State College Blvd. (at E. Orangewood Ave.) 14th Floor Orange, California 92868. *See,* https://www.jamsadr.com/jams-orange-ca.

3.     Prior to filing this opposition, I used Google Maps to estimate the distance between JAMS Orange County office at 500 N. State College Blvd, CA 92868 and Berkeley, California. Google Maps showed that the distance is 403 miles via I-5 n and 424 miles via I-5 N and CA-99 N.

4.     Prior to filing this opposition, I used Google Maps to estimate the distance between JAMS Orange County office and Chartwell's Hayward location (777 Southland Dr. #235, Hayward, CA 94545). Google Maps showed that the distance between these two locations is 390 miles via I-5 N and 412 miles via 1-5 N and CA-99 N.

5.     Prior to filing this opposition, I used Google Maps to estimate the distance between JAMS Orange County office and Tesla's Factory in Fremont, California (45500 Fremont Blvd, Fremont, CA 94538). Google Maps showed that the distance between these two locations is 378 miles via I-5 N and 416 miles via I-5 N and CA-99 N.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed on January 30, 2018 in San Anselmo, California.

_____
Navruz Avloni

---

3
DECLARATION OF NAVRUZ AVLONI, IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING ING.'S MOTION TO COMPEL ARBITRATION