Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs
DEMETRIC DIAZ, OWEN DIAZ,
And LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DIAZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,   L.P<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROU; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF LAMAR PATTERSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:　　February 21, 2018<br>Time:　　2:00 p.m.<br>Location: San Francisco Courthouse<br>　　　　　Courtroom 2-17th Floor<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA 94102<br>Judge:　　Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date: Not Set |

---

DECLARATION OF LAMAR PATTERSON, IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING ING.'S MOTION TO COMPEL
ARBITRATION

I, LAMAR PATTERSON, hereby declare:

1. I am the Plaintiff in the above-referenced action, and make all of the statements herein of my personal knowledge, except as to those matters stated on information and belief, and as to those matters, believe them to be true, and if called as a witness, could and would testify competently thereto.

2. During the process of obtaining job placement at Tesla, Inc. ("Tesla"), I visited Chartwell Staffing, Inc.'s Hayward, California location. I have never been to Chartwell Staffing, Inc.'s Orange County, California location.

3. In approximately January 2016, Chartwell Staffing, Inc. placed me at Tesla's Fremont, California factory. I have not worked at any other Tesla locations.

4. I currently reside in Berkeley, California.

5. My income for the 2017 year, was approximately $15,000 to $20,000.

6. The prohibitively high cost of traveling to and from Orange County, and staying in Orange County for purposes of this arbitration, would likely result in my inability to pursue my claims on the merits.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed on January 30, 2018 in Oakland, California.

*Lamar Patterson*
Lamar Patterson

2
DECLARATION OF LAMAR PATTERSON, IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT CHARTWELL STAFFING ING.'S MOTION TO COMPEL
ARBITRATION