ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN HAYATI (SBN: 271888)
mhayati@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
bdobbins@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC., and DOES 1-10,<br><br>Defendants. | CASE NO. 3:17-cv-06748<br><br>**JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**<br><br>Complaint filed: October 16, 2017 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lamar Patterson ("Patterson") and Defendants Tesla Inc., dba Tesla Motors, Inc., and Chartwell Staffing Services, Inc. as follows:

**WHEREAS**, Plaintiffs filed a complaint in this matter on October 16, 2017 ("Complaint") within the Superior Court of the State of California, County of Alameda alleging the following eleven causes of action, all of which he contends arose out of his employment: (1) Race Discrimination, harassment, retaliation, failure to prevent discrimination and harassment, constructive and wrongful termination (42 U.S.C. section 1981) (against Tesla and Chartwell); (2) Race

-1-
**JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**

Discrimination (Unruh Civil Rights Act) (against Tesla); (3) Interference with Constitutional Rights (Bane Act) (against Tesla and Chartwell); (4) Racial Harassment (FEHA) (against Tesla and Chartwell); (5) Race Discrimination (FEHA) (against Tesla and Chartwell); (6) Retaliation (FEHA) (against Tesla and Chartwell); (7) Failure to Prevent Discrimination and Harassment (FEHA) (against Tesla and Chartwell); (8) Negligent Infliction of Emotional Distress (against Tesla and Chartwell); (9) Intentional Infliction of Emotional Distress (against Tesla and Chartwell); (10) Negligent Hiring Retention and Supervision (against Tesla and Chartwell); and (11) Constructive Discharge in violation of public policy (against Tesla and Chartwell);

**WHEREAS**, Defendant Tesla, Inc. dba Tesla Motors, Inc. answered and removed the case from the Superior Court of California, County of Alameda to the United States District Court, Northern District of California;

**WHEREAS**, Defendant Chartwell Staffing Services, Inc. filed a Motion to Compel Arbitration on January 16, 2018 with a hearing set for February 21, 2018.

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1) The parties stipulate to submit all of Patterson's claims to final and binding arbitration before JAMS pursuant to the terms in the Chartwell Staffing Services, Inc. Arbitration Agreement;

2) The parties agree to arbitrate this matter through JAMS in San Francisco, California; rather than in Orange County, California, as stated in the Chartwell Staffing Services, Inc. Arbitration Agreement.

3) The parties agree that the arbitrator would have the power to decide to award Plaintiff with any statutory remedies available to him under applicable law, including attorney fees and costs, and that such a right would not be limited in any way by the Chartwell Staffing Services, Inc.

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Arbitration Agreement provision stating that, "Parties shall each bear their own costs...and fees...". By making this stipulation, Defendants do not intend to and do not alter or revoke the class, collective or representative action waiver contained in the Chartwell Staffing Services, Inc. Arbitration Agreement.

4) The parties further stipulate that the United States District Court, Northern District of California, shall retain jurisdiction of this matter and that all deadlines, hearings and court proceedings as to Mr. Patterson shall be stayed pending a completed arbitration.

Dated: February 6, 2018　　　　　　　　　CALIFORNIA CIVIL RIGHTS LAW GROUP

By: */s/ Navruz Avloni*
　　　Lawrence Organ
　　　Navruz Avloni
　　　Attorneys for Plaintiffs,
　　　DEMETRIC DI-AZ,
　　　OWEN DIAZ and LAMAR
　　　PATTERSON

Dated: February 6, 2018　　　　　　　　　GORDON & REES LLP

By: */s/ Megan Hayati*
　　　Roger M. Mansukhani
　　　Craig Nickerson
　　　Megan Hayati
　　　Brittney R. Dobbins
　　　Attorneys for Defendant,
　　　CHARTWELL STAFFING
　　　SERVICES, INC.

-3-

**JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  Dated: February 6, 2018            CONSTANGY, BROOKS, SMITH & PROPHETE

By: */s/ Barbara I. Antonucci*
Barbara I. Antonucci
Attorneys for Defendant
TESLA INC. dba TESLA MOTORS, INC

-4-
**JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**