ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
BRITTNEY RENEE-MOSS DOBBINS (SBN: 299768)
BDOBBINS@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile: (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 1600, San Diego, California 92101. On February 6, 2018, I served the within documents:

**JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS;**

**ORDER RE STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**

☐ BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business

-1-
CERTIFICATE OF SERVICE

1     pursuant to Code of Civil Procedure §1013a.

2     ☒ BY ELECTRONIC FILING.  I hereby certify that on February 6, 2018, a
3     copy of the foregoing document was filed electronically.  Notice of this
      filing will be sent by operation of the Court's electronic filing system to
4     all parties indicated on the electronic filing receipt.  All other parties will
      be served by regular U.S. Mail.  Parties may access this filing through the
5     Court's electronic filing system.

| | |
|---|---|
| 6  Lawrence Organ, Esq.<br>Navruz Avloni, Esq.<br>7  CALIFORNIA CIVIL RIGHTS LAW GROUP<br>8  407 San Anselmo Ave., Ste. 201<br>San Anselmo, CA 94960-2664<br>9  Tel: (415) 453-4740<br>Fax: (415) 785-7352<br>10 | Attorneys for Plaintiffs, DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON |
| 11  Barbara I. Antonucci<br>Constangy Brooks Smith & Prophete, LLP<br>12  351 California Street<br>13  Suite 200<br>San Francisco, CA 94104<br>14  Telephone: 415.918.3000<br>Facsimile: 415.918.3003<br>15  Email: bantonucci@constangy.com<br>16 | Counsel for Defendant CITISTAFF SOLUTIONS, INC. |
| 17  Barbara I. Antonucci<br>L. Julius M. Turman<br>18  Philip James Smith<br>Constangy Brooks Smith & Prophete, LLP<br>19  351 California Street<br>20  Suite 200<br>San Francisco, CA 94104<br>21  Telephone: 415.918.3000<br>Facsimile: 415.918.3003<br>22  Email: bantonucci@constangy.com<br>Email: jturman@constangy.com<br>23  Email: psmith@constangy.com<br>24 | Counsel for Defendant TESLA |
| 25  Fenn C. Horton, III<br>Helene Anastasia Simvoulakis<br>26  Pahl & McKay<br>A Professional Corporation<br>27  225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113-1752<br>28  408-286-5100<br>Fax: 408-286-5722 | Counsel for WEST VALLEY STAFFING GROUP |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-2-
CERTIFICATE OF SERVICE

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

| | |
|---|---|
| Email: fhorton@pahl-mccay.com<br>Email: hsimvoulakis@pahl-mccay.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United State of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on February 6, 2018.

_____
Karolin Sickles

1146672/35888630v.1

-3-
CERTIFICATE OF SERVICE