Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs
DEMETRIC DIAZ, OWEN DIAZ,
and LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DIAZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**CERTIFICATE OF SERVICE** |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Marin, State of California. My business address is 332 San Anselmo Avenue, San Anselmo, CA 94960.

On February 6, 2018, I served true copies of the following document(s) described as:

**CASE MANAGEMENT CONFERENCE ORDER (Document 21)**

**BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Anselmo, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation

date or postage meter date is more than one day after the date of deposit for mailing contained in the affidavit.

on the interested parties in this action as follows:

*Attorneys for Defendants Tesla and Citistaff Solutions:*

L. Julius M. Turman, Esq.
Barbara I. Antonucci, Esq.
Philip J. Smith, Esq.
CONSTAGNY, BROOKS, SMITH & PROPHETE, LLP
50 California Street, Suite 1625
San Francisco, CA 94111

*Attorneys for Defendant West Valley Staffing Group:*

Fenn C. Horton III, Esq.
Helene A. Simvoulakis-Panos, Esq.
PAHL & McCAY
225 West Santa Clara, Suite 1500
San Jose, CA 95113

*Attorneys for Defendant Chartwell Staffing Services:*

Roger M. Mansukhani, Esq.
Brittney Renee-Moss Dobbins, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on February 6, 2018, at San Anselmo, California.

_____
Rachel Moyer