Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC., and DOES 1-10,<br><br>Defendants. | CASE NO. 3:17-cv-06748<br><br>**ORDER RE STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**<br><br>Complaint filed: October 16, 2017 |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1) The parties joint stipulation to Arbitrate and Stay the Case as to Patterson's claims is APPROVED and GRANTED;

2) The Court hereby retains jurisdiction to confirm and enforce the arbitration award.

IT IS SO ORDERED

Dated: 2/8/2018

_____
Honorable William H. Orrick

-1-

**ORDER RE STIPULATION FOR BINDING ARBITRATION AND STAY OF CLAIMS**