# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DEMETRIC DI-AZ, OWEN DIAZ and LAMAR
PATTERSON, an individual,

              Plaintiff(s)

     v.

TESLA, INC. DBA TESLA MOTORS, INC.;
CITISTAFF SOLUTIONS, INC.; WEST VALLEY
STAFFING GROUP; CHARTWELL STAFFING
SERVICES, INC. AND DOES 1-10, inclusive
              Defendant(s)

Case No. C   3:17-cv-06748-WHO

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or
she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
        California" (available at cand.uscourts.gov/adr),

    (2) Discussed the available dispute resolution options provided by the Court and private
        entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution
        options.

Date:                Signed: _____
                             Party    CFO
                                    West Valley Staffing Group

Date:                Signed: _____
                            Attorney

Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016