UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** February 27, 2018 | **Time:** 8 minutes<br>2:05 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorney for Plaintiff:**     Lawrence Organ
**Attorneys for Defendants:**   Julius Turman, Barbara I. Antonucci, and Fenn C. Horton III

**Deputy Clerk:** Jean Davis                              **Court Reporter:** FTR Recording

PROCEEDINGS

Counsel appear for case management conference.  The Court directs counsels' attention to General Order 71 which governs employment matters.  Proper renaming of the correct West Valley entity is necessary, and it is believed this can be done via stipulation.  Parties have agreed that a mediation through the ADR Unit relatively early in the case would be appropriate, to be followed by private ADR or settlement conference with a Magistrate Judge at a later date as may be necessary.

REFERRALS:

[X]  Case referred to ADR Unit for mediation to occur within 90 days.

**Further Case Management Conference set for September 4, 2018 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **January 11, 2019** |
| **Expert disclosure:** | **January 11, 2019** |
| **Expert rebuttal:** | **February 18, 2019** |
| **Expert discovery cutoff:** | **February 25, 2019** |
| **Dispositive Motions heard by:** | **February 14, 2019** |
| **Pretrial Conference:** | **April 15, 2019 at 2:00 p.m.** |
| **Trial:** | **May 13, 2019 at 8:30 a.m. by Jury** |