# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Di-az,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Tesla, Inc.,<br><br>                    Defendant(s). | 17-06748 WHO MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>Mary Leichliter
>ReSOLVE Dispute Resolution and DFEH
>San Francisco, CA
>mediatormary@gmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
17-06748 WHO MED                       - 1 -

Counsel are reminded that the written mediation statements required by ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 5, 2018

                                                SUSAN Y. SOONG  
                                                Clerk  
                                                by:     Claudia M. Forehand

                                                                      /s/  
                                                ADR Case Administrator  
                                                415-522-2059  
                                                Claudia_Forehand@cand.uscourts.gov