KENNETH D. SULZER (State Bar No. 120253)
ksulzer@constangy.com
BARBARA I. ANTONUCCI (State Bar No. 209039)
bantonucci@constangy.com
AARON M. RUTSCHMAN (State Bar No. 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918.3000
Facsimile: (415) 918.3005

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive ,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF UNAVAILABILITY OF BARBARA ANTONUCCI** |

-1-

**TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that from June 14, 2018, through and including June 25, 2018, Barbara Antonucci will be unavailable, for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court or attending depositions. Purposefully scheduling a conflict proceeding without good cause is sanctionable conduct.

Dated:  April 10, 2018          CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By: /s/ Barbara Antonucci
    Barbara Antonucci
    Attorney for Defendant CITISTAFF SOLUTIONS