LAWRENCE A. ORGAN, Esq. (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI, Esq. (SBN 279556)
navruz@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

L. JULIUS M. TURMAN (SBN 226126)
jturman@constangy.com
BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA 94104
Telephone: (415) 918-3000
Facsimile: (415) 918-3005

Attorneys for Defendants
TESLA, INC. DBA TESLA MOTORS INC.;
CITISTAFF SOLUTIONS, INC.

FENN C. HORTON III, Esq (SBN 119888)
fhorton@pah-mccay.com
HELENE SIMVOULAKIS-PANOS
hsimvoulakis@pahl-mccay.com
**PAHL & McCAY**
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: (408) 286-5110
Facsimile: (408) 286-5722

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERAVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 17-cv-06748-WHO <br><br> STIPULATION TO CONTINUE MEDIATION DEADLINE & [PROPOSED] ORDER |

//

STIPULATION TO CONTINUE MEDIATION DEADLINE
& [PROPOSED] ORDER

CASE NO. 17-cv-06748-WHO

1    The parties to the above-entitled action jointly submit this Stipulation to Continue
2  Mediation Deadline & [Proposed] Order following a pre-mediation conference with mediator
3  Mary Leichliter.

4    1.    During the March 28, 2018 pre-mediation conference with Mary Leichliter, the
5  parties discussed possible dates for mediation prior to the deadline of May 25, 2018.

6    2.    Due to the unavailability of counsel and the parties, the parties believe they cannot
7  complete mediation by May 25, 2018.

8    3.    As a result, the parties jointly have agreed to complete mediation by June 30, 2018.

9                          CALIFORNIA CIVIL RIGHTS LAW GROUP
10
11 Dated: April 10, 2018                 /s/ Navruz Avloni_____

12                                       Lawrence A. Organ
13                                       Navruz Avloni
                                         Attorneys for Plaintiffs
14                                       DEMETRIC DI-AZ and OWEN DIAZ

15                          CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

16 Dated: April 10, 2018                 /s/   Barbara I. Antonucci_____
17
18                                       Barbara I. Antonucci
                                         Attorneys for Defendant
19                                       TESLA, INC. DBA TESLA MOTORS INC.

20                          CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

21 Dated: April 10, 2018                 /s/   Barbara I. Antonucci_____
22
23                                       Barbara I. Antonucci
                                         Attorneys for Defendant
24                                       CITISTAFF SOLUTIONS, INC.

25                          PAHL & McCAY
26 Dated: April 10, 2018                 /s/__Helene A. Simvoulakis-Panos_

27                                       Fenn C. Horton
                                         Helene A. Simvoulakis-Panos
28                                       Attorneys for Defendant
                                         WEST VALLEY STAFFING GROUP

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

      The deadline for the Court-ordered mediation in this action is continued to June 30, 2018.

IT IS SO ORDERED.

Dated: _____

                    _____
                    HON. WILLIAM H. ORRICK
                    United States District Judge

STIPULATION TO CONTINUE MEDIATION DEADLINE
& [PROPOSED] ORDER                            CASE NO. 17-cv-06748-WHO