LAWRENCE A. ORGAN, Esq. (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI, Esq. (SBN 279556)
navruz@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

L. JULIUS M. TURMAN (SBN 226126)
jturman@constangy.com
BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA 94104
Telephone: (415) 918-3000
Facsimile: (415) 918-3005

Attorneys for Defendants
TESLA, INC. DBA TESLA MOTORS INC.;
CITISTAFF SOLUTIONS, INC.

FENN C. HORTON III, Esq (SBN 119888)
fhorton@pah-mccay.com
HELENE SIMVOULAKIS-PANOS
hsimvoulakis@pahl-mccay.com
**PAHL & McCAY**
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: (408) 286-5110
Facsimile: (408) 286-5722

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERAVICES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 17-cv-06748-WHO <br><br> STIPULATION TO CONTINUE MEDIATION DEADLINE & ORDER |

//

The parties to the above-entitled action jointly submit this Stipulation to Continue Mediation Deadline & [Proposed] Order following a pre-mediation conference with mediator Mary Leichliter.

1.      During the March 28, 2018 pre-mediation conference with Mary Leichliter, the parties discussed possible dates for mediation prior to the deadline of May 25, 2018.

2.      Due to the unavailability of counsel and the parties, the parties believe they cannot complete mediation by May 25, 2018.

3.      As a result, the parties jointly have agreed to complete mediation by June 30, 2018.

CALIFORNIA CIVIL RIGHTS LAW GROUP


Dated: April 10, 2018                    /s/ Navruz Avloni_____

                                         Lawrence A. Organ
                                         Navruz Avloni
                                         Attorneys for Plaintiffs
                                         DEMETRIC DI-AZ and OWEN DIAZ

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP


Dated: April 10, 2018                    /s/ _Barbara I. Antonucci_____

                                         Barbara I. Antonucci
                                         Attorneys for Defendant
                                         TESLA, INC. DBA TESLA MOTORS INC.


CONSTANGY, BROOKS, SMITH & PROPHETE, LLP


Dated: April 10, 2018                    /s/ _Barbara I. Antonucci_____

                                         Barbara I. Antonucci
                                         Attorneys for Defendant
                                         CITISTAFF SOLUTIONS, INC.


PAHL & McCAY


Dated: April 10, 2018                    /s/ _Helene A. Simvoulakis-Panos_

                                         Fenn C. Horton
                                         Helene A. Simvoulakis-Panos
                                         Attorneys for Defendant
                                         WEST VALLEY STAFFING GROUP

ORDER

The deadline for the Court-ordered mediation in this action is continued to June 30, 2018.

IT IS SO ORDERED.

Dated:   April 11, 2018

_____
HON. WILLIAM H. ORRICK
United States District Judge

STIPULATION TO CONTINUE MEDIATION DEADLINE
& [PROPOSED] ORDER                                                    CASE NO. 17-cv-06748-WHO