UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 4, 2018 | **Time:** 8 minutes<br>2:05 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:** Nabruz Avonli and Larry A. Organ
**Attorneys for Defendants:** Barbara I. Antonucci and Fenn C. Horton

**Deputy Clerk:** Jean Davis                              **Court Reporter:** FTR Recording

PROCEEDINGS

Case management conference conducted. Mediation was conducted with a panel mediator; that was unsuccessful, and counsel do not wish to return for an additional session with the same mediator but are considering the involvement of a private mediator.

Issues affecting the case schedule and timing are discussed, including whether dispositive motions are expected and the possibility of consent to a Magistrate Judge for trial, given the uncertainty of this Court's calendar in the coming spring.

Plaintiff recently made new requests for written discovery and depositions. As approximately 4 months remain until the discovery cutoff, the Court does not anticipate that further discovery will result in a need to continue the case management deadlines or to set an additional conference, although counsel are welcome to make a request for an additional case management conference at any time they believe that would be helpful to the progress of the case.

Possible effect of an amendment to add parties is discussed. Plaintiff's counsel indicates that they will not add new parties unless further discovery shows that it is necessary.