LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: 415.453.4740
Facsimile: 415.785.7352

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA 94104
Telephone: 415.918.3000

Attorneys for Defendant
TESLA, INC., DBA TESLA MOTORS, INC.
CITISTAFF SOLUTIONS, INC.

FENN C. HORTON III (SBN 119888)
fhorton@pahl-mccay.com
HELENE SIMVOULAKIS-PANOS
(SBN 256334)
**PAHL & MCCAY**
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: 508.286.5110
Facsimile: 408.286.5722

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   3:17-cv-06748-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO ADD NEW PARTY NEXTSOURCE, INC. AS A DEFENDANT; AND TO CONTINUE TRIAL DATE FROM MAY 13, 2019 TO OCTOBER 28, 2019, AND TRIAL-RELATED DEADLINES**<br><br>[Assigned to Hon. William H. Orrick]<br><br>Complaint File: October 16, 2017<br>Trial Date: May 13, 2019 |

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN
AMENDED COMPLAINT; TO CONTINUE TRIAL DATE AND RELATED DEADLINES

**STIPULATION**

Plaintiffs Demetric Di-az and Owen Diaz (collectively "Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff") and Defendant West Valley Staffing Group ("West Valley") (collectively the "Parties") hereby stipulate as follows:

**WHEREAS**, on June 11, 2018 the Parties attended a court mandated mediation that did not result in a settlement;

**WHEREAS,** on October 16, 2018, the Parties attended a private mediation that did not result in a settlement;

**WHEREAS,** the parties agreed to conduct limited discovery prior to attending the June 11, 2018 court mandated mediation, and conducted limited discovery prior to the October 16, 2018 private mediation;

**Leave to Amend Complaint**

**WHEREAS,** Plaintiffs took the deposition of Monica DeLeon, a former Citistaff employee, on December 6, 2018;

**WHEREAS**, Plaintiffs seek to add nextSource, Inc. as a Defendant in this action based on new information obtained from Ms. DeLeon during her deposition;

**WHEREAS,** Plaintiffs have not previously amended their Complaint in this matter;

**WHEREAS,** Plaintiffs agree to file the attached Amended Complaint adding nextSource, Inc. as a Defendant in this matter on or before December 28, 2018 (See Amended Complaint for Damages attached as Exhibit 1);

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue an order granting Plaintiffs leave to file the attached Amended Complaint effective December 28, 2018;

**Continuing Trial and Pre-Trial Deadlines**

**WHEREAS,** trial in this matter is set for May 13, 2019;

**WHEREAS**, the current pre-trial schedule in this matter is as follows:

- January 11, 2019: Fact discovery cutoff; expert disclosures due
- February 14, 2019: Dispositive motion hearing deadline

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT; TO CONTINUE TRIAL DATE AND RELATED DEADLINES

- February 18, 2019: Rebuttal expert disclosures due
- February 25, 2019: Expert discovery cutoff

**WHEREAS**, the Parties have not previously requested any continuances in this case and the Court has not previously continued any dates in this case;

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue an order continuing the trial to October 28, 2019, and continuing the Pre-Trial Conference to October 1, 2019, and the pre-trial discovery and dispositive motion deadlines as follows:

- June 28, 2019: Fact discovery cutoff; expert disclosures due
- July 26, 2019: Dispositive motion hearing deadline
- July 31, 2019: Rebuttal expert disclosures due
- August 7, 2019: Expert discovery cutoff
- October 1, 2019: Pre-Trial Conference

**IT IS SO STIPULATED.**

DATED: December 14, 2018           **CALIFORNIA CIVIL RIGHTS LAW GROUP**

                                   By:   /s/ Navruz Avloni
                                         Lawrence A. Organ
                                         Navruz Avloni
                                         Attorneys for Plaintiffs
                                         DEMETRIC DI-AZ and OWEN DIAZ

DATED: December 14, 2018           **PAHL & MCCAY**

                                   By:   /s/ Helene Simvoulakos-Panos
                                         Fenn C. Horton III
                                         Helene Simvoulakos-Panos
                                         Attorneys for Defendant
                                         WEST VALLEY STAFFING GROUP

DATED: December 14, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   /s/ Barbara Antonucci
Barbara Antonucci
Attorneys for Defendant
TESLA INC. DBA TESLA MOTORS, INC.

DATED: December 14, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   /s/ Barbara Antonucci
Barbara Antonucci
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1. Plaintiffs may file the Amended Complaint for Damages adding nextSource, Inc. as a party to this action, as attached in Exhibit 1 of the Stipulation, on or before December 28, 2018;
2. The trial in this case is continued to October 28, 2019;
3. The Pre-Trial Conference is continued to October 1, 2019;
4. The pre-trial deadlines in this case are continued as follows:
   - June 28, 2019: Fact discovery cutoff; expert disclosures due
   - July 26, 2019: Dispositive motion hearing deadline
   - July 31, 2019: Rebuttal expert disclosures due
   - August 7, 2019: Expert discovery cutoff.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____     _____
Hon. William H. Orrick

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT; AND TO CONTINUE TRIAL DATE FROM MAY 13, 2019 TO OCTOBER 28, 2019, AND TRIAL-RELATED DEADLINES