BARBARA I. ANTONUCCI (State Bar No. 209039)
bantonucci@constangy.com
PHILIP J. SMITH (State Bar No. 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (State Bar No. 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918.3000
Facsimile: (415) 918.3005

Attorneys for Defendant
TESLA, INC., DBA TESLA MOTORS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive ,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TESLA, INC., DBA TESLA MOTORS, INC.; [PROPOSED] ORDER** |

-1-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR TESLA, INC., DBA TESLA MOTORS INC.

**PLEASE TAKE NOTICE** that Defendant Tesla, Inc. dba Tesla Motors, Inc. has retained Sheppard Mullin to substitute as counsel for Constangy, Brooks, Smith & Prophete LLP in the above-captioned action.

Withdrawing counsel for Defendant Tesla, Inc. dba Tesla Motors, Inc. are:

> Barbara I. Antonucci
> Constangy, Brooks, Smith & Prophete LLP
> 351 California, Suite 200
> San Francisco, California 94104
> Email: bantonucci@constangy.com
> Telephone: (415) 918.3000
>
> Philip J. Smith
> Constangy, Brooks, Smith & Prophete LLP
> 351 California, Suite 200
> San Francisco, California 94104
> Email: psmith@constangy.com
> Telephone: (415) 918.3000
>
> Aaron M. Rutschman
> Constangy, Brooks, Smith & Prophete LLP
> 351 California, Suite 200
> San Francisco, California 94104
> Email: arutschman@constangy.com
> Telephone: (415) 918.3000

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Tesla, Inc. dba Tesla Motors, Inc.:

> Tracey A. Kennedy
> Sheppard Mullin
> 333 South Hope Street
> 43rd Floor
> Los Angeles, California 90071
> Email: tkennedy@sheppardmullin.com
> Telephone: (213) 617.4249

The undersigned parties consent to the above withdrawal and substitution of counsel.

**SIGNATURES ON FOLLOWING PAGE**

-2-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR TESLA, INC., DBA TESLA MOTORS INC.

Dated: December 19, 2018          **TESLA, INC. DBA TESLA MOTORS, INC.**

By /s/ Jaime Bodiford
    Jaime Bodiford
    Senior Counsel, Employment

Dated: December 19, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By /s/ Barbara I. Antonucci
    Barbara I. Antonucci

Dated: December 19, 2018          **SHEPPARD MULLIN**

By /s/ Tracey A. Kennedy
    Tracey A. Kennedy

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: December 19, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By /s/ Barbara I. Antonucci
    Barbara I. Antonucci

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____          _____

HON. WILLIAM H. ORRICK

-3-