1 | LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
2 | NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
3 | **CALIFORNIA CIVIL RIGHTS LAW GROUP**
4 | 332 San Anselmo Avenue
San Anselmo, California 94960
5 | Telephone: 415.453.4740
Facsimile: 415.785.7352
6 |

7 | BARBARA I. ANTONUCCI (SBN 209039)     FENN C. HORTON III (SBN 119888)
bantonucci@constangy.com                           fhorton@pahl-mccay.com
8 | PHILIP J. SMITH (SBN 232462)                     HELENE SIMVOULAKIS-PANOS
psmith@constangy.com                                 (SBN 256334)
9 | AARON M. RUTSCHMAN (SBN 288273)     **PAHL & MCCAY**
arutschman@constangy.com                        225 West Santa Clara Street, Suite 1500
10 | **CONSTANGY, BROOKS, SMITH &**           San Jose, California 95113
**PROPHETE, LLP**                                      Telephone: 508.286.5110
11 |                                                             Facsimile: 408.286.5722
351 California, Suite 200
12 | San Francisco, CA 94104
Telephone: 415.918.3000                           Attorneys for Defendant
13 |                                                            WEST VALLEY STAFFING GROUP

14 | Attorneys for Defendant
TESLA, INC., DBA TESLA MOTORS, INC.
15 | CITISTAFF SOLUTIONS, INC.

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN DISTRICT OF CALIFORNIA**

18 | DEMETRIC DI-AZ, OWEN DIAZ and LAMAR     CASE NO.:   3:17-cv-06748-WHO
PATTERSON, an individual

19 |                                                                     **STIPULATION AND ORDER ALLOWING**
**PLAINTIFFS TO FILE AN AMENDED**
20 |                  Plaintiff,                                 **COMPLAINT TO ADD NEW PARTY**
**NEXTSOURCE, INC. AS A DEFENDANT;**
21 |          vs.                                                  **AND TO CONTINUE TRIAL DATE FROM**
**MAY 13, 2019 TO OCTOBER 28, 2019, AND**
22 | TESLA, INC. DBA TESLA MOTORS, INC.;     **TRIAL-RELATED DEADLINES**
CITISTAFF SOLUTIONS, INC.; WEST VALLEY
23 | STAFFING GROUP; CHARTWELL STAFFING
SERVICES, INC. and DOES 1-10, inclusive,     [Assigned to Hon. William H. Orrick]
24 |
                 Defendants.                               Complaint File: October 16, 2017
25 |                                                             Trial Date: May 13, 2019
26 |

27 |

28 |

**STIPULATION**

Plaintiffs Demetric Di-az and Owen Diaz (collectively "Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff") and Defendant West Valley Staffing Group ("West Valley") (collectively the "Parties") hereby stipulate as follows:

**WHEREAS**, on June 11, 2018 the Parties attended a court mandated mediation that did not result in a settlement;

**WHEREAS,** on October 16, 2018, the Parties attended a private mediation that did not result in a settlement;

**WHEREAS,** the parties agreed to conduct limited discovery prior to attending the June 11, 2018 court mandated mediation, and conducted limited discovery prior to the October 16, 2018 private mediation;

**Leave to Amend Complaint**

**WHEREAS,** Plaintiffs took the deposition of Monica DeLeon, a former Citistaff employee, on December 6, 2018;

**WHEREAS**, Plaintiffs seek to add nextSource, Inc. as a Defendant in this action based on new information obtained from Ms. DeLeon during her deposition;

**WHEREAS,** Plaintiffs have not previously amended their Complaint in this matter;

**WHEREAS,** Plaintiffs agree to file the attached Amended Complaint adding nextSource, Inc. as a Defendant in this matter on or before December 28, 2018 (See Amended Complaint for Damages attached as Exhibit 1);

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue an order granting Plaintiffs leave to file the attached Amended Complaint effective December 28, 2018;

**Continuing Trial and Pre-Trial Deadlines**

**WHEREAS,** trial in this matter is set for May 13, 2019;

**WHEREAS**, the current pre-trial schedule in this matter is as follows:

- January 11, 2019: Fact discovery cutoff; expert disclosures due

STIPULATION AND ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT; TO CONTINUE TRIAL DATE AND RELATED DEADLINES

- February 14, 2019: Dispositive motion hearing deadline
- February 18, 2019: Rebuttal expert disclosures due
- February 25, 2019: Expert discovery cutoff

**WHEREAS**, the Parties have not previously requested any continuances in this case and the Court has not previously continued any dates in this case;

**NOW THEREFORE**, the Parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue an order continuing the trial to October 28, 2019, and continuing the Pre-Trial Conference to October 1, 2019, and the pre-trial discovery and dispositive motion deadlines as follows:

- June 28, 2019: Fact discovery cutoff; expert disclosures due
- July 26, 2019: Dispositive motion hearing deadline
- July 31, 2019: Rebuttal expert disclosures due
- August 7, 2019: Expert discovery cutoff
- October 1, 2019: Pre-Trial Conference

**IT IS SO STIPULATED.**


DATED: December 14, 2018      **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By:    /s/ Navruz Avloni
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

DATED: December 14, 2018      **PAHL & MCCAY**

By:    /s/ Helene Simvoulakos-Panos
Fenn C. Horton III
Helene Simvoulakos-Panos
Attorneys for Defendant
WEST VALLEY STAFFING GROUP

DATED: December 14, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**


                                  By:   /s/ Barbara Antonucci
                                        Barbara Antonucci
                                        Attorneys for Defendant
                                        TESLA INC. DBA TESLA MOTORS, INC.

DATED: December 14, 2018          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**


                                  By:   /s/ Barbara Antonucci
                                        Barbara Antonucci
                                        Attorneys for Defendant
                                        CITISTAFF SOLUTIONS, INC.

<u>**ORDER**</u>

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1. Plaintiffs may file the Amended Complaint for Damages adding nextSource, Inc. as a party to this action, as attached in Exhibit 1 of the Stipulation, on or before December 28, 2018;

2. The trial in this case is continued to **November 18, 2019**;

3. The Pre-Trial Conference is continued to **October 21**, 2019;

4. The pre-trial deadlines in this case are continued as follows:

   - June 28, 2019: Fact discovery cutoff; expert disclosures due

   - **August 7, 2019**: Dispositive motion hearing deadline

   - July 31, 2019: Rebuttal expert disclosures due

1       • August 7, 2019: Expert discovery cutoff.

2       **PURSUANT TO STIPULATION, IT IS SO ORDERED as modified above**.

3

4   DATED: December 20, 2018     _____
                                          Hon. William H. Orrick
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28