LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: 415.453.4740
Facsimile: 415.785.7352

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA  94104
Telephone:  415.918.3000

Attorneys for Defendant,
CITISTAFF SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   3:17-cv-06748-WHO<br><br>**STIPULATION TO EXTEND  DEFENDANT CITISTAFF SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]**<br><br>[Assigned to Hon. William H. Orrick]<br><br>Complaint Filed: October 16, 2017<br>FAC Filed: December 26, 2018<br>Trial Date: November 18, 2019 |

STIPULATION TO EXTEND DEFENDANT CITISTAFF SOLUTIONS, INC.'S TIME TO
RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Demetric Di-az and Owen Diaz (collectively "Plaintiffs"), and Defendant CitiStaff Solutions, Inc. ("CitiStaff"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs filed their Complaint in the Superior Court of California for the County of Alameda;

**WHEREAS**, on December 26, 2018, Plaintiffs filed their First Amended Complaint adding NextSource, Inc. as a party to the action, but otherwise did not amend any of the substantive allegations as against CitiStaff;

**WHEREAS**, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

**WHEREAS**, this modification would not affect the current case schedule;

**NOW THEREFORE**, the Parties hereby stipulate and agree that CitiStaff's time to file its responsive pleading to Plaintiffs' First Amended Complaint is extended to February 1, 2019.

IT IS SO STIPULATED.

DATED: January _7_, 2019

**CALIFORNIA CIVIL RIGHTS LAW GROUP**

By: _____/S/_____
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

DATED: January _7_, 2019

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: _____
Barbara Antonucci
Aaron M. Rutschman
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

STIPULATION TO EXTEND DEFENDANT CITISTAFF SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT