LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960
Telephone:     (415) 453-4740
Facsimile:  (415) 785-7352

Attorneys for Plaintiffs
Demetric Di-Az, Owen Diaz, and
Lamar Patterson

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA 94104
Telephone: 415.918.3000

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

FENN C. HORTON III (SBN 119888)
fhorton@pahl-mccay.com
HELENE SIMVOULAKIS-PANOS
(SBN 256334)
**PAHL & MCCAY**
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: 508.286.5110
Facsimile: 408.286.5722

Attorneys for Defendant
    WEST VALLEY STAFFING GROUP

ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MEGAN L. HAYATI (SBN: 271888)
mhayati@grsm.com
NATHAN R. BROGDEN (SBN: 314980)
NBROGDEN@GRSM.COM
**GORDON REES SCULLY MANSUKHANI,
LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (213) 270-7868
Facsimile:  (619) 696-7124

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

TRACEY KENNEDY
tkennedy@sheppardmullin.com
REANNE SWAFFORD-HARRIS
RSwafford-Harris@sheppardmullin.com
PATRICIA JENG
PJeng@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &
HAMPTON, LLP**
333 SOUTH HOPE STREET
FORTY-THIRD FLOOR
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendant
TESLA, INC. DBA TESLA MOTORS,
INC.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-1-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>                         Plaintiffs,<br><br>         vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>                         Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' FIRST AMENDED COMPLAINT** |

## STIPULATION

Plaintiffs Demetric Di-az and Owen Diaz ("Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff"), Defendant West Valley Staffing Group ("West Valley"), Lamar Patterson ("Patterson"), and Chartwell Staffing Services, Inc. ("Chartwell") hereby stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs filed their Complaint in this matter asserting causes of action against Tesla, CitiStaff, West Valley, and Chartwell;

**WHEREAS**, the case was then removed to the United States District Court – Northern District of California;

**WHEREAS**, on February 6, 2018, Patterson, Tesla, and Chartwell entered into a stipulation to submit Patterson's claims against Tesla and Chartwell to binding arbitration before JAMS in San Francisco;

**WHEREAS**, on February 8, 2018, the Court approved and granted the stipulation to arbitrate and stayed the case as to Patterson's claims against Chartwell and Tesla;

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

**WHEREAS**, Patterson filed his demand for arbitration against Chartwell and Tesla with JAMS on July 25, 2018. Patterson, Tesla, and Chartwell are currently litigating those claims in arbitration;

**WHEREAS**, Plaintiffs do not currently assert any causes of action against Chartwell independent from Patterson's claims that have been ordered to arbitration, and no active claims against Chartwell remain in District Court;

**WHEREAS**, on December 14, 2018, Defendants Tesla, CitiStaff, WestValley, and the Diaz Plaintiffs entered into a stipulation allowing the Diaz Plaintiffs to file a first amended complaint ("FAC") for the purposes of adding nextSource, Inc. as a Defendant in the matter currently pending in District Court;

**WHEREAS**, Chartwell was not a party to the Stipulation to File a FAC;

**WHEREAS**, the FAC did not remove Chartwell or Patterson as parties to the District Court lawsuit given that those claims are currently stayed;

**NOW THEREFORE**, in order to avoid confusion, the Parties, Patterson, and Chartwell, by and through their respective counsel, hereby stipulate and agree, as follows:

1) the FAC did not revive any stayed claims as to Patterson or Chartwell; and

2) Chartwell does not need to file any response to the FAC given that all claims against Chartwell have been stayed and compelled to arbitration.

**It is so stipulated.**

DATED: January   , 2019                     **CALIFORNIA CIVIL RIGHTS LAW GROUP**


B y :    / s /
                                            Lawrence A. Organ
                                            Navruz Avloni
                                            Attorneys for Plaintiffs
                                            DEMETRIC DI-AZ and OWEN DIAZ

1

DATED: January  , 2019

2

3
4
5
6

**PAHL & MCCAY**

By: /s/
　　　Fenn C. Horton III
　　　Helene Simvoulakos-Panos
　　　Attorneys for Defendant
　　　WEST VALLEY STAFFING GROUP

7

DATED: January  , 2019

8
9
10
11
12

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/
　　　Tracey Kennedy
　　　Reanne Swafford-Harris
　　　Patricia Jeng
　　　Attorneys for Defendant
　　　TESLA INC. DBA TESLA MOTORS, INC.

13

DATED: January , 2019

14
15
16
17
18
19

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/
　　　Barbara I. Antonucci
　　　Philip J. Smith
　　　Aaron M. Rutschman
　　　Attorneys for Defendant
　　　CITISTAFF SOLUIONS, INC.

20

Dated:  January 8, 2019

21
22
23
24
25
26
27
28

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/
　　　Roger M. Mansukhani
　　　Craig D. Nickerson
　　　Megan L. Hayati
　　　Nathan R. Brogden
　　　Attorneys for Defendant
　　　CHARTWELL STAFFING SERVICES, INC.

-4-

1

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1)      Plaintiff's First Amended Complaint filed on December 26, 2018, did not revive any stayed claims as to Patterson or Chartwell; and

2)      Chartwell is not required to file any response to the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January __, 2019                    _____

Hon. William H. Orrick

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101