SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:   213-620-1780
Facsimile:   213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
E mail      pjeng@sheppardmullin.com
           rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>        Plaintiffs,<br><br>    v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>        Defendants. | Case No. 17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC.'S ANSWER TO AMENDED COMPLAINT FOR DAMAGES**<br><br>**Trial: November 18, 2019** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Tesla, Inc. dba Tesla Motors ("Tesla") hereby answers Plaintiffs' DEMETRIC DI-AZ ("Di-az"), OWEN DIAZ ("Diaz") and LAMAR PATTERSON ("Patterson") (collectively referred to as "Plaintiffs") Amended Complaint for Damages (the "FAC") as follows:

1.      As to paragraph 1, Tesla admits that it is a company with a factory located in Fremont, California and manufactures electric vehicles.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 1, and on that basis denies the allegations.

2.      Tesla denies each and every allegation in paragraph 2 of the FAC.

3.      As to paragraph 3, Tesla admits that it is a publicly-traded Delaware corporation whose principal executive offices are located in Palo Alto, California, and that it designs, manufactures, and sells electric vehicles.  Tesla admits that it has a factory located at 45500 Fremont Boulevard in Fremont, California.  Tesla denies the remaining allegations contained in paragraph 3.

4.      Paragraphs 4, 5, 6, and 7 of the FAC are not charging as to Tesla and thus does not constitute an allegation that requires a response, but to the extent necessary, Tesla denies each and every allegation contained in paragraphs 4, 5, 6, and 7.

5.      As to paragraph 8, 9, and 10, Tesla admits that Di-az was placed by West Valley Staffing Group ("West Valley") at Tesla to work at its factory in Fremont, California.  Tesla admits that Diaz was placed by Citistaff Solutions, Inc. ("Citistaff") at Tesla to work at its factory in Fremont, California.  Tesla admits that Patterson was placed by Chartwell Staffing Services, Inc. ("Chartwell") at Tesla to work at its factory in Fremont, California.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraphs 8, 9, and 10, and on that basis denies the allegations.

6.      Paragraph 11 contains legal contentions and conclusions and does not constitute allegations that require a response. To the extent any part of paragraph 11 constitutes allegations requiring a response, Tesla denies each and every allegation contained therein.

7.      As to paragraphs 12 and 13, Tesla admits that jurisdiction is proper in this Court.

1   The remainder of paragraphs 12 and 13 contain statutory provisions, legal contentions and/or

2   conclusions, and do not constitute allegations that require a response.

3       8.       As to paragraphs 14, Tesla admits that this Court has personal jurisdiction over

4   Tesla, Inc.  The remaining allegations in paragraph 14 contain legal contentions and conclusions

5   and do not constitute allegations that require a response.

6       9.       As to paragraphs 15, 16, and 17 of the FAC are not charging as to Tesla and thus

7   does not constitute an allegation that requires a response, but to the extent necessary, Tesla denies

8   each and every allegation contained in paragraphs.

9       10.      As to paragraph 18, Tesla lacks sufficient knowledge or information to admit or

10  deny the allegations because the "acts and omissions" are not alleged with particularity, and on

11  that basis denies the allegations.

12      11.      As to paragraphs 19 and 20, Tesla lacks sufficient knowledge or information to

13  admit or deny the allegations, and on that basis denies the allegations.

14      12.      As to paragraph 21, Tesla admits that Di-Az began a work assignment through

15  West Valley with Tesla on or around August 24, 2015 as a Production Associate in Fremont,

16  California.  Tesla lacks sufficient knowledge or information to admit or deny the remaining

17  allegations in paragraph 21, and on that basis denies the allegations.

18      13.      As to paragraphs 22, 23, 24, 25, 26, 27, 28, 29, 30, and 31, Tesla lacks sufficient

19  knowledge or information to admit or deny the allegations, and on that basis denies the

20  allegations. Tesla denies specifically and generally the allegations in paragraph 23 that any Tesla

21  employee used racial slurs.

22      14.      Tesla denies each and every allegation in paragraphs 32 and 33 of the FAC to the

23  extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or

24  deny the remaining allegations in paragraph 32 and 33, and on that basis denies the allegations.

25      15.      As to paragraph 34, Tesla lacks sufficient knowledge or information to admit or

26  deny the allegations that as a result of Defendants' actions, Di-Az hired private counsel to

27  prosecute this action, and on that basis denies the allegation.  The remainder of paragraph 34

28  contain statutory provisions, legal contentions and/or conclusions, and do not constitute

1    allegations that require a response.

2        16.        As to paragraph 35, Tesla denies that its acts were malicious or oppressive, and

3    intended to vex, injure, annoy, humiliate, and embarrass Di-Az, and with conscious disregard of

4    the rights and safety of Di-Az and other African-American employees of West Valley.  Defendant

5    denies the allegations contained in paragraph 35 to the extent they imply or allege that Tesla

6    ratified any alleged wrongful conduct of its employees.  Tesla lacks sufficient knowledge or

7    information to admit or deny the remaining allegations in paragraph 35 and on that basis denies

8    the allegations.

9        17.        As to paragraph 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,

10   54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, and 67, Tesla lacks sufficient knowledge or

11   information to admit or deny the allegations, and on that basis denies the allegations.

12       18.        As to paragraph 68, Tesla denies that it had notice of the alleged discriminatory and

13   harassing behavior at the Tesla factory and took no steps to protect African-American employees.

14   Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in

15   paragraph 68 and on that basis denies the allegations.

16       19.        As to paragraph 69, Tesla denies that it ratified and supported racially harassing

17   behavior.  Tesla lacks sufficient knowledge or information to admit or deny the remaining

18   allegations in paragraph 69 and on that basis denies the allegations.

19       20.        As to paragraph 70, Tesla lacks sufficient knowledge or information to admit or

20   deny the allegations, and on that basis denies the allegations.

21       21.        As to paragraph 71, Tesla denies that it repeatedly refused to investigate the alleged

22   racist behavior and instead ratified the attempts at retaliation.  Tesla lacks sufficient knowledge or

23   information to admit or deny the remaining allegations in paragraph 71 and on that basis denies

24   the allegations.

25       22.        As to paragraphs 72 and 73, Tesla denies that Diaz has suffered, and continues to

26   suffer, emotional distress and psychological damage as the direct and proximate result of acts and

27   omissions by Tesla, and denies that Tesla's actions resulted in wage and benefit losses, and are

28   expected to lead to additional economic loss in the future.  Tesla lacks sufficient knowledge or

SMRH:489060104.3

information to admit or deny the remaining allegations in paragraphs 72 and 73, and on that basis denies the allegation.

23.     As to paragraph 74, Tesla lacks sufficient knowledge or information to admit or deny the allegations that as a result of Defendants' actions, Diaz hired private counsel to prosecute this action, and on that basis denies the allegation.  The remainder of paragraph 74 contain statutory provisions, legal contentions and/or conclusions, and do not constitute allegations that require a response.

24.     Tesla denies each and every allegation in paragraph 75 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 75, and on that basis denies the allegations.

25.     As to paragraph 76, Tesla lacks sufficient knowledge or information to admit or deny the allegations, and on that basis denies the allegations.

26.     As to paragraph 77, Tesla denies that "both its employees and supervisors used the word 'nigger' freely and frequently throughout the Tesla Factory, left racist caricatures, images, and effigies around the factory for African-American employees to see, and made 'jokes' such as, 'Go back to Africa.  We don't want you here!"  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 77 and on that basis denies the allegations.

27.     Tesla denies the allegations contained in paragraph 78 to the extent they imply or allege that Patterson complained to Tesla about the use of the word "nigger" and the hurtful "jokes" and Tesla took no action.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 78 and on that basis denies the allegations.

28.     As to paragraphs 80 and 81, Tesla denies that Patterson has suffered, and continues to suffer, emotional distress and psychological damage as the direct and proximate result of acts and omissions by Tesla, and denies that Tesla's actions resulted in wage and benefit losses, and are expected to lead to additional economic loss in the future.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraphs 80 and 81, and on that basis denies the allegation.

1    29.    As to paragraph 82, Tesla lacks sufficient knowledge or information to admit or

2  deny the allegations that as a result of Defendants' actions, Patterson hired private counsel to

3  prosecute this action, and on that basis denies the allegation.  The remainder of paragraph 82

4  contain statutory provisions, legal contentions and/or conclusions, and do not constitute

5  allegations that require a response.

6    30.    Tesla denies each and every allegation in paragraphs 83 of the FAC to the extent

7  the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

8  the remaining allegations in paragraph 83, and on that basis denies the allegations.

9    31.    Tesla lacks sufficient knowledge or information to admit or deny the remaining

10  allegations in paragraph 84 and on that basis denies the allegations.

11    32.    As to paragraph 85, Tesla re-alleges and incorporates by reference its responses to

12  paragraphs 1 through 84, as though fully set forth herein.

13    33.    Paragraphs 86 and 87 contain statutory provisions, legal contentions and/or

14  conclusions, and do not constitute allegations that require a response. To the extent any part of

15  paragraphs 86 and 87 constitutes an allegation requiring a response, Tesla denies each and every

16  allegation contained therein.

17    34.    Tesla denies each and every allegation in paragraph 88 of the FAC as it pertains to

18  Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations

19  in paragraph 88, and on that basis denies the allegations.

20    35.    Tesla denies each and every allegation in paragraph 89 of the FAC.

21    36.    As to paragraph 90, Tesla denies that it failed to prevent racially harassing and

22  retaliatory behavior directed at Plaintiffs and others, that Tesla wrongfully terminated Di-az, or

23  that it constructively terminated Diaz and Patterson.  Tesla lacks sufficient knowledge or

24  information to admit or deny the remaining allegations in paragraph 90 and on that basis denies

25  the allegations.

26    37.    Tesla denies each and every allegation in paragraph 91 of the FAC to the extent the

27  allegations pertain to Tesla.

28

1   38.     Paragraphs 92 and 93 contain legal contentions and conclusions and do not

2   constitute allegations that require a response. To the extent any part of paragraphs 92 and 93

3   constitutes an allegation requiring a response, Tesla denies each and every allegation contained

4   therein.

5   39.     As to paragraph 94, Tesla denies that Plaintiffs are entitled to reasonable attorney's

6   fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient

7   knowledge or information to admit or deny the remaining allegations in paragraph 94, and on that

8   basis denies the allegations.

9   40.     Tesla denies each and every allegation in paragraph 95 of the FAC to the extent the

10  allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the

11  remaining allegations in paragraph 95, and on that basis denies the allegations.

12  41.     As to paragraph 96, Tesla re-alleges and incorporates by reference its responses to

13  paragraphs 1 through 95, as though fully set forth herein.

14  42.     Tesla is informed and believes and on that basis admits the allegations in paragraph

15  97.

16  43.     Paragraph 98 contains statutory provisions, legal contentions and/or conclusions,

17  and do not constitute allegations that require a response. To the extent any part of paragraph 98

18  constitutes an allegation requiring a response, Tesla denies each and every allegation contained

19  therein.

20  44.     Tesla denies each and every allegation in paragraph 99 of the FAC.

21  45.     Paragraphs 100 and 101 contain legal contentions and conclusions and do not

22  constitute allegations that require a response. To the extent any part of paragraphs 100 and 101

23  constitute an allegation requiring a response, Tesla denies each and every allegation contained

24  therein.

25  46.     As to paragraph 102, Tesla denies that Plaintiffs are entitled to reasonable

26  attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

27  sufficient knowledge or information to admit or deny the remaining allegations in paragraph 102,

28  and on that basis denies the allegations.

47.     Tesla denies each and every allegation in paragraph 103 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 103, and on that basis denies the allegations.

48.     As to paragraph 104, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 103, as though fully set forth herein.

49.     Paragraphs 105 and 106 contain statutory provisions, legal contentions and/or conclusions, and do not constitute allegations that require a response. To the extent any part of paragraphs 105 and 106 constitutes an allegation requiring a response, Tesla denies each and every allegation contained therein.

50.     Tesla denies each and every allegation in paragraph 107 of the FAC to the extent the allegations pertain to Tesla.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 107, and on that basis denies the allegations.

51.     Paragraphs 108 and 109 contain legal contentions and conclusions and do not constitute allegations that require a response. To the extent any part of paragraphs 108 and 109 constitute an allegation requiring a response, Tesla denies each and every allegation contained therein.

52.     As to paragraph 110, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 110, and on that basis denies the allegations.

53.     Tesla denies each and every allegation in paragraph 111 of the FAC to the extent the allegations pertain to Tesla.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 111, and on that basis denies the allegations.

54.     As to paragraph 112, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 111, as though fully set forth herein.

55.     As to paragraph 113, Tesla is informed and believes and on that basis admits that Diaz is African American and was assigned to work at its facility in Fremont and as to the remaining allegations in paragraphs 113, 114, 115, 116, and 117, Tesla lacks sufficient knowledge

1    or information to admit or deny and on that basis denies the allegations.

2        56.      Tesla denies each and every allegation in paragraphs 118, 119, and 120 of the FAC.

3        57.      Paragraphs 121 and 122 of the FAC are not charging as to Tesla and thus do not

4    constitute allegations that require a response, but to the extent necessary, Tesla denies each and

5    every allegation contained in paragraphs 121 and 122.

6        58.      Paragraphs 123 and 124 contain legal contentions and conclusions and do not

7    constitute allegations that require a response. To the extent any part of paragraphs 123 and 124

8    constitutes an allegation requiring a response, Tesla denies each and every allegation contained

9    therein.

10       59.      As to paragraph 125, Tesla denies that Plaintiffs are entitled to reasonable

11   attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

12   sufficient knowledge or information to admit or deny the remaining allegations in paragraph 125,

13   and on that basis denies the allegations.

14       60.      Tesla denies each and every allegation in paragraph 126 of the FAC to the extent

15   the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

16   the remaining allegations in paragraph 126, and on that basis denies the allegations.

17       61.      As to paragraph 127, Tesla re-alleges and incorporates by reference its responses to

18   paragraphs 1 through 126, as though fully set forth herein.

19       62.      As to paragraph 128, Tesla is informed and believes and on that basis admits that

20   Diaz is African American and was assigned to work at its facility in Fremont while employed by

21   Citistaff and/or nextSource.  Tesla lacks sufficient knowledge or information to admit or deny the

22   remaining allegations in paragraphs 128 and all of the allegations in paragraphs 129, 130, 131, and

23   132, and on that basis denies the allegations.

24       63.      Tesla denies each and every allegation in paragraphs 133, 134, and 135 of the FAC.

25       64.      Paragraphs 136 and 137 of the FAC are not charging as to Tesla and thus do not

26   constitute allegations that require a response, but to the extent necessary, Tesla denies each and

27   every allegation contained in paragraphs 136 and 137.

28

1    65.        Paragraphs 138 and 139 contain legal contentions and conclusions, and do not

2    constitute allegations that require a response. To the extent any part of paragraphs 138 and 139

3    constitutes an allegation requiring a response, Tesla denies each and every allegation contained

4    therein.

5    66.        As to paragraph 140, Tesla denies that Plaintiffs are entitled to reasonable

6    attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

7    sufficient knowledge or information to admit or deny the remaining allegations in paragraph 140,

8    and on that basis denies the allegations.

9    67.        Tesla denies each and every allegation in paragraph 141 of the FAC to the extent

10   the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

11   the remaining allegations in paragraph 141, and on that basis denies the allegations.

12   68.        As to paragraph 142, Tesla re-alleges and incorporates by reference its responses to

13   paragraphs 1 through 141, as though fully set forth herein.

14   69.        Tesla denies each and every allegation in paragraphs 143, 144, 145, 146, and 147 to

15   the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to

16   admit or deny the remaining allegations in paragraphs 143, 144, 145, 146, and 147, and on that

17   basis denies the allegations.

18   70.        As to paragraph 148, Tesla denies that Plaintiffs are entitled to reasonable

19   attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

20   sufficient knowledge or information to admit or deny the remaining allegations in paragraph 148,

21   and on that basis denies the allegations.

22   71.        Tesla denies each and every allegation in paragraph 149 of the FAC to the extent

23   the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

24   the remaining allegations in paragraph 149, and on that basis denies the allegations.

25   72.        As to paragraph 150, Tesla re-alleges and incorporates by reference its responses to

26   paragraphs 1 through 149, as though fully set forth herein.

27   73.        Tesla lacks sufficient knowledge or information to admit or deny the allegations in

28   paragraph 151, and on that basis denies the allegations.

74.     As to paragraph 152, Tesla denies that Di-az was an employee of Tesla.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 152 and on that basis denies the allegations.

75.     Tesla denies each and every allegation in paragraphs 153 and 155 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 153 and 155, and on that basis denies the allegations.

76.     Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 154, and on that basis denies the allegations.

77.     Tesla denies each and every allegation in paragraph 156 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 156, and on that basis denies the allegations.

78.     As to paragraph 157, Tesla denies that Diaz was an employee of Tesla.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 157 and on that basis denies the allegations.

79.     Tesla denies each and every allegation in paragraphs 158 and 160 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 158 and 160, and on that basis denies the allegations.

80.     Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 159, and on that basis denies the allegations.

81.     Tesla denies each and every allegation in paragraph 161 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 161, and on that basis denies the allegations.

82.     Paragraphs 162 and 163 contain legal contentions and conclusions, and do not constitute allegations that require a response. To the extent any part of paragraphs 162 and 163 constitutes an allegation requiring a response, Tesla denies each and every allegation contained therein.

83.     As to paragraph 164, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

1  sufficient knowledge or information to admit or deny the remaining allegations in paragraph 164,

2  and on that basis denies the allegations.

3      84.      Tesla denies each and every allegation in paragraph 165 of the FAC to the extent

4  the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

5  the remaining allegations in paragraph 165, and on that basis denies the allegations.

6      85.      As to paragraph 166, Tesla re-alleges and incorporates by reference its responses to

7  paragraphs 1 through 165, as though fully set forth herein.

8      86.      Paragraphs 167, 168, 169, and 170 contain statutory provisions, legal contentions

9  and/or conclusions, and do not constitute allegations that require a response. To the extent any part

10  of paragraphs 167, 168, 169, and 170 constitutes an allegation requiring a response, Tesla denies

11  each and every allegation contained therein.

12      87.      Tesla lacks sufficient knowledge or information to admit or deny the allegations in

13  paragraph 171, and on that basis denies the allegations.

14      88.      Tesla denies each and every allegation in paragraph 172 of the FAC to the extent

15  the allegations pertain to Tesla.  Tesla lacks sufficient knowledge or information to admit or deny

16  the remaining allegations in paragraph 172, and on that basis denies the allegations.

17      89.      Paragraph 173 does not constitute an allegation that requires a response.  To the

18  extent any part of paragraph 173 constitutes allegations requiring a response, Tesla denies each

19  and every allegation contained therein.

20      90.      As to paragraph 174, Tesla denies that Plaintiffs are entitled to reasonable

21  attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

22  sufficient knowledge or information to admit or deny the remaining allegations in paragraph 174,

23  and on that basis denies the allegations.

24      91.      Tesla denies each and every allegation in paragraph 175 of the FAC to the extent

25  the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

26  the remaining allegations in paragraph 175, and on that basis denies the allegations.

27      92.      As to paragraph 176, Tesla re-alleges and incorporates by reference its responses to

28  paragraphs 1 through 175, as though fully set forth herein.

93.     Paragraphs 177 and 178 contain statutory provisions, legal contentions and/or conclusions, and do not constitute allegations that require a response. To the extent any part of paragraphs 177 and 178 constitutes an allegation requiring a response, Tesla denies each and every allegation contained therein.

94.     Tesla denies each and every allegation in paragraphs 179.

95.     Tesla denies each and every allegation in paragraph 180 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 180, and on that basis denies the allegations.

96.     Paragraph 181 contains legal contentions and conclusions and do not constitute allegations that require a response. To the extent any part of paragraph 181 constitutes an allegation requiring a response, Tesla denies each and every allegation contained therein.

97.     As to paragraph 182, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 182, and on that basis denies the allegations.

98.     Tesla denies each and every allegation in paragraph 183 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 183, and on that basis denies the allegations.

99.     As to paragraph 184, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 184, as though fully set forth herein.

100.     Tesla denies each and every allegation in paragraphs 185, 186, and 187 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 185, 186, and 187, and on that basis denies the allegations.

101.     Paragraph 188 does not constitute an allegation that requires a response.  To the extent any part of paragraph 188 constitutes allegations requiring a response, Tesla denies each and every allegation contained therein.

102.     As to paragraph 189, Tesla denies that Plaintiffs are entitled to reasonable

1    attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

2    sufficient knowledge or information to admit or deny the remaining allegations in paragraph 189,

3    and on that basis denies the allegations.

4        103.      Tesla denies each and every allegation in paragraph 190 of the FAC to the extent

5    the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

6    the remaining allegations in paragraph 190, and on that basis denies the allegations.

7        104.      As to paragraph 191, Tesla re-alleges and incorporates by reference its responses to

8    paragraphs 1 through 190, as though fully set forth herein.

9        105.      Tesla denies each and every allegation in paragraphs 192, 193, and 194 of the FAC

10   to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to

11   admit or deny the remaining allegations in paragraphs 192, 193, and 194, and on that basis denies

12   the allegations.

13       106.      Paragraph 195 contains legal contentions and conclusions and do not constitute

14   allegations that require a response. To the extent any part of paragraph 195 constitutes an

15   allegation requiring a response, Tesla denies each and every allegation contained therein.

16       107.      As to paragraph 196, Tesla denies that Plaintiffs are entitled to reasonable

17   attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

18   sufficient knowledge or information to admit or deny the remaining allegations in paragraph 196,

19   and on that basis denies the allegations.

20       108.      Tesla denies each and every allegation in paragraph 197 of the FAC to the extent

21   the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

22   the remaining allegations in paragraph 197, and on that basis denies the allegations.

23       109.      As to paragraph 198, Tesla re-alleges and incorporates by reference its responses to

24   paragraphs 1 through 197, as though fully set forth herein.

25       110.      Paragraphs 199, 200, 201, and 202 contain legal contentions and conclusions, and

26   do not constitute allegations that require a response. To the extent any part of paragraphs 199, 200,

27   201, and 202 constitutes an allegation requiring a response, Tesla denies each and every allegation

28   contained therein.

111.     As to paragraph 203, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 203, and on that basis denies the allegations.

112.     Tesla denies each and every allegation in paragraph 204 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 204, and on that basis denies the allegations.

113.     As to paragraph 205, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 204, as though fully set forth herein.

114.     Tesla denies each and every allegation in paragraphs 206, 207, and 208 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraphs 206, 207, and 208, and on that basis denies the allegations.

115.     As to paragraph 209, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 209, and on that basis denies the allegations.

116.     Tesla denies each and every allegation in paragraph 210 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 210, and on that basis denies the allegations.

117.     As to paragraph 211, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 210, as though fully set forth herein.

118.     Paragraphs 212, 213, 214, and 215 contain legal contentions and conclusions, and do not constitute allegations that require a response. To the extent any part of paragraphs 212, 213, 214, and 215 constitutes an allegation requiring a response, Tesla denies each and every allegation contained therein.

119.     As to paragraph 216, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

sufficient knowledge or information to admit or deny the remaining allegations in paragraph 216, and on that basis denies the allegations.

120.     Tesla denies each and every allegation in paragraph 217 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 217, and on that basis denies the allegations.

121.     As to paragraph 218, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 217, as though fully set forth herein.

122.     Tesla denies each and every allegation in paragraphs 219, 210, 221, and 222 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 219, 210, 221, and 222, and on that basis denies the allegations.

123.     Paragraph 223 contains legal contentions and conclusions, and does not constitute allegations that require a response.  To the extent any part of paragraph 223 constitutes allegations requiring a response, Tesla denies each and every allegation contained therein.

124.     As to paragraph 224, Tesla denies that Plaintiffs are entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 224, and on that basis denies the allegations.

125.     Tesla denies each and every allegation in paragraph 225 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 225, and on that basis denies the allegations.

126.     As to paragraph 226, Tesla re-alleges and incorporates by reference its responses to paragraphs 1 through 225, as though fully set forth herein.

127.     As to paragraph 227, Tesla denies that Diaz and Patterson were employees of Tesla.  Tesla lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 227, and on that basis denies the allegations.

128.     Tesla denies each and every allegation in paragraphs 228, 229, 230, 232, and 233 of the FAC to the extent the allegations pertain to Tesla. Tesla lacks sufficient knowledge or

1   information to admit or deny the remaining allegations in paragraph 228, 229, 230, 232, and 233,

2   and on that basis denies the allegations.

3       129.     Paragraphs 231 and 234 contain legal contentions and conclusions, and do not

4   constitute allegations that require a response. To the extent any part of paragraphs 231 and 234

5   constitutes an allegation requiring a response, Tesla denies each and every allegation contained

6   therein.

7       130.     As to paragraph 235, Tesla denies that Plaintiffs are entitled to reasonable

8   attorney's fees and litigation expenses, including expert witness fees and costs.  Tesla lacks

9   sufficient knowledge or information to admit or deny the remaining allegations in paragraph 235,

10  and on that basis denies the allegations.

11      131.     Tesla denies each and every allegation in paragraph 236 of the FAC to the extent

12  the allegations pertain to Tesla. Tesla lacks sufficient knowledge or information to admit or deny

13  the remaining allegations in paragraph 236, and on that basis denies the allegations.

14      132.     Plaintiffs' prayer for relief is not an allegation and does not require a response.  To

15  the extent any part of Plaintiffs' prayer for relief constitutes an allegation, Defendant denies each

16  and every allegation contained therein.

17

18                              **AFFIRMATIVE DEFENSES**

19                           **FIRST AFFIRMATIVE DEFENSE**

20                           (Failure to State a Cause of Action)

21      1.       As a first, separate, and affirmative defense to the FAC and every cause of   action

22  set forth therein, Tesla alleges that Plaintiffs have failed to state a claim upon which relief may be

23  granted.

24                          **SECOND AFFIRMATIVE DEFENSE**

25                              (Statute of Limitations)

26      2.       As a second, separate, and affirmative defense to the FAC and every cause of

27  action set forth therein, Tesla alleges that Plaintiffs' claims are barred, in whole or in part, by the

28  applicable statute of limitations including, but not limited to, California Code of Civil Procedure

1   Sections 335.1, 338, 340, 343, and 361, California Government Code Section 12965, and 28

2   U.S.C. Section 1658.

3   **THIRD AFFIRMATIVE DEFENSE**

4   (Failure to Exhaust Administrative Remedies)

5   3.      As a third, separate, and affirmative defense to the FAC and every cause of action

6   set forth therein, Tesla alleges that Plaintiffs failed to comply with the applicable procedural and

7   administrative prerequisites including timely charge filing requirements and the exhaustion of all

8   administrative remedies under federal or state law.

9   **FOURTH AFFIRMATIVE DEFENSE**

10   (Legitimate Non-Discriminatory, Non-Retaliatory Reasons)

11   4.      As a fourth, separate, and affirmative defense to the FAC and every cause of action

12   set forth therein, Tesla alleges, without admitting that it engaged in or made any of the acts,

13   conduct, or statements attributed to it in the FAC, that any acts, conduct or statements by Tesla or

14   anyone acting on its behalf were justified, in good faith, and for legitimate, non-discriminatory

15   reasons that were wholly unrelated to Plaintiffs' alleged race or any protected activity.

16   **FIFTH AFFIRMATIVE DEFENSE**

17   (Lack of Knowledge)

18   5.      As a fifth, separate, and affirmative defense to the FAC and every cause of action

19   set forth therein, Tesla alleges that it had no knowledge of any discriminatory or otherwise

20   unlawful behavior by any of its employees, agents, or representatives.

21   **SIXTH AFFIRMATIVE DEFENSE**

22   (Reasonable Care)

23   6.      As a sixth, separate, and affirmative defense to the FAC and every cause of action

24   set forth therein, Tesla alleges that it exercised reasonable care to prevent and promptly correct

25   any discriminatory or other unlawful behavior.

26   **SEVENTH AFFIRMATIVE DEFENSE**

27   (Course and Scope of Employment)

28   7.      As a seventh, separate, and affirmative defense to the FAC and every cause of

1  action set forth therein, Tesla alleges that to the extent employees engaged in any discriminatory

2  or otherwise unlawful behavior, the alleged acts were committed outside the course and scope of

3  employment.

4  **EIGHTH AFFIRMATIVE DEFENSE**

5  (Exclusive Remedy of Workers' Compensation)

6  8.      As an eighth, separate, and affirmative defense to the FAC and every cause of

7  action set forth therein, Tesla alleges that Plaintiffs' claims are barred by the exclusive remedy

8  provisions of the California Workers' Compensation Act.

9  **NINTH AFFIRMATIVE DEFENSE**

10  (Unclean Hands)

11  9.      As a ninth, separate, and affirmative defense to the FAC and every cause of action

12  set forth therein, Tesla alleges that the FAC is barred by the doctrine of unclean hands.

13  **TENTH AFFIRMATIVE DEFENSE**

14  (Estoppel)

15  10.     As a tenth, separate, and affirmative defense to the FAC and every cause of action

16  set forth therein, Tesla alleges that Plaintiffs are estopped from bringing any cause of action.

17  **ELEVENTH AFFIRMATIVE DEFENSE**

18  (Waiver)

19  11.     As a eleventh, separate, and affirmative defense to the FAC and every cause of

20  action set forth therein, Tesla alleges that Plaintiffs waived some or all of the causes of action

21  asserted in the FAC.

22  **TWELFTH AFFIRMATIVE DEFENSE**

23  (Laches)

24  12.     As a twelfth, separate, and affirmative defense to the FAC and every cause of

25  action set forth therein, Tesla alleges that Plaintiffs unreasonably delayed in bringing the action.

26  **THIRTEENTH AFFIRMATIVE DEFENSE**

27  (Failure to Take Advantage of Corrective Opportunities)

28  13.     As a thirteenth, separate, and affirmative defense to the FAC and every cause of

1  action set forth therein, Tesla alleges that Plaintiffs' claims are barred in whole or in part, because

2  Plaintiffs failed to take advantage of any preventive or corrective opportunities provided by Tesla

3  to avoid harm or otherwise.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Same Decision/Mixed Motive)

6  14.   As a fourteenth, separate, and affirmative defense to the FAC and every cause of

7  action set forth therein, Tesla alleges, without admitting that it engaged in or made any of the

8  acts, conduct, or statements attributed to it in the FAC, if it is found that Tesla's actions were

9  motivated by both discriminatory and nondiscriminatory reasons, the legitimate

10 nondiscriminatory reasons alone would have induced Defendant to make the same decision

11 regarding Plaintiffs' employment.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(No Authorization or Ratification)

14 15.   As a fifteenth, separate, and affirmative defense to the FAC and every cause of

15 action set forth therein, Tesla alleges that any unlawful or wrongful acts, if any, taken by its agents

16 or employees were outside the course and scope of their authority and such acts, if any, were not

17 authorized, ratified, or condoned by Tesla, nor did Tesla know nor should it have known of such

18 acts.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Avoidable Consequence)

21 16.   As a sixteenth, separate, and affirmative defense to the FAC and every cause of

22 action set forth therein, Tesla alleges that Plaintiffs' claims are barred, in whole or in part because

23 of their unreasonable failure to avail themselves of their employer's measures to prevent and

24 correct discrimination, the use of which would have prevented the harm Plaintiffs allege that they

25 suffered.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Offset)

28 17.   As a seventeenth, separate, and affirmative defense to the FAC and every cause of

1    action set forth therein, if Plaintiffs sustained any damage as a result of the conduct alleged in the

2    FAC, which Tesla denies, Tesla is entitled to an offset to the extent that Plaintiffs received

3    income, benefits, or money from other sources.

4                              **EIGHTEENTH AFFIRMATIVE DEFENSE**

5                                      (Unjust Enrichment)

6            18.     As an eighteenth, separate, and affirmative defense to the FAC and every cause of

7    action set forth therein, Tesla asserts that Plaintiffs are seeking to recover more than Plaintiffs are

8    entitled to recover in this case, and an award of the judgment sought by Plaintiffs would unjustly

9    enrich Plaintiffs.

10                             **NINETEENTH AFFIRMATIVE DEFENSE**

11                                   (After-Acquired Evidence)

12           19.     As a nineteenth, separate, and affirmative defense to the FAC and every cause of

13   action set forth therein, Tesla alleges that Plaintiffs' claims are barred, in whole or in part, or in the

14   alternative, Plaintiffs' claims for relief, including economic damages, should be denied and/or

15   limited, pursuant to the doctrine of "after-acquired evidence."

16                             **TWENTIETH AFFIRMATIVE DEFENSE**

17                                          (Release)

18           20.     As a twentieth, separate, and affirmative defense to the FAC and every cause of

19   action set forth therein, Tesla alleges that Plaintiffs' claims are barred in whole or in part to the

20   extent they entered into any agreement discharging or waiving their right to assert the claims

21   against Tesla pleaded in the FAC.

22                            **TWENTY-FIRST AFFIRMATIVE DEFENSE**

23                                    (Arbitration Agreement)

24           21.     As a twenty-first, separate, and affirmative defense to the FAC and every cause of

25   action set forth therein, Tesla alleges that Plaintiff Patterson's claims are barred in whole or in part

26   to the extent that Plaintiffs are subject to binding arbitration of their claims and they have waived

27   bringing such claims.

28

1

### TWENTY-SECOND AFFIRMATIVE DEFENSE

2

(Failure to Mitigate)

3      22.      As a twenty-second, separate, and affirmative defense to the FAC and every cause

4   of action set forth therein, Tesla alleges that Plaintiffs are not entitled to damages to the extent

5   they failed to take reasonable steps to mitigate their damages, if any; or alternatively, Plaintiffs

6   have mitigated their damages, and therefore, are barred from recovering any damages in this

7   action.

8

### TWENTY-THIRD AFFIRMATIVE DEFENSE

9

(No Entitlement to Punitive Damages)

10      23.      As a twenty-third, separate, and affirmative defense to the FAC and every cause of

11   action set forth therein, Tesla alleges that Plaintiffs are not entitled to recover punitive    or

12   exemplary damages because the FAC fails to state sufficient facts to maintain any claim for

13   punitive or exemplary damages and because Defendant did not act willfully, wantonly or with

14   malice with respect to Plaintiffs' employment.  Defendant maintained a suitable anti-

15   discrimination policy in effect at all material times.

16

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

17

(Punitive Damages Unconstitutional)

18      24.      As a twenty-fourth, separate, and affirmative defense to the FAC and every cause

19   of action set forth therein, Plaintiffs are not entitled to recover any punitive or exemplary

20   damages as prayed for in the FAC on the grounds that any award of punitive or exemplary

21   damages in general  and/or  any such award  as applied to the facts of this specific action would

22   violate Defendant's constitutional rights under the provisions of the United States and California

23   Constitutions, including but not limited to the due process clauses of the Fifth and Fourteenth

24   Amendments of the United States Constitution and the excessive fines and cruel and unusual

25   punishment clauses of the Eighth Amendment of the United States Constitution.

26

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

27

(Bane, Ralph and Unruh Act Unconstitutional)

28      25.      As a twenty-fifth, separate, and affirmative defense to the FAC and every cause of

1  action set forth therein, Plaintiffs' claims are barred to the extent they infringe on Tesla's

2  constitutional rights under the provisions of the United States and California Constitutions.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Third Party Liability)

26.     As a twenty-sixth, separate, and affirmative defense to the FAC and every cause of

action set forth therein, Tesla alleges that to the extent that any of the alleged wrongs were

committed by others, any and all such claims are barred as against Tesla in their entirety.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

(Unruh Act Inapplicable to Employment Discrimination)

27.     As a twenty-seventh, separate, and affirmative defense to the FAC and every cause

of action set forth therein, Tesla alleges that Plaintiffs' claims of employment discrimination are

not cognizable under the Unruh Act.

### REQUEST FOR RELIEF

WHEREFORE, Tesla prays for judgment as follows:

1.     That the FAC be dismissed with prejudice in its entirety;

2.     That Plaintiffs take nothing by reason of the FAC;

3.     That Tesla be awarded its costs of suit and reasonable attorneys' fees to the extent

provided by law; and

4.     For such other and further relief as the Court may deem just and proper.


Dated:  January 14, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____

TRACEY A. KENNEDY,
PATRICIA M. JENG
REANNE SWAFFORD-HARRIS

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.