POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740    FAX NO.: (415) 785-7352<br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|

**US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA, 94102
BRANCH NAME: San Francisco/Oakland Division

| PLAINTIFF: DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC., et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents):
      Amended Complaint

3. a. Party served *(specify name of party as shown on documents served)*:
      NextSource, Inc.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)
      Becky DeGeorge / Process Specialist

4. Address where the party was served:
   CSC- Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 01/03/2019  (2) at *(time):* 1:45 PM
      Description: Age: 45, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 145, Hair: Blonde, Glasses: N

   b. ☐ **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc., 415.20). I mailed the documents on

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Job Number EVN-2019000018

| PLAINTIFF: DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC., et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|

       (date):    from (city):    or ☐
  a declaration of mailing is attached.

     (5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):    (2) from (city):

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of (specify):
  c. ☐ as occupant.
  d. ☒ On behalf of (specify): NextSource, Inc.
    under the following Code of Civil Procedure section:
    ☒ 416.10 (corporation)  ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)  ☐ 415.46 (occupant)
               ☐ other:

7. **Person who served papers**
  a. Name: John Adams
    Firm: Evan-Allen Services
  b. Address: 4425 Treat Blvd., #149, Concord, CA 94521
  c. Telephone number: (925) 525-9062
  d. **The fee** for the service was: $55.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner ☐ employee ☒ independent contractor.
      (ii) Registration No.: 1445
      (iii) County: Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1/4/19

John Adams               ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Job Number EVN-2019000018