1
2
3
4
5
6
7
8
9
10
11
12
13
14

LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: 415.453.4740
Facsimile: 415.785.7352

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
351 California, Suite 200
San Francisco, CA  94104
Telephone:  415.918.3000

Attorneys for Defendant,
CITISTAFF SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:   3:17-cv-06748-WHO<br><br>**STIPULATION AND ORDER RE: DEFENDANT CITISTAFF SOLUTIONS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Assigned to Hon. William H. Orrick]<br><br>Complaint Filed: October 16, 2017<br>FAC Filed: December 26, 2018<br>Trial Date: November 18, 2019 |

## STIPULATION

Plaintiffs Demetric Di-az and Owen Diaz ("Plaintiffs"), and Defendant CitiStaff Solutions, Inc. ("CitiStaff") (collectively CitiStaff and Plaintiffs referred to as the "Parties") hereby stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs filed their Complaint in the Superior Court of California for the County of Alameda;

**WHEREAS**, on November 22, 2017, CitiStaff filed its Answer to Plaintiffs' Complaint in the Superior Court of California for the County of Alameda, attached hereto as Exhibit 1;

**WHEREAS**, on December 14, 2018, the parties filed a Stipulation And [Proposed] Order Allowing Plaintiffs to File An Amended Complaint To Add New Party NextSource, Inc. As A Defendants; And To Continue Trial Date From May 13, 2019 to October 28, 2019 And Trial-Related Deadlines;

**WHEREAS**, on December 20, 2018, this Court ordered that Plaintiffs may file an amended complaint adding NextSource, Inc. as a party to the action and continued the trial date and trial related deadlines;

**WHEREAS**, on December 26, 2018, Plaintiffs filed their First Amended Complaint adding NextSource, Inc. as a party to the action, but otherwise did not amend any of the substantive allegations as against CitiStaff;

**WHEREAS**, on January 7, 2019, the Parties filed a Stipulation To Extend Defendant CitiStaff Solutions, Inc.'s Time To Respond To Plaintiffs' First Amended Complaint pursuant to Civil Local Rule 6-1(a);

**WHEREAS,** Plaintiffs have agreed that, because the changes in the First Amended Complaint are minor and do not substantially affect the allegations against CitiStaff, CitiStaff's answer to Plaintiffs' original Complaint may be deemed its answer to Plaintiffs' First Amended Complaint to avoid unnecessarily repetitive pleadings;

///

**NOW THEREFORE**, Plaintiffs and CitiStaff, by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue an order that CitiStaff's answer to Plaintiff's original Complaint, attached hereto as Exhibit 1, is deemed its answer to Plaintiffs' First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: January 11, 2019        **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By:   /s/ Lawrence Organ
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

DATED: January 11, 2019        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   /s/ Aaron M. Rutschman
Barbara Antonucci
Aaron M. Rutschman
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  January 16, 2019        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By   /s/ Aaron M. Rutschman
Aaron M. Rutschman

STIPULATION AND ORDER RE: DEFENDANT           CASE NO: 3:17-CV-06748-WHO
CITISTAFF SOLUTIONS, INC.'S ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT

1
2        **ORDER**
3    Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court
4 orders as follows:
5    CitiStaff's Answer to Plaintiff's original Complaint, filed in the Superior Court of the State
6 of California For the County of Alameda and attached hereto as Exhibit 1, is deemed its answer to
7 Plaintiffs' First Amended Complaint;
8
9    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
10
11 DATED: January 18, 2019    _____
12                                      Hon. William H. Orrick
13
...
28

4

STIPULATION AND ORDER RE: DEFENDANT                    CASE NO: 3:17-CV-06748-WHO
CITISTAFF SOLUTIONS, INC.'S ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT