JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
AARON D. LANGBERG (CA SBN 284975)
alangberg@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:     (415) 490-9000
Facsimile:     (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, <br><br> Plaintiffs, <br> vs. <br><br> ADP SCREENING AND SELECTION SERVICES, INC., and AMERICAN CITY BUSINESS JOURNALS, INC., <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br> *[Removed from Alameda Superior Court, Case No. RG17878854]* <br><br> **NOTICE OF APPEARANCE OF JASON A. GELLER** <br><br><br> Amended Complaint Filed: December 26, 2018 |

FPDOCS 34936516.1

1    TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF

2    RECORD HEREIN:

3    I, Jason A. Geller, of Fisher & Phillips LLP, hereby enter my appearance as lead counsel

4    of record for Defendant nextSource, Inc.  I am a member of the State Bar of California and am

5    admitted to practice in the Northern District of California.  My address and telephone number

6    are as follows:

7

8    JASON A. GELLER (CA SBN 168149)
     FISHER & PHILLIPS LLP

9    One Embarcadero Center, Suite 2050
     San Francisco, California 94111

10   Telephone:      (415) 490-9000
     Facsimile:      (415) 490-9001

11   Email:          jgeller@fisherphillips.com

12

13

14   Date:  January 22, 2019                        FISHER & PHILLIPS LLP

15

16                                      By:    _/s/ Jason A. Geller_____

17                                             JASON A. GELLER
                                               Attorneys for Defendant
                                               nextSource, Inc.

18

19

20

21

22

23

24

25

26

27

28

                                           2                  Case No. 3:17-cv-06748-WHO

1

2

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance of Jason A. Geller* has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        */s/ Jason A. Geller*
                                         JASON A. GELLER