JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
AARON D. LANGBERG (CA SBN 284975)
alangberg@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:    (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>                        Plaintiffs,<br>    vs.<br><br>ADP SCREENING AND SELECTION SERVICES, INC., and AMERICAN CITY BUSINESS JOURNALS, INC.,<br><br>                        Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case  No. RG17878854]*<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Amended Complaint Filed: December 26, 2018 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 6-1(a), Plaintiffs Demetric Di-Az and Owen Diaz, and Defendant nextSource, Inc., by and through their respective counsel, hereby stipulate that Defendant nextSource, Inc. has up to and including February 8, 2019 to move, plead, or otherwise respond to the Amended Complaint for Damages (which was filed on December 26, 2018). This extension does not impact the discovery proceeding in this matter.

Date:  January 22, 2019                                        CALIFORNIA CIVIL RIGHTS LAW GROUP

                                                      By:      */s/ Lawrence A. Organ*
                                                               LAWRENCE A. ORGAN
                                                               NAVRUZ AVLONI
                                                               Attorneys for Plaintiffs
                                                               DEMETRIC DI-AZ, OWEN DIAZ AND
                                                               LAMAR PATTERSON


Date:  January 22, 2019                                        FISHER & PHILLIPS LLP

                                                      By:      */s/ Jason A. Geller*
                                                               JASON A. GELLER
                                                               Attorneys for Defendant
                                                               nextSource, Inc.

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiffs Demetric Di-Az and Owen Diaz.

DATED: January 22, 2019            */s/ Jason A. Geller*
                                   JASON A. GELLER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Stipulation To Extend Time Within Which To Respond To Complaint (L.R. 6-1(a))* has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

> */s/ Jason A. Geller*
> JASON A. GELLER