JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
AARON D. LANGBERG (CA SBN 284975)
alangberg@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:   (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**NOTICE OF APPEARANCE OF AARON D. LANGBERG**<br><br><br>Amended Complaint Filed: December 26, 2018 |

`

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

I, Aaron D. Langberg, of Fisher & Phillips LLP, hereby enter my appearance as counsel of record for Defendant nextSource, Inc. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> AARON D. LANGBERG (CA SBN 284975)
> FISHER & PHILLIPS LLP
> One Embarcadero Center, Suite 2050
> San Francisco, California 94111
> Telephone: (415) 490-9000
> Facsimile: (415) 490-9001
> Email: alangberg@fisherphillips.com

Date: January 24, 2019                               FISHER & PHILLIPS LLP

                                        By:   */s/ Aaron D. Langberg*
                                              AARON D. LANGBERG
                                              Attorneys for Defendant
                                              nextSource, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance of Aaron D. Langberg* has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                */s/ Aaron D. Langberg*
                AARON D. LANGBERG