BARBARA I. ANTONUCCI (State Bar No. 209039)
bantonucci@constangy.com
PHILIP J. SMITH (State Bar No. 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (State Bar No. 288273)
arutschman@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918.3000
Facsimile: (415) 918.3005

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive , <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CITISTAFF SOLUTIONS, INC.; [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that Defendant CitiStaff Solutions, Inc. has retained Lafayette & Kumagai to substitute as counsel for Constangy, Brooks, Smith & Prophete LLP in the above-captioned action.

Withdrawing counsel for Defendant CitiStaff Solutions, Inc. are:

>Barbara I. Antonucci
>Constangy, Brooks, Smith & Prophete LLP
>351 California, Suite 200
>San Francisco, California 94104
>Email: bantonucci@constangy.com
>Telephone: (415) 918.3000
>
>Philip J. Smith
>Constangy, Brooks, Smith & Prophete LLP
>351 California, Suite 200
>San Francisco, California 94104
>Email: psmith@constangy.com
>Telephone: (415) 918.3000
>
>Aaron M. Rutschman
>Constangy, Brooks, Smith & Prophete LLP
>351 California, Suite 200
>San Francisco, California 94104
>Email: arutschman@constangy.com
>Telephone: (415) 918.3000

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant CitiStaff Solutions, Inc.:

>Gary T. Lafayette
>Lafayette & Kumagai
>1300 Clay Street, Ste. 810
>Oakland, California 94612
>Email: glafayette@lkclaw.com
>Telephone: (415) 357-4600
>
>Cheryl A. Stevens
>Lafayette & Kumagai
>1300 Clay Street, Ste. 810
>Oakland, California 94612
>Email: cstevens@lkclaw.com
>Telephone: (415) 357-4600

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  January 24, 2019       **CITISTAFF SOLUTIONS, INC.**

By  /s/ Charles Slater
    Charles Slater
    General Counsel

Dated:  January 24, 2019       **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Aaron M. Rutschman
    Aaron M. Rutschman

Dated:  January 24, 2019       **LAFAYETTE & KUMAGAI**

By   /s/ Gary T. Lafayette
    Gary T. Lafayette

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  January 24, 2019       **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Aaron M. Rutschman
    Aaron M. Rutschman

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____          _____

                                        HON. WILLIAM H. ORRICK