BARBARA I. ANTONUCCI (State Bar No. 209039)
bantonucci@constangy.com
PHILIP J. SMITH (State Bar No. 232462)
psmith@constangy.com
AARON M. RUTSCHMAN (State Bar No. 288273)
arutschman@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
351 California, Suite 200
San Francisco, California 94104
Telephone: (415) 918.3000
Facsimile: (415) 918.3005

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive ,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CITISTAFF SOLUTIONS, INC.; ORDER** |

1    **PLEASE TAKE NOTICE** that Defendant CitiStaff Solutions, Inc. has retained Lafayette

2   & Kumagai to substitute as counsel for Constangy, Brooks, Smith & Prophete LLP in the above-

3   captioned action.

4   Withdrawing counsel for Defendant CitiStaff Solutions, Inc. are:

Barbara I. Antonucci
Constangy, Brooks, Smith & Prophete LLP
351 California, Suite 200
San Francisco, California 94104
Email: bantonucci@constangy.com
Telephone: (415) 918.3000

Philip J. Smith
Constangy, Brooks, Smith & Prophete LLP
351 California, Suite 200
San Francisco, California 94104
Email: psmith@constangy.com
Telephone: (415) 918.3000

Aaron M. Rutschman
Constangy, Brooks, Smith & Prophete LLP
351 California, Suite 200
San Francisco, California 94104
Email: arutschman@constangy.com
Telephone: (415) 918.3000

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant CitiStaff Solutions, Inc.:

Gary T. Lafayette
Lafayette & Kumagai
1300 Clay Street, Ste. 810
Oakland, California 94612
Email: glafayette@lkclaw.com
Telephone: (415) 357-4600

Cheryl A. Stevens
Lafayette & Kumagai
1300 Clay Street, Ste. 810
Oakland, California 94612
Email: cstevens@lkclaw.com
Telephone: (415) 357-4600

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  January 24, 2019         **CITISTAFF SOLUTIONS, INC.**

By  /s/ Charles Slater
   Charles Slater
   General Counsel

Dated:  January 24, 2019         **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Aaron M. Rutschman
   Aaron M. Rutschman

Dated:  January 24, 2019         **LAFAYETTE & KUMAGAI**

By   /s/ Gary T. Lafayette
   Gary T. Lafayette

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  January 24, 2019         **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Aaron M. Rutschman
   Aaron M. Rutschman

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: February 1, 2019



HON. WILLIAM H. ORRICK