| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503)<br>larry@civilrightsca.com<br>NAVRUZ AVLONI (SBN 279556)<br>navruz@civilrightsca.com<br>CALIFORNIA CIVIL RIGHTS LAW GROUP<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>Telephone:    (415) 453-4740<br>Facsimile:  (415) 785-7352<br><br>Attorneys for Plaintiffs<br>Demetric Di-Az, Owen Diaz, and<br>Lamar Patterson | |
| BARBARA I. ANTONUCCI (SBN 209039)<br>bantonucci@constangy.com<br>PHILIP J. SMITH (SBN 232462)<br>psmith@constangy.com<br>AARON M. RUTSCHMAN (SBN 288273)<br>arutschman@constangy.com<br>**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**<br>351 California, Suite 200<br>San Francisco, CA 94104<br>Telephone: 415.918.3000<br><br>Attorneys for Defendant<br>CITISTAFF SOLUTIONS, INC. | FENN C. HORTON III (SBN 119888)<br>fhorton@pahl-mccay.com<br>HELENE SIMVOULAKIS-PANOS (SBN 256334)<br>**PAHL & MCCAY**<br>225 West Santa Clara Street, Suite 1500<br>San Jose, California 95113<br>Telephone: 508.286.5110<br>Facsimile: 408.286.5722<br><br>Attorneys for Defendant<br>   WEST VALLEY STAFFING GROUP |
| ROGER M. MANSUKHANI (SBN: 164463)<br>rmansukhani@grsm.com<br>CRAIG D. NICKERSON (SBN: 215067)<br>cnickerson@grsm.com<br>MEGAN L. HAYATI (SBN: 271888)<br>mhayati@grsm.com<br>NATHAN R. BROGDEN (SBN: 314980)<br>NBROGDEN@GRSM.COM<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>101 W. Broadway Suite 2000<br>San Diego, CA 92101<br>Telephone:  (213) 270-7868<br>Facsimile:  (619) 696-7124<br><br>Attorneys for Defendant<br>CHARTWELL STAFFING SERVICES, INC. | TRACEY KENNEDY<br>tkennedy@sheppardmullin.com<br>REANNE SWAFFORD-HARRIS<br>RSwafford-Harris@sheppardmullin.com<br>PATRICIA JENG<br>PJeng@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**<br>333 SOUTH HOPE STREET<br>FORTY-THIRD FLOOR<br>Los Angeles, CA 90071<br>Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398<br><br>Attorneys for Defendant<br>TESLA, INC. DBA TESLA MOTORS, INC. |

-1-

STIPULATION AND ORDER RE: PLAINTIFFS' FIRST AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-06748-WHO<br><br>**STIPULATION AND ORDER RE: PLAINTIFFS' FIRST AMENDED COMPLAINT** |

## STIPULATION

Plaintiffs Demetric Di-az and Owen Diaz ("Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff"), Defendant West Valley Staffing Group ("West Valley"), Lamar Patterson ("Patterson"), and Chartwell Staffing Services, Inc. ("Chartwell") hereby stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs filed their Complaint in this matter asserting causes of action against Tesla, CitiStaff, West Valley, and Chartwell;

**WHEREAS**, the case was then removed to the United States District Court – Northern District of California;

**WHEREAS**, on February 6, 2018, Patterson, Tesla, and Chartwell entered into a stipulation to submit Patterson's claims against Tesla and Chartwell to binding arbitration before JAMS in San Francisco;

**WHEREAS**, on February 8, 2018, the Court approved and granted the stipulation to arbitrate and stayed the case as to Patterson's claims against Chartwell and Tesla;

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

**WHEREAS**, Patterson filed his demand for arbitration against Chartwell and Tesla with JAMS on July 25, 2018. Patterson, Tesla, and Chartwell are currently litigating those claims in arbitration;

**WHEREAS**, Plaintiffs do not currently assert any causes of action against Chartwell independent from Patterson's claims that have been ordered to arbitration, and no active claims against Chartwell remain in District Court;

**WHEREAS**, on December 14, 2018, Defendants Tesla, CitiStaff, WestValley, and the Diaz Plaintiffs entered into a stipulation allowing the Diaz Plaintiffs to file a first amended complaint ("FAC") for the purposes of adding nextSource, Inc. as a Defendant in the matter currently pending in District Court;

**WHEREAS**, Chartwell was not a party to the Stipulation to File a FAC;

**WHEREAS**, the FAC did not remove Chartwell or Patterson as parties to the District Court lawsuit given that those claims are currently stayed;

**NOW THEREFORE**, in order to avoid confusion, the Parties, Patterson, and Chartwell, by and through their respective counsel, hereby stipulate and agree, as follows:

1) the FAC did not revive any stayed claims as to Patterson or Chartwell; and

2) Chartwell does not need to file any response to the FAC given that all claims against Chartwell have been stayed and compelled to arbitration.

**It is so stipulated.**

DATED: January    , 2019           **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By: /s/
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

| | | |
|---|---|---|
| 1 | DATED: January , 2019 | **PAHL & MCCAY** |
| 2 | | |
| 3 | | By: /s/ |
| | | Fenn C. Horton III |
| 4 | | Helene Simvoulakos-Panos |
| | | Attorneys for Defendant |
| 5 | | WEST VALLEY STAFFING GROUP |
| 6 | | |
| 7 | DATED: January , 2019 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | Tracey Kennedy |
| | | Reanne Swafford-Harris |
| 11 | | Patricia Jeng |
| | | Attorneys for Defendant |
| 12 | | TESLA INC. DBA TESLA MOTORS, INC. |
| 13 | DATED: January , 2019 | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| 14 | | |
| 15 | | By: /s/ |
| 16 | | Barbara I. Antonucci |
| | | Philip J. Smith |
| 17 | | Aaron M. Rutschman |
| | | Attorneys for Defendant |
| 18 | | CITISTAFF SOLUIONS, INC. |
| 19 | | |
| 20 | Dated: January 8, 2019 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 21 | | |
| 22 | | By: /s/ |
| | | Roger M. Mansukhani |
| 23 | | Craig D. Nickerson |
| | | Megan L. Hayati |
| 24 | | Nathan R. Brogden |
| | | Attorneys for Defendant |
| 25 | | CHARTWELL STAFFING SERVICES, INC. |

*Left margin:* Gordon Rees Scully Mansukhani, LLP / 101 W. Broadway Suite 2000 / San Diego, CA 92101

-4-

STIPULATION AND ORDER RE: PLAINTIFFS' FIRST AMENDED COMPLAINT

# [~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1) Plaintiff's First Amended Complaint filed on December 26, 2018, did not revive any stayed claims as to Patterson or Chartwell; and

2) Chartwell is not required to file any response to the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 1, 2019                     _____

                                                                          Hon. William H. Orrick