JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
AARON D. LANGBERG (CA SBN 284975)
alangberg@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:   (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br>vs.<br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**DEFENDANT NEXTSOURCE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Amended Complaint Filed: December 26, 2018 |

1     Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or
3 other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6     1.   NSG Venture Group, Inc.  Defendant NEXTSOURCE, INC. is wholly owned by
7 NSG Venture Group, Inc.

8

9 Date:  February 8, 2019                         FISHER & PHILLIPS LLP

                                          By:    */s/ Jason A. Geller*
                                                 JASON A. GELLER
                                                 Attorneys for Defendant
                                                 nextSource, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Defendant nextSource, Inc.'s Certification of Interested Entities or Persons* has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                    */s/ Jason A. Geller*
                                    JASON A. GELLER