1  JASON A. GELLER (SBN 168149)
   Email: jgeller@fisherphillips.com
2  JUAN C. ARANEDA (SBN 213041)
   Email: jaraneda@fisherphillips.com
3  VINCENT J. ADAMS (SBN 249696)
   Email: vadams@fisherphillips.com
4  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
5  San Francisco, California  94111
   Telephone:  (415) 490-9000
6  Facsimile:   (415) 490-9001

7  Attorneys for Defendant
   nextSource, Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, | Case No:  3:17-CV-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]* |
| 12  Plaintiffs, | |
| 13  v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES** |
| 14  TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; DOES 1-50 inclusive, | |
| 18  Defendants. | Trial Date:  November 18, 2019 |

## STIPULATION

Plaintiffs Demetric Di-az and Owen Diaz (collectively "Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff"), Defendant West Valley Staffing Group ("West Valley") and Defendant nextSource, Inc. ("nextSource") hereby stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Alameda, naming Tesla, CitiStaff, West Valley, and Chartwell Staffing Services ("Chartwell") as defendants;

**WHEREAS**, on November 22, 2017, Tesla removed Plaintiffs' Complaint to the United States District Court for the Northern District of California based upon Federal Question

1

Jurisdiction under 42 U.S.C. § 1981;

**WHEREAS**, on February 6, 2018, Plaintiff Lamar Patterson ("Patterson"), Chartwell, and Defendant Tesla stipulated to submit Patterson's claims to final and binding arbitration leaving Plaintiffs' claims against Tesla, CitiStaff, and West Valley to proceed before the United States District Court;

**WHEREAS**, on December 20, 2018, Plaintiffs were granted leave to amend their Complaint to add nextSource, Inc., as a defendant based on new information allegedly obtained during the course of ongoing discovery;

**WHEREAS**, on December 26, 2018, Plaintiffs filed their Amended Complaint for Damages naming nextSource as a defendant;

**WHEREAS**, on February 8, 2019, nextSource filed its Answer to the Amended Complaint and formally appeared in this matter for the first time;

**WHEREAS**, given its recent appearance in this action nextSource has sought a stipulation from the other Parties to allow it to fully evaluate all discovery that has taken place, analyze discovery that remains to be taken, complete its discovery and allow sufficient time to file its dipositive motion in this action and prepare for trial;

**WHEREAS**, nextSource has not previously sought, nor been a party to any prior request, to continue the trial date in this matter;

**NOW THEREFORE**, good cause exists to continue the November 18, 2019 trial date due to nextSource being named as a defendant more than a year after this matter commenced. nextSource has been deprived of participating in prior discovery and settlement discussions among the Parties. To fully evaluate all discovery that has taken place and analyze what discovery remains to be taken, nextSource requests a continuance of the November 18, 2019 trial and all related pre-trial deadlines to allow sufficient time for completing discovery, filing dispositive motions, and preparing for trial.

///

///

///

2
JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND        CASE NO:  3:17-CV-06748-WHO
TRIAL-RELATED DATES

FPDOCS 35600385.1

**Continuing Trial and Pre-Trial Deadlines**

**WHEREAS,** trial in this matter is set for November 18, 2019;

**WHEREAS**, the current pre-trial scheduled in this matter is as follows:

- June 28, 2019: Fact discovery; expert disclosures due
- July 31, 2019: Rebuttal expert disclosure due
- August 7, 2019: Dispositive motion hearing deadline
- August 7, 2019: Expert discovery cutoff
- October 21, 2019: Pre-Trial Conference

**WHEREAS,** there has been one continuance in this matter to allow Plaintiffs leave to file their Amended Complaint naming nextSource as a defendant. There have been no trial continuances since nextSource appeared in the action, and nextSource has not previously sought, nor been a party to any prior request, to continue the trial date in this matter.

**NOW THEREFORE**, the Parties by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue and order continuing the trial to March 2, 2020, and continuing the Pre-Trial Conference to February 3, 2020 and the pre-trial discovery and dispositive motion deadlines as follows:

- October 11, 2019: Fact discovery; expert disclosures due
- November 15, 2019: Rebuttal expert disclosure due
- November 20, 2019: Dispositive motion hearing deadline
- November 20, 2019: Expert discovery cutoff

**IT IS SO STIPULATED.**

DATE:  June 17, 2019                         CALIFORNIA CIVIL RIGHTS LAW GROUP

                                             By:  */s/ Lawrence A. Organ*
                                                  LAWRENCE A. ORGAN
                                                  NAVRUZ AVLONI
                                                  Attorneys for Plaintiffs
                                                  Demetric Di-az and Owen Diaz

| | | |
|---|---|---|
| 1 | DATE:  June 17, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| 2 | | |
| 3 | | By:  */s/ Tracey A. Kennedy*<br>TRACEY A. KENNEDY |
| 4 | | PATRICIA M. JENG |
| 5 | | REANNE SWAFFORD-HARRIS<br>Attorneys for Defendant |
| 6 | | Tesla, Inc. dba Tesla Motors, Inc. |
| 7 | | |
| 8 | DATE:  June 17, 2019 | PAHL & MCCAY |
| 9 | | By:   */s/ Fenn C. Horton III*<br>FENN C. HORTON III |
| 10 | | HELENE SIMVOULAKOS-PANOS |
| 11 | | Attorneys for Defendant<br>West Valley Staffing Group |
| 12 | | |
| 13 | DATE:  June 17, 2019 | LAFAYETTE & KUMAGAI |
| 14 | | By:  */s/ Cheryl A. Stevens* |
| 15 | | GARY T. LAFAYETTE<br>CHERYL A. STEVENS |
| 16 | | Attorneys for Defendant<br>CitiStaff Solutions |
| 17 | | |
| 18 | DATE:  June 17, 2019 | FISHER & PHILLIPS LLP |
| 19 | | By:   */s/ Juan C. Araneda*<br>JASON A. GELLER |
| 20 | | JUAN C. ARANEDA |
| 21 | | VINCENT J. ADAMS<br>Attorneys for Defendant |
| 22 | | nextSource, Inc. |

### DECLARATION OF CONSENT

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for each of the parties above.

*/s/ Juan C. Araneda*
JUAN C. ARANEDA

# ORDER

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1. The trial in this case is continued to March 2, 2020;

2. The Pre-Trial Conference is continued to February 3, 2020;

3. The Pre-Trial deadlines in this case are continued as follows:

    - October 11, 2019: Fact discovery; expert disclosures due
    - November 15, 2019: Rebuttal expert disclosure due
    - November 20, 2019: Dispositive motion hearing deadline
    - November 20, 2019: Expert discovery cutoff

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June ____, 2019     _____
                                                         Hon. William H. Orrick

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California in the office of a member of the bar of this Court whose direction the following service was made. I am over the age of 18 and am not a party to this action. My business address is One Embarcadero Center, Suite 2050, San Francisco, California.

On June 17, 2019, I served the foregoing document entitled: **JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Lawrence A. Organ<br>Navruz Avloni<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960 | *Attorneys for Plaintiffs*<br>*DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON*<br><br>Tel.:   (415) 453-4740<br>Fax:   (415) 785-7352<br>Email: larry@civilrightsca.com<br>navruz@civilrightsca.com |
| Tracey A. Kennedy<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 | *Attorneys for Defendant*<br>*TESLA, INC. dba TESLA MOTORS, INC.*<br><br>Tel.:   (213) 620-1780<br>Fax:   (213) 620-1398<br>Email: tkennedy@sheppardmullin.com |
| Patricia M. Jeng<br>Reanne Swafford-Harris<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | *Attorneys for Defendant*<br>*TESLA, INC. dba TESLA MOTORS, INC.*<br><br>Tel.:   (415) 434-9100<br>Fax:   (415) 434-3947<br>Email: pjeng@sheppardmullin.com<br>rswafford-harris@sheppardmullin.com |
| Gary T. Lafayette<br>Cheryl A. Stevens<br>Lafayette & Kumagai<br>1300 Clay Street, Suite 810<br>Oakland, CA 94612 | *Attorneys for Defendant*<br>*CITISTAFF SOLUTIONS*<br><br>Tel.:   (415) 357-4600<br>Email: glafayette@lkclaw.com<br>cstevens@lkclaw.com |
| Fenn C. Horton, III<br>Helene Anastasia Simvoulakis<br>Pahl & McKay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113 | *Attorneys for Defendant*<br>*WEST VALLEY STAFFING GROUP*<br><br>Tel.:   (408) 286-5100<br>Email: fhorton@pahl-mccay.com<br>hsimvoulakis@pahl-mccay.com |

| | |
|---|---|
| Roger M. Mansukhani<br>Craig D. Nickerson<br>Megan L. Hayati<br>Nathan R. Brogden<br>Gordon Rees Scully Mansukhani, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA  92101 | *Attorneys for Defendant*<br>*CHARTWELL STAFFING SERVICES, INC.*<br><br>Tel.:      (213) 270-7868<br>Fax:      (619) 696-7124<br>Email:   rmansukhani@grsm.com<br>             cnickerson@grsm.com<br>             mhayati@grsm.com<br>             mbrogden@grsm.com |

☒     **[By Electronic Submission.]**  I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s).  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒     **FEDERAL -** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2019, at San Francisco, California.


                                             */s/ Catherine Schmitz*
                                                Catherine Schmitz