JASON A. GELLER (SBN 168149)
Email:  jgeller@fisherphillips.com
JUAN C. ARANEDA (SBN 213041)
Email:  jaraneda@fisherphillips.com
VINCENT J. ADAMS (SBN 249696)
Email:  vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California  94111
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; DOES 1-50 inclusive,<br><br>Defendants. | Case No:  3:17-CV-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES**<br><br>Trial Date:  November 18, 2019 |

## STIPULATION

Plaintiffs Demetric Di-az and Owen Diaz (collectively "Plaintiffs"), Defendant Tesla, Inc. dba Tesla Motors Inc. ("Tesla"), Defendant CitiStaff Solutions, Inc. ("CitiStaff"), Defendant West Valley Staffing Group ("West Valley") and Defendant nextSource, Inc. ("nextSource") hereby stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Alameda, naming Tesla, CitiStaff, West Valley, and Chartwell Staffing Services ("Chartwell") as defendants;

**WHEREAS**, on November 22, 2017, Tesla removed Plaintiffs' Complaint to the United States District Court for the Northern District of California based upon Federal Question

1 Jurisdiction under 42 U.S.C. § 1981;

2 **WHEREAS**, on February 6, 2018, Plaintiff Lamar Patterson ("Patterson"), Chartwell, and
3 Defendant Tesla stipulated to submit Patterson's claims to final and binding arbitration leaving
4 Plaintiffs' claims against Tesla, CitiStaff, and West Valley to proceed before the United States
5 District Court;

6 **WHEREAS**, on December 20, 2018, Plaintiffs were granted leave to amend their
7 Complaint to add nextSource, Inc., as a defendant based on new information allegedly obtained
8 during the course of ongoing discovery;

9 **WHEREAS**, on December 26, 2018, Plaintiffs filed their Amended Complaint for
10 Damages naming nextSource as a defendant;

11 **WHEREAS**, on February 8, 2019, nextSource filed its Answer to the Amended Complaint
12 and formally appeared in this matter for the first time;

13 **WHEREAS**, given its recent appearance in this action nextSource has sought a stipulation
14 from the other Parties to allow it to fully evaluate all discovery that has taken place, analyze
15 discovery that remains to be taken, complete its discovery and allow sufficient time to file its
16 dipositive motion in this action and prepare for trial;

17 **WHEREAS**, nextSource has not previously sought, nor been a party to any prior request,
18 to continue the trial date in this matter;

19 **NOW THEREFORE**, good cause exists to continue the November 18, 2019 trial date due
20 to nextSource being named as a defendant more than a year after this matter commenced.
21 nextSource has been deprived of participating in prior discovery and settlement discussions among
22 the Parties. To fully evaluate all discovery that has taken place and analyze what discovery remains
23 to be taken, nextSource requests a continuance of the November 18, 2019 trial and all related pre-
24 trial deadlines to allow sufficient time for completing discovery, filing dispositive motions, and
25 preparing for trial.

26 ///
27 ///
28 ///

**Continuing Trial and Pre-Trial Deadlines**

**WHEREAS,** trial in this matter is set for November 18, 2019;

**WHEREAS**, the current pre-trial scheduled in this matter is as follows:

- June 28, 2019: Fact discovery; expert disclosures due
- July 31, 2019: Rebuttal expert disclosure due
- August 7, 2019: Dispositive motion hearing deadline
- August 7, 2019: Expert discovery cutoff
- October 21, 2019: Pre-Trial Conference

**WHEREAS,** there has been one continuance in this matter to allow Plaintiffs leave to file their Amended Complaint naming nextSource as a defendant. There have been no trial continuances since nextSource appeared in the action, and nextSource has not previously sought, nor been a party to any prior request, to continue the trial date in this matter.

**NOW THEREFORE**, the Parties by and through their respective counsel, hereby stipulate and agree, and respectfully request, that the Court issue and order continuing the trial to March 2, 2020, and continuing the Pre-Trial Conference to February 3, 2020 and the pre-trial discovery and dispositive motion deadlines as follows:

- October 11, 2019: Fact discovery; expert disclosures due
- November 15, 2019: Rebuttal expert disclosure due
- November 20, 2019: Dispositive motion hearing deadline
- November 20, 2019: Expert discovery cutoff

**IT IS SO STIPULATED.**

DATE: June 17, 2019     CALIFORNIA CIVIL RIGHTS LAW GROUP

By: */s/ Lawrence A. Organ*
   LAWRENCE A. ORGAN
   NAVRUZ AVLONI
   Attorneys for Plaintiffs
   Demetric Di-az and Owen Diaz

| | | |
|---|---|---|
| DATE: June 17, 2019 | | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | | By:  */s/ Tracey A. Kennedy*<br>TRACEY A. KENNEDY<br>PATRICIA M. JENG<br>REANNE SWAFFORD-HARRIS<br>Attorneys for Defendant<br>Tesla, Inc. dba Tesla Motors, Inc. |
| DATE: June 17, 2019 | | PAHL & MCCAY |
| | | By:  */s/ Fenn C. Horton III*<br>FENN C. HORTON III<br>HELENE SIMVOULAKOS-PANOS<br>Attorneys for Defendant<br>West Valley Staffing Group |
| DATE: June 17, 2019 | | LAFAYETTE & KUMAGAI |
| | | By:  */s/ Cheryl A. Stevens*<br>GARY T. LAFAYETTE<br>CHERYL A. STEVENS<br>Attorneys for Defendant<br>CitiStaff Solutions |
| DATE: June 17, 2019 | | FISHER & PHILLIPS LLP |
| | | By:  */s/ Juan C. Araneda*<br>JASON A. GELLER<br>JUAN C. ARANEDA<br>VINCENT J. ADAMS<br>Attorneys for Defendant<br>nextSource, Inc. |

## **DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for each of the parties above.

*/s/ Juan C. Araneda*
JUAN C. ARANEDA

**ORDER**

Based upon the foregoing Stipulation, and for good cause appearing thereon, the Court orders as follows:

1. The trial in this case is continued to March 2, 2020;

2. The Pre-Trial Conference is continued to February 3, 2020;

3. The Pre-Trial deadlines in this case are continued as follows:

   - October 11, 2019: Fact discovery; expert disclosures due
   - November 15, 2019: Rebuttal expert disclosure due
   - November 20, 2019: Dispositive motion hearing deadline
   - November 20, 2019: Expert discovery cutoff

**4. A further Case Management Conference shall be held on September 10, 2019 at 2:00 p.m.  A Joint Statement shall be filed by September 3, 2019.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June 18, 2019

_____
Hon. William H. Orrick