**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

ALEXANDER KRAKOW + GLICK LLP
J. Bernard Alexander (SB No. 128307)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310 394 0888 | F: 310 394 0811
E: balexander@akgllp.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br>Plaintiffs, <br><br>v. <br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br>Defendants. | Case No. 3:17-cv-06748-WHO <br><br>PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN: PLEASE TAKE NOTICE that CALIFORNIA CIVIL RIGHTS LAW GROUP, attorneys of record herein, hereby associate with J. Bernard Alexander, III of ALEXANDER KRAKOW + GLICK LLP,

1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067, Telephone: (310) 394-0888; Facsimile: (310) 394-0811, as attorneys for Plaintiff.

Copies of all future notices, communications, and/or pleadings should be forwarded to both law firms, and Mr. Alexander should be added to the official proof of service for this matter.

Dated: August 26, 2019                CALIFORNIA CIVIL RIGHTS LAW GROUP


By:   /s/ Lawrence A. Organ
      Lawrence A. Organ, Esq.
      Navruz Avloni, Esq.
      Attorneys for Plaintiffs
      DEMETRIC DI-AZ AND OWEN DIAZ

The undersigned hereby agrees to be associated with California Civil Rights Law Group, as attorneys of record for Plaintiffs in this action.

Dated: August 26, 2019                ALEXANDER KRAKOW + GLICK LLP


By:   /s/ J. Bernard Alexander, III
      J. BERNARD ALEXANDER, III
      Attorneys for Plaintiffs
      DEMETRIC DI-AZ AND OWEN DIAZ

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated:  August 27, 2019                By:     /s/ Navruz Avloni
                                                       Navruz Avloni