UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: September 10, 2019 | Time: 19 minutes<br>2:09 p.m. and 2:28 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-06748-WHO | Case Name: Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:** Lawrence A. Organ and Navruz Avloni
**Attorneys for Defendants:** Patricia M. Jeng, Cheryl A. Stevens, Fenn C. Horton, III, and Jason A. Geller

**Deputy Clerk:** Jean Davis          **Court Reporter:** Belle Ball

## PROCEEDINGS

The Court inquires about status of the case and compliance with the case management schedule. Some discovery remains outstanding and the parties are working on meet and confer disputes, but the parties agree that they are generally on track with the case management schedule. Counsel confirm that all motions for summary judgment will be filed for hearing on November 20, 2019. The Court urges the parties to develop a briefing schedule that does not jam opposing counsel.

**REFERRAL:**

[X] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE to occur in December or January (after ruling on Motions for Summary Judgment, prior to Pretrial Conference).

The Court also makes the parties aware of a potential trial conflict with US v. Gilton, 13-cr-764. If that case commences as scheduled on Feb. 3, 2020, the March 2, 2020 trial date in this case will have to be continued. After discussion, the Court sets a back-up trial date of **May 11, 2020 at 8:30 a.m.** At the hearing on the motion for summary judgment on November 20, 2019, the Court will confirm on which date trial will commence.