GARY T. LAFAYETTE (SBN 88666)
SUSAN T. KUMAGAI (SBN 127667)
CHERYL A. STEVENS (SBN 146397)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           October 23, 2019<br>Time:          2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. William H. Orrick<br><br>Trial Date:         March 2, 2020<br>Complaint filed:  October 16, 2017 |

Defendant Citistaff Solutions, Inc.'s ("Defendant") Motion for Summary Judgment with respect to the First Amended Complaint for Damages filed by Plaintiffs Demetric Di-az, Owen Diaz and Lamar Patterson came on regularly for hearing before this Court on October 23, 2019, and all parties appeared by and through their respective counsel of record.

After carefully considering the parties' papers, their supporting declarations and exhibits, the record herein, arguments of counsel and all other matters presented to the Court,

**IT IS HEREBY ORDERED** that Defendant Citistaff Solutions, Inc.'s Motion for Summary Judgment is granted.

IT IS SO ORDERED.

Dated: _____ , 2019

_____
JUDGE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605