GARY T. LAFAYETTE (SBN 88666)
SUSAN T. KUMAGAI (SBN 127667)
CHERYL A. STEVENS (SBN 146397)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT CITISTAFF SOLUTIONS, INC.'S ERRATA IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Date:           October 23, 2019<br>Time:          2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. William H. Orrick<br><br>Trial Date:         March 2, 2020<br>Complaint filed:  October 16, 2017 |

**1**

**DEFENDANT'S ERRATA IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES (CASE NO. 3:17-cv-06748-WHO)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant CitiStaff, Inc. hereby submits this Errata replacing the Declaration of Veronica Martinez that was inadvertently filed on September 18, 2019 in support of its Motion for Summary Judgment or in the Alternative Summary Adjudication with the attached declaration correcting the typographical error that appears in paragraph 4.

Dated:  September 19, 2019					LAFAYETTE & KUMAGAI LLP


						*/s/ Susan T. Kumagai*
						SUSAN T. KUMAGAI
						Attorneys for Defendant
						CITISTAFF SOLUTIONS, INC.

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CA 94612
(415) 357-4600
FAX (415) 357-4605

2

**DEFENDANT'S ERRATA IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES (CASE NO. 3:17-cv-06748-WHO)**