**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>       Plaintiffs,<br><br>   v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**SUPPLEMENTAL DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Date: October 23, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 201 |

I, LAWRENCE ORGAN, hereby declare:

1.      I am an attorney licensed to practice law in the State of California.  I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action.  I submit this Supplemental Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.  I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2.      Exhibit A, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-000034 to CITISTAFF-000035. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

3.      Exhibit B, filed under seal, is a true and correct copy of a document produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-000043. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

4.      Exhibit C, filed under seal, is a true and correct copy of a document produced by Defendant Nextsource, Inc. in discovery and Bates-stamped NS000004. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

5.      Exhibit D, filed under seal, consists of a true and correct copy of various experts from the deposition of Owen Diaz. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

6.      Exhibit E, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000511. Defendant marked this

document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

7.      Exhibit F, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000510. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

8.      Exhibit G, filed under seal, consists of true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000667 to TESLA-0000671. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

9.      Exhibit H, filed under seal, consists of true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000314 to TESLA-0000316. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

10.      Exhibit I, filed under seal, is a true and correct copy of various excerpts from the deposition of Demetric Di-Az. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

11.      Exhibit J, filed under seal, is a true and correct copy of various excerpts from the deposition of Lamar Patterson. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

12.      Exhibit K, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-000060. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

13.     Exhibit L, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000626. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

14.     Exhibit M, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000138 through NS000139. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

15.     Exhibit N, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000050 through CITISTAFF-0000055. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

16.     Exhibit O, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000004 through CITISTAFF-0000005. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

17.     Exhibit P, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000038 – NS000045. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

18.     Exhibit Q, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000095 through

NS000100. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

19.     Exhibit R, filed under seal, is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000014. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

20.     Exhibit S, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000009 through CITISTAFF-0000010. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

21.     Exhibit T, filed under seal, consists of true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000321 through TESLA-0000323. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

22.     Exhibit U, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped TESLA-0000001 through TESLA-0000003. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

23.     Exhibit V, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000175 through NS000178. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order.

1        I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct. Executed on October 2, 2019 in San Anselmo, California.

3

4

5   DATED:  October 2, 2019        By:     \_\_\_\_\_/s Lawrence Organ_____

                                        Lawrence A. Organ, Esq.

6                                           Navruz Avloni, Esq.

7                                           Attorneys for Plaintiffs

                                        DEMETRIC DI-AZ AND OWEN DIAZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF LAWRENCE ORGAN ISO PLAINTIFFS' OPPOSITION TO
CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT