**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 23, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 201 |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' OPPOSITION TO CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

# MOTION

Pursuant to Local Rules 7-11 and 79-5, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz respectfully request an order sealing the physical copies in the Court's files of Exhibits A through V to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Citistaff Solutions, Inc.'s Motion for Summary Judgment. This Motion is based on the Declaration of Lawrence Organ in support thereof, and the documents to be sealed are laid out below:

| Document | Designating Party | Basis for Sealing |
|---|---|---|
| Exhibit A: CITISTAFF-000034-CITISTAFF000035 | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit B: CITISTAFF-000043 | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit C- NS000004 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit D: Deposition of Owen Diaz | nextSource, Inc.; Tesla, Inc.; and Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit E: TESLA-0000511 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit F: TESLA-0000510 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit G: TESLA-0000667 to TESLA-0000671 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit H: TESLA-0000314 to TESLA-0000316 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit I: Deposition of Demetric Di-Az | Tesla, Inc. and West Valley Staffing Group | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit J: Deposition of Lamar Patterson | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit K: TESLA-000060 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit L: TESLA-0000626 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit M: NS000138-NS000139 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit N: CITISTAFF-0000050-CITISTAFF-0000055 | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' OPPOSITION TO CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

| Exhibit O: CITISTAFF-0000004-CITISTAFF-0000005 | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| --- | --- | --- |
| Exhibit P: NS000038 – NS000045 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit Q: NS000095 - NS000100 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit R: NS000014 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit S: CITISTAFF-0000009-CITISTAFF-0000010 | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit T: TESLA-0000321 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit U: TESLA-0000001 - TESLA-0000003 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit V: NS000175 - NS000178 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Publicizing these documents would violate the Protective Order entered in this case [Dkt. No. 50].

DATED:  October 2, 2019          By:      /s Lawrence Organ
                                          Lawrence A. Organ, Esq.
                                          Navruz Avloni, Esq.
                                          Attorneys for Plaintiffs
                                          DEMETRIC DI-AZ AND OWEN DIAZ

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' OPPOSITION TO CITISTAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT