KENNETH D. SULZER  (State Bar No. 120253)
ksulzer@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909.7775
Facsimile: (424) 465-6630

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEMETRIC DI-AZ, OWEN DIAZ and
LAMAR PATTERSON, an individual,

Plaintiffs,

vs.

TESLA, INC. DBA TESLA MOTORS, INC.;
CITISTAFF SOLUTIONS, INC.; WEST
VALLEY STAFFING GROUP; CHARTWELL
STAFFING SERVICES, INC. and DOES 1-10,
inclusive ,

Defendants.

Case No. 3:17-cv-06748-WHO

**NOTICE OF WITHDRAWAL OF
KENNETH D. SULZER AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANT CITISTAFF SOLUTIONS,
INC.; [PROPOSED] ORDER**

-1-

**PLEASE TAKE NOTICE** that Defendant CitiStaff Solutions, Inc. has retained Lafayette & Kumagai to substitute as counsel for Constangy, Brooks, Smith & Prophete LLP in the above-captioned action.

Withdrawing counsel for Defendant CitiStaff Solutions, Inc. are:

> Kenneth D. Sulzer
> Constangy, Brooks, Smith & Prophete LLP
> 2029 Century Park East, Suite 1100
> Los Angeles, California 90067
> Email: ksulzer@constangy.com
> Telephone: (310) 597.4552

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant CitiStaff Solutions, Inc.:

> Gary T. Lafayette
> Lafayette & Kumagai
> 1300 Clay Street, Ste. 810
> Oakland, California 94612
> Email: glafayette@lkclaw.com
> Telephone: (415) 357-4600

> Cheryl A. Stevens
> Lafayette & Kumagai
> 1300 Clay Street, Ste. 810
> Oakland, California 94612
> Email: cstevens@lkclaw.com
> Telephone: (415) 357-4600

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  October 2, 2019          **CITISTAFF SOLUTIONS, INC.**

By   /s/ Charles Slater
           Charles Slater
           General Counsel

-2-

Dated:  October 2, 2019      **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Kenneth D. Sulzer
Kenneth D. Sulzer


Dated:  October 2, 2019      **LAFAYETTE & KUMAGAI**

By   /s/ Gary T. Lafayette
Gary T. Lafayette

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  October 2, 2019      **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By   /s/ Kenneth D. Sulzer
Kenneth D. Sulzer


**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.


DATED: _____        _____

HON. WILLIAM H. ORRICK

NOTICE OF WITHDRAWAL OF KENNETH D. SULZER AND        CASE NO: 3:17-CV-06748-WHO
SUBSTITUTION OF COUNSEL FOR CITISTAFF SOLUTIONS, INC.