1   JASON A. GELLER (SBN 168149)
    Email:  jgeller@fisherphillips.com
2   JUAN C. ARANEDA (SBN 213041)
    Email:  jaraneda@fisherphillips.com
3   VINCENT J. ADAMS (SBN 249696)
    Email:  vadams@fisherphillips.com
4   FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2050
5   San Francisco, California 94111
    Telephone:  (415) 490-9000
6   Facsimile:   (415) 490-9001

7   Attorneys for Defendant
    nextSource, Inc.

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  DEMETRIC DI-AZ, OWEN DIAZ, and       Case No:  3:17-cv-06748-WHO
    LAMAR PATTERSON,
12                                        [*Removed from Alameda Superior Court,
                   Plaintiffs,            Case No. RG17878854*]
13
           vs.                            **NOTICE OF APPEARANCE**
14
    TESLA, INC. dba TESLA MOTORS, INC.;
15  CITISTAFF SOLUTIONS, INC.; WEST
    VALLEY STAFFING GROUP;
16  CHARTWELL STAFFING SERVICES,
    INC.; NEXTSOURCE, INC.; DOES 1-50
17  inclusive,

18                 Defendants.

19                                        Trial Date:        March 2, 2020

20

21

22

23

24

25

26

27

28

                                    1

FP 36207021.1

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

I, Vincent J. Adams of Fisher & Phillips LLP, hereby enter my appearance as counsel of record for defendant nextSource, Inc.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone number are as follows:

> Vincent J. Adams (SBN 249696)
> vadams@fisherphillips.com
> FISHER & PHILLIPS LLP
> One Embarcadero Center, Suite 2050
> San Francisco, California 94111
> Telephone:        (415) 490-9000
> Facsimile:         (415) 490-9001

Dated:  October 4, 2019                              Respectfully submitted,

                                                     FISHER & PHILLIPS LLP

                                     By:      /s/
                                              JASON A. GELLER
                                              JUAN C. ARANEDA
                                              VINCENT J. ADAMS
                                              Attorneys for Defendant
                                              nextSource, Inc.

NOTICE OF ASSOCIATION OF COUNSEL                                    3:17-CV-06748-WHO

FP 36207021.1