| | |
|---|---|
| 1 | JASON A. GELLER (SBN 168149) |
| | Email: jgeller@fisherphillips.com |
| 2 | JUAN C. ARANEDA (SBN 213041) |
| | Email: jaraneda@fisherphillips.com |
| 3 | VINCENT J. ADAMS (SBN 249696) |
| | Email: vadams@fisherphillips.com |
| 4 | FISHER & PHILLIPS LLP |
| | One Embarcadero Center, Suite 2050 |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 490-9000 |
| 6 | Facsimile: (415) 490-9001 |

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; DOES 1-50 inclusive,<br><br>   Defendants. | Case No: 3:17-cv-06748-WHO<br><br>[*Removed from Alameda Superior Court, Case No. RG17878854*]<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>Trial Date:    March 2, 2020 |

1

NOTICE OF DISASSOCIATION OF COUNSEL                              3:17-CV-06748-WHO

FP 36206938.1

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Please take notice that Aaron D. Langberg of Fisher & Phillips LLP, located at One Embarcadero Center, Suite 2050, San Francisco, CA 94111, hereby disassociates as counsel of record for Defendant nextSource, Inc. in the above-captioned matter.

Dated: October 4, 2019

Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/*
JASON A. GELLER
JUAN C. ARANEDA
AARON D. LANGBERG
VINCENT J. ADAMS
Attorneys for Defendant
nextSource, Inc.