KENNETH D. SULZER  (State Bar No. 120253)
ksulzer@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909.7775
Facsimile: (424) 465-6630

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC. and DOES 1-10, inclusive ,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF WITHDRAWAL OF KENNETH D. SULZER AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CITISTAFF SOLUTIONS, INC.; ORDER** |

**PLEASE TAKE NOTICE** that Defendant CitiStaff Solutions, Inc. has retained Lafayette & Kumagai to substitute as counsel for Constangy, Brooks, Smith & Prophete LLP in the above-captioned action.

Withdrawing counsel for Defendant CitiStaff Solutions, Inc. are:

> Kenneth D. Sulzer
> Constangy, Brooks, Smith & Prophete LLP
> 2029 Century Park East, Suite 1100
> Los Angeles, California 90067
> Email: ksulzer@constangy.com
> Telephone: (310) 597.4552

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant CitiStaff Solutions, Inc.:

> Gary T. Lafayette
> Lafayette & Kumagai
> 1300 Clay Street, Ste. 810
> Oakland, California 94612
> Email: glafayette@lkclaw.com
> Telephone: (415) 357-4600
>
> Cheryl A. Stevens
> Lafayette & Kumagai
> 1300 Clay Street, Ste. 810
> Oakland, California 94612
> Email: cstevens@lkclaw.com
> Telephone: (415) 357-4600

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  October 2, 2019          **CITISTAFF SOLUTIONS, INC.**

By   /s/ Charles Slater
      Charles Slater
      General Counsel

Dated: October 2, 2019          **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By  /s/ Kenneth D. Sulzer
      Kenneth D. Sulzer

Dated: October 2, 2019          **LAFAYETTE & KUMAGAI**

By  /s/ Gary T. Lafayette
      Gary T. Lafayette

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: October 2, 2019          **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By  /s/ Kenneth D. Sulzer
      Kenneth D. Sulzer

### ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: October 8, 2019

HON. WILLIAM H. ORRICK