GARY T. LAFAYETTE (SBN 88666)
SUSAN T. KUMAGAI (SBN 127667)
CHERYL A. STEVENS (SBN 146397)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**SUPPLEMENTAL DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT CITISTAFF SOLUTIONS, INC.'S REPLY TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Date:         October 23, 2019<br>Time:        2:00 p.m.<br>Courtroom:   2, 17th Floor<br>Judge:       Hon. William H. Orrick<br><br>Trial Date:   March 2, 2020<br>Complaint filed:  October 16, 2017<br>Amended filed:  December 26, 2018 |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

1       I, SUSAN T. KUMAGAI, declare:

2       1.      I am a partner at the law firm of Lafayette & Kumagai LLP, attorneys of record

3    for Defendant Citistaff Solutions, Inc. ("Defendant") in this action, and am admitted to practice

4    in good standing in this State.  I make this supplemental declaration in support of Defendant's

5    Reply to Motion for Summary Judgment or, in the Alternative, Motion for Summary

6    Adjudication of Issues.  If called as a witness to testify regarding the matters stated in this

7    declaration, I would and could testify under oath competently thereto.

8       2.      Attached hereto as **Exhibit "A"** are true and correct copies of the witness oath and

9    excerpts from the deposition transcript of Owen Diaz, Volume One, taken on May 22, 2018.

10      3.      Attached hereto as **Exhibit "B"** are true and correct copies of the witness oath and

11   excerpts from the deposition transcript of Owen Diaz, Volume Three, taken on June 21, 2019.

12      4.      Attached hereto as **Exhibit "C"** are true and correct copies of the witness oath and

13   excerpts from the deposition transcript of Monica DeLeon, taken on December 6, 2018.

14

15      I declare under penalty of perjury under the laws of the State of California and the United

16   States of America that the foregoing is true and correct. Executed this 9th day of October 2019,

17   in Oakland, California.

18

19

20      */s/ Susan T. Kumagai*
        SUSAN T. KUMAGAI

21

22

23

24

25

26

27

28   **SUPPLEMENTAL DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT CITISTAFF
     SOLUTIONS, INC.'S REPLY TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
     MOTION FOR SUMMARY ADJUDICATION OF ISSUES (CASE NO. 3:17-cv-06748-WHO)**                    2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

# EXHIBIT "A"

Owen Diaz-Confidential

1           UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3

4

**REPORTER CERTIFIED TRANSCRIPT**

5 _____

6 DEMETRIC DI-AZ, OWEN DIAZ and
LAMAR PATTERSON, an individual,

**CONFIDENTIAL**

7

        Plaintiffs,

8

Vs.                Case No. 3:17-cv-06748-WHO

9

TESLA, INC. DBA TESLA MOTORS,

10 INC.; CitiStaff SOLUTIONS, INC.;
WEST VALLEY STAFFING GROUP;

11 CHARTWELL STAFFING SERVICES, INC.
and DOES 1-10, inclusive,

12

        Defendants.

13 _____/

14

15

             CONFIDENTIAL

16

        VIDEOTAPED DEPOSITION OF

17

             OWEN DIAZ

18

      SAN FRANCISCO, CALIFORNIA

19

       TUESDAY, MAY 22, 2018

20

21

22

23

24 Reported By:
Candy Newland
CSR No. 14256

25 File No. 18-25470

**CHASE**
LITIGATION SERVICES

**Owen Diaz-Confidential**

| | | |
|---|---|---|
| 10:12:56 | 1 | Madame Court Reporter, please swear the witness |
| | 2 | in. |
| | 3 | --oOo-- |
| | 4 | OWEN DIAZ, |
| | 5 | having first declared under penalty of perjury to tell |
| | 6 | the truth, was examined and testified as follows: |
| | 7 | --oOo-- |
| | 8 | EXAMINATION |
| | 9 | BY MS. ANTONUCCI: |
| 10:13:12 | 10 | Q.     My name is Barbara Antonucci.  I represent |
| 10:13:14 | 11 | defendant Tesla, Inc., dba Tesla Motors, Inc.  For |
| 10:13:19 | 12 | purposes of this deposition, I'll refer to my client as |
| 10:13:23 | 13 | Tesla. |
| 10:13:23 | 14 | Do you understand that? |
| 10:13:23 | 15 | A.     Yes, ma'am. |
| 10:13:26 | 16 | Q.     I also represent CitiStaff Solutions, Inc., and |
| 10:13:26 | 17 | for purposes of this depo, I'll refer to them as |
| 10:13:26 | 18 | CitiStaff. |
| 10:13:32 | 19 | Do you understand that? |
| 10:13:33 | 20 | A.     Yes, ma'am. |
| 10:13:33 | 21 | Q.     Could you please state your full name for the |
| 10:13:36 | 22 | record. |
| 10:13:36 | 23 | A.     My full name is Owen Orappio Diaz, Jr. |
| 10:13:36 | 24 | (Reporter Clarification.) |
| 10:13:36 | 25 | /// |

Owen Diaz-Confidential

| | | |
|---|---|---|
| 11:10:34 | 1 | Q. Do you remember what the area code was? |
| 11:10:38 | 2 | A. No. |
| 11:10:43 | 3 | Q. And did you speak to someone when you called the |
| 11:10:46 | 4 | corporate office? |
| 11:10:47 | 5 | A. Yes. |
| 11:10:48 | 6 | Q. You spoke with this female? |
| 11:10:50 | 7 | A. Yes. |
| 11:10:53 | 8 | Q. Was that the only time you've ever spoken with |
| 11:10:56 | 9 | her? |
| 11:10:56 | 10 | A. Yes. |
| 11:10:57 | 11 | Q. And how long did you speak with her for? |
| 11:11:00 | 12 | A. Three to five minutes. |
| 11:11:03 | 13 | Q. And what did you discuss? |
| 11:11:05 | 14 | A. That I couldn't get ahold of the Newark office |
| 11:11:08 | 15 | by telephone.  Nobody was answering. |
| 11:11:12 | 16 | Q. And why did you call the corporate office? |
| 11:11:18 | 17 | A. To see if the Newark office number that I was |
| 11:11:23 | 18 | calling was active. |
| 11:11:26 | 19 | Q. Why were you trying to get ahold of the Newark |
| 11:11:30 | 20 | office at that time? |
| 11:11:36 | 21 | A. I don't recall. |
| 11:11:38 | 22 | Q. Is that all you spoke with the female at the |
| 11:11:41 | 23 | corporate office about? |
| 11:11:43 | 24 | A. Yes. |
| 11:11:47 | 25 | Q. What did she tell you about whether the Newark |

1        I, CANDY NEWLAND, CSR No. 14256, certify that the

2    foregoing proceedings were taken before me at the time

3    and place herein set forth, at which time the witness

4    was duly sworn, and that the transcript is a true record

5    of the testimony so given.

6

7    Witness review, correction, and signature was

8    (X) by Code.                  (X) requested.

9    ( ) waived.                   ( ) not requested.

10   ( ) not handled by the deposition officer due to party

11   stipulation.

12

13       The dismantling, unsealing, or unbinding of the

14   original transcript will render the reporter's

15   certificate null and void.

16       I further certify that I am not financially

17   interested in the action, and I am not a relative or

18   employee of any attorney of the parties nor of any of

19   the parties.

20       Dated this 29TH day of May, 2018.

21

22

23

24   _____

25               CANDY NEWLAND, CSR 14256

# EXHIBIT "B"

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4   DEMETRIC DIAZ, OWEN DIAZ, ) Case No. 3:17-CV-06748-WHO
    and LAMAR PATTERSON,       )
5                              )
                    Plaintiffs, )
6                              )
        vs.                    )
7                              )
    TESLA, INC. dba TESLA      )
8   MOTORS, INC.; CITISTAFF    )
    SOLUTIONS, INC.; WEST      )
9   VALLEY STAFFING GROUP;     )
    CHARTWELL STAFFING         )
10  SERVICES, INC.;            )
    NEXTSOURCE, INC.;          )
11  DOES 1-50, inclusive,      )
                               )
12                  Defendants. )
    _____)

13

14

15                          Volume III

16         DEPOSITION OF OWEN ORAPIO DIAZ, JR.

17                PAGES 293 THROUGH 441

18                SAN FRANCISCO, CALIFORNIA

19                     JUNE 21, 2019

20

21

22

23

24

25   REPORTED BY:  MICHAEL CUNDY, CSR 12271



| | | |
|---|---|---|
| 1 | Kumagai, representing Citistaff. | 09:34:02 |
| 2 | MS. JENG:  Patricia Jeng, from Sheppard | 09:34:07 |
| 3 | Mullin, representing Tesla. | 09:34:08 |
| 4 | MS. AVLONI:  Navruz Avloni, here on behalf of | 09:34:10 |
| 5 | the plaintiff, Owen Diaz. | 09:34:12 |
| 6 | THE VIDEOGRAPHER:  Would the court reporter | 09:34:15 |
| 7 | please swear in the witness? | 09:34:16 |
| 8 | | 09:34:34 |
| 9 | Whereupon, | 09:34:34 |
| 10 | OWEN ORAPIO DIAZ, JR., | 09:34:34 |
| 11 | having first been called as a witness, was duly sworn | 09:34:34 |
| 12 | and testified as follows: | 09:34:34 |
| 13 | | 09:34:34 |
| 14 | EXAMINATION | 09:34:34 |
| 15 | BY MR. ARANEDA: | 09:34:34 |
| 16 | Q   Mr. Diaz, good morning.  My name is Juan | 09:34:34 |
| 17 | Araneda.  I'm representing Defendant nextSource, who | 09:34:37 |
| 18 | is now a party in this lawsuit. | 09:34:39 |
| 19 | I appreciate you being here today. | 09:34:42 |
| 20 | I'm going to be taking your deposition today, | 09:34:44 |
| 21 | and I understand that you have already sat through two | 09:34:45 |
| 22 | other sessions for your deposition; is that correct? | 09:34:47 |
| 23 | A   Yes, sir. | 09:34:52 |
| 24 | Q   Okay. | 09:34:52 |
| 25 | A   Good morning to you, too. | 09:34:52 |



| | | |
|---|---|---|
| 1 | A    I don't recall. | 12:45:44 |
| 2 | Q    Is there any reason why you would not have | 12:45:44 |
| 3 | sent this note to Citistaff? | 12:45:46 |
| 4 | A    I don't know. | 12:45:55 |
| 5 | MS. AVLONI:  I'm going to, again, object to | 12:45:56 |
| 6 | the line of questioning.  These are, you know, again, | 12:45:57 |
| 7 | very different from just follow-up questions from this | 12:46:00 |
| 8 | morning's session.  These are, essentially, new line | 12:46:03 |
| 9 | of questions related, so -- | 12:46:05 |
| 10 | BY MS. STEVENS: | 12:46:09 |
| 11 | Q    This morning you testified, Mr. Diaz, that | 12:46:10 |
| 12 | you did not tell nextSource or Citistaff about the | 12:46:12 |
| 13 | problems that you were having with Robert. | 12:46:18 |
| 14 | Is there a reason why you didn't tell | 12:46:21 |
| 15 | Citistaff about these problems? | 12:46:23 |
| 16 | A    I don't know. | 12:46:27 |
| 17 | Q    You don't know why you didn't tell them? | 12:46:27 |
| 18 | A    No. | 12:46:29 |
| 19 | MS. AVLONI:  Also, objection to the extent it | 12:46:30 |
| 20 | calls for speculation as to who was employed by | 12:46:31 |
| 21 | Citistaff. | 12:46:35 |
| 22 | BY MS. STEVENS: | 12:46:37 |
| 23 | Q    During your -- you also mentioned this | 12:46:40 |
| 24 | morning that you didn't tell anyone at Citistaff or | 12:46:43 |
| 25 | call anyone at Citistaff about Ramon calling you the | 12:46:47 |



| | | |
|---|---|---|
| 1 | N-word or threatening you. | 12:46:50 |
| 2 | Is there any reason why you didn't tell | 12:46:52 |
| 3 | Citistaff about Ramon calling you the N-word? | 12:46:54 |
| 4 | MS. AVLONI:  The same objection to the extent | 12:46:58 |
| 5 | calls for speculation as to who was employed by | 12:47:00 |
| 6 | Citistaff. | 12:47:02 |
| 7 | THE WITNESS:  I didn't want to pull the race | 12:47:09 |
| 8 | card by saying something.  A lot of times, especially | 12:47:12 |
| 9 | me being African-American, I have to have proof | 12:47:16 |
| 10 | instead of just saying something. | 12:47:20 |
| 11 | BY MS. STEVENS: | 12:47:23 |
| 12 | Q   So, Mr. Diaz, did you have an understanding | 12:47:25 |
| 13 | that you were employed by Citistaff? | 12:47:27 |
| 14 | MS. AVLONI:  Calls for a legal conclusion. | 12:47:30 |
| 15 | You can respond. | 12:47:31 |
| 16 | THE WITNESS:  I had an understanding that | 12:47:35 |
| 17 | Citistaff placed me at Tesla to work.  I believe I was | 12:47:37 |
| 18 | an employee for Tesla. | 12:47:43 |
| 19 | BY MS. STEVENS: | 12:47:45 |
| 20 | Q   You believe you were an employee for Tesla? | 12:47:45 |
| 21 | MS. AVLONI:  Objection.  Calls for a legal | 12:47:48 |
| 22 | conclusion. | 12:47:50 |
| 23 | You can respond. | 12:47:50 |
| 24 | THE WITNESS:  Yeah.  That's what it seemed | 12:47:52 |
| 25 | like.  I got all of my direction from them. | 12:47:56 |



1   STATE OF CALIFORNIA                )
                                       )   SS:
2   CITY AND COUNTY OF SAN FRANCISCO   )

3

4                        I, Michael Cundy, CSR NO. 12271, a

5   Certified Shorthand Reporter of the State of

6   California, do hereby certify:

7                        That the foregoing proceedings were

8   taken before me at the time and place herein set

9   forth; that any witnesses in the foregoing

10  proceedings, prior to testifying, were placed under

11  oath; that a verbatim record of the proceedings was

12  made by me using machine shorthand which was

13  thereafter transcribed under my direction; further,

14  that the foregoing is an accurate transcription

15  thereof.

16                        I further certify that I am neither

17  financially interested in the action nor a relative or

18  employee of any attorney or any of the parties.

19                        IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated:  July 3, 2019

23                        _____

24                        Michael Cundy, CSR NO. 12271

25



# EXHIBIT "C"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


DEMETRIC DI-AZ, OWEN      )
DIAZ, and LAMAR           )
PATTERSON,                )
            Plaintiffs,   )
vs.                       ) Case No.:  3:17-CV-066748
                          )                WHO
                          )
TESLA, INC., dba TESLA    )
MOTORS, INC.; CITISTAFF   )
SOLUTIONS, INC.; WEST     )
VALLEY STAFFING GROUP;    )
CHARTWELL STAFFING        )
SERVICES, INC.; and DOES  )
1-10, inclusive,          )
            Defendants.   )
_____)



DEPOSITION OF MONICA DE LEON

Thursday, December 6, 2018










TAKEN BEFORE:

HEIDI BELTON, CSR, RPR, CRR, CCRR, CRC

CSR No. 12885

|  |  |  |
|---|---|---|
|  | 1 | THURSDAY, DECEMBER 6, 2018                10:05 A.M. |
|  | 2 | P R O C E E D I N G S |
| 10:04:09 | 3 | MS. AVLONI:  Today is Thursday, |
| 10:04:11 | 4 | December 6, 2018.  This is the deposition of Monica |
| 10:04:14 | 5 | De Leon by plaintiffs in the matter of Di-az versus |
| 10:04:18 | 6 | Tesla, et al., in the United States District Court, |
| 10:04:20 | 7 | for the Northern District of California.  Case |
| 10:04:23 | 8 | number 3:17-CV-066748-WHO. |
| 10:04:31 | 9 | My name is Navruz Avloni, and I'm |
| 10:04:34 | 10 | videotaping this deposition on behalf of the |
| 10:04:37 | 11 | plaintiffs.  The deposition is taking place at the |
| 10:04:41 | 12 | California Civil Rights Law Group, located at 180 |
| 10:04:45 | 13 | Grand Avenue, Suite 1380, in Oakland, California. |
| 10:04:51 | 14 | The time is now 10:05 a.m.  And this is media 1 in |
| 10:04:55 | 15 | the video recording. |
| 10:04:58 | 16 | Will all the parties in the room please |
| 10:05:01 | 17 | state their appearances. |
| 10:05:02 | 18 | MR. RUTSCHMAN:  Aaron Rutschman, counsel |
| 10:05:03 | 19 | for CitiStaff and Tesla. |
| 10:05:06 | 20 | MS. AVLONI:  And Navruz Avloni, here for |
| 10:05:08 | 21 | the plaintiffs. |
| 10:05:09 | 22 | Will the court reporter please swear the |
| 10:05:11 | 23 | witness. |
| 10:05:11 | 24 | (Whereupon, the witness, MONICA DE LEON, |
| 10:05:11 | 25 | having been duly sworn, testified as follows:) |

| | | |
|---|---|---|
| 10:28:45 | 1 | working at the -- Tesla Fremont had a discrepancy in |
| 10:28:51 | 2 | hours and you needed to figure out what happened |
| 10:28:57 | 3 | there, would you call or contact nextSource, or |
| 10:29:00 | 4 | would you contact Tesla, would you contact both? |
| 10:29:06 | 5 | MR. RUTSCHMAN:  Objection; compound; |
| 10:29:07 | 6 | incomplete hypothetical. |
| 10:29:09 | 7 | THE WITNESS:  In that case I would contact |
| 10:29:15 | 8 | nextSource, Vanessa.  She would be the one that |
| 10:29:17 | 9 | would send me the hours for nextSource. |
| 10:29:31 | 10 | BY MS. AVLONI: |
| 10:29:31 | 11 | Q.   And were there any situations where you |
| 10:29:33 | 12 | would contact Tesla instead of Vanessa from |
| 10:29:37 | 13 | nextSource to figure out discrepancy in hours of a |
| 10:29:41 | 14 | CitiStaff employee that was working in the Tesla |
| 10:29:44 | 15 | Fremont facility? |
| 10:29:45 | 16 | MR. RUTSCHMAN:  Objection; incomplete |
| 10:29:45 | 17 | hypothetical. |
| 10:29:47 | 18 | THE WITNESS:  No. |
| 10:29:47 | 19 | BY MS. AVLONI: |
| 10:29:51 | 20 | Q.  You said you would contact Vanessa to |
| 10:29:53 | 21 | figure out hours.  Did nextSource keep track of |
| 10:29:57 | 22 | CitiStaff employees' hours who were working at the |
| 10:30:01 | 23 | Tesla Fremont factory location? |
| 10:30:03 | 24 | MR. RUTSCHMAN:  Objection; calls for |
| 10:30:03 | 25 | speculation. |

11:10:24  1        Q.   I'm sorry.  I mean when you started

11:10:26  2   working to when you stopped working there.

11:10:29  3        **A.   (No response.)**

11:10:30  4        Q.   Or are you still working there?

11:10:31  5        **A.   No, I'm no longer working there.**

11:10:34  6        Q.   Do you remember when you started and when

11:10:35  7   you stopped working there?

11:10:36  8        **A.   Stopped just barely this -- let's see.**

11:10:39  9   **We're in December?  So I will say September --**

11:10:43 10   **September/October.   September/October.**

11:10:48 11        Q.   And you started working there

11:10:50 12   approximately when?

11:10:52 13        **A.   A year before.  So shortly -- I'll say --**

11:10:59 14        Q.   So shortly after you stopped working at --

11:11:03 15        **A.   Left --**

11:11:03 16        Q.   -- CitiStaff?

11:11:06 17        **A.   Yes.**

11:11:07 18        Q.   How did you like working at CitiStaff?

11:11:09 19        **A.   It was good.  It was a great experience,**

11:11:13 20   **something different.**

11:11:16 21        Q.   And then in regards to Tesla, did you --

11:11:24 22   while you were working at CitiStaff did you interact

11:11:28 23   with any employees at Tesla?

11:11:30 24             MR. RUTSCHMAN:   Object.

11:11:30 25   BY MS. AVLONI:

11:11:31   1       Q.   As part of your job duties?

11:11:33   2            MR. RUTSCHMAN:   Objection; vague and

11:11:33   3   ambiguous.

11:11:34   4            THE WITNESS:   Not any Tesla employees.

11:11:51   5   BY MS. AVLONI:

11:11:51   6       Q.   Did you interact with any

11:11:53   7   nextSource employees as part of your job duties

11:11:56   8   other than Vanessa?

11:11:57   9            MR. RUTSCHMAN:   Objection; vague and

11:11:57  10   ambiguous.

11:11:58  11            THE WITNESS:   Yes, I did.

11:11:59  12   BY MS. AVLONI:

11:11:59  13       Q.   Who from nextSource would you interact

11:12:01  14   with?

11:12:02  15       A.   Deb.

11:12:05  16       Q.   Do you recall Deb's last name?

11:12:09  17       A.   Griskey.

11:12:17  18       Q.   Do you know what Deb Griskey did for

11:12:21  19   nextSource?

11:12:22  20       A.   From what I recall --

11:12:23  21            MR. RUTSCHMAN:   Objection; calls for

11:12:23  22   speculation.

11:12:23  23            THE WITNESS:   From what I recall, she

11:12:25  24   handled the process of bringing people onboard with

11:12:36  25   them at Tesla.

04:41:05  1   e-mail after receiving your e-mail?

04:41:08  2           MR. RUTSCHMAN:  Objection; calls for

04:41:08  3   speculation.

04:41:10  4           THE WITNESS:  No, I do not.

04:41:12  5   BY MS. AVLONI:

04:41:12  6       Q.   Did you take any action related to what's

04:41:20  7   described in Owen Diaz' e-mail regarding Ramon?  Did

04:41:25  8   you take any action after he forwarded you the

04:41:29  9   e-mail?

04:41:29 10           MR. RUTSCHMAN:  Objection; the document

04:41:30 11   speaks for itself.

04:41:34 12           THE WITNESS:  The action was sending it to

04:41:37 13   Bruce.

04:41:37 14   BY MS. AVLONI:

04:41:38 15       Q.   Did you ever follow up with Bruce

04:41:41 16   regarding Owen Diaz' complaint about Ramon?

04:41:49 17       A.   No, I didn't.

04:41:50 18       Q.   Did you ever follow up with William

04:41:53 19   Hidalgo whether he took any steps to address Owen

04:41:55 20   Diaz' concerns regarding Ramon?

04:41:58 21       A.   No, I didn't.

04:42:00 22       Q.   So the only action you took relating to

04:42:02 23   Owen Diaz' complaint about Ramon is to forward Owen

04:42:05 24   Diaz' complaint to Bruce and William; is that

04:42:08 25   correct?

| | | |
|---|---|---|
| 04:42:11 | 1 | **A.    Correct.  My -- when Owen Diaz first made** |
| 04:42:17 | 2 | **this complaint, he made it in October 17 of 2015 --** |
| 04:42:25 | 3 | **Q.    I see that.** |
| 04:42:26 | 4 | **A.    -- and I didn't receive it -- we --** |
| 04:42:28 | 5 | **CitiStaff didn't receive or wasn't aware -- I wasn't** |
| 04:42:32 | 6 | **aware of this until January 23, 2016.** |
| 04:42:35 | 7 | Q.    I see that.  But once you did become aware |
| 04:42:36 | 8 | of it, sitting here today the only action you recall |
| 04:42:39 | 9 | taking is forwarding it to Bruce and William; is |
| 04:42:41 | 10 | that correct? |
| 04:42:42 | 11 | **A.    Yes.  And letting them know about it, yes.** |
| 04:42:45 | 12 | Q.    Did you verbally talk to them about the |
| 04:42:49 | 13 | e-mail you forwarded to them as well?  Or did you |
| 04:42:51 | 14 | just forward them the e-mail? |
| 04:42:53 | 15 | **A.    I had previously spoken to Bruce, but** |
| 04:43:01 | 16 | **pretty much e-mailed this to Bruce.** |
| 04:43:03 | 17 | Q.    Do you recall what you discussed with |
| 04:43:05 | 18 | Bruce regarding Owen's complaint about Ramon? |
| 04:43:10 | 19 | MR. RUTSCHMAN:  Objection; misstates the |
| 04:43:10 | 20 | witness' testimony. |
| 04:43:15 | 21 | THE WITNESS:  No, just -- just -- just the |
| 04:43:18 | 22 | situation basically.  So -- |
| 04:43:21 | 23 | BY MS. AVLONI: |
| 04:43:22 | 24 | Q.    You just told Bruce what was in the |
| 04:43:23 | 25 | e-mail? |

```
 1                    REPORTER'S CERTIFICATION

 2

 3              I, Heidi Belton, Certified Shorthand

 4    Reporter in and for the State of California, do

 5    hereby certify:

 6

 7              That the foregoing witness was by me duly

 8    sworn; that the deposition was then taken before me

 9    at the time and place herein set forth; that the

10    testimony and proceedings were reported

11    stenographically by me and later transcribed into

12    typewriting under my direction; that the foregoing

13    is a true record of the testimony and proceedings

14    taken at that time.

15

16              IN WITNESS WHEREOF, I have subscribed my

17    name on this date:

18

19

20

21

22    H. Belton

23    Heidi Belton, CSR, RPR, CRR, CCRR, CRC
                  CSR No. 12885
24

25
```