GARY T. LAFAYETTE (SBN 88666)
SUSAN T. KUMAGAI (SBN 127667)
CHERYL A. STEVENS (SBN 146397)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT CITISTAFF SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>Date:            October 23, 2019<br>Time:           2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. William H. Orrick<br><br>Trial Date:      March 2, 2020<br>Complaint filed: October 16, 2017<br>Amended filed:  December 26, 2018 |

Defendant Citistaff Solutions, Inc. ("Defendant") hereby objects to the following evidence presented by Plaintiffs Demetric Di-az and Owen Diaz in support of their opposition to Defendant's Motion for Summary Judgment.

| **MATERIAL OBJECTED TO** | **GROUNDS FOR OBJECTION** |
|---|---|
| **Declaration of Lawrence Organ In Support of Plaintiff's Opposition to Motion for Summary Judgment** ||
| 1. Organ Dec. at ¶ 9, 2:26-27.  "Attached hereto and marked as Exhibit 8 is a true and correct copy of a document produced by Plaintiff Owen Diaz in discovery and Bates-stamped ODIAZ000209." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| **Supplemental Declaration of Lawrence Organ In Support of Plaintiff's Opposition to Motion for Summary Judgment** ||
| 2. Organ Supp. Dec. at ¶ 6, 2:27-3:2.  "Exhibit E, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000511. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 3. Organ Supp. Dec. at ¶ 7, 3:3-7.  "Exhibit F, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000510. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 4. Organ Supp. Dec. at ¶ 8, 3:8-12.  "Exhibit G, filed under seal, consists of true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000667 to TESLA-0000671. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 5. Organ Supp. Dec. at ¶ 9, 3:13-17. "Exhibit H, filed under seal, consists of true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000314 to TESLA-0000316. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 6. Organ Supp. Dec. at ¶ 12, 3:25-28. "Exhibit K, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-000060. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 7. Organ Supp. Dec. at ¶ 13, 4:1-4. "Exhibit L, filed under seal, is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000626. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 8. Organ Supp. Dec. at ¶ 14, 4:5-9. "Exhibit M, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000138 through NS000139. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 9. Organ Supp. Dec. at ¶ 16, 4:16-21. "Exhibit O, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000004 through CITISTAFF-0000005. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

**DEFENDANT CITISTAFF SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION (CASE NO. 3:17-cv-06748-WHO)**   3

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 10. Organ Supp. Dec. at ¶ 17, 4:22-26. "Exhibit P, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000038 – NS000045. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 11. Organ Supp. Dec. at ¶ 18, 4:27-25:5:2. "Exhibit Q, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000095 through NS000100. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 12. Organ Supp. Dec. at ¶ 19, 5:3-7. "Exhibit R, filed under seal, is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000014. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 13. Organ Supp. Dec. at ¶ 20, 5:8-13. "Exhibit S, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000009 through CITISTAFF-0000010. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 14. Organ Supp. Dec. at ¶ 22, 5:19-23. "Exhibit U, filed under seal, consists of true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped TESLA-0000001 through TESLA-0000003. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 15. Organ Supp. Dec. at ¶ 23, 5:24-27. "Exhibit V, filed under seal, consists of true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000175 through NS000178. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| **Declaration of Lawrence Organ In Support of Plaintiff's Administrative Motion to File Under Seal** | |
| 16. Organ Dec. at ¶ 6, 3:1-4. "Attached hereto and marked as Exhibit E is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000511. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 17. Organ Dec. at ¶ 7, 3:6-9. "Attached hereto and marked as Exhibit F is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000510. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 18. Organ Dec. at ¶ 8, 3:10-14. "Attached hereto and marked as Exhibit G are true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000667 to TESLA-0000671. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |
| 19. Organ Dec. at ¶ 9, 3:15-19. "Attached hereto and marked as Exhibit H are true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000314 to TESLA-0000316. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay. FRE 802.<br><br>b. Lacks Foundation. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 20. Organ Dec. at ¶ 12, 4:1-4.  "Attached hereto and marked as Exhibit K is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-000060. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 21. Organ Dec. at ¶ 13, 4:5-9.  "Attached hereto and marked as Exhibit L is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000626. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 22. Organ Dec. at ¶ 14, 4:10-14.  "Attached hereto and marked as Exhibit M are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000138 through NS000139. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 23. Organ Dec. at ¶ 16, 4:21-26.  "Attached hereto and marked as Exhibit O are true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000004 through CITISTAFF-0000005. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 24. Organ Dec. at ¶ 17, 4:27-5:2.  "Attached hereto and marked as Exhibit P are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000038 through NS000045. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |

**DEFENDANT CITISTAFF SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION (CASE NO. 3:17-cv-06748-WHO)**

6

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION |
|---|---|
| 25. Organ Dec. at ¶ 18, 5:3-7.  "Attached hereto and marked as Exhibit Q are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000095 through NS000100. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 26. Organ Dec. at ¶ 19, 5:8-12.  "Attached hereto and marked as Exhibit R is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000014. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 27. Organ Dec. at ¶ 20, 5:13-18.  "Attached hereto and marked as Exhibit S are true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF-0000009 through CITISTAFF-0000010. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 28. Organ Dec. at ¶ 22, 5:24-28.  "Attached hereto and marked as Exhibit U are true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped TESLA-0000001 through TESLA-0000003. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |
| 29. Organ Dec. at ¶ 23, 6:1-4.  "Attached hereto and marked as Exhibit V are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000175 through NS000178. Defendant marked this document as "confidential" pursuant to the Protective Order, and the document should therefore be sealed pursuant to this Order." | a. The statement constitutes inadmissible hearsay.  FRE 802.<br><br>b. Lacks Foundation. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

**DEFENDANT CITISTAFF SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION (CASE NO. 3:17-cv-06748-WHO)**    7

Dated: October 9, 2019               LAFAYETTE & KUMAGAI LLP

*/s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

**DEFENDANT CITISTAFF SOLUTIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION (CASE NO. 3:17-cv-06748-WHO)**                8