SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398
   Email:      tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        pjeng@sheppardmullin.com
              rswafford-harris@sheppardmullin.com

Attorneys for Defendant,
TESLA, INC. DBA TESLA MOTORS, INC.


LAWRENCE A. ORGAN, Cal.Bar No. 175503
larry@civilrightsca.com
NAVRUZ AVLONI, Cal. Bar. No. 279556
navruz@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    415.453.7352
Facsimile:    415.785.7352

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

[Additional Attorneys Appear on Signature Page]

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON | Case No. 17-cv-06748-WHO |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO CONTINUE DEPOSITION OF ERIN MARCONI** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; | FAC Filed:    December 26, 2018<br>Trial Date:    March 2, 2020 |

-1-    Case No. 17-cv-06748-WHO

1  CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and
2  DOES 1-10, inclusive
3       Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ ("Plaintiffs") and Defendants TESLA, INC. DBA TESLA MOTORS, INC. ("Tesla"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on December 26, 2018. (Dkt. No. 57). Defendant Answered the First Amended Complaint on January 1, 2019. (Dkt. No. 63).

WHEREAS, the Court's October 3, 2019 Order on Discovery Disputes requires all deposition to be completed by October 15, 2019. (Dkt. No. 93).

WHEREAS, Plaintiffs served on Tesla an Amended Notice of Deposition of Erin Marconi and an Amended Subpoena to Testify at Deposition in a Civil Action for Erin Marconi on October 3, 2019.

WHEREAS, Plaintiffs personally served on Erin Marconi a subpoena on October 9, 2019, indicating October 15, 2019, at 11 a.m. as the date for Ms. Marconi's deposition.

WHEREAS, Defendant Tesla relayed to Plaintiffs that Ms. Marconi, a former employee, has advised Defendant that she is not available on October 15, 2019 due to her work schedule.

WHEREAS, Ms. Marconi has requested that her deposition be moved to Monday, October 21, 2019, at 11 a.m.

WHEREAS, all Parties in this action agree to the continuation of Ms. Marconi's deposition to October 21, 2019, after the Court's October 15, 2019 deadline, in order to accommodate Ms. Marconi's schedule.

WHEREAS, this Stipulation only applies to the deposition of Erin Marconi and the deadline to complete any other depositions shall remain October 15, 2019, per the Court's Order on Discovery Disputes, unless stipulated to otherwise by the Parties.

NOW THEREFORE, the Parties hereby agree and stipulate as follows:

1. The deposition of Erin Marconi shall take place on October 21, 2019, at 11 a.m., at the office of Alexander Krakow & Glick, LLP 1900 Avenue of the Stars, Los Angeles, CA 90067.

**IT IS SO STIPULATED.**

Dated: October 14, 2019                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                        By   _____/s/Patricia M. Jeng_____
                                                    TRACEY A. KENNEDY
                                                    PATRICIA M. JENG
                                                    REANNE SWAFFORD-HARRIS

                                                    Attorneys for Defendant
                                             TESLA, INC. dba TESLA MOTORS, INC.


Dated: October 14, 2019                CALIFORNIA CIVIL RIGHTS LAW GROUP


                                        By   _____/s/Navruz Avloni_____
                                                    Lawrence A. Organ
                                                    Navruz Avloni
                                                    Attorneys for Plaintiffs
                                             DEMETRIC DI-AZ and OWEN DIAZ


Dated: October 14, 2019                PAHL & MCCAY


                                        By   _____/s/Fenn Horton III_____
                                                    Helene Simvoulakis-Panos
                                                    Fenn Horton III
                                                    Attorneys for Defendant
                                             WEST VALLEY STAFFING GROUP, INC.



Dated: October 14, 2019                FISHER & PHILLIPS LLP


                                        By   _____/s/Juan Araneda_____
                                                    Jason Geller
                                                    Juan Araneda
                                                    Attorneys for Defendant
                                                    NEXTSOURCE, INC.

1  Dated: October 14, 2019                    LAFATETTE & KUMAGAI

3                                              By  _____/s/Susan Kumagai_____
4                                                   Gary Lafayette
                                                    Cheryl Stevens
5                                                   Susan Kumagai
                                                    Attorneys for Defendant
6                                                   CITISTAFF SOLUTIONS, INC.

8           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  DATED: __October 18, 2019__
11                                                   _____
                                                     HONORABLE WILLIAM H. ORRICK

[Stamp: GRANTED / Judge William H. Orrick / United States District Court Northern District of California]