1  LAWRENCE A. ORGAN, Cal. Bar No. 175503
   larry@civilrightsca.com
2  NAVRUZ AVLONI, Cal. Bar. No. 279556
   navruz@civilrightsca.com
3  CALIFORNIA CIVIL RIGHTS LAW GROUP
   332 San Anselmo Avenue
4  San Anselmo, California 94960
   Telephone:     (415)-453-7352
5  Facsimile:     (415)-785-7352

6  Attorneys for Plaintiffs,
   DEMETRIC DI-AZ and OWEN DIAZ
7
   JASON A. GELLER, Cal. Bar. No. 168149
8  JUAN C. ARANEDA, Cal. Bar. No. 213041
   VINCE ADAMS, Cal. Bar No. 284975
9  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
10 San Francisco, CA 94111
   Telephone:     (415)-490-9000
11 Facsimile:     (415)-490-9001

12 Attorneys for Defendant,
   NEXTSOURCE, INC.
13

14                    **STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | DEMETRIC DI-AZ, OWEN DIAZ AND | Case No. 17-cv-06748-WHO |
   | LAMAR PATTERSON | |
18 | | |
   | Plaintiffs, | **JOINT STIPULATION AND [PROPOSED]** |
19 | | **ORDER TO EXTEND DEADLINE TO FILE** |
   | v. | **DISCOVERY DISPUTE LETTER** |
20 | | |
   | TESLA, INC. DBA TESLA MOTORS, | |
21 | INC., CITISTAFF SOLUTIONS, INC.; | FAC Filed:       December 26, 2018 |
   | WEST VALLEY STAFFING GROUP; | Trial Date:       March 2, 2020 |
22 | CHARTWELL STAFFING SERVICES, | |
   | INC.; NEXTSOURCE, INC.; and | |
23 | DOES 1-10, inclusive | |
   | | |
24 | Defendants. | |

25

26

27

28

                                          **-1-**         **Case No. 17-cv-06748-WHO**
   JOINT STIPULATION AND **[PROPOSED]** ORDER TO EXTEND DEADLINE TO FILE DISCOVERY
                                    DISPUTE LETTER

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ ("Plaintiffs") and Defendant NEXTSOURCE, INC. ("nextSource"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on December 26, 2018. (Dkt. No. 57). nextSource answered the First Amended Complaint on February 8, 2019. (Dkt. No. 74).

WHEREAS, the Court's July 17, 2019 Civil Pretrial Order set the fact discovery cutoff for October 11, 2019. (Dkt. No. 78.)

WHEREAS, Civil Local Rule 37-3 provides that parties must file all motions to compel discovery no more than 7 days after the fact discovery cut-off date.

WHEREAS, pursuant to Civil Local Rule 37-3 and the Civil Pretrial Order, all discovery disputes must be raised with the Court no later than October 18, 2019.

WHEREAS, Plaintiffs initiated the meet and confer process regarding nextSource's objections to Plaintiffs' First Amended Notice of Videotaped Deposition of nextSource, Inc.'s Person Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of Documents on September 6, 2019 (the "PMK Deposition Notice").

WHEREAS, Plaintiffs and nextSource met and conferred in person in an attempt to resolve their dispute on September 13, 2019.

WHEREAS, Plaintiffs and nextSource are continuing the meet and confer process, and seeking to come to a compromise without enlisting the Court's assistance.

WHEREAS, Plaintiffs and nextSource believe that they can reduce or eliminate the need to enlist the Court's assistance in resolving their dispute if they have additional time to meet and confer regarding nextSource's objections to the PMK Deposition Notice.

WHEREAS, Plaintiffs and nextSource agree to extend Plaintiffs' deadline to raise their dispute regarding nextSource's objections to the PMK Deposition Notice to October 23, 2019, to allow the parties additional time to negotiate an informal resolution of their dispute.

NOW THEREFORE, Plaintiffs and nextSource hereby agree and stipulate as follows:

1. Plaintiffs' deadline to raise a dispute with the Court with respect to nextSource's objections

to Plaintiffs' First Amended Notice of Videotaped Deposition of nextSource, Inc.'s Person Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of Documents is extended to October 23, 2019.

**IT IS SO STIPULATED.**

Dated:  October 18, 2019     CALIFORNIA CIVIL RIGHTS LAW GROUP

By   /s Navruz Avloni
Lawrence A. Organ
Navruz Avloni
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

Dated:  October 18, 2019     FISHER PHILLIPS LLP

By   /s Vince Adams
Juan Araneda
Vince Adams
Jason Geller
Attorneys for Defendant
nextSource, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 21, 2019

HONORABLE WILLIAM H. ORRICK