LAWRENCE A. ORGAN, Cal. Bar No. 175503
larry@civilrightsca.com
NAVRUZ AVLONI, Cal. Bar No. 279556
navruz@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

GARY T. LAFAYETTE, Cal. Bar No. 88666
SUSAN T. KUMAGAI, Cal. Bar No. 127667
CHERYL A. STEVENS, Cal. Bar No. 146397
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415)-357-4600
Facsimile:    (415)-357-4605

Attorneys for Defendant,
CITISTAFF SOLUTIONS, INC.

# STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DISCOVERY DISPUTE LETTER**<br><br>FAC Filed:         December 26, 2018<br>Trial Date:        March 2, 2020 |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ ("Plaintiffs") and Defendant CITISTAFF SOLUTIONS, INC. ("Citistaff"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on December 26, 2018. (Dkt. No. 57). Defendant Answered the First Amended Complaint on January 1, 2019. (Dkt. No. 63).

WHEREAS, the Court's July 17, 2019 Civil Pretrial Order set the fact discovery cutoff for October 11, 2019. (Dkt. No. 78.)

WHEREAS, Civil Local Rule 37-3 provides that parties must file all motions to compel discovery no more than 7 days after the fact discovery cut-off date.

WHEREAS, pursuant to Civil Local Rule 37-3 and the Civil Pretrial Order, all discovery disputes must be raised with the Court no later than October 18, 2019.

WHEREAS, Plaintiffs initiated the meet and confer process regarding Citistaff's objections to Plaintiffs' Third Amended Notice of Videotaped Deposition of Citistaff Solutions, Inc.'s Person Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of Documents on September 6, 2019 (the "PMK Deposition Notice").

WHEREAS, Plaintiffs and Citistaff met and conferred in person in an attempt to resolve their dispute on September 9, 2019.

WHEREAS, Plaintiffs and Citistaff are continuing the meet and confer process, and seeking to come to a compromise without enlisting the Court's assistance.

WHEREAS, Plaintiffs and Citistaff believe that they can reduce or eliminate the need to enlist the Court's assistance in resolving their dispute if they have additional time to meet and confer regarding Citistaff's objections to the PMK Deposition Notice.

WHEREAS, Plaintiffs and Citistaff agree to extend Plaintiffs' deadline to raise their dispute regarding Citistaff's objections to the PMK Deposition Notice to October 30, 2019, to allow the parties additional time to negotiate an informal resolution of their dispute.

NOW THEREFORE, Plaintiffs and Citistaff hereby agree and stipulate as follows:

1. Plaintiffs' deadline to raise a dispute with the Court with respect to Citistaff's objections to

Plaintiffs' Third Amended Notice of Videotaped Deposition of Citistaff Solutions, Inc.'s Person Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of Documents is extended to October 30, 2019.

**IT IS SO STIPULATED.**

Dated:  October 18, 2019                    CALIFORNIA CIVIL RIGHTS LAW GROUP

                                            By    /s Navruz Avloni
                                                  Lawrence A. Organ
                                                  Navruz Avloni
                                                  Attorneys for Plaintiffs
                                                  DEMETRIC DI-AZ and OWEN DIAZ

Dated:  October 18, 2019                    LAFATETTE & KUMAGAI

                                            By    /s Cheryl Stevens
                                                  Gary Lafayette
                                                  Cheryl Stevens
                                                  Susan Kumagai
                                                  Attorneys for Defendant
                                                  CITISTAFF SOLUTIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 21, 2019

                                            HONORABLE WILLIAM H. ORRICK