LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT CITISTIAFF SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Date: October 23, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 2017 |

1    In support of their Opposition to Defendant CitiStaff Solutions, Inc.'s Motion for
2 Summary Judgment, or, in the Alternative, Summary Adjudication of Issues, and in accordance
3 with Civil Local Rule 7-3(d)(2), Plaintiffs hereby submit the attached case. *Jimenez v. U.S.*
4 *Continental Marketing, Inc.*, No. D075532, 2019 WL 5257938 (Cal. Ct. App. October 17, 2019).
5 *Jimenez* was not published at the time Plaintiffs filed their Opposition. The holding of *Jimenez* is
6 directly relevant to the analysis of joint employment and adverse employment actions within the
7 context of temporary staffing companies.

CALIFORNIA CIVIL RIGHTS LAW GROUP

DATED:  October 22, 2019          By: _____
Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ