# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 23, 2019 | **Time:** 19 minutes<br>2:02 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorney for Plaintiff:** Lawrence Organ
**Attorney for Defendant:** Susan Kumagai

**Deputy Clerk:** Jean Davis         **Court Reporter:** FTR Recording

## PROCEEDINGS

Counsel appear for argument on motion for summary judgment. The Court needs a full record before ruling on any motion for summary judgment, particularly given the importance of the joint employer issue. Argument of counsel heard and taken under submission. An order will be entered following the full briefing of additional anticipated motions for summary judgment.