```
 1  PAHL & McCAY
    A Professional Law Corporation
 2  Fenn C. Horton III, Esq. (State Bar No. 119888)
    Helene A. Simvoulakis-Panos, Esq. (State Bar No. 256334)
 3  225 West Santa Clara Street
    Suite 1500
 4  San Jose, California 95113-1752
    Telephone:    (408) 286-5100
 5  Facsimile:    (408) 286-5722
    Email: fhorton@pahl-mccay.com
 6         hsimvoulakis@pahl-mccay.com

 7  Attorneys for Defendant
    WEST VALLEY STAFFING GROUP
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON<br><br>Plaintiffs<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC,; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICEDS, INC.,<br><br>Defendants | Case No.  17-cv-06748-WHO<br><br>**STIPULATION REGARDING ORDER FOR DISMISSAL OF DEFENDANT WEST VALLEY STAFFING GROUP AND ORDER**<br><br>Assigned to: Hon. William H. Orrick<br>Action Filed: October 16, 2017<br>Trial Date: November 18, 2019 |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

TO THE COURT AND ALL INTERESTED PERSONS:

Plaintiffs Demetric Di-az, Owen Diaz and Lamar Patterson and Defendant West Valley Engineering, Inc., dba West Valley Staffing Group hereby stipulate and apply to Judge William H. Orrick for an Order for Dismissal of Defendant West Valley Engineering, Inc., dba West Valley Staffing Group from the above-captioned action with prejudice, pursuant to the Settlement Agreement entered into between Plaintiff Demetric Di-az and Defendant West Valley Engineering, Inc., dba West Valley Staffing Group.

SO STIPULATED.

DATED: October 28, 2019            **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By: _/s/ Lawrence A. Organ_
Lawrence A. Organ
Navruz Avloni

Attorneys for Plaintiffs
DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON

DATED: October 28, 2019            **PAHL & McCAY**

By: _/s/ Fenn C. Horton_
Fenn C. Horton, III

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

## [PROPOSED] ORDER

**SO ORDERED.**

Date:

Hon. William H. Orrick
United States District Judge

---

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2814/040 -
00697023.DOCX.1

STIPULATION REGARDING DISMISSAL     2     (Case No. 17-cv-06748-WHO)