JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
VINCENT J. ADAMS (CA SBN 249696)
vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:   (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**DEFENDANT NEXTSOURCE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Amended Complaint Filed: December 26, 2018 |

## MOTION

Pursuant to Local Rules 7-11 and 79-5, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Defendant nextSource, Inc. respectfully requests an order sealing the physical copies in the Court's files of Exhibits B through E and Exhibits G and I to the Declaration of Juan Araneda in Support of Defendant nextSource, Inc.'s Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication of Issues. This motion is based on the Declaration of Juan Araneda in support thereof, and the documents to be sealed are laid out below:

| DOCUMENT | DESIGNATING PARTY | BASIS FOR SEALING |
|---|---|---|
| Exhibit B: Exhibits 91 (CITISTAFF-0000006–CITISTAFF-0000007) and 178 (NS000025) to the Deposition of Kevin McGinn | Citistaff Solutions, Inc.; nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |
| Exhibit C: Exhibits 124 (TESLA-0000635-TESLA-0000636), 125 (TESLA-0000634), 127 (TELSA-0000646-TESLA-0000647), 130 (TESLA-0000004-TESLA-0000008), 132 (TESLA-0000730-TESLA-0000737), 134 (TESLA-0000317), 136 ((TESLA-0000320), 140 (CITISTAFF-0000009-CITISTAFF-0000010), and 142 (TESLA-0000752-TESLA-0000753) to the Deposition of Wayne Jackson | Tesla Inc.; Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |
| Exhibit D: Exhibits 1 (CITISTAFF-0000034-CITISTAFF-0000035), 3 (CITISTAFF-0000039), 14 (TESLA-0000005-TESLA-0000008), and 15 (CITISTAFF-0000050-CITISTAFF-0000055) to the Deposition of Owen Diaz, Vol. I | Citistaff Solutions, Inc.; Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |

| | | |
|---|---|---|
| Exhibit E: Exhibit 33 (CITISTAFF-0000043-CITISTAFF-0000045) to the Deposition of Owen Diaz, Vol. II | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |
| Exhibit G: Exhibit 88 (CITISTAFF-0000001-CITISTAFF-0000003) to the Deposition of Monica DeLeon | Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |
| Exhibit I: Exhibits 43 (TESLA-0000511), 53 (TESLA-0000308), 55 (TESLA-0000641), 56 (TESLA-0000135-TESLA-0000136), and 64 (CITISTAFF-0000011–CITISTAFF-0000013) to the Deposition of Edward Romero | Tesla, Inc.; Citistaff Solutions, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50) |

Date:  October 29, 2019  

FISHER & PHILLIPS LLP

By:  /s/ *Juan C. Araneda*
JASON A. GELLER
JUAN C. ARANEDA
VINCENT J. ADAMS
Attorneys for Defendant nextSource, Inc.