JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
VINCENT J. ADAMS (CA SBN 249696)
vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:   (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>         Plaintiffs,<br>    vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>         Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEXTSOURCE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Amended Complaint Filed: December 26, 2018 |

**[PROPOSED] ORDER**

Pursuant to Local Rules 7-11 and 79-5, as well this Court's Standing Order regarding administrative motions to seal, Defendant nextSource, Inc. filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibits B through E and Exhibits G and I to the Declaration of Juan C. Araneda in Support of Defendant nextSource, Inc.'s Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication of Issues. According to the declaration filed by counsel for nextSource, Inc., Juan C. Araneda, in support of this Motion, Exhibits B through E and Exhibits G and I should be sealed for the foregoing reasons:

| DOCUMENT | BASIS FOR SEALING |
|---|---|
| Exhibit B: Exhibits 91 (CITISTAFF-0000006– CITISTAFF-0000007) and 178 (NS000025) to the Deposition of Kevin McGinn | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |
| Exhibit C: Exhibits 124 (TESLA-0000635-TESLA-0000636), 125 (TESLA-0000634), 127 (TELSA-0000646-TESLA-0000647), 130 (TESLA-0000004-TESLA-0000008), 132 (TESLA-0000730-TESLA-0000737), 134 (TESLA-0000317), 136 ((TESLA-0000320), 140 (CITISTAFF-0000009-CITISTAFF-0000010), and 142 (TESLA-0000752-TESLA-0000753) to the Deposition of Wayne Jackson | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |
| Exhibit D: Exhibits 1 (CITISTAFF-0000034-CITISTAFF-0000035), 3 (CITISTAFF-0000039), 14 (TESLA-0000005-TESLA-0000008), and 15 (CITISTAFF-0000050-CITISTAFF-0000055) to the Deposition of Owen Diaz, Vol. I | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |
| Exhibit E: Exhibit 33 (CITISTAFF-0000043-CITISTAFF-0000045) to the Deposition of Owen Diaz, Vol. II | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |
| Exhibit G: Exhibit 88 (CITISTAFF-0000001-CITISTAFF-0000003) to the Deposition of Monica DeLeon | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |
| Exhibit I: Exhibits 43 (TESLA-0000511), 53 (TESLA-0000308), 55 (TESLA-0000641), 56 (TESLA-0000135-TESLA-0000136), and 64 (CITISTAFF-0000011–CITISTAFF-0000013) to the Deposition of Edward Romero | Marked confidential pursuant to Protective Order (Dkt. No. 50.) Filing this document would violate the Protective Order. |

Appearing the requested relief is warranted, this Court orders:

1. Defendant nextSource, Inc's Administrative Motion to File Documents Under Seal in Support of nextSource, Inc.'s Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication of Issues is GRANTED.

2. The physical copies in the Court's files of Exhibits B through E and Exhibits G and I to the Declaration of Juan C. Araneda in Support of Defendant nextSource, Inc.'s Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication of Issues shall be SEALED and remain sealed until further order of the Court.

Dated: _____, 2019                   _____
                                                                                            JUDGE WILLIAM H. ORRICK
                                                                                            UNITED STATES DISTRICT JUDGE