| | |
|---|---|
| 1 | JASON A. GELLER (CA SBN 168149) |
|   | jgeller@fisherphillips.com |
| 2 | JUAN C. ARANEDA (CA SBN 213041) |
|   | jaraneda@fisherphillips.com |
| 3 | VINCENT J. ADAMS (CA SBN 249696) |
|   | vadams@fisherphillips.com |
| 4 | FISHER & PHILLIPS LLP |
|   | One Embarcadero Center, Suite 2050 |
| 5 | San Francisco, California 94111 |
|   | Telephone:   (415) 490-9000 |
| 6 | Facsimile:    (415) 490-9001 |
| 7 | Attorneys for Defendant |
|   | nextSource, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON, | Case No. 3:17-cv-06748-WHO |
|  | *[Removed from Alameda Superior Court, Case No. RG17878854]* |
| Plaintiffs, | |
| vs. | **DECLARATION OF VERONICA MARTINEZ IN SUPPORT OF DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF ISSUES** |
| TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC., | |
| Defendants. | Date: |
|  | Time:         2:00 p.m. |
|  | Courtroom:  2 |
|  | Judge:        Hon. William H. Orrick |
|  | Amended Complaint Filed: December 26, 2018 |

DECLARATION OF VERONICA MARTINEZ

FP 36147237.1

I, **VERONICA MARTINEZ**, declare as follows:

1. I am currently employed by Chartwell Staffing Services, Inc. ("Chartwell") as a Senior Area Vice President. I have worked for Chartwell in that capacity at all times relevant to this declaration. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently and truthfully thereto.

2. Chartwell provides staffing and other human resources related services to small companies across the country, including Tesla.

3. On January 22, 2016, Chartwell was advised of a complaint made via email from Owen Diaz. Diaz alleged that Ramon Martinez, a Chartwell employee temporarily assigned to a factory operated by Tesla, Inc. dba Tesla Motors, Inc. in Fremont, California, made an offensive drawing on a cardboard box in the portion of the factory where Diaz worked. Unlike Martinez, Diaz was not an employee of Chartwell.

4. Upon receipt of the complaint, Chartwell began to immediately perform an investigation into the veracity of the allegations made by Owen Diaz.

5. As part of the internal investigation, I interviewed Martinez on or about January 22, 2016.

6. Chartwell also conducted an interview of Diaz regarding the incident on Monday, January 25, 2016 with the permission of his employer, CitiStaff Solutions, Inc.

7. At the conclusion of the investigation, Chartwell placed Martinez on Corrective Action from January 26, 2016 through December 31, 2016 for conduct substantially impairing the discipline and order of the work environment.

8. Prior to Diaz's complaint, Chartwell did not have a record of any harassment complaints filed against Martinez. In addition, Chartwell does not have any record of any other harassment or discrimination complaint at the Tesla Factory.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this __15__ day of October 2019 in _____,  California.

_____
Veronica Martinez

2
DECLARATION OF VERONICA MARTINEZ

FP 36147237.1