JASON A. GELLER (CA SBN 168149)
jgeller@fisherphillips.com
JUAN C. ARANEDA (CA SBN 213041)
jaraneda@fisherphillips.com
VINCENT J. ADAMS (CA SBN 249696)
vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:   (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Defendant
nextSource, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>                     Plaintiffs,<br>    vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>                     Defendants. | Case No. 3:17-cv-06748-WHO<br>*[Removed from Alameda Superior Court, Case No. RG17878854]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>**Date:**         December 18, 2019<br>**Time:**        2:00 p.m.<br>**Courtroom:** 2<br>**Judge:**       Hon. William H. Orrick<br><br>Amended Complaint Filed: December 26, 2018 |

1   Case No. 3:17-cv-06748-WHO
[PROPOSED] ORDER GRANTING DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES
FP 36147238.1

1  Defendant nextSource, Inc.'s ("Defendant") Motion for Summary Judgment, or in the
2  alternative, Summary Adjudication, with respect to the First Amended Complaint for Damages
3  filed by Plaintiffs Demetric Di-az, Owen Diaz, and Lamar Patterson came regularly for hearing
4  before this Court on December 18, 2019, and all parties appeared by and through their respective
5  counsel of record.
6  After carefully considering the parties' papers, their supporting declarations and exhibits,
7  the record herein, arguments of counsel and all other matters presented to the Court,
8  **IT IS HEREBY ORDERED** that Defendant nextSource, Inc.'s Motion for Summary
9  Adjudication is **GRANTED** for the following issues:
10  1.  nextSource did not control the terms and conditions of Plaintiff Owen Diaz's
11  employment at the Tesla Factory and therefore cannot be considered his joint employer;
12  2.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
13  Race Discrimination in Violation of 42 U.S.C. § 1981;
14  3.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
15  Race Harassment in violation of 42 U.S.C. § 1981;
16  4.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claims
17  for Failure to Prevent Harassment and Discrimination in Violation of 42 U.S.C. § 1981;
18  5.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
19  Retaliation in violation of 42 U.S.C. § 1981 and California Labor Code § 1102.5;
20  6.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claims
21  for violation of the Bane Act (Cal. Civ. Code § 51.7);
22  7.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
23  violation of Ralph Civil Rights Act (Cal. Civ. Code § 51.1(a) and (b));
24  8.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
25  Negligent Infliction of Emotional Distress;
26  9.  No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for
27  Intentional Infliction of Emotional Distress;
28  10. No genuine issue of material facts exists regarding Plaintiff Owen Diaz's claim

1  for Negligent Hiring, Retention, and Supervision;

2        11.    No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for

3  Constructive Discharge in Violation of Public Policy.

4        12.    No genuine issue of material fact exists regarding Plaintiff Owen Diaz's claim for

5  punitive damages.

6  **IT IS SO ORDERED**

7

8

9  Dated: _____, 2019      _____

10                                                 JUDGE WILLIAM H. ORRICK
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28