1  JASON A. GELLER (CA SBN 168149)
   jgeller@fisherphillips.com
2  JUAN C. ARANEDA (CA SBN 213041)
   jaraneda@fisherphillips.com
3  VINCENT J. ADAMS (CA SBN 249696)
   vadams@fisherphillips.com
4  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
5  San Francisco, California 94111
   Telephone:   (415) 490-9000
6  Facsimile:   (415) 490-9001

7  Attorneys for Defendant
   nextSource, Inc.
8

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO COURTHOUSE
12

13 | DEMETRIC DI-AZ, OWEN DIAZ and | Case No. 3:17-cv-06748-WHO
14 | LAMAR PATTERSON, | *[Removed from Alameda Superior Court, Case No. RG17878854]*
15 |                            Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY JUDGMENT**
16 |     vs. |
17 | TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; | **Date:**      December 18, 2019
   |                                                | **Time:**      2:00 p.m.
18 | CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC., | **Courtroom:** 2
   |                                                | **Judge:**     Hon. William H. Orrick
19 |
20 |                            Defendants. | Amended Complaint Filed: December 26, 2018

1                                              Case No. 3:17-cv-06748-WHO
[PROPOSED] ORDER GRANTING DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY JUDGMENT

FP 36147242.1

1  Defendant nextSource, Inc.'s ("Defendant") Motion for Summary Judgment, or in the
2 alternative, Summary Adjudication, with respect to the First Amended Complaint for Damages
3 filed by Plaintiffs Demetric Di-az, Owen Diaz, and Lamar Patterson came regularly for hearing
4 before this Court on December 18, 2019, and all parties appeared by and through their respective
5 counsel of record.
6  After carefully considering the parties' papers, their supporting declarations and exhibits,
7 the record herein, arguments of counsel and all other matters presented to the Court,
8  **IT IS HEREBY ORDERED** that Defendant nextSource, Inc.'s Motion for Summary
9 Judgment is **GRANTED**.
10  **IT IS SO ORDERED**
11
12 Dated: _____, 2019   _____
  JUDGE WILLIAM H. ORRICK
13  UNITED STATES DISTRICT JUDGE