*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 1

# [REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED]