SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail      pjeng@sheppardmullin.com
              rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>            Plaintiffs,<br><br>   v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>            Defendants. | Case No. 17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES**<br><br>Date:     December 18, 2019<br>Time:    2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:  Hon. William H. Orrick<br><br>Trial date; March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>[Filed concurrently with Memorandum of Points and Authorities, the Declaration of Patricia M. Jeng, the Declaration of Jeremie Hansen and Proposed Order] |

# NOTICE OF HEARING

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 18, 2019, at 2:00 p.m., in Courtroom 2 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Tesla, Inc.. ("Defendant" or "Tesla") will and does hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting partial summary judgment in Tesla's favor, on the ground that there are no triable issues as to any material fact as to the purported claims for relief contained in the operative complaint filed by Plaintiffs Owen Diaz and Demetric Di-az (collectively "Plaintiffs") in this matter and that Tesla is entitled to partial summary judgment as a matter of law as to his claims under the Unruh Civil Rights Act (the "Unruh Act") and for punitive damages.

1. Plaintiffs' claims for race discrimination and retaliation under the Unruh Act fail as a matter of law because the Fremont Factory was not a business establishment furnishing goods, services, or facilities to Plaintiffs as a client, patron, or customer. Plaintiffs' claims, as alleged employees seeking claims against an alleged employer or an entity in the position of an employer, are not cognizable under the Unruh Act as a matter of law.

2. Plaintiffs are not entitled to punitive damages on any alleged cause of action in the operative Complaint because Plaintiffs cannot show that an officer, director, or managing agent of Tesla committed or ratified an act of oppression, fraud, or malice or acted with reckless indifference.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, declarations (and exhibits thereto), all pleadings and papers on file in this action, which are incorporated by reference into this notice.

Dated: October 29. 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Patricia M. Jeng*
TRACEY A. KENNEDY,
PATRICIA M. JENG
REANNE SWAFFORD-HARRIS
Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.