SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:     213-620-1780
Facsimile:     213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947
E mail          pjeng@sheppardmullin.com
                    rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON | Case No. 17-cv-06748-WHO |
|---|---|
| Plaintiffs, | **DECLARATION OF JEREMIE HANSEN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive | Date: December 18, 2019 Time: 2:00 p.m. Courtroom: 2, 17th Floor Judge: Hon. William H. Orrick |
| Defendants. | Trial Date: March 2, 2020 Complaint Filed: October 16, 2017 |
| | [Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Patricia M. Jeng, and [Proposed] Order] |

**DECLARATION OF JEREMIE HANSEN**

I, Jeremie Hansen, hereby declare and state:

1.      I am currently a Security Systems Specialist at Tesla, Inc. ("Tesla").  I have personal knowledge of the matters set forth herein and I could and would testify competently thereto, if called upon to do so.

2.      I have worked for Tesla for six years, and from 2015 to 2016, my business title was Associate Manager.  As an Associate Manager in 2015 to 2016, my job duties included responding to any on-site emergencies, creating security policy and procedure updates, and overseeing the internal security team.  I currently support security at the Tesla factory building, which is located at 45500 Fremont Blvd, Fremont, California, 94538 (hereinafter the "Fremont Factory"), and I worked at the same location from 2015 to 2016.

3.      During the 2015 to 2016 time frame, the Fremont Factory did not hold itself out for business from, or conduct business with, the general public.  During that time, members of the general public were not permitted to enter the Fremont Factory without special authorization.  Only approved guests from the general public could enter the Fremont Factory.  Persons authorized to enter the Fremont Factory, other than approved guests, use a Tesla-issued badge. The authorized person must place the badge on a badge reader, and if it is a valid badge, then the door will unlock and allow the badged individual to enter the Fremont Factory.

4.      Even approved guests had to comply with security procedures before they would be allowed to enter the Fremont Factory, including but not limited to checking in with Tesla's staff and obtaining a Tesla-issued visitor pass, which would only allow them to enter certain portions of the Fremont Factory.  Visitors are required to sign in through the visitor system at the lobby of the Fremont Factory, which then sends a request to the host. The visitor has to identify the purpose of the visit, which can only be valid for one day.  After the host receives the request, the host has to approve the request and go meet the visitor in the lobby. The visitor must be escorted by the host at all times while at the Fremont Factory premises. There are areas where hosts are not allowed take visitors without additional clearances. There are also other areas where visitors are generally prohibited.

5.      During the 2015 to 2016 time frame, Tesla did not invite the general public to engage in business with Tesla at the Fremont Factory, nor did Tesla engage in or benefit from any business with the general public transacted in the Fremont Factory.  Not only was the general public restricted from entering the Fremont Factory, which is private property, but the general public was also unable to obtain, or to benefit from, any business services, goods, or products from Tesla at the Fremont Factory.

6.      During the 2015 to 2016 time frame, there was no Tesla Store at the Fremont Factory, and the general public was not able to enter the Fremont Factory to purchase cars, services or goods. Tesla does not engage with the general public as customers, patrons or clients at the Fremont Factory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28 day of October 2019, at _901 Page Ave, Fremont_ , California.


JEREMIE HANSEN

SMRH:4819-9414-1097.1