SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:     213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
E mail           pjeng@sheppardmullin.com
                    rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>          Plaintiffs,<br><br>     v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>          Defendants. | Case No. 17-cv-06748-WHO<br><br>**DECLARATION OF PATRICIA M. JENG IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES**<br><br>Date:      December 18, 2019<br>Time:     2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:  Hon. William H. Orrick<br><br>Trial date; March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, the Declaration of Jeremie Hansen, and Proposed Order] |

**DECLARATION**

I, Patricia M. Jeng, declare as follows:

1. I am currently an attorney with the law firm Sheppard Mullin Richter & Hampton, LLP which serves as Defendant Tesla, Inc.'s ("Tesla") attorneys of record in the above-captioned matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. **Exhibit 1** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Owen Diaz, taken in the above captioned matter on May 22, 2018, which is marked as "confidential" pursuant to the Stipulated Protective Order and therefore is filed under seal pursuant to the terms of the Stipulated Protective Order.

3. **Exhibit 2** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Owen Diaz, taken in the above captioned matter on December 3, 2018, which is marked as "confidential" pursuant to the Stipulated Protective Order and therefore is filed under seal pursuant to the terms of the Stipulated Protective Order.

4. **Exhibit 3** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Owen Diaz, taken in the above captioned matter on June 21, 2019.

5. **Exhibit 4** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Demetric Di-az, taken in the above captioned matter on May 15, 2018, which is marked as "confidential" pursuant to the Stipulated Protective Order and therefore is filed under seal pursuant to the terms of the Stipulated Protective Order.

6. **Exhibit 5** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Demetric Di-az, taken in the above captioned matter on December 4, 2018, which is marked as "confidential" pursuant to the Stipulated Protective Order and therefore is filed under seal pursuant to the terms of the Stipulated Protective Order.

7. **Exhibit 6** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla' 30(b)(6) designees, Annalisa Heisen, taken in the above

captioned matter on May 29, 2019.

8. **Exhibit 7** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Monica DeLeon, taken in the above-captioned matter on December 6, 2018.

9. **Exhibit 8** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Tomatsu Kawaski, taken in the above captioned matter on October 9, 2019.

10. **Exhibit 9** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Edward Romero, taken in the above captioned matter on November 30, 2018.

11. **Exhibit 10** to this declaration consists of true and correct copies of relevant exhibits to the deposition of Edward Romero, taken in the above captioned matter on November 30, 2018, which were marked as "confidential" pursuant to the Stipulated Protective Order and therefore are filed under seal pursuant to the terms of the Stipulated Protective Order.

12. **Exhibit 11** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla's 30(b)(6) designees, Victor Quintero, taken in the above captioned matter on June 7, 2018.

13. **Exhibit 12** to this declaration consists of true and correct copies of exhibits from the deposition of Victor Quintero, taken in the above captioned matter on June 7, 2018, which were marked as "confidential" pursuant to the Stipulated Protective Order and therefore are filed under seal pursuant to the terms of the Stipulated Protective Order.

14. **Exhibit 13** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Wayne Jackson, taken in the above captioned matter on May 17, 2019.

15. **Exhibit 14** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla's 30(b)(6) designees, Javier Caballero, taken in the above captioned matter on June 7, 2018.

16. **Exhibit 15** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Ledesma Ludivina, taken in the above captioned matter on June 6,

1  2019.

2  17.  **Exhibit 16** to this declaration consists of true and correct copies of relevant
3  excerpts from the deposition of Teresa Kossayian, taken in the above captioned matter on April
4  24, 2019.

5  18.  **Exhibit 17** to this declaration consists of true and correct copies of relevant
6  exhibits from the deposition of Wayne Jackson, taken in the above captioned matter on May 17,
7  2019, which were marked as "confidential" pursuant to the Stipulated Protective Order and
8  therefore are filed under seal pursuant to the terms of the Stipulated Protective Order.

9  I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct.

11  Executed this 29th day of October 2019, at San Francisco, California.

13  */s/ Patricia M. Jeng*
    Patricia M. Jeng