*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 3

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3

 4   DEMETRIC DIAZ, OWEN DIAZ, ) Case No. 3:17-CV-06748-WHO
     and LAMAR PATTERSON,      )
 5                             )
              Plaintiffs,      )
 6                             )
        vs.                    )
 7                             )
     TESLA, INC. dba TESLA     )
 8   MOTORS, INC.; CITISTAFF   )
     SOLUTIONS, INC.; WEST     )
 9   VALLEY STAFFING GROUP;    )
     CHARTWELL STAFFING        )
10   SERVICES, INC.;           )
     NEXTSOURCE, INC.;         )
11   DOES 1-50, inclusive,     )
                               )
12            Defendants.      )
     _____)
13

14

15                   Volume III

16       DEPOSITION OF OWEN ORAPIO DIAZ, JR.

17           PAGES 293 THROUGH 441

18          SAN FRANCISCO, CALIFORNIA

19              JUNE 21, 2019

20

21

22

23

24

25   REPORTED BY:  MICHAEL CUNDY, CSR 12271
```



| | | |
|---|---|---|
| 1 |      Mr. Diaz, do you recognize what this is? | 10:16:58 |
| 2 | A   Yes. | 10:17:02 |
| 3 | Q   Is this a picture of the back -- of the front | 10:17:03 |
| 4 | and back of your -- a badge that you used when you | 10:17:07 |
| 5 | worked at Tesla? | 10:17:10 |
| 6 | A   No. | 10:17:15 |
| 7 | Q   What is this? | 10:17:15 |
| 8 | A   A picture of front of the badge. | 10:17:16 |
| 9 | Q   Okay.  And what's on page two? | 10:17:21 |
| 10 | A   Picture of rear of the safety something or | 10:17:24 |
| 11 | another class that Tesla gave me. | 10:17:32 |
| 12 | Q   Okay.  So these were two different -- were | 10:17:35 |
| 13 | they two different badges that you had on your person | 10:17:38 |
| 14 | when you were working inside the Tesla factory? | 10:17:41 |
| 15 | A   Yes. | 10:17:44 |
| 16 | Q   Okay.  And so the first one is a badge, and | 10:17:45 |
| 17 | the second is a safety badge, for lack of a better | 10:17:48 |
| 18 | word? | 10:17:54 |
| 19 | A   Yes. | 10:17:54 |
| 20 | Q   Okay.  And the first badge on page one, did | 10:17:57 |
| 21 | you wear this at all times while you worked at the | 10:18:01 |
| 22 | Tesla factory? | 10:18:07 |
| 23 | A   No. | 10:18:10 |
| 24 | Q   You did not? | 10:18:10 |
| 25 | A   (No audible response.) | 10:18:12 |



| | | |
|---|---|---|
| 1 | Q   Okay.  When would -- when would you need to | 10:18:14 |
| 2 | wear this when you worked at the Tesla factory? | 10:18:16 |
| 3 | A   I didn't need to wear it.  It was in my | 10:18:19 |
| 4 | wallet. | 10:18:22 |
| 5 | Q   It was in your wallet, okay. | 10:18:22 |
| 6 |     And do you see here on the side there's a | 10:18:25 |
| 7 | sticker that says, "Forklift Certified"?  Under that, | 10:18:27 |
| 8 | there is some word written vertically, and it says | 10:18:31 |
| 9 | C-O- and then it ends with T-O-R. | 10:18:37 |
| 10 |    Do you know what the full word there is? | 10:18:42 |
| 11 | A   No. | 10:18:55 |
| 12 | Q   Does a -- do you know if it's contractor? | 10:18:56 |
| 13 |     MS. AVLONI:  Calls for speculation. | 10:19:02 |
| 14 |     THE WITNESS:  Unfortunately, I'm not really | 10:19:13 |
| 15 | good at Wheel of Fortune. | 10:19:14 |
| 16 | BY MR. ARANEDA: | 10:19:16 |
| 17 | Q   So you don't know what it says? | 10:19:16 |
| 18 | A   No. | 10:19:19 |
| 19 | Q   All right.  Under that, it says, "Citistaff | 10:19:20 |
| 20 | Solutions Inc." | 10:19:22 |
| 21 |     Do you know what that's supposed to -- why | 10:19:23 |
| 22 | "Citistaff Solutions Inc." is under your picture? | 10:19:27 |
| 23 |     MS. AVLONI:  Objection to the extent it calls | 10:19:30 |
| 24 | for speculation. | 10:19:31 |
| 25 |     THE WITNESS:  I don't know why they would do | 10:19:47 |



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | BY MR. ARANEDA: | 10:37:12 |
| 2 | Q   After reporting Ramon Martinez for this | 10:37:12 |
| 3 | picture that he drew on the bale of cardboard in | 10:37:18 |
| 4 | January of 2016, did you ever have any other issues | 10:37:22 |
| 5 | with Mr. Martinez? | 10:37:26 |
| 6 | MS. AVLONI:  Asked and answered. | 10:37:27 |
| 7 | THE WITNESS:  Not that I can recall. | 10:37:30 |
| 8 | BY MR. ARANEDA: | 10:37:32 |
| 9 | Q   Did you ever work with Mr. Martinez after you | 10:37:32 |
| 10 | complained about him drawing that picture on a bale of | 10:37:36 |
| 11 | cardboard? | 10:37:40 |
| 12 | MS. AVLONI:  Asked and answered. | 10:37:40 |
| 13 | THE WITNESS:  Not that I can recall. | 10:37:46 |
| 14 | BY MR. ARANEDA: | 10:37:47 |
| 15 | Q   When you were -- when you saw this picture on | 10:37:47 |
| 16 | a bale of cardboard, what was your position? | 10:37:50 |
| 17 | A   Elevator lead. | 10:37:55 |
| 18 | Q   Okay.  After reporting Ramon Martinez for | 10:37:56 |
| 19 | that incident in January 25 [sic] -- I mean -- strike | 10:37:59 |
| 20 | that -- in January 2016, for the picture on the bale | 10:38:04 |
| 21 | of incident {sic}, did your position at -- | 10:38:08 |
| 22 | THE REPORTER:  Can you rephrase -- can you | 10:38:16 |
| 23 | say that again? | 10:38:16 |
| 24 | MR. ARANEDA:  Sure.  I will start over. | 10:38:16 |
| 25 | \\\ | 10:38:16 |



```
 1   BY MR. ARANEDA:                                          11:17:51
 2       Q    Did he ever come back to work at Tesla after    11:17:51
 3   security escorted him from the building?                 11:17:55
 4       A    I don't know.                                   11:18:02
 5       Q    Did you ever work with Mr. Foster after         11:18:02
 6   security escorted him from the building?                 11:18:05
 7       A    No.                                             11:18:07
 8       Q    Do you know who decided to have security        11:18:10
 9   escort Mr. Foster from the building?                     11:18:14
10       A    Ed Ramero.                                      11:18:16
11       Q    And after this incident with Mr. Foster being   11:18:25
12   escorted from the building, your position as lead        11:18:29
13   elevator operator remained the same?                     11:18:34
14       A    I believe so, yes.                              11:18:38
15       Q    Your schedule as lead elevator operator         11:18:40
16   remained the same?                                       11:18:43
17       A    I believe so, yes.                              11:18:45
18       Q    Your rate of pay until you got a raise later    11:18:46
19   remained the same; correct?                              11:18:51
20       A    I believe so, yes.                              11:18:53
21            MR. ARANEDA:  We've been going for a little     11:19:28
22   bit over an hour.                                        11:19:30
23            Do you guys want to take a five-minute break?   11:19:31
24            MS. AVLONI:  How are you doing, Owen?           11:19:34
25            THE WITNESS:  We can keep it going.  I got to   11:19:36
```



```
 1  STATE OF CALIFORNIA                )
                                       )  SS:
 2  CITY AND COUNTY OF SAN FRANCISCO   )

 3

 4              I, Michael Cundy, CSR NO. 12271, a

 5  Certified Shorthand Reporter of the State of

 6  California, do hereby certify:

 7              That the foregoing proceedings were

 8  taken before me at the time and place herein set

 9  forth; that any witnesses in the foregoing

10  proceedings, prior to testifying, were placed under

11  oath; that a verbatim record of the proceedings was

12  made by me using machine shorthand which was

13  thereafter transcribed under my direction; further,

14  that the foregoing is an accurate transcription

15  thereof.

16              I further certify that I am neither

17  financially interested in the action nor a relative or

18  employee of any attorney or any of the parties.

19              IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated:  July 3, 2019

23                                  

24                                  _____
                                    Michael Cundy, CSR NO. 12271

25
```





# TESLA SECURITY

In case of emergency dial **650-681-5500**
For non-emergencies dial 510-249-2555

**SITE ADDRESS**
45500 Fremont Blvd.
Fremont, CA 94538

This card certifies that the contractor has completed the Tesla Contractor Safety Orientation for this site.

Owen Diaz
_____
Contractor Name

Citi Staff
_____
Company Name

3 June 2015
_____
Date Issued


