*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 7

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


DEMETRIC DI-AZ, OWEN        )
DIAZ, and LAMAR             )
PATTERSON,                  )
              Plaintiffs,   )
vs.                         ) Case No.:   3:17-CV-066748
                            )             WHO
                            )
TESLA, INC., dba TESLA      )
MOTORS, INC.; CITISTAFF     )
SOLUTIONS, INC.; WEST       )
VALLEY STAFFING GROUP;      )
CHARTWELL STAFFING          )
SERVICES, INC.; and DOES    )
1-10, inclusive,            )
              Defendants.   )
_____)



                  DEPOSITION OF MONICA DE LEON

                   Thursday, December 6, 2018










TAKEN BEFORE:

HEIDI BELTON, CSR, RPR, CRR, CCRR, CRC

CSR No. 12885
```

```
11:16:06  1    ambiguous.
11:16:09  2              THE WITNESS:  The Owen Diaz situation.
11:16:17  3    BY MS. AVLONI:
11:16:17  4       Q.   And you mentioned one or two.  Is there
11:16:22  5    another investigation that you recall being involved
11:16:23  6    in?
11:16:24  7       A.   Just -- just from what I recall, just,
11:16:28  8    like, an altercation that happened between Owen Diaz
11:16:33  9    and another -- another gentleman, another candidate.
11:16:41 10       Q.   Do -- do you recall -- does the name
11:16:44 11    Rothaj Foster sound familiar?
11:16:46 12       A.   Yes, ma'am.
11:16:47 13       Q.   And so was the other investigation related
11:16:49 14    to the altercation between Rothaj Foster and Owen
11:16:52 15    Diaz?
11:16:52 16       A.   That's what it was, yes.
11:17:01 17       Q.   And Rothaj Foster was a CitiStaff
11:17:03 18    employee?
11:17:04 19              MR. RUTSCHMAN:  Objection; calls for
11:17:04 20    speculation and calls for a legal conclusion.
11:17:11 21              THE WITNESS:  Rothaj Foster did work for
11:17:12 22    CitiStaff.
11:17:13 23    BY MS. AVLONI:
11:17:13 24       Q.   And Owen was a CitiStaff employee?
11:17:16 25              MR. RUTSCHMAN:  Objection; calls for
```

```
12:33:51   1    of the complaint of the drawing, yes.
12:33:53   2    BY MS. AVLONI:
12:33:56   3         Q.   Okay.  How about just in general?
12:34:01   4         A.   In general, yes.
12:34:11   5         Q.   You seem hesitant.  Is there a reason?
12:34:16   6         A.   Like I said, it's just -- the situation
12:34:19   7    with the drawing, it seemed completely credible to
12:34:24   8    me.  But when it came to the altercation -- and I
12:34:27   9    did -- spoke to Owen about, you know, what happened
12:34:30  10    with him and Rothaj -- there was a lot of he
12:34:33  11    couldn't recall what was said or what was -- what
12:34:40  12    happened.  So in that situation I didn't -- it
12:34:42  13    didn't really seem too credible --
12:34:45  14         Q.   Did you --
12:34:46  15         A.   -- when we were speaking.
12:34:49  16         Q.   When you spoke to him about the Rothaj
12:34:52  17    situation, did you speak to him in person or by
12:34:55  18    phone?
12:34:55  19         A.   It was by phone.
12:34:56  20         Q.   And was he at home at that time, do you
12:34:58  21    know, or was he at work?
12:35:00  22              MR. RUTSCHMAN:  Objection; calls for
12:35:00  23    speculation.
12:35:01  24    BY MS. AVLONI:
12:35:02  25         Q.   If you know.
```

| | | |
|---|---|---|
| 12:35:03 | 1 | **A.   That I don't remember.** |
| 12:35:03 | 2 | **Q.   Did you speak to Rothaj in person or by** |
| 12:35:06 | 3 | **phone about that situation?** |
| 12:35:08 | 4 | **A.   By phone.** |
| 12:35:17 | 5 | Q.   Have you -- while you were working for |
| 12:35:20 | 6 | CitiStaff, has anyone brought to your attention any |
| 12:35:24 | 7 | concerns about Owen Diaz? |
| 12:35:27 | 8 | MR. RUTSCHMAN:  Objection; vague and |
| 12:35:27 | 9 | ambiguous. |
| 12:35:29 | 10 | THE WITNESS:  Can you repeat the question? |
| 12:35:31 | 11 | BY MS. AVLONI: |
| 12:35:31 | 12 | Q.   Yes.  While you were working for |
| 12:35:33 | 13 | CitiStaff, has anyone at all brought any concerns to |
| 12:35:37 | 14 | you about Owen Diaz? |
| 12:35:39 | 15 | **A.   Yes, there was two concerns.  One was --** |
| 12:35:47 | 16 | **well, yes, there was.** |
| 12:35:49 | 17 | Q.   What were those concerns? |
| 12:35:51 | 18 | **A.   So I had spoke to Rothaj.  He had called** |
| 12:35:57 | 19 | **me and would let me know that -- he was letting me** |
| 12:36:03 | 20 | **know that, you know, Owen wasn't always at his post** |
| 12:36:07 | 21 | **where he was supposed to be, he would be gone for** |
| 12:36:10 | 22 | **long periods of time or would take longer lunch** |
| 12:36:16 | 23 | **breaks or long breaks.** |
| 12:36:19 | 24 | **There was an incident where he stated that** |
| 12:36:20 | 25 | **they were really backed up at the elevators and he** |

```
12:57:04  1          A.   I recall Owen Diaz saying that they had an
12:57:08  2   altercation and that Rothaj was threatening to shoot
12:57:17  3   him and threatening his car, because he had a nice
12:57:24  4   car at the time.  And that, you know, Rothaj was
12:57:30  5   being very aggressive and --
12:57:37  6          Q.   And this is the conversation you had on
12:57:38  7   the phone?
12:57:38  8          A.   Yes.
12:57:39  9          Q.   Did he say anything else about the
12:57:40 10   situation that you recall?
12:57:46 11          A.   Not that I recall.
12:57:47 12          Q.   And what did you tell Owen?
12:57:55 13          A.   So I told Owen.  I said oh, okay, again,
12:57:59 14   are you going to return to work?  How do you feel?
12:58:02 15   Do you feel comfortable with going back to work?  He
12:58:06 16   said yes.  Do you feel comfortable with being in
12:58:10 17   your same position?  And -- or would you like to be
12:58:17 18   moved to a different spot.  He said no, he wanted to
12:58:21 19   continue where he was at.  So I let him know that in
12:58:23 20   this situation, you know, I'm going to take this up
12:58:29 21   to HR as well.  I'll be speaking with, you know,
12:58:37 22   Rothaj.  And I let him know that Chartwell would be
12:58:40 23   speaking to him and they would be doing their
12:58:47 24   investigation.
12:58:49 25          Q.   Did you take notes during that
```

| | | |
|---|---|---|
| 12:58:51 | 1 | conversation? |
| 12:58:51 | 2 | A.  I -- yeah.  I believe I did. |
| 12:58:54 | 3 | Q.  And you would have saved those notes in |
| 12:58:56 | 4 | the CitiStaff system? |
| 12:58:58 | 5 | A.  It would have been in the system. |
| 12:59:00 | 6 | Q.  And then after he -- Owen raised this |
| 12:59:03 | 7 | concern to your attention, did you have a |
| 12:59:05 | 8 | conversation with Rothaj? |
| 12:59:08 | 9 | A.  Yes. |
| 12:59:08 | 10 | MR. RUTSCHMAN:  Objection; misstates the |
| 12:59:10 | 11 | witness' prior testimony. |
| 12:59:12 | 12 | THE WITNESS:  After I spoken [sic] and |
| 12:59:15 | 13 | took down the information from Owen Diaz, I did |
| 12:59:22 | 14 | later call Rothaj Foster as well to see what |
| 12:59:25 | 15 | happened on his side, on his end. |
| 12:59:28 | 16 | BY MS. AVLONI: |
| 12:59:28 | 17 | Q.  Okay.  And what did Rothaj tell you? |
| 12:59:33 | 18 | A.  So Rothaj did admit to them having, you |
| 12:59:38 | 19 | know, an argument.  He did admit to, you know, |
| 12:59:42 | 20 | speaking kind of loud, raising his voice.  But he |
| 12:59:46 | 21 | denied that -- you know, he said that he never made |
| 12:59:51 | 22 | any threats of any sort about any caller, about |
| 12:59:55 | 23 | shooting anybody or any of that sort.  He said |
| 01:00:02 | 24 | that -- you know, that Owen Diaz was already kind of |
| 01:00:09 | 25 | aggressive and very strong -- he would come out very |

| | | |
|---|---|---|
| 01:00:13 | 1 | **strong and very aggressive.  And, you know, that day** |
| 01:00:17 | 2 | **he said I do admit to -- to arguing and yelling** |
| 01:00:23 | 3 | **because I felt like -- he felt that Owen Diaz was** |
| 01:00:26 | 4 | **being disrespectful to him and, you know, taking** |
| 01:00:32 | 5 | **advantage of his power as a lead, telling him that** |
| 01:00:36 | 6 | **he can go to his break or his lunch whenever he** |
| 01:00:39 | 7 | **tells him to or --** |
| 01:00:47 | 8 | Q.   So he -- Rothaj told you that Owen Diaz |
| 01:00:49 | 9 | was being disrespectful by telling Rothaj that he |
| 01:00:53 | 10 | can go on break or his lunch when Owen told him to? |
| 01:00:56 | 11 | A.   **He said that -- that was something that he** |
| 01:00:58 | 12 | **said, but he was just being disrespectful as far as** |
| 01:01:04 | 13 | **cursing at him and telling him other things like,** |
| 01:01:09 | 14 | **you know, "shut up" or --** |
| 01:01:11 | 15 | Q.   He said that to you? |
| 01:01:13 | 16 | A.   **Rothaj.** |
| 01:01:16 | 17 | Q.   Do you know if Owen -- what Owen's job |
| 01:01:22 | 18 | title was as a CitiStaff contractor at the Tesla |
| 01:01:26 | 19 | facility? |
| 01:01:26 | 20 | A.   **Elevator lead.** |
| 01:01:28 | 21 | Q.   And how about Rothaj Foster?  Do you know |
| 01:01:30 | 22 | what his title was? |
| 01:01:31 | 23 | A.   **He was at the elevators as well, but --** |
| 01:01:36 | 24 | Q.   Do you know if an elevator lead had the |
| 01:01:39 | 25 | ability to tell someone like in Rothaj's position |

```
02:23:04   1    happened like graveyard shift, they would probably
02:23:13   2    contact the client, let the client know before
02:23:18   3    letting me know at -- out of the office at midnight.
02:23:22   4    BY MS. AVLONI:
02:23:22   5         Q.   Did CitiStaff have a requirement that its
02:23:25   6    contractors contact the CitiStaff personnel like
02:23:29   7    yourself when it comes to complaints of harassment?
02:23:30   8    Or can CitiStaff contractors make the complaints
02:23:36   9    directly to the clients?
02:23:37  10              MR. RUTSCHMAN:   Objection; compound.
02:23:40  11    Calls for speculation.  Asked and answered.
02:23:50  12              THE WITNESS:   So they would be able to
02:23:51  13    report to me as well.  And if for some reason they
02:23:54  14    can't get ahold of me and they felt they needed to
02:23:59  15    tell their supervisor -- they tell their supervisor
02:24:02  16    about it, then yeah, yes.
02:24:05  17    BY MS. AVLONI:
02:24:05  18         Q.   And would supervisors -- do you know if
02:24:08  19    they're required to notify you at some point if
02:24:11  20    supervisors become aware of such complaints?
02:24:14  21              MR. RUTSCHMAN:   Objection; calls for
02:24:14  22    speculation.
02:24:16  23              THE WITNESS:   In that case -- in this case
02:24:17  24    where it was the -- with Owen -- with Owen's
02:24:22  25    complaint, since it did happen during his graveyard
```

```
04:22:11  1        Q.   Correct.  Do you know who that is?
04:22:15  2        A.   She was the main contact, like I had
04:22:18  3   mentioned earlier, for Tesla after Nancy.
04:22:24  4        Q.   So a nextSource.  That's -- okay.
04:22:33  5             And when you received the e-mail from
04:22:35  6   Wayne Jackson back on November 6 of 2015, do you
04:22:39  7   recall reading the entire e-mail or the chain below
04:22:45  8   it?
04:22:48  9        A.   Yes.
04:22:59 10        Q.   And when you read the e-mail -- actually,
04:23:02 11   prior to receiving the e-mail on November 6, 10:21
04:23:07 12   a.m., had you had any information regarding the
04:23:11 13   altercation between Rothaj Foster and Owen Diaz?
04:23:13 14        A.   Repeat the question?
04:23:16 15        Q.   Prior to receiving the e-mail from Wayne
04:23:17 16   Jackson on November 6 of 2015 at 10:21 a.m., did you
04:23:23 17   have any information at all that there was an
04:23:25 18   altercation between Rothaj and Owen?
04:23:28 19        A.   No.
04:23:28 20        Q.   That's the first time you learned about
04:23:30 21   the altercation between Rothaj and Owen?
04:23:32 22        A.   Yes.
04:23:33 23        Q.   And then when you read the e-mail for
04:23:38 24   Wayne Jackson, what were your immediate impressions
04:23:46 25   about the altercation between Rothaj and Owen?
```

```
 1                REPORTER'S CERTIFICATION
 2
 3         I, Heidi Belton, Certified Shorthand
 4   Reporter in and for the State of California, do
 5   hereby certify:
 6
 7         That the foregoing witness was by me duly
 8   sworn; that the deposition was then taken before me
 9   at the time and place herein set forth; that the
10   testimony and proceedings were reported
11   stenographically by me and later transcribed into
12   typewriting under my direction; that the foregoing
13   is a true record of the testimony and proceedings
14   taken at that time.
15
16         IN WITNESS WHEREOF, I have subscribed my
17   name on this date:
18
19
20
21
22         _____
23            Heidi Belton, CSR, RPR, CRR, CCRR, CRC
                          CSR No. 12885
24
25
```