*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 8

```
                  UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                          --oOo--

DEMETRIC DIAZ, OWEN DIAZ AND       )
LAMAR PATTERSON,                   )
                                   )
                 Plaintiffs,       )CASE NO.
                                   )3:17-cv-06748-WHO
         vs.                       )
                                   )
TESLA, INC., DBA TESLA MOTORS,     )
INC.; CITISTAFF SOLUTIONS, INC.;   )
WEST VALLEY STAFFING GROUP;        )
CHARTWELL STAFFING SERVICES,       )
INC.; AND DOES 1-50, INCLUSIVE,    )
                                   )
                 Defendants.       )
_____)




         VIDEOTAPED DEPOSITION OF TAMOTSU KAWASAKI


  DATE:         OCTOBER 9, 2019

  TIME:         2:05 P.M.

  LOCATION:     CALIFORNIA CIVIL RIGHTS LAW GROUP
                180 GRAND AVENUE, SUITE 1380
                OAKLAND, CALIFORNIA




  REPORTED BY:  ANGIE M. MATERAZZI
                Certified Shorthand Reporter
                License No. 13116
```

```
 1          A.   Correct.
 2               MR. ARANEDA:  Misstates testimony.
 3               THE REPORTER:  Say one more time.
 4               MR. ARANEDA:  Misstates testimony.
 5               THE WITNESS:  That is correct.  I -- like I
 6   did -- they -- Edward Romero was in the position at that
 7   time, so I sent it to him and I also cc'd Jaime and
 8   Victor, to make everybody, that was a supervisor above
 9   me, aware of what was going on.
10   BY MR. ORGAN:
11       Q.   Okay.  And -- and was that based on the
12   procedures that you were aware of, in terms of what you
13   were supposed to do as a supervisor, if you received a
14   complaint about race, harassment or anything like that?
15               MS. JENG:  Objection, misstates testimony that
16   he was a supervisor.
17               THE WITNESS:  That is just me backing myself
18   and having everything written down, for something like
19   what we're going through right now, that happens,
20   everything is documented.  I don't want to be
21   blindsided, he said, she said.  No, this is what
22   happened, this is who I'm letting know what happened.
23   Now, whether they take it and do something with it, it's
24   off of me.  I didn't have the power to hire or fire
25   anybody.
```

```
 1        A.    Yes.
 2        Q.    Did Mr. Diaz work that day?
 3        A.    Yes.
 4        Q.    Okay.  Did you work Sunday?
 5        A.    I did work Sunday.
 6        Q.    Did Mr. Timreza work that day?
 7        A.    I believe so, yeah, yeah.  He worked up until
 8   Monday.  The last day I seen him -- he -- so he had
 9   Monday, Tuesday off.
10        Q.    Okay.
11        A.    Right.  So he worked Wednesday, Thursday,
12   Friday, Saturday, Sunday.  He had Monday, Tuesday off.
13   He didn't come back -- they -- that's on Monday, they
14   told me that he's not coming back.
15        Q.    Okay.  And that's --
16        A.    Or they told me to fill the elevator position,
17   so I assumed he's not coming back.  They told me, You
18   need to find somebody on your shift that can cover the
19   elevator and that's where I assumed he's not coming back
20   and then he didn't come back that following Wednesday.
21        Q.    Okay.  When -- do you know if Mr. Diaz worked
22   the Saturday after the altercation?
23        A.    I believe he -- I believe he did because -- I
24   believe he did because I was very attentive on that
25   elevator that night, that Saturday night.  I was --
```

1   **showed up every 30 minutes and made sure nothing was**

2   **going and nothing was happening.  Because I told them,**

3   **You guys got to work with each other.  I don't -- I**

4   **mean, was -- if they tell me you can't work with each**

5   **other, that is what it is.  Nobody told me that they**

6   **couldn't work together or made it a hostile work**

7   **environment.**

8       Q.   Okay.  Were there any problems that you were

9   aware of between Timbreza and Mr. Diaz that Saturday?

10       **A.   No.**

11       Q.   Okay.

12       **A.   No.**

13       Q.   Did you -- you mentioned you worked Sunday

14   night.

15       Did Mr. Diaz work Sunday?

16       **A.   I don't believe so.**

17       <u>Q.   Okay.  And then by Monday you knew that you</u>

18   <u>had to replace Mr. Timreza?</u>

19       <u>**A.   Well, because that Sunday I stayed late.**</u>

20   <u>**Victor came in that Monday morning, I stayed -- well, I**</u>

21   <u>**stayed later, my shift, I stayed for the morning until**</u>

22   <u>**he came in and said, You need to fill somebody in the**</u>

23   <u>**elevator.  Who do you think can fill the elevator on**</u>

24   <u>**your shift, currently, while they fill and find another**</u>

25   <u>**sorter and I'm -- maybe he contacted a staffing company**</u>

1    to fill another sorter position.

2        Q.   Do -- while you worked at Tesla, did you know
3    anyone who worked for NextSource?

4        A.   NextSource rings a bell.  That's why when you
5    said worked -- you're representing NextSource rings a
6    bell.  I believe Edward worked for NextSource.

7        Q.   In what -- do you know what capacity he worked
8    for NextSource?

9        A.   I don't know what capacity he did.  But I
10   know -- I believe he worked for NextSource and then he
11   became a Tesla employee.

12       Q.   Okay.  Do you know when he became a Tesla
13   employee?

14       A.   Very shortly after he came, which kind of
15   pissed me off, you know.

16       Q.   Because he became a permanent Tesla employee?

17       A.   I mean, because he came Tesla.  Now you got
18   Tesla stocks.  I mean, in my mind, I'm working -- I've
19   been here busting my ass, I became a lead and then you
20   bring somebody random.  Who cares what background he
21   has.  What is he custodial?  I don't know what the hell
22   the guy is.

23       Q.   Do you know if the incident between
24   Mr. Timreza and Mr. Diaz was -- was relayed to anyone at
25   NextSource?

TAMOTSU KAWASAKI
October 9, 2019

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2

 3          I, ANGIE M. MATERAZZI, CSR No. 13116, duly

 4   authorized to administer oaths Pursuant to Section

 5   2093(b) of the California Code of Civil Procedure,

 6   hereby certify that the witness in the foregoing

 7   deposition was by me duly sworn to testify the truth,

 8   the whole truth and nothing but the truth in the

 9   within-entitled cause; that said deposition was taken at

10   the time and place therein stated; that the testimony of

11   the said witness was reported by me and thereafter

12   transcribed by me or under my direction into

13   typewriting; that the foregoing is a full, complete and

14   true record of said testimony; and that the witness was

15   given an opportunity to read and correct said deposition

16   and to subscribe the same.

17          I further certify that I am not of counsel nor

18   attorney for either or any of the parties in the

19   deposition and caption named, or in any way interested

20   in the outcome of the cause named in said caption.

21          I hereby certify this copy is a true and
     exact copy of the original.
22

23                          _____
                            ANGIE M. MATERAZZI, CSR 13116
24

25   Date: _____
```

Bridget Mattos & Associates
(415)747-8710