*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

DEMETRIC DI-AZ, OWEN DIAZ, and
LAMAR PATTERSON,

               Plaintiffs,

                             No. 3:17-cv-06748-WHO

vs.

TESLA, INC. Dba TESLA MOTORS,
INC.; CITISTAFF SOLUTIONS,
INC.; WEST VALLEY STAFFING
GROUP; CHARTWELL STAFFING
SERVICES, INC.; NEXTSOURCE,
INC.; and DOES 1-50,
inclusive,

               Defendants.
_____/

DEPOSITION OF LUDIVINA LEDESMA

June 6, 2019

Reported by:

Bridget M. Mattos, CSR No. 11410

1    relating to racial harassment and discrimination.

2            MR. LAFAYETTE:  We object to that.

3            MR. ORGAN:  Q.  And topic 46, your current

4    financial condition, including, though not limited to,

5    shareholder equity and information contained in your

6    most recent audited financial statements.

7            MR. LAFAYETTE:  We object to that.

8            MR. ORGAN:  Okay.

9        Q.  And are there any additional documents that

10   you have to produce today that haven't been produced?

11           MR. LAFAYETTE:  I don't think there are any

12   that have not been produced.  I think we have

13   documents here that basically mirror what we've

14   produced before.

15           MR. ORGAN:  Okay.

16       Q.  So let's start with topic 1, Defendant's

17   policies and procedures related to race harassment in

18   effect from 2014 to the present.

19           Would you at least know from 2015 to the

20   present, or October of 2015 to the present, when you

21   started; right?

22       **A.  Correct.**

23       Q.  What is the form of those policies or what's

24   the name of the document that would include

25   CitiStaff's policies and procedures relating to race

1    <u>harassment?</u>

2         **A.    <u>Handbook.</u>**

3         Q.    Handbook.  Okay.

4              MR. LAFAYETTE:  When you get a chance, can we

5    take a break?

6              MR. ORGAN:  Yeah, sure.  You want to take a

7    break now?

8              MR. LAFAYETTE:  Yes.

9              MR. ORGAN:  The time is 11:17.  We're off the

10   record.

11             (Recess taken from 11:17 a.m. to 11:24 a.m.)

12             MR. ORGAN:  We're back on the record.  The

13   time is 11:24.  We were talking about the West Valley

14   handbook.

15             MR. LAFAYETTE:  Not West Valley.

16             MR. ORGAN:  Not West Valley.  Yeah,

17   CitiStaff.

18             MR. LAFAYETTE:  It's all right.

19             MR. ORGAN:  I was just looking --

20             MR. LAFAYETTE:  We all know.

21             MR. ORGAN:  -- at a West Valley document.

22   Sorry about that.

23             Here we go:  CitiStaff handbook.  So this has

24   been previously marked as Exhibit 82.

25             MR. LAFAYETTE:  Exhibit 82?

```
 1    State of California            )

 2    County of Marin                )

 3

 4              I, Bridget M. Mattos, hereby certify

 5    that the witness in the foregoing deposition was by me

 6    duly sworn to testify to the truth, the whole truth

 7    and nothing but the truth in the within entitled

 8    cause; that said deposition was taken at the time and

 9    place herein named; that the deposition is a true

10    record of the witness's testimony as reported to the

11    best of my ability by me, a duly certified shorthand

12    reporter and disinterested person, and was thereafter

13    transcribed under my direction into typewriting by

14    computer; that the witness was given an opportunity to

15    read, correct and sign the deposition.

16              I further certify that I am not

17    interested in the outcome of said action nor connected

18    with or related to any of the parties in said action

19    nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunder

21    subscribed my hand on June 6, 2019.

22            _____

23              BRIDGET M. MATTOS, CSR NO. 11410

24

25
```