SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        pjeng@sheppardmullin.com
              rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>              Plaintiffs,<br><br>      v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>              Defendants. | Case No. 17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES**<br><br>Date:     December 18, 2019<br>Time:     2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:  Hon. William H. Orrick<br><br>Trial date; March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Declaration of Patricia M. Jeng, and Declaration of Jeremie Hansen] |

**PROPOSED ORDER**

On December 18, 2019 at 2:00 p.m., in Courtroom 2, 17th Floor of the United States District Court, Northern District, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Tesla, Inc. ("Tesla" or "Defendant")'s Motion for Partial Summary Judgment as to Plaintiffs Owen Diaz and Demetric Di-Az's ("Plaintiffs") claims for Unruh Civil Rights Act and Punitive Damages came on for hearing, the Honorable William H. Orrick presiding.  All parties were represented by counsel.

After full consideration of the papers and evidence submitted, and of the oral and written submissions by the respective parties, the Court finds that Tesla is entitled to an order granting partial summary judgment in its favor as follows:

1. No genuine issue exists regarding Plaintiffs' claim for Racial Discrimination in Violation of the Unruh Civil Rights Act, and partial summary judgment is granted in favor of Tesla;
2. No genuine issue exists regarding Plaintiffs' claims for Retaliation in Violation of the Unruh Civil Rights Act, and partial summary judgment is granted in favor of Tesla;
3. No genuine issue exists regarding Plaintiffs' claim for punitive damages, and partial summary judgment is granted in favor of Tesla.

**IT IS SO ORDERED.**

DATED:_____       _____
                                                                                                  The Hon. William H. Orrick
                                                                                        U.S. District Court, Northern District of California