1  LAWRENCE A. ORGAN, Cal. Bar No. 175503
   larry@civilrightsca.com
2  NAVRUZ AVLONI, Cal. Bar. No. 279556
   navruz@civilrightsca.com
3  CALIFORNIA CIVIL RIGHTS LAW GROUP
   332 San Anselmo Avenue
4  San Anselmo, California 94960
   Telephone:    (415)-453-7352
5  Facsimile:    (415)-785-7352

6  J. BERNARD ALEXANDER (SBN 128307)
   ALEXANDER KRAKOW + GLICK LLP
7  1900 Avenue of the Stars, Suite 900
   Los Angeles, California 90067
8  Telephone:    (310) 394-0888
   Facsimile:    (310) 394-0811
9  Attorneys for Plaintiffs,
   DEMETRIC DI-AZ and OWEN DIAZ
10

   GARY T. LAFAYETTE, Cal. Bar. No. 88666
11 SUSAN T. KUMAGAI, Cal. Bar. No. 127667
   CHERYL A. STEVENS, Cal. Bar. No. 146397
12 LAFAYETTE & KUMAGAI LLP
   1300 Clay Street, Suite 810
13 Oakland, California 94612
   Telephone:    (415)-357-4600
14 Facsimile:    (415)-357-4605

15 Attorneys for Defendant,
   CITISTAFF SOLUTIONS, INC.
16

17                           **STATES DISTRICT COURT**

18                        **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DISCOVERY DISPUTE LETTER**<br><br>FAC Filed:       December 26, 2018<br>Trial Date:      March 2, 2020 |

1      Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs
2 DEMETRIC DI-AZ and OWEN DIAZ ("Plaintiffs") and Defendant CITISTAFF SOLUTIONS,
3 INC. ("CitiStaff"), by and through their respective counsel, hereby stipulate and agree as follows:
4      WHEREAS, Plaintiff filed the First Amended Complaint on December 26, 2018. (Dkt. No.
5 57). Defendant Answered the First Amended Complaint on January 1, 2019. (Dkt. No. 63).
6      WHEREAS, the Court's July 17, 2019 Civil Pretrial Order set the fact discovery cutoff for
7 October 11, 2019. (Dkt. No. 78.)
8      WHEREAS, Civil Local Rule 37-3 provides that parties must file all motions to compel
9 discovery no more than 7 days after the fact discovery cut-off date.
10      WHEREAS, pursuant to Civil Local Rule 37-3 and the Civil Pretrial Order, all discovery
11 disputes must be raised with the Court no later than October 18, 2019.
12      WHEREAS, Plaintiffs initiated the meet and confer process regarding CitiStaff's objections
13 to Plaintiffs' Third Amended Notice of Videotaped Deposition of CitiSaff Solutions, Inc.'s Person
14 Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of
15 Documents on September 6, 2019 (the "PMK Deposition Notice").
16      WHEREAS, Plaintiffs and CitiStaff met and conferred in person in an attempt to resolve
17 their dispute on September 9, 2019.
18      WHEREAS, Plaintiffs and CitiStaff are continuing the meet and confer process, and seeking
19 to come to a compromise without enlisting the Court's assistance.
20      WHEREAS, Plaintiffs and CitiStaff believe that they can reduce or eliminate the need to
21 enlist the Court's assistance in resolving their dispute if they have additional time to meet and confer
22 regarding Citistaff's objections to the PMK Deposition Notice.
23      WHEREAS, Plaintiffs and CitiStaff agree to extend Plaintiffs' deadline to raise their dispute
24 regarding CitiStaff's objections to the PMK Deposition Notice to October 30, 2019, to allow the
25 parties additional time to negotiate an informal resolution of their dispute.
26      WHEREAS, the Court signed the Order extending the time for the Parties to resolve the
27 dispute on October 21, 2019 (Dkt. No. 108.)
28      WHEREAS, Plaintiffs and CitiStaff are continuing to meet and confer to achieve an informal

resolution of their dispute.

WHEREAS Plaintiffs and CitiStaff agree to extend Plaintiffs' deadline to raise a dispute regarding CitiStaff's objections to the PMK Deposition Notice to Monday, November 4, 2019.

NOW THEREFORE, Plaintiffs and CitiStaff hereby agree and stipulate as follows:

1. Plaintiffs' deadline to raise a dispute with the Court with respect to CitiStaff's objections to Plaintiffs' Third Amended Notice of Videotaped Deposition of CitiStaff Solutions, Inc.'s Person Most Knowledgeable Pursuant to Fed. R. Civ. P. 30(B)(6); and Request for Production of Documents is extended to November 4, 2019.

**IT IS SO STIPULATED.**

Dated: October 30, 2019          CALIFORNIA CIVIL RIGHTS LAW GROUP

By      /s/ Lawrence A. Organ
                Lawrence A. Organ
                Navruz Avloni
                J. Bernard Alexander
                Attorneys for Plaintiffs
        DEMETRIC DI-AZ and OWEN DIAZ

Dated: October 30, 2019          LAFATETTE & KUMAGAI

By      /s/ Cheryl A. Stevens
                Gary Lafayette
                Cheryl Stevens
                Susan Kumagai
                Attorneys for Defendant
        CITISTAFF SOLUTIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                    HONORABLE WILLIAM H. ORRICK