```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2     Including Professional Corporations
    TRACEY A. KENNEDY, Cal. Bar No. 150782
 3  333 South Hope Street, 43rd Floor
    Los Angeles, California  90071-1422
 4  Telephone:    213.620.1780
    Facsimile:    213.620.1398
 5  Email:        tkennedy@sheppardmullin.com

 6  PATRICIA M. JENG, Cal. Bar No. 272262
    REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
 7  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
 8  Telephone:    415.434.9100
    Facsimile:    415.434.3947
 9  Email:        pjeng@sheppardmullin.com
                  rswafford-harris@sheppardmullin.com
10

11  Attorneys for Defendants,
    TESLA, INC. DBA TESLA MOTORS, INC.
12
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION TO RETAIN CONFIDENTIALITY OF DOCUMENTS PURSUANT TO PROTECTIVE ORDER**<br><br>[*Filed concurrently with the Notice of Motion and Memorandum of Points and Authorities, Declaration of Reanne Swafford-Harris and Declaration of Brandon Ward*]<br><br>Date:       January 8, 2020<br>Time:       2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. William H. Orrick<br><br>Complaint Filed: October 16, 2017<br>Trial Date:      March 2, 2020 |

SMRH:4830-9920-0427.2

Case No. 3:17-cv-06748-WHO
[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION TO RETAIN CONFIDENTIALITY OF DOCUMENTS PURSUANT TO PROTECTIVE ORDER

1  On _____, Defendant Tesla, Inc.'s Motion to Retain Confidentiality of Documents
2  Pursuant to Protective Order came on for hearing before this Court.  Counsel for Plaintiff and
3  Defendants both appeared.
4  Having considered the papers filed in support of and in opposition to Defendant's Motion
5  to Retain Confidentiality of Documents Pursuant to Protective Order, as well as the oral argument
6  on the same, the Court finds that there is good cause to **GRANT** Defendant's Motion.  The Court
7  therefore **ORDERS** that Defendant's documents shall retain their "CONFIDENTIAL" designation
8  pursuant to the Parties' Stipulated and Protective Order.
9  **IT IS SO ORDERED.**

12  DATED: _____      _____
                                                The Hon. William H. Orrick
13                                              USDC, Northern District of California