**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**Alexander Krakow + Glick LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT NEXTSOURCE, INC.'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Date: December 18, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 201 |

I, LAWRENCE ORGAN, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action. I submit this Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto and marked as Exhibit 1 is a true and correct copy of a document produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF0000034-CITISTAFF0000035.

3. Attached hereto and marked as Exhibit 2 is a true and correct copy of various excerpts from the deposition of Monica De Leon.

4. Attached hereto and marked as Exhibit 3 is a true and correct copy of various excerpts from the deposition of Tamotsu Kawasaki.

5. Attached hereto and marked as Exhibit 4 is a true and correct copy of various excerpts from the deposition of Edward Romero.

6. Attached hereto and marked as Exhibit 5 is a true and correct copy of various excerpts from the deposition of Kevin McGinn.

7. Attached hereto and marked as Exhibit 6 is a true and correct copy of various excerpts from the deposition of Victor Quintero.

8. Attached hereto and marked as Exhibit 7 is a true and correct copy of various excerpts from the deposition of Wayne Jackson.

9. Attached hereto and marked as Exhibit 8 is a true and correct copy of various excerpts from the deposition of Michael Wheeler.

10. Attached hereto and marked as Exhibit 9 is a true and correct copy of Defendant Tesla, Inc, dba Tesla Motors, Inc.'s Responses to Plaintiff Owen Diaz's Interrogatories, Set Three.

11. Attached hereto and marked as Exhibit 10 is a true and correct copy of Defendant nextSource, Inc,'s Responses to Plaintiff Owen Diaz's Requests for Production of Documents, Set One.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2019 in San Anselmo, California.

DATED: November 19, 2019          By: _/s/ Lawrence Organ_____
                                                 Lawrence A. Organ, Esq.
                                                 Navruz Avloni, Esq.
                                                 J. Bernard Alexander, Esq.
                                                 Attorneys for Plaintiffs
                                                 DEMETRIC DI-AZ AND OWEN DIAZ

3
DECLARATION OF LAWRENCE ORGAN ISO PLAINTIFFS' OPPOSITION TO NEXTSOURCE, INC.'S MOTION FOR SUMMARY JUDGMENT