**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**SUPPLEMENTAL DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: December 18, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 2017 |

1
DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, LAWRENCE A. ORGAN, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action. I submit this Supplemental Declaration in support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion for Summary Judgment. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto and marked as Exhibit A are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates stamped NS000004. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

3. Attached hereto and marked as Exhibit B is a true and correct copy of various excerpts from the deposition of Plaintiff Owen Diaz. Defendants Tesla, Inc., nextSource, Inc., and Citistaff Solutions, Inc. marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

4. Attached hereto and marked as Exhibit C is a true and correct copy of various excerpts from the deposition of Plaintiff Demetric Di-az. Defendants Tesla, Inc. and Citistaff Solutions, Inc. marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

5. Attached hereto and marked as Exhibit D are true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates stamped TESLA-0000842 to TESLA-0000843. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

6. Attached hereto and marked as Exhibit E is a true and correct copy of a document produced by Defendant Citistaff Solutions, Inc. in discovery and Bates stamped CITISTAFF-0000043. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

7. Attached hereto and marked as Exhibit F is a true and correct copy of a document produced by Defendant West Valley Staffing Group in discovery and Bates-stamped WV000100-WV000102. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

8. Attached hereto and marked as Exhibit G is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000510. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

9. Attached hereto and marked as Exhibit H is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000511. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

10. Attached hereto and marked as Exhibit I is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates stamped TESLA-0000314 to TESLA-0000316. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

11. Attached hereto and marked as Exhibit J is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates stamped TESLA-0000060.  Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

12. Attached hereto and marked as Exhibit K is a true and correct copy of a document produced by Defendant Tesla, Inc. in discovery and Bates-stamped TESLA-0000626. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

13. Attached hereto and marked as Exhibit L is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000108. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

14. Attached hereto and marked as Exhibit M is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates-stamped NS000138 to NS0000139. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

15. Attached hereto and marked as Exhibit N are true and correct copies of documents produced by Defendant Citistaff Solutions, Inc. in discovery and Bates stamped CITISTAFF-0000050 to CITISTAFF-0000055. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

16. Attached hereto and marked as Exhibit O is a true and correct copy of a document produced by Defendant nextSource, Inc. in discovery and Bates stamped NS000038 to NS000045. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

17. Attached hereto and marked as Exhibit P is a true and correct copy of various excerpts of the deposition of Lamar Patterson. Defendant Tesla, Inc. marked this document as

"confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

18. Attached hereto and marked as Exhibit Q are true and correct copies of documents produced by Defendant nextSource, Inc. in discovery and Bates stamped NS000095 to NS000100. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

19. Attached hereto and marked as Exhibit R are true and correct copies of documents produced by Defendant Tesla, Inc. in discovery and Bates stamped TESLA0001003 to TESLA0001005. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

20. Attached hereto and marked as Exhibit S is a true and correct copy of a document produced in discovery by Defendant Citistaff Solutions, Inc and Bates-stamped CITISTAFF-0000001. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2019 in San Anselmo, California.

DATED:  November 19, 2019                By:     ___/s Lawrence Organ_____
                                                 Lawrence A. Organ, Esq.
                                                 Navruz Avloni, Esq.
                                                 J. Bernard Alexander, Esq.
                                                 Attorneys for Plaintiffs
                                                 DEMETRIC DI-AZ AND OWEN DIAZ