**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 18, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 2017 |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' OPPOSITION TO NEXTSOURCE, INC.'S MSJ

# [PROPOSED] ORDER

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz have filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibits A through S to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion for Summary Judgment. According to the declaration filed by Plaintiffs' counsel, Lawrence Organ, in support of this Motion, Exhibits A through Y should be sealed for the foregoing reasons:

| Document | Basis for Sealing |
|---|---|
| Exhibit A: NS000004 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit B: Deposition of Plaintiff Owen Diaz | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit C: Deposition of Plaintiff Demetric Di-az | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit D: TESLA-0000842 to TESLA-0000843 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit E: CITISTAFF-0000043 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit F: WV000100 to WV00012 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit G: TESLA-0000510 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit H: TESLA-0000511 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit I: TESLA-0000314 to TESLA-0000316 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit J: TESLA-0000060 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit K: TESLA-0000626 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit L: NS000108 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit M: NS000138 to NS0000139 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit N: CITISTAFF-0000050 to CITISTAFF-0000055 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| | |
|---|---|
| Exhibit O: NS000038-NS000045 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit P: Deposition of Lamar Patterson | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit Q: NS000095 to NS000100 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit R: TESLA0001003 to TESLA0001005 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit S: CITISTAFF-0000001 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion for Summary Judgment is GRANTED.

2. The physical copies in the Court's files of Exhibits A through S to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion for Summary Judgment shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2019          _____
                                          The Honorable William Orrick
                                          United States District Court Judge

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' OPPOSITION TO NEXTSOURCE, INC.'S MSJ