**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGEMENT** <br><br> Date: October 23, 2019 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> Trial Date: March 2, 2020 <br> Complaint filed: October 16, 201 |

DECLARATION OF LAWRENCE ORGAN ISO PLAINTIFFS' OPPOSITION TO TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, LAWRENCE ORGAN, hereby declare:

1.      I am an attorney licensed to practice law in the State of California.  I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action.  I submit this Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.  I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2.      Attached hereto and marked as Exhibit 1 is a true and correct copy of a document produced by Defendant Citistaff Solutions, Inc. in discovery and Bates-stamped CITISTAFF0000034-CITISTAFF0000035.

3.      Attached hereto and marked as Exhibit 2 is a true and correct copy of various excerpts from the deposition of Edward Romero.

4.      Attached hereto and marked as Exhibit 3 is a true and correct copy of various excerpts from the deposition of Tamotsu Kawasaki.

5.      Attached hereto and marked as Exhibit 4 is a true and correct copy of various excerpts from the deposition of Victor Quintero.

6.      Attached hereto and marked as Exhibit 5 is a true and correct copy of various excerpts from the deposition of Wayne Jackson.

7.      Attached hereto and marked as Exhibit 6 is a true and correct copy of a document produced by Plaintiff Demetric Di-az in discovery and Bates-stamped DDIAZ000004-DDIAZ000007.

8.      Attached hereto and marked as Exhibit 7 is a true and correct copy of various excerpts from the deposition of Monica De Leon.

9.      Attached hereto and marked as Exhibit 8 is a true and correct copy of various excerpts from the deposition of Annalisa Heisen.

10.     Attached hereto and marked as Exhibit 9 is a true and correct copy of various excerpts from the deposition of Erin Marconi.

11.     Attached hereto and marked as Exhibit 10 is a true and correct copy of various excerpts from the deposition of Veronica Martinez.

12.     Attached hereto and marked as Exhibit 11 is a true and correct copy of Defendant Tesla, Inc.'s Responses to Plaintiff Owen Diaz's Requests for Production of Documents, Set Five.

13.     Attached hereto and marked as Exhibit 12 is a true and correct copy of Defendant nextSource, Inc.'s Responses to Plaintiff Owen Diaz's Requests for Production of Documents, Set One.

14.     Attached hereto and marked as Exhibit 13 is a true and correct copy of various excerpts from the deposition of Michael Wheeler.

15.     Attached hereto and marked as Exhibit 14 is a true and correct copy of Defendant Tesla, Inc. dba Tesla Motors, Inc.'s Responses to Plaintiff Owen Diaz's Interrogatories, Set Three.

16.     Attached hereto and marked as Exhibit 15 is a true and correct copy of various excerpts from the deposition of Titus McCaleb.

17.     Attached hereto and marked as Exhibit 16 is a true and correct copy of various excerpts from the deposition of Andres Donet.

18.     Attached hereto and marked as Exhibit 17 is a true and correct copy of a document produced by Defendant West Valley Staffing Group in discovery and Bates-stamped WV000051-WV000063.

DECLARATION OF LAWRENCE ORGAN ISO PLAINTIFFS' OPPOSITION TO TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2019 in San Anselmo, California.


DATED:  November 19, 2019                By:  _/s Lawrence Organ_____
                                         Lawrence A. Organ, Esq.
                                         Navruz Avloni, Esq.
                                         J. Bernard Alexander, Esq.
                                         Attorneys for Plaintiffs
                                         DEMETRIC DI-AZ AND OWEN DIAZ

DECLARATION OF LAWRENCE ORGAN ISO PLAINTIFFS' OPPOSITION TO TESLA, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT