SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398
Email: tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:       pjeng@sheppardmullin.com
             rswafford-harris@sheppardmullin.com

Attorneys for Defendant,
TESLA, INC. DBA TESLA MOTORS, INC.

LAWRENCE A. ORGAN, Cal.Bar No. 175503
larry@civilrightsca.com
NAVRUZ AVLONI, Cal. Bar. No. 279556
navruz@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    415.453.7352
Facsimile:    415.785.7352

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

[Additional Attorneys Appear on Signature Page]

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>            Plaintiffs,<br><br>    v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., et al.,<br><br>            Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>FAC Filed:     December 26, 2018<br>Trial Date:    March 2, 2020 |

-1-                      Case No. 17-cv-06748-WHO
SMRH:4846-3071-5052.1    JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES

1    Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs
2  DEMETRIC DI-AZ and OWEN DIAZ ("Plaintiffs"), on the one hand, and Defendants TESLA,
3  INC. DBA TESLA MOTORS, INC. ("Tesla"), CITISTAFF, NEXTSOURCE, and WEST
4  VALLEY STAFFING GROUP, INC. by and through their respective counsel, hereby stipulate and
5  agree as follows:
6    WHEREAS, Plaintiffs filed the First Amended Complaint on December 26, 2018. (Dkt. No.
7  57). Defendant Answered the First Amended Complaint on January 1, 2019. (Dkt. No. 63).
8    WHEREAS, the Court's July 17, 2019 Civil Pretrial Order requires all expert discovery,
9  including expert depositions, to be completed by November 20, 2019. (Dkt. No. 78).
10    WHEREAS, Tesla served Deposition Notices on Plaintiffs for each of Plaintiffs' designated
11  experts on November 1, 2019.
12    WHEREAS, Plaintiffs informed all defense counsel that none of the experts were available
13  on the dates noticed;
14    WHEREAS, during the meet-and-confer process between the parties to determine deposition
15  dates for which all counsel and the designated experts were available, the parties agreed to continue
16  each of these expert depositions beyond the currently set expert discovery deadline of November
17  20, 2019.
18    WHEREAS, Plaintiffs also advised that Plaintiffs' experts intended to prepare supplemental
19  reports, which will reflect discovery received and/or deposition testimony taken in this action after
20  the discovery cut-off, pursuant to either the Court's Orders on Discovery Disputes (Dkt. Nos. 93,
21  110), and/or Stipulations between the parties (e.g., Dkt. No. 100).
22    WHEREAS, the parties further agreed that to save time and resources, particularly in light
23  of anticipated supplemental expert reports, which would require Tesla to potentially depose each
24  expert twice, to re-schedule the expert depositions on mutually agreeable times and dates after the
25  Settlement Conference, which is currently set for January 16, 2020 (Dkt. No. 89) and to extend the
26  expert discovery deadline to allow additional time for Plaintiffs' experts to prepare supplemental
27  reports, if any.
28    WHEREAS, all Parties in this action agree to the continuation of the expert discovery

1  deadline, for Plaintiffs' supplemental expert reports and expert depositions, until after the Settlement
2  Conference to save time and resources.
3      NOW THEREFORE, the Parties hereby agree and stipulate as follows:
4    1. The expert discovery deadline shall be continued until 15 days after the last deposition of
5  Plaintiffs' designated experts is completed.
6    2. Plaintiffs' designated experts shall provide any supplemental Expert Reports, reflecting
7  discovery received or depositions taken after the original expert disclosure date of October 11, 2019,
8  30 days prior to the agreed deposition date for each of Plaintiff's designated experts.

    **IT IS SO STIPULATED.**

Dated:  November 18, 2019    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Patricia M. Jeng
    TRACEY A. KENNEDY
    PATRICIA M. JENG
    REANNE SWAFFORD-HARRIS

    Attorneys for Defendant
    TESLA, INC. dba TESLA MOTORS, INC.

Dated:  November 18, 2019    CALIFORNIA CIVIL RIGHTS LAW GROUP

By    /s/ Lawrence A. Organ
    Lawrence A. Organ
    Navruz Avloni
    Attorneys for Plaintiffs
    DEMETRIC DI-AZ and OWEN DIAZ

Dated:  November 18, 2019          FISHER & PHILLIPS LLP


                                   By      /s/ Juan Araneda
                                        Jason Geller
                                        Juan Araneda
                                        Vincent J. Adams
                                        Attorneys for Defendant
                                        NEXTSOURCE, INC.

Dated:  November 18, 2019          LAFAYETTE & KUMAGAI


                                   By      /s/ Cheryl Stevens
                                        Gary Lafayette
                                        Cheryl Stevens
                                        Attorneys for Defendant
                                        CITISTAFF SOLUTIONS, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 20, 2019

                                   HONORABLE WILLIAM H. ORRICK