SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213-620-1780
Facsimile:    213-620-1398
tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail         pjeng@sheppardmullin.com
               rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**DECLARATION OF PATRICIA M. JENG IN SUPPORT OF DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES**<br><br>Date:         December 17, 2019<br>Time:         9:30 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:        Hon. William H. Orrick<br><br>Trial date;          March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>*[Filed concurrently with Defendant's Administrative Motion to File Documents Under Seal and Proposed Order]* |

SMRH:4810-9384-3118.1

Case No. 17-cv-06748-WHO
DECL. ISO TESLA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Patricia M. Jeng, declare as follows:

1. I am an attorney with Sheppard Mullin Richter & Hampton, LLP, counsel of record for Tesla, Inc. dba Tesla Motors, Inc. ("Tesla" or "Defendant"). I submit this Declaration in support of Tesla's Motion to File Documents Under Seal In Support of Defendant's Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Tesla, Inc.'s Motion for Partial Summary Judgment as to Claims for Unruh Civil Rights Act and Punitive Damages. I make this declaration as to my own personal knowledge and, if called as a witness, I could and would competently testify to all facts contained herein.

2. On June 18, 2018, a Stipulated Protective Order was entered in this matter. (Dkt. No. 50.) The Order allows a producing party to designate a document or other evidence "CONFIDENTIAL" where it contains information which qualifies for protection under Federal Rule of Civil Procedure 26(c).

3. Exhibit 25 to this declaration consists of true and correct copies of relevant excerpts from the deposition of Owen Diaz, taken on May 22, 2018 and Exhibit 8 to the deposition of Owen Diaz, which Tesla marked as "confidential" pursuant to the Stipulated Protective Order and should be sealed because the excerpts contain personnel information and workplace information about Tesla employees or contract workers who are not parties to this litigation, including complaints and confidential investigations. Disclosing such information would constitute an invasion of privacy and could also impede future Tesla workplace investigations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of December 2019, at San Francisco, California.

By   /s/ Patricia M. Jeng
     PATRICIA M. JENG