1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
3  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1422
4  Telephone:    213-620-1780
   Facsimile:     213-620-1398
5  tkennedy@sheppardmullin.com

6  PATRICIA M. JENG, Cal. Bar No. 272262
   REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
7  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
8  Telephone:    415.434.9100
   Facsimile:     415.434.3947
9  E mail          pjeng@sheppardmullin.com
                   rswafford-harris@sheppardmullin.com
10
   Attorneys for Defendants,
11 TESLA, INC. DBA TESLA MOTORS, INC.

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON | Case No. 17-cv-06748-WHO |
| 16  Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES** |
| 17  v. | |
| 18  TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive | |
| 22  Defendants. | Date:        December 17, 2019<br>Time:       9:30 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. William H. Orrick<br><br>Trial date;         March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>*[Filed concurrently with Defendant's Administrative Motion to File Documents Under Seal and Declaration of Patricia M. Jeng in Support of Defendant's Motion]* |

Case No. 17-cv-06748-WHO

SMRH:4839-1870-6606.1        [PROPOSED] ORDER  GRANTING ADMINISTRATIVE MOTION TO SEAL

**PROPOSED ORDER**

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Defendant Tesla, Inc., dba Tesla Motors, Inc., has filed an Administrative Motion to File Documents Under Seal in Support of Tesla's Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Tesla, Inc.'s Motion for Partial Summary Judgment as to the Claims for Unruh Civil Rights Act and Punitive Damages. Having considered the Administrative Motion and the supporting Declaration of Patricia M. Jeng in support thereof, the pleadings on file, and all other relevant materials, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following materials shall be maintained under seal:

| Document | Portion(s) To Be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 25: Deposition of Owen Diaz and Deposition Exhibit 8, taken on May 22, 2018 | Excerpts from Owen Diaz's May 22, 2018 deposition testimony and Deposition Exhibit 8. | Marked confidential pursuant to Protective Order. Dkt. 50. Exhibit 25 is also sealed because the testimony contains personnel information and workplace information about Tesla employees and contractors who are not parties to this litigation, including complaints and confidential investigations which would constitute an invasion of privacy and improperly reveal information regarding workplace investigations. |

**IT IS SO ORDERED.**

DATED:_____     _____
                                                                                            The Hon. William H. Orrick
                                                                          U.S. District Court, Northern District of California