1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
3  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1422
4  Telephone:   213-620-1780
   Facsimile:   213-620-1398
5  tkennedy@sheppardmullin.com

6  PATRICIA M. JENG, Cal. Bar No. 272262
   REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
7  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
8  Telephone:   415.434.9100
   Facsimile:   415.434.3947
9  E mail   pjeng@sheppardmullin.com
         rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**DECLARATION OF PATRICIA M. JENG IN SUPPORT OF DEFENDANT TESLA, INC.'S REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TESLA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS FOR UNRUH CIVIL RIGHTS ACT AND PUNITIVE DAMAGES**<br><br>Date:   December 17, 2019<br>Time:   9:30 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial date; March 2, 2020<br>Complaint filed:  October 16, 2017<br><br>[*Filed concurrently with Reply Memorandum of Points and Authorities*] |

# DECLARATION

I, Patricia M. Jeng, declare as follows:

1. I am currently an attorney with the law firm Sheppard Mullin Richter & Hampton, LLP which serves as Defendant Tesla, Inc.'s ("Tesla") attorneys of record in the above-captioned matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. **Exhibit 18** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Edward Romero, taken in the above captioned matter on November 30, 2018.

**3.** **Exhibit 19** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla's 30(b)(6) designees, Javier Caballero, taken in the above captioned matter on June 7, 2018.

4. **Exhibit 20** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Tomatsu Kawaski, taken in the above captioned matter on October 9, 2019.

5. **Exhibit 21** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla's 30(b)(6) designees, Victor Quintero, taken in the above captioned matter on June 7, 2018.

6. **Exhibit 22** to this declaration consists of true and correct copies of relevant excerpts from the deposition of one of Tesla' 30(b)(6) designees, Annalisa Heisen, taken in the above captioned matter on May 29, 2019.

**7.** **Exhibit 23** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Erin Marconi, taken in the above captioned matter on October 21, 2019.

**8.** **Exhibit 24** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Andres Donet, taken in the above-captioned matter on November 19, 2019.

1    9.    **Exhibit 25** to this declaration consists of true and correct copies of relevant excerpts and exhibits from the deposition of Owen Diaz, taken in the above captioned matter on May 22, 2018, which is marked as "confidential" pursuant to the Stipulated Protective Order and therefore is filed under seal pursuant to the terms of the Stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of December 2019, at San Francisco, California.

/s/ Patricia M. Jeng
Patricia M. Jeng