*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

DEMETRIC DI-AZ, OWEN DIAZ,
and LAMAR PATTERSON,

       Plaintiffs,

     vs.            No. 3:17-cv-06748-WHO

TESLA, INC. Dba TESLA MOTORS,
INC.; CITISTAFF SOLUTIONS,
INC.; WEST VALLEY STAFFING
GROUP; CHARTWELL STAFFING
SERVICES, INC.; and DOES 1-50,
inclusive,

       Defendants.
_____//


DEPOSITION OF EDWARD ROMERO

November 30, 2018


Reported by:

Bridget M. Mattos, CSR No. 11410

```
 1              MS. ANTONUCCI:  Yes.
 2              MR. ORGAN:  Q.  So, just so you understand,
 3    I'm not going to ask for your address, so I don't have
 4    to send a process server to serve you for the trial.
 5    The trial in this matter I think is currently set for
 6    May 12th or something like that.
 7              MS. ANTONUCCI:  13th.
 8              MR. ORGAN:  And it's probably going to get
 9    moved.
10       Q.   What we'll do is, we will send a subpoena to
11    your attorney rather than have to bother you at home.
12    Is that okay?
13       A.   Sure.
14       Q.   Tell me, at some point in time you worked for
15    Tesla; is that correct?
16       A.   Correct.
17       Q.   When was that?  When did you work at Tesla?
18       A.   From October 2015 to August of 2017.
19       Q.   Before October of 2015, where did you work
20    before that?
21       A.   Let me think for a second.
22            I was working for Pyramid Janitorial.
23       Q.   Have you ever had your --
24       A.   Let me correct that.  That's Paramount.
25       Q.   Paramount?
```

EDWARD ROMERO
November 30, 2018

1      **A.   I do.**

2      Q.   Any other questions you have?

3      **A.   I do not.**

4      Q.   Now, you said that you were at Tesla from

5   October 2015 to August of 2017.  I'll just tell you,

6   I've got an email that's dated August 4th of 2015 from

7   you to Victor Quintero.

8      **A.   Yes.**

9      Q.   Is it possible that you were working at Tesla

10   before October 2015?

11      **A.   Okay, I'll clarify that.**

12      Q.   Huh?

13      **A.   I'll clarify that.**

14      Q.   Yes.

15      **A.   I got hired at Tesla as a contractor from**

16   **July 5th to October, so I was not working for Tesla; I**

17   **was working for a contractor, which was nextSource.**

18      Q.   Okay.  And what was the job that you were

19   doing from July 5th of 2015 to October of 2015?

20      **A.   I was a jani- -- I didn't mean to cut you**

21   **off.  I'm sorry.**

22      Q.   Go ahead.

23      **A.   I was a janitorial supervisor.**

24      Q.   And what did you supervise as the janitorial

25   supervisor?

1    same position; is that correct?

2        A.   Yes.   Correct.

3        Q.   And Wayne Jackson, he worked for nextSource;

4    is that correct?

5        A.   Correct.

6        Q.   And then Victor Quintero, he worked for

7    Tesla?

8        A.   Correct.

9        Q.   Okay.  And then -- so you interviewed with

10   both of them?

11       A.   I did.

12       Q.   And when was that?

13       A.   Probably late June.

14       Q.   Who offered you the job?

15       A.   Wayne Jackson.

16       Q.   Tell me, in the interview, how did Wayne

17   explain the position that you were going to be taking?

18       A.   He said that -- he explained that nextSource

19   brought in contractors and that they were looking for

20   a supervisor to control a certain part of the factory,

21   as far as the cleaning went, okay.

22            I did get interviewed by Victor Quintero,

23   because he wanted to know who would be monitoring the

24   contractors.

25       Q.   So tell me about your interview with Victor

```
 1   Quintero.  What did he tell you?
 2       A.   He explained how nextSource operated, how
 3   they brought in contractors, they covered a certain
 4   portion of the factory, and that they needed someone
 5   to take a role in helping them organize the janitorial
 6   services in that part of the factory, which was the
 7   powertrain area.
 8       Q.   So nextSource was bringing in contractors to
 9   handle the janitorial services in the powertrain area
10   of the factory?
11       A.   Correct.
12       Q.   Do you know who -- well, strike that.
13            Do you know, in the other parts of the
14   factory outside the powertrain area, were contractors
15   used to do janitorial services in those areas?
16       A.   Yes.
17            MS. ANTONUCCI:  Calls for speculation.
18            MR. ORGAN:  Q.  They were?
19       A.   From what I understand, that's what they were
20   doing, yes.
21       Q.   And then in terms of your job duties as a
22   supervisor, what were those job duties when you were
23   working for nextSource in that time period from July
24   to October?
25       A.   It was primarily to organize the work crews
```

1  **so they had good cleaning routines to follow, could**

2  **ask for materials, could ask for guidance as far as**

3  **how to do certain things.  We did safety training, you**

4  **know, things of that nature.**

5      Q.    And did you receive training yourself when

6  you first started working at the Tesla factory?

7      **A.    What do you mean by "training"?**

8      Q.    Like an orientation, or anything like that?

9      **A.    I would say not an in-depth orientation.**

10  **They were guiding their decision pretty much on all**

11  **the years of experience that I had performing**

12  **janitorial services.**

13      Q.    But in terms of, like, Tesla's policies and

14  procedures and things like that, did you receive any

15  training about those?

16      **A.    Not directly from Tesla.  NextSource did**

17  **provide some orientation as to what Tesla was**

18  **expecting of them in managing people; in other words,**

19  **treat them fairly, you know, listen to them if there's**

20  **any issues, those types of things.**

21      Q.    And in terms of working with Tesla employees,

22  how did you interact with Tesla employees?

23          MS. ANTONUCCI:  Objection; vague.

24          MR. ORGAN:  Yeah, that's a vague question.

25      Q.    Let me narrow it down, because I want to

1    from nextSource to Tesla, your job title was also

2    janitorial supervisor?

3        **A.    Initially, yes.**

4        Q.    So in terms of your transition from working

5    from nextSource to Tesla, your job title stayed the

6    same, at least initially; is that right?

7        **A.    Yes.**

8        Q.    How did your job duties change from when you

9    moved from a janitorial supervisor at nextSource to a

10   janitorial supervisor at Tesla?

11       **A.    I was hired as a janitorial supervisor, okay,**

12   **but since my interview with Mr. Quintero, he explained**

13   **that his duties involved recycling services, primarily**

14   **recycling services and janitorial services, okay, and**

15   **he explained to me that if and when I started working**

16   **for Tesla, he wanted me to get involved a lot more in**

17   **the recycling part of the -- so I can be of assistance**

18   **in both areas.**

19       Q.    Did your job title then change shortly after

20   you became a Tesla employee?

21       **A.    Yes.**

22       Q.   How did your job title change?

23       **A.    To contract services supervisor.**

24       Q.    Let me just go back to the question a couple

25   back where I asked you initially when you first were

```
 1   working as the janitorial supervisor at Tesla.
 2           So after you'd made the transition to a
 3   regular Tesla employee, at that initial point in time
 4   were your job duties the same as they were when you
 5   were working as a janitorial supervisor for
 6   nextSource?
 7       A.   Yes.
 8       Q.   And then at some point, Victor Quintero gave
 9   you additional responsibilities; correct?
10       A.   Correct.
11       Q.   And Victor Quintero also promoted you to
12   contract services supervisor; is that correct?
13           MS. ANTONUCCI:  Objection; lacks foundation.
14           MR. ORGAN:  I'll scratch that question.
15       Q.   At some point in time, your job title changed
16   to contract services supervisor; is that correct?
17       A.   Yes.
18       Q.   Did you consider that a promotion?
19       A.   I considered it just a change in title.
20       Q.   Did you get a bump in pay?
21       A.   I did not.
22       Q.   When you moved from nextSource to Tesla as
23   the janitorial supervisor, did you get an increase in
24   pay for that?
25       A.   I did not.
```

1      Q.   So you were making the same pay as a

2   janitorial supervisor for nextSource as you were

3   making as a janitorial supervisor for Tesla?

4      **A.   Yes.**

5      Q.   Now, let's go back to when you first started

6   working for nextSource as the janitorial supervisor at

7   Tesla.

8           Do you remember any of the policies that you

9   were shown about working at the Tesla factory?

10     **A.   I would have to answer yes, although they**

11  **were a lot of times verbal.  Okay?  You know, you have**

12  **a meeting, and they verbalized Tesla.  You know, we're**

13  **working -- nextSource was at Tesla, and they said this**

14  **is what Tesla expectations are on how we deal with**

15  **people, how we treat them, how we handle problems and**

16  **issues, and so on.**

17     Q.   So you understood, when you started working

18  as the janitorial supervisor for nextSource at the

19  Tesla factory, you understood you were subject to

20  Tesla's rules and policies; is that right?

21          MS. ANTONUCCI:  Objection; vague.

22          THE WITNESS:  I was aware that there were

23  policies in place.  Okay?  It didn't mean that they

24  sit down with me and went over every single policy

25  that Tesla had.  They generalized it.  We're an

1  outside company, and this is the things that we do.

2        MR. ORGAN:  Q.  But all of the work that you

3  performed was at the Tesla factory in Fremont; right?

4     **A.   Yes.**

5     Q.   And when you were working as a contractor for

6  nextSource, at the Tesla factory, you only did job

7  tasks for Tesla; is that correct?

8     **A.   Through nextSource.**

9     Q.   Through nextSource.

10    **A.   Yes.**

11    Q.   And in terms of, like, the antidiscrimination

12 policies that Tesla had, you had to follow those

13 policies while you worked at the Tesla factory; right?

14    **A.   Yes.**

15    Q.   And that was true when you were a contractor

16 and when you were a Tesla employee?

17    **A.   And at other jobs that I had throughout my**

18 **whole life.**

19    Q.   Right.  Okay.

20        There was something called an Anti-Handbook

21 Handbook.  Have you ever seen that before?  I'll show

22 it to you.  This has been previously marked as Exhibit

23 5.  I'll just show it to you so you can tell me if

24 you've seen it.

25        Do you need another copy, Barbara?

1    State of California              )

2    County of Marin                  )

3

4              I, Bridget M. Mattos, hereby certify

5    that the witness in the foregoing deposition was by me

6    duly sworn to testify to the truth, the whole truth

7    and nothing but the truth in the within entitled

8    cause; that said deposition was taken at the time and

9    place herein named; that the deposition is a true

10   record of the witness's testimony as reported to the

11   best of my ability by me, a duly certified shorthand

12   reporter and disinterested person, and was thereafter

13   transcribed under my direction into typewriting by

14   computer; that the witness was given an opportunity to

15   read, correct and sign the deposition.

16              I further certify that I am not

17   interested in the outcome of said action nor connected

18   with or related to any of the parties in said action

19   nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunder

21   subscribed my hand on November 30, 2018.

22          _____

23              BRIDGET M. MATTOS, CSR NO. 11410

24

25

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

DEMETRIC DI-AZ, OWEN DIAZ,
and LAMAR PATTERSON,

            Plaintiffs,

        vs.                          No. 3:17-cv-06748-WHO

TESLA, INC., dba TESLA
MOTORS, INC.; CITISTAFF
SOLUTIONS, INC.; WEST VALLEY
STAFFING GROUP; CHARTWELL
STAFFING SERVICES, INC.;
and DOES 1-50, inclusive,

            Defendants.

_____//


DEPOSITION OF JAVIER CABALLERO

June 7, 2018


Reported by:

Bridget M. Mattos, CSR No. 11410

```
 1              MR. ORGAN:  Okay.
 2        Q.   Anything else that you can recall that you
 3   reviewed to get ready for your deposition today?
 4        A.   Just the safety policies, time sheets,
 5   emails.  That's about all I can remember.
 6        Q.   Tell me about when -- well, strike that.
 7              Tell me about your sort of progression at
 8   Tesla.  When did you start working at Tesla?
 9        A.   In 2011, of October.
10        Q.   And what did you first do at Tesla in October
11   2011?
12        A.   My job title?
13        Q.   Yes.
14        A.   I was a production associate.
15        Q.   What was your next job after that?
16        A.   My next job was a team lead.
17        Q.   When did you start doing that?
18        A.   Probably about one or -- one to two years
19   into getting hired.
20        Q.   So around 2012, 2013, you think?
21        A.   I'd say so.
22        Q.   And then what was your next job above team
23   lead?
24        A.   Supervisor.
25        Q.   And when did you get the job of supervisor?
```

1      **A.   Probably a year to a year and a half into it,**

2   **after becoming --**

3      Q.   After becoming a team lead?

4      **A.   Yeah.**

5      Q.   So that's around 2014, maybe?   Does that

6   sound right?

7      **A.   It could be.   I don't know the dates.**

8      Q.   Okay.   And what's your current job?

9      **A.   Associate manager.**

10      Q.   Was there a different job between supervisor

11   and associate manager?

12      **A.   No.**

13      Q.   And when did you become an associate manager?

14      **A.   I've been an associate manager for a little**

15   **over two years.**

16      Q.   So 2016?

17      **A.   I'd say so.**

18      Q.   Was it after Demetric Diaz worked for you

19   that you became an associate manager?

20      **A.   Yes.**

21      Q.   And how long after Demetric Diaz worked for

22   you did you become an associate manager?

23      **A.   Probably about six months.**

24      Q.   What did you do before you -- strike that.

25           So your current job is associate manager at

```
 1    the Tesla factory in Fremont; is that right?
 2        A.    Yes.
 3        Q.    And that's the factory on Fremont Boulevard?
 4        A.    Yes.
 5        Q.    That's where -- is that where they're
 6    building the model 3?
 7        A.    Yes.
 8        Q.    And before that, they were building the model
 9    S and the model X there; is that right?
10        A.    We still are.
11        Q.    So all three cars are being produced at the
12    Fremont Boulevard factory?
13        A.    Yes.
14        Q.    If I refer to it as "the Tesla factory," will
15    you understand that to be the Tesla factory --
16        A.    Yes.
17        Q.    You have to let me finish.  Sorry.
18              -- the Tesla factory on Fremont Boulevard?
19        A.    Yes.
20        Q.    What did you do before you worked at Tesla?
21        A.    I've been in the auto body repair industry
22    for about 15 years.
23        Q.    Why did you want to go work for Tesla?
24        A.    Better opportunity.
25        Q.    Tell me what the job duties are of a team
```

1    lead.   What are the job duties of a team lead?

2        A.   A team lead is just to facilitate the key

3    performance indicators, such as the safety, quality,

4    efficiency, productivity, scrap costs of material;

5    manage rotations; manage breaks; send out downtime

6    reports; send out end-of-shift reports.

7        Q.   As a team lead, can you direct the work of

8    the people that are working on that team?

9            MS. ANTONUCCI:  Objection; vague, lacks

10   foundation.

11           THE WITNESS:  Yes, you can.

12           MR. ORGAN:  Q.  And then, as a team lead, who

13   do the team leads typically report to?  What positions

14   do they typically report to?

15           MS. ANTONUCCI:  Objection; calls for

16   speculation.

17           THE WITNESS:  The team leads report to the

18   supervisors.

19           MR. ORGAN:  Q.  And then the supervisors

20   report to associate managers?

21       A.   Yes.

22           MS. ANTONUCCI:  Objection; calls for

23   speculation.

24           Give me one second to object, so take a

25   breath between his question and answer.  Okay?

```
 1                  THE WITNESS:  Okay.

 2                  MR. ORGAN:  Q.  Who do the associate managers

 3    report to?

 4                  MS. ANTONUCCI:  Objection; calls for

 5    speculation.

 6                  THE WITNESS:  Managers.

 7                  MR. ORGAN:  Q.  And who do the managers

 8    report to, if you know?

 9                  MS. ANTONUCCI:  Same objection.

10                  THE WITNESS:  The director.

11                  MR. ORGAN:  Q.  And who's the director?

12      A.    Stephan Gramminger.

13      Q.    Do you now how to spell that last name?

14      A.    G-R-A-M-M-I-N-G-R.

15      Q.    And where is Stephan Gramminger located?

16      A.    Inside the office.

17      Q.    At the Tesla plant?

18      A.    Yes.

19      Q.    Or the factory.

20            And then does Stephan Gramminger -- does he

21    report to Elon Musk?

22                  MS. ANTONUCCI:  Calls for speculation.

23                  MR. ORGAN:  Q.  If you know.

24      A.    He reports to Peter Holt- -- I can't

25    pronounce his last name -- Holtzinger.
```

```
 1   foundation.
 2           THE WITNESS:  I've not been trained on that.
 3           MR. ORGAN:  Q.  Have you been trained that
 4   anyone who uses racially offensive words can be
 5   disciplined?
 6           MS. ANTONUCCI:  Objection; vague, lacks
 7   foundation.
 8           THE WITNESS:  Every situation is different.
 9   I haven't been trained on that, but I mean, in these
10   policies, it says you can be disciplined.  I mean, it
11   depends on the investigation.
12           MR. ORGAN:  Q.  Your understanding of what
13   Tesla procedures are, is that if there's an allegation
14   of racist conduct, that it's supposed to be
15   investigated; is that right?
16           MS. ANTONUCCI:  Objection; calls for
17   speculation, lacks foundation.
18           THE WITNESS:  As far as I know, yes.
19           MR. ORGAN:  Q.  Is it human resources that
20   does the investigations, as far as you understand, in
21   terms of any allegations of racist conduct in the
22   workplace?
23           MS. ANTONUCCI:  Objection; lacks foundation.
24   This is outside the scope of his knowledge.  It calls
25   for speculation, and it's outside the scope of the
```

```
 1    State of California              )

 2    County of Marin                  )

 3

 4              I, Bridget M. Mattos, hereby certify

 5    that the witness in the foregoing deposition was by me

 6    duly sworn to testify to the truth, the whole truth

 7    and nothing but the truth in the within entitled

 8    cause; that said deposition was taken at the time and

 9    place herein named; that the deposition is a true

10    record of the witness's testimony as reported to the

11    best of my ability by me, a duly certified shorthand

12    reporter and disinterested person, and was thereafter

13    transcribed under my direction into typewriting by

14    computer; that the witness was given an opportunity to

15    read, correct and sign the deposition.

16              I further certify that I am not

17    interested in the outcome of said action nor connected

18    with or related to any of the parties in said action

19    nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunder

21    subscribed my hand on June 7, 2018.

22
                   _____
23                   BRIDGET M. MATTOS, CSR NO. 11410

24

25
```

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

DEMETRIC DIAZ, OWEN DIAZ AND     )
LAMAR PATTERSON,                 )
                                 )
                  Plaintiffs,    )CASE NO.
                                 )3:17-cv-06748-WHO
         vs.                     )
                                 )
TESLA, INC., DBA TESLA MOTORS,   )
INC.; CITISTAFF SOLUTIONS, INC.; )
WEST VALLEY STAFFING GROUP;      )
CHARTWELL STAFFING SERVICES,     )
INC.; AND DOES 1-50, INCLUSIVE,  )
                                 )
                  Defendants.    )
_____)

VIDEOTAPED DEPOSITION OF TAMOTSU KAWASAKI

DATE:        OCTOBER 9, 2019

TIME:        2:05 P.M.

LOCATION:    CALIFORNIA CIVIL RIGHTS LAW GROUP
             180 GRAND AVENUE, SUITE 1380
             OAKLAND, CALIFORNIA

REPORTED BY: ANGIE M. MATERAZZI
             Certified Shorthand Reporter
             License No. 13116

1   guys are coming at me, so.

2       Q.   I understand that.  I -- I appreciate that.

3   Thank you -- thank you for coming today.

4       A.   Uh-huh.

5       Q.   Now, when you started working at the Tesla

6   factory through Chartwell, what -- what was your first

7   job?

8       A.   Cardboard organizer -- I don't know what you

9   would call it.  I was just pretty much throwing

10  cardboard into bails at certain sections in the

11  warehouse and it would be a different section, as

12  staffing needed.

13      Q.   Okay.  And that was in the Recycling

14  Department?

15      A.   Yes.  Environmental Sustainability.

16      Q.   Okay.  So the department you worked in was

17  called Environmental Sustainability.

18      A.   (No audible response.)

19      Q.   And who was your supervisor when you first

20  started?

21      A.   Javi -- Javi.  I think his name is Javi.

22      Q.   Okay.

23      A.   Javier, is his real name, I think.

24      Q.   Do you remember his last name, by any chance?

25      A.   I can look it up on LinkedIn, I think.

 1      Q.   Okay.  No, I don't -- I don't need you to do

 2  that.

 3      **A.   Yeah.**

 4      Q.   Okay.  So then you worked in Environmental

 5  Sustainability, working with -- organizing the

 6  cardboard.

 7           What was your next job?

 8      **A.   After that, I believe I was there for maybe a**

 9  **couple months and a lead position opened up for that**

10  **area.**

11      Q.   Okay.

12      **A.   So I became a lead of that area.**

13      Q.   And when -- when you were a lead in the

14  Environmental Sustainability Department, what -- what

15  were your job duties as a lead?

16      **A.   My job duties were to make sure that the ends**

17  **were being separated, cardboard was separated from**

18  **plastic, making sure the employees were working instead**

19  **of wandering the big 500 square foot warehouse --**

20  **500,000 square foot warehouse.  That's pretty much it.**

21      Q.   So --

22      **A.   Just taking care of my section.**

23      Q.   So as a -- as a lead, did you have the ability

24  to direct the people that worked under you to do

25  different jobs or to work in different areas?

 1      **A.    Not in different areas, no.  So I was just a**
 2  **lead in my area.  So it was just pretty much telling --**
 3  **letting the bosses know that, hey, this person didn't**
 4  **show up.**
 5      Q.    Okay.
 6      **A.    Or we need -- which would be Javi.**
 7      Q.    Javi was your boss?
 8      **A.    (No audible response.)**
 9      Q.    Okay.  And then do you remember who was above
10  Javi?
11      **A.    I believe his boss was Victor Quintero.**
12      Q.    Okay.  Do you know whether Javi worked for
13  Chartwell too or whether he worked for Tesla?
14      **A.    He was a --**
15          MS. JENG:  Objection, calls for speculation.
16          THE WITNESS:  He was a Tesla employee.
17  BY MR. ORGAN:
18      Q.    Okay.  So your supervisor, Javi, was a Tesla
19  employee; is that right?
20      **A.    Correct.**
21      Q.    And how long were you a lead in Environmental
22  Sustainability?
23      **A.    From that point on.  I mean, I didn't drop**
24  **from position.  You don't go backwards, right?**
25      Q.    Okay.  Did you get a promotion from the lead

```
 1   position at some point?

 2        A.   So -- okay.  At some point, yes.  So I -- if

 3   you -- if that's what you're getting at.  So I was a

 4   lead for that part and then I became a lead for the

 5   elevators.

 6        Q.   Okay.

 7        A.   And then from the lead for the elevators, I

 8   became a lead of the overnight crew, which was all areas

 9   in aspects of Environmental Sustainability.

10        Q.   Okay.  Let's break that down.  So after you

11   were the lead in the -- in the cardboard area, then you

12   became the led for the elevators --

13        A.   Correct.

14        Q.   -- is that right?

15             How many elevator operators were there?

16        A.   My shift, I think I rotated through five or

17   six people.

18        Q.   Okay.

19        A.   I'm not sure about the day shift.

20        Q.   Okay.  And then -- and then at some point you

21   were promoted from lead over the elevators to lead for

22   the overnight crew; is that right?

23        A.   Correct, correct.

24        Q.   At any time during the time that you worked at

25   the Tesla factory, did you ever start -- were you ever a
```

1    regular Tesla employee?

2        **A.    No, never.**

3            MS. JENG:   Objection, vague and ambiguous as

4    to regular.

5    BY MR. ORGAN:

6        Q.   So in terms of your job working at Tesla, you

7    were always performing job duties in the factory but

8    getting paid by Chartwell; is that right?

9        **A.    Correct.**

10       Q.   Okay.  And were there other employees working

11   in your area who were in a similar situation, where they

12   were doing all their work at Tesla but getting paid by

13   other contract agencies -- or staffing agencies?

14       **A.    So --**

15           MR. ARANEDA:   Objection, calls for

16   speculation.

17           THE WITNESS:   So, yes.  I mean, Tesla, they

18   hired nothing but staffing companies, most of their

19   positions were staffing company positions.

20   BY MR. ORGAN:

21       Q.   Okay.

22       **A.    I couldn't tell you how many real Tesla**

23   **employees there were, but I know I was there through a**

24   **staffing company, I know other people that were there**

25   **through staffing companies.**

1    go straight to the bailer room.

2           The only other elevator operator was picking

3    up everything -- from the second floor had to come down

4    and then in turn be ran to the bailer room.

5       Q.   I see.  Okay.  So any -- any cardboard that

6    was on the second floor had to -- to get down to the

7    first floor bailer room had -- had to go through the

8    freight elevator?

9       A.   Correct.  Cardboard and plastic, anything that

10   was recyclable.

11      Q.   And -- and the people who were gathering up

12   that recyclable material were all in Environmental

13   Sustainability, in that department, right?

14      A.   Correct.

15      Q.   Okay.  Now, at -- at some point in time you --

16   you received a complaint from Mr. Diaz, Owen Diaz about

17   one of the people he was working with, Judy Timbreza,

18   correct?

19      A.   Correct.

20      Q.   And do you remember what the nature of the

21   complaint was?

22      A.   I vaguely remember.  They got into an argument

23   and -- I believe I was doing my route, driving around,

24   making sure everybody was okay, they didn't need any

25   help.  Like, when I drove around, if -- if they need to

1  use the bathroom, I would step in and fill the position

2  for the five, ten minutes they left to go use the

3  bathroom, whatever it is, or get something to eat.  I

4  mean, we were working 12-hours days, I wasn't trying to

5  burn anybody out.  If they needed a break, they needed a

6  break.

7         And then he called me -- Owen had called me

8  and said he got into altercation, so I drove back to the

9  elevators and said what happened and they were arguing

10  and I can't -- can't really remember what the argument

11  was about, but I -- I think they -- I think some-

12  something -- I forget what he said.  He said

13  something -- that he called him something.  I just

14  forget what it was, but I have it all down in e-mail.  I

15  know I e-mailed everything to my immediate supervisor

16  that night.

17     Q.   Okay.  So I'm going to show you an e-mail that

18  you sent at the end of July, so July 31st.  This is

19  Exhibit 42.  And just so the record is clear, we're

20  looking at Tesla 510.

21         You mentioned an e-mail that you sent.  Is

22  this the e-mail you sent about what information you

23  received from Owen Diaz?

24     A.   Yep.

25     Q.   You mention in here -- and -- and you sent --

1  like I said, my decision at that point was, these guys

2  are about to fight, one of them's got to go home.  It

3  was like Judy was the aggressor, saying racial slurs, so

4  I sent him home.

5      Q.   So you heard -- you said they were still

6  fighting when you got there?

7      A.   They were arguing.

8      Q.   They were arguing.

9           Did you hear any part of the argument at all?

10     A.   I just heard them saying, Back up.  They were

11 in each other's face and I remember Owen saying, Back up

12 and Judy was saying, What are you going to do and all

13 that.  And it looked like they were about to fight and

14 that's where I intercepted and broke them apart --

15     Q.   Okay.

16     A.   -- and said, You go over there and you go over

17 there and that's in turn why --

18     Q.   So is that everything you remember hearing

19 from --

20     A.   Yeah.  I just remember --

21     Q.   -- that altercation?

22     A.   -- them saying back up to each other.  I don't

23 remember hearing any -- like I said, I didn't hear any

24 racial slurs, I didn't -- all I got was from what

25 happened around at that time --

1      Q.   Okay.

2          A.   -- of what people said happened, what Owen

3   said, what Judy said.   And I took it upon myself to take

4   what they said and certain sections of it lined up and

5   was believable.

6      Q.   So you -- you put that in an e-mail, right?

7          A.   What?

8      Q.   You put what you were told in an e-mail --

9          A.   What do you mean?

10     Q.   That was -- that we just talked about earlier.

11  You -- you sent an e-mail about the altercation and that

12  was based on what you were told by other people?

13         A.   Yes.

14     Q.   Okay.   So it wasn't based on anything you

15  witnessed, right?

16         A.   It wasn't based on anything that I heard.

17     Q.   Okay.   And did you --

18         A.   Or seen myself, if that's what you're asking.

19     Q.   So did you make like a judgment call of what

20  to include in there or did you include everything that

21  you could remember or was it just everything that --

22         A.   I just included --

23         MR. ORGAN:  Objection, compound.

24         THE WITNESS:  I just included what I was -- at

25  the end of my shift, I typed it up and I told Edward

1                 CERTIFICATE OF DEPOSITION OFFICER

2

3            I, ANGIE M. MATERAZZI, CSR No. 13116, duly

4    authorized to administer oaths Pursuant to Section

5    2093(b) of the California Code of Civil Procedure,

6    hereby certify that the witness in the foregoing

7    deposition was by me duly sworn to testify the truth,

8    the whole truth and nothing but the truth in the

9    within-entitled cause; that said deposition was taken at

10   the time and place therein stated; that the testimony of

11   the said witness was reported by me and thereafter

12   transcribed by me or under my direction into

13   typewriting; that the foregoing is a full, complete and

14   true record of said testimony; and that the witness was

15   given an opportunity to read and correct said deposition

16   and to subscribe the same.

17           I further certify that I am not of counsel nor

18   attorney for either or any of the parties in the

19   deposition and caption named, or in any way interested

20   in the outcome of the cause named in said caption.

21           I hereby certify this copy is a true and
     exact copy of the original.
22

23           _____
             ANGIE M. MATERAZZI, CSR 13116
24

25   Date:  _____

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 21

                                                                    1

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                       ---oOo---

4    DEMETRIC DI-AZ, OWEN DIAZ,
     and LAMAR PATTERSON,

5
              Plaintiffs,

6
         vs.                        No. 3:17-cv-06748-WHO

7
     TESLA, INC., dba TESLA

8    MOTORS, INC.; CITISTAFF
     SOLUTIONS, INC.; WEST VALLEY

9    STAFFING GROUP; CHARTWELL
     STAFFING SERVICES, INC.;

10   and DOES 1-50, inclusive,

11              Defendants.

12   _____//

13

14              DEPOSITION OF VICTOR QUINTERO

15                   June 7, 2018

16

17

18

19

20

21

22

23

24   Reported by:

25   Bridget M. Mattos, CSR No. 11410

12

1      A.   Yeah, now I got it now.

2      Q.   -- those you can testify about.

3           Does that make sense?

4      A.   Yes, because some of that I didn't know at

5   the time, until now.

6      Q.   Right.

7           That's the interesting thing about PMK

8   depositions in federal court versus PMQ depositions in

9   state court.  In state court, you don't have to learn

10  stuff.  In federal court, you have to learn it.  So

11  anyway -- okay.

12          What was your position in May 2014 when you

13  started working at Tesla?

14     A.   I was managing the food services, janitorial

15  services, grounds, landscaping, elevator services,

16  recycling services.  Yeah, I think that was it.

17     Q.   And what was your title?

18     A.   I was custodial program manager, was my

19  official title.

20     Q.   Custodian program manager?

21     A.   Yes.

22     Q.   How many employees were in those areas that

23  you oversaw, the food services, landscaping, elevator,

24  recycling?

25     A.   I don't have specific numbers.  I can give

102

```
1    State of California            )

2    County of Marin                )

3

4                   I, Bridget M. Mattos, hereby certify

5    that the witness in the foregoing deposition was by me

6    duly sworn to testify to the truth, the whole truth

7    and nothing but the truth in the within entitled

8    cause; that said deposition was taken at the time and

9    place herein named; that the deposition is a true

10   record of the witness's testimony as reported to the

11   best of my ability by me, a duly certified shorthand

12   reporter and disinterested person, and was thereafter

13   transcribed under my direction into typewriting by

14   computer; that the witness was given an opportunity to

15   read, correct and sign the deposition.

16                   I further certify that I am not

17   interested in the outcome of said action nor connected

18   with or related to any of the parties in said action

19   nor to their respective counsel.

20                   IN WITNESS WHEREOF, I have hereunder

21   subscribed my hand on June 7, 2018.

22                   _____

23                   BRIDGET M. MATTOS, CSR NO. 11410

24

25
```

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

DEMETRIC DI-AZ, OWEN DIAZ, and
LAMAR PATTERSON,

                 Plaintiffs,

                                No. 3:17-cv-06748-WHO

vs.

TESLA, INC. Dba TESLA MOTORS,
INC.; CITISTAFF SOLUTIONS,
INC.; WEST VALLEY STAFFING
GROUP; CHARTWELL STAFFING
SERVICES, INC.; NEXTSOURCE,
INC.; and DOES 1-50,
inclusive,

                 Defendants.
_____/

DEPOSITION OF ANNALISA HEISEN

May 29, 2019

Reported by:

Bridget M. Mattos, CSR No. 11410

```
 1        Q.   Who was your next supervisor after Krista
 2   Washington?
 3        A.   I believe Liza Lipson was my next manager.
 4        Q.   Is Liza Lipson still with Tesla?
 5        A.   She is not.
 6        Q.   Do you remember when she left Tesla?
 7        A.   I don't recall.
 8        Q.   Who was your next manager or supervisor after
 9   Liza Lipson?
10        A.   Elena Elliot.
11        Q.   Is Elena Elliot still at Tesla?
12        A.   She is not.
13        Q.   Who was your next supervisor after Elena
14   Elliot?
15        A.   I believe Rickie Gesowick.
16        Q.   Rickie Gesowich; is that right?
17        A.   Yes.
18        Q.   And he's no longer there either, is he?
19        A.   He is not.
20        Q.   Now, at some point you were promoted from HR
21   partner; is that correct?
22        A.   Correct.
23        Q.   What was your next position at Tesla?
24        A.   Employee relations partner.
25        Q.   What's the difference between an employee
```

1  relations partner and an HR partner?

2      **A.   What do you mean by "difference"?**

3      Q.   Are there different job duties between being

4  an employee relations partner and an HR partner?

5      **A.   Yes.**

6      Q.   What is the difference?

7      **A.   I mean, there's several differences.   There's**

8  **different roles.**

9      Q.   What are those?

10     **A.   Some of the differences would be that**

11  **employee relations partner solely focuses on**

12  **investigations, whereas HR partners do not.**

13     Q.   Do HR partners do investigations?

14     **A.   Occasionally they do.**

15     Q.   And how long were you an employee relations

16  partner?

17     **A.   A little over a year, I believe.**

18     Q.   And then what was your next position after

19  employee relations partner?

20     **A.   Senior employee relations partner.**

21     Q.   Senior?

22     **A.   Senior employee relations partner.**

23     Q.   When did you receive that promotion?

24     **A.   About eight months ago.   I don't recall**

25  **exactly.**

1    on what we learn.  It's an analysis.

2        Q.    Okay.  Would you agree that every

3    investigation, in terms of investigations done at the

4    Tesla factory, need to be prompt, thorough, and

5    objective?

6        A.    That is my understanding of the expectation.

7        Q.    Okay.  And is it true that Tesla human

8    resources will investigate any claim of discrimination

9    or harassment that is brought to its attention

10   relative to conduct at the factory?

11       A.    We have a standard that an investigation will

12   be conducted.  Whether a Tesla HR partner conducts

13   that or otherwise, depends case to case.

14       Q.    What are the factors as to determining

15   whether a Tesla HR partner will conduct the

16   investigation or not?

17       A.    One factor would be who's involved, who

18   complained.

19       Q.    And why does that matter?

20       A.    We have different employment statuses for

21   individuals on-site.

22       Q.    What are the different employment statuses

23   for individuals who work at the Fremont factory?

24       A.    I don't have an exhaustive list of types of

25   roles.

1        Q.     What are the ones you remember?

2        **A.     General direct-hire employees, contractors,**

3    **temporary employees.**

4        Q.     Any other categories you can think of?

5        **A.     We occasionally have vendors visit the**

6    **property.**

7        Q.     Any other categories, other than general

8    direct-hire employees, contractor, temporary employees

9    and vendors, visiting the property?

10       **A.     Not that come to mind.**

11       Q.     Now, there is a job category of persons

12   working at the Tesla factory, called production

13   associates; is that correct?

14       **A.     That's my understanding.**

15       Q.     And some of the production associates are

16   general direct-hire employees; is that correct?

17       **A.     Correct.**

18       Q.     And then some of the production associates

19   are contractor employees; is that correct?

20       **A.     That's my understanding.**

21       Q.     In terms of the job duties that -- for

22   production associates who are contractors versus

23   general direct-hire employees, is there a functional

24   difference between what those different employees do,

25   the contractors versus the general direct hires who

```
 1              MS. JENG:  Objection; misstates her prior
 2     testimony.
 3              THE WITNESS:  There's still an expectation
 4     that these types of concerns that are brought forward
 5     will be investigated, but it depends case by case as
 6     to how that's approached.
 7              MR ORGAN:  Q.  There must be at least some
 8     oversight, though, by Tesla human resources, relative
 9     to investigations conducted by contractors; right?
10         A.   And again, depends on the case.
11         Q.   In terms of Tesla's efforts to ensure that it
12     has a workplace free from harassment based on race,
13     are there any kind of procedures that Tesla has
14     adopted for coordinating investigations into
15     allegations of harassment based on race?
16         A.   It depends on the case.  It varies widely.
17     There's not one fixed method that we address that
18     with.
19         Q.   There are no written procedures that Tesla
20     has for coordinating investigations of allegations of
21     harassment based on race?
22              MS. JENG:  Objection; misstates her prior
23     testimony.
24              THE WITNESS:  Not that outline step by step
25     for each of these cases.
```

```
 1    take into account when looking into Mr. Diaz's
 2    complaint; correct?
 3             MS. JENG:  Objection; lacks foundation.
 4             THE WITNESS:  I could say that I would
 5    imagine that those items would be taken into account
 6    during an investigation, depending on whether it's the
 7    Tesla HR person who conducted it or not.
 8             MR ORGAN:  Q.  What does Tesla do to make
 9    sure that its contractor organizations do a thorough
10    and effective investigation?
11        A.    In general, when these complaints come to
12    Tesla's attention -- these complaints being harassment
13    and discrimination complaints -- if they involve
14    contractors, we expect that the Tesla HR person is in
15    communication with the agency.  So even if they're not
16    the ones conducting the investigation, they're making
17    sure that the issue is resolved by collaborating with
18    the agency.
19        Q.    And what is the typical way that Tesla HR
20    communicates with the contract agencies?
21        A.    What do you mean by "way"?
22        Q.    Like email, is that the typical way --
23        A.    Email is one way.  Phone, in person.
24        Q.    If there are in-person communications, do HR
25    people typically take notes of those interactions with
```

1    the contracting agencies relative to an investigation?

2        A.   Some may.   There's not an articulated

3    standard on that.   Some do.

4        Q.   Is there some place where information about

5    the investigation's recorded anywhere?  If Tesla is

6    going to delegate the investigation to one of its

7    contractors, how do you keep track?  How does Tesla

8    keep track of what the contractor's doing?

9             MS. JENG:  Objection; compound.

10            THE WITNESS:  It would depend on the way that

11   the concern was articulated to Tesla, how it came in

12   to Tesla.

13            MR ORGAN:  Q.  Well, in this situation,

14   Exhibit 39, the complaint was made directly to a Tesla

15   employee; correct?

16       A.   Correct.

17       Q.   A Tesla supervisor.  Mr. Romero; right?

18       A.   Correct.

19       Q.   So in that case, Tesla's antiharassment and

20   discrimination policy kicks in; right?  Once its

21   supervisor gets knowledge of harassment at the Tesla

22   factory, the -- Tesla's antiharassment and

23   discrimination policy kicks in; right?

24       A.   Mr. Romero would be held to that policy as a

25   direct employee.

1   complaint?

2       A.    I don't recall when Mr. Quintero was

3   notified.  I know that nextSource was looped in and

4   that Ed Romero spoke with people in the area during

5   the incident and had gathered information.

6       Q.    Judy Timbreza, was that a Tesla employee, or

7   was Judy Timbreza a contract employee?

8       A.    A contract employee.

9       Q.    And do you know what happened to

10  Mr. Timbreza, in terms of his employment?

11      A.    As far as his employment is concerned?

12      Q.    Yes.

13      A.    I don't know of anything related to this.

14      Q.    Relative to Mr. Owen Diaz's complaint about

15  Mr. Judy Timbreza using an offensive racial comment

16  towards him Mr. Diaz, do you know whether or not that

17  was substantiated or not?

18      A.    My understanding is that the comment wasn't

19  substantiated.  Mr. Romero spoke to witnesses in the

20  area, and none of them could confirm hearing the

21  comment, or they didn't hear the comment.

22      Q.    Do you remember what Judy Timbreza said, in

23  terms of his perspective of the interaction with

24  Mr. Owen Diaz?

25      A.    I didn't see a specific response from Judy.

1    anything in writing that you have seen that indicates

2    what contractors are supposed to do relative to

3    enforcing Tesla's antiharassment policies?

4        A.    Not that I've seen.

5        Q.    And other than the policies that we've talked

6    about and the investigation tool kit, which we don't

7    have, other than those policies and procedures, are

8    there any other policies or procedures for ensuring

9    that workers who are working at your Fremont factory

10   are not subjected to harassment?

11       A.    Not that I'm aware of.

12       Q.    In terms of Tesla's antiharassment complaint

13   procedures, we saw some of those in the code of

14   conduct and then also in the antiharassment policy.

15            Other than those complaint procedures, are

16   there any other complaint procedures that Tesla has

17   that we haven't gone over?

18       A.    No, I think we covered everything.

19       Q.    It's fair to say that if someone wants to

20   make a complaint to Tesla about the way they're being

21   treated, some kind of harassment, they can do that

22   either in writing or verbally; is that true?

23       A.    That's correct.

24       Q.    And if a Tesla employee wants to complain

25   about harassment in the workplace, they can do that by

1    complaining to either a lead, a supervisor, a manager,

2    or HR; is that true?

3        A.    Correct.  Or through the integrity hotline.

4        Q.    Or to the integrity hotline.

5              And similarly, if a contract employee who's

6    working at the Tesla factory wanted to complain about

7    harassing conduct, they could also complain to their

8    lead supervisor manager or HR; is that true?

9        A.    The staffing agencies' HR and other people

10   employed through there, they would be able to speak

11   with them or Tesla staff, or the agency.

12       Q.    Actually, a contract employee has more

13   avenues to complain, because they can complain either

14   to their own staffing agency or to Tesla supervisors,

15   managers, or HR people; true?

16       A.    That's correct.

17       Q.    Now, in terms of steps that Tesla has taken

18   to prevent the use of the "N" word at the Fremont

19   factory, are you aware of any steps that Tesla has

20   taken specifically to address that term?

21            MS. JENG:  Objection; lacks foundation.

22            THE WITNESS:  Not solely for the purpose of

23   addressing that term.

24            MR ORGAN:  Q.  You're aware that there have

25   been allegations of the use of the "N" word in

1   State of California              )

2   County of Marin                  )

3

4                I, Bridget M. Mattos, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to testify to the truth, the whole truth

7   and nothing but the truth in the within entitled

8   cause; that said deposition was taken at the time and

9   place herein named; that the deposition is a true

10  record of the witness's testimony as reported to the

11  best of my ability by me, a duly certified shorthand

12  reporter and disinterested person, and was thereafter

13  transcribed under my direction into typewriting by

14  computer; that the witness was given an opportunity to

15  read, correct and sign the deposition.

16                I further certify that I am not

17  interested in the outcome of said action nor connected

18  with or related to any of the parties in said action

19  nor to their respective counsel.

20                IN WITNESS WHEREOF, I have hereunder

21  subscribed my hand on May 29, 2019.

22                _____

23                BRIDGET M. MATTOS, CSR NO. 11410

24

25

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 23

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4

5    DEMETRIC DI-AZ, OWEN DIAZ, and      )
     LAMAR PATTERSON,                    )
6                                        )
                     Plaintiffs,         )
7                                        )  Case No.
        vs.                              )  3:17-cv-06748-WHO
8                                        )
     TESLA, INC. dba TESLA MOTORS,       )  Pages 1 - 142
9    INC.; CITISTAFF SOLUTIONS, INC.;    )
     WEST VALLEY STAFFING GROUP;         )
10   CHARTWELL STAFFING SERVICES, INC.;  )
     and DOES 1-50, inclusive,           )
11                                       )
                     Defendants.         )
12   _____)

13

14

15

16           VIDEO DEPOSITION OF ERIN MARCONI

17              MONDAY, OCTOBER 21, 2019

18                   11:39 A.M.

19

20

21

22

23   REPORTED BY:  LAURA J. MELLINI

24            CSR NO. 8181, RPR, CCRR

25   NDS JOB NO.:  220525

                                                          1

| | | |
|---|---|---|
| 1 | this to Josue Torres and Eliseo Torres.  No, I think | 15:00 |
| 2 | that's the same guy. | 15:00 |
| 3 | Do you know who Josue Torres was? | 15:00 |
| 4 | A    I do not recall offhand. | 15:00 |
| 5 | Q    He has been identified previously as a | 15:00 |
| 6 | supervisor at Tesla.  Does that sound familiar to you? | 15:00 |
| 7 | A    Does not sound familiar to me. | 15:00 |
| 8 | Q    Okay.  Okay.  I guess that's all we need from | 15:00 |
| 9 | that one. | 15:00 |
| 10 | Let's go to the next one.  This will be | 15:00 |
| 11 | Exhibit 129. | 15:01 |
| 12 | A    That said, I may or may not have been -- | 15:01 |
| 13 | Q    Huh? | 15:01 |
| 14 | A    I may have been in and out at that point if he | 15:01 |
| 15 | had become a supervisor.  I'm just clarifying.  It | 15:01 |
| 16 | doesn't sound familiar to me, but -- | 15:01 |
| 17 | Q    Okay.  Okay. | 15:01 |
| 18 | You were certainly at Tesla at some time | 15:01 |
| 19 | during January of 2016; correct? | 15:01 |
| 20 | A    Possibly.  My mom was going through cancer | 15:01 |
| 21 | treatment for -- | 15:01 |
| 22 | Q    I'm sorry to hear. | 15:01 |
| 23 | A    And I was -- even if I got there in the | 15:01 |
| 24 | morning, it might be, "I got to go right now," and | 15:01 |
| 25 | verbally hand everything I had off. | 15:01 |

91

Erin Marconi                                                    October 21, 2019

| 1  | Q    I'm very sorry.                                    | 15:01 |
| 2  | A    So not only is Tesla part a blur, but the time     | 15:01 |
| 3  | frame is a blur.                                        | 15:01 |
| 4  | Q    I get that.                                        | 15:01 |
| 5  |      There is a person mentioned here, if you          | 15:02 |
| 6  | look at -- Exhibit 129 for the record is a four-page   | 15:02 |
| 7  | document Bates-stamped Tesla 9 through 12, and it      | 15:02 |
| 8  | includes the same complaint by Mr. Diaz, and then just | 15:02 |
| 9  | one closeup picture of the -- of the pickaninny        | 15:02 |
| 10 | drawing.                                               | 15:02 |
| 11 |      I'm wondering, there is an email at the top of    | 15:02 |
| 12 | this what -- on the January 22nd at 11:34 -- so not the | 15:02 |
| 13 | very top, but the one below that -- where Wayne Jackson | 15:02 |
| 14 | says that:                                             | 15:03 |
| 15 |           "I had a conversation with Josue and he's    | 15:03 |
| 16 |           already planning to address the issue with the | 15:03 |
| 17 |           team."                                       | 15:03 |
| 18 |      Would sometimes the supervisors do sort of a      | 15:03 |
| 19 | sensitivity training type exercise instead of HR if    | 15:03 |
| 20 | there were something they wanted to address?           | 15:03 |
| 21 | A    I can't answer that.  You would have to ask       | 15:03 |
| 22 | the supervisors that.                                  | 15:03 |
| 23 | Q    Okay.  Fair enough.                               | 15:03 |
| 24 |      And there's a person here mentioned whose name    | 15:03 |
| 25 | is Emmit.  Does that name ring a bell by any chance, an | 15:03 |

92

1    STATE OF CALIFORNIA           )

2                                  )  ss.

3    COUNTY OF LOS ANGELES         )

4

5            I, LAURA J. MELLINI, Certified Shorthand

6    Reporter, Certificate No. 8181, for the State of

7    California, hereby certify:

8            I am the deposition officer that

9    stenographically recorded the testimony in the foregoing

10   deposition;

11           Prior to being examined the deponent was first

12   duly sworn by me;

13           The foregoing transcript is a true record of

14   the testimony given;

15           Before completion of the deposition, review of

16   the transcript [  X  ] was [    ] was not requested.  If

17   requested, any changes made by the deponent (and

18   provided to the reporter) during the period allowed are

19   appended hereto.

20

21   Dated_____.

22

23                    _____

24                                LAURA J. MELLINI

25                                CSR NO. 8181, RPR, CCRR

                                                          141

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
DEMETRIC DIAZ, et al.,              )
                                    )
               Plaintiffs,          )
                                    )  Case No.
          v.                        )  3:17-cv-06748-WHO
                                    )
TESLA, INC., et al.,                )
                                    )
               Defendants.          )
_____)
```

VIDEOTAPED DEPOSITION OF ANDRES DONET


DATE:                 Thursday, October 24, 2019

TIME:                 4:39 p.m.

LOCATION:             Sheppard, Mullin, Richter &
                      Hampton LLP
                      379 Lytton Avenue
                      Palo Alto, California  94301


REPORTED BY:          Peter Torreano, CSR, CRR
                      Certified Shorthand Reporter
                      License Number C-7623

**VIDEOTAPED DEPOSITION OF ANDRES DONET**

17:15:51  1       Q.    Why did you send the e-mail saying you had
17:15:56  2   cleaned up the graffiti to Liza Lipson?
17:15:56  3       A.    Well, it was the practice to send the
17:16:01  4   information to both HR and security.
17:16:10  5       Q.    So you had a practice to send -- any time you
17:16:14  6   were cleaning up offensive graffiti you would be
17:16:17  7   sending it -- your practice was to send it to HR and to
17:16:23  8   security; is that correct --
17:16:23  9             MR. HASAN:  Objection.  Compound.  Misstates
17:16:26 10   testimony.
17:16:26 11             MR. ORGAN:  I'll break it up.  In terms of --
17:16:29 12   I'll strike it and break it up.
17:16:30 13   BY MR. ORGAN:
17:16:30 14       Q.    In terms of whenever you had a picture of
17:16:36 15   graffiti involving what might be offensive content, you
17:16:43 16   would send that to HR; is that correct?
17:16:46 17             MR. HASAN:  Objection.  Misstates his prior --
17:16:48 18   BY MR. ORGAN:
17:16:48 19       Q.    -- to let them know you cleaned it up?
17:16:51 20       A.    We sent any graffiti that was found to HR and
17:17:02 21   security.
17:17:03 22       Q.    Okay.
17:17:04 23       A.    Offensive or not offensive, that was the
17:17:07 24   practice and still is.
17:17:09 25       Q.    And still is?

**VIDEOTAPED DEPOSITION OF ANDRES DONET**

17:17:10  1          A.    Yeah.   We send that information.

17:17:12  2          Q.    Okay.  So anytime that graffiti is cleaned up

17:17:16  3    once you've cleaned it up you send word to human

17:17:22  4    resources to tell them that it's been cleaned up;

17:17:25  5    correct?

17:17:25  6                 MR. HASAN:  Objection.  Misstates testimony.

17:17:27  7                 THE DEPONENT:   It is a -- we want to make sure

17:17:33  8    that they know that this happened and was taken care

17:17:39  9    of.

17:17:40 10    BY MR. ORGAN:

17:17:40 11          Q.    I see.  Okay.  So anytime there's graffiti

17:17:43 12    that your department or team is cleaning up you send

17:17:50 13    word to human resources that you have cleaned it up so

17:17:55 14    that they have notice about it and so that they know

17:17:57 15    it's cleaned up; is that correct?

17:17:59 16                 MR. HASAN:  Objection.  Compound and misstates

17:18:01 17    testimony.

17:18:01 18                 THE DEPONENT:  Yeah.  We send information that

17:18:10 19    we found this or somebody report this and it was

17:18:13 20    cleaned.

17:18:13 21    BY MR. ORGAN:

17:18:13 22          Q.    And that's your typical practice; correct?

17:18:15 23          A.    That's the typical thing to do.

17:18:17 24          Q.    Okay.  And in addition to sending any kind of

17:18:21 25    notice about graffiti to human resources you also sent

```
 1                    REPORTER'S CERTIFICATE

 2              I, Peter Torreano, duly authorized to

 3    administer oaths pursuant to Section 2093(b) of the

 4    California Code of Civil Procedure, do hereby certify:

 5              That the witness in the foregoing deposition

 6    was administered an oath to testify to the whole truth

 7    in the within-entitled cause; that said deposition was

 8    taken at the time and place therein cited; that the

 9    testimony of the said witness was reported by me and

10    was thereafter transcribed under my direction into

11    typewriting; that the foregoing is a full and

12    accurate record of said testimony; and that the witness

13    was given an opportunity to read and correct said

14    deposition and to subscribe the same.

15              Pursuant to Federal Rule 30(e), transcript

16    review was requested.

17              I further certify that I am not of counsel nor

18    attorney for any of the parties in the foregoing

19    deposition and caption named nor in any way interested

20    in the outcome of the cause named in said caption.

21                            Dated:  November 2, 2019

22

23

24                            _____
                              PETER TORREANO, CSR NO. 7623
25
```

*Di-az et al v. Tesla, Inc. et al*
U.S. District Court for the Northern District of California
Case No. 17-cv-06748-WHO

# EXHIBIT 25

## [CONFIDENTIAL FILED UNDER SEAL]