**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TESLA, INC.'S MOTION TO RETAIN CONFIDENTIALITY**<br><br>Date: January 8, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 2017 |

# MOTION

Pursuant to Local Rules 7-11 and 79-5, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz respectfully request an order sealing the physical copies in the Court's files of Exhibits 1 through 46 to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion to Retain Confidentiality. This Motion is based on the Declaration of Lawrence Organ in support thereof, and the documents to be sealed are laid out below:

| Exhibit | Bates Number | Designating Party | Basis for Sealing |
|---|---|---|---|
| 1 | TESLA0000185-186 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 2 | TESLA0000140-142 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 3 | TESLA000004-8 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 4 | TESLA0000805-808 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 5 | TESLA0000844-849 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 6 | TESLA0000889 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 7 | TESLA0000211-9 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 8 | TESLA0000308 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 9 | TESLA0000663 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 10 | TESLA0000518 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 11 | TESLA0000863-878 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| 12 | TESLA0000702-703 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| --- | --- | --- | --- |
| 13 | TESLA0000309 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 14 | TESLA0000905-1013 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 15 | TESLA0000063-5 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 16 | TESLA0000175 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 17 | TESLA0000200 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 18 | TESLA0000309 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 19 | TESLA0000371 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 20 | TESLA0000389 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 21 | TESLA0000299 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 22 | TESLA0000408-421 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 23 | TESLA0000422-466 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 24 | TESLA0000467-481 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 25 | TESLA0000676 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 26 | TESLA0000679 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

| | | | |
|---|---|---|---|
| 27 | TESLA0000684 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 28 | TESLA0000686 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 29 | TESLA0000688 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 30 | TESLA0000716 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 31 | TESLA0000725 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 32 | TESLA0000729 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 33 | TESLA0000751 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 34 | TESLA0000762 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 35 | TESLA0000776-8 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 36 | TESLA0000779-801 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 37 | TESLA0000802 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 38 | TESLA0000805-8 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 39 | TESLA0000809-15 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 40 | TESLA0000818 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 41 | TESLA0000819-824 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

| 42 | TESLA0000842-3 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 43 | TESLA0000844-51 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 44 | TESLA0000825-41 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 45 | TESLA0000852-62 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 46 | TESLA0000879-88 | Defendant Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Publicizing these documents would violate the Protective Order entered in this case [Dkt. No. 50].

DATED:  December 9, 2019         By:     ___/s Lawrence Organ_____
                                         Lawrence A. Organ, Esq.
                                         Navruz Avloni, Esq.
                                         J. Bernard Alexander, Esq.
                                         Attorneys for Plaintiffs
                                         DEMETRIC DI-AZ AND OWEN DIAZ