**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TESLA, INC.'S MOTION TO RETAIN CONFIDENTIALITY**<br><br>Date: January 8, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: March 2, 2020<br>Complaint filed: October 16, 2017 |

**[PROPOSED] ORDER**

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz have filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibits 1 through 46 to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion to Retain Confidentiality. According to the declaration filed by Plaintiffs' counsel, Lawrence Organ, in support of this Motion, Exhibits 1 through 46 should be sealed for the foregoing reasons:

| Exhibit | Bates Number | Basis for Sealing |
|---|---|---|
| 1 | TESLA0000185-186 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 2 | TESLA0000140-142 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 3 | TESLA000004-8 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 4 | TESLA0000805-808 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 5 | TESLA0000844-849 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 6 | TESLA0000889 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 7 | TESLA0000211-9 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 8 | TESLA0000308 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 9 | TESLA0000663 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 10 | TESLA0000518 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 11 | TESLA0000863-878 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 12 | TESLA0000702-703 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 13 | TESLA0000309 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 14 | TESLA0000905-1013 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| | | |
|---|---|---|
| 15 | TESLA0000063-5 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 16 | TESLA0000175 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 17 | TESLA0000200 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 18 | TESLA0000309 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 19 | TESLA0000371 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 20 | TESLA0000389 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 21 | TESLA0000299 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 22 | TESLA0000408-421 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 23 | TESLA0000422-466 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 24 | TESLA0000467-481 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 25 | TESLA0000676 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 26 | TESLA0000679 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 27 | TESLA0000684 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 28 | TESLA0000686 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 29 | TESLA0000688 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 30 | TESLA0000716 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 31 | TESLA0000725 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 32 | TESLA0000729 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 33 | TESLA0000751 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 34 | TESLA0000762 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 35 | TESLA0000776-8 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 36 | TESLA0000779-801 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 37 | TESLA0000802 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| 38 | TESLA0000805-8 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 39 | TESLA0000809-15 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 40 | TESLA0000818 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 41 | TESLA0000819-824 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 42 | TESLA0000842-3 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 43 | TESLA0000844-51 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 44 | TESLA0000825-41 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 45 | TESLA0000852-62 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| 46 | TESLA0000879-88 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion to Retain Confidentiality is GRANTED.

2. The physical copies in the Court's files of Exhibits 1 through 46 to the Supplemental Declaration of Lawrence Organ in Support of Plaintiffs' Opposition to Defendant Tesla, Inc.'s Motion to Retain Confidentiality shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2019          _____
                                    The Honorable William Orrick
                                    United States District Court Judge