# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 17, 2019 | **Time:** 23 minutes<br>9:55 a.m. to 10:18 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorney for Plaintiff:**  J. Bernard Alexander, III
**Attorneys for nextSource, Inc.:**  Juan C. Araneda and Jason A. Geller

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Counsel for Tesla does not appear and has not communicated with the Court or with the other parties regarding their absence.  Argument of plaintiff and nextSource heard.  Motion taken under submission; written order to follow.  Counsel have a settlement conference with Judge Illman set for January 16, 2020;  the order will be issued prior to that conference.

The January 8th hearing on motion regarding confidential documents is vacated.  Trials are a matter of public record; there needs to be a compelling reason to conceal information from the public.  From the descriptions in the briefs, it appears that Tesla has over-designated and should reconsider its designations in light of the law concerning sealing.  The Court will address any lingering issues at the Pre-Trial Conference.  If unmeritorious disputes remain that require Court intervention, costs may be imposed.

Because of the criminal trial that has priority, the trial in this matter is continued to May 11, 2020.

**Pretrial Conference continued to April 20, 2020 at 2:00 p.m.**