**PAHL & McCAY**
A Professional Law Corporation
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
**Helene A. Simvoulakis-Panos, Esq.** (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone:    (408) 286-5100
Facsimile:    (408) 286-5722
Email:  fhorton@pahl-mccay.com
        hsimvoulakis@pahl-mccay.com

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON<br><br>Plaintiffs<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC,; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICEDS, INC.,<br><br>Defendants | Case No.  17-cv-06748-WHO<br><br>**STIPULATION REGARDING ORDER FOR DISMISSAL OF DEFENDANT WEST VALLEY STAFFING GROUP AND ORDER**<br><br>Assigned to: Hon. William H. Orrick<br>Action Filed: October 16, 2017<br>Trial Date: November 18, 2019 |

///

///

///

///

///

///

///

///

---
**STIPULATION REGARDING DISMISSAL**         1         (Case No. 17-cv-06748-WHO)

TO THE COURT AND ALL INTERESTED PERSONS:

Plaintiffs Demetric Di-az, Owen Diaz and Lamar Patterson and Defendant West Valley Engineering, Inc., dba West Valley Staffing Group hereby stipulate and apply to Judge William H. Orrick for an Order for Dismissal of Defendant West Valley Engineering, Inc., dba West Valley Staffing Group from the above-captioned action with prejudice, pursuant to the Settlement Agreement entered into between Plaintiff Demetric Di-az and Defendant West Valley Engineering, Inc., dba West Valley Staffing Group.

SO STIPULATED.

DATED: October 28, 2019                    **CALIFORNIA CIVIL RIGHTS LAW GROUP**

By: /s/ Lawrence A. Organ
Lawrence A. Organ
Navruz Avloni

Attorneys for Plaintiffs
DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON

DATED: October 28, 2019                    **PAHL & McCAY**

By: /s/ Fenn C. Horton
Fenn C. Horton, III

Attorneys for Defendant
WEST VALLEY STAFFING GROUP

[PROPOSED] ORDER

SO ORDERED.

Date:   December 18, 2019

_____
Hon. William H. Orrick
United States District Judge

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2814/040 -
00697023.DOCX.1