Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT REQUEST FOR DISMISSAL AS TO PLAINTIFF LAMAR PATTERSON *ONLY*; AND ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Lamar Patterson and Defendants Tesla, Inc. and Chartwell Staffing Services, Inc. have reached a settlement in the above-referenced case and request this Court dismiss *only* Plaintiff Lamar Patterson's claims against Defendants Tesla, Inc. and Chartwell Staffing Solutions, Inc., with each side to bear its own attorneys' fees and costs. Given that no other claims are pending against Chartwell, they are dismissed with prejudice entirely.

Dated: 12/06/2019

CALIFORNIA CIVIL RIGHTS LAW GROUP

By: Navruz Avloni
Attorney for Plaintiff

Dated: 12/06/2019

GORDON REES SCULLY MANSUKHANI, LLP

 /s/ Megan Hayati

By: Megan Hayati
Attorney for Respondent Chartwell Staffing Services

Dated: 12/06/2019

SHEPPARD MULLIN

 /s/ Tracey Kennedy

By: Tracey Kennedy
Attorney for Respondent Tesla, Inc.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, this matter is hereby dismissed with prejudice as to Plaintiff Lamar Patterson only, with each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____    _____
Hon. William H. Orrick

JOINT REQUEST FOR DISMISSAL AS TO PLAINTIFF LAMAR PATTERSON *ONLY*; AND ORDER