LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,

Plaintiffs,

v.

TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,

Defendants.

Case No. 3:17-cv-06748-WHO

**DECLARATION OF CIMONE A. NUNLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**

Date: February 19, 2020
Time: 2:00 p.m.
Courtroom: 2, 17th Floor
Judge: Hon. William H. Orrick

Trial Date: May 11, 2020
Complaint filed: October 16, 2017

I, CIMONE A. NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action. I submit this Declaration in support of Plaintiffs' Motion for Sanctions. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. I was admitted to the State Bar of California in September of 2019. My current hourly rate is $350. I spent approximately 21.2 hours preparing and filing this motion, resulting in attorney's fees of $7,240. Upon request, I will provide billing records to the Court.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Owen Diaz's Interrogatories to Defendant Tesla, Inc.—Set Two, propounded in this action.

4. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Tesla, Inc.'s Response to Plaintiff Owen Diaz's Interrogatories—Set Two, produced in this action.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter Plaintiffs mailed to Defendant Tesla, Inc. on May 4, 2019 regarding Tesla's discovery responses.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Tesla, Inc. dba Tesla Motors, Inc.'s Initial Discover Information Pursuant to General Order No. 71, produced in this action.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Defendant Tesla, Inc. dba Tesla Motors, Inc.'s Response to Plaintiff Owen Diaz's Interrogatories, Set Three, produced in this action.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Defendant Tesla, Inc.'s Response to Plaintiff Owen Diaz' Interrogatories—Set One, produced in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2020 in San Anselmo, California.

DATED: January 10, 2020 By:______________________________

Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
J. Bernard Alexander, Esq.
Cimone A. Nunley, Esq.
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ