LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF NAVRUZ AVLONI IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Date: February 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

1
DECLARATION OF NAVRUZ AVLONI ISO PLAINTIFFS' MOTION FOR SANCTIONS

I, NAVRUZ AVLONI, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action. I submit this Declaration in support of Plaintiffs' Motion for Sanctions. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. On approximately June 7, 2019, I met and conferred in person with Reanne Swafford-Harris of Sheppard, Mullin, Richter & Hampton LLP, who is counsel of record for Defendant Tesla, Inc. dba Tesla Motors, Inc. in this matter. We met and conferred to discuss, among other issues, Tesla's responses to Plaintiffs' Interrogatories, Set 2.

3. During our meeting, we discussed Plaintiffs' Interrogatories, Nos. 11 and 12, which asked Tesla to identify and provide the contact information of all employees and contractors who worked with or around Plaintiffs. Before our meeting, Tesla objected to these interrogatories and claimed it could not respond, because it could not ascertain the identities of employees who worked "with or around" Plaintiffs.

4. In an attempt to compromise, I proposed a limitation to the interrogatories' scope. I suggested limiting the interrogatories to three groups of employees and contractors: (1) individuals who worked in the elevator department during Plaintiff Owen Diaz's work shifts; (2) individuals who worked in the recycling department during Plaintiff Owen Diaz's work shifts; and (3) individuals who worked on Plaintiff Demetric Di-az's "team", under the same supervisor.

DECLARATION OF NAVRUZ AVLONI ISO PLAINTIFFS' MOTION FOR SANCTIONS

5. Ms. Swafford-Harris did not propose a compromise and did not agree to my compromise. Instead, she stated that she did not know how big Plaintiff Di-az's team or the Recycling Department were, or who else Di-az's supervisor oversaw at the time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2020 in San Anselmo, California.

DATED: January 10, 2020        By: _____
        Lawrence A. Organ, Esq.
        Navruz Avloni, Esq.
        J. Bernard Alexander, Esq.
        Cimone A. Nunley, Esq.
        Attorneys for Plaintiffs
        DEMETRIC DI-AZ AND OWEN DIAZ

3
DECLARATION OF NAVRUZ AVLONI ISO PLAINTIFFS' MOTION FOR SANCTIONS