LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Date: February 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

# [PROPOSED] ORDER

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz have filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibits A through V to the Supplemental Declaration of Cimone Nunley in Support of Plaintiffs' Motion for Sanctions. According to the declaration filed by Plaintiffs' counsel, Cimone Nunley, in support of this Motion, Exhibits A through V should be sealed for the foregoing reasons:

| Document | Basis for Sealing |
| --- | --- |
| Exhibit A: Deposition of Plaintiff Demetric Di-az | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit B: TESLA-0000060 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit C: TESLA-0000004 to TESLA-0000008 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit D: TESLA-0000047 to TESLA-0000048 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit E: TESLA-0000068 to TESLA-0000069 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit F: TESLA-0000125 to TESLA-0000126 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit G: TESLA-0000308 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit H: Deposition of Plaintiff Owen Diaz, Vol. I | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit I: Deposition of Plaintiff Owen Diaz, Vol. III | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit J: TESLA-0000314 to TESLA-0000316 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit K: TESLA-0000816 to TESLA0000818 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit L: TESLA-0000317 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit M: TESLA-0000185 to TESLA0000186 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit N: TESLA-0000540 to TESLA0000544 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit O: TESLA-0000486 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| | |
|---|---|
| Exhibit P: TESLA-0000488 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit Q: TESLA-0000495 to TESLA0000497 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit R: TESLA0000514 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit S: TESLA-0000521 to TESLA0000523 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit T: TESLA-0000533 to TESLA0000534 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit U: TESLA-0000594 to TESLA0000597 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit V: E-mail thread dated November 25, 2019 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Motion for Sanctions is GRANTED.

2. The physical copies in the Court's files of Exhibits A through V to the Supplemental Declaration of Cimone Nunley in Support of Plaintiffs' Motion for Sanctions shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2020          _____
                                     The Honorable William Orrick
                                     United States District Court Judge