LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**SUPPLEMENTAL DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: February 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

I, CIMONE A. NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action. I submit this Supplemental Declaration in support of Plaintiffs' Motion for Sanctions. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto and marked as Exhibit A are true and correct copies of various excerpts from the deposition of Plaintiff Demetric Di-az. Defendant Tesla, Inc. (hereinafter "Defendant") marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

3. Attached hereto and marked as Exhibit B is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000060. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

4. Attached hereto and marked as Exhibit C is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000004 to TESLA-0000008. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

5. Attached hereto and marked as Exhibit D are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA-0000047 to TESLA-0000048. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

6. Attached hereto and marked as Exhibit E is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000068 to TESLA-0000069. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

7. Attached hereto and marked as Exhibit F is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000125 to TESLA-0000126. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

8. Attached hereto and marked as Exhibit G is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000308. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

9. Attached hereto and marked as Exhibit H is a true and correct copy of various excerpts from Volume I of the Deposition of Plaintiff Owen Diaz. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

10. Attached hereto and marked as Exhibit I is a true and correct copy of various excerpts from Volume III of the Deposition of Plaintiff Owen Diaz. Defendant nextSource, Inc. marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

11. Attached hereto and marked as Exhibit J is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000314 to TESLA-0000316. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

12. Attached hereto and marked as Exhibit K is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000816 to TESLA0000818. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

13. Attached hereto and marked as Exhibit L is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000317. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

14. Attached hereto and marked as Exhibit M is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000185 to TESLA0000186. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

15. Attached hereto and marked as Exhibit N are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA-0000540 to TESLA0000544. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

16. Attached hereto and marked as Exhibit O is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000486. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

17. Attached hereto and marked as Exhibit P is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000488. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

18. Attached hereto and marked as Exhibit Q are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA-0000495 to TESLA0000497. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

19. Attached hereto and marked as Exhibit R are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA0000514. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

20. Attached hereto and marked as Exhibit S is a true and correct copy of a document produced in discovery by Defendant and Bates-stamped TESLA-0000521 to TESLA0000523. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

21. Attached hereto and marked as Exhibit T is a true and correct copy of a document produced in discovery by Defendant and Bates-stamped TESLA-0000533 to TESLA0000534. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

22. Attached hereto and marked as Exhibit U is a true and correct copy of a document produced in discovery by Defendant and Bates-stamped TESLA-0000594 to TESLA0000597. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

23. Attached hereto and marked as Exhibit V is a true and correct copy of an e-mail exchange between myself and counsel for Defendant Tesla, Inc. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2020 in San Anselmo, California.

DATED: January 13, 2020    By: _____
                           Lawrence A. Organ, Esq.
                           Navruz Avloni, Esq.
                           J. Bernard Alexander, Esq.
                           Cimone A. Nunley, Esq.
                           Attorneys for Plaintiffs
                           DEMETRIC DI-AZ AND OWEN DIAZ