SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398
Email:           tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
Email:           pjeng@sheppardmullin.com
                     rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. DBA TESLA MOTORS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>             Plaintiffs,<br><br>      v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>             Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANTS' JOINT REQUEST TO RETAIN CONFIDENTIALITY OF DOCUMENTS**<br><br><br><br><br><br>Complaint Filed: October 16, 2017<br>Trial Date:         May 11, 2020 |

Pursuant to the Court's December 30, 2019 Order, Defendants Tesla, Inc. ("Tesla") and nextSource, Inc. ("nextSource") submit the following joint request to retain confidentiality of documents filed under seal in connection with defendants' summary judgment and partial summary judgment motions.

The chart below first identifies the documents that Tesla requests be maintained partially under seal, in redacted form. In support of this request, the Declaration of Athina Martinez is submitted concurrently with this request. The next section of the chart identifies documents and testimony submitted under seal, but that defendants are not requesting remain under seal. This portion of the chart is arranged chronologically, by Docket Number.

| **DOCUMENTS TO BE MAINTAINED PARTIALLY UNDER SEAL** | | | |
|---|---|---|---|
| **Docket No.** | **Motion/Filing Party** | **Evidence Submitted** | **Description of Evidence** |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ Decl., Exh. D | TESLA 0001014 – TESLA 0001050 |
| | **Requested redactions:** TESLA-0001014 (Section 1.1); TESLA-0001015 (Sections 2.3, Section 2.4, Section 2.7, Section 2.8); TESLA-0001016 (Section 2.8, Section 3.1(c), Section 3.2, Section 3.3, Section 3.4); TESLA-0001017 (Section 4.2 (b)-(d), Section 4.3(a)-(b), Section 4.4(a)); TESLA-0001018 (Section 4.4(a)-(d), Section 5.2, Section 5.3(a)); TESLA-0001019 (Section 5.3(b), Section 6.2, Section 7.1, Section 7.2, Section 7.3); TESLA-0001020 (Section 7.4, Section 8.2, Section 8.3, Section 8.4, Section 8.5); TESLA-0001020 (Section 8.5); TESLA-0001022 (Section 11.1, Section 11.2, Section 11.3, Section 11.4); TESLA-0001023 (Section 11.4, Section 12.1(a)-(d), Section 12.2); TESLA-0001026 - TESLA-0001027 (Section 14.13(l); TESLA-0001027 (Section 14.13(p)); TESLA-0001029–TESLA-0001034 (work order); TESLA-0001040 (Section 1); TESLA-0001041 (Section 4, categories, position types, and position descriptions); TESLA-0001042 (Section 5); TESLA-0001043 (Section 1, categories, position types, and position descriptions); TESLA-0001045 – TESLA-0001046 (Section 1, categories, position types, and position descriptions); TESLA-0001047 (Section 1, Section 4); TESLA-0001048 (Section 9, Section 13, Section 14) | | |
| **DOCUMENTS AND TESTIMONY THAT CAN BE UNSEALED** | | | |
| **Docket No.** | **Motion/Filing Party** | **Evidence Submitted** | **Description of Evidence** |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. A | CITISTAFF-000034-CITISTAFF-000035 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. B | CITISTAFF-000043 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. C | NS0000004 |

| | | | |
|---|---|---|---|
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. D | 12/3/18 O. Diaz Deposition testimony; 5/22/18 O. Diaz Deposition testimony |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. E | TESLA 0000511 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. F | TESLA 0000510 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. G | TESLA 0000667 – TESLA 0000671 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. H | TESLA 0000314 - TESLA 0000316 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. I | 5/15/18 D. Di-az Deposition testimony |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. J | 7/26/19 L. Patterson Deposition testimony |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. K | TESLA 0000060 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. L | TESLA 0000626 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. M | NS000139 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. N | CITISTAFF-0000050 – CITISTAFF-0000055 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. O | CITISTAFF-0000004 – CITISTAFF-0000005 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. P | NS000038 – NS000045 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. Q | NS000095 – NS000100 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. R | NS000014 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. S | CITISTAFF-0000009 – CITISTAFF-0000010 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. T | TESLA 0000321 - TESLA 0000323 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. U | CITISTAFF-0000001 – CITISTAFF-0000003 |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. V | NS000175 – NS000178 |

| | | | |
|---|---|---|---|
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. B | 6/17/19 K. McGinn Deposition Exhibits 91 (CITISTAFF-0000006-CITISTAFF-0000007); Exhibit 178 (NS000025) |
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. C | 5/17/19 W. Jackson Dep., Deposition Exhibit 124 (TESLA-0000635-TESLA0000636); Exhibit 125 (TESLA 0000634); Exhibit 127 (TESLA 0000646 – TESLA 0000647); Exhibit 130 (TESLA 0000004 – TESLA 0000008); Exhibit 132 (TESLA 0000730 – TESLA 0000737); Exhibit 134 (TESLA 0000317); Exhibit136 (TESLA 0000320); Exhibit 140 (CITISTAFF-0000009-CITISTAFF-00000010); Exhibit 142 (TESLA 0000752 – TESLA 0000753) |
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. D | 5/22/18 O. Diaz Deposition testimony and Deposition); Exhibit 1 (CITISTAFF-0000034-CITISTAFF-0000035); Exhibit 13 (TESLA-0000043-TESLA-0000046); Exhibit 15 (CITISTAFF-0000050-CITISTAFF-0000055) |

| | | | |
|---|---|---|---|
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. E | 12/3/18 O. Diaz Deposition testimony and Deposition Exhibits: Exhibit 33 (CITISTAFF-0000043-CITISTAFF0000045) |
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. G | 12/6/18 M. DeLeon Deposition, Exhibit 88 (CITISTAFF-0000001-CITISTAFF0000003) |
| Docket No. 116 | nextSource's MSJ | Araneda Declaration of Juan Araneda, Exh. I | 11/30/18 E. Romero Deposition, Exhibit 43 (TESLA-0000511); Exhibit 53 (TESLA 0000308); Exhibit 55 (TESLA 0000641); Exhibit 56 9 TESLA 0000135 - TESLA 0000136); Exhibit 64 (CITISTAFF-0000011-CITISTAFF-0000013) |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 1 | 5/22/18 O. Diaz Deposition testimony and Deposition Exhibits:  Exh. 13 (TESLA-0000043-TESLA-0000046); Exhibit 24 (TESLA-0000043-TESLA-0000046) |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 2 | 12/3/18 O. Diaz Deposition testimony |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 4 | 5/15/18 D. Di-az Deposition testimony |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 5 | 12/4/18 D. Di-az Deposition testimony |

| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 10 | 11/30/18 E. Romero Deposition Exhibits: Exhibit 42 (TESLA 0000510); Exhibit 43 (TESLA 0000511); Exhibit 55 (TESLA 0000641); Exhibit 56 (TESLA 0000135 - TESLA 0000136); Exhibit 65 (TESLA 0000127 - TESLA 0000128) |
| --- | --- | --- | --- |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 12 | 6/17/18 V. Quintero Deposition Exhibit 38 (TESLA 00000020 - TESLA 00000024) |
| Docket No. 118 | Tesla' partial MSJ | Declaration of Patricia Jeng, Exh. 17 | 5/17/19 W. Jackson Deposition Exhibits: Exhibit 123 (TESLA 0000629 - TESLA 0000630); Exhibit 124 (TESLA 0000635 - TESLA 0000636); Exhibit 127 (TESLA 0000646 – TESLA 0000647): Exhibit 128 (TESLA 0000020 – TESLA 0000024) |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. A | NS00000004 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. B | 12/3/18 O. Diaz Deposition testimony; 5/22/18 O. Diaz Deposition testimony |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. C | NS000175 – NS000178 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. E | TESLA 0000667 – TESLA 0000671 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. F | TESLA 0000333 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. G | NS000108-NS000111 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. H | NS000095-NS000100 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. I | TESLA 0000510 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. J | TESLA 0000511 |

| | | | |
|---|---|---|---|
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. K | TESLA 0000314 - TESLA 0000316 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. L | 5/15/18 D. Di-az Deposition testimony. |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. M | 7/26/19 L. Patterson Deposition testimony |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. N | TESLA 0001003 – TESLA 0001005 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. O | TESLA 0000060 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. P | TESLA 0000626 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. Q | NS000138-NS000139 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. R | CITISTAFF-0000050 – CITISTAFF-0000055 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. S | NS000038 – NS000045 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. T | NS000095 – NS000100 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. U | NS000014 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. V | CITISTAFF-0000009 – CITISTAFF-0000010 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. W | TESLA 0000321 - TESLA 0000323 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. X | TESLA 0000317 |
| Docket No. 124 | Plaintiffs' Opposition to nextSource's MSJ | Declaration of Larry Organ, Exh. Y | TESLA 0000905 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. A | NS000004 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. B | 5/22/18 O. Diaz Deposition testimony; 12/3/18 O. Diaz Deposition testimony |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. C | 5/15/18 D. Di-az Deposition testimony; 12/4/18 D. Di-az Deposition testimony |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. D | TESLA 0000842 – TESLA 0000843 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. E | CITISTAFF-0000043 |

| | | | |
|---|---|---|---|
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. F | WV000100 – WV000102 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. G | TESLA 0000510 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. H | TESLA 0000511 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. I | TESLA 0000314 - TESLA 0000316 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. J | TESLA 0000060 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. K | TESLA 0000626 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. L | NS000108 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. M | NS000138-NS000139 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. N | CITISTAFF0000050-CITISTAFF0000055 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. O | NS000038 – NS000045 |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. P | 7/26/19 L. Patterson Deposition testimony |
| Docket No. 125 | Plaintiffs' Opposition to Tesla's partial MSJ | Declaration of Larry Organ, Exh. R | TESLA 0001003 – TESLA 0001005 |
| Docket No 132 | Tesla's Reply ISO partial MSJ | Declaration of Patricia Jeng, Exh. 25 | TESLA 0000061 |
| Docket No 132 | Tesla's Reply ISO partial MSJ | Declaration of Jeng, Exh. 25 | 5/22/18 O. Diaz Deposition testimony |

Per the above chart, the following docket entries can be completely unsealed: Docket Numbers. 92, 116, 118, 125, and 132.

Based on the concurrently submitted declaration, Defendants respectfully request that the documents identified above be kept partially under seal with the proposed redactions.

Dated: January 16, 2020     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:     */s/ Patricia M. Jeng*
TRACEY A. KENNEDY
PATRICIA M. JENG
REANNE SWAFFORD-HARRIS

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.

Dated: January 16, 2020                FISHER & PHILLIPS LLP

                                       By:    */s/ Vincent J. Adams*
                                              JASON GELLER
                                              JUAN ARANEDA
                                              VINCENT J. ADAMS

                                              Attorneys for Defendant
                                              NEXTSOURCE, INC.