1  GARY T. LAFAYETTE (SBN 88666)
   SUSAN T. KUMAGAI (SBN 127667)
2  CHERYL A. STEVENS (SBN 146397)
   LAFAYETTE & KUMAGAI LLP
3  1300 Clay Street, Suite 810
   Oakland, California 94612
4  Telephone:    (415) 357-4600
   Facsimile:    (415) 357-4605
5
   Attorneys for Defendant
6  CITISTAFF SOLUTIONS, INC.

7

8                           **UNITED STATES DISTRICT COURT**

9                           **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON | Case No. 3:17-cv-06748-WHO |
| Plaintiffs, | **CITISTAFF'S JOINDER IN DEFENDANTS' JOINT REQUEST TO RETAIN CONFIDENTIALITY OF DOCUMENTS** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive | Complaint Filed: October 16, 2017<br>Trial Date:       May 11, 2020 |
| Defendants. | |

        Pursuant to the Court's December 30, 2019 Order, Defendant CitiStaff Solutions, Inc. ("CitiStaff") joins in with Defendants Joint Request to Retain Confidentiality of Documents filed on January 16, 2020 (Docket No. 149)  and submits the following request to redact portions of two documents filed under seal in connection with defendants' summary judgment and partial summary judgment motions.

        The chart below identifies the additional documents CitiStaff requests be maintained partially under seal, in redacted form.  In support of these requests, the following declaration is submitted concurrently with this request:  the Declaration; Declaration of Ludvinia Ledesma (for documents identified as "Confidential" by CitiStaff.  This portion of the chart is arranged chronologically, by Docket Number.

| **DOCUMENTS TO BE MAINTAINED PARTIALLY UNDER SEAL** | | | |
|---|---|---|---|
| **Docket No.** | **Motion/Filing Party** | **Evidence Submitted** | **Description of Evidence** |
| Docket No. 92 | Plaintiffs' Opposition to CitiStaff's MSJ | Declaration of Larry Organ, Exh. A | CITISTAFF-000034-CITISTAFF-000035 |
| | **Requested Redactions:** Redact Plaintiff, Owen Diaz's birthdate, address, telephone number, social security number and driver's license number | | |
| Docket No. 116 | nextSource's MSJ | Araneda Declaration of Juan Araneda, Exh. I | Exhibit 64 (CITISTAF-0000011-CITISTAFF-0000013) |
| | **Requested Redactions:** Redact references to former CitiStaff employee Rothaj Foster | | |
| Docket No. 116 | nextSource's MSJ | Declaration of Juan Araneda, Exh. D | 5/22/18 O. Diaz Deposition testimony and Deposition Exhibits: Exhibit 1 (CITISTAFF-0000034-CITISTAFF000035) |
| | **Requested Redactions:** Redact Plaintiff, Owen Diaz's birthdate, address, telephone number, social security number and driver's license number | | |

Based on the concurrently submitted declaration, CitiStaff respectfully request that the documents identified above be kept partially under seal with the proposed redactions.

Dated:  January 17, 2020                    LAFAYETTE & KUMAGAI

                                By    */s/ Cheryl A. Stevens*
                                      GARY T. LAFAYETTE
                                      CHERYL A. STEVENS
                                      Attorneys for Defendant
                                      CITISTAFF SOLUTIONS, INC.