GARY T. LAFAYETTE (SBN 88666)
SUSAN T. KUMAGAI (SBN 127667)
CHERYL A. STEVENS (SBN 146397)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF LUDIVINA LEDESMA IN SUPPORT OF DEFENDANT CITISTAFF SOLUTIONS, INC.'S REQUEST TO RETAIN THE CONFIDENTIAL DESIGNATION OF DOCUMENTS PRODUCED IN THIS MATTER**<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

DECLARATION OF LUDIVINA LEDESMA IN SUPPORT OF DEFENDANT CITISTAFF SOLUTIONS, INC.'S DEFENDANT CITISTAFF SOLUTIONS, INC.'S REQUEST TO RETAIN THE CONFIDENTIAL DESIGNATION OF DOCUMENTS PRODUCED IN THIS MATTER (CASE NO. 3:17-cv-06748-WHO)

1

I, LUDIVINA LEDESMA, declare:

1. I am the Human Resources Manager for CitiStaff Solutions, Inc. ("CitiStaff"). I make this declaration of my own personal knowledge. If called as a witness to testify regarding matters stated in this declaration, I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the document Bate Stamped "CITISTAFF 0000011-0000013." This document was previously identified as "Confidential" because it described a personnel matter regarding a third person, Rothaj Foster. CitiStaff, as Mr. Foster's former employer has an obligation to protect Mr. Foster's privacy rights under Article 1, Section 1 of the United States Constitution and therefore requests that this document remain Confidential and under seal. Alternatively, CitiStaff recommends redacting Mr. Foster's name wherever it is mentioned to protect his privacy.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the document Bate Stamped "CITISTAFF 0000034-0000035." This document was previously identified as "Confidential" because it includes Plaintiff's personal information such as his social security number, address, telephone number, date of birth and driver's license number. As Plaintiff's former employer, CitiStaff has an obligation to protect this information from public disclosure. CitiStaff will remove the "Confidential" designation of this document and merely redact this personal information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of January 2020 in Orange, California.

/s/ Ludivina Ledesma
LUDIVINA LEDESMA

DECLARATION OF LUDIVINA LEDESMA IN SUPPORT OF DEFENDANT CITISTAFF SOLUTIONS, INC.'S DEFENDANT CITISTAFF SOLUTIONS, INC.'S REQUEST TO RETAIN THE CONFIDENTIAL DESIGNATION OF DOCUMENTS PRODUCED IN THIS MATTER (CASE NO. 3:17-cv-06748-WHO)

2

# EXHIBIT "A"

## Monica Deleon

**From:** Monica Deleon <mdeleon@citistaffsolutions.com>
**Sent:** Friday, November 06, 2015 5:17 PM
**To:** 'Wayne Jackson'
**Cc:** 'Parks, Vanessa'; 'Gryske, Deb'; Bruce Wismer (bwismer@citistaffsolutions.com); 'William Hidalgo'
**Subject:** RE: Termination of Rothaj ▮▮▮▮▮

Wayne,
I do apologize for the late response. I did let Rothaj know that his assignment has ended. I do feel that there were several misunderstandings and miscommunications. I took a statement from both of them. Rothaj was straight forward and explained fully to me what happened from his point of view. When I spoke to Owen, he had to think about what happened. I have also heard a few complaints about Owen abusing his power as a lead, as well as coming off slightly standoffish. If there was a report made could you please forward it to me to have for Citistaffs records. If there was no witness to the threats that Rothaj had supposedly said I don't think that should have been counted against him. As far as the illegal parking Rothaj has a handicap sticker in his car. At this point is there any chance of Rothaj returning possibly back to sorting. He was enlisted for a raise next week. Thank you for you efforts I appreciate it.

Monica De Leon
Staff Supervisor
CitiStaff Solutions
37053 Cherry Street Suite 204A
Newark, CA 94560
Office 510-797-2581

**From:** Wayne Jackson [mailto:wajackson@teslamotors.com]
**Sent:** Friday, November 06, 2015 10:21 AM
**To:** mdeleon@citistaffsolutions.com
**Cc:** Parks, Vanessa; Gryske, Deb
**Subject:** Termination of Rothaj Foster

Monica we will have to terminate Rothaj Foster assignment effective immediately. Please see the email below.

Wayne Jackson
1040 Avenue of the Americas, 24th Floor
New York, NY 10018
Mobile: (917) 797-9984
wajack▮▮▮▮teslamotors.com

1

CITISTAFF-0000011

CONFIDENTIAL

www.nextSource.com



*Workforce Optimization, Business Enlightenment*

**From:** Edward Romero
**Sent:** Friday, November 06, 2015 12:17 AM
**To:** Wayne Jackson <wajackson@teslamotors.com>
**Cc:** Victor Quintero <vquintero@teslamotors.com>; Jaime Salazar <jsalazar@teslamotors.com>
**Subject:** FW: Rothaj ████

Please see email below.

---

**From:** Edward Romero
**Sent:** Friday, November 06, 2015 12:12 AM
**To:** Wayne Jackson
**Cc:** Victor Quintero; Jaime Salazar
**Subject:** Rothaj Foster

I had Rothaj ████ removed from the Tesla premises last night at 10:00 pm. The reason is that he was conducting himself in a threatening manner against Owen Diaz.

I received a call from Rothaj Foster at 6:06 pm. He said that he had spoken to Wayne Jackson and that Wayne had told him he was going to move him to a recycling sorter position tonight. I explained to him that people are not moved around like that without us first getting a replacement. I encouraged him to be patient, do his job and everything would work out. I also reminded him that we were short on staff.

I received another call from Mr. ████ at 7:47 saying that Owen wouldn't let him take his break. He said that Owen had went to cover for Froilan break. I told him to be patient and Owen would cover for him when Froilan came back. I explained that when we only have three people on we might not be able to take our breaks as we want but when we can. I told him to be patient. I then got another call from from Mr. Foster around 9:00 insinuating that Owen was being mean. I called Owen to ask him what was happening and Owen said Rothaj was being difficult and threatening, saying "you better watch your car".
I asked Owen if anyone had heard him say that, Owen said he didn't think so.

I then instructed Owen to assign Rothaj to elevator 2 as to avoid any friction between the two. When Owen approached Rothaj Foster to instruct him to go to elevator 2 he conducted himself in a threatening manner as if he wanted to fight with Owen. He also made a comment about shooting Owen. I asked him if anyone had witnessed this, at which time a Tesla material handler came forward and said he had witnessed Mr. Foster's threatening conduct. I then returned to Tesla to investigate the matter.

I then returned to Tesla and met with Yordano Ramirez, material handler from the Reman Area. He gave me his written statement and explained what happen. He said he witnessed Rothaj Foster conduct himself in a threatening manner towards Owen. I then called security explained the situation and asked that he be

CITISTAFF-0000012
CONFIDENTIAL

removed from the premises. Security informed me that they had had problems with Mr. Fosters attitude in the past. They said I could included that information in my report. I asked for his badge, which he returned to me. I informed Mr. Foster that he was suspended while we evaluated what had happen. He asked if he could call someone. I told him he could call his agency if wanted to. He asked if he could call Wayne Jackson, I told him he was free to do so if he wanted to. He was then escorted out of the building and followed to his car which he had parked illegally in a handicapped parking spot.

I could not allow anyone to be a threat to any other employee. I do not recommend he be allowed to return.

CITISTAFF-0000013

CONFIDENTIAL

# EXHIBIT "B"

12015O



# CitiStaff Solutions Inc. application

## PERSONAL INFORMATION

| Last Name: DIAZ | First Name: Owen | M.I.: O |

Apt #:

Person to contact in case of emergency/ Phone Number:

Alternate Number:

Positions interested in?: Forklift Operator/Janitor

Can you demonstrate proof of Employment Eligibility?: Yes

## JOB EXPERIENCE

**General Labor**
- ☒ Loader/Unloader
- ☒ Assembly
- ☒ Production Line
- ☐ Machine Operator

**Forklifts**
- ☒ Sit-down-Standard
- ☒ Sit-down- with attachments
- ☒ Stand Up-Reach
- ☒ Stand Up-Cherry Picker
- ☒ Electric Pallet Jack
- ☐ Cranes

**Shipping/Receiving**
- ☒ UPS
- ☐ Fed-Ex
- ☐ Clerk
- ☒ Inventory
- ☒ Quality Control

**Other Skills**
- ☐ Restaurant
- ☐ Extrusion Equipment
- ☐ Welding
- ☒ Construction
- ☐ Customer Service

**Clerical**
- WPM: _____
- Accuracy: _____
- ☐ Receptionist
- ☐ Data Entry/ File Clerk
- ☐ Accounting
- ☐ Excel
- ☐ Word
- ☐ PowerPoint
- ☐ 10 Key
- ☐ Other Programs

**Languages**
- ☐ Cantonese
- ☐ Chinese
- ☐ English
- ☐ French
- ☐ German
- ☐ Spanish
- ☐ Vietnamese
- ☐ Other

## AVAILABILITY

**Status**
- ☒ Fulltime
- ☐ Part-time
- Overtime
- ☒ Yes
- ☐ No

**Shift**
- ☒ 1st Shift
- ☒ 2nd Shift
- ☒ 3rd Shift

**Days**
- ☒ Monday
- ☒ Tuesday
- ☒ Wednesday
- ☐ Thursday
- ☒ Friday
- ☐ Saturday
- ☐ Sunday

**Transportation**
- ☒ Car/ Own Transportation
- ☐ Ride
- ☐ Bus/Public Transportation
- ☐ Assisted Transportation

**Personnel Equipment**
- ☒ Work boots
- ☒ Steel Toes
- ☐ Back Belt
- ☐ Hard Hat

CONFIDENTIAL

CITISTAFF-0000034

**PLEASE CHECK YES OR NO**

| Question | Yes | No | |
|---|---|---|---|
| Have you ever worked for CitiStaff Before? | ☐ | ☒ | Where? _____ |
| [redacted] | | | |
| Can you comply with a Drug Test? | ☒ | ☐ | |
| Conditions May require lifting between 30-50 pounds. Is this ok? | ☒ | ☐ | Explain _____ |
| Positions may require to standing up for 6-10 hours. Is this ok? | ☒ | ☐ | Explain _____ |

**EMPLOYMENT REFERENCES**

[redacted]

**EMPLOYMENT REFERENCES TWO**

[redacted]

**For Recruiter Use Only**

- Account #
- Position
- Interviewer
- Date
- Status
- Notes:

Customer Number One / Customer Number Two / Customer Number Three

**PLEASE ANSWER ALL QUESTIONS**

How did you hear about CitiStaff?
- ☐ Ad
- ☐ Walk-In
- ☐ Job Fair
- ☐ Relative
- ☐ Friend
- ☐ Client

INDEED

What is your highest level of education? Name of school
**1 YEAR College**

Do you have any diplomas, certificates, degrees or awards?
**Yes, High School**

In case of an injury, would you like to pre-designate your treating physician?
Yes ☐   No ☒, if no, CitiStaff will automatically pre-designate your treating physician
Initials

Desired Cities for Employment
**ANTIOCH, CONCORD, PITTSBURG**

You must be at least 18 years old and able to produce proof of citizenship or immigration status to begin employment. I certify that the facts in this employment application are true and complete. I understand that falsified statements are grounds for dismissal.

Signature [signed]
Date: 6/2/15

Recruiter Comments:

CONFIDENTIAL

CITISTAFF-0000035