**EXHIBIT D**

**In the Matter Of:**

DIAZ vs TESLA, INC.

3:17-CV-06748-WHO

**OWEN ORAPIO DIAZ, JR.**

*June 21, 2019*

*VOLUME III*



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | people that you took instruction from was Robert. | 09:43:30 |
| 2 | ==Is this the same Robert you are mentioning== | 09:43:34 |
| 3 | ==now?== | 09:43:36 |
| 4 | ==A    Yes, sir.== | 09:43:38 |
| 5 | ==Q    Okay.  Last time your deposition was taken,== | 09:43:39 |
| 6 | ==you couldn't recall Robert's last name.== | 09:43:41 |
| 7 | ==Do you know it now?== | 09:43:43 |
| 8 | ==A    No, sir.== | 09:43:46 |
| 9 | Q    Do you know who employed Robert? | 09:43:50 |
| 10 | A    Tesla. | 09:43:55 |
| 11 | Q    Do you know what Robert's position was? | 09:43:57 |
| 12 | A    I believe it was a lead. | 09:44:02 |
| 13 | Q    And what department did he work? | 09:44:06 |
| 14 | A    Conveyance. | 09:44:12 |
| 15 | Q    And you testified previously that Robert, I | 09:44:20 |
| 16 | believe, also called you the N-word. | 09:44:25 |
| 17 | Is this the same Robert? | 09:44:28 |
| 18 | A    Yes, sir. | 09:44:30 |
| 19 | Q    Okay.  And you understand when I'm referring | 09:44:30 |
| 20 | to the N-word? | 09:44:32 |
| 21 | A    Yes, sir. | 09:44:33 |
| 22 | Q    Okay.  How did you come to the conclusion | 09:44:39 |
| 23 | that Robert was employed by Tesla? | 09:44:42 |
| 24 | A    The role that he provided for the company, | 09:44:52 |
| 25 | the fact that he mentioned it a few times and never | 09:44:58 |



```
 1   STATE OF CALIFORNIA                    )
                                            )   SS:
 2   CITY AND COUNTY OF SAN FRANCISCO       )

 3

 4                   I, Michael Cundy, CSR NO. 12271, a

 5   Certified Shorthand Reporter of the State of

 6   California, do hereby certify:

 7                   That the foregoing proceedings were

 8   taken before me at the time and place herein set

 9   forth; that any witnesses in the foregoing

10   proceedings, prior to testifying, were placed under

11   oath; that a verbatim record of the proceedings was

12   made by me using machine shorthand which was

13   thereafter transcribed under my direction; further,

14   that the foregoing is an accurate transcription

15   thereof.

16                   I further certify that I am neither

17   financially interested in the action nor a relative or

18   employee of any attorney or any of the parties.

19                   IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated:  July 3, 2019

23                                      

24                                 _____
                                       Michael Cundy, CSR NO. 12271
25
```

386:1,4, 15,24
397:4,10, 20,24
398:18
421:12
422:14
423:16
425:17
426:13,18
433:6
436:8

**worked**
306:16
312:10,15
317:24
319:5
325:10,21
331:5,21
332:2
335:6,14, 18,20
336:3,7, 10  337:25
338:3
353:20
354:4
355:7
369:12,20
376:10
418:23
419:1,21
432:14

**worker**
323:9
403:5

**workers**
361:18
375:21,24
376:2,6, 11,15

**working**
311:25
313:9
317:6

318:23
319:2,3
325:5,8, 16,17
331:14
333:11,19
340:8,11, 18  353:23
356:14
358:19
359:22
366:21
369:11,19
376:3,14
396:5,13, 17  400:22
432:21
433:3

**works**
399:1

**write-up**
364:14,16
365:11

**writing**
377:5

**written**
332:8
358:4

**wrote**
377:18
378:4

---

**Y**

**year**
318:5,10
395:7,8
431:16

**years**
395:11, 15,22
399:25
434:9

435:4,13

**yelling**
315:13

