# EXHIBIT E

302:*1*, *4*, *9*
person's   264:*5*
pgs   225:*8*
phone   243:*11*, *15*   303:*1*
place   307:*3*
plaintiff   230:*5*
Plaintiffs   225:*7*   226:*10*
Plan   271:*1*, *6*
please   229:*22*   230:*7*, *16*   231:*9*   275:*1*   293:*18*
point   265:*7*
position   273:*21*, *23*   285:*14*
Positive   297:*14*
possible   290:*2*
Possibly   297:*7*, *7*   299:*14*   302:*8*
prescribed   255:*4*
presence   276:*16*, *21*
PRESENT   227:*11*   229:*21*   242:*8*
Pretty   240:*6*   242:*14*   250:*11*   262:*9*   263:*14*   264:*4*   267:*17*   273:*14*   278:*18*   279:*5*, *9*   282:*4*, *9*   285:*25*   286:*8*   291:*4*   296:*6*, *9*   299:*22*   300:*16*, *18*, *22*   301:*4*, *6*, *10*, *23*   303:*21*
previous   275:*25*, *25*   284:*24*
previously   240:*1*, *19*   243:*1*, *10*   244:*4*   246:*10*   249:*13*
prior   237:*20*   262:*8*   284:*20*
privilege   253:*20*, *22*
probably   237:*14*, *15*   255:*10*   266:*21*   268:*5*, *9*   271:*25*   272:*23*   273:*8*, *18*   285:*18*   286:*24*   287:*18*   294:*18*   295:*17*   304:*6*
proceed   233:*7*
PROCEEDINGS   229:*3*   307:*2*
program   263:*18*, *24*   268:*3*, *4*   269:*15*   270:*4*, *6*, *23*   272:*2*, *9*   273:*13*
promise   297:*19*
property   299:*22*   300:*17*   301:*25*
PROPHETE   226:*3*, *19*
protected   253:*21*
prove   288:*4*
provide   242:*21*
provided   272:*14*
provider   252:*25*   253:*3*, *7*, *9*, *10*, *11*, *12*
psychiatrist   252:*13*
purposes   246:*10*, *23*
pursued   269:*5*
put   269:*19*   288:*7*, *10*
putting   262:*2*

< Q >
qualifications   303:*18*, *21*   304:*25*
question   231:*10*   232:*19*, *19*   236:*7*   249:*21*, *23*   252:*12*, *22*   253:*25*   254:*4*   263:*7*   275:*10*, *14*, *19*   277:*23*   280:*15*   281:*1*
questioning   257:*10*
questions   231:*20*   233:*1*   251:*20*, *21*   274:*23*   276:*4*   293:*25*   297:*18*, *22*
Quirarte   227:*13*   229:*16*

< R >
race   277:*5*
race-related   287:*11*
racial   285:*2*
racially   280:*9*   285:*9*, *24*   286:*5*
racist   278:*17*
raining   232:*7*
rate   259:*1*
Ray   303:*3*, *11*, *14*, *23*   304:*12*
Raymond   302:*24*, *25*
read   250:*8*   306:*3*, *5*
real   241:*12*
really   231:*8*   238:*25*   241:*10*, *12*   252:*11*, *21*   254:*10*   258:*8*   266:*11*   267:*13*   268:*18*   269:*18*   271:*16*, *19*, *22*   272:*19*   274:*4*   281:*23*   285:*18*   287:*22*   289:*19*   294:*15*   297:*7*   298:*18*   300:*7*   303:*25*   304:*9*
reapplied   284:*7*
reason   232:*25*   233:*7*   244:*11*   245:*4*, *12*   250:*18*, *19*   261:*16*, *19*, *23*   264:*11*   265:*13*   282:*22*   283:*16*, *22*   293:*2*
reasons   262:*1*, *4*
Rebar   228:*17*   259:*13*, *15*, *19*   260:*1*, *12*   264:*9*, *17*, *24*   266:*7*, *20*, *23*   267:*6*, *12*, *16*
recall   230:*24*   231:*2*   241:*16*   242:*3*   243:*3*, *4*, *9*   244:*22*   247:*11*   254:*9*, *19*, *20*   255:*15*, *18*, *19*   258:*8*, *11*, *13*, *14*, *15*   268:*18*   272:*21*   279:*1*, *3*   285:*3*   287:*12*   294:*15*   298:*19*   300:*2*, *7*, *9*, *10*, *12*
received   259:*13*
recess   246:*4*   275:*4*   293:*21*
recognize   247:*4*
recollection   238:*24*   281:*21*, *22*   286:*7*   287:*7*, *8*
record   229:*6*, *22*   230:*17*   246:*1*, *3*, *7*   251:*19*   274:*25*   275:*2*, *5*, *8*   293:*17*, *20*, *23*   305:*14*   307:*5*
recruiters   274:*18*
refer   237:*18*
referencing   248:*5*
referring   250:*14*
regard   278:*11*
regarding   234:*16*   237:*5*
regards   252:*25*
related   276:*5*   285:*9*, *24*   286:*5*
relative   307:*18*
Relevance   257:*16*   264:*14*
remain   305:*13*
re-mark   246:*15*, *23*
remember   240:*2*   241:*5*   243:*7*, *8*, *12*   244:*5*   251:*15*   254:*15*, *24*   266:*24*   267:*2*   269:*18*   273:*6*   297:*3*   299:*13*   300:*8*, *14*   302:*22*   304:*9*
remembers   254:*8*
render   307:*15*
repeat   269:*8*
repercussions   250:*2*, *5*
rephrase   277:*22*   280:*11*, *14*
report   240:*5*   242:*19*   265:*19*   285:*22*, *24*   292:*3*
Reported   225:*23*   239:*16*, *19*   240:*2*   242:*8*   243:*2*, *5*   249:*2*   288:*21*   300:*6*
Reporter   226:*7*   229:*18*   230:*6*   231:*7*, *15*   239:*2*, *4*   246:*20*   256:*12*, *19*   270:*9*
reporter's   307:*15*
reporting   243:*7*
represent   230:*21*   276:*1*
representative   230:*2*
requested   307:*9*, *10*
resolved   240:*8*, *15*
response   246:*20*
restate   249:*21*, *25*
restocked   258:*24*
result   242:*19*   252:*3*, *6*   272:*25*   273:*3*
results   293:*1*
re-swear   230:*7*
retaliated   249:*15*, *20*
returned   303:*1*, *5*, *10*
review   259:*23*   260:*3*   307:*7*
reviewed   232:*5*
reviewing   250:*17*
right   229:*4*   232:*7*, *8*   233:*8*   240:*6*   252:*3*

256:22     260:20,
24    261:14    263:2
267:8, 20    268:23
282:12, 14
285:16    288:14
293:24    296:8
300:8    304:25
305:10
RIGHTS    226:11
ring    297:6
RMR    225:24
226:7    307:1
role    264:5
285:19
rough    237:14
304:5
roughly    266:22
274:3    296:21
Rovilla    250:15
RPR    225:24
226:7    307:1
rules    231:2, 6

< S >
Samuel    285:3, 10,
23    286:4, 8, 18
287:6, 10, 14
288:21    289:7, 11,
15, 22    290:6, 10,
21    292:5, 17
293:3, 12    295:8,
9, 16, 21    298:3
299:14
Samuel's    285:13
SAN    225:19
226:4, 13, 14, 22
227:7    229:1, 8
267:8
Santa    227:6
sat    300:24
save    306:6
saw    243:10
245:16, 19
254:15    255:13,
19    275:24    280:20
saying    295:23
says    251:12
261:4, 16    262:25
scene    269:7, 9,
10, 14    270:7, 10,
20    271:11, 14
school    263:6, 10,
16    264:10, 22
267:19, 24    268:1,
13    272:6    274:2,
4, 7, 10, 13
284:11, 15, 16
school,    264:4
schooling    272:7
274:5

search    274:16
sec    246:1    274:25
second    242:6
259:17    260:7
270:13
Security    273:8
298:25
see    243:14
252:13    254:8, 23
260:7, 9    261:2,
5, 16    288:2
294:10    299:15
seeing    245:11
278:14
seek    253:14
Seeks    253:19, 20
seen    234:10, 21
252:24    253:12
278:12, 16
282:14    299:19, 19
send    304:8, 11
sends    264:6
sense    231:18
232:21
sent    263:19
264:20
September    286:23
series    259:12
seriously    288:7
SERVICES    225:11
229:18, 20
session    275:25
284:24
set    307:3
seven    301:5, 7
shakes    231:17
SHEET    306:8
shift    286:20
295:10, 13, 19, 21
Shorthand    226:6
show    289:13
showed    251:1
showing    263:23
266:18
shows    247:17
side    298:22
300:24, 25
301:11, 11
sides    300:23
sign    268:23
301:13
signature    260:17
307:7
signed    260:19
306:12
simple    300:18
simply    263:23
Singh    236:4, 5, 8
237:16, 23, 24
sitting    265:16

six    266:14
268:9    271:25
six-month    268:19
269:3    272:2
Slightly    249:24
slow    280:2
SMITH    226:3, 19
sociology    267:22
268:4, 7    272:2, 9
soft-spoken    239:9
SOLUTIONS    225:10
226:18
somebody    279:18
286:14    288:11
293:7    301:24
soon    299:6
sorry    231:16
234:4    239:8, 9
263:11    296:16
sort    284:8
300:18
Soto    302:24, 25
303:3, 12, 15, 23
304:12, 19, 23
305:3
sought    252:1, 5,
16
sounds    281:1
source    243:24
speak    235:6
237:4    239:7
241:8    304:18
specialist    229:17
specific    281:21
specifically    286:3
speculation
233:19    234:2, 18
235:3    236:14, 20
249:4    256:5
276:12, 19, 23
277:7    289:18, 25
291:25
spell    230:16
269:17
spelled    230:19
spoke    237:2
285:1, 8
spoken    234:8
235:17    238:9
stadium    267:11
STAFFING    225:10,
11    227:3, 12
230:1, 3    250:10,
12    276:1, 5, 9,
16    277:3, 4
281:25    282:19,
22    283:8    285:1,
9, 14    291:21
292:4    298:5, 14
299:24    300:21,
23    301:5, 7, 9,

13, 14    302:6, 12,
19, 23
stand    268:15
standing    299:23
start    257:18
267:18    268:3, 20
271:8    273:19
started    240:6
268:4, 10, 22
272:8    274:7
282:5    286:20
291:15    294:21
295:8, 14, 17
starting    273:14
302:22
starts    269:19
state    230:16
247:9    306:14
307:24
STATES    225:1
229:13
staying    265:7
Stewart    233:12,
15, 22    234:8, 10
stipulation    307:12
stomach    255:10
stop    263:23
274:22
stopped    263:14
Street    226:3, 21
229:8
Strike    236:6
249:7    254:25
260:10
student    268:11
study    267:22
stuff    245:12
255:11    264:7
265:6    278:16, 17
288:10, 15
subject    257:10
278:14    279:10
submitted    247:3,
3    262:6
subsequent    257:11
suffer    250:5
suffered    250:1
Suite    226:4, 13,
21    227:6    229:8
summer    268:23, 24,
25
super    278:19
279:17
supervisor    237:7,
9, 12, 17    240:7,
10, 11    242:13, 24
243:3, 6, 9
262:19    278:14
279:17, 24    282:6
286:1, 9    293:13
supposed    273:19

| | | | |
|---|---|---|---|
| understand 230:*21* 231:*12*, *13*, *23* 232:*3*, *23*   249:*19*, *23*, *24*   252:*11* 276:*7*   285:*13* 302:*13* understanding 306:*9* unemployment 283:*11*, *15*, *24* 284:*18* union 256:*18* 265:*24*   266:*25* 267:*4* UNITED 225:*1* 229:*13* upstairs 240:*23*, *25*   241:*6*   242:*2* 285:*15*, *19* 298:*11*, *18*, *20*, *24* 299:*3*, *4*, *8* use 243:*11* 276:*16*   277:*11* 278:*2*   280:*8* 283:*2*, *10*, *17* 284:*3*   285:*2*, *22* 286:*4*, *4*   287:*14* 292:*9*   300:*6* 302:*21*   304:*10* < V > Vague 244:*20* 245:*2*   248:*16* 252:*9*, *19*   253:*2* 262:*13*   270:*24* 276:*12*   277:*6*, *20* 279:*6*   280:*12*, *22* VALLEY 225:*10* 227:*3*, *12*   230:*1*, *3*   250:*10*, *11* 251:*2*, *18*   261:*4*, *7*, *13*, *23*   262:*1*, *5*, *18*, *21*   276:*1*, *5*, *9*, *15*   277:*2*, *4* 279:*25*   281:*25* 282:*18*, *21*   283:*8*, *16*   285:*1*, *9*, *14* 291:*16*, *21*   292:*4* 294:*11*, *21*, *25* 295:*7*   298:*4*, *13*, *22*   299:*24* 300:*21*, *24* 301:*11*, *17*, *19* 302:*6*, *19*   303:*4* Valley's 292:*11* venued 229:*13* verbatim 269:*22* 291:*8*   305:*12* Verification 228:*15* | versus 229:*12* video 229:*5*, *17* videographer 227:*13*   229:*4* 230:*6*   235:*25* 239:*5*   246:*2*, *7* 274:*24*   275:*2*, *5* 293:*19*, *22*   305:*10* VIDEOTAPED 225:*17* vision 269:*20* voice 235:*25* void 307:*16* VOL 225:*8* volition 257:*20* Volume 226:*1* 229:*11* voluntarily 263:*12*   264:*9* vs 225:*8*<br><br>< W > wait 231:*9* waived 307:*10* walked 241:*11* want 231:*25*, *25* 254:*22*   263:*15*, *17*   266:*21*   268:*4*, *9*, *22*, *23*   271:*8* 273:*18*   274:*9*, *24* 277:*23*   278:*22* 291:*8*, *9*   294:*18* 295:*17*, *18*   304:*5* wanted 233:*10* 275:*9*   294:*7* wants 288:*16* warnings 243:*12* Warriors 267:*10* waste 273:*8* way 260:*4* 270:*23*   285:*23* 304:*3* ways 265:*9* 286:*24* week 258:*2* 266:*15*   271:*13*, *23*, *25* weeks 294:*19* 295:*24* well 246:*22* 248:*12*   262:*2*, *15* 263:*14*   275:*17* 276:*7*   278:*22* 285:*22*   286:*18* 288:*12*, *17*   289:*15* went 231:*2* 240:*7*, *13*   253:*16* 259:*3*   263:*25* 264:*2*, *18*   266:*4* 267:*19*   272:*18* 273:*12*   274:*3*, *10* 275:*7*   284:*5*, *11*, | *15*, *16*   286:*8*, *11* 291:*16*, *16*, *19* 292:*10*   294:*10*, *11*   298:*22*   299:*9* 300:*24*   301:*11*, *17* We're 229:*5*, *7* 262:*14*   293:*19*, *22* WEST 225:*10* 227:*3*, *6*, *12* 230:*1*, *2*   250:*10*, *11*   251:*2*, *18* 261:*4*, *7*, *13*, *23* 262:*1*, *5*, *18*, *21* 276:*1*, *5*, *9*, *15* 277:*2*, *3*   279:*25* 281:*24*   282:*18*, *21*   283:*8*, *16* 285:*1*, *9*, *14* 291:*16*, *21*   292:*4*, *11*   294:*11*, *21*, *24* 295:*7*   298:*4*, *13*, *21*   299:*24* 300:*21*, *24* 301:*11*, *17*, *19* 302:*5*, *19*   303:*4* Wetle 250:*15* whatsoever 252:*17* wish 287:*23*, *24* withheld 262:*4* WITNESS 228:*3* 230:*7*   233:*20* 234:*4*, *19*   235:*4* 236:*2*, *15*, *21* 237:*22*   239:*8* 240:*22*   241:*5*, *24* 244:*22*   245:*4*, *23* 248:*3*, *7*   249:*21* 252:*11*, *21*   253:*4* 254:*9*   257:*13*, *18* 260:*4*   261:*10* 262:*9*   264:*16* 270:*10*   271:*1* 275:*10*   276:*13*, *24*   277:*8*, *17*, *22* 278:*6*   279:*9* 280:*4*, *14*, *25* 283:*21*   284:*22* 288:*23*   289:*19* 290:*19*   291:*1* 292:*20*   294:*3* 305:*9*   307:*4*, *7* witnessed 233:*23* 235:*1*   236:*17* 238:*6*, *23*   239:*23* witnesses 242:*22* witnessing 278:*2* 280:*8* woman 241:*17*, *18*, *25*   255:*16* | word 239:*3* 286:*16*   289:*4* 290:*11* words 286:*4* 289:*13*   296:*17* work 251:*1*, *16* 253:*22*   257:*4*, *25* 258:*2*   259:*15* 266:*19*   267:*6* 269:*10*, *12* 279:*24*   286:*12*, *25*   296:*11* 298:*20*   299:*1* 302:*12* worked 232:*11* 235:*2*   237:*13* 240:*23*   251:*18* 252:*7*, *18*   253:*1* 257:*1*, *6*   258:*4*, *20*, *25*   264:*20* 266:*14*, *21*   267:*3* 285:*15*   295:*7* 298:*10*, *13* worker 263:*19* working 235:*8*, *19* 236:*24*   243:*19* 256:*17*, *17*   258:*7* 265:*17*   277:*12* 278:*1*   280:*10*, *17* 281:*17*   295:*15*, *18*   299:*7* works 276:*15* 277:*2* write 262:*20* 288:*20* writing 287:*20*, *23*   288:*1*, *7*, *10*, *14*   304:*11* wrong 230:*19* wrote 245:*15*, *19* 288:*18*   289:*2*<br><br>< X > X 228:*1*, *12* 307:*10*<br><br>< Y > y'all 288:*1* Yeah 238:*17* 250:*4*   253:*21* 257:*8*   259:*4* 268:*12*, *25* 269:*21*   270:*5*, *15* 272:*16*   278:*25* 282:*9*, *16*   283:*3* 284:*22*   291:*15* 295:*5*   298:*23* 299:*2*, *4*, *17* 302:*3*   303:*7* 304:*3* |

| | | | |
|---|---|---|---|
| year 271:5<br>273:19<br>years 239:1<br>268:5, 10 272:8<br>Yep 246:2 248:15<br><br>< Z ><br>Zehner 295:8, 9,<br>16, 21 | | | |