# Exhibit 1

```
              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - -
DEMETRIC DIAZ, OWEN DIAZ, and        )
LAMAR PATTERSON,                     )
            Plaintiffs,              )   CASE NO.
vs.                                  )   3:17-CV-06748-WHO
TESLA, INC. dba TESLA MOTORS,        )
INC.; CITISTAFF SOLUTIONS,           )
INC.; WEST VALLEY STAFFING           )
GROUP; CHARTWELL STAFFING            )
SERVICES, INC.; and DOES 1-50,       )
inclusive,                           )
            Defendants.              )
- - - - - - - - - - - - - - - - - - - -



             DEPOSITION OF MICHAEL JOHN WHEELER

                 WEDNESDAY, JUNE 12, 2019



Reported by:
BY:   MELINDA M. SELLERS, CSR# 10686, RMR, CRC, CRR, CCRR
```

```
 1    APPEARANCES OF COUNSEL:
 2    FOR PLAINTIFFS:
 3        CALIFORNIA CIVIL RIGHTS LAW GROUP
 4        BY:   LAWRENCE A. ORGAN, ATTORNEY AT LAW
 5        332 San Anselmo Avenue
 6        San Anselmo, California 94960-2664
 7        Telephone:  (415) 453-4740
 8        Email:  larry@civilrightsca.com
 9
10    FOR DEFENDANT TESLA, INC.:
11        SHEPPARD MULLIN RICHTER & HAMPTON LLP
12        BY:   PATRICIA M. JENG, ATTORNEY AT LAW
13        Four Embarcadero Center, 17th Floor
14        San Francisco, California 94111-4109
15        Telephone:  (415) 434-9100
16        Email:  pjeng@sheppardmullin.com
17
18    FOR DEFENDANT NEXTSOURCE, INC.:
19        FISHER PHILLIPS LLP
20        BY:   VINCENT J. ADAMS, ATTORNEY AT LAW
21        One Embarcadero Center, Suite 2050
22        San Francisco, California 94111
23        Telephone:  (415) 490-9036
24        Email:  vadams@fisherphillips.com
25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR DEFENDANT CITISTAFF SOLUTIONS, INC.:
 3       LAFAYETTE & KUMAGAI
 4       BY:   SUSAN T. KUMAGAI, ATTORNEY AT LAW
 5       1300 Clay Street, Suite 810
 6       Oakland, California 94612
 7       Telephone:   (415) 357-4600
 8       Email:   skumagai@lkclaw.com
 9
10   ALSO PRESENT:
11       SAJA SPEARMAN, INTERN/VIDEOGRAPHER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   then?
 2       A.   Yes.
 3       Q.   Okay.  And the other African -- and the
 4   other Hispanic worker who took the eight-hour lunch
 5   break, that person also worked in recycling?
 6       A.   Same section, yes.
 7       Q.   Okay.  So they were basically essentially
 8   similarly situated?
 9       A.   Yes.
10       Q.   In terms of what they did, right?
11       A.   Correct.  They did the exact same thing.
12       Q.   In terms of their job functions?
13       A.   Yes.
14       Q.   Okay.  But they were treated differently,
15   in terms of what happened to them after they made a
16   mistake, right?
17       A.   Correct.
18       Q.   Okay.  Now, Owen Diaz also worked in your
19   area; is that right?
20       A.   Owen worked on elevator one.
21       Q.   Okay.
22       A.   And elevator two.
23       Q.   And were the -- I've seen some document
24   that has, like, recycling; and under recycling, the
25   elevator operators are also listed under that.  Is
```

```
 1   that -- tell me what that might mean, if you know.
 2        A.   I wouldn't say the operators were
 3   recycling.
 4        Q.   Okay.
 5        A.   They literally stayed in the elevator all
 6   day, taking Tesla products and recycling products
 7   upstairs and downstairs --
 8        Q.   Okay.
 9        A.   -- but never did they need to move anything
10   other than off or onto the elevator.  So they did
11   not break down boxes or sort or anything of that
12   caliber.
13        Q.   Okay.  Did you actually supervise Owen Diaz
14   in any way?
15        A.   I was above Owen.  I never needed to do
16   more than ask him, "Hey, can you bring something
17   down?  Can you take this up?"
18        Q.   Okay.  So you had an ability to at least
19   direct Owen's work, but you didn't have
20   responsibility for his -- for -- direct supervision
21   of his work?  Or tell me what your leadership was.
22        A.   So I was technically Owen's superior.
23        Q.   Okay.
24        A.   And if I needed him to do something, that
25   would have been the chain of command.
```

1              **However, Owen was always on task.  He never**
2       **needed to be told what to do.**
3          Q.   So you had a chance to observe Owen's work
4       ethic; is that true?
5          **A.   Absolutely.**
6          Q.   And how would you characterize Owen's work
7       ethic?
8          **A.   On time, worked overtime if needed.  He was**
9       **always there.  He was better than the other elevator**
10      **operators.**
11         Q.   Okay.  So your view was that Owen was
12      better than the other elevator operators?
13         **A.   Absolutely.**
14         Q.   Okay.  When I say "better," meaning he
15      performed the job better?
16         **A.   Correct.**
17              **And his demeanor was better, his attitude's**
18      **better.  Just an all-around better character.**
19         Q.   Okay.  Tell me a bit more about the
20      relationship between recycling and Tesla.  So you
21      mentioned something earlier about how the owner of
22      recycling -- what does that mean?
23         **A.   So above Josue, for actual Tesla employees,**
24      **you had Jaime Soria.**
25         Q.   Soria?

1  threatened to kill him?

2      Q.   Yeah.

3      A.   Is that the one?

4      Q.   Yeah.

5      A.   Okay.

6      Q.   You were aware of that --

7      A.   I was aware of that situation, yes.

8      Q.   You were also aware that Owen had
9  complained previously that Ramon Martinez had
10 threatened him, correct?

11     A.   I do not recall that.

12     Q.   Okay.  Now, in addition to you, Owen also
13 had other supervisors; is that correct?

14     A.   It would have been Ramon.

15     Q.   Ramon Martinez?

16     A.   And Israel, the swing shift.

17     Q.   Okay.

18     A.   Because I want to say Owen worked from
19 6:00 to 6:00.

20     Q.   Yeah.

21     A.   So he fell on to two different shifts.

22     Q.   Okay.  So because Owen worked 6:00 to 6:00,
23 he had multiple supervisors; is that correct?

24     A.   Correct.

25     Q.   And those supervisors included yourself; is

```
 1   STATE OF CALIFORNIA      )
 2                            )     ss
 3   COUNTY OF CALAVERAS      )
 4            I hereby certify that the witness in the
 5   foregoing deposition of MICHAEL JOHN WHEELER was by
 6   me duly sworn to testify to the truth, the whole
 7   truth, and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place herein named; that the
10   deposition is a true record of the witness's
11   testimony as reported by me, a duly certified
12   shorthand reporter and a disinterested person, and
13   was thereafter transcribed into typewriting by
14   computer.
15            I further certify that I am not interested
16   in the outcome of the said action, nor connected
17   with, nor related to any of the parties in said
18   action, nor to their respective counsel.
19            IN WITNESS WHEREOF, I have hereunto set my
20   hand this 24th day of June, 2019.
21
22
23                  _____
24                  MELINDA M. SELLERS, CSR NO. 10686
25                  STATE OF CALIFORNIA
```