LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **DECLARATION OF SABRINA GRISLIS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS** <br><br> Date: February 19, 2020 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> Trial Date: May 11, 2020 <br> Complaint filed: October 16, 2017 |

I, SABRINA GRISLIS, hereby declare:

1.      I am a paralegal with the law firm of California Civil Rights Law Group,
attorneys of record for Plaintiffs Demetric Di-Az and Owen Diaz in this action.  I submit this
Declaration in support of Plaintiffs' Motion for Sanctions.  I have personal knowledge of the
facts stated herein and if called upon to testify, I could and would competently testify thereto,
except as to those matters that are stated upon information and belief.

2.      Attached hereto and marked as **Exhibit 1** is a true and correct copy of the Proof of
Service that I received from our process server for service of a deposition subpoena on Ramon
Martinez dated October 2, 2019 at 6:55 pm.

3.      On or around October 2, 2019, I received a phone call from someone identifying
themself as Ramon Martinez. He said he just received a deposition subpoena for a Ramon
Martinez, but he was the wrong person. He told me that he has never worked for Tesla, Inc. and
that there are several people with the name Ramon Martinez in his neighborhood.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct. Executed on January 10, 2020 in San Anselmo, California.


DATED:  February 3, 2020          By: _____
                                      Sabrina Grislis

DECLARATION OF SABRINA GRISLIS ISO PLAINTIFFS' REPLY BRIEF