# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ   (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>TELEPHONE NO.: (415) 453-4740   FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division | |
| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by Evan-Allen Services to be served on **Ramon Martinez,** ▮▮▮▮▮▮▮▮▮▮ **San Jose, CA 95129.**

3. **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Ramon Martinez** at the address of: ▮▮▮▮▮▮▮ **San Jose, CA 95129**, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service: 10/2/2019 at 6:55 pm

5. I am an independent contractor of a registered California process server.

6. My name, address, telephone number, and, if applicable, county of registration and number are:

   Name: Lore Karamcheti
   Firm: Evan-Allen Services
   Address: 4425 Treat Blvd., #149, Concord, CA 94521
   Telephone number: (925) 525-9062
   Registration Number: PS1726
   County: Santa Clara
   The fee for the service was: $105.00

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-4-19

Lore Karamcheti
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _(signature)_
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**
**US DISTRICT COURT**

Job Number EVN-2019001041