1  LAWRENCE A. ORGAN (SBN 175503)
2  NAVRUZ AVLONI (SBN 279556)
   CIMONE A. NUNLEY (SBN 362915)
3  **CALIFORNIA CIVIL RIGHTS LAW GROUP**
   332 San Anselmo Ave.
4  San Anselmo, California, 94960
   Telephone: (415) 453-4740
5  Facsimile: (415) 785-7352
6  larry@civilrightsca.com
   navruz@civilrightsca.com
7

8  J. BERNARD ALEXANDER (SBN 128307)
   **ALEXANDER KRAKOW + GLICK LLP**
9  1900 Avenue of the Stars, Suite 900
   Los Angeles, California 90067
10 Telephone: (310) 394-0888
   Facsimile: (310) 394-0811
11 balexander@akgllp.com

12
   Attorneys for Plaintiffs
13 DEMETRIC DI-AZ and OWEN DIAZ

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>            Plaintiffs,<br><br>     v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS PURSUANT TO FRCP 37(B)(2)(A)**<br><br>Date: February 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

**[PROPOSED] ORDER**

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiffs Demetric Di-az and Owen Diaz have filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibit A to the Supplemental Declaration of Cimone Nunley in Support of Plaintiffs' Administrative Motion to File Under Seal. According to the declaration filed by Plaintiffs' counsel, Cimone Nunley, in support of this Motion, Exhibit A should be sealed for the foregoing reasons:

| Document | Basis for Sealing |
|---|---|
| Exhibit A: Deposition of Edward Romero | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Motion for Sanctions is GRANTED.

2. The physical copies in the Court's files of Exhibit A to the Supplemental Declaration of Cimone Nunley in Support of Plaintiffs' Administrative Motion to File Under Seal shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2020             _____
                                        The Honorable William Orrick
                                        United States District Court Judge