Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiffs
DEMETRIC DIAZ, OWEN DIAZ,
and LAMAR PATTERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DIAZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

*Owen Diaz, Demetric Diaz, and Lamar Patterson v. Tesla, Inc., et al.*

**United States District Court, Northern Dist. California, Case No. 3:17-cv-06748-WHO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Marin, State of California. My business address is 332 San Anselmo Avenue, San Anselmo, CA 94960. On February 3, 2020, I served true copies of the following document(s) described as:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS PURSUANT TO FRCP 37(B)(2)(A)**
- **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS PURSUANT TO FRCP 37(B)(2)(A)**
- **SUPPLEMENTAL DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**
- **EXHIBIT A.**

__xx__    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Anselmo, addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in the affidavit.

on the interested parties in this action as follows:

**Attorneys for Defendants Tesla, Inc.:**

Tracey A. Kennedy
Reanne Swafford-Harris
Patricia Jeng
Sheppard Mullin
Four Embarcadero Center,17th Floor
San Francisco, CA 94111

\\

| | | |
|---|---|---|
| ____ | **(State)** | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| __X__ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

Executed on February 3, 2020 at San Anselmo, California.

_____
Sabrina Grislis