1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    DEMETRIC DI-AZ, et al.,                    Case No.  3:17-cv-06748-WHO

8                          Plaintiffs,

9            v.                                 **ORDER DENYING MOTION FOR SANCTIONS, DENYING MOTIONS TO SEAL, AND VACATING HEARING**

10   TESLA, INC., et al.,

11                         Defendants.          Re: Dkt. Nos. 146, 147, 158

12

13          On January 13, 2020, plaintiffs Owen Diaz and Demetric Di-az filed a motion for

14   sanctions against defendant Tesla, Inc., arguing that it improperly withheld names and identifying

15   information about witnesses who fell within the scope of their interrogatories and my October 3,

16   2019 Order resolving the parties' discovery disputes.[1] Dkt. No. 146; *see also* Dkt. No. 93.  The

17   plaintiffs ask that I preclude Tesla from calling as witnesses any responsive employees whom it

18   has failed to disclose and that I order Tesla to pay them the attorney fees incurred in filing the

19   motion.

20          The latter request is DENIED.  Per my Standing Order, the dispute outlined in the motion

21   should have been presented as a joint discovery letter after the meet-and-confer process.  And even

22   if the plaintiffs had properly presented the dispute, I would have denied their request for money

23   sanctions.

24          As far as witnesses, I will resolve the parties' messy back-and-forth on a case-by-case

25   basis at the pretrial conference.  If the plaintiffs are able to show that Tesla has concealed

26

27   _____

[1] On behalf of Tesla and its co-defendant nextSource, Inc., the plaintiffs also moved to seal
information associated with their motion and reply.  Dkt. Nos. 147, 158.  Neither defendant filed a
declaration in support of sealing as required by Civil Local Rule 79-4(e)(1).  Accordingly, the
motions are DENIED.  The Clerk shall UNSEAL Dkt. Nos. 147 and 158 in their entirety.

28

United States District Court
Northern District of California

identifying information or failed to disclose anyone who was in fact responsive to plaintiffs'

discovery requests and my order, Tesla will not be permitted to call those individuals as witnesses

during trial.  That will become apparent once the parties have exchanged their witness lists prior to

the pretrial conference; plaintiffs (and Tesla) may move in limine at that time for exclusion of

specific witnesses if circumstances warrant it.

The February 19, 2020 hearing on the motion is VACATED.

**IT IS SO ORDERED.** Dated:

February 14, 2020



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2