AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, et al.<br>*Plaintiff*<br>v.<br>TESLA, INC. dba TESLA MOTORS, INC., et al.<br>*Defendant* | Case No. 3:17-cv-06748-WHO |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, TESLA, INC. dba TESLA MOTORS, INC.

Date: 02/19/2020

*Attorney's signature*

Susan Haines / 224611
*Printed name and bar number*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

*Address*

shaines@sheppardmullin.com
*E-mail address*

(415) 434-9100
*Telephone number*

(415) 434-3947
*FAX number*