SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:        tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
REANNE SWAFFORD-HARRIS, Cal. Bar No. 305558
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        pjeng@sheppardmullin.com
              rswafford-harris@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, AND LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT TESLA, INC.**<br><br>**[Local Rule 5-1(c)(2)(C)]**<br><br><br><br>Complaint Filed: October 16, 2017<br>Trial Date:        May 11, 2020 |

**TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney, Reanne Swafford-Harris hereby notifies the parties and the Court that she is no longer with the firm, Sheppard, Mullin, Richter & Hampton LLP, and she wishes to withdraw as counsel for Defendant TESLA, INC. dba TESLA MOTORS, INC. ("Defendant"). Therefore, Reanne Swafford-Harris respectfully requests that the Court terminate her from this case and that she be removed from the court docket and all ECF notifications for this matter.

**PLEASE TAKE ADDITIONAL NOTICE** that Sheppard, Mullin, Richter & Hampton LLP, are still legal representatives of Defendant and should remain on the docket as the attorneys of record.

Dated:  February 20, 2020                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Reanne Swafford-Harris*
TRACEY A. KENNEDY
PATRICIA M. JENG
REANNE SWAFFORD-HARRIS

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.