AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, et al.<br>*Plaintiff*<br>v.<br>TESLA, INC. dba TESLA MOTORS, INC., et al.<br>*Defendant* | Case No. 3:17-cv-06748-WHO |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, TESLA, INC. dba TESLA MOTORS, INC.

Date: 2/24/2020

*Attorney's signature*

NAMAL TANTULA 247373
*Printed name and bar number*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope St., 43rd Floor
Los Angeles, California 90071-1422
*Address*

ntantula@sheppardmullin.com
*E-mail address*

213-620-1780
*Telephone number*

213-620-1398
*FAX number*



American LegalNet, Inc.
www.FormsWorkFlow.com