1  LAWRENCE A. ORGAN (SBN 175503)
   NAVRUZ AVLONI (SBN 279556)
2  CIMONE A. NUNLEY (SBN 326915)
   CALIFORNIA CIVIL RIGHTS LAW GROUP
3  332 San Anselmo Avenue
   San Anselmo, California 94960
4  Telephone:   (415)-453-7352
   Facsimile:   (415)-785-7352
5
   Attorneys for Plaintiffs,
6  DEMETRIC DI-AZ and OWEN DIAZ

7  GARY T. LAFAYETTE, Cal. Bar. No. 88666
   SUSAN T. KUMAGAI, Cal. Bar. No. 127667
8  CHERYL A. STEVENS, Cal. Bar. No. 146397
   LAFAYETTE & KUMAGAI LLP
9  1300 Clay Street, Suite 810
   Oakland, California 94612
10 Telephone:   (415)-357-4600
   Facsimile:   (415)-357-4605
11
   Attorneys for Defendant,
12 CITISTAFF SOLUTIONS, INC.

**STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CITISTAFF SOLUTIONS, INC. AND [PROPOSED] ORDER**<br><br>FAC Filed:   December 26, 2018<br>Trial Date:   May 11, 2020 |

-1-   Case No. 17-cv-06748-WHO
JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CITISTAFF SOLUTIONS, INC. AND [PROPOSED] ORDER

**TO THE COURT AND ALL INTERESTED PERSONS:**

Plaintiffs Demetric Di-az and Owen Diaz, and Defendant Citistaff Solutions, Inc. hereby stipulate to the dismissal of Defendant Citistaff Solutions, Inc. from the above-captioned action with prejudice, pursuant to the Settlement Agreement entered into between Plaintiff Owen Diaz and Defendant Citistaff Solutions, Inc. Plaintiffs and Defendant Citistaff Solutions, Inc. hereby apply to Judge William H. Orrick for an Order for Dismissal of Defendant Citistaff Solutions, Inc. from the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

Dated: March 2, 2020　　　　　CALIFORNIA CIVIL RIGHTS LAW GROUP

By　　/s Cimone Nunley
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

Dated: March 2, 2020　　　　　LAFATETTE & KUMAGAI

By　　/s Cheryl Stevens
Gary Lafayette
Cheryl Stevens
Susan Kumagai
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____　　　_____
HONORABLE WILLIAM H. ORRICK
Case No. 17-cv-06748-WHO