LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

GARY T. LAFAYETTE, Cal. Bar. No. 88666
SUSAN T. KUMAGAI, Cal. Bar. No. 127667
CHERYL A. STEVENS, Cal. Bar. No. 146397
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415)-357-4600
Facsimile:    (415)-357-4605

Attorneys for Defendant,
CITISTAFF SOLUTIONS, INC.

# STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>  Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>  Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CITISTAFF SOLUTIONS, INC. AND ORDER**<br><br>FAC Filed:     December 26, 2018<br>Trial Date:     May 11, 2020 |

**TO THE COURT AND ALL INTERESTED PERSONS:**

Plaintiffs Demetric Di-az and Owen Diaz, and Defendant Citistaff Solutions, Inc. hereby stipulate to the dismissal of Defendant Citistaff Solutions, Inc. from the above-captioned action with prejudice, pursuant to the Settlement Agreement entered into between Plaintiff Owen Diaz and Defendant Citistaff Solutions, Inc. Plaintiffs and Defendant Citistaff Solutions, Inc. hereby apply to Judge William H. Orrick for an Order for Dismissal of Defendant Citistaff Solutions, Inc. from the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

Dated:  March 2, 2020                             CALIFORNIA CIVIL RIGHTS LAW GROUP

By     /s Cimone Nunley
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

Dated:  March 2, 2020                             LAFATETTE & KUMAGAI

By     /s Cheryl Stevens
Gary Lafayette
Cheryl Stevens
Susan Kumagai
Attorneys for Defendant
CITISTAFF SOLUTIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 4, 2020                             _____
HONORABLE WILLIAM H. ORRICK