LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 949960
Telephone:    (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ


JASON A. GELLER (CA SBN 168149)
JUAN C. ARANEDA (CA SBN 213041)
VINCENT J. ADAMS (CA SBN 249696)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:    (415) 490-9000
Facsimile:    (415) 490-9001

Attorneys for Defendant
NEXTSOURCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ and LAMAR PATTERSON,<br><br>Plaintiffs,<br>vs.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT NEXTSOURCE, INC., WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>FAC Filed:    December 26, 2018<br>Trial Date:    May 11, 2020 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Owen Diaz and Demetric Di-Az, and Defendant nextSource, Inc., hereby stipulate to the dismissal of Defendant nextSource, Inc., from the above-captioned action with prejudice, pursuant to the settlement agreement entered into between Plaintiff Owen Diaz and Defendant nextSource, Inc.  Plaintiffs and Defendant nextSource, Inc., hereby apply to the Honorable William H. Orrick for an Order for Dismissal of Defendant nextSource, Inc., from the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

Date:  March 9, 2020                                   CALIFORNIA CIVIL RIGHTS LAW GROUP

By:    */s/ Cimone A. Nunley*
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiffs
DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON

Date:  March 9, 2020                                   FISHER & PHILLIPS LLP

By:    */s/ Juan C. Araneda*
Jason A. Geller
Juan C. Araneda
Vincent J. Adams
Attorneys for Defendant
NEXTSOURCE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:                                                  _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiffs Demetric Di-Az and Owen Diaz.

DATED:  March 9, 2020              /s/Juan C. Araneda
                                                         Juan C. Araneda

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Joint Stipulation For Dismissal Of Defendant nextSource, Inc., With Prejudice And [Proposed] Order* has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                            */s/Juan C. Araneda*
                                             Juan C. Araneda