1  LAWRENCE A. ORGAN (SBN 175503)
2  NAVRUZ AVLONI (SBN 279556)
   CIMONE A. NUNLEY (SBN 326915)
3  CALIFORNIA CIVIL RIGHTS LAW GROUP
   332 San Anselmo Avenue
4  San Anselmo, CA 949960
   Telephone:    (415) 490-9000
5  Facsimile:    (415) 490-9001

6  Attorneys for Plaintiffs
   DEMETRIC DI-AZ and OWEN DIAZ

7

8  JASON A. GELLER (CA SBN 168149)
   JUAN C. ARANEDA (CA SBN 213041)
9  VINCENT J. ADAMS (CA SBN 249696)
   FISHER & PHILLIPS LLP
10 One Embarcadero Center, Suite 2050
   San Francisco, California 94111
11 Telephone:    (415) 490-9000
   Facsimile:    (415) 490-9001

12 Attorneys for Defendant
   NEXTSOURCE, INC.
13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN FRANCISCO COURTHOUSE
17

18 | DEMETRIC DI-AZ, OWEN DIAZ and | Case No. 3:17-cv-06748-WHO
   | LAMAR PATTERSON, |
19 | |
   | | **JOINT STIPULATION FOR DISMISSAL**
20 | Plaintiffs, | **OF DEFENDANT NEXTSOURCE, INC.,**
   | vs. | **WITH PREJUDICE AND ORDER**
21 | |
   | TESLA, INC. DBA TESLA MOTORS, INC.; |
22 | CITISTAFF SOLUTIONS, INC.; WEST |
   | VALLEY STAFFING GROUP; |
23 | CHARTWELL STAFFING SERVICES, |
   | INC.; NEXTSOURCE, INC., |
24 | | FAC Filed:   December 26, 2018
   | Defendants. | Trial Date:  May 11, 2020
25

26

27

28
                                                  1          Case No. 3:17-cv-06748-WHO
         JOINT STIPULATION FOR DISMISSAL OF DEFENDANT NEXTSOURCE, INC., WITH PREJUDICE
                                       AND ORDER

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Owen Diaz and Demetric Di-Az, and Defendant nextSource, Inc., hereby stipulate to the dismissal of Defendant nextSource, Inc., from the above-captioned action with prejudice, pursuant to the settlement agreement entered into between Plaintiff Owen Diaz and Defendant nextSource, Inc.  Plaintiffs and Defendant nextSource, Inc., hereby apply to the Honorable William H. Orrick for an Order for Dismissal of Defendant nextSource, Inc., from the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

Date:  March 9, 2020                    CALIFORNIA CIVIL RIGHTS LAW GROUP

By:   */s/ Cimone A. Nunley*
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiffs
DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON

Date:  March 9, 2020                    FISHER & PHILLIPS LLP

By:   */s/ Juan C. Araneda*
Jason A. Geller
Juan C. Araneda
Vincent J. Adams
Attorneys for Defendant
NEXTSOURCE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 9, 2020                    _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## **DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiffs Demetric Di-Az and Owen Diaz.

DATED:  March 9, 2020             */s/Juan C. Araneda*
                                            Juan C. Araneda

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Joint Stipulation For Dismissal Of Defendant nextSource, Inc., With Prejudice And [Proposed] Order* has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                           */s/Juan C. Araneda*
                                           Juan C. Araneda