AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| DEMETRIC DI-AZ, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-06748-WHO |
| TESLA, INC. dba TESLA MOTORS, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ   .

Date:    03/10/2020

*Attorney's signature*

Cimone A. Nunley 326915
*Printed name and bar number*

California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960
*Address*

cimone@civilrightsca.com
*E-mail address*

(415) 453-4740
*Telephone number*

(415) 785-7352
*FAX number*