# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** March 10, 2020 | **Time:** 11 minutes 3:01 p.m. to 3:12 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorney for Plaintiff:**   Larry A. Organ
**Attorneys for Defendant:**   Tracy Kennedy and Patty Jeng

**Deputy Clerk:** Jean Davis          **Court Reporter:** n/a

## PROCEEDINGS

Telephone conference conducted to discuss trial schedule.  Schedule set below (with June 8, 2020 as a backup trial date if conflicts make a May 11th trial impossible).  The Court inquires as to the usefulness of a return to Judge Illman for further settlement conference; that issue will be revisited on April 20th.

**PRETRIAL SCHEDULE:**

**Pretrial Conference:**          April 20, 2020 at 2:00 p.m.
**Jury Selection:**               May 8, 2020 at 8:30 a.m.
**Jury Trial:**                   May 11, 2020 at 8:30 a.m. by Jury