**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

**A Limited Liability Partnership**
**Including Professional Corporations**

**TRACEY A. KENNEDY, Cal. Bar No. 150782**

**NAMAL TANTULA, Cal. Bar No. 247373**

**BRETT YOUNG, Cal Bar No. 305657**

**333 South Hope Street, 43rd Floor**

**Los Angeles, California  90071-1422**

**T: 213.620.1780 | F: 213.620.1398**

**tkennedy@sheppardmullin.com**

**ntantula@sheppardmullin.com**

**byoung@sheppardmullin.com**

**PATRICIA M. JENG, Cal. Bar No. 272262**

**SUSAN HAINES, Cal. Bar No. 224611**

**Four Embarcadero Center, 17th Floor**

**San Francisco, California 94111-4109**

**T: 415.434.9100 | F: 415.434.3947**

**pjeng@sheppardmullin.com**
**shaines@sheppardmullin.com**

**Attorneys for Defendants,**

**TESLA, INC. dba TESLA MOTORS, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, | Case No. 3:17-cv-06748-WHO |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER** |
| v. | |
| TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; | Pre-trial Conference: April 20, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor |

SMRH:4843-4171-9481.1

<table>
<tr><td>CHARTWELL STAFFING SERVICES, INC.;<br>and DOES 1-50, inclusive,<br><br>Defendants.</td><td>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017</td></tr>
</table>

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6.2, Plaintiffs Owen Diaz and Demetric Di-az ("Plaintiffs"), and Defendant Tesla, Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, hereby submit this Joint Stipulation to Continue the Pre-Trial Conference date and Trial date. Good cause exists given the unforeseen and difficult circumstances resulting from the Coronavirus Disease 2019 ("COVID-19") pandemic. As such, the parties request that the Court: (1) extend the Pre-Trial Conference from April 20, 2020 to May 11, 2020, or as soon thereafter as the Court is available, and; (2) continue the Trial date from May 11, 2020 to June 8, 2020, or as soon thereafter as the Court is available. Accordingly, the Parties stipulate as follows:

**WHEREAS**, on October 16, 2017, Plaintiffs filed their Complaint in state court;

**WHEREAS**, on November 22, 2017, Tesla removed Plaintiffs' Complaint to the United States District Court for the Northern District of California;

**WHEREAS**, on December 20, 2018, Plaintiffs were granted leave to amend their complaint to add a defendant, NextSource Inc., and on December 26, 2018, Plaintiffs filed their Amended Complaint adding NextSource, Inc.;

**WHEREAS**, on June 18, 2019, the parties sought one trial continuance from November 19, 2019 to March 2, 2020 to allow NextSource Inc., to adequately prepare for trial;

**WHEREAS**, this Court continued the trial date from March 2, 2020 to May 11, 2020, due to a criminal trial taking priority;

**WHEREAS**, other than the continuances related to the newly named defendant NextSource and a criminal trial on this Court's docket, there have been no other continuances;

1   **WHEREAS**, on December 27, 2019, the Court issued an Amended Pre-trial Order

2   setting a Pre-Trial Conference for April 20, 2020 at 2 p.m., and trial for May 11, 2020 at 2 p.m.;

3   **WHEREAS**, good cause exists given unforeseen and difficult circumstances resulting

4   from the Coronavirus Disease 2019 ("COVID-19") pandemic, including but not limited to: state-

5   wide Shelter In Place Orders, court closures, and witness unavailability; and,

6   **WHEREAS**, the parties share graves concerns as to the availability of witnesses, the

7   uneasiness and willingness of jurors to appear and meaningfully participate in the jury process,

8   depending on the status of the "stay at home" order which spans the entire State of California.

9   **NOW THEREFORE**, it is hereby stipulated by and between Plaintiffs and Defendant,

10  that:

11  (1)      The Pre-Trial Conference be continued to May 11, 2020 at 2 p.m. or as soon

12  thereafter as the Court is available.

13  (2)      Trial be continued to June 8, 2020 at 8:30 a.m., or as soon thereafter as the Court

14  is available.

15

16                                    **IT IS SO STIPULATED.**

17

18

19                                    CALIFORNIA CIVIL RIGHTS LAW GROUP

20                                    **ALEXANDER KRAKOW + GLICK LLP**

21

22  DATED:  April 1, 2020              By:      /s/ J. Bernard Alexander
                                                Lawrence A. Organ, Esq.
23                                              Navruz Organ, Esq.
                                                Cimone A. Nunley, Esq.
24                                              J. Bernard Alexander, Esq.
                                                Attorneys for Plaintiffs
25                                              DEMETRIC DI-AZ AND OWEN DIAZ

26

27

28

1

2

3

4                              **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

5

6    **DATED:  April 1, 2020        By      /s/ Tracey A. Kennedy**

                                     **TRACEY A. KENNEDY**
7
                                     **PATRICIA M. JENG**
8
                                     **Attorneys for Defendant**
9                                    **TESLA, INC. dba TESLA MOTORS, INC.**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

**[PROPOSED] ORDER**

6    Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY**

7 **ORDERED THAT**:

8    (1)    The Pre-Trial Conference is continued to May 11, 2020 at 2 p.m. or as soon

9 thereafter as the Court is available.

10    (2)    Trial is continued to June 8, 2020 at 8:30 a.m., or as soon thereafter as the Court

11 is available.

12                                **IT IS SO ORDERED.**

13

14

15 Dated: _____, 2020     _____

16                                          Hon. William H. Orrick

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

**Demetric Di-Az, Owen Diaz, And Lamar Patterson v. Tesla, Inc.**
**dba Tesla Motors, Inc., et al.**
**USDC Case No. 3:17-cv-06748-WHO**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On April 1, 2020, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 1, 2020, at Los Angeles, California.

/s/ Susie Navarro
Susie Navarro

SERVICE LIST

**Demetric Di-Az, Owen Diaz, And Lamar Patterson v. Tesla, Inc.**

**dba Tesla Motors, Inc., et al.**

**Lawrence A. Organ**
**Navruz Avloni**
Cimone A. Nunley
California Civil Rights Law Group
332 San Anselmo Ave.
San Anselmo, CA  94960
Telephone:       415-453-4740
Facsimile:       415-785-7352]
Email:            larry@civiilrightsca.com
                 navruz@civilrightsca.com
                 cimone@civilrightsca.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

J. Bernard Alexander, Esq.
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:       310-464-1535
Facsimile:       310-394-0811
Email: alexander@akgllp.com

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ