1  LAWRENCE A. ORGAN (SBN 175503)
   NAVRUZ AVLONI (SBN 279556)
2  CIMONE A. NUNLEY (SBN 326915)
   CALIFORNIA CIVIL RIGHTS LAW GROUP
3  332 San Anselmo Avenue
4  San Anselmo, California 94960
   Telephone:   (415)-453-7352
5  Facsimile:   (415)-785-7352

6
   J. BERNARD ALEXANDER (SBN 128307)
7  ALEXANDER KRAKOW + GLICK LLP
   1900 Avenue of the Stars, Suite 900
8  Los Angeles, California 90067
9  Telephone:   (310) 394-0888
   Facsimile:   (310) 394-0811
10 Attorneys for Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ

11
   TRACEY A. KENNEDY (SBN 150782)
12 PATRICIA M. JENG (SBN 272262)
   SUSAN HAINES (SBN 224611)
13 SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
   333 South Hope Street, 43rd Floor
14 Los Angeles, CA 90071-1422
15 Telephone:   (213)-620-1780
   Facsimile    (213)-620-1398
16 Attorneys for Defendant TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR PARTIAL DISMISSAL OF CLAIMS**<br><br>Trial Date: May 11, 2020<br>FAC Filed: December 26, 2018 |

Pursuant to Local Rule 7-12 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Demetric Di-az and Owen Diaz ("Plaintiffs") and Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS** Plaintiffs filed their First Amended Complaint ("FAC") on December 26, 2018 (Dkt. No. 57), and Defendant filed its Answer to the FAC on January 1, 2019 (Dkt. No. 63);

**WHEREAS** Plaintiffs' FAC pled causes of action for violations of 42 U.S.C. § 1981; interference with constitutional rights in violation of the Bane Act; whistleblower retaliation under Section 1102.5 of the California Labor Code; negligent infliction of emotional distress; intentional infliction of emotional distress; negligent infliction of emotional distress; negligent hiring, retention, and supervision; and wrongful termination in violation of public policy against Defendant as to Plaintiff Demetric Di-az;

**WHEREAS** Plaintiffs' FAC pled causes of action for violations of 42 U.S.C. § 1981 (1st Cause of Action) and negligent hiring, retention, and supervision (14th Cause of Action) against Defendant as to Plaintiff Owen Diaz, which Plaintiff Owen Diaz intends to pursue to trial and shall not be affected by this stipulation;

**WHEREAS** Plaintiffs' FAC pled causes of action for threats of violence in violation of the Ralph Civil Rights Act (4th Cause of Action), threats of violence in violation of the Bane Act (5th Cause of Action), interference with constitutional rights in violation of the Bane Act (6th Cause of Action), whistleblower retaliation under Section 1102.5 of the California Labor Code (7th Cause of Action), negligent infliction of emotional distress (12th Cause of Action), intentional infliction of emotional distress (13th Cause of Action), wrongful termination (15th Cause of Action), and constructive discharge (16th Cause of Action) against Defendant as to Plaintiff Owen Diaz;

**IT IS HEREBY STIPULATED** by and between the parties that all causes of action as to Plaintiff Demetric Di-az are hereby dismissed with prejudice;

**IT IS FURTHER STIPULATED THAT** with respect to Plaintiff Owen Diaz' 4th, 5th,

6th, 7th, 12th, 13th, 15th and 16th Causes of Action, these are hereby dismissed with prejudice; and

**IT IS HEREBY FURTHER STIPULATED THAT** Plaintiff Owen Diaz is the only plaintiff remaining and only Owen Diaz's 1st and 14th Causes of Action shall remain intact and proceed to trial.

**IT IS SO STIPULATED.**

CALIFORNIA CIVIL RIGHTS LAW GROUP

ALEXANDER KRAKOW + GLICK LLP

Dated:  April 1, 2020          By          /s/ Cimone Nunley
LAWRENCE A. ORGAN
NAVRUZ AVLONI
J. BERNARD ALEXANDER
CIMONE A. NUNLEY
Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


Dated:  April 1, 2020          By          /s/ Patricia Jeng
TRACEY A. KENNEDY
PATRICIA M. JENG
SUSAN HAINES

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.


**IT IS SO ORDERED.**


DATED: April ___, 2020          _____
HONORABLE WILLIAM H. ORRICK

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated:  April 1, 2020        By        /s/ Cimone Nunley
                                    LAWRENCE A. ORGAN
                                    NAVRUZ AVLONI
                                    J. BERNARD ALEXANDER
                                    CIMONE A. NUNLEY
                                    Attorneys for Plaintiffs
                                    DEMETRIC DI-AZ and OWEN DIAZ