SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
NAMAL TANTULA, Cal. Bar No. 247373
BRETT YOUNG, Cal Bar No. 305657
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
T: 213.620.1780 | F: 213.620.1398
tkennedy@sheppardmullin.com
ntantula@sheppardmullin.com
byoung@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
T: 415.434.9100 | F: 415.434.3947
pjeng@sheppardmullin.com
shaines@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **JOINT STIPULATION RE PLAINTIFFS' PROPOSED MOTIONS *IN LIMINE* NOS. 4, 6 AND 7; [~~PROPOSED~~] ORDER** <br><br> Pre-trial Conference: May 11, 2020 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> Trial Date: June 8, 2020 <br> Complaint filed: October 16, 2017 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Owen Diaz and Demetric Di-az ("Plaintiffs"), and Defendant Tesla, Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, hereby submit this Joint Stipulation re Plaintiff's Proposed Motions *in Limine* Nos. 4, 6, and 7 in order to prevent the unnecessary use of Court time and resources. Accordingly, the Parties stipulate as follows:

**WHEREAS**, on March 23, 2020, Plaintiffs sent Defendant their proposed Motions *in Limine* as part of the mandatory exchange of pre-trial documents*;*

 **WHEREAS**, counsel for Defendant reviewed the motions, which cover eight evidentiary issues Plaintiff would like to exclude;

**WHEREAS**, after reviewing the proposed motions, Defendant does not intend to affirmatively offer evidence, subject to the below limitations, on the following proposed motions:

1. Motion *in Limine* No. 4 to Exclude Evidence and Testimony Concerning Witness Demetrica Holmes's Mental Health History;

2. Motion *in Limine* No. 6 to Exclude Evidence and Testimony Concerning Plaintiff Owen Diaz's Past Criminal Convictions;

3. Motion *in Limine* No. 7 to Exclude Evidence of Plaintiff Owen Diaz's Past Drug Use;

**WHEREAS**, Defendant's representation that it does not affirmatively intend to offer evidence is without prejudice to Defendant's right to introduce evidence in any of the at-issue proposed motions should Plaintiffs or any of Plaintiffs' witnesses "open the door" to these issues;

**WHEREAS**, the parties assert that entering into this stipulation will save the parties and Court significant time in adjudicating and addressing the pre-trial issues in this matter, and will prevent unnecessary motion practice on issues that are not disputed;

**NOW THEREFORE**, it is hereby stipulated by and between Plaintiffs and Defendant, that:

(1)    Subject to Plaintiff opening the door, Defendant will not affirmatively introduce evidence on the following issues that are subject to Plaintiffs' proposed Motions *in Limine*:

1.    Evidence concerning Demetrica Holmes's past mental health history.

2.    Evidence concerning Owen Diaz's past criminal convictions.

3.    Evidence concerning Owen Diaz's past drug use.

**IT IS SO STIPULATED.**

CALIFORNIA CIVIL RIGHTS LAW GROUP

ALEXANDER KRAKOW + GLICK LLP

By:           /s/ Cimone A. Nunley
         _____
                Lawrence A. Organ, Esq.
                 Navruz Organ, Esq.
                Cimone A. Nunley, Esq.
              J. Bernard Alexander, Esq.

*All signatories listed concur in the filing's content and have authorized the filing*

                 Attorneys for Plaintiffs
            DEMETRIC DI-AZ AND OWEN DIAZ

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

April 1, 2020

By           _____

TRACEY A. KENNEDY
PATRICIA M. JENG

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.

**[~~PROPOSED~~] ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY**

**ORDERED THAT**:

(1)      Defendant will not introduce evidence on the following issues that were subject to

Plaintiffs' proposed Motions *in Limine*:

1.      Evidence concerning Demetrica Holmes' past mental health history.

2.      Evidence concerning Owen Diaz's past criminal convictions.

3.      Evidence concerning Owen Diaz's past drug use.

(2)      This stipulation is made without prejudice to Defendant's right to introduce any of

the above-referenced evidence should Plaintiff or any of Plaintiff's witnesses present evidence

on these issues or otherwise make them relevant to the trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 2, 2020

Hon. William H. Orrick