FREDERIC FLETCHER (CSBN 238038)
417 2nd Street, Suite 204
Eureka, CA 95501
Telephone: (707) 502-2642
FAX: (888) 979-8171
Email: fletcher@lawca.us

Attorney for Plaintiff KATHARINE KIRKPATRICK

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
NAMAL TANTULA, Cal. Bar No. 247373
TIMOTHY T. KIM, Cal. Bar No. 314365
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email:   tkennedy@sheppardmullin.com
         namaltantula@sheppardmullin.com
         tkim@sheppardmullin.com

Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHARINE KIRKPATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-10 INCLUSIVE,<br><br>    Defendant. | CASE NO.: 19-cv-03696-RMI<br><br>**JOINT STIPULATION TO CONTINUE JANUARY 16, 2020 SETTLEMENT CONFERENCE**<br><br>Date: January 16, 2020<br>Time: 2:00 p.m.<br>Courtroom: San Jose Courthouse, Courtroom 5 – 4th Floor, 280 South 1st Street, San Jose, CA 95113<br>Judge: Honorable Nathanael Cousins |

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
19-CV-03696-RMI
SMRH:4811-1178-1809.1                              -1-

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Katharine Kirkpatrick ("Plaintiff"), and Defendant State Farm Mutual Automobile Insurance Company ("Defendant") hereby stipulate to continue the Settlement Conference in this action, currently scheduled for January 16, 2020, to March 5, 2020 or an available date soon thereafter.

**WHEREAS**, Plaintiff filed her Complaint in this matter in the Superior Court of California, County of Humboldt, on April 30, 2019.

**WHEREAS**, Defendant filed a Notice of Removal and removed this case to the United States District Court, Northern District of California, on June 25, 2019.

**WHEREAS**, the parties appeared for a Case Management Conference on September 24, 2019, and were referred to Magistrate Judge Nathanael Cousins to participate in a settlement conference.

**WHEREAS**, the parties appeared before Judge Cousins on November 19, 2019, and a settlement conference was set for January 16, 2020.

**WHEREAS**, the parties have agreed to reschedule the January 16, 2020 settlement conference to a date in March 2020 to allow additional time for the parties to confirm a date for Plaintiff's deposition in January or February 2020.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between all parties to this action that the Settlement Conference should be continued to March 5, 2020 or an available date soon thereafter.

**IT IS SO STIPULATED.**

//
//
//
//

|  |  |  |
|---|---|---|
|  | | Respectfully submitted, |
|  | | Sheppard Mullin, Richter, & Hampton, LLP |
| Dated: 1-10-2020 | By: | /s/ Timothy Kim<br>TRACEY A. KENNEDY<br>NAMAL TANTULA<br>TIMOTHY T. KIM |
|  | | Attorneys for Defendant State Farm Mutual Automobile Insurance Company |
|  | | FLETCHER LAW OFFICES |
| Dated: 1-9-2020 | By: | /s/Frederic Fletcher<br>FREDERIC FLETCHER<br>Attorney for Plaintiff Katharine Kirkpatrick |
|  | | ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory. |

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
19-CV-03696-RMI

-3-

SMRH:4811-1178-1809.1

## PROOF OF SERVICE

*Katharine Kirkpatrick v. State Farm Mutual Automobile Ins.*
Superior Court, County of Humboldt Case No. DR190356

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On January 10, 2020, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE JANUARY 16, 2020 SETTLEMENT CONFERENCE** on the interested parties in this action as follows:

### SERVICE LIST

| | |
|---|---|
| Frederic R. Fletcher<br>Fletcher Law Offices<br>417 2nd Street, Suite 204<br>Eureka, California 95501<br>**Tel:** 707-502-2642<br>**Email:** fletcher@lawca.com | *Attorneys for Plaintiff,*<br>Katharine Kirkpatrick |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address snavarro@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 10, 2020, at Los Angeles, California.

*/s/ Susie Navarro*
Susie Navarro

SMRH:4814-3305-9490.1

-4-