1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
3  NAMAL TANTULA, Cal. Bar No. 247373
   BRETT YOUNG, Cal. Bar No. 305657
4  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1422
5  Telephone:    213.620.1780
   Facsimile:    213.620.1398
6  Email:        tkennedy@sheppardmullin.com
                 ntantula@sheppardmullin.com
7                byoung@sheppardmullin.com
   PATRICIA M. JENG, Cal. Bar No. 272262
8  SUSAN HAINES, Cal. Bar No. 224611
   Four Embarcadero Center, 17th Floor
9  San Francisco, California 94111-4109
   Telephone:    415.434.9100
10 Facsimile:    415.434.3947
   Email:        pjeng@sheppardmullin.com
11               shaines@sheppardmullin.com
   Attorneys for Defendants,
12 TESLA, INC. dba TESLA MOTORS, INC.

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

| 17 | DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON | Case No. 17-cv-06748-WHO |
|---|---|---|
| 18 | | |
| 19 | Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTIONS *IN LIMINE*** |
| 20 | v. | |
| 21 | TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive | Date:       May 11, 2020<br>Time:       10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:      Hon. William H. Orrick |
| 22 | | |
| 23 | | Trial Date;   June 8, 2020<br>Complaint Filed: October 16, 2017 |
| 24 | Defendants. | |

**PROPOSED ORDER**

On May 11, 2020 at 10:00 a.m., Defendant Tesla, Inc.'s ("Tesla") Motions *In Limine* came on for telephonic hearing, the Honorable William H. Orrick presiding. All parties were represented by counsel.

After consideration of the papers and evidence submitted, and of the oral and written submissions by the respective parties, the Court finds that Tesla is entitled to an order granting Tesla's Motions *In Limine* Nos. 1, 2, 3 and 4 as follows:

1. Tesla's Motion *In Limine* No. 1 is granted. All "me too" testimony from DeWitt Lambert, Nathan Fraim, Titus McCaleb, Brandie To, Nigel Jones, Jakel Williams, Melvin Berry and Demetric Di-az is excluded;

2. Tesla's Motion *In Limine* No. 2 is granted. All "me too" documentary evidence, consisting of Plaintiff's Exhibits 36, 70, 106, 107, 108, 109, 110, 113, and any testimony about any of these exhibits is excluded, including testimony from Josh Hedges, Alfonso Franco, Andres Donet, Liza Lipson, Nathan Fraim, Maggie Crosby, Paul James, Josh Mantz, Jeff Henry, and Plaintiff's designated expert Amy Oppenheimer;

3. Tesla's Motion *In Limine* No. 3 is granted. All "me too" testimony from Lamar Patterson, Tamotsu Kawasaki, Michael Wheeler, and Wayne Jackson is excluded; and

4. Tesla's Motion *In Limine* No. 4 is granted. Plaintiff's counsel may not carry, show or use as demonstrative, a book written by Randall Kennedy entitled "nigger."

**IT IS SO ORDERED.**

DATED:_____           _____
                                   The Hon. William H. Orrick
                                   U.S. District Court, Northern District of California