LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER KRAKOW + GLICK LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

Attorneys for Plaintiff
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6**<br><br>Date: May 11, 2020<br>Time: 10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: June 8, 2020<br>Complaint filed: October 16, 2017 |

**[PROPOSED] ORDER**

On May 11, 2020 at 10:00 a.m., Plaintiff Owen Diaz's ("Plaintiff") Motions *in Limine* were heard by the Hon. William H. Orrick via telephonic hearing. All parties were represented by counsel.

After consideration of the papers and evidence submitted, and of the oral arguments by the respective parties, the Court makes the following orders with respect to Plaintiff's Motions *in Limine* Nos. 1-6 as follows:

1. Plaintiff's Motion *in Limine* No. 1 to exclude lay opinion testimony that racial slurs are not offensive is hereby

    _____ GRANTED

    _____ DENIED

2. Plaintiff's Motion *in Limine* No. 2 to exclude the testimony of witness Ramon Martinez is hereby

    _____ GRANTED

    _____ DENIED

3. Plaintiff's Motion *in Limine* No. 3 to exclude a written statement of Ramon Martinez is hereby

    _____ GRANTED

    _____ DENIED

4. Plaintiff's Motion *in Limine* No. 4 to exclude testimony or evidence concerning the workplace relationship between Plaintiff and Rothaj Foster is hereby

    _____ GRANTED

    _____ DENIED

5. Plaintiff's Motion *in Limine* No. 5 to exclude testimony or evidence concerning Plaintiff's work performance is hereby

    _____ GRANTED

    _____ DENIED

6. Plaintiff's Motion *in Limine* No. 6 to exclude testimony or evidence concerning witness Demetric Di-az's criminal history is hereby

_____ GRANTED

_____ DENIED

IT IS SO ORDERED.

DATED: _____, 2020                         _____
                                                                              Hon. William H. Orrick