LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:      (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER KRAKOW + GLICK LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:      (310) 394-0811

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6** <br><br> Date: May 11, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> Trial Date: June 8, 2020 <br> Complaint filed: October 16, 2017 |

I, LAWRENCE ORGAN, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action. I submit this Declaration in support of Plaintiff's Motions *in Limine* Nos. 1-6. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto and marked as Exhibit 1 is a true and correct copy of various excerpts from the deposition of Tamotsu Kawasaki.

3. Attached hereto and marked as Exhibit 2 is a true and correct copy of various excerpts from the deposition of Michael Wheeler.

4. Attached hereto and marked as Exhibit 3 is a true and correct copy of various excerpts from the deposition of Wayne Jackson.

5. Attached hereto and marked as Exhibit 4 is a true and correct copy of various excerpts from the deposition of Annalisa Heisen.

6. Attached hereto and marked as Exhibit 5 is a true and correct copy of various excerpts from the deposition of Erin Marconi.

7. Attached hereto and marked as Exhibit 6 is a true and correct copy of Defendant Tesla, Inc. dba Tesla Motors, Inc.'s Initial Discovery Information Pursuant to General Order No. 71 in this matter.

8. Attached hereto and marked as Exhibit 7 is a true and correct copy of Defendant Tesla Inc.'s Responses to Plaintiff Owen Diaz' Interrogatories—Set One.

9. Attached hereto and marked as Exhibit 8 is a true and correct copy of Defendant Tesla, Inc. dba Tesla Motors, Inc.'s Response to Plaintiff Owen Diaz's Interrogatories, Set Three.

10. Attached hereto and marked as Exhibit 9 is a true and correct copy of a Declaration of Non-Service for a Subpoena to Testify at a Deposition in a Civil Action and Plaintiff Owen Diaz's Notice of Deposition of Ramon Martinez.

11. Attached hereto and marked as Exhibit 10 is a true and correct copy of various excerpts from the deposition of Veronica Martinez.

12. Attached hereto and marked as Exhibit 11 is a true and correct copy of a document produced by former Defendant Citistaff Solutions, Inc. in this action and Bates-stamped CITISTAFF-0000001 to CITISTAFF-0000005.

13. Attached hereto and marked as Exhibit 12 is a true and correct copy of a document produced by former Defendant Citistaff Solutions, Inc. in this action and Bates-stamped CITISTAFF-0000011 to CITISTAFF-0000013.

14. Attached hereto and marked as Exhibit 13 is a true and correct copy of documents produced by Defendant Tesla, Inc. in this action and Bates-stamped TESLA-001051 to TESLA-0001116.

15. Attached hereto and marked as Exhibit 14 is a true and correct copy of a Certificate of Service created by counsel for Defendant Tesla, Inc. in this action for the service of documents Bates-stamped TESLA-001051 to TESLA-0001116

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2020 in Sacramento, California.

DATED:  April 20, 2020         By: _____
Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
J. Bernard Alexander, Esq.
Cimone A. Nunley, Esq.
Attorneys for Plaintiff
OWEN DIAZ