# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>　　TELEPHONE NO.: (415) 453-4740   FAX NO.: (415) 785-7352<br>　　ATTORNEY FOR: Plaintiff | **FOR COURT USE ONLY** |
|---|---|
| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>　　STREET ADDRESS: 450 Golden Gate Avenue<br>　　MAILING ADDRESS: 450 Golden Gate Avenue<br>　　CITY AND ZIP CODE: San Francisco, CA, 94102<br>　　BRANCH NAME: San Francisco/Oakland Division | |
| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |

1.　I am over 18 years of age and not a party to this action.

2.　Received by Evan-Allen Services to be served on **Ramon Martinez**, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **San Jose, CA 95129**.

3.　**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Ramon Martinez** at the address of: ▇▇▇▇▇▇▇▇▇▇▇▇ **San Jose, CA 95129**, and informed said person of the contents therein, in compliance with state statutes.

4.　Date and Time of service: 10/2/2019 at 6:55 pm

5.　I am an independent contractor of a registered California process server.

6.　My name, address, telephone number, and, if applicable, county of registration and number are:

　　Name: Lore Karamcheti
　　Firm: Evan-Allen Services
　　Address: 4425 Treat Blvd., #149, Concord, CA 94521
　　Telephone number: (925) 525-9062
　　Registration Number: PS1726
　　County: Santa Clara
　　The fee for the service was: $105.00

7.　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-4-19

Lore Karamcheti
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _[signature]_
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)