LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6** <br><br> Date: May 11, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> Trial Date: June 8, 2020 <br> Complaint filed: October 16, 2017 |

## **MOTION**

Pursuant to Local Rules 7-11 and 79-5, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Plaintiff Owen Diaz respectfully requests an order sealing the physical copies in the Court's files of Exhibits 1 through 18 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiff's Motions *in Limine* Nos. 1-6. This Motion is based on the Declaration of Cimone Nunley in support thereof, and the documents to be sealed are laid out below:

| Document | Designating Party | Basis for Sealing |
| --- | --- | --- |
| Exhibit 1: Deposition of Plaintiff Owen Diaz, Vol. I | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 2: TESLA-0000004 to TESLA-0000008 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 3: TESLA-0000732 to TESLA-0000734 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 4: NS000012 to NS000013 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 5: NS000136 to NS000137 | nextSource, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 6: TESLA-0000125 to TESLA-0000130 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 7: TESLA-0000702 to TESLA-0000703 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 8: TESLA-0000127 to TESLA-0000128 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 9: TESLA-0000664 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 10: TESLA-0000319 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 11: TESLA-0000320 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 12: TESLA-0000612 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 13: TESLA-0000336 to TESLA0000338 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 14: TESLA-0000505 to TESLA0000506 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 15: TESLA-0000557 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| Exhibit 16: TESLA-0000704 to TESLA-0000705 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 17: TESLA-0000708 to TESLA0000709 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 18: TESLA0000741 to TESLA-0000743 | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Publicizing these documents would violate the Protective Order entered in this case [Dkt. No. 50].

DATED: April 20, 2020            By:    ___/s Lawrence Organ_____
                                         Lawrence A. Organ, Esq.
                                         Navruz Avloni, Esq.
                                         J. Bernard Alexander, Esq.
                                         Cimone A. Nunley, Esq.
                                         Attorneys for Plaintiff
                                         OWEN DIAZ