LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6**<br><br>Date: May 11, 2020<br>Time: 10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: June 8, 2020<br>Complaint filed: October 16, 2017 |

# [PROPOSED] ORDER

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiff Owen Diaz has filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibits 1 through 18 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiff's Motions in Limine Nos. 1-6. According to the declaration filed by Plaintiff's counsel, Cimone Nunley, in support of this Motion, Exhibits 1 through 18 should be sealed for the foregoing reasons:

| Document | Basis for Sealing |
| --- | --- |
| Exhibit 1: Deposition of Plaintiff Owen Diaz, Vol. I | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 2: TESLA-0000004 to TESLA-0000008 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 3: TESLA-0000732 to TESLA-0000734 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 4: NS000012 to NS000013 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 5: NS000136 to NS000137 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 6: TESLA-0000125 to TESLA-0000130 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 7: TESLA-0000702 to TESLA-0000703 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 8: TESLA-0000127 to TESLA-0000128 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 9: TESLA-0000664 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 10: TESLA-0000319 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 11: TESLA-0000320 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 12: TESLA-0000612 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 13: TESLA-0000336 to TESLA0000338 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 14: TESLA-0000505 to TESLA0000506 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 15: TESLA-0000557 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

| | |
|---|---|
| Exhibit 16: TESLA-0000704 to TESLA-0000705 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 17: TESLA-0000708 to TESLA0000709 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |
| Exhibit 18: TESLA0000741 to TESLA-0000743 | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiff's Administrative Motion to File Documents Under Seal in Support of Plaintiff's Motions *in Limine* Nos. 1-6 is GRANTED.

2. The physical copies in the Court's files of Exhibits 1 through 18 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiff's Motions in Limine Nos. 1-6 shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2020          _____
                                      The Honorable William Orrick
                                      United States District Court Judge