LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**SUPPLEMENTAL DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: May 11, 2020<br>Time: 10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: June 8, 2020<br>Complaint filed: October 16, 2017 |

I, CIMONE A. NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action. I submit this Supplemental Declaration in support of Plaintiff's Motions *in Limine* nos. 1 through 6. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto and marked as Supplemental Exhibit 1 are true and correct copies of various excerpts from Volume I of the deposition of Plaintiff Owen Diaz. Defendant Tesla, Inc. (hereinafter "Defendant") marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

3. Attached hereto and marked as Supplemental Exhibit 2 is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000004 to TESLA-0000008. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

4. Attached hereto and marked as Supplemental Exhibit 3 is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000732 to TESLA-0000734. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

5. Attached hereto and marked as Supplemental Exhibit 4 are true and correct copies of documents produced by former Defendant nextSource, Inc. (hereinafter "nextSource") in discovery and Bates stamped NS000012 to NS000013. nextSource marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

6. Attached hereto and marked as Supplemental Exhibit 5 is a true and correct copy of a document produced by nextSource in discovery and Bates stamped NS000136 to NS000137. nextSource marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

7. Attached hereto and marked as Supplemental Exhibit 6 is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000125 to TESLA-0000130. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

8. Attached hereto and marked as Supplemental Exhibit 7 are true and correct copies of documents produced by Defendant in discovery and Bates-stamped TESLA-0000702 to TESLA-0000703. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

9. Attached hereto and marked as Supplemental Exhibit 8 are true and correct copies of documents produced by Defendant in discovery and Bates-stamped TESLA-0000127 to TESLA-0000128. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

10. Attached hereto and marked as Supplemental Exhibit 9 is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000664. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

11. Attached hereto and marked as Supplemental Exhibit 10 is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000319. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

12. Attached hereto and marked as Supplemental Exhibit 11 is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000320. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

13. Attached hereto and marked as Supplemental Exhibit 12 is a true and correct copy of a document produced by Defendant in discovery and Bates-stamped TESLA-0000612. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

14. Attached hereto and marked as Supplemental Exhibit 13 are true and correct copies of documents produced by Defendant in discovery and Bates-stamped TESLA-0000336 to TESLA0000338. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

15. Attached hereto and marked as Supplemental Exhibit 14 are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA-0000505 to TESLA0000506. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

16. Attached hereto and marked as Supplemental Exhibit 15 is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000557. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

17. Attached hereto and marked as Supplemental Exhibit 16 is a true and correct copy of a document produced by Defendant in discovery and Bates stamped TESLA-0000704 to TESLA-0000705. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

18. Attached hereto and marked as Supplemental Exhibit 17 are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA-0000708 to TESLA0000709. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

19. Attached hereto and marked as Supplemental Exhibit 18 are true and correct copies of documents produced by Defendant in discovery and Bates stamped TESLA0000741 to TESLA-0000743. Defendant marked this document as "confidential" pursuant to the Protective Order and the document should therefore be sealed pursuant to this Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2020 in Sacramento, California.

DATED:  April 20, 2020          By: _____
                                    Lawrence A. Organ, Esq.
                                    Navruz Avloni, Esq.
                                    J. Bernard Alexander, Esq.
                                    Cimone A. Nunley, Esq.
                                    Attorneys for Plaintiff
                                    OWEN DIAZ

DECLARATION OF CIMONE NUNLEY ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL