Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
Cimone A. Nunley (SBM 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com
cimone@civilrightsca.com

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DIAZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>   Plaintiffs,<br><br>  v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-10 inclusive,<br><br>   Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

*Owen Diaz, Demetric Diaz, and Lamar Patterson v. Tesla, Inc., et al.*

**United States District Court, Northern Dist. California, Case No. 3:17-cv-06748-WHO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Marin, State of California. My business address is 332 San Anselmo Avenue, San Anselmo, CA 94960. On April 20, 2020, I served true copies of the following document(s) described as:

- **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6;**
- **SUPPLEMENTAL DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6;**
- **EXHIBITS 1-18 TO THE SUPPLEMENTAL DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6;**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6;**
- **PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6 [UNREDACTED].**

__xx__   by causing the above listed documents to be electronically served to the interested party(ies) at the electronic address(es) listed below.

on the interested parties in this action as follows:

*Attorneys for Defendants Tesla, Inc.:*

Tracey A. Kennedy
Namal Tantula
Brett Young
Sheppard Mullin
333 South Hope Street
43rd Floor
Los Angeles, California 90071
tkennedy@sheppardmullin.com
ntantula@sheppardmullin.com
byoung@sheppardmullin.com
\\

Patricia Jeng
Susan Haines
Sheppard Mullin
Four Embarcadero Center,17th Floor
San Francisco, CA 94111
PJeng@sheppardmullin.com
Shaines@sheppardmullin.com

***Attorneys for former Defendant nextSource, Inc.:***
Jason A. Geller
Juan C. Araneda
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
jaraneda@fisherphillips.com
jgeller@fisherphillips.com

_____     **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___X___     **(Federal)**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 20, 2020 at Daly City, California.

_____
Sabrina Grislis

CERTIFICATE OF SERVICE                                              Case No. 3:17-cv-06748-WHO