LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
T: (415)-453-7352 | F: (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER KRAKOW + GLICK LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs,
OWEN DIAZ

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
TRACEY A. KENNEDY (SBN 150782)
NAMAL TANTULA (SBN 247373)
BRETT YOUNG (SBN 305657)
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
T: 213.620.1780 | F: 213.620.1398
tkennedy@sheppardmullin.com
ntantula@sheppardmullin.com

PATRICIA M. JENG (SBN 272262)
SUSAN HAINES (SBN 224611)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
T: 415.434.9100 | F: 415.434.3947
pjeng@sheppardmullin.com
shaines@sheppardmullin.com

Attorneys for Defendant,
TESLA, INC. dba TESLA MOTORS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Trial Date: June 8, 2020<br>Complaint filed: October 16, 2017 |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 001 | Racist Drawing, 1-21-2016 | ODIAZ000008 | Owen Diaz | | Authentic Admissible | | |
| 002 | Racist Drawing  Close up, 1-21-2016 | ODIAZ000009 | Owen Diaz | | Authentic | | |
| 003 | TESLA Master Services Agreement with NextSource, 5-28-2013 | TESLA-0001014-1046 | Chuck Shehadi | | Authentic | | |
| 004 | WVSG Agreement for Tesla; Wetle Depo: p.148:13-150:5 (Depo Exhibit 2) | WV000051-63 | Rovilla Wetle | | Authentic | Δ349 | |
| 005 | Rovilla Wetle email re Demetric Di-az dates; Wetle email exchange with Josh Hedges and Carmen Copher Re clarification of Demetric Di-az work at Tesla, 10-5-2017  (Depo Exhibit 3) | WV000137-138 | Rovilla Wetle | | Authentic | Δ369 | |
| 006 | TESLA Anti-Handbook Handbook, (Depo Exhibit 62) | TESLA-0000211-214 | Annalisa Heisen (Tesla PMK) | | Authentic | | |
| 007 | WVE Employment Info for Demetric Di-Az  (Depo Exhibit 6) | WV000001-6 | Rovilla Wetle | | Authentic | | |
| 008 | Demetric Di-Az online Tesla Application, 8-11-2015 (Depo Exhibit 7) | TESLA-0000157-162 | Rovilla Wetle? Demetric Diaz | | Authentic | | |
| 009 | West Valley Timesheet for Demetric Di-az, week ending 2015.8.30-2015.10.25 (Depo Exhibit 8) | V0000041-49 | Demetric Diaz | | Authentic | | |
| 010 | WVSG Payroll for Demetric Di-az (Depo Exhibit 9) | V0000029-37 | Rovilla Wetle? Demetric Diaz | Former Plaintiff Demetric Di-az's pay stubs not relevant to Plaintiff's claims.  FRE 401-402. | | | |
| 011 | Rovilla Wetle email re Demetric safety training, 5-18-2018 (Depo Exhibit 10) | V0000129 | Rovilla Wetle | Whether former Plaintiff | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | Demetric Di-az attended safety training not relevant to Plaintiff's claims.  FRE 401-402. | | | |
| 012 | Monica DeLeon email to Ludivina Ledesma Re Racist Effigy and Drawing, 1-16-2016 | CitiStaff-0000050-55 | Monica DeLeon | | Authentic | Δ292 | |
| 013 | Gleason email Re Juan and Javier response to Demetric safety issues, 10-11-2015  (Depo Exhibit 12) | WV0000133-136 | Rovilla Wetle | | Authentic | | |
| 014 | Juan Martinez email agreeing to ending Di-Az contract, 10-20-2015 (Depo Exhibit 13) | WV0000098-99 | Rovilla Wetle | | Authentic Admissible | | |
| 015 | Quintero email to Romero re Owen, 2-29-2016 | TESLA-0000314-316 | Quintero or Romero | | Authentic | Δ300 | |
| 016 | Wetle forwards Javier Caballero email re Demetric termination timing, 10-31-2015 (Depo Exhibit 15) | WV0000156-159 | Rovilla Wetle | | Authentic Admissible | | |
| 017 | Lamar Patterson email to Owen, 2-26-2016 (L Peterson Depo Exhibit 10) | ODIAZ000209 modified to ODIAZ 206-209 | Lamar Patterson | | | Δ245 (agree to Δ #s) | |
| 018 | Zehner response to Wetle re Demetric report to Javier, 9-22-2015 (Depo Exhibit 17) | WV0000068 | Rovilla Wetle | Person to whom former Plaintiff Demetric Di-az was to report not relevant to Plaintiff's | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | claim. FRE 401-402. | | | |
| 019 | Owen's Tesla ID (O. Diaz Depo Exhibit 37) | | Owen | | | | |
| 020 | Expert report of Charles Mahla | | | Purported expert report is inadmissible hearsay not within any exception. FRE 801-802, 807. | | | |
| 021 | Tesla contractor EHS guidelines, 12-21-2015 (L Peterson Depo Exhibit 8) | CSS9 | Patterson | Former Plaintiff Lamar Patterson's signed guidelines irrelevant to Plaintiff's claims. FRE 401-402. | | | |
| 022 | Email from Phillip Jaco at West Valley to Titus McCaleb "congratulations on your new position at Tesla Motors through West Valley Staffing Group", 10-19-2016  (McCaleb Depo Exhibit 3) | | Titus McCaleb | Δ MIL 1, §3 | | | |
| 023 | Expert report of Anthony Reading | | Anthony Reading | Purported expert report is inadmissible hearsay not within any | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | exception. FRE 801-802, 807. | | | |
| 024 | Amended report of Amy Oppenheimer | | Amy Oppenheimer | Purported expert report is inadmissible hearsay not within any exception. FRE 801-802, 807. | | | |
| 025 | Tesla Personal Protective Equipment Reqs  (Depo Exhibit 25) | TESLA-0000234-239 | Annalisa Heisen | | Authentic | | |
| 026 | Personal Protective Equipment Program (Depo Exhibit 29) | TESLA-0000228-233 | Romero | | Authentic | | |
| 027 | Tesla Workplace Violence Policy (Depo Exhibit 31) | TESLA-0000249 modified to Tesla 248-249 | Annalisa Heisen | | Authentic | Δ374 (agree to Δ #s) | |
| 028 | Tesla Anti-Harassment Policy (Depo Exhibit 32, 117) | TESLA-0000220 | Annalisa Heisen | | Authentic | Δ347 & Δ373 | |
| 029 | Tesla Anti-Harassment Policy  (Depo Exhibit 33, 118) | TESLA-0000217-219 | Annalisa Heisen | | Authentic | Δ368 | |
| 030 | Owen Diaz email re Ramon threat, 10-17-2015 | ODIAZ000003 | Ed Romero or Tom Kawasaki | | Authentic | Δ235 | |
| 031 | Garrett email to Marconi Re Ramon threat, 10-20-2015  (Quintero Depo Exhibit 35) | TESLA-0000140-142 | Wayne Jackson | | Authentic | Δ240 (Δ is only 140-41) | |
| 032 | Parks email RE Rothaj Foster payroll, 10-27-2015 (Depo Exhibit 36) | TESLA-0000054-55 | Ed Romero Wayne Jackson | | Authentic | Δ250 | |
| 033 | Fwd Racist Effigy and Drawing, 1-22-2016  (Depo Exhibit 37) | TESLA-0000035-37 | Wayne Jackson | | Authentic Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 034 | Garrett email Re Racist Effigy and Drawing, 1-22-2016  (Depo Exhibit 38, 128) | TESLA-0000020-24 | Wayne Jackson Use also with Quintero | | Authentic Admissible | Δ274 | |
| 035 | Quintero email Re Racist Effigy and Drawing, 1-22-2016  (Depo Exhibit 39) | TESLA-0000025-29 | Quintero | | Authentic Admissible | Δ275 | |
| 036 | Elon Musk email Re Doing the Right Thing, 5-31-2017 (Depo Exhibit 40) | | Victor Quintero | Δ MIL 2, §5 | | | |
| 037 | Romero email Re Confidential elevator issues (owen), 8-1-2015 (Depo Exhibit 41) | TESLA-0000509 | Ed Romero | | Authentic Admissible | | |
| 038 | Kawasaki email re confidential elevator issues (owen), 8-2-2015 (Depo Exhibit 42, 120) | TESLA-0000510 | Tom Kawasaki | | Authentic Admissible | Δ218 | |
| 039 | Romero email re Judy Tibreza (verbal warning), 8-4-2015 (Depo Exhibit 43, 121) | TESLA-0000511 | Romero | | Authentic Admissible | | |
| 040 | Romero email Re Elevator confidential information, 8-4-2015  (Depo Exhibit 44, 122) | TESLA-0000512 | Romero | | Authentic Admissible | Δ219 | |
| 041 | Quintero email re Judy Tibreza (verbal warning), 8-4-2015 (Depo Exhibit 45) | TESLA-0000513 | Quintero | | Authentic Admissible | Δ220 | |
| 042 | Quintero email Re employee changes, 8-17-2015 (Depo Exhibit 46) | TESLA-0000518 modified to Tesla 518-520 | Quintero | | Authentic | Δ222 (agree to Δ #s) | |
| 043 | Romero email re daily report, 8-27-2018  (Depo Exhibit 47) | TESLA-0000539 | Kawasaki or Romero | | Authentic | | |
| 044 | Kawasaki email re Diaz letter of resignation – tesla motors, 9-18-2015 (Depo Exhibit 49) | TESLA-0000565-566 | Kawasaki | Resignation of forklift driver irrelevant to Plaintiff's claims.  FRE 401-402. | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 045 | Quintero email re two week letter of resignation, 9-19-2015 (Depo Exhibit 50) | TESLA-0000568-569 | Quintero | Resignation of forklift driver irrelevant to Plaintiff's claims. FRE 401-402. | | | |
| 046 | Quintero email to Wayne Jackson re two week letter of resignation, 9-21-2015  (Depo Exhibit 51) | TESLA-0000068-69 | Quintero | Resignation of forklift driver irrelevant to Plaintiff's claims. FRE 401-402. | | | |
| 047 | Kawasaki response re elevator 2, 9-27-2015 (Depo Exhibit 52) | TESLA-0000576-577 | Kawasaki | | Authentic | Δ230 | |
| 048 | Quintero Re: night elevator lead, 10-19-2015 (Depo Exhibit 54) | TESLA-0000628 | Romero | | Authentic | Δ237 | |
| 049 | Romero email to Jackson re: Josue email: owen, 10-19-2015  (Depo Exhibit 55, 125) | TESLA-0000641 | Romero | | Authentic | | |
| 050 | Garrett email re ramon, 10-20-2015 (Depo Exhibit 56) | TESLA-0000135-136 | Wayne Jackson | | Authentic | | |
| 051 | Marconi email to Garrett re ramon, 10-20-2015 (Depo Exhibit 57) | TESLA-0000134 | Ed Romero 189:9 | | Authentic Admissible | | |
| 052 | Romeo email to Delagrande and Quintero re pwt dz, 10-23-2015  (Depo Exhibit 58) | TESLA-0000663 | Romero | | Authentic | Δ244 | |
| 053 | Romero email re rothaj foster, 10-24-2015    (Depo Exhibit 59) | TESLA-0000058 | Romero | | Authentic Admissible | Δ246 (Δ incl. dupl. p. 59) | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 054 | Delagrande to Romero re elevators/totes, 11-2-2015 (Depo Exhibit 61) | TESLA-0000666 | Romero | | Authentic | Δ251 | |
| 055 | nextsource – Rashad zaid – forklift to elevator candidate, 11-12-2015  (Depo Exhibit 68) | TESLA-0000049-50 | Romero | | Authentic | | |
| 056 | elevator (forklift) operator (grave) – Eduardo Osorio, 12-2-2015  (Depo Exhibit 69) | TESLA-0000710-712 | Romero | | Authentic | | |
| 057 | contractor email address request, 12-3-2015 (Depo Exhibit 70) | TESLA-0000717-718 | Romero | | Authentic | Δ260 | |
| 058 | Quintero email to Romero CC Neely re Tesla email, 12-14-2015 (Depo Exhibit 71) | TESLA-0000719 | Quintero | | Authentic | | |
| 059 | one on one meeting, 12-22-2015 (Depo Exhibit 73) | TESLA-0000720 | Romero | | Authentic Admissible | | |
| 060 | Monica De Leon email to Wismer Re Ramon, 1-25-2016 (Depo Exhibit 74) | CitiStaff-0000004-5 | Monica DeLeon | | Authentic | | |
| 061 | Owen Diaz timestamped elevator scans (Depo Exhibit 76) | CitiStaff-0000105 | Monica DeLeon | | Authentic | | |
| 062 | Candidate: Owen O. Diaz (Depo Exhibit 79) | TESLA-0000163-169 | Owen or Monica DeLeon | | Authentic | | |
| 063 | General Assembly Instructions (Depo Exhibit 81) | TESLA-0000215-216 | Romero or Quintero | Relevance; plaintiff did not work in General Assembly. FRE 401-403 | | | |
| 064 | Owen Diaz – report, background report? (Depo Exhibit 85) | CitiStaff-0000022-23 modified to CS 22-33 | DeLeon | | Authentic | Δ225(Δ Incl. CS 22-33) | |

-8-

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 065 | Pay Rate Increase, 2-2-2016 (Depo Exhibit 91) | CitiStaff-0000006-7 | Monica DeLeon | | Authentic | | |
| 066 | Monica DeLeon email re Owen's bereavement leave, 3-3-2016 (Depo Exhibit 92) | CitiStaff-0000008 | Monica DeLeon | | Authentic | Δ302 (Note: CS 18 same as CS08) | |
| 067 | Antioch Health Center – Owen's off work note, 3-15-2016 (Depo Exhibit 93) | TESLA-0000003 | Wayne Jackson (see Exh 140) | Rule of completeness, should include email (TESLA-0000002) for which exhibit was an attachment. FRE 106. | | | |
| 068 | Separation notice – Owen Diaz – 05/04/2016 – United States of America, 5-4-2016 (Depo Exhibit 96) | TESLA-0000144 | Ed Romero or Annalisa Heisen | | Authentic Admissible | Δ323 | |
| 069 | Tesla – Contractor EHS Guidelines (Depo Exhibit 99) | WV438 | Kossayian | Unsigned guidelines not relevant to Plaintiff; produced by West Valley who did not employ Plaintiff. FRE 401-402. | | | |
| 070 | Titus McCaleb DFEH Charge of Discrimination (Depo Exhibit 111) | WV397 | Kossayian at WV and Brandie To at Tesla | Δ MIL 1, §3 | | | |

JOINT TRIAL EXHIBIT LIST

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 071 | Titus McCaleb Report (Depo Exhibit 112) | WV467-494 | Kossayian, Brandie To and McCaleb | Δ MIL 1, §3 | | | |
| 072 | WVSG Response to EEOC re Titus McCaleb, 10-23-2017 (Depo Exhibit 113) | WV400-413 | Kossayian | Δ MIL 1, §3 | | | |
| 073 | Uhlenbrock email re Resume/Owen Diaz, 6-24-2015 (Depo Exhibit 119) | TESLA-0000062 modified to Tesla 62-65 | Wayne Jackson | | Authentic | Δ211(Δ Incl. T 62-65) | |
| 074 | Jackson to Gryske Re (redacted), 10-19-2015 (Depo Exhibit 124) | TESLA-0000635-636 | Jackson | | Authentic | Δ238 | |
| 075 | Garrett to Marconi Re Ramon 10-20-2015  (Depo Exhibit 126, 185) | TESLA-0000133-136 modified to Tesla 133-142 | Marconi Jackson | | Authentic | Δ242(Δ Incl. T 133-142) | |
| 076 | Jackson to Garrett Re Employee Relations issue – Tesla, 10-21-2015 (Depo Exhibit 127) | TESLA-0000646-647 | Jackson | | Authentic | | |
| 077 | Torres to Jackson re Racist Effigy  & Drawing, 1-22-2016 (Depo Exhibit 129) | TESLA-0000009-12 modified to Tesla 9-13 | Quintero | | Authentic | Δ272(Δ Incl. T 9-13) | |
| 078 | Martinez to Jackson re Racist Effigy  & Drawing, 1-22-2016 (Depo Exhibit 130) | TESLA-0000004-8 | Jackson | | Authentic | Δ271 | |
| 079 | Wayne to Quintero re NextSource Ramon Martinez Status Update, 1-25-2016  (Depo Exhibit 132, 154, 184) | TESLA-0000730-731; TESLA-0000735-737; NS38-42 | Jacki Delgado or Wayne Jackson | Rule of completeness. FRE 106.  Must include statement from R. Martinez | | Δ287 (Note: Π excludes statement) | |
| 080 | Quintero to Jackson, Torres and Laloh Re NextSource Ramon Martinez Status Update, 1-25-2016  (Depo Exhibit 133) | TESLA-0000738-739 modified to Tesla 738-740 | Quintero | | Authentic | Δ289(Δ Incl. T 738-740) | |
| 081 | Romero to Jackson Re FW Night Elevator Lead, 3-14-2016 (Depo Exhibit 137) | TESLA-0000329 modified to Tesla 328-329 | Romero | | Authentic | Δ306(Δ Incl. T 328-329) | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 082 | Romero to Jackson Re Owen Diaz Dr Note, 3-18-2016 (Depo Exhibit 139) | TESLA-0000333 | Romero | | Authentic | | |
| 083 | Quintero to Romero Re Owen, 2-26-2016 (Depo Exhibit 142) | TESLA-0000752-753 | Quintero | | Authentic | Δ299 | |
| 084 | Defendant's objections to PMK video depo & (Depo Exhibit 143) | | Heisen | Relevance. FRE 401-402. | | | |
| 085 | Tesla SOP of Inoperable Freight Elevator, 2-14-2015 (Depo Exhibit 144) | TESLA-0000769-770 modified to Tesla 769-771 | Romero | | Authentic | Δ306(Δ Incl. T 769-771) | |
| 086 | SOP Bldg services/Elevator Operators (Depo Exhibit 145) | TESLA-0000772-774 | Romero | | Authentic | | |
| 087 | Work Instruction #2015-006-A (Depo Exhibit 146) | TESLA-0000771 | Try Romero | | Authentic | | |
| 088 | Anti-Handbook Handbook (Depo Exhibit 147) | TESLA-0000805-808 | Annalisa Heisen | | Authentic | | |
| 089 | Tesla Code of Bus Conduct & Ethics (Depo Exhibit 148) | TESLA-0000844-849 | Heisen | | Authentic | | |
| 090 | Tesla Anti-Harassment and Discrimination Policy (Depo Exhibit 150) | TESLA-0000842-843 | Heisen | | Authentic | Δ348 | |
| 091 | Ramon Martinez (Redacted)doc (Depo Exhibit 153) | TESLA-0000863-878 | Heisen | | Authentic | Δ341 | |
| 092 | Kawasaki to Jackson re FWD Diaz re Ramon, 10-18-2015 (Depo Exhibit 155) | TESLA-0000061 | Kawasaki | | Authentic | Δ236(Δ Incl. T061 & OD 03) | |
| 093 | Environment, Health and Safety Training Tesla (Depo Exhibit 158) | TESLA-0000250-277 modified to Tesla 250-293 | Quintero | | Authentic | Δ350(Δ Incl. T 250-293) | |
| 094 | (Redacted) Edward Romero HR Training docs (Depo Exhibit 160) | TESLA-0000825-841 | Heisen | | Authentic | Δ343 | |
| 095 | (redacted) Victor Quintero HR Training docs (Depo Exhibit 161) | TESLA-0000852-862 | Heisen | | Authentic | Δ340 | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 096 | Roberto Hurtado HR Training docs (Depo Exhibit 162) | TESLA-0000816-818 | Heisen | | Authentic | | |
| 097 | Uhlenbrock to Fremontcontrolroom Requesting Badge for Owen Diaz, 6-2-2015  (Depo Exhibit 169) | NS008 | McGinn, Kevin | | Authentic | | |
| 098 | Uhlenbrock to Quintero re response to Diaz transfer to lead elevator operator, 8-8-2015  (Depo Exhibit 173) | NS193 | McGinn | | Authentic | | |
| 099 | Kawasaki to Uhlenbrock re Owen Diaz on Recycling Team Schedule as Elevator Oper., 8-18-2015 (Depo Exhibit 174) | NS160-162 | McGinn or Kawasaki | | Authentic | | |
| 100 | Parks to Romero re Elevator Staff Raises 6:25pm Increasing O Diaz pay $16 to $18, 1-28-2016 (Depo Exhibit 178) | NS025 | Romero | | Authentic | Δ293(Δ Incl. NS 25 & NS 21) | |
| 101 | Jackson to Romero re Owen Diaz Dr Note, 3-18-2016 (Depo Exhibit 179) | NS010 modified to NextSource 10-11 | Wayne Jackson and Ed Romero | | Authentic | Δ314(Δ Incl. NS 10-11) | |
| 102 | Fremont badging to Jackson re Badge Deactivation for Owen Diaz, 3-18-2016 (Depo Exhibit 180) | NS034 | Wayne Jackson | | Authentic | Δ312(Δ Incl. NS 34, 36) | |
| 103 | Garrett to Jackson Re Employee Relations Issue-Tesla, 10-20-2015 (Depo Exhibit 182, 191) | NS101 modified to NextSource 101-102 | Jackson | | Authentic | Δ239(Δ Incl. NS 101-102) | |
| 104 | Floorplan schematic (Depo Exhibit 183) | | Owen or Ed Romero | | Authentic | | |
| 105 | Brandie To email to Versteegh Re Incident Report, 4-13-2017 (Marconi Depo. Ex. 186) (Depo Exhibit 186) | TESLA-0000971-973 | Brandie To or Titus McCaleb | Δ MIL 1, §3 | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 106 | Romero email to Jackson Re Personnel Issues (Marconi Depo. Ex. 187), 12-30-2015 (Depo Exhibit 187) | TESLA-0000906 | Jackson and Romero | Δ MIL 2, §6 | | | |
| 107 | Esquer email to Marconi Re unacceptable, 4-29-2016 (Marconi Depo. Ex. 188) (Depo Exhibit 188) | TESLA-0000916-918 | Josh Hedges and Erin Marconi | Δ MIL 2, §2 | | | |
| 108 | Mantz email to Crosby Re Jeff Henry Complaint, 12-16-2015 (Depo Exhibit 189) | TESLA-0001006-1009 | Paul James Maggie Crosby and Josh Mantz | Δ MIL 2, §7 | | | |
| 109 | Andres Donet email to Liza Lipson cc Quintero Re Racism writing the bathroom, 5-21-2016 (Depo Exhibit 193) | TESLA-0001003-1005 | Donet | Δ MIL 2, §3 | | | |
| 110 | Photo of n-word graffiti on a poster at the factory (Depo Exhibit 194) | | | Δ MIL 2, §4 | | | |
| 111 | Paul James email to Erin Marconi re Threat Incident threat by Rothaj Foster to Owen Diaz, 11-6-2015 | TESLA-0000131 | Paul James and Erin Marconi | | Authentic | | |
| 112 | NextSource services agreement with Tesla, 5-24-2015 (DEF-91-102) | | Bruce Wismer | | Authentic | | |
| 113 | Rovilla Wetle's Review of Tara Flynn's "Ninga", 4-14-2017 (Depo Exhibit 115) | WV-380-386 | Rovilla Wetle | Δ MIL 2, §1 | | | |
| 114 | Exterior of Tesla factory (no date, no Bates) | | | | As demonstrative | | |
| 115 | Aerial view of Tesla factory – Front (no date, no Bates) | | | | As demonstrative | | |
| 116 | Tesla factory map (no date, no Bates) | | | FRE 401-402, date of map not known to be during time of Plaintiff's work | | | |

SMRH:4838-9974-2651.1

JOINT TRIAL EXHIBIT LIST

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 117 | Interior of Tesla factory – Fremont, CA (no date, no Bates) | | | | As demonstrative | | |
| 118 | Interior of Tesla factory – Forklift (no date, no Bates) | | | | As demonstrative | | |
| 119 | Interior of Tesla factory – Parts (no date, no Bates) | | | | As demonstrative | | |
| 120 | Interior of Tesla factory – Assembly Line (no date, no Bates) | | | | As demonstrative | | |
| 121 | Interior of Tesla factory – Trim Line before and after (no date, no Bates) | | | | As demonstrative | | |
| 122 | Email exchange from Ed Romero to Wayne Jackson and Victor Quintero re Rothaj Foster threat toward Owen Diaz, 11-6-2015 (Depo Exhibit 65) | TESLA-127-128 | | | Authentic | | |
| | | | | | | | |
| | | | | | | | |
| 200 | Owen Diaz resume (No Date) (Owen Diaz Depo Exhibit 32) | ODIAZ000181-184; ODIAZ000387-391 | O. Diaz | No Objection | Admissible | | |
| 201 | Owen Diaz resume (no date), Demetric Di-az resume (no date) (Deleon Depo Exhibit 75) (Owen Diaz Depo Exhibit 2) (D. Di-az Depo Exhibit 6) | TESLA-0000153-156 | O. Diaz | Relevance; Undue time, Evid. C. 403; cumulative; authenticity | | | |
| 202 | Standard Operating Procedure (SOP): Elevator 1 & 2 - Building Services I Elevator Operators (no date) (A. Heisen Depo Exhibit 145) | TESLA-0000713-716 | E. Romero V. Quintero | No Objection | Admissible | | |
| 203 | Email re Elevator Pay Increases, 1-26-2015 (K. McGinn Depo Exhibit 176) | NS000023-24; NS000033 | E. Romero | Relevance; Evid. C. 403 MIL #5 | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 204 | Owen Diaz Job Application to CitiStaff, 6-2-2015 (Owen Diaz Depo Exhibit 1) | CitiStaff-0000034-35 | O. Diaz M. DeLeon | Relevance | Authentic | | |
| 205 | CitiStaff Assignment Abandonment/Walk-Off Policy, signed by Owen Diaz, 6-2-2015 (Owen Diaz Depo Exhibit 3) | CitiStaff -000039 | O. Diaz M. DeLeon | Relevance; Evid. C. 403; Redundant of Ex. 206 | Authentic | | |
| 206 | CitiStaff Employee Safety Orientation Sign-Off Sheet, Assignment Abandonment, Safety Quiz, General Code of Safe Practices, Weapons-Free Workplace, Sexual Harassment Policy, Drug and Alcohol Use Policy, Meals and Breaks Policy, Signed by Owen Diaz, 6-2-2015 | CitiStaff-0000038-46 | O. Diaz M. DeLeon | Relevance; Evid. C. 403 | Authentic | | |
| 207 | W-4 Form for Owen Diaz, 6-2-2015 | CitiStaff-0000036-37 | O. Diaz M. DeLeon | Relevance | Authentic | | |
| 208 | Email re Requesting Badge/ Owen Diaz, 6-3-2015 (K. McGinn Depo Exhibit 169) | NS000179 | | | Admissible | | |
| 209 | Email re Owen Diaz, 6-6-2015 | NS000149 | | | Admissible | | |
| 210 | Email re Owen's Resume.docx, 6-17-2015 | NS000159 | | | Admissible | | |
| 211 | Email re Owen's Resume.docx, 6-17-2015 | TESLA-0000062-65 | W. Jackson | | Admissible | | |
| 212 | Email re elevator 1, 6-19-2015 | TESLA-0000487-488 | | | Admissible | | |
| 213 | Email re Owen, 6-22-2015 | NS000009 | | | Admissible | | |
| 214 | Email re Resume/Owen Diaz, 6-25-2015 (W. Jackson Depo Exhibit 119) | NS000163 | W. Jackson | | Admissible | | |
| 215 | Email re Elevator #1 and #2 Employee and Lead schedule, 7-1-2015 | TESLA-0000495-497 | T. Kawasaki | | Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 216 | Email re Meeting, 11-7-2015 (E. Romero Depo Exhibit 66) | TESLA-0000704-709 | E. Romero | | Admissible | | |
| 217 | Email re FW: Tesla Motors: Health & Safety Report – 13962, 7-23-2015 | TESLA-0000498-502 | V. Quintero | | Admissible | | |
| 218 | Email re Confidential Elevator Issues (Owen), 8-2-2015 (W. Jackson Depo Exhibit 120) (E. Marconi Depo Exhibit 42) (E. Romero Depo Exhibit 42) | TESLA-0000510 | V. Quintero E. Romero T. Kawasaki | | Admissible | | |
| 219 | Email re Elevator confidential information, 8-4-2015 (W. Jackson Depo Exhibit 122) (E. Marconi Depo Exhibit 122) (E. Romero Depo Exhibit 44) | TESLA-0000512 | E. Romero T. Kawasaki | | Admissible | | |
| 220 | Email re Judy Tibreza (sic) (Verbal Warning), 8-4-2015 (E. Marconi Depo Exhibit 45) (E. Romero Depo Exhibit 45) | TESLA-0000513 | E. Romero V. Quintero | | Admissible | | |
| 221 | Direct Deposit Enrollment/Cancel Form for Owen Diaz, 8-15-2015 (Deleon Depo Exhibit 87) | CitiStaff-0000048 | O. Diaz M. DeLeon | Relevance; Evid. C. 403; Privacy (Bank Info) | Authentic | | |
| 222 | Email re Employee Changes, 8-17-2015 (E. Romero Depo Exhibit 46) | TESLA-0000518-520 | V. Quintero E. Romero | | Admissible | | |
| 223 | Email re Employee Changes, 8-18-2015 (K. McGinn Depo Exhibit 173) | NS000193-194 | V. Quintero E. Romero | | Admissible | | |
| 224 | Email re Owen Diaz/Pay Increase, 8-23-2015 | NS000166 | M. DeLeon | | Admissible | | |
| 225 | Background check of Owen Diaz by Citistaff, 8-24-2015  (Deleon Depo Exhibit 85) | CitiStaff-0000022-33 | O. Diaz M. DeLeon | Relevance; Evid. C. 403; | Authentic | | |
| 226 | Email re OPS Meeting, 9-10-2015 | NS000046-81 | V. Quintero | | Admissible | | |

SMRH:4838-9974-2651.1

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | E. Romero W. Jackson | | | | |
| 227 | Email re Daily log binder, 9-16-2015 (E. Romero Depo Exhibit 48) | TESLA-0000557 | V. Quintero E. Romero T. Kawasaki | Relevance; Evid. C. 403; | Authentic | | |
| 228 | Email re Two Week Letter of Resignation, 9-18-2015 | ODIAZ000207-208 | O. Diaz | | Admissible | | |
| 229 | Email re Hilda/Aron, 9-20-2015 (Owen Diaz Depo Exhibit 7) | TESLA-0000570 | O. Diaz T. Kawasaki | | Admissible | | |
| 230 | Email re Elevator 2, 9-27-2015 (E. Romero Depo Exhibit 52) | TESLA-0000576-577 | V. Quintero E. Romero T. Kawasaki | | Admissible | | |
| 231 | Time clock punches for Owen Diaz, 10-1-2015 to 3-13-2016 | CitiStaff-0000105 | M. DeLeon | Duplicate? | Admissible | | |
| 232 | Email re Owen Diaz – Verbal Warning, 10-2-2015  (Owen Diaz Depo Exhibit 6) (E. Romero Depo Exhibit 53) | TESLA-0000308-309 | V. Quintero E. Romero | Relevance; Evid. C. 403 MIL #5 | Authentic | | |
| 233 | Email re Forklift PPE, 10-13-2015 | TESLA-0000612-613 | V. Quintero E. Romero | Relevance; Hearsay; Foundation; Incomplete, Vague and Ambiguous; Evid. C. 403 MIL #5 | Authentic | | |
| 234 | Email re Owen, 10-17-2015 | TESLA-0000626 | E. Romero | | Admissible | | |
| 235 | Email re Ramon, 10-17-2015  (E. Marconi Depo Exhibit 34) | ODIAZ000003 | O. Diaz E. Romero T. Kawasaki | | Admissible | | |
| 236 | Email re Ramon, 10-18-2015 (Owen Diaz Depo Exhibit 8) (A. Heisen Depo | TESLA-0000061, ODIAZ0000003 | O. Diaz E. Romero | | Admissible | | |

JOINT TRIAL EXHIBIT LIST

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | Exhibit 155) (E. Marconi Depo Exhibit 55) (V. Quintero Depo Exhibit 34) | | T. Kawasaki W. Jackson | | | | |
| 237 | Email re Night Elevator Lead, 10-19-2015 (E. Romero Depo Exhibit List 54) | TESLA-0000628 | V. Quintero E. Romero W. Jackson T. Kawasaki | | Admissible | | |
| 238 | Email with redactions, 10-19-2015 (W. Jackson Depo Exhibit 124) | TESLA-0000635-636 | W. Jackson | | Admissible | | |
| 239 | Email re Employee Relations issue – Tesla, 10-20-2015  (E. Marconi Depo Exhibit 191) (K. McGinn Depo Exhibit 182) | NS000101-102 | W. Jackson | | Admissible | | |
| 240 | Email re Ramon, 10-20-2015 (E. Marconi Depo Exhibit 35) (V. Quintero Depo Exhibit 35) | NS000108-111; TESLA-0000140-141 | E. Marconi | | Admissible | | |
| 241 | Email re Ramon, 10-20-2015 | TESLA-0000060-61; TESLA-0000066-67 | O. Diaz E. Romero W. Jackson | | Admissible | | |
| 242 | Email re Ramon, 10-20-2015 | TESLA-0000133-142 | E. Marconi | | Admissible | | |
| 243 | Access Denied, Granted and Other Badge Events Chart for O. Diaz for the dates of 6/3/15 to 3/13/16, 10-21-2015 (Deleon Depo Exhibit 78) | TESLA-0000412-421 | M. DeLeon | Relevance; Authenticity; Foundation; Evid. C. 403, cumulative | | | |
| 244 | Email re PWT DZ, 10-23-2015 (E. Romero Depo Exhibit 58) | TESLA-0000663 | V. Quintero E. Romero J. Delagrande | | Admissible | | |
| 245 | Email re Rothja Foster, 10-24-2015 | ODIAZ000206-209 | O. Diaz V. Quintero E. Romero | | Admissible | | |

-18-

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 246 | Email re Rothja Foster, 10-24-2015 (E. Romero Depo Exhibit 59) | TESLA-0000058-59 | O. Diaz V. Quintero E. Romero W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 247 | Email re Rothja Foster, 10-25-2015 | TESLA-0000056 | O. Diaz V. Quintero E. Romero | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 248 | Email re Rothja Foster, 10-26-2015 | ODIAZ000204-205 | O. Diaz E. Romero W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 249 | Email re Rothja Foster, 10-26-2015 | TESLA-0000056 | O. Diaz E. Romero W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 250 | Email re Rothja Foster - Payroll Exception, 10-27-2015 (Deleon Depo Exhibit 97) (V. Quintero Depo Exhibit 36) | TESLA-0000054-55 | M. DeLeon W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 251 | Email re Elevators/Totes, 11-2-2015 (E. Romero Depo Exhibit 61) | TESLA-0000666 | V. Quintero E. Romero J. Delagrande | | Admissible | | |
| 252 | Email re Elevator 1 out of service, 11-5-2015 (E. Romero Depo Exhibit 63) | TESLA-0000051-52 | O. Diaz V. Quintero E. Romero W. Jackson | Relevance; Evid. C. 403; | Authentic | | |
| 253 | Email re Mr. Foster, 11-5-2015 (Owen Diaz Depo Exhibit 11) | TESLA-0000053 | O. Diaz W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 254 | Email re Rothaj Foster, 11-6-2015 | NS000136-137 | V. Quintero E. Romero W. Jackson | MIL #4 | Authentic (If we lose MIL #4, agree admissible) | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 255 | Email re Rothaj Foster, 11-6-2015 | TESLA-0000125-130 | V. Quintero E. Romero W. Jackson E. Marconi | MIL #4 | Authentic (If we lose MIL #4, agree admissible) | | |
| 256 | Email re Rothaj Foster, 11-6-2015  (A. Heisen Depo Exhibit 156) | TESLA-0000702-703 | V. Quintero E. Romero | MIL #4 | Authentic (If we lose MIL #4, agree admissible) | | |
| 257 | Email re Termination of Rothaj Foster, 11-6-2015 (E. Romero  Depo Exhibit 64) | CitiStaff-0000011-13 | M. DeLeon W. Jackson | Relevance; Double Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 258 | Email re termination of Rothaj Foster, 11-6-2015 | NS000012-13 | M. DeLeon W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 259 | Email re Meeting, 11-9-2015  (E. Romero Depo Exhibit 67) | TESLA-0000708-709 | V. Quintero E. Romero J. Delagrande | | Admissible | | |
| 260 | Email re Contractor email address request, 12-3-2015 (E. Romero Depo Exhibit 70) | TESLA-0000717-718 | V. Quintero E. Romero | | Admissible | | |
| 261 | Owen Diaz application for Warehouse Associate at Bay List on Indeed, 12-3-2015 (Owen Diaz Depo Exhibit 39) | ODIAZ000162-163 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 262 | Owen Diaz application for Warehouse Night Worker at P&R Paper Supply Company on Indeed, 12-7-2015 (Owen Diaz Depo Exhibit 40) | ODIAZ000168-169 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 263 | Email re Forklift (Elevator) Operator Position - NextSource/Tesla Motors, 12-15-2015 | TESLA-0000310 | L. Patterson | | Admissible | | |

SMRH:4838-9974-2651.1

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 264 | Lamar Patterson resume (no date) | TESLA-0000407 | O. Diaz L. Patterson | Relevance; Foundation; Evid. C. 403; | | | |
| 265 | Email re Resume, 12-15-2015 and resume of Lamar Patterson | ODIAZ000201-203 | O. Diaz L. Patterson | Relevance | Authentic | | |
| 266 | Email re One on One Meetings, 12-22-2015 | ODIAZ000196 | O. Diaz V. Quintero E. Romero | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 267 | Owen Diaz application for Production Operator at Select Staffing on Indeed, 1-2-2016 (Owen Diaz Depo Exhibit 42) | ODIAZ000133-134 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 268 | Owen Diaz application for Unit Clerk at Allied Health Group on Indeed, 1-2-2016  (Owen Diaz Depo Exhibit 41) | ODIAZ000168-169 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 269 | Chartwell Staffing Solutions Alleged Victim Investigation Questions for Ramon Martinez, 1-22-2016 | NS000043-45 | J. Delgado V. Martinez | Relevance; Authenticity; Foundation; Hearsay; Evid. C. 403; MIL #3 Plaintiff asks to see the original | | | |
| 270 | Email re FW: Racist effigy & drawing, 1-22-2016 | NS000095-100; NS000103-107 | W. Jackson | | Admissible | | |
| 271 | Email re Racist effigy & drawing, 1-22-2016 (Owen Diaz Depo Exhibit 14) (W. Jackson Depo Exhibit 130) (L. Ledesma Depo Exhibit 165) | TESLA-0000004-8 | J. Delgado W. Jackson V. Martinez | | Admissible | | |
| 272 | Email re Racist effigy & drawing, 1-22-2016 (W. Jackson Depo Exhibit 129) (E. Marconi Depo Exhibit 129) | TESLA-0000009-13 | V. Quintero W. Jackson | | Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 273 | Email re Racist effigy & drawing, 1-22-2016 | TESLA-0000015-19 | V. Quintero W. Jackson | | Admissible | | |
| 274 | Email re Racist effigy & drawing, 1-22-2016 (W. Jackson Depo Exhibit 128) (E. Marconi Depo Exhibit 128) (V. Quintero Depo Exhibit 38) | TESLA-0000020-24 | W. Jackson | | Admissible | | |
| 275 | Email re Racist effigy & drawing, 1-22-2016 (E. Marconi Depo Exhibit 39) (V. Quintero Depo Exhibit 39) | TESLA-0000025-29 | V. Quintero W. Jackson | | Admissible | | |
| 276 | Email re Racist effigy & drawing, 1-22-2016 | TESLA-0000030-34 | W. Jackson | | Admissible | | |
| 277 | Email re Racist effigy & drawing, 1-22-2016 (E. Marconi Depo Exhibit 37) | TESLA-0000035-38 | O. Diaz W. Jackson E. Romero | | Admissible | | |
| 278 | Email re Racist effigy & drawing. 1-22-2016 | TESLA-0000070-74 | V. Quintero W. Jackson | | Admissible | | |
| 279 | Email re Racist effigy & drawing. 1-22-2016 (Owen Diaz Depo Exhibit 18) | TESLA-0000085-88 | V. Martinez W. Jackson | | Admissible | | |
| 280 | Email re Racist effigy & drawing. 1-22-2016 | TESLA-0000089-93 | W. Jackson | | Admissible | | |
| 281 | Email re Racist effigy & drawing. 1-22-2016 | TESLA-0000094-97 | V. Quintero W. Jackson | | Admissible | | |
| 282 | Email re Racist effigy & drawing. 1-22-2016 | TESLA-0000102-105 | O. Diaz W. Jackson | | Admissible | | |
| 283 | Email re Racist effigy & drawing. 1-22-2016 | TESLA-0000726-729 | V. Quintero W. Jackson | | Admissible | | |
| 284 | Email re Racist effigy & drawing, 1-23-2016 (W. Jackson Depo Exhibit 126) (E. Marconi Depo Exhibit 126) (K. McGinn Depo Exhibit 175) | NS000133-135 | V. Quintero E. Romero W. Jackson | | Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 285 | Chartwell Staffing Solutions Alleged Victim Investigation Questions for Owen Diaz, 1-25-2016 | NS000040-42 | O. Diaz<br>J. Delgado<br>V. Martinez | Plaintiff asks to see the original | Admissible | | |
| 286 | Email re NextSource and statements of R. Martinez and O. Diaz, 1-25-2016 | NS000082-89 | J. Delgado<br>V. Martinez<br>W. Jackson | Authenticity; Foundation; Hearsay; MIL #3 as to NS 87-89; Plaintiff asks to see the original | Admissible as to NS 82-86 | | |
| 287 | Email re NextSource Ramon Martinez Status Update and statements of R. Martinez and O. Diaz, 1-25-2016 (A. Heisen Depo Exhibit 154) (W. Jackson Depo Exhibit 132) (E. Marconi Depo Exhibit 132) | TESLA-0000730-737 | V. Quintero<br>W. Jackson | Authenticity; Foundation; Hearsay; MIL #3 as to Tesla 732-734; Plaintiff asks to see the original | Admissible as to Tesla 731-732, 735-737 | | |
| 288 | Email re NextSource Ramon Martinez Status Update, 1-25-2016 (Owen Diaz Depo Exhibit 38) | NS000038-39 | V. Quintero<br>W. Jackson | | Admissible | | |
| 289 | Email re NextSource Ramon Martinez Status Update, 1-25-2016 (W. Jackson Depo Exhibit 133) | TESLA-0000738-740 | V. Quintero<br>W. Jackson | | Admissible | | |
| 290 | Email re Ramon, 1-25-2016 (Deleon Depo Exhibit 74) (E. Romero Depo Exhibit 74) | CitiStaff-0000014 | M. DeLeon | | Admissible | | |
| 291 | Email re Ramon, 1-25-2016; Email re Pay Rate Increase, 2-2-2016; Email re Owen Diaz, 3-3-2016 (Owen Diaz Depo Exhibit 35) | CitiStaff-0000014-18 | M. DeLeon | Cumulative – Duplicates 290 | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 292 | Email re Racist effigy & drawing, 1-26-2016 (Deleon Depo Exhibit 90) (Owen Diaz Depo Exhibit 15 and 34) (W. Jackson Depo Exhibit 131) | CITISTAFF-0000050-55 | M. DeLeon | | Admissible | | |
| 293 | Email re Elevator Staff Raises,1-28-2016 (K. McGinn Depo Exhibit 178) | NS000021; NS000025 | V. Quintero E. Romero W. Jackson | | Admissible | | |
| 294 | Owen Diaz application for Production Operator at Select Staffing on Indeed, 1-28-2016 (Owen Diaz Depo Exhibit 43) | ODIAZ000131-132 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 295 | Email re Pay Rate Increase, 2-2-2016 (Deleon Depo Exhibit 91) (Owen Diaz Depo Exhibit 19) | CitiStaff-0000007; CitiStaff-0000016-17 | M. DeLeon | | Admissible | | |
| 296 | Email re Elevator team end of week, 2-19-2016 | TESLA-0000741-743 | V. Quintero E. Romero | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 297 | Email re Elevator team end of week, 2-19-2016 | TESLA-0000744-746 | V. Quintero E. Romero J. Delagrande | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 298 | Email re Owen, 2-26-2016 | TESLA-0000750-762 | J. Delagrande E. Romero | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 299 | Email re Owen, 2-26-2016 (W. Jackson Depo Exhibit 142) | TESLA-0000752-753 | V. Quintero E. Romero J. Delagrande | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 300 | Email re Owen, 2-29-2016  (Owen Diaz Depo Exhibit 20) | TESLA-0000314-316 | V. Quintero E. Romero J. Delagrande | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 301 | Email re Owen Diaz and Troy Dennis, 3-2-2016 (Owen Diaz Depo Exhibit 21) (W. Jackson Depo Exhibit 134) | TESLA-0000317 | V. Quintero E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 302 | Email re Owen Diaz, 3-3-2016 (Deleon Depo Exhibit 92) (Owen Diaz Depo Exhibit 22) | CitiStaff-0000008; CitiStaff-0000018 | M. DeLeon | | Admissible | | |
| 303 | Email re Owen, 3-4-2016 | TESLA-0000321-327 | V. Quintero E. Romero J. Delagrande | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 304 | Email re Safety Shoes, 3-4-2016 (W. Jackson Depo Exhibit 135 and 136) | TESLA-0000318-320 | E. Romero | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 305 | Email re March 9, 10 & 11, 3-5-2016 (Owen Diaz Depo Exhibit 24) | TESLA-0000001 | O. Diaz E. Romero | | Admissible | | |
| 306 | Email re Night Elevator Lead, 3-11-2016 (Owen Diaz Depo Exhibit 25) (W. Jackson Depo Exhibit 137) | TESLA-0000328-329 | V. Quintero E. Romero W. Jackson | | Admissible | | |
| 307 | Screenshot of Temp Plus Program for Owen Diaz, 3-13-2016 (Deleon Depo Exhibit 84) | CitiStaff-0000021 | M. DeLeon | Relevance; Foundation; Authenticity; Evid. C. 403 | | | |
| 308 | Email re Owen Diaz, 3-17-2016 (Owen Diaz Depo Exhibit 26) (W. Jackson Depo Exhibit 138) | TESLA-0000330-331 | E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 309 | Owen Diaz application for Apartment Maintenance Technician and Porters on Indeed, 3-17-2016 (Owen Diaz Depo Exhibit 45) | ODIAZ000016-17 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 310 | Owen Diaz application for Janitorial Technician at Fitness Evolution NorCal | ODIAZ000090-91 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| | on Indeed, 3-17-2016 (Owen Diaz Depo Exhibit 45) | | | | | | |
| 311 | Owen Diaz application for Maintenance Custodian at Carondelet High School on Indeed, 3-17-2016 (Owen Diaz Depo Exhibit 44) | ODIAZ000105-106 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 312 | Email re Badge Deactivation for Owen Diaz, 3-18-2016 (K. McGinn Depo Exhibit 180) | NS000034; NS000036 | E. Romero W. Jackson | Relevance; Evid. C. 403; | Authentic | | |
| 313 | Email re Doctor took me off work, 3-18-2016 (Owen Diaz Depo Exhibit 27) | TESLA-0000002-3 | O. Diaz W. Jackson | Relevance; Evid. C. 403; | Authentic | | |
| 314 | Email re Owen Diaz Doctors Note, 3-18-2016 (K. McGinn Depo Exhibit 179) | NS000010-11 | E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 315 | Email re Owen Diaz Doctors Note, 3-18-2016 | NS000014 | W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 316 | Email re Owen Diaz Doctors Note, 3-18-2016 | NS000020 | E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 317 | Email re Owen Diaz Doctors Note; W. Jackson is asked to inform Owen his assignment has ended, 3-18-2016 | NS000026-27 | W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |
| 318 | Email re Owen Diaz Doctors Note; NextSource terming Owen from its systems with no final hours, 3-18-2016 (K. McGinn Depo Exhibit 181) | NS000028-29 | W. Jackson | Relevance; Evid. C. 403; MIL #4 | Authentic | | |

SMRH:4838-9974-2651.1

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 319 | Email re Owen Diaz Doctors Note, 3-18-2016 | NS000030-31 | E. Romero W. Jackson | Relevance; Evid. C. 403; | Authentic | | |
| 320 | Email re Term of contract for Owen Diaz, 3-18-2016 | NS000037 | M. DeLeon W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 321 | Email re Term of contract for Owen Diaz, 3-18-2016 (Deleon Depo Exhibit 94) (W. Jackson Depo Exhibit 140) | CitiStaff-0000009-10; CitiStaff-00000019-20; NS000035 | M. DeLeon W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 322 | Email re 3-23-16 Ops Meeting Notes, 3-23-2016 | NS000090-94; NS000119-123 | W. Jackson | Relevance; Foundation; Hearsay; Evid. C. 403; Incomplete; Plaintiff asks to see the original | Authentic | | |
| 323 | Email re FYI: Separation Notice - Owen Diaz [C] – 05-04-2016, 5-4-2016 | TESLA-0000144 | E. Marconi A. Heisen | | Admissible | | |
| 324 | Email re Michael Wheeler, 5-4-2016 | NS000032 | V. Quintero | | Admissible | | |
| 325 | Email re Michael Wheeler, 5-4-2016 | TESLA-0000763 | V. Quintero | | Admissible | | |
| 326 | Email re Elevator #1 Timeline (6/24/16), 6-28-2016 | TESLA-0000339-344 | V. Quintero E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 327 | Email re Incident Report for Lamar Patterson, 6-30-2016 | TESLA-0000347-348 | V. Quintero E. Romero | Relevance; Hearsay; Evid. C. 403; | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 328 | Email re Re-certification, 7-14-2016 | TESLA-0000349-353 | E. Romero W. Jackson | | Admissible | | |
| 329 | Email re Lamar Patterson - Rotor Damage by Elevator Operator - follow up, 8-12-2016 | TESLA-0000365-373 | V. Quintero E. Romero | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 330 | Email re Rotor Damage by Elevator Operator, 8-12-2016 | TESLA-0000354-359 | V. Quintero E. Romero | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 331 | Indeed Job applications for Owen Diaz, 9-21-2016 (Owen Diaz Depo Exhibit 30) | ODIAZ000010-180 | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |
| 332 | Email re Incident Report for Lamar Patterson, 6-29-2016 | TESLA-0000345-346 | E. Romero W. Jackson | Relevance; Evid. C. 403; | Authentic | | |
| 333 | Email re Lamar Patterson, 10-20-2016 | TESLA-0000394-396 | V. Quintero E. Romero W. Jackson V. Martinez | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 334 | Email re Lamar Patterson Elevator, 11-2-2016 | TESLA-0000397 | V. Quintero E. Romero W. Jackson | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 335 | Email re Termination of Rothaj Foster, 11-6-2015 (Deleon Depo Exhibit 88) | CitiStaff-0000001-5 | M. DeLeon W. Jackson | Relevance; Hearsay; Evid. C. 403; MIL #4 | Authentic | | |
| 336 | AC Transit Letter to Owen Diaz re Bus Operator Recruitment #16-00096, Paycheck Data for Owen Diaz, W-2 | | O. Diaz | Relevance; Evid. C. 403; | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | Wage and Tax Statement for Owen Diaz, 2-21-2017 (Owen Diaz Depo Exhibit 31) |  |  | Financial Privacy |  |  |  |
| 337 | Screenshots of Tesla employee profile for Lamar Patterson and performance rating spreadsheet, 6-9-2017 (L. Patterson Depo Exhibit 5) | TESLA-0000398-406 | L. Patterson E. Marconi A. Heisen | Relevance; Evid. C. 403; Foundation; Authenticity |  |  |  |
| 338 | Check report history for Owen Diaz, 1-9-2018 (Deleon Depo Exhibit 77) | CitiStaff-0000056-59 | M. DeLeon | Relevance; Evid. C. 403; Financial Privacy | Authentic |  |  |
| 339 | Paystubs for Owen Diaz, 4-27-2018 | ODIAZ000185-188 | O. Diaz | Relevance; Evid. C. 403; Financial Privacy | Authentic |  |  |
| 340 | Victor Quintero employee training log (no date) (A. Heisen Depo Exhibit 161) | TESLA-0000852-562 | V. Quintero A. Heisen E. Marconi |  | Admissible |  |  |
| 341 | Ramon Martinez employee training log (no date) (A. Heisen Depo Exhibit 153) | TESLA-0000863-878 | A. Heisen E. Marconi |  | Admissible |  |  |
| 342 | Edward Romero employee training log (no date) (T. Kasabian Depo Exhibit 99) | TESLA-0000803 | E. Romero A. Heisen E. Marconi |  | Admissible |  |  |
| 343 | Edward Romero employee training log (no date) (A. Heisen Depo Exhibit 160) | TESLA-0000825-841 | E. Romero A. Heisen E. Marconi |  | Admissible |  |  |
| 344 | Citistaff Employee Handbook (Deleon Depo Exhibit 82) (Owen Diaz Depo Exhibit 4) | DEF 000001-45 | M. DeLeon | Relevance; Hearsay; Evid. C. 403; | Authentic |  |  |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 345 | Citistaff Employee Handbook | DEF 000046-90 | M. DeLeon | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 346 | Excerpt from PowerPoint presentation "Environment, Health and Safety Training" (A. Heisen Depo Exhibit 159) | TESLA-0000265 | A. Heisen E. Marconi | | Authentic | | |
| 347 | Tesla Internal Anti-Harassment /Discrimination Policy (no date) | TESLA-0000220 | A. Heisen E. Marconi | | Authentic | | |
| 348 | Tesla's Anti-Harassment/Discrimination policy (no date) (A. Heisen Depo Exhibit 150) | TESLA-0000842-843 | A. Heisen E. Marconi | | Authentic | | |
| 349 | West Valley Staffing Group Staffing Services Agreement for Tesla Motors, 1-31-2013 (R. Wetle Depo Exhibit 2) | WV000051-63 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 350 | Environment, Health and Safety Training presentation, 2014 (D. Di-az Depo Exhibit 25) | TESLA-0000250-293 | | | Admissible | | |
| 351 | NextSource Employee Handbook, 9-9-2015 (K. McGinn Depo Exhibit 168) | NS000223-268 | W. Jackson | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 352 | 2015 Employee Development Plan, Standard Operating Procedure, Inoperable Freight Elevator, 7-26-2016 (A. Heisen Depo Exhibit 144 and 146) | TESLA-0000769-771 | V. Quintero E. Romero | | Admissible | | |
| 353 | Tesla's Code of Business Conduct and Ethics, 12-12-2017 | TESLA-0000809-815 | A. Heisen E. Marconi | | Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 354 | Tesla's Integrity Line/Tesla Internal, 2-14-2018 (D. Di-az Depo Exhibit 24) (A. Heisen Depo Exhibit 157) | TESLA-0000243-247 | A. Heisen E. Marconi | Relevance; Foundation; | Authentic | | |
| 355 | NextSource Responses to Owen Diaz's Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Admissible as to reading Interrogatory 1 & 3, 3 (sic) | | |
| 356 | Owen Diaz's Responses to CitiStaff's Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations and subject to MIL #5 | Authentic | | |
| 357 | Owen Diaz's Responses to Tesla's Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations and subject to MIL #5 | Authentic | | |
| 358 | Owen Diaz's Responses to Tesla's Supplemental Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Authentic | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 359 | Demetric Di-Az's Responses to NextSource's Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 360 | Demetric Di-Az's Responses to NextSource's Interrogatories – SET TWO | | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 361 | Owen Diaz's Responses to NextSource's Interrogatories – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Authentic | | |
| 362 | Owen Diaz's Responses to NextSource's Interrogatories – SET TWO | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Authentic | | |
| 363 | Owen Diaz's Responses to NextSources's Requests for Admissions – SET ONE | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Authentic | | |
| 364 | Owen Diaz's Responses to NextSource's Requests for Admissions – SET TWO | | | Relevance; Hearsay; Evid. C. 403; These are subject to Discovery Designations | Authentic | | |

JOINT TRIAL EXHIBIT LIST

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 365 | Javier Caballero employee training log (no date) (A. Heisen Depo Exhibit 152) | TESLA-0000879-888 | A. Heisen<br>E. Marconi | Relevance; Hearsay; Evid. C. 403; Authenticity; Foundation | Authentic | | |
| 366 | Photos of Tesla Body Center Poster of PPE Equipment and vending machines (no date) (D. Di-az Depo Exhibit 26) | TESLA-0000209-210 | V. Quintero<br>E. Romero | | Admissible | | |
| 367 | Production Associate Job Description | WV000064-65 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 368 | Tesla's Anti-Harassment/Discrimination policy (no date) (Caballero Depo Exhibit 33) (D. Di-az Depo Exhibit 20) (W. Jackson Depo Exhibit 118) | TESLA-0000217-219 | A. Heisen<br>E. Marconi | | Admissible | | |
| 369 | Email re Dates at Tesla, 10-5-2015  (R. Wetle Depo Exhibit 3) | WV000137-138 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 370 | Email re Demetric Di-az, 10-11-2015 | WV000092-94 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 371 | Email re Demetric Di-az, 10-20-2015 (R. Wetle Depo Exhibit 13) | WV000098-99 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 372 | Email re Demetric Di-az, 10-22-2015 | WV000109 | | Relevance; Hearsay; Evid. C. 403; | Authentic | | |
| 373 | Safety page from Tesla website, 2-14-2018   (Caballero Depo Exhibit 32) (W. Jackson Depo Exhibit 117) | TESLA-0000220 | A. Heisen<br>E. Marconi | Duplicates Exhs. 28, 347 | Admissible | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|
| 374 | Tesla's Workplace Violence Policy Memo, 2-14-2018 (Caballero Depo Exhibit 31) | TESLA-0000248-249 | A. Heisen E. Marconi | | Admissible | | |
| 375 | Criminal charges for D. Di-az, 2-6-2019 | TESLA-0001051-1116 | D. Di-az | Relevance; Hearsay; Evid. C. 403; Foundation; Authenticity; Not Produced in Discovery; Improper Impeachment; Plaintiff asks to see the original | | | |
| 376 | Certified copy of Demetric Di-az's conviction, 6-1-2016 | | D. Di-az | Relevance; Hearsay; Evid. C. 403; Foundation; Authenticity; Not Produced in Discovery; Improper Impeachment; Plaintiff asks to see the original | | | |
| 377 | Certified copy of Demetric Di-az's criminal file, 2-6-2019 | | D. Di-az | Relevance; Hearsay; Evid. C. 403; Foundation; Authenticity; Not Produced in Discovery; | | | |

| EX. No. | Document Description | Bates Range(s) | Witness Associated | Objection(s) & Party | Stipulation – Admissibility | Date Identified | Date Admitted |
|---------|---------------------|----------------|---------------------|----------------------|------------------------------|-----------------|----------------|
|  |  |  |  | Improper Impeachment; Plaintiff asks to see the original |  |  |  |
| 378 | Certified copy of Demetric Di-az's plea agreement entered into on March 12, 2020 |  | D. Di-az | Relevance; Hearsay; Evid. C. 403; Foundation; Authenticity; Not Produced in Discovery; Improper Impeachment; Plaintiff asks to see the original |  |  |  |
| 379 | Reserved for Demonstrative Exhibit |  |  |  |  |  |  |
| 380 | Reserved for Demonstrative Exhibit |  |  |  |  |  |  |
| 381 | Reserved for Demonstrative Exhibit |  |  |  |  |  |  |
| 382 | Reserved for Demonstrative Exhibit |  |  |  |  |  |  |
| 383 | Reserved for Demonstrative Exhibit |  |  |  |  |  |  |

CALIFORNIA CIVIL RIGHTS LAW GROUP

ALEXANDER KRAKOW + GLICK LLP


DATED:  April 27, 2020        By: _____//s//_____
                                   Lawrence A. Organ, Esq.
                                   J. Bernard Alexander, Esq.
                                   Navruz Avloni, Esq.
                                   Cimone A. Nunley, Esq.

                                   Attorneys for Plaintiff OWEN DIAZ


SHEPPARD. MULLIN. RICHTER & HAMPTON LLP


                              Bv   *//s//*_____
DATED:  April 27, 2020             TRACEY A. KENNEDY
                                   PATRICIA M. JENG

                                   Attorneys for Defendant
                                   TESLA. INC. dba TESLA MOTORS. INC.