LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:   (415)-453-7352
Facsimile:   (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 394-0888
Facsimile:   (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
TRACEY A. KENNEDY (SBN 150782)
NAMAL TANTULA (SBN 247373)
BRETT YOUNG (SBN 305657)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
T: 213.620.1780 | F: 213.620.1398
tkennedy@sheppardmullin.com
ntantula@sheppardmullin.com
byoung@sheppardmullin.com

PATRICIA M. JENG (SBN 272262)
SUSAN HAINES (SBN 224611)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
T: 415.434.9100 | F: 415.434.3947
pjeng@sheppardmullin.com
shaines@sheppardmullin.com

Attorneys for Defendant,
TESLA, INC. dba TESLA MOTORS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>          Plaintiffs,<br><br>     v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PARTIES' PROPOSED JURY QUESTIONNAIRE**<br><br>Pretrial Conference Date: May 11, 2020<br>Time: 10:00 a.m.<br><br>Trial Date: June 8, 2020<br>Complaint filed: October 16, 2017 |

**JURY QUESTIONNAIRE**
UNITED STATES DISTRICT COURT

Juror Name: _____      Age_____

    Gender :  ☐ Male  ☐ Female      City of Residence _____

1. What is your current (or most recent) occupation? _____

2. What company or employer do you work for? _____

3. Please describe your job duties and responsibilities in your current or last position:

   _____
   _____

4. Please list any other jobs or careers you've had in the past: _____

   _____
   _____

5. Are you married or living with or involved with a significant other?                                    ☐
   ☐ YES   ☐ NO

If yes, what does he/she/they do for a living? _____

6. Do you have any children?                                              ☐ YES  ☐ NO

If yes, how many? _____   What are their ages? _____

If they're now adults, what do they do for a living? _____

7. Have you ever had any of the following work experiences?

☐ A job where you made important financial or personnel decisions for a company
☐ A job where you managed or supervised employees
☐ A job where you had to deal with employee complaints of mistreatment in the workplace
☐ Seen an employee who was a headache to manage because they didn't get along with others
☐ Owned, operated, or worked for a company that was harmed by lawsuits
☐ Seen or worked for a company that was unfairly sued by an ex-employee for wrongful termination
☐ Handled internal employment related investigations

If YES, please explain: _____

_____

8. Have you ever seen any of the following situations in a workplace?

☐ Been a temp or staffer doing work for one company while being hired/paid by another company

☐ Hired, managed or supervised workers who weren't considered employees of your company

☐ Worked for a company that outsourced work or staffing to another company's workers or temps

If YES, please explain: _____

_____

_____

9. Have you (or someone close to you) ever felt mistreated at work by an employer?

☐ YES   ☐ NO        If YES, please explain: _____

_____

_____

10. Have you, or someone close to you, or someone you worked with or know ever been the victim of racism of discrimination at work?

☐ YES   ☐ NO        If YES, please explain: _____

_____

_____

11. Have you ever seen any of the following situations in a workplace?

☐ Seen someone make a false accusation of racism, harassment, or discrimination in the workplace

☐ Seen someone overreact or get offended by a harmless comment or joke in the workplace

☐ Seen or heard about someone playing the 'race card' to get special treatment

☐ Seen someone get falsely or unfairly accused of racism or racial discrimination

☐ Worked with a co-worker who was oversensitive, easily offended, or misinterpreted harmless things

☐ Seen a workplace where co-workers often made racial jokes or 'trash talk' without being offended

☐ Worked for a company that had workplace conduct rules that were too strict or too politically correct

If YES, please explain: _____

_____

_____

_____

12. Have you (or someone close to you) ever filed a lawsuit or been sued by someone else?

☐ YES  ☐ NO       If YES, please explain: _____

_____

_____

13. Do you feel like the laws in California are too employee-friendly or unfair toward companies?

☐ YES  ☐ NO       Explain: _____

_____

_____

14. Do you feel like the laws in California are too employer-friendly or unfair toward employees?

☐ YES  ☐ NO       Explain: _____

_____

_____

15. Do you have feelings of respect or admiration or feelings of disrespect or no admiration for Elon Musk, his inventions, or his companies
    (for example, Tesla or SpaceX)?                                   ☐ YES  ☐ NO

Explain: _____

_____

16. Have you or anyone close to you ever worked for Tesla, as an employee or contractor?
    ☐ YES  ☐ NO
    If YES, please explain: _____

   _____

17. What are your feelings about a person seeking seek money compensation
    in a lawsuit for non-financial harms like mental/emotional suffering?    ☐ YES    ☐ NO

Explain: _____

_____

2

18. Do you have any other opinions, feelings, concerns, experiences, personal or religious beliefs, or possible biases that you think might make it difficult for you to be neutral as a juror in a lawsuit seeking money damages against an employer?

☐ YES   ☐ NO   If YES, please explain: _____

_____

_____

_____
I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT:


_____
Juror Signature

2

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER KRAKOW + GLICK LLP


DATED:  April 27, 2020        By:    /s/_____
                                     Lawrence A. Organ, Esq.
                                     J. Bernard Alexander, Esq.
                                     Navruz Avloni, Esq.
                                     Cimone A. Nunley, Esq.

                                     Attorneys for Plaintiff OWEN DIAZ


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By     /s/_____
DATED:  April 27, 2020               TRACEY A. KENNEDY
                                     PATRICIA M. JENG

                                     Attorneys for Defendant
                                     TESLA, INC. dba TESLA MOTORS, INC.

2