SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
NAMAL TANTULA, Cal. Bar No. 247373
BRETT YOUNG, Cal. Bar No. 305657
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:        tkennedy@sheppardmullin.com
             ntantula@sheppardmullin.com
             byoung@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        pjeng@sheppardmullin.com
             shaines@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>       Plaintiffs,<br><br>   v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>       Defendants. | Case No. 17-cv-06748-WHO<br><br>**DECLARATION OF SUSAN HAINES IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE***<br><br>Date:      May 11, 2020<br>Time:     10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:    Hon. William H. Orrick<br><br>Trial Date;    June 8, 2020<br>Complaint Filed: October 16, 2017 |

**DECLARATION**

I, Susan Haines, declare as follows:

1. I am currently an attorney with the law firm Sheppard Mullin Richter & Hampton, LLP which serves as Defendant Tesla, Inc.'s ("Tesla") attorneys of record in the above-captioned matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. **Exhibit 1** to this declaration consists of true and correct copies of an email sent by Plaintiff's counsel to all counsel of record, including Tesla's counsel on October 3, 2019 identifying persons Plaintiff sought to depose pursuant to the Court's October 3, 2019 Order, and subsequent correspondence among the same counsel regarding scheduling of depositions.

3. Defense counsel produced Andres Donet for deposition on October 24, 2019. Attached as **Exhibit 2** to this declaration are true and correct copies of the deposition cover and signature pages for the deposition of Andres Donet, taken in the above captioned matter on October 24, 2018.

4. **Exhibit 3** to this declaration consists of true and correct copies of relevant excerpts of Tesla's Response to Plaintiff's Interrogatories, Set 3, served on May 24, 2019.

5. **Exhibit 4** to this declaration consists of true and correct copies of documents produced by Tesla, in the above captioned matter, Bate stamped TESLA-0000730-TESLA-0000737.

6. **Exhibit 5** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Owen Diaz, taken in the above captioned matter on December 3, 2018.

7. **Exhibit 6** to this declaration consists of true and correct copies of relevant excerpts and deposition exhibits from the deposition of Owen Diaz, taken in the above captioned matter on May 22, 2018.

8. **Exhibit 7** to this declaration consists of true and correct copies of relevant excerpts from the deposition of Owen Diaz, taken in the above captioned matter on June 21, 2019.

9. **Exhibit 8** to this declaration consists of true and correct copies of documents

1  produced by Tesla, in the above captioned matter, and Bate stamped TESLA-0000054-TESLA-
2  0000055, which Plaintiff identified as Plaintiff's Trial Exhibit No. 32.

3       10.    **Exhibit 9** to this declaration consists of true and correct copies of a document
4  produced by Tesla, in the above captioned matter, and Bate stamped TESLA-0000058, which
5  Plaintiff identified as Plaintiff's Trial Exhibit No. 53.

6       11.    **Exhibit 10** to this declaration consists of true and correct copies of documents
7  produced by Tesla, in the above captioned matter, and Bate stamped TELSA-0000127-TESLA-
8  0000128, which Plaintiff identified as Plaintiff's Trial Exhibit No. 122.

9       12.    **Exhibit 11** to this declaration consists of true and correct certified copies of
10 relevant excerpts of publicly available documents, consisting of the Information – Felony, dated
11 on or about February 6, 2019, and the Information – Felony, dated on or about December 27, 2018
12 in the matter of The People v. Demetric Diaz and Clenzell Bryant, Docket No, 04-195330-G, in
13 the Superior Court of Contra Costa County, for the Martinez division.

14      13.    **Exhibit 12** to this declaration consists of true and correct certified copies of
15 relevant excerpts of publicly available documents, consisting of the Information - Misdemeanor,
16 dated on or about June 1, 2016, and the plea agreement, signed on or about June 2, 2017 by
17 Demetric Di-az, in the matter of The People v. Demetric Diaz, Docket No, 04-187326-4, in the
18 Superior Court of Contra Costa County, for the Pittsburgh Division.

19      14.    **Exhibit 13** to this declaration consists of true and correct copies of relevant
20 excerpts from the deposition of Anthony Reading, taken in the above captioned matter on
21 February 18, 2020.

22      I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct.

24      Executed this 29th day of April 2020, at Dallas, Texas.

                                    /s/ Susan Haines
                                    Susan Haines