SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
NAMAL TANTULA, Cal. Bar No. 247373
BRETT YOUNG, Cal. Bar No. 305657
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:          tkennedy@sheppardmullin.com
                    ntantula@sheppardmullin.com
                    byoung@sheppardmullin.com
PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:          pjeng@sheppardmullin.com
                    shaines@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ AND LAMAR PATTERSON<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC., CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; NEXTSOURCE, INC.; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 17-cv-06748-WHO<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF OWEN DIAZ'S MOTIONS *IN LIMINE*** <br><br>Date:      May 11, 2020<br>Time:     10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:    Hon. William H. Orrick<br><br>Trial Date;        June 8, 2020<br>Complaint Filed:  October 16, 2017 |

SMRH:4852-3008-0955.1

Case No. 17-cv-06748-WHO
[PROPOSED] ORDER DENYING MOTIONS *IN LIMINE*

**PROPOSED ORDER**

On May 11, 2020 at 10:00 a.m., Plaintiff Owen Diaz's Motions *In Limine* came on for telephonic hearing, the Honorable William H. Orrick presiding. All parties were represented by counsel.

After consideration of the papers and evidence submitted, and of the oral and written submissions by the respective parties, the Court finds that Tesla is entitled to an order denying Plaintiff's Motions *In Limine* Nos. 1, 2, 3, 4, 5 and 6 as follows:

1. Plaintiff's Motion *In Limine* No. 1 is denied. To the extent that any witnesses testify regarding the use of the n-word or other racial terms or phrases, Tesla is entitled to put on evidence regarding the context of usage, including any witnesses' lay opinion that the usage was not offensive;

2. Plaintiff's Motion *In Limine* No. 2 is denied. Tesla may call Ramon Martinez as a witness and he may testify;

3. Plaintiff's Motion *In Limine* No. 3 is denied. Ramon Martinez's handwritten statement was provided as part of an investigation, and is admissible along with the rest of the investigative file;

4. Plaintiff's Motion *In Limine* No. 4 is denied. Testimony and evidence regarding the workplace relationship between Plaintiff and Rothaj Foster is relevant and admissible;

5. Plaintiff's Motion *In Limine* No. 5 is denied. Testimony and evidence regarding Plaintiff's work performance and workplace environment is relevant and admissible; and

///
///
///
///
///
///

6. Plaintiff's Motion *In Limine* No. 6 is denied.  Testimony and evidence regarding Demetric Di-az's Criminal Charges and convictions is relevant to Plaintiff Owen Diaz's claims, and is also admissible pursuant to Federal Rule of Evidence 609.

**IT IS SO ORDERED.**

DATED:_____          _____
                                                                The Hon. William H. Orrick
                                                      U.S. District Court, Northern District of California