LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF MELVIN BERRY** |

I, MELVIN BERRY, hereby declare:

1. I am over the age of 18. If called upon to testify, I could and would testify competently as to the facts set forth in this declaration.

2. I am a Black man. I was employed by Tesla, Inc. ("Tesla") as a Production Associate at the Tesla Factory in Fremont, California from approximately June 2015 to October 2016. I worked as a Production Associate on supermarkets 1A and 2, which were close to the elevators. I also serviced the battery line, heat sync line, and generations 2 and 3.

3. My first supervisor, Jay Gardner, and one of my leads, Brian Vicente, used the word "nigger" to refer to employees. They also said things like "you people always complain" or "you people are lazy" in reference to Black employees.

4. I complained to Human Resources about the racial harassment, however nothing changed. I began experiencing panic attacks and severe headaches at work, so I was forced to take medical leave.

5. When I returned to work after my leave, Brian Vicente was my new supervisor. Vicente continued harassing me as he did before. In fact, his use of the n-word became more frequent. Vicente also began targeting me. He changed my assignment to be a floater, so I was constantly moving throughout the factory to work.

6. Supermarkets 1A and 2 were close to the elevators. When I worked there, I heard supervisors, leads, and some members of management say things like "all brothers stick together" or "it's a Black thing." I observed tension between staff and supervisors/management caused by supervisors/managers berating employees, talking down to them, and using racial epithets. Additionally, I heard the word "nigga/nigger" constantly by the elevators.

7. The "Diaz" name sounds familiar to me from when I worked close to the elevators.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on ___April 20___, 2020 in ___ANTIOCH___, California.

*MELVIN DONOVON BERRY III*
MELVIN DONOVON BERRY III (Apr 20, 2020)

Melvin Berry