I, Nathan John Fraim, declare as follows:

1. I am over the age of 18. If called upon to testify, I could and would testify competently as to the facts set forth in this declaration.

2. I am a Caucasion male. I was employed by Tesla, Inc. ("Tesla") at the Fremont, California Tesla Factory through the Staffing Agency Volt Workforce Solutions from January 30, 2017, until July 31, 2017, when I quit voluntarily.

3. My job title at Tesla was Production Associate, and I worked on the production floor. I was stationed on the bottom floor near B23 and B27. My primary job duty involved removing products from boxes and delivering those products to the production line. My direct supervisor was Leigh High Gomez.

4. On April 28, 2017, I saw the following words handwritten on a pamphlet that was posted on a bathroom stall door: "White Power Nigger!" I took a photograph of the graffiti with my cell phone, which I texted to my supervisor Mr. Gomez that same day. A true and correct copy of that photograph is attached hereto as Exhibit 1.

5. To my knowledge, Mr. Gomez took no steps to investigate the incident, and I was never contacted again by anyone at Tesla concerning my report to Mr. Gomez.

6. While I was working at Tesla, I frequently heard co-workers who were not African-American casually using the word "Nigga." This term was not directed at me, but I found it very offensive, as no one should have to hear that kind of language at work.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: November 16, 2017

By: _____
Nathan John Fraim

DECLARATION OF NATHAN JOHN FRAIM    2    Case No. RG17882082

# EXHIBIT 1

