LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF TITUS MCCALEB** |

I, TITUS MCCALEB, hereby declare:

1. I am over the age of 18. If called upon to testify, I could and would testify competently as to the facts set forth in this declaration.

2. I am a Black man. I was employed by Tesla, Inc. ("Tesla") at the factory in Fremont, California from approximately October 2016 through June 2017. I was hired through West Valley Staffing Group. I was first assigned to work in production on the Q-11 station at the end of the line. I was promoted to Station Trainer and also worked as a Media Specialist and Audio Engineer on some occasions. I also assisted on the Manufacturing Training Team during the winter holiday season.

3. A Tesla employee, Carlos, called me the n-word when we first met. I told Carlos and the employee who was training me, Miguel, not to call me the n-word. Carlos continued referring to me with the n-word regularly.

4. Other employees called me the n-word, including Colton, Khoi Nguyen, Marcell, Allen Fong, and others. I observed other Black employees being called the n-word, as well, including Anthony Sims, Eric, Glen, and Jay.

5. I reported the use of the n-word to Leads Khoi Nguyen, Alishia, and Catherine; Supervisors Ron Lardizabal and Josh Vasquez; Managers Anton Baruh and Louis Burris; and Human Resources representatives Josh Hedges, Brandie To, and Arnon Geshuri.

6. I also reported my complaint to Annalisa Heisen of Tesla administration on multiple occasions. She was a part of about four or five conversations which also included Jacob, Josh, and Ron. In fact, we met once to discuss the racial harassment occurring in the factory.

7. I also reported the racial harassment to West Valley Staffing employees, including Samuel Zehner, Soren Baird, and Agnes Lewis.

8. Michael Wheeler and Edward Romero also sound familiar to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2020 in Oakland, California.

By: _Titus V McCaleb (Apr 28, 2020)_
Titus McCaleb