UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 11, 2020 | **Time:** 1 hour, 19 minutes 10:01 a.m. to 11:20 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:** Lawrence Organ, Bernard Alexander, and Cimone AnnMarie Nunley
**Attorneys for Defendant:** Tracey Kennedy and Patricia Jeng

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ruth Levine Ekhaus

### PROCEEDINGS

Pretrial conference conducted via video conference. The June 8 trial date will remain in place, although it is extremely likely that the trial will need to be continued as a result of the public health emergency pandemic. By May 15, 2020, the Court will advise counsel whether the matter will go forward as scheduled or will be continued to September 28, 2020. In the latter event, a further pretrial conference is set for August 31, 2020 at 2 p.m. The total trial time allowed is 12 hours per side, including opening and closing.

The Court summarizes tentative opinions regarding the motions in limine. Argument of counsel heard. A written order will follow.