UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., et al.,<br><br>　　　　　Defendants. | Case No.  3:17-cv-06748-WHO<br><br>**ORDER VACATING JUNE 8, 2020 TRIAL DATE** |

In light of the continued uncertainty around the COVID-19 crisis, it is not possible for this case to proceed to trial on June 8, 2020 as scheduled.  The trial is continued to September 28, 2020, with a further pretrial to occur on August 31, 2020 at 2 p.m.  An order on the parties' motions in limine will be forthcoming.

**IT IS SO ORDERED.**

Dated: May 15, 2020



William H. Orrick
United States District Judge