LAWRENCE A. ORGAN (State Bar No. 175503)
NAVRUS AVLONI (State Bar No. 279556)
CIMONE A. NUNLEY (State Bar No. 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
T: (415) 453-7352 | F: (415) 785-7352
E: larry@civilrightsca.com
E: navru@civilrightsca.com
E: cimone@civilrightsca.com

ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310 394 0888 | F: 310 394 0811
E: balexander@amfllp.com

Attorneys for Plaintiff
OWEN DIAZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiff, <br><br> vs. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, <br><br> Defendants. | CASE NO: 3:17-CV-06748-WHO <br><br> Hon. William H. Orrick <br><br> **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS FOR ATTORNEYS FOR PLAINTIFFS** <br><br> Complaint Filed: October 16, 2017 |

2

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS
FOR ATTORNEYS FOR PLAINTIFFS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that effective **August 1, 2020,** attorneys for Plaintiffs will change their firm name from ALEXANDER KRAKOW + GLICK LLP to **ALEXANDER MORRISON + FEHR LLP**.

    The email addresses for counsel will change as follows:

    1. J. Bernard Alexander, III:    balexander@amfllp.com;

    The mailing address and telephone numbers have remained the same. Please update your service list accordingly.

DATED: July 31, 2020        CALIFORNIA CIVIL RIGHTS LAW GROUP

                              ALEXANDER MORRISON + FEHR LLP

By:  /s/ J. Bernard Alexander, III
       J. Bernard Alexander, III
       Attorneys for Plaintiffs,
       DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS
FOR ATTORNEYS FOR PLAINTIFFS**

# PROOF OF SERVICE

I am over the age of 18 years, not a party to this action, and am employed in the County of Los Angeles, State of California. My business address is ALEXANDER KRAKOW +GLICK LLP, 1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

On, July 31, 2020, following the ordinary business practices of ALEXANDER KRAKOW + GLICK LLP as set forth below, I served a true and correct copy of the foregoing document described as **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS FOR ATTORNEYS FOR PLAINTIFFS** in a sealed envelope, with postage fully prepaid, addressed as follows:

**SEE SERVICE LIST**

( )  BY MAIL. I am readily familiar with ALEXANDER KRAKOW + GLICK LLP's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at ALEXANDER KRAKOW + GLICK LLP, 1900 Avenue of the Stars, Suite 900, Los Angeles, California 90067. The above envelope was placed for collection and mailing on the above date following our firm's ordinary business practice. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposition for mailing.

( )  VIA OVERNIGHT MAIL. I delivered said documents via overnight delivery.

(X)  VIA EMAIL. I sent said documents via email.

( )  BY PERSONAL SERVICE. I caused delivery of said envelope by hand to the offices of the addressee(s).

(X)  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

( )  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated:   July 31, 2020

Doug Meekins

SERVICE

# SERVICE LIST

<u>CO-COUNSEL FOR PLAINTIFF:</u>
Lawrence A. Organ, Esq.
Navrus Avloni, Esq.
Cimone A. Nunley, Esq.
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anseimo, California 94960
T: 415.453.4740
F: 415.785.7352
E: larry@civilrightsca.com

<u>COUNSEL FOR DEFENDANT:</u>
Gary T. Lafayette, Esq.
Cheryl A. Stevens, Esq.
Lafayette & Kumagai
1300 Clay Street, Suite 810
Oakland, California 94612
T: 415.357.4600
E: glafayette@ikclaw.com
E: cstevens@ikclaw.com

<u>COUNSEL FOR DEFENDANT:</u>
Susan Haines, Esq.
Sheppard, Mullin, Richter and Hampton
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
T: 415.434.9100
F: 415.434.3947
E: shaines@sheppardmullin.com

<u>COUNSEL FOR DEFENDANT:</u>
Brett Young, Esq.
Namal Tantula, Esq.
Sheppard, Mullin, Richter and Hampton LLP
333 South Hope St., 43rd Floor
Los Angeles, California 90071
T: 213.620.1780
F: 213.620.1398
E: byoung@sheppardmullin.com
   ntantula@sheppardmullin.com