UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 1, 2020 | **Time:** 10 minutes<br>1:58 p.m. to 2:08 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:** J. Bernard Alexander, Cimone Nunley and Larry Organ
**Attorneys for Defendant:** Tracey Kennedy and Susan Haines

**Deputy Clerk:** Jean Davis          **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Case Management Conference conducted via videoconference to discuss status of upcoming trial. Given the scheduling difficulties associated with COVID-19, there is some uncertainty as to when civil trials will resume—hopefully in the month of January. The trial in this matter is Judge Orrick's highest civil trial priority, and it will be conducted as soon as possible.

Current general procedures for jury selection that allow for social distancing, etc., are briefly discussed.

**Case Management Conference set for December 15, 2020 at 2:00 p.m.**

**Jury Selection and Trial set for January 19, 2021 at 8:30 a.m.**