UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** December 15, 2020 | **Time:** 14 minutes 2:15 p.m. to 2:29 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**   Larry Organ, Bernard Alexander, and Cimone Nunley
**Attorneys for Defendant:**   Tracey Kennedy and Susan Haines
 **Deputy Clerk:** Jean Davis                              **Court Reporter:** Ruth Levine Ekhaus

PROCEEDINGS

Case Management Conference conducted via videoconference.  The District protocols regarding jury safety during the pandemic are reviewed.  It is unclear whether trials will be able proceed in January in light of the pandemic.

The court expects to use the parties' proposed questionnaire for completion online by prospective jurors and hold a hearing prior to jury selection to excuse some, if appropriate, based upon those responses.

Counsel join in asking for a continuance of the trial in light of the uncertainties of the January 28 potential trial date.  The request is granted and a new date selected, subject to the District's policies and procedures concerning jury trials at that time.

Further Case Management Conference set for **March 2, 2021 at 1:45 p.m.** to confirm the trial date.

A trial date of **April 26, 2021** is set, subject to then existing conditions.

A hearing is set for **April 21, 2021 at 10:00 a.m.** to review the juror questionnaires and exercise preliminary stipulated strikes for cause or hardship.