LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811
Attorneys for Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ

TRACEY A. KENNEDY (SBN 150782)
PATRICIA M. JENG (SBN 272262)
SUSAN HAINES (SBN 224611)
SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:    (213)-620-1780
Facsimile     (213)-620-1398
Attorneys for Defendant TESLA, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>                Plaintiffs,<br><br>         v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER**<br><br>Pre-trial Conference: April 20, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial Date: May 11, 2020<br>Complaint filed: October 16, 2017 |

Case No. 3:17-cv-06748-WHO

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff"), and Defendant Tesla, Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, hereby submit this Joint Stipulation to Continue the Pre-Trial Conference date and Trial date. Good cause exists given the unforeseen and difficult circumstances resulting from the Coronavirus Disease 2019 ("COVID-19") pandemic, making it difficult, if not impossible, for counsel to safely travel to Northern California and for witnesses to appear for the currently scheduled trial date.

As such, the Parties request that the Court continue the trial until September 23, 2021, November 1, 2021, or the soonest date thereafter the Court is available. The Parties also request that the Court continue the Pre-Trial Conference from March 2, 2021 to a date that corresponds with the new trial date. Accordingly, the Parties stipulate as follows

**WHEREAS**, on October 16, 2017, Plaintiff filed his Complaint in California Superior Court;

**WHEREAS**, on November 22, 2017, Tesla removed Plaintiff's Complaint to the United States District Court for the Northern District of California (Dkt. No. 1);

**WHEREAS**, on December 20, 2018, Plaintiff was granted leave to amend his complaint to add a defendant, NextSource Inc. (Dkt. No. 56), and on December 26, 2018, Plaintiff filed his Amended Complaint, adding NextSource, Inc. as a party (Dkt. No. 57);

**WHEREAS**, the parties sought their first trial continuance from November 19, 2019 to March 2, 2020 to allow NextSource Inc., to prepare for trial (Dkt. No. 56);

**WHEREAS**, this Court continued the trial date from March 2, 2020 to May 11, 2020, due to a criminal trial taking priority (Dkt. No. 136);

**WHEREAS**, this Court granted the Parties' second request to continue the trial date from May 11, 2020 to June 8, 2020, in light of the ongoing COVID-19 pandemic (Dkt. No. 177);

**WHEREAS**, this Court vacated the June 8, 2020 trial date and continued the trial to September 28, 2020, in light of the ongoing COVID-19 pandemic (Dkt. No. 206);

**WHEREAS**, this Court vacated the September 28, 2020, trial date and continued the trial to January 19, 2021, in light of the ongoing COVID-19 pandemic (Dkt. No. 212);

**WHEREAS**, this Court vacated the January 19, 2021 trial date and continued the trial to April 26, 2021, in light of the ongoing COVID-19 pandemic (Dkt. No. 220);

**WHEREAS**, other than the continuances related to the newly named defendant NextSource, a criminal trial on this Court's docket, and the COVID-19 pandemic, there have been no other continuances;

**WHEREAS**, good cause exists to continue the trial, given the unforeseen and difficult circumstances resulting from the Coronavirus Disease 2019 ("COVID-19") pandemic and the state-wide "Stay Home" order. These circumstances render it difficult, if not impossible, for the Parties' counsel to safely travel to Northern California, and for witnesses and potential jurors to safely appear on the currently scheduled trial date.

**NOW THEREFORE**, it is hereby stipulated by and between the Parties that:

(1)   Trial is continued to September 27, 2021, with juror questionnaires to be distributed on September 21, 2021, and a hearing set for September 23, 2021, to review the juror questionnaires and exercise preliminary stipulated strikes for cause or hardship; OR

(2)   Trial is continued to November 2, 2021, with juror questionnaires to be distributed on October 29, 2021, and a hearing set for November 1, 2021, to review the juror questionnaires and exercise preliminary stipulated strikes for cause or hardship; OR

(3) The trial is continued to the soonest date thereafter as the Court is available; AND

(4) The Pre-Trial Conference is continued to a date that corresponds with the new trial date.

**IT IS SO STIPULATED.**

|  |  |  |
|---|---|---|
|  | CALIFORNIA CIVIL RIGHTS LAW GROUP |  |
|  | ALEXANDER KRAKOW + GLICK LLP |  |
| DATED:  March 1, 2021 | By: | /s Cimone A. Nunley |
|  | Lawrence A. Organ, Esq. |  |
|  | Navruz Organ, Esq. |  |
|  | Cimone A. Nunley, Esq. |  |
|  | J. Bernard Alexander, Esq. |  |
|  | Attorneys for Plaintiffs |  |
|  | DEMETRIC DI-AZ AND OWEN DIAZ |  |
| DATED: March 1, 2021 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |  |
|  | By | /s Patricia M. Jeng |
|  | TRACEY A. KENNEDY |  |
|  | PATRICIA M. JENG |  |
|  | Attorneys for Defendant |  |
|  | TESLA, INC. dba TESLA MOTORS, INC. |  |

### [PROPOSED] ORDER

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1)   The Pre-Trial Conference is continued to _____, 2021 at _____.

(2)   Trial is continued to _____, 2021 at _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021         _____
                                                                              Hon. William H. Orrick

Case No. 3:17-cv-06748-WHO

JOINT STIPULATION TO CONTINUE
PRE-TRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER

## **DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: March 1, 2021          By:   /s Cimone A. Nunley
                                        LAWRENCE A. ORGAN
                                        NAVRUZ AVLONI
                                        J. BERNARD ALEXANDER
                                        CIMONE A. NUNLEY

                                        Attorneys for Plaintiff OWEN DIAZ

Case No. 3:17-cv-06748-WHO
                              JOINT STIPULATION TO CONTINUE
                              PRE-TRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER