# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** August 10, 2021 | **Time:** 6 minutes 1:58 p.m. to 2:04 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**    Bernard Alexander, Lawrence Organ, and Cimone Nunley
**Attorneys for Defendant:**   Patty Jeng

**Deputy Clerk:** Jean Davis                              **Court Reporter:** Katherine Sullivan

### PROCEEDINGS

Case Management Conference conducted via videoconference. The Court provides an update as to the status of the scheduled jury trial. This case is currently fifth out for jury trial on September 27, 2021. The Court believes that the trial date is potentially viable based upon past patterns; a further case management conference is set for September 7, 2021 to revisit the trial status.

Counsel participating in the conference believe that October 12, 2021 is a viable back-up date if this matter cannot be heard on September 27, 2021. Ms. Jeng will confer with her co-counsel and confirm by email to Ms. Davis and opposing counsel by August 13, 2021 whether or not there are any conflicts with that proposed date.

**Further Case Management Conference set for September 7, 2021 at 2:00 p.m.**