# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 7, 2021 | **Time:** 10 minutes 1:57 p.m. to 2:07 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**     Bernard Alexander, Lawrence Organ, and Cimone Nunley
**Attorney for Defendant:**   Patricia Jeng

**Deputy Clerk:** Jean Davis                             **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court updates counsel on the District's trial schedule. Trial on 9/27/2021 is unlikely. The Court will not yet vacate the date in hope that there is a radical change; by the end of the week an official notice will be posted either vacating the 9/27/2021 trial or advising counsel that the trial will proceed on that date. The viability of the backup date of 10/12/2021 is unclear, but the Court will provide information as appropriate.

Jury instructions and current COVID protocols discussed.

**Further Case Management Conference set for September 21, 2021 at 2:00 p.m. via videoconference.**