1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN DIAZ,

              Plaintiff,

    v.

TESLA, INC., et al.,

              Defendants.

Case No.  17-cv-06748-WHO

**TRIAL NOTIFICATION**

      I am pleased to inform you that our case will be able to proceed to trial in San Francisco.  I believe that we can pick the jury on Friday, September 24 at 8:30 a.m. and then begin trial on Monday, September 27 at 8:30 a.m.; if those dates change I will let you know.  Trial days will run from 8:30 a.m. to 1:30 p.m., Monday – Friday, until the trial is completed.  The lawyers will be expected to be in their seats at 8:00 a.m. each morning to discuss any matters that need to be resolved before the jury arrives.

      We will have a further pre-trial conference on Tuesday, September 21 at 3 p.m.  It will be in person unless the parties stipulate to hold it by Zoom.  Any issues that the parties want to discuss at the conference should be described in a Joint Further Pre-Trial Conference Statement filed by noon on September 20, 2021.  The parties should file an updated witness list at the same time.  As discussed on Tuesday, I want to know the vaccination status of each litigation team member in the courtroom and the witnesses, to the extent it is possible to obtain that information, by September 21. The Case Management Conference set for September 21 is vacated.

      **IT IS SO ORDERED.**

Dated: September 9, 2021



William H. Orrick
United States District Judge