LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415) 453-7352
Facsimile:      (415) 785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:      (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY**<br><br>Trial Date: September 27, 2021<br>Complaint filed: October 16, 2017 |

   To facilitate the Court's ruling on Defendant's designations of Demetric Di-az's deposition testimony, Plaintiff respectfully submits the following chart identifying the testimony Defendant designated and Plaintiff's objections:

1

| # | Lines | Deposition Excerpt | Objection/Counterdesignation |
|---|---|---|---|
| 1. | 10:4-22 | **10:4** Q. Could you please state your full name for the<br>**5** record.<br>**6** A. Demetric Jean Di-az.<br>**7** Q. Did you say Jean?<br>**8** A. Yes. That's my middle name.<br>**9** Q. Okay. And how do you spell your last name?<br>**10** A. D-I hyphen A-Z.<br>**11** Q. And is your father's name Owen Diaz?<br>**12** A. Yes.<br>**13** Q. And he spells his name with a D-I-A-Z without a<br>**14** hyphen; right?<br>**15** A. Yes.<br>**16** Q. And why do you spell your name with a hyphen?<br>**17** A. As a kid it was given to me like that through<br>**18** birth. I really don't know why it was like that.<br>**19** Q. You don't have an understanding of why your last<br>**20** name is spelled with a hyphen?<br>**21** A. I was told that was the original spelling. That<br>**22** was it. | |
| 2. | 31:20-22 | **31:20** Q. How would you describe your relationship with<br>**21** your father?<br>**22** A. My relationship with my father was good. | |
| 3. | 33:2-9 | **33:2** Q. Do you know Lamar Patterson?<br>**3** A. No.<br>**4** Q. You've never met him before?<br>**5** A. If I have, I don't remember.<br>**6** Q. Do you know Dewitt Lambert?<br>**7** A. No.<br>**8** Q. You never met him before?<br>**9** A. No. | Objection: relevance |
| 4. | 40:14-16 | **40:14** Q. So you received a high school diploma from<br>**15** Pittsburg's adult school in June of 2014? | |

PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DESIGNATION OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY

| | | 16 A. Yes. | |
|---|---|---|---|
| 5. | 47:20-<br><br>48:23 | 47:20 Q. Did you apply for a position with Tesla as an<br>21 associate product excellence engineer power train on<br>22 October 26th, 2015?<br>23 A. Not that I can recall.<br>24 Q. I'm turning -- Exhibit 9 is, again, a printout<br>25 from Tesla's application system, which is Bates-stamped<br>48:1 at the bottom 146 to 152.<br>2 Do you see there at the top where it says<br>3 "Associate product excellence engineer power train," at<br>4 the top of 146?<br>5 A. Yes.<br>6 Q. And do you see there on the right it says "date<br>7 applied 10/26/2015"?<br>8 A. Yes.<br>9 Q. And is that your name at the top, Demetric G.<br>10 Di-az?<br>11 A. Yes.<br>12 Q. Does this refresh your recollection as to<br>13 whether or not you applied for a job as an associate<br>14 product excellence engineer with power train in October<br>15 of 2015?<br>16 A. No, it doesn't.<br>17 Q. Do you have any reason to believe that Tesla's<br>18 applicant records are inaccurate?<br>19 A. I don't remember ever doing this application.<br>20 Somebody could have did it for me. I don't remember.<br>21 Q. Do you remember ever applying for a position at<br>22 Tesla at any time in October 2015?<br>23 A. No. | Objection: relevance |
| 6. | 49:9-25 | 49:9 Q. And do you see that the date applied is | Objection: relevance |

| | | | |
|---|---|---|---|
| | | 10 10/26/2015?<br>11 A. Yes.<br>12 Q. Did you apply for a position with Tesla as a<br>13 production associate assembly line on October 26th,<br>14 2015?<br>15 A. I don't remember.<br>16 Q. You don't remember?<br>17 A. Yes.<br>18 Q. But it's possible you did?<br>19 A. I said before I don't remember. Somebody could<br>20 have did it for me. I don't remember applying.<br>21 Q. Do you have any reason to believe that Tesla's<br>22 candidate records regarding your application as<br>23 production associate assembly line are inaccurate?<br>24 MR. ORGAN: Objection. Vague and ambiguous.<br>25 THE WITNESS: I don't know. | |
| 7. | 107:9-19 | 107:9 Q. Okay. Turning your attention to the e-mail in<br>10 the middle of the page on 185 from Jimmy Ramirez to Juan<br>11 Martinez, it says "Demetric Di-az will be going to<br>12 nights. He will report to battery enclosure 2.0 at 5:25<br>13 p.m."<br>14 Does that refresh your memory that -- and that<br>15 e-mail is dated Saturday, September 5th, 10:44 a.m.<br>16 Does that refresh your memory that September 5th, 2015,<br>17 is when -- is around the time that you transitioned from<br>18 the day shift to the night shift?<br>19 A. Yes. | |
| 8. | 109:2-3 | 109:2 Q. How many days a week did you work?<br>3 A. Five. | |
| 9. | 109:22- | 109:22 Q. Okay. Did anybody ever communicate with you | Objection: relevance |

| | | | |
|---|---|---|---|
| | 110:3 | 23 about pulling up your pants when you were at Tesla?<br>24 A. One day I forgot my belt. They asked me to pull<br>25 up my pants. I pulled it up and told them it wouldn't<br>110:1 happen again, and that's all.<br>2 Q. And who spoke to you about that?<br>3 A. I can't recall. | |
| 10. | 110:21-<br>111:1 | 110:21 Q. Did anyone at Tesla ever communicate with you<br>22 about not wearing your safety glasses during production?<br>23 A. I'm a human being. I could have forgotten.<br>24 They could have said, say, "Hey, put on your safety<br>25 glasses." I would have adjusted my behavior<br>111:1 immediately. | Objection: relevance, cumulative |
| 11. | 110:10-14 | 110:10 Caballero?<br>11 A. I can't remember who asked me.<br>12 Q. Was it Joshua Buck?<br>13 A. I don't remember who asked me.<br>14 Q. How many times were you communicated with at | Objection: relevance |
| 12. | 111:21-<br>112:2 | 111:21 Q. Okay. Did anybody ever communicate with you<br>22 about not wearing your bump cap or your hard hat when<br>23 you were at Tesla?<br>24 A. I was communicated to put on a hard hat because<br>25 the way I had my bump cap, I guess, was not sufficient.<br>112:1 Q. And who communicated with you about that?<br>2 A. Javier. | Objection: relevance |
| 13. | 119:18-21 | 119:18 Q. Why didn't you get along with Javier prior to<br>19 this incident?<br>20 A. Javier was harassing me and calling me a nigger<br>21 every day; so, no, I didn't get along with him. | |

| | | | |
|---|---|---|---|
| 14. | 120:17-18 | **120:17** Q. Did your shift lead ever call you the N-word?<br>**18** A. No. | Objection: relevance and confusing<br><br>403 |
| 15. | 125:5-16 | **125:5** Q. See where it says "9/10/15, He wasn't wearing<br>**6** his safety glasses while operating in Zone 1 during<br>**7** production."<br>**8** You do remember that; right?<br>**9** A. Yes.<br>**10** Q. 9/11/15. It says here "Advised two times to<br>**11** wear his hard hat."<br>**12** Do you see that?<br>**13** A. Uh-huh.<br>**14** Q. Do you remember Javier telling you to wear your<br>**15** hard hat not once but twice?<br>**16** A. No. | Objection: relevance and confusing<br><br>403 |
| 16. | 129:130:7 | **130:1** Q. Is that the only time you were late?<br>**2** A. Yes.<br>**3** Q. Even a minute?<br>**4** A. That's the only time I was late.<br>**5** Q. Did anybody ever talk to you about forgetting to<br>**6** put the adhesive on the IB crossmember end cap?<br>**7** A. Not that I can recall. | Objection: relevance |
| 17. | 131:17-25 | **131:17** Q. Do you remember someone talking to you about<br>**18** staying off your cell phone during production hours?<br>**19** A. No.<br>**20** Q. Nobody ever talked to you about that?<br>**21** A. I don't remember being talked to to stay off my<br>**22** cell phone.<br>**23** Q. Did anybody ever tell you not to be on your cell<br>**24** phone during production?<br>**25** A. No. | Objection: relevance |
| 18. | 137:11-17 | **137:11** Q. And on 9/22 you didn't wear your ear plugs<br>**12** during production?<br>**13** A. I don't recall.<br>**14** Q. And on 9/29 you didn't wear | Objection: relevance |

|     |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |                        |
|-----|------------|--------------------|-----|
|     |            | your safety glasses<br>15 at SOP?<br>16 A. I don't recall. And can you clarify what SOP<br>17 is? |  |
| 19. | 139:7-9    | 139:7 Q. Were you ever coached about not wearing your<br>8 safety glasses?<br>9 A. No. | Objection: relevance |
| 20. | 140:3-14   | 140:3 Q. Do you remember not wearing your ear plugs on<br>4 10/1?<br>5 A. No.<br>6 Q. Do you remember receiving a verbal warning from<br>7 Javier at any time?<br>8 A. No.<br>9 Q. Do you remember receiving a written warning at<br>10 any time?<br>11 A. No. Not that I can recall.<br>12 Q. On October 6th do you remember not wearing ear<br>13 plugs during your production?<br>14 A. No. | Objection: relevance |
| 21. | 142:19-21  | 142:19 Q. On October 19th, do you recall having -- showed<br>20 up late to work without a bump cap?<br>21 A. No. | Objection: relevance |
| 22. | 145:18-23  | 145:18 Q. Did you ever apply for another job through West<br>19 Valley?<br>20 A. I attempted to. I called my staffing -- my<br>21 staffing rep. He told me that he would look into it and<br>22 never ever got back to me. He just stopped answering my<br>23 phone calls, stopped returning my calls. | Objection: relevance |
| 23. | 146:21-23  | 146:21 Q. Do you have any idea why your assignment with<br>22 West Valley at Tesla ended?<br>23 A. No, I don't. | Objection: relevance |
| 24. | 150:15-    | 150:15 Q. In paragraph 14 you state "In approximately<br>16 August of 2015, Demetric's father, |  |

| | | | |
|---|---|---|---|
| | 151:20 | Owen, informed him<br>17 West Valley had openings for positions at the Tesla<br>18 factory."<br>19 Did your father tell you that West Valley had<br>20 openings?<br>21 A. Yes.<br>22 Q. Did your father encourage you to apply?<br>23 A. Yes.<br>24 Q. What did your father tell you about what it was<br>25 like to work at Tesla?<br>151:1 A. He told me it was going to be a good experience<br>2 and that it would be -- like, it would be good. I<br>3 bought into it because I thought it was going to be the<br>4 ultimate experience. Like, oh, I get to work for Tesla.<br>5 They're making modern productions to build electrical<br>6 cars to make the world a better place. Like, why<br>7 wouldn't I want to be a part of that?<br>8 Q. Your father told you it was going to be a good<br>9 experience to work at Tesla?<br>10 A. Yeah. He told me it would be a good experience<br>11 and it was going to be good for me.<br>12 Q. And that was right before you applied in August<br>13 of 2015?<br>14 A. Yes.<br>15 Q. Did your father tell you around the time you<br>16 applied in August 2015 anything about what his work<br>17 experience was like at Tesla?<br>18 A. When I was applying there, he said that his work<br>19 experience was going okay. From what I could tell, it<br>20 was going good. | |

| # | Pages | Testimony | Objection |
|---|---|---|---|
| 25. | 153:6-8; 22-24 | 153:6 Did you ever see this drawing while you were<br>7 working at Tesla?<br>8 A. No.<br>22 Q. You ever see any drawings like this while you<br>23 were working at Tesla?<br>24 A. No, I didn't see drawings like this. | |
| 26. | 153:24-155:18 | 153:24 A. No, I didn't see drawings like this.<br>25 Q. Did you ever see any offensive graffiti while<br>154:1 you were working at Tesla?<br>2 A. Yes.<br>3 Q. What did you see?<br>4 A. "Fuck you, nigger" all in the bathroom stall.<br>5 "You all don't belong here. You niggers don't belong<br>6 here." Stuff like that.<br>7 Q. Anything else that you saw that was offensive<br>8 graffiti while you were working at Tesla?<br>9 A. No.<br>10 Q. Did you report it to anyone when you saw the<br>11 words, "Fuck you, nigger" in the bathroom stall?<br>12 A. No.<br>13 Q. Did you report it to anyone when you saw "You<br>14 niggers don't belong here" in the bathroom stall?<br>15 A. No.<br>16 Q. Why not?<br>17 A. I didn't know who to report it to. I just<br>18 stopped going to that bathroom.<br>19 Q. Where was that bathroom?<br>20 A. If I'm not mistaken, it was in the center of the<br>21 production floor.<br>22 (Reporter clarification.)<br>23 THE WITNESS: I just wanted to have one with<br>24 more bathrooms in the facility. | Objection: vague and ambiguous |

| | | | |
|---|---|---|---|
| | | 25 Q. And were both of these statements written in the<br>155:1 bathroom stall?<br>2 A. Yes.<br>3 Q. At some point did you notice that these -- that<br>4 this graffiti was removed from the bathroom stall?<br>5 A. I told you I stopped going in that bathroom.<br>6 Q. So you don't know whether it was ever removed?<br>7 A. No.<br>8 Q. Turning your attention back to Exhibit 33. Have<br>9 you ever discussed this with your father?<br>10 A. Yes.<br>11 Q. What did you discuss?<br>12 A. Just, who would do stuff like this? Like, why<br>13 are they even trying to do stuff like this? My father<br>14 was just more, like, he didn't really understand it. He<br>15 knew that it was a racial effigy. He was just, like, "I<br>16 don't understand why they would do it." It was, like,<br>17 from what I was told, they thought it was a joke. I<br>18 don't see that as a joke. | |
| 27. | 159:24-<br><br>160:14 | 159:24 Q. And who stated this phrase?<br>25 A. Javier. I think his last name is Caballero.<br>160:1 You said his name.<br>2 Q. Javier Caballero said this, quote, "All you<br>3 fucking niggers -- I can't stand you motherfuckers"?<br>4 A. Yes.<br>5 Q. And in paragraph 19 you say that it was your<br>6 shift lead?<br>7 A. It's my shift supervisor.<br>8 Q. So it wasn't your shift lead?<br>9 A. No. That's probably a mistake. | |

| | | | |
|---|---|---|---|
| | | 10 Q. Where was this statement said?<br>11 A. Right on the production floor.<br>12 Q. Where on the production floor?<br>13 A. Within zone 1 and getting ready to walk out of<br>14 our section. | |
| 28. | 161:9-11 | 161:9 Q. Is this the only time that this statement was<br>10 made?<br>11 A. That statement, yes. | |
| 29. | 165:24-<br>166:19 | 165:24 Q. Do you know whether your father heard it?<br>25 A. My father told me that he did hear it, and<br>166:1 that's the first time I seen my father, like, really<br>2 feel like he couldn't do anything for me. Like, he<br>3 didn't know what to do.<br>4 Q. Were you offended by the use of the word?<br>5 A. Yes.<br>6 Q. Have you ever used the word?<br>7 A. Yes.<br>8 Q. How many times?<br>9 MR. ORGAN: In his life?<br>10 MS. ANTONUCCI: If you can remember.<br>11 THE WITNESS: I don't know.<br>12 BY MS. ANTONUCCI:<br>13 Q. Do you use it regularly?<br>14 A. No.<br>15 Q. Do you use it frequently?<br>16 A. No.<br>17 Q. In what context have you used it?<br>18 A. I more use it as a term of endearment, not a<br>19 hateful way. | Objection: relevance as to 166:6-19 |
| 30. | 167:11-12 | 167:11 Q. Have you ever used the N-word at Tesla?<br>12 A. No. | Objection: relevance |
| 31. | 169:13-24 | 169:13 Q. But it's okay for an African-American to use the<br>14 N-word?<br>15 A. Yes.<br>16 Q. Do you think it's okay for someone who's not | Objection: relevance |

| | | | | |
|---|---|---|---|---|
| | | | 17 African-American to use the N-word as a term of<br>18 endearment or affection?<br>19 A. It's not okay, no matter which way you use it.<br>20 It's not okay. It's not okay if you're not black to use<br>21 that word.<br>22 Q. Other than Javier, nobody else used that word at<br>23 Tesla; is that right?<br>24 A. From what I know. | |
| | 32. | 170:20-<br>171:9 | 170:20 Q. Tell me the first time you heard Javier use the<br>21 word?<br>22 A. The first time I heard Javier use the word, it<br>23 was probably about two to three days after I started<br>24 working the night shift.<br>25 Q. And what did he say?<br>171:1 A. We were getting ready to go on our meal break.<br>2 We were running a little behind. He was, like, "All you<br>3 niggers need to hurry the fuck up."<br>4 Q. Did you say anything back to him at the point?<br>5 A. No. The first time it ever happened I was kind<br>6 of stuck, like, "What?" I really didn't know what to<br>7 do.<br>8 Q. Was anyone else there?<br>9 A. My team. | |
| | 33. | 177:16-<br>178:11 | 177:16 Q. And what did you say to Javier?<br>17 A. Just told him how he was treating me was unfair<br>18 and unjust. I didn't like it. And he told me, if I<br>19 didn't like it, my time would be ending shortly. I end<br>20 up getting wrote up. Within a few weeks later, I lost<br>21 my job. They told me that my contract was ended.<br>22 Q. In paragraph 24, you allege | Objection: relevance as to 177:22-178:11 |

| | | | |
|---|---|---|---|
| | | that you had a good<br>23 performance record prior to this written warning; is<br>24 that correct?<br>25 A. Yes.<br>178:1 Q. Are you aware that you had received nine prior<br>2 warnings by this time?<br>3 A. No, I was not aware.<br>4 Q. Do you contend that you had received no prior<br>5 warnings by this time?<br>6 A. I was never made aware that I had any<br>7 performance issues.<br>8 Q. You were never counseled at any time prior to<br>9 having used your phone on the production line?<br>10 A. I was never made aware that I had any<br>11 performance issues. | |
| 34. | 185:24-<br><br>187:11 | 185:24 Q. So you mentioned that the first time that you<br>25 heard Javier say the N-word was two or three days after<br>186:1 working the night shift. He said, "All you N-words need<br>2 to hurry the F up"?<br>3 A. Yes.<br>4 Q. Right. What was the second time you heard it?<br>5 A. The second time I heard it was pretty much the<br>6 day after that. It was in the same regards, telling us<br>7 to hurry up.<br>8 Q. And that was Javier?<br>9 A. Yes.<br>10 Q. And who was present?<br>11 A. Same people.<br>12 Q. Was it directed to your whole team?<br>13 A. Yeah, I assume.<br>14 Q. Same people, meaning the six people on your<br>15 team?<br>16 A. Yes. | |

| | | | |
|---|---|---|---|
| | | 17 Q. When was the next time you heard Javier use the<br>18 N-word?<br>19 A. The next time I heard it -- it just continued to<br>20 spiral after that. He just kept going. It didn't stop.<br>21 I told him I didn't like it. And then from there it was<br>22 more I could be fired since I didn't like it.<br>23 Q. So when was the next time you heard it?<br>24 A. The day after the next day.<br>25 Q. And what did he say then?<br>187:1 A. He used the same reference again, "All you<br>2 niggers need to hurry the fuck up." After that he was,<br>3 like -- like, just kept going. Just escalating there.<br>4 Q. So you testified that you heard him use the<br>5 phrase "All you niggers need to hurry the fuck up." And<br>6 then you also testified that at one point he said, "All<br>7 you fucking niggers -- I can't stand your mother- -- you<br>8 motherfuckers"?<br>9 A. Yeah.<br>10 Q. Did he ever use the N-word in any other context?<br>11 A. No. | |
| 35. | 190:3-17 | 190:3 Q. Okay. Turn to paragraph 26. You said here that<br>4 you believe you were terminated because you objected to<br>5 the racial harassment and discrimination in paragraph<br>6 26.<br>7 Do you see that?<br>8 A. Yes.<br>9 Q. Why do you believe that?<br>10 A. Because, after I asked him to, "Hey, stop doing<br>11 this and can you please stop doing that?" His resolve | Objection: relevance |

| | | | |
|---|---|---|---|
| | | 12 was, "If you don't like it, you can be fired." And he<br>13 made sure I got fired.<br>14 Q. Any other reasons?<br>15 A. That's really it. Every time I complained, he<br>16 made sure to let me know, if I didn't like it, I could<br>17 go. | |
| 36. | 193:8-24 | 193:8 Q. Do you know why it is that you're -- that you<br>9 were terminated?<br>10 A. No.<br>11 Q. Do you know why you were issued a written<br>12 warning?<br>13 A. No.<br>14 Q. If you were to estimate how many times Javier<br>15 Caballero used the N-word at Tesla, how many?<br>16 A. I would say more than 50.<br>17 (Reporter clarification.)<br>18 THE WITNESS: More than 50 but less than 60. So<br>19 in between there. I didn't work with him -- I just got<br>20 let go.<br>21 Q. Are you alleging that every single day you<br>22 worked at Tesla Javier used the N-word?<br>23 A. Pretty much every day after the third day that I<br>24 got there he used the N-word. | Objection: relevance as to 193:8-13 |
| 37. | 194:12-19 | 194:12 Q. Yeah. Can you tell me everybody that you<br>13 believe subjected you to racial harassment while you<br>14 were working at Tesla?<br>15 MR. ORGAN: Same objection.<br>16 THE WITNESS: I would say Javier, his<br>17 supervisor, HR department, West Valley Staffing Group,<br>18 and their on-site team -- everybody that I told that<br>19 just did nothing about it. | Objection: legal conclusion, relevance |
15

Case No. 3:17-cv-06748-WHO

PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DESIGNATION OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY

| | | | |
|---|---|---|---|
| 38. | 201:6-<br>202:19 | 201:6 Q. Are you alleging that Tesla inflicted emotional<br>7 distress onto you?<br>8 MR. ORGAN: Objection to the extent it calls for<br>9 a legal conclusion. You can answer.<br>10 THE WITNESS: Yes.<br>11 BY MS. ANTONUCCI:<br>12 Q. How?<br>13 A. The emotional distress that I suffered is I feel<br>14 like I lost myself. I didn't know what to do. I was<br>15 subjected every day to be dehumanized and put forth like<br>16 I was less than a man and I was less than anybody else<br>17 in that factory. And for somebody to really not care to<br>18 feel 'cause they have power that, "Oh, well, I can do<br>19 this. It's okay, and if you don't like it, just because<br>20 you're temporary staff, you can get fired." Like, you<br>21 have no authority. You're just -- because you're a<br>22 temp, like, then why ever bring me in if that's how you<br>23 guys feel?<br>24 Q. And you contend that you suffered emotional<br>25 distress.<br>202:1 A. Yes.<br>2 Q. As a result of the conduct of Tesla or West<br>3 Valley?<br>4 A. The result of both, of nobody doing nothing.<br>5 Q. What kind of emotional distress did you suffer?<br>6 MR. ORGAN: Objection. Vague and ambiguous.<br>7 THE WITNESS: Can you restate the question?<br>8 BY MS. ANTONUCCI:<br>9 Q. Yeah. What kind of emotional | Objection: relevance |

| | | | |
|---|---|---|---|
| | | distress did you<br>10 suffer?<br>11 MR. ORGAN: Objection. Vague and ambiguous.<br>12 THE WITNESS: The emotional distress that I<br>13 suffered was lack of eating, lack of wanting to be<br>14 around my peers and my family members, the lack of me<br>15 just really knowing who I was. I really didn't know<br>16 why -- why I fit -- fit in in this world, and at this<br>17 day and age, there could still be racism. Or if this<br>18 so-called million-dollar business can still have racism<br>19 and nobody cares. | |
| 39. | 217:8-21 | 217:8 Q. Why did you leave the iron workers union?<br>9 A. I left the iron workers union to pursue a<br>10 different career.<br>11 Q. What career?<br>12 A. I'm getting ready to start my sociology classes.<br>13 Q. So you left voluntarily?<br>14 A. Yes.<br>15 Q. Did you have any performance issues when you<br>16 were there?<br>17 A. No.<br>18 Q. Where are you starting your degree in sociology?<br>19 A. LMC.<br>20 Q. Say that again.<br>21 A. LMC, Los Medanos Community College in Pittsburg. | Objection: relevance |
| 40. | 218:6-20 | 218:6 Q. Will you be taking a full course load at LMC?<br>7 A. Yes.<br>8 Q. How many credits is that?<br>9 A. It's going to be about 13 units.<br>10 Q. And when does your course load at LMC begin?<br>11 A. I'm going to go for summer. I'm going to take | Objection: relevance |

| | |
|---|---|
| 12 two of my classes. It starts June, I want to say, 24th<br>13 or -- I just have to check my calender again. And then<br>14 I'll be going for the full duration during the fall<br>15 semester for the rest of my units.<br>16 Q. And what prompted you to pursue a career in<br>17 sociology?<br>18 A. Even as a kid I always wanted to study<br>19 sociology. So just now with me, kind of, having the<br>20 opportunity, I'm taking it to go to school. | |

DATED:  September 22, 2021

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

By:     /s Lawrence A. Organ_____
Lawrence A. Organ, Esq.
Navruz Organ, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ