LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com
cimone@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@amfllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF OWEN DIAZ**<br><br>Trial Date: September 27, 2021<br>Complaint filed: October 16, 2017 |

I, OWEN DIAZ, hereby declare:

1. I am a Plaintiff in the case *Di-az, et al. v. Tesla, Inc., et al.*, United States Distrct Court case no. 3:17-cv-06748-WHO.

2. Demetric Di-az is my son. He is currently incarcerated with the California Department of Corrections.  I speak with him regularly by phone.

3. My son has informed me that he is incarcerated at a California Department of Corrections Facility in or around Soledad, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2021 in Vallejo, California.

DATED:  September 23, 2021                        By: _owen diaz (Sep 23, 2021 11:28 PDT)_
                                                                             Owen Diaz