LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
T: (415)-453-7352 | F: (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER KRAKOW + GLICK LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S BRIEFING REGARDING INADMISSABILITY OF DISMISSED ENTITIES' DISCOVERY RESPONSES AT TRIAL**<br><br>Trial Date: September 27, 2021<br>Complaint filed: October 16, 2017 |

-1-

1  Plaintiff Owen Diaz submits his briefing in connection with the Court's Order following
2  the September 21, 2021 further Pretrial Conference. *See* Dkt. No. 240. For the reasons outlined
3  in Defendant Tesla, Inc.'s Briefing Regarding Inadmissibility of Dismissed Entities'
4  Interrogatory Responses at Trial, Plaintiff Diaz agrees that both parties should be precluded from
5  offering designated written discovery responses from dismissed entities CitiSTaff, nextSource,
6  and West Valley. *See* Dkt. No. 245.

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER KRAKOW + GLICK LLP


DATED:  September 23, 2021                    By: /s/ Navruz Avloni
                                              Lawrence A. Organ, Esq.
                                              J. Bernard Alexander, Esq.
                                              Navruz Organ, Esq.
                                              Cimone A. Nunley, Esq.

                                              Attorneys for Plaintiff OWEN DIAZ

-2-

Case No. 3:17-cv-06748-WHO
PLAINTIFF OWEN DIAZ'S BRIEFING REGARDING INADMISSABILITY OF
DIMISSED ENTITIES' DISCOVERY RESPONSES AT TRIAL