LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 362915)
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, California, 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811
balexander@akgllp.com

Attorneys for Plaintiffs
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF NIGEL JONES** |

I, NIGEL JONES, hereby declare:

1. I am over the age of 18. If called upon to testify, I could and would testify competently as to the facts set forth in this declaration.

2. I am a Black man. I was employed by Tesla, Inc. ("Tesla") at the factory in Fremont, California from approximately September 2015 to February 2018. I was hired through Chartwell Staffing. I began working as a Battery Technician and was promoted to Fleet Coordinator after approximately six months. In June of 2017, I was promoted to Mobile Equipment Maintenance Supervisor, at that time I became a permanent employee of Tesla.

3. My former supervisor, Andrei Stsiapanau told me and two Black employees, "You people are lazy and you don't know how to do anything right, fucking niggers" in approximately January 2018.

4. I heard the n-word multiple times a day through the factory, both the -a and -er versions of the word throughout my employment at Tesla.

5. I recall seeing the n-word and swastikas drawn on bathroom stalls in approximately January 2018.

6. My position required me to work in the elevators very often. I worked in both recycling centers often, as well. I recall hearing the n-word in that part of the factory.

7. Ramon Martinez and Michael Wheeler are familiar to me as other Chartwell employees. Troy Dennis and Jesse Leite sound familiar to me, as well.

8. I remember Edward Romero as a supervisor in either the elevators or recycling center. I remember Victor Quintero as a manger.

9. I know Wayne Jackson through his position with nextSource in the Tesla factory. I often went into the office he worked in to complain about racial harassment. Although I do not

recall complaining directly to him, I remember he was present when I complained to other employees in the office.

10. I know Josue Torres through his position in the recycling center. We helped each other with work, and he would recommend his employees to call me if they needed help. We discussed the racial harassment we observed throughout the factory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2020 in Escalon, California.

By: Nigel Jones (Apr 24, 2020)
Nigel Jones

# Delcaration of Nigel Jones - Please Sign

Final Audit Report            2020-04-24

| | |
|---|---|
| Created: | 2020-04-23 |
| By: | Sabrina Grislis (sabrina@civilrightsca.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0GXqp26S7x9d4TVUnpXrgaN7_vgPRiJn |

## "Delcaration of Nigel Jones - Please Sign" History

- Document created by Sabrina Grislis (sabrina@civilrightsca.com)
  2020-04-23 - 11:37:37 PM GMT- IP address: 98.210.103.169

- Document emailed to Nigel Jones (nigelj92@sbcglobal.net) for signature
  2020-04-23 - 11:38:31 PM GMT

- Email viewed by Nigel Jones (nigelj92@sbcglobal.net)
  2020-04-24 - 1:24:30 AM GMT- IP address: 107.77.214.137

- Document e-signed by Nigel Jones (nigelj92@sbcglobal.net)
  Signature Date: 2020-04-24 - 8:32:07 PM GMT - Time Source: server- IP address: 107.77.214.137

- Signed document emailed to Cimone Nunley (cimone@civilrightsca.com), Sabrina Grislis (sabrina@civilrightsca.com) and Nigel Jones (nigelj92@sbcglobal.net)
  2020-04-24 - 8:32:07 PM GMT

Adobe Sign