LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:     (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFFS' FURTHER REVISED DESIGNATION OF DEPOSITION TESTIMONY OF DEMETRIC DI-AZ**<br><br>Pretrial Conference Date: 09-21-21<br>Time: 3:00 p.m.<br><br>Trial Date: September 24, 2021<br>Complaint filed: October 16, 2017 |

　　　　Plaintiff Owen Diaz provides the following updated designations of excerpts from the deposition of Demetric Di-Az to be played to the jury. These excerpts all appear in Defendant's Designations of Deposition Testimony filed for the April 20, 2020 Pretrial Conference. Plaintiff originally filed a shorter list of excerpts on September 23, 2021, (Dkt 243) however, Plaintiff

now seeks to append that request with a few additional excerpts.  Plaintiff intends to use the following deposition transcript excerpts for Demetric Di-Az for presentation via video (10 minutes and 4 seconds) as part of his case in chief:

**Di-Az, Demetric 5/15/18, Volume 1**

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
| 1 | 10:4-22<br><br>(38 secs) | 4  Q.     Could you please state your full name for the<br>5  record.<br>6  A.     Demetric Jean Di-az.<br>7  Q.     Did you say Jean?<br>8  A.     Yes.  That's my middle name.<br>9  Q.     Okay.  And how do you spell your last name?<br>10  A.    D-I hyphen A-Z.<br>11  Q.    And is your father's name Owen Diaz?<br>12  A.    Yes.<br>13  Q.    And he spells his name with a D-I-A-Z without a<br>14  hyphen; right?<br>15  A.    Yes.<br>16  Q.    And why do you spell your name with a hyphen?<br>17  A.    As a kid it was given to me like that through<br>18  birth.  I really don't know why it was like that.<br>19  Q.    You don't have an understanding of why your last<br>20  name is spelled with a hyphen?<br>21  A.    I was told that was the original spelling.  That<br>22  was it. | |
| 2 | 31:20-22<br><br>(3 sec) | 20  Q.    How would you describe your relationship with<br>21  your father?<br>22  A.    My relationship with my father was good. | |
| 3 | 40:14-16<br><br>(8 sec) | 14 Q. So you received a high school diploma from<br>15 Pittsburg's adult school in June of 2014?<br>16 A. Yes. | |
| 4 | 109:2-3<br><br>(2 sec) | 2 Q. How many days a week did you work?<br>3 A. Five. | |

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
| 5 | 107:9-19 (43 sec) | 12  Q.   And who told you you would be reporting into<br>13  Javier Caballero?<br>14  A.   He told me after because I started asking<br>15  around, like, "Hey, who do I" -- and he was, like, "Oh,<br>16  well, you have to report to me now. You don't report to<br>17  the day shift anymore."  And I was, like, "Okay."<br>18  Q.   So Javier Caballero told you that you would be<br>19  reporting to him?<br>20  A.   Yes. | |
| 6 | 119:18-21 (08 Sec) | 18  Q.   Why didn't you get along with Javier prior to<br>19  this incident?<br>20  A.   Javier was harassing me and calling me a nigger<br>21  every day; so, no, I didn't get along with him. | |
| 7 | 150:15-151:20 (2 min, 45 sec) | 15  Q.   In paragraph 14 you state "In approximately<br>16  August of 2015, Demetric's father, Owen, informed him<br>17  West Valley had openings for positions at the Tesla<br>18  factory."<br>19      Did your father tell you that West Valley had<br>20  openings?<br>21  A.   Yes.<br>22  Q.   Did your father encourage you to apply?<br>23  A.   Yes.<br>24  Q.   What did your father tell you about what it was<br>25  like to work at Tesla?<br>                                151<br>1  A.   He told me it was going to be a good experience<br>2  and that it would be -- like, it would be good.  I<br>3  bought into it because I thought it was going to be the | |

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
|   |   | 4   ultimate experience.  Like, oh, I get to work for Tesla.<br>5   They're making modern productions to build electrical<br>6   cars to make the world a better place.  Like, why<br>7   wouldn't I want to be a part of that?<br>8   Q.    Your father told you it was going to be a good<br>9   experience to work at Tesla?<br>10   A.    Yeah.  He told me it would be a good experience<br>11   and it was going to be good for me.<br>12   Q.    And that was right before you applied in August<br>13   of 2015?<br>14   A.    Yes.<br>15   Q.    Did your father tell you around the time you<br>16   applied in August 2015 anything about what his work<br>17   experience was like at Tesla?<br>18   A.    When I was applying there, he said that his work<br>19   experience was going okay.  From what I could tell, it<br>20   was going good. |   |
| 8 | 170:20-171:9<br><br>==Added Clip Identified by Defendant==<br><br>(56 sec) | 20 Q. Tell me the first time you heard Javier use the<br>21 word?<br>22 A. The first time I heard Javier use the word, it<br>23 was probably about two to three days after I started<br>24 working the night shift.<br>25 Q. And what did he say?<br>Page 171<br>1 A. We were getting ready to go on our meal break.<br>2 We were running a little behind. He was, like, "All you<br>3 niggers need to hurry the fuck up."<br>4 Q. Did you say anything back to him at the point?<br>5 A. No. The first time it ever happened I was kind |   |

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
| | | 6 of stuck, like, "What?" I really didn't know what to<br>7 do.<br>8 Q. Was anyone else there?<br>9 A. My team. | |
| 9 | 185:24-187:11<br><br>Modified to full Clip identified by Defendant (2 min, 13 sec) | 24  Q.   So you mentioned that the first time that you<br>25  heard Javier say the N-word was two or three days after<br>186<br>1  working the night shift.  He said, "All you N-words need<br>2  to hurry the F up"?<br>3  A.   Yes.<br>4 Q. Right. What was the second time you heard it?<br>5 A. The second time I heard it was pretty much the<br>6 day after that. It was in the same regards, telling us<br>7 to hurry up.<br>8 Q. And that was Javier?<br>9 A. Yes.<br>10 Q. And who was present?<br>11 A. Same people.<br>12 Q. Was it directed to your whole team?<br>13 A. Yeah, I assume.<br>14 Q. Same people, meaning the six people on your<br>15 team?<br>16 A. Yes.<br>17 Q. When was the next time you heard Javier use the<br>18 N-word?<br>19 A. The next time I heard it -- it just continued to<br>20 spiral after that. He just kept going. It didn't stop.<br>21 I told him I didn't like it. And then from there it was<br>22 more I could be fired since I didn't like it.<br>23 Q. So when was the next time you heard it?<br>24 A. The day after the next day.<br>25 Q. And what did he say then? | |

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
|  |  | Page 187<br>1 A. He used the same reference again, "All you<br>2 niggers need to hurry the fuck up." After that he was,<br>3 like -- like, just kept going. Just escalating there.<br>4 Q. So you testified that you heard him use the<br>5 phrase "All you niggers need to hurry the fuck up." And<br>6 then you also testified that at one point he said, "All<br>7 you fucking niggers -- I can't stand your mother- -- you<br>8 motherfuckers"?<br>9 A. Yeah. |  |
| 10 | 193:14-24<br><br>Cut for relevance<br><br>(42 sec) | 14 Q. If you were to estimate how many times Javier<br>15 Caballero used the N-word at Tesla, how many?<br>16 A. I would say more than 50.<br>17 (Reporter clarification.)<br>18 THE WITNESS: More than 50 but less than 60. So<br>19 in between there. I didn't work with him -- I just got<br>20 let go.<br>21 Q. Are you alleging that every single day you<br>22 worked at Tesla Javier used the N-word?<br>23 A. Pretty much every day after the third day that I<br>24 got there he used the N-word. |  |
| 11 | 177:16-21<br><br>Added clip Identified by Defendant – cut for relevance<br><br>(14 sec) | 16 Q. And what did you say to Javier?<br>17 A. Just told him how he was treating me was unfair<br>18 and unjust. I didn't like it. And he told me, if I<br>19 didn't like it, my time would be ending shortly. I end<br>20 up getting wrote up. Within a few weeks later, I lost<br>21 my job. They told me that my contract was ended. |  |

| # | Lines | Deposition Excerpt | Objection / Counterdesignation |
|---|---|---|---|
| 12 | 159:24-160:14 (54 sec) | 24 Q. And who stated this phrase?<br>25 A. Javier. I think his last name is Caballero.<br>160<br>1 You said his name.<br>2 Q. Javier Caballero said this, quote, "All you<br>3 fucking niggers -- I can't stand you motherfuckers"?<br>4 A. Yes.<br>5 Q. And in paragraph 19 you say that it was your<br>6 shift lead?<br>7 A. It's my shift supervisor.<br>8 Q. So it wasn't your shift lead?<br>9 A. No. That's probably a mistake.<br>10 Q. Where was this statement said?<br>11 A. Right on the production floor.<br>12 Q. Where on the production floor?<br>13 A. Within zone 1 and getting ready to walk out of<br>14 our section. | |
| 13 | 165:24-166:3 Cut for relevance (13 Sec) | 24 Q. Do you know whether your father heard it?<br>25 A. My father told me that he did hear it, and<br>166<br>1 that's the first time I seen my father, like, really<br>2 feel like he couldn't do anything for me. Like, he<br>3 didn't know what to do. | |
| | Total time 9 min, 44 sec. | | |

DATED: September 25, 2021

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER KRAKOW + GLICK LLP

By:   /s/ Lawrence A Organ
Lawrence A. Organ, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiff OWEN DIAZ