UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: September 24, 2021 | Time: 4 hrs, 47 mins<br>8:30 a.m. to 8:42 a.m.<br>9:27 a.m. to 9:28 a.m.<br>9:50 a.m. to 1:17 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-06748-WHO | Case Name: Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:** Bernard Alexander, Larry Organ, and Cimone Nunley
**Attorneys for Defendant:** Tracey Kennedy, Susan Haines, and Patricia Jeng

**Deputy Clerk:** Jean Davis            **Court Reporter:** Debra Pas

PROCEEDINGS

Counsel appear for conference outside the presence of prospective jurors at 8:30 a.m. Counsel confirm that there are no objections to the preliminary instructions as proposed. Objections to anticipated depositions and testimony discussed; use of potentially inflammatory terms discussed; and, scope of Court voir dire discussed.

At 9:27 a.m. counsel are provided the list of prospective jurors who have reported and copies of their completed questionnaires.

At 9:50 a.m. prospective jurors are seated and greeted by the Court.

Prospective jurors sworn at 9:56 a.m. A summary of the case is provided by the Court, and the jury selection and trial process is outlined. Attorney introductions are made and voir dire begins.

Plaintiff moves that jurors who own Tesla stock be struck for cause; defense heard in opposition. The objection is taken under advisement.

11:36 a.m. Plaintiff voir dire

11:53 a.m. Defense voir dire

Prospective jurors are excused for break at 12:08 p.m. Strikes for cause and hardship discussed.

Prospective jurors return to the courtroom at 12:35 p.m. Plaintiff objection is granted, and jurors owning Tesla stock are excused for cause. Other jurors excused for cause and hardship are released.

12:38 p.m. Counsel exercise peremptory strikes.

Prospective jurors are cleared from the courtroom at 12:47 p.m.; and an attorney conference is conducted as to *Batson* challenges.

At 1:04 p.m. the Court announces its ruling on the Batson challenges.

Prospective jurors are returned to courtroom at 1:13 p.m.; jurors excused under preemptory challenges are released.

Selected jurors sworn at 1:15 p.m. and excused with the Courtroom Deputy for orientation.