UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Di-azv. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEY: Bernard Alexander, Larry Organ, and Cimone Nunley | DEFENSE ATTORNEY: Tracey Kennedy, Patricia Jeng, and Susan Haines |
|---|---|---|
| **TRIAL DATE:** 9/27/2021 | **REPORTER:** | **CLERK:** |
| **Total Time: 4** hrs, 28 mins 8:02 a.m. to 1:30 p.m. | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session; jury out | | |
| | | 8:12 a.m. | | | Court in recess to await arrival of jurors | | |
| | | 9:02 a.m. | | | Court in session (jurors present); The Court provides preliminary jury instructions | | |
| | | 9:22 a.m. | | | Plaintiff opening statement (Alexander) | 21 | |
| | | 9:43 a.m. | | | Suspension of plaintiff statement for technical issues | | |
| | | 9:47 a.m. | | | Resumption of plaintiff opening statement (Alexander) | 21 | |
| | | 10:08 a.m. | | | Defense opening statement (Kennedy) | | 34 |
| | | 10:42 a.m. | | | Court in recess | | |
| | | 11:00 a.m. | | | Court in session (jurors present) | | |
| | | 11:01 a.m. | | | Plaintiff direct examination of **Tomatsu Kawasaki** (Organ) | 42 | |
| 366 | | 11:08 a.m. | X | X | Photos of Tesla Body Center Poster of PPE Equipment and vending machines; admitted w/o obj. | | |
| 202 | | 11:11 a.m. | X | X | Standard Operating Procedure (SOP): Elevator 1 & 2 - Building Services I Elevator Operators; admitted w/o obj. | | |
| 38 | | 11:15 a.m. | X | X | Kawasaki email re confidential elevator issues (owen), 8-2-2015; admitted w/o obj. | | |
| 40 | | 11:25 a.m. | X | X | Romero email Re Elevator confidential information, 8-4-2015; admitted w/o obj. | | |
| 39 | | 11:26 a.m. | X | X | Romero email re Judy Tibreza (verbal warning), 8-4-2015; admitted by stipulation | | |
| 222 | | 11:32 a.m. | X | X | Email re Employee Changes, 8-17-2015; admitted by stipulation | | |

1

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 27, 2021
Courtroom Deputy: Jean Davis          - Court Reporter:     Debra Pas

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| 104 | | 11:34 a.m. | X | X | Floorplan schematic; Admitted, Obj. overruled | | |
| 235 | | 11:38 a.m. | X | X | Email re Ramon, 10-17-2015; admitted w/o obj. | | |
| | | 11:43 a.m. | | | Defense cross examination of **Tomatsu Kawasaki** (Jeng) | | 28 |
| | 218 | 11:56 a.m. | X | X | Email re Confidential Elevator Issues (Owen), 8-2-2015; admitted by stipulation | | |
| | 30 | 12:06 p.m. | X | X | Email re Confidential Elevator Issues (Owen), 8-2-2015 - Admitted by stipulation; (duplicate of Pl. Exh. 235) | | |
| | | 12:11 p.m. | | | Plaintiff re-direct of **Tomatsu Kawasaki** (Organ) | 3 | |
| | | 12:14 p.m. | | | Witness excused | | |
| | | 12:15 p.m. | | | Jurors excused; matters of courtroom decorum and procedure discussed | | |
| | | 12:17 p.m. | | | Court in recess | | |
| | | 12:33 p.m. | | | Court in session (jurors present) | | |
| | | 12:34 p.m. | | | Plaintiff direct examination of **Ed Romero** (Organ) | 49 | |
| 37 | | 12:52 p.m. | X | X | Romero email Re Confidential elevator issues (owen), 8-1-2015; Admitted by stipulation | | |
| 41 | | 12:56 p.m. | X | X | Quintero email re Judy Tibreza (verbal warning), 8-4-2015; Admitted w/out objection. | | |
| 240 | | 1:06 p.m. | X | X | Email re Ramon, 10-20-2015; Admitted by stipulation | | |
| 33 | | 1:10 p.m. | X | X | Fwd Racist Effigy and Drawing, 1-22-2016; Admitted by stipulation | | |
| 106 | | 1:24 p.m. | X | X | Romero email to Jackson Re Personnel Issues; Obj. overruled, admitted for the limited purpose of establishing Mr. Romero's credibility | | |
| 109 | | 1:27 p.m. | X | | Obj. sustained. Admission denied | | |
| | | 1:28 p.m. | | | The Court admonishes jurors as to their responsibilities and excuses them | | |
| | | 1:30 p.m. | | | Witness excused; counsel reminded that while testimony is in progress there should be no substantive communication with any witness | | |
| | | 1:30 p.m. | | | Court in recess | | |

| | |
|---|---|
| Initial Time Allotted Plaintiff: | 12.0 hours |
| Time Used by Plaintiff 9/27/2021: | 2 hours, 16 minutes |
| Remaining Plaintiff Time: | 9 hours, 44 minutes |
| | |
| Initial Time Allotted Defendant: | 12.0 hours |
| Time Used by Defendant 9/27/2021: | 1 hour, 2 minutes |
| Remaining Defendant Time: | 10 hours, 58 minutes |