# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Di-azv. Tesla, Inc.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Bernard Alexander, Larry Organ, and Cimone Nunley | Tracey Kennedy, Patricia Jeng, and Susan Haines |
| **TRIAL DATE: 9/28/2021** | **REPORTER:** | **CLERK:** |
| **TIME:** 5 hrs, 31 mins 8:01 a.m. to 1:32 p.m. | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out); Marconi deposition designations/counter designations discussed. Remaining objections to the Demetri Diaz designations will be sustained. Draft final jury instructions will be posted by the Court later today. Objections, additions, etc. should be filed by Thursday at 3:30 p.m. A jury instructions conference will be conducted after close of testimony on Friday. Ms. Heisen will not be able to appear as scheduled due to the imminent birth of her child. Her testimony will be presented by designation. | | |
| | | 8:08 a.m. | | | Court in recess | | |
| | | 8:28 a.m. | | | Court in session (jurors present) | | |
| | | 8:29 a.m. | | | Defense cross examination of **Ed Romero** (Kennedy) | | 40 |
| | 296 | 8:45 a.m. | X | X | Email re Elevator team end of week, 2-19-2016; admitted w/out objection | | |
| | 306 | 9:01 a.m. | X | X | Email re Night Elevator Lead, 3-11-2016; admitted by stipulation | | |
| | 308 | 9:05 a.m. | X | X | Email re Owen Diaz, 3-17-2016; admitted w/o objection | | |
| | 312 | 9:06 a.m. | X | X | Email re Badge Deactivation for Owen Diaz, 3-18-2016; admitted, obj. overruled | | |
| | | 9:09 a.m. | | | Plaintiff redirect of **Ed Romero** (Organ) | 13 | |
| | | 9:20 a.m. | | | Witness excused | | |
| | | 9:22 a.m. | | | Plaintiff direct examination of **Wayne Jackson** (Alexander) | 38 | |
| 29 | | 9:27 a.m. | X | | Objection to admission sustained; admission denied | | |

1

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 28, 2021
Courtroom Deputy: Jean Davis            - Court Reporter:      Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| 368 | | 9:30 a.m. | X | X | Tesla's Anti-Harassment/Discrimination policy (no date); Admitted by stipulation (Duplicates Exh. 29) | | |
| 6 | | 9:31 a.m. | | | Witness unable to identify | | |
| 92 | | 9:44 a.m. | X | X | Kawasaki to Jackson re FWD Diaz re Ramon, 10-18-2015; admitted w/out objection | | |
| 74 | | 9:49 a.m. | X | X | Jackson to Gryske Re (redacted), 10-19-2015; Admitted w/out objection | | |
| 103 | | 9:50 a.m. | X | X | Garrett to Jackson Re Employee Relations Issue-Tesla, 10-20-2015; Admitted w/out objection | | |
| 31 | | 9:52 a.m. | X | X | Garrett email to Marconi Re Ramon threat, 10-20-2015; Admitted w/out objection | | |
| 76 | | 9:54 a.m. | X | X | Jackson to Garrett Re Employee Relations issue – Tesla, 10-21-2015; Admitted w/out objection | | |
| | | 10:00 a.m. | | | Jurors excused | | |
| | | 10:00 a.m. | | | Court cautions counsel regarding duplicate exhibits | | |
| | | 10:01 a.m. | | | Court in recess | | |
| | | 10:20 a.m. | | | Court in session (jury present) Plaintiff direct examination of **Wayne Jackson** continues (Alexander) | 14 | |
| 287 | | 10:22 a.m. | X | X | Email re NextSource Ramon Martinez Status Update and statements of R. Martinez and O. Diaz, 1-25-2016; Admitted by stipulation | | |
| 3 | | 10:32 a.m. | | | Objection to admission sustained; admission denied | | |
| | | 10:34 a.m. | | | Defense cross examination of **Wayne Jackson** (Jeng) | | 54 |
| | 242 | 10:44 a.m. | X | X | Email re Ramon 10-20-2015; Admitted by stipulation | | |
| | 49 | 10:52 a.m. | X | X | Romero email to Jackson re: Josue email: owen, 10-19-2015; Admitted w/out objection | | |
| | 254 | 10:58 a.m. | X | | Email re Rothaj Foster, 11-6-2015; Identified only | | |

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 28, 2021
Courtroom Deputy: Jean Davis _____ - Court Reporter: _____ Debra Pas _____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | 271 | 11:04 a.m. | X | | Email re Racist effigy & drawing, 1-22-2016; Identified only | | |
| | 284 | 11:06 a.m. | X | X | Email re Racist effigy & drawing, 1-23-2016; Admitted by stipulation | | |
| | 272 | 11:09 a.m. | X | X | Email re Racist effigy & drawing, 1-22-2016; Admitted by stipulation | | |
| | 274 | 11:10 a.m. | X | X | Email re Racist effigy & drawing, 1-22-2016; Admitted by stipulation | | |
| | 301 | 11:20 a.m. | X | X | Email re Owen Diaz and Troy Dennis, 3-2-2016; Admitted w/out objection | | |
| | | 11:28 a.m. | | | Plaintiff redirect of **Wayne Jackson** (Alexander) | 5 | |
| | | 11:33 a.m. | | | Witness excused | | |
| | | 11:35 a.m. | | | Plaintiff direct examination of **Jackelin Delgado Smith** | 19 | |
| | | 11:54 a.m. | | | Court in recess | | |
| | | 12:14 p.m. | | | Court in session (jurors present) Plaintiff direct examination of **Jackelin Delgado Smith** continues (Alexander) | 18 | |
| | | 12:32 p.m. | | | Defense cross examination of **Jackelin Delgado Smith** (Jeng) | | 7 |
| | | 12:39 p.m. | | | Plaintiff redirect of **Jackelin Delgado Smith** (Alexander) | 6 | |
| | | 12:45 p.m. | | | Plaintiff direct examination of **Victor Quintero** (Alexander) | 34 | |
| 83 | | 1:09 p.m. | X | X | Quintero to Romero Re Owen, 2-26-2016; Admitted w/out objection | | |
| | | 1:19 p.m. | | | Defense cross examination of **Victor Quintero** (Kennedy) | | 5 |
| | | 1:24 p.m. | | | Plaintiff redirect of **Victor Quintero** (Alexander) | 3 | |
| | | 1:27 p.m. | | | Witness excused | | |
| | | 1:28 p.m. | | | Jurors excused | | |
| | | 1:29 p.m. | | | Anticipated testimony for 9/29 discussed. Defense moves for admission of Exhibit 3 (lawyers directed to meet and confer as to the issue) | | |
| | | 1:32 p.m. | | | Court in recess | | |

Plaintiff Time at start of trial day:      9 hours, 44 minutes
Time Used by Plaintiff 9/28/2021:          2 hours, 30 minutes
Remaining Plaintiff Time:                  7 hours, 14 minutes


Defendant Time at start of trial day:      10 hours, 58 minutes
Time Used  by Defendant 9/28/2021:          1 hour,   46 minutes
Remaining Defendant Time:                   9 hours, 12 minutes