**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Bernard Alexander, Larry Organ, and Cimone Nunley | Tracey Kennedy, Patricia Jeng, and Susan Haines |
| **TRIAL DATE:** 9/29/2021 | **REPORTER:** | **CLERK:** |
| **TIME:** 5 hrs, 28 mins 8:01 a.m. to 1:29 p.m. | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Marconi designations discussed. All objections will be overruled, and all designations and counter designations will be presented. The Court reviews a proposed limiting instruction with counsel. Plaintiff objection noted. Admission of Exhibit 109 discussed. Admission of other disputed exhibits discussed. | | |
| | | 8:16 a.m. | | | Court in recess | | |
| | | 8:34 a.m. | | | Court in session (jurors present) | | |
| | | 8:34 a.m. | | | Court provides instruction to jurors regarding video depositions and provides limiting instruction | | |
| | | 8:35 a.m. | | | Testimony of **Kevin McGinn** presented by way of video deposition | 11 | |
| | | 8:46 a.m. | | | Court provides instruction to jurors regarding editing of video deposition | | |
| | | 8:47 a.m. | | | Testimony of **Demetric Di-az** presented by way of video deposition | 6 | |
| | | 8:53 a.m. | | | Court provides instructions regarding video deposition and order of anticipated testimony | | |
| | | 8:55 a.m. | | | Plaintiff direct Examination of **Owen Diaz** (Organ) | 59 | |
| **62** | | 9:03 a.m. | | | Candidate: Owen O. Diaz; Admitted w/out objection | | |
| | | 9:08 a.m. | | | Examination suspended to address technical issue | | |
| | | 9:10 a.m. | | | Examination continues | | |
| **19** | | 9:12 a.m. | | | Owen's Tesla ID; Admitted w/out objection | | |
| | | 9:54 a.m. | | | Jurors excused for break | | |

1

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 29, 2021
Courtroom Deputy: Jean Davis    -  Court Reporter:    Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 9:55 a.m. | | | Counsel cautioned regarding improper questions; Court in recess | | |
| | | 10:16 a.m. | | | Court in session (jury present) | | |
| | | 10:17 a.m. | | | Plaintiff direct examination of **Michael Wheeler** (Alexander) | 15 | |
| | | 10:32 a.m. | | | Defense cross examination of **Michael Wheeler** (Jeng) | | 8 |
| | | 10:44 a.m. | | | Plaintiff redirect of **Michael Wheeler** (Alexander) | 2 | |
| | | 10:46 a.m. | | | Defense follow up examination of Michael Wheeler (Jeng) | | 6 |
| | | 10:52 a.m. | | | Witness excused | | |
| | | 10:52 a.m. | | | Plaintiff direct examination of **Owen Diaz** continues (Organ) | 49 | |
| 234 | | 11:02 a.m. | | | Email re Owen 10-17-2015; admitted w/out objection | | |
| 245 | | 11:17 a.m. | | | Email re Rothja Foster, 10-24-2015; admitted by stipulation | | |
| 68 | | 11:23 a.m. | | | Separation notice – Owen Diaz – 05/04/2016 – United States of America, 5-4-2016; Admitted w/out objection | | |
| 217 | | 11:24 a.m. | | | Email re FW: Tesla Motors: Health & Safety Report – 13962, 7-23-2015; Admitted w/out objection | | |
| 224 | | 11:27 a.m. | | | Email re Owen Diaz/Pay Increase, 8-23-2015; Admitted w/out objection | | |
| 261 | | 11:28 a.m. | | | Owen Diaz application for Warehouse Associate at Bay List on Indeed, 12-3-2015; Admitted w/out objection | | |
| 316 | | 11:29 a.m. | | | Email re Owen Diaz Doctors Note, 3-18-2016; Admitted by stipulation | | |
| 320 | | 11:32 a.m. | | | Email re Term of contract for Owen Diaz, 3-18-2016; Admitted w/out objection | | |
| 324 | | 11:34 a.m. | | | Email re Michael Wheeler, 5-4-2016; Admitted w/out objection | | |
| 325 | | 11:35 a.m. | | | Email re Michael Wheeler, 5-4-2016; Admitted w/out objection | | |

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 28, 2021
Courtroom Deputy: Jean Davis            - Court Reporter:      Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| 109 | | 11:39 a.m. | | | Andres Donet email to Liza Lipson cc Quintero Re Racism writing the bathroom, 5-21-2016; Objection sustained, admission denied | | |
| | | 11:41 a.m. | | | Jurors excused | | |
| | | 12:03 p.m. | | | Court in session (jurors present) Plaintiff direct examination of **Owen Diaz** continues (Organ) | 8 | |
| | | 12:11 p.m. | | | Defense cross examination of Owen Diaz (Kennedy) | | 78 |
| | 204 | 12:12 p.m. | X | | Owen Diaz Job Application to CitiStaff, 6-2-2015; Objection sustained; admission of document in its current form denied | | |
| | 200 | 12:18 p.m. | X | X | Owen Diaz resume (No Date); Admitted w/out objection | | |
| | 205 | 12:25 p.m. | X | X | CitiStaff Assignment Abandonment/Walk-Off Policy, signed by Owen Diaz, 6-2-2015; Admitted w/out objection | | |
| | 265 | 1:11 p.m. | X | | Email re Resume, 12-15-2015 and resume of Lamar Patterson; identified only | | |
| | | 1:29 p.m. | | | Jurors excused; Court in recess | | |

Plaintiff Time at start of trial day:      7 hours, 14 minutes
Time Used by Plaintiff 9/29/2021:     2 hours, 30 minutes
Remaining Plaintiff Time:                  4 hours, 44 minutes

Defendant Time at start of trial day:   9 hours, 12 minutes
Time Used by Defendant 9/29/2021:  1 hour,   32 minutes
Remaining Defendant Time:               7 hours, 40 minutes