UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>PROPOSED<br>**VERDICT FORM** |

We, the Jury, find as follows:

### **CLAIM NO. 1: RACIALLY HOSTILE WORK ENVIRONMENT**

1. Was Owen Diaz subjected to a racially hostile work environment by Tesla, Inc.?
2.

　　　　_____ YES _____ NO

*If your answer is "yes," answer question 2. If your answer to question 1 is "no," proceed to question 3.*

### **CLAIM NO. 2: FAILURE TO PREVENT HARASSMENT**

2. Did Tesla, Inc., fail to take all reasonable steps necessary to prevent Owen Diaz from being subjected to racial harassment?

　　　　_____ YES _____ NO

*Answer the next question.*

## CLAIM NO. 3: NEGLIGENT SUPERVISION OR RETENTION

3. Did Tesla, Inc.'s negligent supervision or continued employment of Ramon Martinez cause harm to Owen Diaz?

_____ YES _____ NO

*If you answered "yes" to either question 1, 2, or 3, answer the next question. If you answered "no" to questions 1 and 2 and 3, the jury foreperson should sign, date, and return this jury questionnaire.*

## DAMAGES

4. What past non-economic damages did Owen Diaz sustain as a result of Tesla, Inc.'s unlawful conduct?

$_____

*Go to the next question.*

5. What future non-economic damages is Owen Diaz likely to sustain as a result of Tesla, Inc.'s unlawful conduct?

$_____

*If you answered "yes" to question 1 or 2, answer the next question. If you answer "no" to both question 1 and 2, sign, date, and return this juror questionnaire.*

2

**PUNITIVE DAMAGES FOR CIVIL RIGHTS CLAIMS**

6. Do you find by a preponderance of the evidence that Owen Diaz is entitled to punitive damages against Tesla Inc. for either creating a hostile work environment based on race, and/or failing to prevent harassment based on race in the workplace?

_____ YES _____ NO

*If you answered "yes" to question 6, answer the next question. If you answered question 6 "no," sign date and return this juror questionnaire.*

7. What amount of punitive damages do you award to Owen Diaz?

$_____

*Please sign, date, and return this juror questionnaire.*

DATED: _____

_____
JURY FOREPERSON