# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Di-azv. Tesla, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Bernard Alexander, Larry Organ, and Cimone Nunley | Tracy Kennedy, Patricia Jeng, and Susan Haines |
| **TRIAL DATE: 9/30/2021** | **REPORTER:** | **CLERK:** |
| **TIME**: 5 hrs, 13 mins<br>8:02 a.m. to 1:15 p.m. | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Proposed instruction on persons most knowledgeable will be given. Proposed discovery responses to be incorporated in the record reviewed and discussed. Anticipated witnesses and exhibits for the day discussed. | | |
| | | 8:23 a.m. | | | Court in recess | | |
| | | 8:32 a.m. | | | Court in session (jurors preset) Defense cross examination of **Owen Diaz** continues (Kennedy) | | 24 |
| | 204 | 8:33 a.m. | X | X | Owen Diaz Job Application to CitiStaff, 6-2-2015; Admitted without objection | | |
| | 265 | 8:39 a.m. | X | X | Email re Resume, 12-15-2015 and resume of Lamar Patterson; Admitted w/out objection | | |
| | | 8:42 a.m. | | | Examination suspended to address technical issues | | |
| | | 8:44 a.m. | | | Defense cross examination of **Owen Diaz** continues (Kennedy) | | |
| | | 8:58 a.m. | | | Plaintiff redirect of **Owen Diaz** (Organ) | 4 | |
| | | 9:02 a.m. | | | Witness excused | | |
| | | 9:03 a.m. | | | Plaintiff direct examination of **Anthony Edward Redding** (Alexander) | 29 | |
| | | 9:10 a.m. | | | Witness proffered as an expert without objection | | |
| | | 9:32 a.m. | | | Defense cross examination of **Anthony Edward Redding** (Kennedy) | | 23 |
| | | 9:55 a.m. | | | Plaintiff redirect of **Anthony Edward Redding** (Alexander) | 4 | |
| | | 9:59 a.m. | | | Witness excused; Jurors excused | | |
| | | 10:00 a.m. | | | Court in session (jury out). Plaintiff raises issue as to Marconi designations, which is discussed and determined. | | |

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 30, 2021
Courtroom Deputy: Jean Davis         - Court Reporter:     Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
| | | 10:04 a.m. | | | Court in recess | | |
| | | 10:18 a.m. | | | Court in session (jurors out) Additional objection to Marconi designations is overruled. Evidence regarding fiscal information for 2021 will be excluded due to improper notice. | | |
| | | 10:25 a.m. | | | Court in session (jurors present) | | |
| | | 10:26 a.m. | | | Plaintiff direct examination of **LaDrea Jones** (Nunley) | 13 | |
| | | 10:39 a.m. | | | Defense cross examination of **LaDrea Jones** (Kennedy) | | 5 |
| | | 10:44 a.m. | | | Plaintiff waives redirect; witness excused | | |
| | | 10:45 a.m. | | | The Court instructs jurors as to video deposition | | |
| | | 10:46 a.m. | | | Testimony of **Erin Marconi** presented by way of video deposition | 26 | 4 |
| | | 11:11 a.m. | | | **Exhibit 34** offered; determined to be a duplicate of Exhibit 284, which has been admitted | | |
| | | 11:18 a.m. | | | Court in recess to prepare for witness appearing via Zoom | | |
| | | 11:37 a.m. | | | Court in session (jury out) Proper scope of demonstrative discussed; Counsel directed to confer in an effort to clarify any objectional information. | | |
| | | 11:40 a.m. | | | Court in recess | | |
| | | 11:42 a.m. | | | Court in session (jury out). Defense withdraws its objection to the demonstrative | | |
| | | 11:44 a.m. | | | Court in session (jury present) | | |
| | | 11:45 a.m. | | | Plaintiff direct examination of **Amy Oppenheimer** (Organ) | 30 | |
| | | 11:53 a.m. | | | Witness proffered as a witness without objection | | |
| | | 12:15 p.m. | | | Defense cross examination of **Amy Oppenheimer** (Kennedy) | | 27 |
| | | 12:42 p.m. | | | Plaintiff redirect of **Amy Oppenheimer** (Organ) | 6 | |
| | | 12:48 p.m. | | | Plaintiff direct examination **of Charles "Chip" Mahla** (Organ) | 9 | |

Case No: 17-cv-06748-WHO
Case Name: Di-az v. Tesla, Inc.
Date: September 30, 2021
Courtroom Deputy: Jean Davis      - Court Reporter:    Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | PLF TIME | DEF TIME |
|---|---|---|---|---|---|---|---|
|  |  | 12:57 p.m. |  |  | Defense cross examination of **Charles "Chip" Mahla** (Kennedy) |  | 3 |
| 6 |  | 1:00 p.m. |  | X | TESLA Anti-Handbook Handbook; Admitted by stipulation | 1 |  |
|  |  | 1:01 p.m. |  |  | The Court instructs jurors regarding deposition excerpts |  |  |
|  |  | 1:03 p.m. |  |  | Discovery excerpts read into the record (Alexander) | 6 |  |
|  |  | 1:09 p.m. |  |  | Plaintiff requests suspension of its case in chief for the balance of the day |  |  |
|  |  | 1:11 p.m. |  |  | Jurors excused |  |  |
|  |  | 1:12 p.m. |  |  | Timing of remaining proceedings discussed |  |  |
|  |  | 1:15 p.m. |  |  | Court in recess |  |  |

Plaintiff Time at start of trial day:   4 hours, 44 minutes
Time Used by Plaintiff 9/30/2021:   2 hours,  8 minutes
Remaining Plaintiff Time:   2 hours, 36 minutes

Defendant Time at start of trial day:   7 hours, 40 minutes
Time Used by Defendant 9/30/2021:   1 hour,  26 minutes
Remaining Defendant Time:   6 hours, 14 minutes