LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415) 453-7352
Facsimile:     (415) 785-7352

J. Bernard Alexander (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEMETRIC DI-AZ, OWEN DIAZ, and
LAMAR PATTERSON,

        Plaintiffs,

      v.

TESLA, INC. dba TESLA MOTORS, INC.;
CITISTAFF SOLUTIONS, INC.; WEST
VALLEY STAFFING GROUP;
CHARTWELL STAFFING SERVICES, INC.;
and DOES 1-50, inclusive,

        Defendants.

Case No. 3:17-cv-06748-WHO

**DESIGNATION OF TESTIMONY
PRESENTED BY VIDEO OF DEMETRIC
DI-AZ**

Trial Date: September 24, 2021
Complaint filed: October 16, 2017

      To ensure a complete record, Plaintiff Owen Diaz provides the following deposition

testimony from Demetric Di-az which was presented by video to the jury on September 29,

2021.

**Di-Az, Demetric 5/15/18, Volume 1**

| # | Lines | Deposition Excerpt |
|---|-------|--------------------|
| 1 | 10:4-22 | 4 Q.  Could you please state your full name for the<br>5 record.<br>**6 A.   Demetric Jean Di-az.**<br>7 Q.   Did you say Jean?<br>**8 A.   Yes.  That's my middle name.**<br>9 Q.   Okay.  And how do you spell your last name?<br>**10 A.   D-I hyphen A-Z.**<br>11 Q.   And is your father's name Owen Diaz?<br>**12 A.   Yes.**<br>13 Q.   And he spells his name with a D-I-A-Z without a<br>14 hyphen; right?<br>**15 A.   Yes.**<br>16 Q.   And why do you spell your name with a hyphen?<br>**17 A.   As a kid it was given to me like that through**<br>**18 birth.  I really don't know why it was like that.**<br>19 Q.   You don't have an understanding of why your last<br>20 name is spelled with a hyphen?<br>**21 A.   I was told that was the original spelling.  That**<br>**22 was it.** |
| 2 | 31:20-22 | 20 Q.   How would you describe your relationship with<br>21 your father?<br>**22 A.   My relationship with my father was good.** |
| 3 | 40:14-16 | 14 Q. So you received a high school diploma from<br>15 Pittsburg's adult school in June of 2014?<br>**16 A. Yes.** |
| 4 | 109:2-3 | 2 Q. How many days a week did you work?<br>**3 A. Five.** |
| 5 | 102:12-20 | 12 Q.   And who told you you would be reporting into<br>13 Javier Caballero?<br>**14 A.   He told me after because I started asking**<br>**15 around, like, "Hey, who do I" -- and he was, like, "Oh,**<br>**16 well, you have to report to me now.  You don't report to**<br>**17 the day shift anymore."  And I was, like, "Okay."**<br>18 Q.   So Javier Caballero told you that you would be<br>19 reporting to him?<br>**20 A.   Yes.** |
| 7 | 150:15-<br>151:20 | 15 Q.   In paragraph 14 you state "In approximately<br>16 August of 2015, Demetric's father, Owen, informed him<br>17 West Valley had openings for positions at the Tesla<br>18 factory."<br>19    Did your father tell you that West Valley had<br>20 openings?<br>**21 A.   Yes.**<br>22 Q.   Did your father encourage you to apply?<br>**23 A.   Yes.**<br>24 Q.   What did your father tell you about what it was |

| # | Lines | Deposition Excerpt |
|---|-------|--------------------|
|   |       | 25  like to work at Tesla?<br>**1   A.      He told me it was going to be a good experience**<br>**2   and that it would be -- like, it would be good.  I**<br>**3   bought into it because I thought it was going to be the**<br>**4   ultimate experience.  Like, oh, I get to work for Tesla.**<br>**5   They're making modern productions to build electrical**<br>**6   cars to make the world a better place.  Like, why**<br>**7   wouldn't I want to be a part of that?**<br>8   Q.      Your father told you it was going to be a good<br>9   experience to work at Tesla?<br>**10   A.      Yeah.  He told me it would be a good experience**<br>**11   and it was going to be good for me.**<br>12   Q.      And that was right before you applied in August<br>13   of 2015?<br>**14   A.      Yes.**<br>15   Q.      Did your father tell you around the time you<br>16   applied in August 2015 anything about what his work<br>17   experience was like at Tesla?<br>**18   A.      When I was applying there, he said that his work**<br>**19   experience was going okay.  From what I could tell, it**<br>**20   was going good.** |
| 8 | 159:24-<br>160:14 | **24** Q. And who stated this phrase?<br>**25 A. Javier. I think his last name is Caballero.**<br>**1   You said his name.**<br>2   Q. Javier Caballero said this, quote, "All you<br>3 fucking niggers -- I can't stand you motherfuckers"?<br>**4 A. Yes.**<br>5 Q. And in paragraph 19 you say that it was your<br>6 shift lead?<br>**7 A. It's my shift supervisor.**<br>8 Q. So it wasn't your shift lead?<br>**9 A. No. That's probably a mistake.**<br>10 Q. Where was this statement said?<br>**11 A. Right on the production floor.**<br>12 Q. Where on the production floor?<br>**13 A. Within zone 1 and getting ready to walk out of**<br>**14 our section.** |
| 9 | 159:15-<br>163:24 | 15 Q. And how many other people besides you and T.J.<br>16 were present?<br>**17 A. Me, T.J., my father, and the rest of my team**<br>**18 that was getting ready to leave.**<br>19 Q. It was directed at your whole team?<br>**20 A. Yes.**<br>21 Q. Sorry. Did you tell me how many people are on<br>22 your team?<br>**23 A. I think I told you earlier.**<br>24 Q. Can you tell me again? |

DESIGNATION OF TESTIMONY PRESENTED BY VIDEO OF DEMETRIC DI-AZ

| # | Lines | Deposition Excerpt |
|---|-------|--------------------|
| | | **25 A. I think approximately about six.** |
| | | **1 Q. Any people on your team not African-American?** |
| | | **2 A. Yes.** |
| | | **3 Q. Who?** |
| | | **4 A. I think it was probably about, like, three other** |
| | | **5 guys that weren't African-American.** |
| | | **6 Q. Any other people on your team African-American?** |
| | | **7 A. Me, T.J., and one other guy. I don't remember** |
| | | **8 his name.** |
| | | **2 A. From there I went to his immediate -- to** |
| | | **3 Javier's supervisor. They did nothing about it. And** |
| | | **4 then from there, I went to HR, and they did nothing** |
| | | **5 about it.** |
| | | **6 Q. Who in HR did you complain to?** |
| | | **7 A. I don't remember the lady's name.** |
| | | **8 Q. And who was Javier's supervisor?** |
| | | **9 A. It was another male. I don't remember his name** |
| | | **10 either.** |
| | | **13 Q. Did you ever put anything in writing?** |
| | | **14 A. No.** |
| | | **15 Q. You never complained in writing?** |
| | | **16 A. No. I just went and verbally complained. It** |
| | | **17 never went anywhere.** |
| | | **18 Q. You never sent a text?** |
| | | **19 A. No.** |
| | | **20 Q. You never wrote an e-mail?** |
| | | **21 A. No.** |
| | | **22 Q. Did you follow back up with her to see if** |
| | | **23 anything had happened?** |
| | | **24 A. No.** |
| 9 | 165:24-166:3 | **24 Q. Do you know whether your father heard it?** |
| | | **25 A. My father told me that he did hear it, and** |
| | | **1 that's the first time I seen my father, like, really** |
| | | **2 feel like he couldn't do anything for me. Like, he** |
| | | **3 didn't know what to do.** |

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

DATED:  September 30, 2021

By: /s/ Cimone Nunley
Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiff OWEN DIAZ