1  LAWRENCE A. ORGAN (SBN 175503)
   larry@civilrightsca.com
2  NAVRUZ AVLONI (SBN 279556)
   navruz@civilrightsca.com
3  CIMONE A. NUNLEY (SBN 326915)
4  cimone@civilrightsca.com
   **CALIFORNIA CIVIL RIGHTS LAW GROUP**
5  332 San Anselmo Avenue
   San Anselmo, California 94960
6  Telephone:    (415) 453-7352
7  Facsimile:    (415) 785-7352

8
   J. Bernard Alexander (SBN 128307)
9  balexander@amfllp.com
   **ALEXANDER MORRISON + FEHR LLP**
10 1900 Avenue of the Stars, Suite 900
   Los Angeles, California 90067
11 Telephone:    (310) 394-0888
12 Facsimile:    (310) 394-0811

13 Attorneys for Plaintiffs,
   DEMETRIC DI-AZ and OWEN DIAZ
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, | Case No. 3:17-cv-06748-WHO |
| 19                 Plaintiffs, | **DESIGNATION OF TESTIMONY PRESENTED BY VIDEO OF ERIN MARCONI** |
| 20       v. | |
| 21  TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, | Trial Date: September 24, 2021 Complaint filed: October 16, 2017 |
| 24                 Defendants. | |

26

27       To ensure a complete record, Plaintiff Owen Diaz provides the following deposition

28 testimony from Erin Marconi which was presented by video to the jury on September 30, 2021.

**Marconi, Erin 10/21/19, Volume 1**

| # | Lines | Deposition Excerpt |
|---|---|---|
| 1. | 13:17-14:05 | 17 What did you do after you left Volt as a<br>18 program manager?<br>19 A I went to Tesla as an HR business partner.<br>20 Q So that would be approximately 2013?<br>21 A Correct.<br>22 Q How long were you an HR business partner at<br>23 Tesla?<br>24 A Until January 2017.<br>25 Q And what was your job title after you – after<br>1 January 2017?<br>2 A I took a time off work. I had been a<br>3 caregiver for my mother.<br>4 Q And have you worked at Tesla since that time?<br>5 A No. |
| 2. | 14:09-14:21 | 9 Q Okay. What were the job duties of an HR<br>10 business partner in your role?<br>11 A Strategic partner with the business management<br>12 teams from work planning, succession planning. Time to<br>13 time would help out if recruiting was needed, but that<br>14 wasn't primary.<br>15 A lot of HR generalist at the beginning. That<br>16 went away as we grew. Employee relations,<br>17 investigations, performance management. Employee<br>18 engagement.<br>19 Q It sounds like --<br>20 A Probably about covers it. A little bit of<br>21 everything. |
| 3. | 15:03-15:05 | 3 Q Okay. So investigations were part of your job<br>4 as an HR business partner; is that right?<br>5 A Correct. |
| 4. | 27:12-27:15 | 12 Q But the HR business partner team that you were<br>13 part of was in charge of handling, among other things,<br>14 complaints about discrimination or harassment; right?<br>15 A Correct. |
| 5. | 33:17-33:20 | 17 Q Okay. But it's fair to say that you at least<br>18 understood what Tesla's policies were in terms of<br>19 anti-discrimination and anti-harassment; right?<br>20 A Correct |
| 6. | 35:02-35:07 | 2 Q So with that understanding of the definition<br>3 of n- -- of the n-word, is it your understanding that<br>4 Tesla's anti-harassment and anti-discrimination<br>5 zero-tolerance policies prohibit use of the n-word at<br>6 the Tesla facility?<br>7 A Yes. |

| | | |
|---|---|---|
| 7. | 36:05-36:13 | 5 Q Okay. And if you had known about someone<br>6 using the n-word at the Tesla factory, that would<br>7 certainly be something that you would investigate;<br>8 correct?<br>**9 A Absolutely.**<br>10 Q And the reason that you would investigate that<br>11 is use of the n-word at the Tesla factory could create a<br>12 hostile work environment for other workers; right?<br>**13 A Correct.** |
| 8. | 37:04-37:06 | 4 Do you recall ever investigating a claim where<br>5 it was alleged that the n-word was used?<br>**6 A Not specifically.** |
| 9. | 39:02-39:08 | 2 Q Was there ever any kind of meeting among HR<br>3 professionals about, like, sensitivity training or how<br>4 to address a situation where the n-word was being used<br>5 in the workplace?<br>**6 A Specifically regarding the n-word?**<br>7 Q Yeah.<br>**8 A No.** |
| 10. | 38:05-38:15 | 5 Q I see.<br>6 It's fair to say that the HR team that did<br>7 investigations would talk to each other about what was<br>8 going on in the workplace; is that true?<br>**9 A As needed.**<br>10 Q And certainly if the n-word had been used in<br>11 the workplace there, that would be a fairly big issue.<br>12 Is that true, from an HR perspective?<br>**13 A Yes, it would be a big issue, but don't know<br>14 that that would necessarily mean it would be discussed<br>15 in a group. Investigations were need-to-know** |
| 11. | 42:21-43:05 | 21 Q Okay. But under Tesla's guidelines or<br>22 policies for anti-harassment complaints, if a member of<br>23 the leadership team, supervisor, manager, director,<br>24 received a complaint of harassment, they were to at<br>25 least inform HR that they had received such a complaint;<br>1 is that true?<br>**2 A Yes.**<br>3 Q And that was true throughout the time that you<br>4 worked at Tesla; right?<br>**5 A Yes.** |

| # | Timestamp | Testimony |
|---|---|---|
| 12. | 49:07-49:23 | 7 Q In fact, every -- every employer has a duty to<br>8 make sure that its workers are working in an environment<br>9 that is harassment-free; right?<br>**10 A Correct.**<br>11 Q And that would include harassment based on sex<br>12 or race or any of those other prohibited categories;<br>13 right?<br>**14 A Yes.**<br>15 Q Similarly, every employer is -- has a duty to<br>16 make sure that once it knows about harassment, that it<br>17 takes some sort of corrective action to make sure that<br>18 the harassment doesn't continue; right?<br>**19 A Yes.**<br>20 Q And in California, every employer must take<br>21 all reasonable steps necessary to prevent discrimination<br>22 and harassment from occurring; right?<br>**23 A Yes.** |
| 13. | 51:02-51:12 | 2 Q You would agree that it's never okay to use<br>3 the n-word in the workplace?<br>**4 A Correct.**<br>5 Q And you'd also agree that it's never okay to<br>6 make offensive drawings that could be racial in nature;<br>7 right?<br>**8 A Correct.**<br>9 Q You'd agree that every employer has a duty to<br>10 provide a workplace where employees are not using the<br>11 n-word towards other employees?<br>**12 A Yes.** |
| 14. | 51:23-52:10 | 23 If -- if a Tesla worker complains about<br>24 harassment to their supervisor, that meets their at<br>25 least initial burden under Tesla's policies for<br>1 reporting harassment; right?<br>**2 A Yes.**<br>3 Q And under Tesla policies, supervisors are<br>4 supposed to report issues relating to harassment to<br>5 their managers and to HR?<br>**6 A Yes.**<br>7 Q Similarly, if an employee wanted to report an<br>8 issue of harassment to a manager, that would satisfy<br>9 Tesla's reporting requirements; right?<br>**10 A Yes.** |
| 15. | 55:23-56:04 | 23 Q And in terms of the standards, the<br>24 anti-discrimination, anti-harassment policy standards<br>25 that applied to workers at the Tesla factory, those<br>1 standards applied to both regular full-time Tesla<br>2 employees and to the temporary workers who were working<br>3 at the plant; right?<br>**4 A Yes.** |

| | | |
|---|---|---|
| 16. | 56:22-57:07 | 22 Q A temporary worker would be doing a task that<br>23 a Tesla employee might also do; is that true?<br>**24 A Yes.**<br>25 Q And a temporary worker could also -- would at<br>1 -- there would be at least some<br>2 reporting structure to a Tesla employee, is that right,<br>3 for a temporary worker?<br>**4 A Correct**<br>5 Q And so even if they're –<br>**6 A And then a dotted line to their actual**<br>**7 employer.** |
| 17. | 57:21-58:9 | **21 but as far as -- like I wouldn't want to investigate for**<br>**22 West Valley for their employee. I would be happy to**<br>**23 facilitate.**<br>**24 Does that make sense?**<br>25 Q So Tesla's HR role for a complaint by a<br>1 temporary worker would be to facilitate the<br>2 investigation. Is that true typically?<br>**3 A Primary first thing would be obviously,**<br>**4 depending on what that is, are they comfortable or do**<br>**5 they feel threatened. Those kind of things you want to**<br>**6 take care of in the immediate.**<br>**7 The next thing I would do is get them**<br>**8 connected with the person that would have been my role**<br>**9 for their employer.** |
| 18. | 58:10-58:15 | 10 Q Okay. And if someone does complain about what<br>11 they consider to be inappropriate conduct, and they feel<br>12 threatened, you would agree that as a Tesla HR person,<br>13 you would still have a responsibility to make sure that<br>14 nothing happened to them further; right?<br>**15 A Oh, absolutely** |
| 19. | 58:16-59:5 | 16 Q And as a Tesla HR person, if someone had<br>17 complained about like threatening conduct or feeling<br>18 that they were threatened, you would at least have to<br>19 make that workplace safe for them from that point that<br>20 you find out about it on; right?<br>**21 A In the immediate, absolutely. If then it**<br>**22 was -- the investigation was conducted and it, say, only**<br>**23 involved temporary people that were all under West**<br>**24 Valley --**<br>25 Q Yeah.<br>**1 A -- if West Valley investigated it and came**<br>**2 back and said there wasn't actually an issue, I'm going**<br>**3 to believe that West Valley did their investigation**<br>**4 thoroughly and if there was something to address,**<br>**5 addressed it.** |

| | | |
|---|---|---|
| 20. | 59:8-21 | 8 You -- you typically rely on the contract --<br>9 contracting agency to do an investigation into<br>10 complaints by their employees; is that right?<br>**11 A If it is involving other of their employees.**<br>**12 If it is involving Tesla employees, then I**<br>**13 would talk to probably Tesla employees, they would talk**<br>**14 to their employees.**<br>**15 If the stars align and everyone was in the**<br>**16 building or in the same side of the country and we would**<br>**17 help -- sometimes I had been there when they were**<br>**18 interviewing their employee and vice versa. But I**<br>**19 wouldn't -- my preference would not be to interview**<br>**20 someone else's employee, and especially not without them**<br>**21 present.** |
| 21. | 59:22-<br>60:10 | 22 Q In terms of Tesla's duty, though, to all of<br>23 its employees, it has a -- it has a duty to both its<br>24 regular employees and the contractors to make sure that<br>25 all of those people work in a work environment free from<br>1 harassment or discrimination based on race; right?<br>**2 A Correct.**<br>3 Q And so if -- if Tesla HR became aware of a<br>4 problem, let's say use of the n-word or use of racial<br>5 drawings, Tesla would still have to make sure that that<br>6 conduct stopped; right?<br>**7 A Assuming that an investigation found that that**<br>**8 conduct did happen?**<br>9 Q Right.<br>**10 A Then yes.** |
| 22. | 61:10-<br>14 | 10 Q And if someone is complaining about conduct,<br>11 do they have to complain in writing or can they also<br>12 complain verbally about inappropriate conduct in the<br>13 workplace at Tesla?<br>**14 A Either.** |
| 23. | 62:9-13 | 9 Q And, similarly, if a person doesn't use<br>10 "discrimination" or "harassment" in their complaint,<br>11 they can still be complaining about what's<br>12 discrimination or harassment; right?<br>**13 A Correct.** |
| 24. | 64:24-<br>65:04 | 24 Q Tesla had video cameras throughout the<br>25 facility; is that true?<br>**1 A Correct.**<br>2 Q And if there was an altercation, would you<br>3 like to see if there was video footage of the incident?<br>**4 A Absolutely.** |

| | | |
|---|---|---|
| 25. | 67:08-67:13 | 8 There were numerous situations where Tesla 9 employees were supervising temporary workers who were 10 employed by contractors; right? 11 A Who were -- like a West Valley? 12 Q Yeah. 13 A Yes. |
| 26. | 69:03-69:06 | 3 Q Okay. But based on the contract that you knew 4 about that Volt had with Tesla, it was understood that 5 the Volt temporary workers would be subject to Tesla's 6 policies for working at that facility; right? |
| 27. | 69:10-69:11 | 10 THE WITNESS: Yes, as well as their 11 employer's |
| 28. | 69:22-70:04 | 22 Temporary workers who were working through a 23 staffing agency at a Tesla facility had to follow the 24 rules and regulations of the staffing agency and of 25 Tesla? 1 A Yes. 2 Q And that was true throughout the time that you 3 worked at Tesla; right? 4 A Yes. |
| 29. | 73:20-74:08 | 20 Q Okay. Wayne Jackson was one of the nextSource 21 representatives working at -- working for nextSource at 22 the plant; is that right? 23 A I am not completely sure. I don't recall ever 24 meeting him face to face. NextSource wasn't set up the 25 way that temporary workers were. 1 Q NextSource was actually more of a conduit for 2 other staffing agencies, wasn't it? 3 A My understanding is they were brought on 4 statement of work project or on a PO, but I don't 5 have -- can't confirm that. 6 Q Okay. Do you recall what the statement of 7 work was about? 8 A I do not. |

| 30. | 80:21-82:3 | 21 Q Okay. Tell me about that. What was the
22 situation in which you did some sensitivity training for
23 a group relative -- was it relative to the n-word or was
24 it --
25 A No.
1 t was the -- tell me about the
2 situation where you did sensitivity training for a
3 group.
4 A It was an offensive drawing that we were
5 unable to determine who did the drawing. And I say
6 "offensive"; it was a sexual drawing that clearly
7 offended folks.
8 That department was, I believe, over 500
9 people. So we brought everyone together each shift,
10 went over how that was not okay; if we ever could find
11 out who it was, it wouldn't be tolerated.
12 An investigation couldn't pinpoint who it was
13 because there wasn't a camera in that particular area,
14 we addressed the whole entire team, and then did
15 sensitivity training that covered pretty much
16 everything.
17 And even if I tell you a joke about the sky
18 being blue and you think it's funny today and you don't
19 tomorrow, then I can't tell you that joke anymore.
20 Q Do you remember what department it was in?
21 A I think it was stamping.
22 Q Okay. In terms of the drawing -- I don't mean
23 to offend you or anything, but can you describe the
24 sexual drawing that you ended up having to do
25 sensitivity training for.
1 A If I recall correctly, somebody put boobs on
2 like -- you know the male/female symbols on bathrooms?
3 Somebody drew boobs. |

| | 31. | 84:17-85:09 | 17 That sensitivity training came out of the fact<br>18 that there were these -- there was a visual harassment<br>19 in this -- the boobs on the bathroom door.<br>20 Is that what caused the training to come<br>21 about?<br>22 A Yes. Someone was offended by the boobs drawn.<br>23 Q Okay. And how was the decision made as a<br>24 result of that to do a sensitivity training? Why was<br>25 that the outcome?<br>1 make sure that everyone<br>2 understood what the expectation was, and if it makes<br>3 someone uncomfortable, it's not okay.<br>4 Q Right. Okay.<br>5 And do you recall any other sensitivity<br>6 trainings that were done relative to either race or sex<br>7 issues that you were involved in?<br>8 A Not that I recall. I mean, other than your<br>9 regular annual required of supervisor and above. |

| # | Cite | Testimony |
|---|---|---|
| 32. | 85:21-87:04 | 21 Q Okay. Now, I'm going to show you what has<br>22 been previously marked as Exhibit 37. And just so the<br>23 record is clear, Exhibit 37 is a three-page document<br>24 Bates-stamped Tesla 35 through 37, and it's a complaint<br>25 by Owen Diaz about a racist drawing, or what he<br>1 considered to be a racist drawing.<br>2 And I'm wondering if you recall seeing this<br>3 email, or the picture that's attached.<br>**4 A I don't recall seeing the picture, and I don't**<br>**5 specifically recall seeing it, given the time. It very**<br>**6 well could have been something that I was -- "Here's a**<br>**7 heads-up" kind of thing, and I just don't recall.**<br>8 Q Okay. Okay.<br>9 Based on your -- you just read the complaint<br>10 by Mr. Diaz from January 22nd, 2016. Based on that<br>11 complaint and in your experience as a professional HR<br>12 person, would that be sufficient to trigger an<br>13 investigation, in your mind, his complaint along with<br>14 the pictures?<br>**15 A Yes.**<br>16 Q And would -- as a trained investigator, given<br>17 this written information and the confirming picture,<br>18 would you expect there to be an investigation as a<br>19 result of that?<br>**20 A Yes.**<br>21 Q If you were conducting the investigation,<br>22 would you interview the people that are identified in<br>23 Mr. Diaz's email?<br>**24 A Depending on if they were Tesla employees or**<br>**25 employees of another company, either I would if they**<br>**1 were Tesla employees, or I would ask that the primary**<br>**2 employer, for lack of a better way to put it, did. And**<br>**3 if it was a combination, work together if at all**<br>**4 possible.** |
| 33. | 88:20-89:07 | 20 So if Michael Wheeler and the Israel -- the<br>21 guy whose name is Israel in this were both Tesla<br>22 employees, those interviews you would expect would be<br>23 done by Tesla HR, and then the interviews -- assuming<br>24 that Ramon Martinez and Owen Diaz are temporary<br>25 employees working through a staffing agency, you would<br>1 interviewed by their<br>2 respective contracting agencies; correct?<br>**3 A Correct.**<br>**4 I have had occasion to that whoever was on**<br>**5 site for, say, West Valley wasn't well versed or**<br>**6 comfortable. So if that kind of situation came up, I**<br>**7 would assist, but would make sure that they were there.** |

| | | |
|---|---|---|
| 34. | 97:12-98:05 | 12 Q If you look at Mr. Diaz's statement on Tesla<br>13 22, which is the third page of Exhibit 128, and you look<br>14 down at the bottom of what his statement is, he says<br>15 that:<br>16 "As a supervisor or leads, we are held to<br>17 a higher standard because the people we<br>18 supervise look to us as examples."<br>19 Is that -- is that a true statement for people<br>20 who were acting as leads or supervisors at Tesla, that<br>21 they were examples for other employees?<br>22 **A Absolutely for Tesla employees.**<br>23 Q Okay. And if a supervisor --<br>24 **A I'm not aware of anybody that was working as a**<br>25 **lead or a supervisor that wasn't a Tesla employee.**<br>1 Q Okay. But regardless, even if someone was a<br>2 temporary worker through a staffing agency, if they were<br>3 working in a lead position, they would need to adhere to<br>4 Tesla policies; right?<br>5 **A I believe so.** |
| 35. | 99:22-100:20 | 22 You understand that this drawing that's on the<br>23 fourth page of Exhibit 128, that that drawing is a<br>24 drawing that could be offensive to African Americans?<br>25 **A Yes.**<br>1 Q Right?<br>2 **A Yes.**<br>3 Q And it's a caricature that historically was<br>4 used -- it's been called a "pickaninny." Have you heard<br>5 that expression before?<br>6 **A Yes.**<br>7 Q And it was historically -- this drawing with<br>8 the bone in the hair was historically a way to put down<br>9 African Americans; right?<br>10 **A That's my understanding.**<br>11 Q So if you had understood that Mr. Martinez had<br>12 admitted to putting this poster -- to putting this<br>13 drawing up, and also to have threatened Mr. Diaz<br>14 previously, you would expect that Mr. Martinez would be<br>15 fired pursuant to Tesla policy, wouldn't you?<br>16 **A Assuming all of that is true --**<br>17 Q Yeah.<br>18 **A -- I wouldn't presume what nextSource does,**<br>19 **but I would ask them not to have him return to an**<br>20 **assignment at Tesla.** |

| | | |
|---|---|---|
| 36. | 100:22-101:07 | 22 Now, if you go on to Mr. Diaz's statement:<br>23 ..."and because nothing has been done, it<br>24 seems that his behavior is getting worse."<br>25 That would be a concern to you as a Tesla<br>1 it, if conduct is getting worse?<br>**2 A Absolutely.**<br>3 Q Where Mr. Diaz then says:<br>4 "As an employee, I'm entitled to a safe<br>5 and harassment-free work environment,"<br>6 that's true; right?<br>**7 A Yes.** |
| 37. | 104:15-19 | 15 Q Okay. Now, certainly if Ramon Martinez were<br>16 yelling at him and threatening him, that would violate<br>17 Tesla's policies; right? -- at least the threatening<br>18 part?<br>**19 A Yes. Assuming it's Ramon Martinez.** |
| 38. | 107:23-108:02 | 23 Q Okay. So in general, you had -- sometimes you<br>24 had to push nextSource to get you the information you<br>25 needed so that you could evaluate –<br>**1 A And go about things the way that we had asked**<br>**2 them to go about them** |

| # | Cite | Testimony |
|---|---|---|
| 39. | 108:4-109:12 | 4 Exhibit 35 for the record is a three-page<br>5 document Bates-stamped Tesla 140 to 142. And it appears<br>6 that at least in this situation with respect to Ramon<br>7 Martinez and Owen Diaz, that eventually at least it got<br>8 forwarded to you.<br>9 Do you see that?<br>10 A Yes.<br>11 Q And so at least at some point you did get 12 Mr. Diaz's statement about his -- the threat that he<br>13 perceived from Ramon Martinez; correct? 14 A Owen's statement?<br>15 Q Yeah.<br>16 A Assuming this whole thread was actually<br>17 forwarded at the time?<br>18 Q Yeah.<br>19 A Yes. If it was, I can't say for sure.<br>20 Q Okay. But based on the email chain, I mean, 21 it looks like it was forwarded to you. Do you see that?<br>22 A Correct.<br>23 Q Okay.<br>24 A Several days later; right? Yeah.<br>25 Q Yeah.<br>1 made on the 17th, and then<br>2 forwarded again on the 20th to Wayne Jackson, and then<br>3 it looks like Wayne Jackson forwarded it to you on that<br>4 same day, on the 20th.<br>5 A Terri.<br>6 Q I'm sorry. Terri.<br>7 A Yeah.<br>8 Q Terri forwarded it to you that same day,<br>9 October 20th of 2015; right?<br>10 A Yes. And based on that, it would appear that 11 it was all nextSource employees involved, other than<br>12 Victor and Ed. |
| 40. | 109:13-19 | 13 Q Okay. And it looks like maybe Ed was talking<br>14 about getting involved here, and Terri Garrett was 15 asking for your help as to whether or not Mr. Romero 16 should be involved in the investigation; right?<br>17 A It looks like she wants him not to be<br>18 involved.<br>19 Q Right. |
| 41. | 116:22-25 | 22 Q And the correct response to threatening 23 conduct is to remove that individual from the factory;<br>24 right?<br>25 A Correct. |

| # | Cite | Testimony |
|---|------|-----------|
| 42. | 119:23-120:04 | 23 Q Okay. But if an allegation of racist -- of a 24 racial term, particularly if it's the n-word, is 25 confirmed, that's the kind of information that 1 supervisors and managers such as Ed Romero and Victor<br>2 Quintero were trained to at least forward to HR;<br>3 correct?<br>4 A Yes. |
| 43. | 123:09-123:18 | 9 Q But any worker who is subject -- who is<br>10 working in the Tesla factory is subject to Tesla 11 policies; correct?<br>12 A Yes.<br>13 Q And -- and any worker who is being harassed or<br>14 discriminated against, regardless of who they work for, 15 if -- if the harassment or discrimination occurs in the<br>16 Tesla factory, Tesla has a responsibility to do 17 something about it if it knows about it; right? 18 A Yes. |
| 44. | 133:16-23 | 16 Q I do understand that. I'm wondering,<br>17 though -- we've looked at some documents which showed<br>18 numerous complaints about the n-word, several complaints<br>19 about the n-word, and I'm wondering if there was any<br>20 kind of discussion in human resources that there was a<br>21 need to address the use of that word in particular in<br>22 the workplace.<br>23 A Not that I recall. |
| 45. | 134:20-135:03 | 20 Q And if there had been such an investigation by<br>21 anybody at Tesla, there should have been at least some<br>22 kind of written record of that; right?<br>**23 A Yes.**<br>24 Q Because that's what Tesla policy requires is<br>25 documentation of any kind of investigation that's done;<br>1 right?<br>**2 A Yes. Mine, for the most part, were<br>3 handwritten** |

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

DATED: September 30, 2021     By: /s/ Cimone Nunley_____
Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiff OWEN DIAZ