LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415) 453-7352
Facsimile:      (415) 785-7352

J. Bernard Alexander (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:      (310) 394-0811

Attorneys for Plaintiffs,
DEMETRIC DI-AZ and OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br>             Plaintiffs, <br><br>         v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br>             Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **PLAINTIFF'S DESIGNATION OF REBUTTAL TESTIMONY OF DEMETRIC DI-AZ RELATING TO DEFENDANT'S EXHIBIT 379** <br><br> Trial Date: September 24, 2021 <br> Complaint filed: October 16, 2017 |

1  Plaintiff hereby submits the following deposition testimony of Demetric Di-az in rebuttal
2  to Defendant's Exhibits No. 379.
3  **Di-Az, Demetric 5/15/18, Volume 1**

| # | Lines | Deposition Excerpt |
|---|---|---|
| 1 | 43:17-44:01 | 43:17 Q. Let me rephrase it. Did you submit this as part<br>18 of your application to work at West Valley in October of<br>19 2015?<br>20 A. No.<br>21 Q. Did you submit this as part of your application<br>22 to work at Tesla in October of 2015?<br>23 A. No.<br>24 Q. Did you ever submit this resume to either Tesla<br>25 or West Valley?<br>44:01 A. No. |
| 2 | 44:06-44:11 | 44:6 Q. Let me represent to you for the record that this<br>7 document was actually produced by Tesla. Could you be<br>8 mistaken in that you may have submitted this resume to<br>9 Tesla in October of 2015?<br>10 A. I could be mistaken, but I don't ever remember<br>11 sending out this resume. |
| 3 | 44:15-44:16 | 44:15 Q. And is that your current phone number?<br>16 A. No. |
| 4 | 46:19-46:25 | 46:19 Q. Exhibit 8 is a screenshot from Tesla's applicant<br>20 system, which is Bates-stamped at the bottom 157 through<br>21 162. I just want to turn your attention to the page<br>22 that's Bates-stamped at the bottom 158.<br>23 Do you see that? Do you see your e-mail at the<br>24 top of this page?<br>25 A. Yes. |
| 5 | 47:04-47:06 | 47:4 Q. Did you ever hold an e-mail address that was<br>5 demetric D-I-O-A-Z @gmail.com?<br>6 A. No. |
| 6 | 50:05-50:13 | 50:5 Q. Do you remember having an interview with Tai Hua<br>6 at Tesla?<br>7 A. No.<br>8 Q. Do you ever remember speaking to Tai Hua as<br>9 Tesla?<br>10 A. No.<br>11 Q. Do you remember ever having an interview with<br>12 anybody at Tesla for a job?<br>13 A. No. |

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

1  DATED: September 30, 2021        By: /s/ Lawrence Organ
2                                                                Lawrence A. Organ, Esq.
                                                                      Navruz Avloni, Esq.
3                                                                Cimone A. Nunley, Esq.
                                                                      J. Bernard Alexander, Esq.
4                                                                Attorneys for Plaintiff OWEN DIAZ