1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
3  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1422
4  Telephone:    213.620.1780
   Facsimile:    213.620.1398
5  E mail        tkennedy@sheppardmullin.com

6  PATRICIA M. JENG, Cal. Bar No. 272262
   SUSAN HAINES, Cal. Bar No. 224611
7  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
8  Telephone:    415.434.9100
   Facsimile:    415.434.3947
9  E mail        pjeng@sheppardmullin.com
                 shaines@sheppardmullin.com
10
   Attorneys for Defendants,
11 TESLA, INC. dba TESLA MOTORS, INC.

12

                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| OWEN DIAZ | Case No. 3:17-cv-06748-WHO |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANT TESLA, INC.'S OBJECTION TO PROPOSED VERDICT FORM** |
| TESLA, INC. DBA TESLA MOTORS, INC., | |
| Defendants. | Trial Date:    September 24, 2021<br>Compliant Filed: October 16, 2017 |

**RE PROPOSED VERDICT FORM (DKT. NO. 279):**

Defendant, Tesla, Inc. respectfully requests that Question 4 on the Proposed Verdict Form be accompanied by instructions: "*If you answered "No" to questions 3 and 4, skip question 5 and go to question 6.*"  If the jury finds that Defendant did not prove all the elements of hostile work environment caused by supervisor, hostile work environment caused by a non-immediate supervisor or co-worker, or liability based on civil rights violation in a contractual relationship, then there can be no failure to prevent harassment claim.

Dated:  October 2, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Patricia M. Jeng*
TRACEY A. KENNEDY
PATRICIA M. JENG
SUSAN HAINES

Attorneys for Defendant
TESLA, INC. dba TESLA MOTORS, INC.