LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

Attorneys for Plaintiffs,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>             Plaintiffs,<br><br>      v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S REPLY TO DEFENDANT TESLA, INC.'S OBJECTION TO PROPOSED VERDICT FORM**<br><br><br>Trial Date: September 27, 2020<br>Complaint filed: October 16, 2017 |

1  Plaintiff has no substantive objections to Defendant's proposed alteration to Question 4
2  of the Proposed Verdict Form. (Dkt. No. 283) However, to avoid confusion and safeguard
3  against an inconsistent verdict or confusion among jurors, Plaintiff respectfully requests
4  Question 4 on the Proposed Verdict Form be accompanied by the following instruction: "*If you*
5  *answered "No" to questions 3A, 3B, and 4, skip question 5 and go to question 6.*"

Dated:   October 2, 2021

_____
J. Bernard Alexander
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiff
OWEN DIAZ