LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

Attorneys for Plaintiffs,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S OBJECTION TO PROPOSED VERDICT FORM**<br><br><br>Trial Date: September 27, 2020<br>Complaint filed: October 16, 2017 |

Plaintiff Owen Diaz respectfully requests an modification to Question 9, "Punitive Damages for Civil Rights Claims," on the proposed verdict form. Plaintiff proposes the following addition (underlined):

> You may only award punitive damages for the reasons discussed in Instruction No. 41, that is, if you find that the defendant's conduct that harmed the plaintiff was malicious, oppressive or in reckless disregard of the plaintiff's rights. Do you find by a preponderance of the evidence that Owen Diaz is entitled to punitive damages against Tesla Inc. for any of the following: creating a hostile work environment based on race <u>(Question 3A or 3B), violating civil rights in a contractual relationship (Question 4),</u> and/or failing to prevent harassment based on race in the workplace <u>(Question 5)</u>?

As phrased, the verdict form suggests Plaintiff may only recover punitive damages if he prevails on his hostile work environment claims. In fact, punitive damages are available under 42 U.S.C. § 1981. *See Johnson v. Railway Express Agency*, 421 U.S. 454, 460 (1975) (prevailing § 1981 plaintiffs entitled to compensatory and punitive damages). Plaintiff's proposed revision will avoid confusion and make clear to the jury punitive damages can be awarded on the contract-based claim.

Dated:   October 2, 2021

_____
J. Bernard Alexander
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Attorneys for Plaintiff
OWEN DIAZ