UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>          Case No. <u>17-cv-06748-WHO</u>

CASE NAME: <u>Di-az v. Tesla, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. _____<u>1</u>_____

Date <u>10/4/21</u>_____

Time <u>2:45 p.m.</u>_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

Are punitive damages awarded directly to the person?
What percent of punitive damages go directly to Owen Diaz?
     ↳ fees?

<u>Brianne Uyeda</u>
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>        Case No. <u>17-cv-06748-WHO</u>

CASE NAME: <u>Di-az v. Tesla, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. _____ 2 _____

Date _____ 10/4 _____

Time _____ 4:09 _____

1.      The Jury has reached a unanimous verdict ( )

        or

2.      The Jury has the following question:

Do we have to come up with a
dollar amount for #10?
If yes, we have a verdict

*Brianne Uyeda*
Foreperson of the Jury

Yes, your verdict must be unanimous on each question. If you
have decided unanimously to award punitive damages, you must
also agree unanimously on the amount.
        Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 17-cv-06748-WHO

CASE NAME: Di-az v. Tesla, Inc.

## NOTE FROM THE JURY

Note No. _____ 3 _____

Date _____ 10/4/21 _____

Time _____ 4:31 _____

1.    The Jury has reached a unanimous verdict ✓

      or

2.    The Jury has the following question:

_____

_____

_____

_Brianne Uyeda_
Foreperson of the Jury