**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 17-cv-06748-WHO
Case Name: Di-azv. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Bernard Alexander, Larry Organ, and Cimone Nunley | DEFENSE ATTORNEYS: Tracey Kennedy, Patricia Jeng, and Susan Haines |
|---|---|---|
| **TRIAL DATE: 10/4/2021** Time: 4 hours, 30 minutes 8:03 a.m. to 12:33 p.m. Deliberations: 12:33 to 4:40 p.m. | **REPORTER:** Debra Pas | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:03 a.m. | | | Verdict form is agreed upon. (Dkt. 282) Motion for Judgment as a Matter of Law and (Dkt. 281) Motion to Strike denied. |
| | | | | | Exhibits 136, 137 and 138 are marked and identified for purposes of appeal. These exhibits will not be provided to the jurors for their deliberations. |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jury present) Instructions provided to jurors |
| | | 9:18 a.m. | | | Jurors excused |
| | | 9:19 a.m. | | | Court in recess |
| | | 9:37 a.m. | | | Court in session (jury present) Court corrects a misstatement in the jury instructions |
| | | 9:38 a.m. | | | Plaintiff closing argument (Alexander) |
| | | 10:57 a.m. | | | Jurors excused |
| | | 11:12 a.m. | | | Court in session (jurors out) Court advises counsel that a juror has determined he has shares in a Mutual Fund which holds Tesla stock |
| | | 11:16 a.m. | | | Court in session (jurors present) |
| | | 11:16 a.m. | | | Defense closing argument (Kennedy) |
| | | 12:08 p.m. | | | Plaintiff rebuttal closing |
| | | 12:24 p.m. | | | Court provides final jury instructions and charge to deliberate and advises that an exhibit which was not admitted may have been referenced in closing statements |
| | | 12:33 p.m. | | | Jurors excused to begin deliberations |
| | | 12:34 p.m. | | | Court addresses counsel as to the issue with unadmitted exhibits and as to counsels' position regarding the juror with possible investment interest in Tesla |

|  |  | 12:38 p.m. |  |  | Court queries Juror (Randomized Juror No. 25/Selected Juror No. 8) regarding investment interest in Tesla and its impact on his ability to be objective |
|  |  | 12:42 p.m. |  |  | Juror excused without objection, court in recess |
|  |  | 2:51 p.m. |  |  | Court in session, jury question discussed |
|  |  | 2:55 p.m. |  |  | Court in session (jurors present)<br>Jury Question 1 is addressed;<br>Court provides supplemental instruction regarding Exhibits 206 and 254 which are not in evidence and should be disregarded. |
|  |  | 2:58 p.m. |  |  | Jurors are excused to resume their deliberations |
|  |  | 4:22 p.m. |  |  | Court in session (jurors out) to consider Jury Question 2 |
|  |  | 4:24 p.m. |  |  | Court in recess |
|  |  | 4:36 p.m. |  |  | Court in session |
|  |  | 4:37 p.m. |  |  | Verdict announced |
|  |  | 4:38 p.m. |  |  | Jurors are polled and confirm their verdict |
|  |  | 4:39 p.m. |  |  | The Court thanks the jurors for their service and releases them |
|  |  | 4:40 p.m. |  |  | Court in recess. |