```
                                                    Pages 1 - 10

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE WILLIAM H. ORRICK

DEMETRIC DI-AZ, OWEN DIAZ AND    )
LAMAR PATTERSON                  )
                                 )
                                 )
            Plaintiffs,          )
                                 )
   vs.                           ) No. C 17-6748 WHO
                                 )
TESLA, INC., dba TESLA MOTORS,   )
INC., CITISTAFF SOLUTIONS, INC., )
WEST VALLEY STAFFING GROUP,      )
CHARTWELL STAFFING SERVICES, INC.,)
and DOES 1-50, inclusive,        )
                                 ) San Francisco, California
                                 ) September 27, 2021
                                 )       through
_____) October 4, 2021
```

**MASTER INDEX OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**        ALEXANDER MORRISON & FEHR LLP
                           1900 Avenue of the Stars
                           Suite 900
                           Los Angeles, California 90067
                     **BY: BERNARD ALEXANDER, ESQ.**


                           CALIFORNIA CIVIL RIGHTS LAW GROUP
                           332 San Anselmo Avenue
                           San Anselmo, California 94960
                     **BY: LAWRENCE A. ORGAN, ESQ.**
                         **CIMONE A. NUNLEY, ESQ.**

           (APPEARANCES CONTINUED ON FOLLOWING PAGE)


*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                 *Official Reporter - US District Court*
                 *Computerized Transcription By Eclipse*

**APPEARANCES:   (CONTINUED)**

**For Defendants:**          SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                     333 S. Hope Street
                                     43rd Floor
                                     Los Angeles, California 90017
                  **BY:   TRACEY A. KENNEDY, ESQ.**

                                     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                     379 Lytton Ave
                                     Palo Alto, California 94301
                  **BY:   PATRICIA M. JENG, ESQ.**

                                     SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                     Four Embarcadero Center
                                     17th Floor
                                     San Francisco, California 94111
                  **BY:   SUSAN Q. HAINES, ESQ.**

**Also Present:**            **JOSEPH ALM, ESQ.**
                                     - Tesla, Inc.

                                     **YUSUF MOHAMED, ESQ.**
                                     - Tesla, Inc.

                                     **VALERIE CAPERS WORKMAN**
                                      - Tesla, Inc.

                                           — — —

# **I N D E X**

Monday, September 27, 2021 - Volume 1

Tuesday, September 28, 2021 - Volume 2

Wednesday, September 29, 2021 - Volume 3

Thursday, September 30, 2021 - Volume 4

Friday, October 1, 2021 - Volume 5

Monday, October 4, 2021 - Volume 6

- - -

**I N D E X**

|  | **PAGE** | **VOL.** |
|---|---|---|
| Preliminary Jury Instructions | 10 | 1 |
| Opening Statement by Mr. Alexander | 22 | 1 |
| Opening Statement by Ms. Kennedy | 44 | 1 |
| Plaintiff Rests | 754 | 5 |
| Defense Rests | 811 | 5 |
| Final Jury Instructions | 850 | 6 |
| Closing Argument by Mr. Alexander | 877 | 6 |
| Closing Argument by Ms. Kennedy | 927 | 6 |
| Rebuttal Argument by Mr. Alexander | 959 | 6 |
| Concluding Jury Instructions | 968 | 6 |

- - -

# I N D E X

**PLAINTIFF'S WITNESSES** **PAGE** **VOL.**

**KAWASAKI, TAMOTSU EDWEEN**
(SWORN)                                        65    1
Direct Examination by Mr. Organ                66    1
Cross-Examination by Ms. Jeng                 100    1
Redirect Examination by Mr. Organ             123    1


**ROMERO, EDWARD**
(SWORN)                                       128    1
Direct Examination by Mr. Organ               129    1


**ROMERO, EDWARD (RECALLED)**
(PREVIOUSLY SWORN)                            179    2
Cross-Examination by Ms. Kennedy              179    2
Redirect Examination by Mr. Organ             206    2


**JACKSON, WAYNE**
(SWORN)                                       215    2
Direct Examination by Mr. Alexander           216    2
Cross-Examination by Ms. Jeng                 255    2
Redirect Examination by Mr. Alexander         293    2


**DELGADO SMITH, JACKELIN**
(SWORN)                                       298    2
Direct Examination by Mr. Alexander           298    2
Cross-Examination by Ms. Jeng                 327    2
Redirect Examination by Mr. Alexander         331    2


**QUINTERO, VICTOR**
(SWORN)                                       336    2
Direct Examination by Mr. Alexander           336    2
Cross-Examination by Ms. Kennedy              357    2
Redirect Examination by Mr. Alexander         361    2

# I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MCGINN, KEVIN** | | |
| VIDEOTAPED TESTIMONY | 380 | 3 |
| | | |
| **DI-AZ, DEMETRIC** | | |
| VIDEOTAPED TESTIMONY | 381 | 3 |
| | | |
| **DIAZ, OWEN ORAPIO** | | |
| (SWORN) | 383 | 3 |
| Direct Examination by Mr. Organ | 383 | 3 |
| | | |
| **WHEELER, MICHAEL JOHN** | | |
| (SWORN) | 421 | 3 |
| Direct Examination by Mr. Alexander | 421 | 3 |
| Cross-Examination by Ms. Jeng | 434 | 3 |
| Redirect Examination by Mr. Alexander | 441 | 3 |
| Recross-Examination by Ms. Jeng | 443 | 3 |
| | | |
| **DIAZ, OWEN ORAPIO (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 448 | 3 |
| Direct Examination Resumed by Mr. Organ | 449 | 3 |
| Cross-Examination by Ms. Kennedy | 486 | 3 |
| | | |
| **DIAZ, OWEN ORAPIO (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 557 | 4 |
| Cross-Examination resumed by Ms. Kennedy | 557 | 4 |
| Redirect Examination by Mr. Organ | 574 | 4 |
| | | |
| **READING, ANTHONY EDWARD** | | |
| (SWORN) | 577 | 4 |
| Direct Examination by Mr. Alexander | 577 | 4 |
| Cross-Examination by Ms. Kennedy | 596 | 4 |
| Redirect Examination by Mr. Alexander | 613 | 4 |

# I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **JONES, LA'DREA** | | |
| (SWORN) | 622 | 4 |
| Direct Examination by Ms. Nunley | 622 | 4 |
| Cross-Examination by Ms. Kennedy | 632 | 4 |
| | | |
| **MARCONI, ERIN** | | |
| VIDEOTAPED TESTIMONY | 638 | 4 |
| | | |
| **OPPENHEIMER, AMY (VIA ZOOM)** | | |
| (SWORN) | 642 | 4 |
| Direct Examination by Mr. Organ | 643 | 4 |
| Cross-Examination by Ms. Kennedy | 660 | 4 |
| Redirect Examination by Mr. Organ | 678 | 4 |
| | | |
| **MAHLA, CHARLES (VIA ZOOM)** | | |
| (SWORN) | 680 | 4 |
| Direct Examination by Mr. Organ | 680 | 4 |
| Cross-Examination by Ms. Kennedy | 685 | 4 |
| | | |
| **HEISEN, ANNALISA** | | |
| VIDEOTAPED TESTIMONY | 753 | 5 |

- - -

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **DELAGRANDE, JOYCE ANN** | | |
| (SWORN) | 710 | 5 |
| Direct Examination by Ms. Kennedy | 711 | 5 |
| Cross-Examination by Mr. Organ | 735 | 5 |
| Redirect Examination by Ms. Jeng | 750 | 5 |
| | | |
| **MARTINEZ, RAMON** | | |
| (SWORN) | 755 | 5 |
| Direct Examination by Ms. Kennedy | 755 | 5 |
| Cross-Examination by Mr. Alexander | 788 | 5 |

— — —

# EXHIBITS

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 |  | 459 | 3 |
| 2 | 774 |  | 5 |
| 3 | 253 | 689 | 2 |
| 6 |  | 688 | 4 |
| 19 |  | 393 | 3 |
| 31 |  | 240 | 2 |
| 33 |  | 156 | 1 |
| 37 |  | 83 | 1 |
| 38 |  | 78 | 1 |
| 39 |  | 86 | 1 |
| 40 |  | 85 | 1 |
| 41 |  | 146 | 1 |
| 49 |  | 269 | 2 |
| 62 |  | 388 | 3 |
| 68 |  | 468 | 3 |
| 74 | 237 | 237 | 2 |
| 76 |  | 242 | 2 |
| 83 | 350 | 351 | 2 |
| 92 |  | 233 | 2 |
| 103 |  | 238 | 2 |
| 104 |  | 93 | 1 |
| 106 |  | 165 | 1 |
| 133 |  | 797 | 5 |

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 200 | 490 | 491 | 3 |
| 202 |  | 75 | 1 |
| 204 | 486 | 558 | 4 |
| 204 | 557 |  | 4 |
| 205 | 494 | 495 | 3 |
| 217 |  | 469 | 3 |
| 222 |  | 91 | 1 |
| 224 |  | 471 | 3 |
| 235 |  | 95 | 1 |
| 235 |  | 118 | 1 |
| 240 |  | 153 | 1 |
| 244 |  | 718 | 5 |
| 245 |  | 464 | 3 |
| 251 |  | 719 | 5 |
| 259 | 721 | 721 | 5 |
| 261 |  | 473 | 3 |
| 265 | 528 | 564 | 4 |
| 274 |  | 280 | 2 |
| 284 |  | 277 | 2 |
| 287 |  | 247 | 2 |
| 287 |  | 302 | 2 |
| 293 |  | 473 | 3 |
| 296 | 191 | 193 | 2 |

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 297 |  | 727 | 5 |
| 298 |  | 740 | 5 |
| 300 |  | 744 | 5 |
| 301 |  | 288 | 2 |
| 303 |  | 731 | 5 |
| 306 |  | 201 | 2 |
| 308 | 202 | 203 | 2 |
| 312 | 204 | 205 | 2 |
| 320 |  | 475 | 3 |
| 324 |  | 475 | 3 |
| 325 |  | 476 | 3 |
| 366 |  | 72 | 1 |
| 368 |  | 222 | 2 |
| 379 |  | 689 | 4 |

- - -