UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN DIAZ,

        Plaintiff,

   v.

TESLA, INC., et al.,

        Defendants.

Case No. 3:17-cv-06748-WHO

**VERDICT FORM**

We, the Jury, find as follows:

1. **Was Owen Diaz subjected to a racially hostile work environment by Tesla, Inc.?** (Instruction Nos. 26–33).

    __✓__ YES  _____ NO

*If you answered "yes," proceed to the next question. If you answered "no," proceed to question 4.*

2. **Was Tesla, Inc., a joint employer of Owen Diaz?** (Instruction No. 24)

    __✓__ YES  _____ NO

*If you answered "yes," proceed to the next question. If you answered "no," answer question 4.*

3. **Did Owen Diaz prove all of the elements of:**

   A. Hostile work environment caused by a supervisor (Instruction No. 29)    __✓__ YES  _____ NO

   B. Hostile work environment caused by a non-immediate supervisor or co-worker (Instruction No. 32)    __✓__ YES  _____ NO

   *Answer the next question.*

4. **Did Owen Diaz prove all of the elements of liability based on civil rights violation in a contractual relationship?** (Instruction No. 37)

   __✓__ YES  _____ NO

   *If you answered "no" to questions 3A, 3B, and 4, skip question 5 and proceed to question 6.*

5. **Did Tesla, Inc., fail to take all reasonable steps necessary to prevent Owen Diaz from being subject to racial harassment?** (Instruction No. 34)

   __✓__ YES  _____ NO

   *Answer the next question.*

6. **Did Tesla, Inc.'s negligent supervision or continued employment of Ramon Martinez cause harm to Owen Diaz?** (Instruction No. 35)

   __✓__ YES  _____ NO

   *If you answered "yes" to either question 3, 4, 5, or 6 answer the next question. If you answered "no" to all of those questions, the jury foreperson should sign, date, and return this jury questionnaire.*

# DAMAGES

(Instruction Nos. 38–41)

7. What past non-economic damages did Owen Diaz sustain as a result of Tesla, Inc.'s unlawful conduct?

    $ 4,500,000

    *Go to the next question.*

8. What future non-economic damages is Owen Diaz likely to sustain as a result of Tesla, Inc.'s unlawful conduct?

    $ 2,400,000

# PUNITIVE DAMAGES FOR CIVIL RIGHTS CLAIMS

(Instruction No. 40)

9. You may only award punitive damages for the reasons discussed in Instruction No. 40, that is, if you find that the defendant's conduct that harmed the plaintiff was malicious, oppressive or in reckless disregard of the plaintiff's rights. Do you find by a preponderance of the evidence that Owen Diaz is entitled to punitive damages against Tesla Inc. for either creating a hostile work environment based on race (question 3A or 3B), violating civil rights in a contractual relationship (question 4), and/or failing to prevent harassment based on race in the workplace (question 5)?

     ✓ YES _____ NO

    *If you answered "yes" to question 9, answer the next question. If you answered "no," sign date and return this juror questionnaire.*

10. What amount of punitive damages do you award to Owen Diaz?

$ __130,000,000__

*When you have reached your verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.*

DATED: October 4, 2021

_____
JURY FOREPERSON

4