UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK             Case No. 17-cv-06748-WHO

CASE NAME: Di-az v. Tesla, Inc.

## NOTE FROM THE JURY

Note No. _____1_____

Date __10/4/21__

Time __2:45 p.m.__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Are punitive damages awarded directly to the person?
   What percent of punitive damages go directly to Owen Diaz?
   ↳ fees?

   ███████████████
   Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 17-cv-06748-WHO

CASE NAME: Di-az v. Tesla, Inc.

NOTE FROM THE JURY

Note No. _____2_____

Date _____10/4_____

Time _____4:09_____

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Do we have to come up with a dollar amount for #10?
   If yes, we have a verdict

   Foreperson of the Jury

Yes, your verdict must be unanimous on each question. If you have decided unanimously to award punitive damages, you must also agree unanimously on the amount.
          Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK        Case No. 17-cv-06748-WHO

CASE NAME: Di-az v. Tesla, Inc.

## NOTE FROM THE JURY

Note No. _____3_____

Date _____10/4/21_____

Time _____4:31_____

1. The Jury has reached a unanimous verdict ✓

    or

2. The Jury has the following question:

_____

_____

_____

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson of the Jury