LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:      (415)-785-7352

J. BERNARD ALEXANDER III (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:      (310) 394-0811

Attorneys for Plaintiff
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **JUDGMENT** <br><br> Judge:  Hon. William H. Orrick <br><br> Date of Removal:   November 22, 2017 <br> Complaint Filed:    October 16, 2017 <br> Trial Date:             September 27, 2021 <br> Verdict Date:         October 4, 2021 |

On September 27, 2021, this matter came on for jury trial before the Hon. William H. Orrick. Attorneys Larry Organ and Cimone Nunley from the California Civil Rights Law Group, and J. Bernard Alexander III from Alexander Morrison + Fehr LLP, appeared on behalf of Plaintiff Owen Diaz. Attorneys Tracey Kennedy, Patricia Jeng, and Susan Haines from Sheppard

Mullin LLP appeared on behalf of Defendant Tesla, Inc.

This action was tried for six days from September 27, 2021 to October 4, 2021. On October 4, 2021, the jury rendered a unanimous special verdict in favor of Plaintiff Owen Diaz and against Defendant Tesla, Inc. (Dkt. 301).

The jury awarded past non-economic damages of Four Million Five Hundred Thousand dollars ($4,500,000), future non-economic damages of Two Million Four Hundred Thousand dollars ($2,400,000), and punitive damages of One Hundred Thirty Million dollars ($130,000,000), for a total amount of One Hundred Thirty-Six Million, Nine Hundred Thousand dollars ($136,900,000) to be paid by Defendant Tesla, Inc. to Plaintiff Owen Diaz.

Judgment is hereby entered in accordance with the jury's special verdict of October 4, 2021.

The Court shall retain jurisdiction to determine the additional amounts that Defendant Tesla, Inc. shall be required to pay to Plaintiff Owen Diaz, as the prevailing party, for Plaintiffs' reasonable statutory attorneys' fees, expenses, and costs, including expert fees.

Post-judgment interest at the rate provided by law shall accrue on the award of damages commencing from the date of entry of this Judgment and shall accrue on the award of fees, expenses and costs, commencing from the date such amounts are awarded.

**IT IS SO ORDERED.**

DATED: _____   _____
The Hon. William H. Orrick
United States District Court Judge