SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E mail        tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        pjeng@sheppardmullin.com
              shaines@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>         Plaintiff,<br><br>    v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.,<br><br>         Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JUDGMENT**<br><br>Judge:  Hon. William H. Orrick<br><br>Date of Removal:    November 22, 2017<br>Complaint Filed:    October 16, 2017<br>Trial Date:         September 27, 2021<br>Verdict Date:       October 4, 2021 |

In accordance with the jury's verdict, returned on October 4, 2021 (Dkt. 301), judgment is entered in favor of Plaintiff Owen Diaz and against Tesla, Inc. as follows:

Past non-economic damages of **$4,500,000**;

Future non-economic damages of **$2,400,000**.

Punitive damages of **$130,000,000**.

**IT IS SO ORDERED.**

DATED: _____

_____
The Hon. William H. Orrick
United States District Court Judge