UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>        Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JUDGMENT** |

On September 27, 2021, this matter came on for jury trial before the Hon. William H. Orrick.

This action was tried for six days from September 27, 2021 to October 4, 2021. On October 4, 2021, the jury rendered a unanimous special verdict in favor of plaintiff Owen Diaz and against defendant Tesla, Inc. (Dkt. 301).

The jury awarded past non-economic damages of Four Million Five Hundred Thousand dollars ($4,500,000), future non-economic damages of Two Million Four Hundred Thousand dollars ($2,400,000), and punitive damages of One Hundred Thirty Million dollars ($130,000,000), for a total amount of One Hundred Thirty-Six Million, Nine Hundred Thousand dollars ($136,900,000) to be paid by defendant Tesla, Inc. to plaintiff Owen Diaz.

Judgment is hereby entered in accordance with the jury's special verdict of October 4, 2021.

The Court shall retain jurisdiction to determine the additional amounts that defendant Tesla, Inc. shall be required to pay to plaintiff Owen Diaz, as the prevailing party, for plaintiff's reasonable statutory attorneys' fees, expenses, and costs, including expert fees.

Post-judgment interest at the rate provided by law shall accrue on the award of damages

1  commencing from the date of entry of this Judgment and shall accrue on the award of fees,

2  expenses and costs, commencing from the date such amounts are awarded.

3  **IT IS SO ORDERED.**

4  Dated: October 19, 2021



WILLIAM H. ORRICK
United States District Judge