SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398
E mail         tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
E mail         pjeng@sheppardmullin.com
                  shaines@sheppardmullin.com

Attorneys for Defendants,
TESLA, INC. dba TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, AND LAMAR PATTERSON,<br><br>        Plaintiffs,<br><br>v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,,<br><br>        Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TESLA, INC., DBA TESLA MOTORS, INC.; [PROPOSED] ORDER** |

      PLEASE TAKE NOTICE that Defendant Tesla, Inc. dba Tesla Motors, Inc. has retained Quinn Emanuel Urquhart & Sullivan, LLP to substitute as counsel for Sheppard, Mullin, Richter & Hampton LLP in the above-captioned action.

      Withdrawing counsel for Defendant Tesla, Inc. dba Tesla Motors, Inc. are:

```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398
Email            tkennedy@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
SUSAN HAINES, Cal. Bar No. 224611
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
Email            pjeng@sheppardmullin.com; shaines@sheppardmullin.com
```

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Tesla, Inc. dba Tesla Motors, Inc.:

```
Kathleen M. Sullivan
Daniel Posner
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:    213.443.3000
Facsimile:     213.443.3100
Email:           kathleensullivan@quinnemanuel.com;
                 danposner@quinnemanuel.com
```

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  October __, 2021

TESLA, INC. DBA TESLA MOTORS, INC.

By    _____/s/ Stephanie Stroup_____
            Stephanie Stroup
   Managing Counsel, Employment Litigation

Dated:  October __, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    _____/s/ Kathleen M. Sullivan_____
            Kathleen M. Sullivan

Dated: October 26, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Patricia M. Jeng*
           Patricia M. Jeng

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that the signatories on this document whose electronic signatures appear above have concurred in this filing.

Dated: October 26, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Patricia M. Jeng*
           Patricia M. Jeng

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:

_____
Hon. William H. Orrick
United States District Judge