1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
     Daniel C. Posner (CA Bar No. 232009)
3    danposner@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  *Attorneys for Defendant*
   *TESLA, INC.*
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                          **SAN FRANCISCO DIVISION**
11

12

13  | DEMETRIC DI-AZ, OWEN DIAZ, AND LAMAR PATTERSON, | Case No. 3:17-cv-06748-WHO |
    |---|---|
14  | Plaintiffs, | **NOTICE OF APPEARANCE OF KATHLEEN M. SULLIVAN AS COUNSEL FOR DEFENDANT TESLA, INC.** |
15  | v. | |
16  | TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, | **JUDGE**: Hon. William H. Orrick |
17  | | |
18  | | |
19  | Defendants. | |

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Kathleen M. Sullivan of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as counsel of record for Defendant Tesla, Inc. dba Tesla Motors, Inc. in the above-captioned action. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Kathleen M. Sullivan (CA Bar No. 242261)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> Email: kathleensullivan@quinnemanuel.com

DATED:  October 26, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Kathleen M. Sullivan*

Kathleen M. Sullivan (CA Bar No. 242261)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Tesla Inc.*