| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Kathleen M. Sullivan (CA Bar No. 242261)<br>kathleensullivan@quinnemanuel.com |
| 3 | Daniel C. Posner (CA Bar No. 232009)<br>danposner@quinnemanuel.com |
| 4 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 5 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 6 | *Attorneys for Defendant*<br>*TESLA, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, AND LAMAR PATTERSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF APPEARANCE OF DANIEL C. POSNER AS COUNSEL FOR DEFENDANT TESLA, INC.**<br><br>**JUDGE**: Hon. William H. Orrick |

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Daniel C. Posner of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel of record for Defendant Tesla, Inc. dba Tesla Motors, Inc. in the above-captioned action. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Daniel C. Posner (CA Bar No. 232009)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> Email: danposner@quinnemanuel.com

DATED:  October 26, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Daniel C. Posner*

> Daniel C. Posner (CA Bar No. 232009)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
>
> *Attorneys for Defendant Tesla Inc.*