```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
    TRACEY A. KENNEDY, Cal. Bar No. 150782
 3  NAMAL TANTULA, Cal. Bar No. 247373
    BRETT YOUNG, Cal. Bar No. 305657
 4  333 South Hope Street, 43rd Floor
    Los Angeles, California  90071-1422
 5  Telephone:    213.620.1780
    Facsimile:    213.620.1398
 6  E mail         tkennedy@sheppardmullin.com
                   ntantula@sheppardmullin.com
 7                 byoung@sheppardmullin.com

 8  PATRICIA M. JENG, Cal. Bar No. 272262
    SUSAN HAINES, Cal. Bar No. 224611
 9  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
10  Telephone:    415.434.9100
    Facsimile:    415.434.3947
11  E mail         pjeng@sheppardmullin.com
                   shaines@sheppardmullin.com
12
    Attorneys for Defendants,
13  TESLA, INC. dba TESLA MOTORS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEMETRIC DI-AZ, OWEN DIAZ, AND LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. DBA TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL, NAMAL TANTULA AND BRETT YOUNG, FOR DEFENDANT TESLA, INC., DBA TESLA MOTORS, INC.; [PROPOSED] ORDER** |
|---|---|

PLEASE TAKE NOTICE that the law firm Quinn Emanuel has substituted in as counsel for Defendant Tesla, Inc. dba Tesla Motors, Inc. (Docket Number 310) and the law firm of Sheppard Mullin has withdrawn as counsel (Docket Number 311).  The remaining counsel from Sheppard Mullin are also withdrawing:

> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> A Limited Liability Partnership
> Including Professional Corporations
> NAMAL TANTULA, Cal. Bar No. 247373
> BRETT YOUNG, Cal. Bar No. 305657
> 333 South Hope Street, 43rd Floor
> Los Angeles, California  90071-1422
> Telephone:   213.620.1780
> Facsimile:    213.620.1398
> E mail         ntantula@sheppardmullin.com
>                     byoung@sheppardmullin.com

Dated:  October 27, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          */s/ Namal Tantula*
                    Namal Tantula

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that the signatories on this document whose electronic signatures appear above have concurred in this filing.

Dated:  October 27, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          */s/ Namal Tantula*
                    Namal Tantula

**[PROPOSED] ORDER**

The above withdrawal of counsel is approved and so ORDERED.

Dated:

_____
Hon. William H. Orrick
United States District Judge