| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|
| 1. CASE NAME Demetric Di-az, et al. v. Tesla, Inc., dba Tesla Motors, Inc., et al. | 2. CASE NUMBER 3:17-cv-06748-WHO | 3. DATE JUDGMENT ENTERED October 19, 2021 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Defendant Tesla, Inc., dba Tesla Motors, Inc. |
| 5. NAME OF CLAIMING PARTY Plaintiff Owen Diaz | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Cimone A. Nunley | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $435.00 | Nunley Decl. ¶ 3, Exh. 1 | | | |
| Service of Process, Civil LR 54-3(a)(2) | $1603.20 | Nunley Decl. ¶¶ 4-11, Exhs. 2-22 | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $0 | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0 | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $3,632.25 | Nunley Decl. ¶ 5, Exh. 23 | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $31,826.70 | Nunley Decl. ¶¶ 14-47, Exhs. 24-58 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $1909.45 | Nunley Decl. ¶¶ 14-47, Exhs. 24-58 | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $2618.00 | Nunley Decl. ¶¶ 14-47, Exhs. 24-58 | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $0 | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $0 | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $588.75 | Nunley Decl. ¶ 46 | | | |

| | | |
|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $0 | |
| e. WITNESS FEES AND EXPENSES | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $265.76 | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0 | |
| Court-appointed experts, 28 USC § 1920(6) | $0 | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0 | |
| g. MISCELLANEOUS COSTS | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0 | |
| Costs of bonds and security, Civil LR 54-3(h) | $0 | |
| **TOTAL AMOUNT** | **$42,879.11** | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:
SIGNATURE:                    DATE: 11/02/2021

11. Costs are taxed in the amount of                    and included in the judgment.
Kathleen M. Shambaugh
Acting Clerk of Court
BY:                    , Deputy Clerk    DATE:

### *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Michael Wheeler | 1 | $40 | $0 | $0 | $0 | $0 | $40 |
| Erin Marconi | 1 | $40 | $0 | $0 | $0 | $0 | $40 |
| Veronica Martinez | 1 | $40 | $0 | $0 | $0 | $0 | $40 |
| Wayne Jackson | 1 | $40 | $0 | $0 | $0 | $0 | $40 |

| Jackelin Delgado | | 1 | $40 | $0 | $0 | 71 mi. ($39.76 @ $0.56/mi) | $6 (toll), $20 (parking) | $105.76 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **TOTAL WITNESS FEES/EXPENSES** | $ 265.76 |