AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DEMETRIC DI-AZ, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:17-cv-06748-WHO |
| TESLA, INC. dba TESLA MOTORS, INC., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Owen Diaz.

Date: 12/03/2021

/s/Michael Rubin
*Attorney's signature*

Michael Rubin (SBN 80618)
*Printed name and bar number*

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108

*Address*

mrubin@altshulerberzon.com
*E-mail address*

(415) 421-7151
*Telephone number*

(415) 362-8064
*FAX number*