AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DEMETRIC DI-AZ, et al., *Plaintiff* | ) ) |
| v. | ) Case No. 3:17-cv-06748-WHO |
| TESLA, INC. dba TESLA MOTORS, INC., et al., *Defendant* | ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Owen Diaz.

Date: 12/03/2021

/s/Jonathan Rosenthal
*Attorney's signature*

Jonathan Rosenthal (SBN 329638)
*Printed name and bar number*

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108

*Address*

jrosenthal@altshulerberzon.com
*E-mail address*

(415) 421-7151
*Telephone number*

(415) 362-8064
*FAX number*