LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:      (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:      (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:      (415) 362-8064

Attorneys for Plaintiff OWEN DIAZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>     Plaintiffs,<br><br>  v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S REQUEST FOR JUDICIAL NOTICE THAT THERE WAS WIDESPREAD MEDIA DISSEMINATION OF THE JURY VERDICT**<br><br>Hearing Date: January 29, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>The Hon. William H. Orrick |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Owen Diaz hereby

respectfully requests that the Court take judicial notice of the widespread media dissemination of

the Jury's October 4, 2021 verdict, which found Defendant Tesla liable for racial harassment under 42 U.S.C. §1981 and for negligent supervision and retention under California law and imposed compensatory and punitive damages.

This Court may take judicial notice of the fact that the jury's verdict has been widely disseminated throughout the media. *See, e.g., Von Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010) ("Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'"); *Heliotrope Gen., Inc. v. Ford Motor Co.,* 189 F.3d 971, 981 n. 18 (9th Cir. 1999) ("We take judicial notice that the market was aware of the information contained in news articles submitted by the defendants."); *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458–59 (9th Cir. 1995) (judicial notice of widespread layoffs based on newspaper articles was not abuse of discretion); *Brodsky v. Yahoo! Inc.,* 630 F.Supp.2d 1104, 1111–12 (N.D.Cal.2009) ("The Court also grants Defendants' request [for judicial notice] as to Exhibits 31 through 47, Yahoo! Press releases, news articles, analyst reports, and third party press releases to which the SAC refers, but not for the truth of their contents.")

This fact is relevant, and appropriate for judicial notice, because it supports Plaintiff's position that the jury's verdict is likely to further the twin goals of a punitive damages award: deterrence and punishment. In addition to the direct impact on Tesla of having to pay the verdict and the upcoming judgment in this case, the widespread dissemination of the verdict, including its factual basis and the size of the compensatory and punitive damages awards, may have considerable indirect impacts as well. The media reports attached to this Request for Judicial Notice, and others, have been and likely will continue to be disseminated to, and reviewed by, Tesla's existing and prospective customers, suppliers, employees, and investors. As a result, there has been and will likely continue to be increased public scrutiny of Tesla's workplace practices by persons and entities that are in a position to influence Tesla's policies going forward, and thereby to deter further wrongful conduct such as the conduct that the jury found Tesla responsible for in this case.

Accordingly, Plaintiff Owen Diaz respectfully requests that the Court take judicial notice of the fact that the finding of harassment against Tesla and the verdict in this matter were widely disseminated in media.

| ATTACH. | DESCRIPTION |
|---|---|
| 1. | Bob Egelko, *Jury awards $137 million to former Tesla employee who was racially harassed in Fremont by co-workers who workers,* SAN FRANCISCO CHRONICLE, October 4, 2021, https://www.sfchronicle.com/bayarea/article/Jury-awards-137-million-to-former-Tesla-employee-16509543.php. |
| 2. | The Associated Press, *Black ex-Tesla worker who claimed racial abuse awarded $137 million,* THE MERCURY NEWS, October 4, 2021, https://www.mercurynews.com/2021/10/04/black-ex-tesla-worker-who-claimed-racial-abuse-awarded-137-million/. |
| 3. | Malathi Nayak, *Tesla is ordered to pay former worker $137 million for racism at plant*, LOS ANGELES TIMES, October 4, 2021, https://www.latimes.com/business/story/2021-10-04/tesla-ordered-to-pay-worker-137-million-for-racism-at-plant. |
| 4. | Niraj Chokshi, *Jury Orders Tesla to Pay $137 Million to a Former Worker Over Racist Treatment*, THE NEW YORK TIMES, October 4, 2021, https://www.nytimes.com/2021/10/04/business/tesla-racism-lawsuit.html. |
| 5. | Malathi Nayak, *Tesla Ordered to Pay $137 Million Over Racism in Rare Verdict,* BLOOMBERG, October 4, 2021, https://news.bloomberglaw.com/daily-labor-report/tesla-ordered-to-pay-worker-137-million-for-racism-at-plant-1. |
| 6. | Lora Kolodny, T*esla must pay $137 million to ex-worker over hostile work environment, racism*, CNN, October 4, 2021, https://www.cnbc.com/2021/10/05/tesla-must-pay-137-million-to-ex-worker-over-hostile-work-environment-racism.html. |
| 7. | Kasim Kabbara, *Former Tesla worker speaks out after winning $137 million lawsuit*, ABCNEWS, October 6, 2021, https://abcnews.go.com/US/News/tesla-worker-speaks-winning-137-million-lawsuit/story?id=80431720. |
| 8. | BBC NEWS, *Tesla must pay $137m to racially harassed former worker,* BBC NEWS, October 5, 2021, https://www.bbc.com/news/business-58807212. |
| 9. | Matthew Childs, *Tesla faces investor test after big jury award over racism*, REUTERS, October 6, 2021, https://www.reuters.com/business/autos-transportation/tesla-faces-investor-test-after-big-jury-award-over-racism-2021-10-06/. |
| 10. | Malathi Nayak, *Tesla to pay $137m to former employee over racism at work*, ALJAZEERA, October 5, 2021, https://www.aljazeera.com/economy/2021/10/5/tesla-to-pay-137m-to-former-employee-on-racism-at-work. |
| 11. | Oliver Laughland, Tesla ordered to pay $137m to Black former employee for racial abuse, The Guardian, October 5, 2021, https://www.theguardian.com/technology/2021/oct/05/tesla-pays-137m-black-former-employee. |

| 12. | Lisa Nagele-Piazza, J.D., *Jury Awards Former Tesla Worker $137 Million in Race Bias Suit*, SHRM, October 6, 2021, https://www.shrm.org/resourcesandtools/legal-and-compliance/employment-law/pages/tesla-worker-137-million-race-bias-suit.aspx. |
|-----|-----|
| 13. | Steve Dent, *Tesla must pay $137 million in discrimination lawsuit*, TECHCRUNCH, October 5, 2021, https://techcrunch.com/2021/10/05/tesla-must-pay-137-million-in-discrimination-lawsuit/. |
| 14. | Isabel Keane, *Tesla worker wins £100,000,000 payout after suffering racist abuse*, METRO, October 5, 2021, https://metro.co.uk/2021/10/05/black-former-tesla-employee-wins-137million-in-discrimination-suit-15370590/. |
| 15. | Malathi Nayak and Dana Hull, *Jury orders Tesla to pay $137 million*, LEADER-TELEGRAM, October 11, 2021, https://www.leadertelegram.com/business/from-the-wire-business/jury-orders-tesla-to-pay-137-million/article_e98639bc-26e4-51db-9fc8-94618c1781a5.html. |
| 16. | Cristian Bustos, *Tesla to Pay Employee $137 Million in Racial Abuse Lawsuit*, AU yahoo! finance, October 7, 2021, https://au.finance.yahoo.com/news/tesla-pay-employee-137-million-134128865.html. |
| 17. | Dexter Tilo, *Tesla ordered to pay $137M to ex-worker over hostile environment*, Human Resources Director AU, October 5, 2021, https://www.hcamag.com/au/specialisation/employment-law/tesla-ordered-to-pay-137m-to-ex-worker-over-hostile-environment/312249. |
| 18. | AFP News, *US Jury Orders Tesla To Pay Ex-employee $137 Million Over Racism*, INTERNATIONAL BUSINESS TIMES, October 5, 2021, https://www.ibtimes.com/us-jury-orders-tesla-pay-ex-employee-137-million-over-racism-3309645. |
| 19. | Joe Hernandez, *Tesla must pay $137 million to a Black employee who sued for racial discrimination*, NPR, October 5, 2021, https://www.npr.org/2021/10/05/1043336212/tesla-racial-discrimination-lawsuit. |
| 20. | Simon Alvarez, *Tesla responds to $137M jury order over alleged racism in Fremont Factory*, TESLARATI, October 5, 2021, https://www.teslarati.com/tesla-137m-fine-racism-response/. |

California Civil Rights Law Group
Alexander Morrison + Fehr LLP
Altshuler Berzon

Dated:      December 7, 2021

_____
J. Bernard Alexander
Lawrence A. Organ
Navruz Avloni
Cimone A. Nunley
Michael Rubin
Jonathan Rosenthal
Attorneys for Plaintiff OWEN DIAZ

# Attachment 1

**Most Popular**

**1.** Here are 22 new laws Californians must start following in 2022

**2.** S.F. made parklets permanent — but added so many rules that many...

**3.** Omicron variant in California: L.A. County reports 2 new omicron

**4.** Human head found in Bay Area leads to grisly guillotine scene in...

BAY AREA

# Jury awards $137 million to former Tesla employee who was racially harassed in Fremont by co-workers



**Bob Egelko**
Updated: Oct. 4, 2021 9:39 p.m.

    |  



A man cleans the parking lot at the Tesla car factory on Monday, May 11, 2020 in Fremont, California. A federal court jury on Monday awarded $136.9 million to a Black former factory worker at the plant who said he was repeatedly called racist names, shown racist cartoons and subjected to abuse during 9 1/2 months of employment at the electric car company.
Gabrielle Lurie/The Chronicle

A federal court jury on Monday awarded $136.9 million to a Black former factory worker at Tesla's Fremont plant who said he was repeatedly called racist names, shown racist cartoons and subjected to abuse during 9½ months of employment at the electric car company, according to the plaintiff and his lawyers.

After a one-week trial and only 3½ hours of deliberation, the eight-member jury in San Francisco found that Tesla had violated Owen Diaz's right to be free of a racially hostile work environment and awarded him $6.9 million for emotional distress and $130 million in punitive damages, said attorney Larry Organ of the California Civil Rights Law Group.

ADVERTISEMENT
Article continues below this ad



Diaz, 53, said it was a just verdict.

SALE EXTENDED! 6 MONTHS FOR 99¢: Unlimited Digital Access

ACT NOW

"They're putting Elon Musk on notice to clean up his factory," he said, referring to Tesla's billionaire CEO. "They heard the things we had endured."

Tesla and its attorneys did not immediately respond to requests for comment. The company could ask U.S. District Judge William Orrick III to overturn or reduce the verdict, and could also appeal to higher

courts.

In court filings, Tesla denied failing to protect African American employees and said it did not hesitate to address racial abuse at the factory when it arose. The company also denied any knowledge of the racist acts alleged by Diaz.

Tesla, based in Palo Alto, also faces a class-action discrimination lawsuit in Alameda County Superior Court on behalf of 2,000 to 3,000 employees, attorneys said.

**ADVERTISEMENT**
Article continues below this ad



Diaz started work at the plant in June 2015. He was sent there by a staffing company, and Tesla, defending the suit, argued unsuccessfully that he was not actually an employee.

Before he left the job voluntarily in 2016, Diaz and his lawyers said, he was regularly called the "n-word" — at least 30 times by supervisors, and many more times by co-workers. Fellow Black employees gave similar accounts to the jury.

**Drought Map**

**Track water shortages and restrictions across Bay Area**

Check the water shortage status of your area, plus see reservoir levels and a list of restrictions for the Bay Area's largest water districts.

"One of the witnesses said they wiped feces on his golf cart," Diaz said Monday. "A supervisor sent over images of pickaninnies."

He said his son, Demetric, who also worked at the plant, also endured racial epithets and profanity from a supervisor and hoped his father would protect him, which he was unable to do. "My son had to watch his father be broken. … It mentally traumatized my son," said Diaz, who is now a bus driver for AC Transit.

Demetric Diaz also sued Tesla, a case that has been resolved, Organ said. He declined to give details.

"I think (the verdict) will help change the dynamic so that hopefully corporate America wakes up and takes race harassment seriously," the attorney said.

*Bob Egelko is a San Francisco Chronicle staff writer. Email: begelko@sfchronicle.com Twitter: @BobEgelko*

## Sign up for the Morning Fix newsletter

Top headlines from The Chronicle's newsroom

**Email**

SIGN UP

By signing up, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

Reach Bob on  

Bob Egelko has been a reporter since June 1970. He spent 30 years with the Associated Press, covering news, politics and occasionally sports in Los Angeles, San Diego and Sacramento, and legal affairs in San Francisco from 1984 onward. He worked for the San Francisco Examiner for five months in 2000, then joined The Chronicle in November 2000.

His beat includes state and federal courts in California, the Supreme Court and the State Bar. He has a law degree from McGeorge School of Law in Sacramento and is a member of the bar. Coverage has included the passage of Proposition 13 in 1978, the appointment of Rose Bird to the state Supreme Court and her removal by the voters, the death penalty in California and the battles over gay rights and same-sex marriage.

**VIEW COMMENTS**

# Top of the News

## Sea level rise could flood toxic sites along the Bay Area's shore

New research highlights uneven risks for communities near polluted and toxic sites when sea levels inevitably rise.

BY JULIE JOHNSON

New Bay Area restaurants: What to eat right now



## Muni will roll out trains with redesigned seats in early 2022

BY RICARDO CANO



## Dickens Christmas Fair attendees bemoan long lines, no food

BY ANDRES PICON



## Wetland restoration could be blueprint for how state adapts to climate...

BY TARA DUGGAN



**San Francisco Chronicle**

TOP ⌃

   

**ABOUT**

Our Company

Privacy Notice /Notice At Collection

Your California Privacy Rights

Interest Based Ads

Terms of Use

Careers

Advertising

**NEWSROOM**

Ethics Policy

How We Cover Politics

Endorsement Process

News Tips

Newsroom News

**CONTACT**

Customer Service

FAQ

Newsroom Contacts

**CCPA**

Do Not Sell My Personal Information

**SERVICES**

Subscriber Services

e-Edition

Reprints & Permissions

Corporate Subscriptions

App

Archives

Membership

Store

Subscription Offers

sfgate.com

**H E A R S T** *newspapers*

©2021 Hearst

# Attachment 2

NEWS > CALIFORNIA NEWS

# Black ex-Tesla worker who claimed racial abuse awarded $137 million

The jury in San Francisco agreed that Owen Diaz was subjected to racial harassment and a hostile work environment



Tesla Inc. must pay nearly $137 million to a Black former worker who said he suffered racial abuse at the electric carmaker's San Francisco Bay Area factory. (AP Photo/David Zalubowski, file)

By **THE ASSOCIATED PRESS** |

October 4, 2021 at 10:24 p.m.

Case 3:17-cv-06748-WHO   Document 320   Filed 12/07/21   Page 15 of 160

SAN FRANCISCO (AP) — Tesla Inc. must pay nearly $137 million to a Black former worker who said he suffered racial abuse at the electric carmaker's San Francisco Bay Area factory.

The jury in San Francisco agreed that Owen Diaz was subjected to racial harassment and a hostile work environment.

Diaz alleged in a lawsuit that he was harassed and faced "daily racist epithets," including the "N-word," while working at Tesla's Fremont plant in 2015 and 2016 before quitting. Diaz was a contracted elevator operator.

Diaz alleged that employees drew swastikas and left racist graffiti and drawings around the plant. He contended that supervisors failed to stop the abuse.

"Tesla's progressive image was a façade papering over its regressive, demeaning treatment of African-American employees," the lawsuit said.

Diaz was awarded $6.9 in damages for emotional distress and $130 million in punitive damages, his attorney, Lawrence A. Organ, told the Washington Post.

"It took four long years to get to this point," Diaz told the New York Times. "It's like a big weight has been pulled off my shoulders."

"It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for Black people," Organ, of the California Civil Rights Law Group, told the Times.

It wasn't immediately clear whether Tesla would appeal the decision. An email from The Associated Press seeking comment from Tesla wasn't immediately returned Monday night.

However, Tesla previously denied any knowledge of the alleged racist conduct at the plant, which has about 10,000 workers.

If upheld, the award would be a blow to a company that has been subject to various allegations of workplace problems but requires employees to resolve disputes through mandatory arbitration, which the firm has rarely lost.

In May, an arbitrator ordered Tesla to pay more than $1 million over similar allegations by another former Fremont factory worker. That employee alleged that co-workers called him a racial slur and supervisors ignored his complaints.

Report an error
Policies and Standards
Contact Us

 The Trust Project

Tags:  **Lawsuits**,  **Tesla**

## SUBSCRIBE TODAY!
### ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!

# Attachment 3

Los Angeles Times

LOG IN

ADVERTISEMENT



BUSINESS

# Tesla is ordered to pay former worker $137 million for racism at plant



Los Angeles Times    $1 for 6 months    Limited-Time Offer    SUBSCRIBE NOW

 
Tesla Inc. lost a case brought by a Black former elevator operator and must pay him $137 million for having turned a blind eye to racial taunts and offensive graffiti he endured at the electric-car maker's Northern California plant, according to the man's lawyer.

A federal jury in San Francisco decided Monday that Owen Diaz, a former contract worker hired in 2015 through a staffing agency, was subjected to a racially hostile work environment, said Lawrence Organ, a lawyer for Diaz. The verdict couldn't immediately be confirmed in electronic court records.

Diaz's case marked a rare instance in which Tesla, which typically uses mandatory arbitration to resolve employee disputes, had to defend itself in a public trial. The company almost never loses workplace arbitrations, though it was hit with a $1-million award in May in a case brought by another ex-worker that was similar to Diaz's.

The trial's outcome could embolden shareholder activists who have pushed Tesla's board, so far without success, to adopt more transparency about its use of arbitration to resolve complaints about sexual harassment and racial discrimination. The board is urging investors to vote down such a proposal at an Oct. 7 shareholder meeting even as other big Silicon Valley companies, including Alphabet Inc. and Uber Technologies Inc., have backed off the use of mandatory arbitration.

ADVERTISING



Tesla and its attorney, Tracey Kennedy, didn't immediately respond to requests for comment.

*Los Angeles Times*   |   **$1 for 6 months** Limited-Time Offer          **SUBSCRIBE NOW**          ✕

In closing arguments to the jury, Kennedy said, "Mr. Diaz's story simply doesn't make sense" in light of her encouragement to his son and daughter to take up jobs at the company. She also said Diaz's claims weren't supported by the evidence.

---

TECHNOLOGY

 **Tesla to expand self-driving software test — but only to drivers it deems worthy**

Sept. 24, 2021

---


**PAID CONTENT**

### See How First Republic's Resources Can Help You. ⧉

By First Republic Bank - Member FDIC

At First Republic Bank, our goal is to be your financial partner for a lifetime.

J. Bernard Alexander III, a lawyer for Diaz, told jurors that "as opposed to a zero-tolerance policy, Tesla had a zero-responsibility policy."

The "N-word" was "pervasive and virtually everywhere," Alexander said. He finished his closing remarks by citing some phrases from "The Hill We Climb," a poem by Amanda Gorman, the 23-year-old poet who moved the nation at the inauguration of President Biden in January. "Being American" is about stepping into the past and "how we repair it," Alexander said.

Diaz testified that he suffered "sleepless nights" and weight loss as he lost his appetite.

"Some days I would just sit on my stairs and cry," he told the jury.

The jury's award included $6.9 million for emotional distress and $130 million in punitive damages, according to Diaz's other attorney, Organ.

Organ said he hopes the ruling encourages Tesla to do "some reevaluation" so none of its other Black employees have to endure similar treatment. "The jury verdict sends a message to one of the wealthiest companies in the world that it must treat all its employees with dignity and respect," he said.

---

BUSINESS

*Los Angeles Times*   |   **$1 for 6 months** Limited-Time Offer   |   **SUBSCRIBE NOW**   ✕

Organ also was on the team representing Melvin Berry, a Black former employee who won the $1-million
arbitration award over claims that the company failed to stop his supervisors at its Fremont, Calif., plant
from calling him the "N-word."

Tesla faces yet another case making similar accusations that is proceeding as a class action in California state
court in Oakland.

BUSINESS   CALIFORNIA



### Your guide to our clean energy future

Get our Boiling Point newsletter for the latest on the power sector, water wars and more — and what they mean for California.

Enter email address

**SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.

Los Angeles Times | **$1 for 6 months** Limited-Time Offer

**SUBSCRIBE NOW**



WORLD & NATION

Rohingya refugees sue Facebook for $150 billion, alleging it fomented violence

2 hours ago

---



BUSINESS

Column: Should you pay an extra fee just for being a Californian? Pizza Hut thinks so

Dec. 7, 2021

---



PODCASTS

Podcast: Now hiring! Formerly incarcerated people

Dec. 7, 2021

---



POLITICS

Facing record labor shortages, trucking firms battle fiercely for drivers

Dec. 7, 2021

---

Around the Web

Ads by Revcontent

Los Angeles Times

$1 for 6 months
Limited-Time Offer

SUBSCRIBE NOW

SUBSCRIBERS ARE READING

HIGH SCHOOL SPORTS

Plaschke: Parents of ex-Mater Dei football player share new details of attack, school response

CALIFORNIA

Brutal, brazen crimes shake L.A., leaving city at a crossroads

USC SPORTS

Lincoln Riley jetted for USC, and Oklahoma is left to furiously wonder why

CALIFORNIA

Armed robbers break into Palisades home during holiday party

LIFESTYLE

FOR SUBSCRIBERS

Pick up the perfect holiday gift at these 43 stores you'll find only in L.A.

ADVERTISEMENT

Los Angeles Times | **$1 for 6 months** Limited-Time Offer    SUBSCRIBE NOW ✕

Jack in the Box to acquire Del Taco for $575 million

Dec. 6, 2021

BUSINESS

A $900 tax credit for e-bikes is part of Biden's infrastructure bill

Dec. 6, 2021

BUSINESS

Stocks rise broadly on Wall Street, travel companies rebound

Dec. 6, 2021

REAL ESTATE

UC San Diego is selling the coastal home of famed oceanographer Walter Munk

Dec. 6, 2021

BUSINESS

Visiting Disneyland over the holidays? Use the new Genie app (and follow these tips)

Dec. 6, 2021

Los Angeles Times

$1 for 6 months
Limited-Time Offer

SUBSCRIBE NOW

Subscribe for unlimited access

Follow Us

   

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Crossword

Sudoku

Obituaries

Recipes

L.A. Times Store

Wine Club

About/Contact

For the Record

L.A. Times Careers

Manage Subscription

Reprints and
Permissions

Site Map

Copyright © 2021, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Los Angeles Times

**$1 for 6 months**
Limited-Time Offer

SUBSCRIBE NOW ✕

# Attachment 4

# Jury orders Tesla to pay $137 million to a former worker over racist treatment.

 **By Niraj Chokshi**

Published Oct. 4, 2021    Updated Oct. 13, 2021

A federal jury in San Francisco has ordered Tesla to pay nearly $137 million to a Black elevator operator who accused the carmaker of ignoring racial abuse he faced while working at the automaker's factory.

The plaintiff, Owen Diaz, said he worked at the factory in Fremont, Calif., for about a year in 2015 and 2016. There, he said, a supervisor and other colleagues repeatedly referred to him using racial slurs. He gave an account of his experience in a 2018 article in The New York Times.

In an interview on Monday evening, Mr. Diaz said he was relieved by the jury's verdict, delivered earlier in the day. "It took four long years to get to this point," he said. "It's like a big weight has been pulled off my shoulders."

He said employees had drawn swastikas and scratched a racial epithet in a bathroom stall and left drawings of derogatory caricatures of Black children around the factory. Despite repeated complaints, the company did little to address the behavior, he said.

"It's not like they were removing the offensive behavior; they would just let people keep adding and adding," he said.

The jury agreed with Mr. Diaz's assertion that Tesla had created a hostile work environment by failing to address the racism he faced. A vast majority of the award — $130 million — was punitive damages against the company. The rest, $6.9 million, was for past and future noneconomic damages to Mr. Diaz.

"It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for Black people," Mr. Diaz's lawyer, Lawrence Organ of the California Civil Rights Law Group, said in an interview.

Mr. Diaz said he had reached a breaking point when he witnessed similar racist epithets directed at his son, Demetric, who secured a job — his first — at the company with Mr. Diaz's help.

"My son watched his father being broken in front of him," Mr. Diaz said.

In a message to Tesla staff members that was posted on the company's website, Valerie Capers Workman, a human resources executive, noted that Mr. Diaz was a contractor, not a Tesla employee, and played down the allegations in the lawsuit.

"In addition to Mr. Diaz, three other witnesses (all non-Tesla contract employees) testified at trial that they regularly heard racial slurs (including the N-word) on the Fremont factory floor," she wrote. "While they all agreed that the use of the N-word was not appropriate in the workplace, they also agreed that most of the time they thought the language was used in a 'friendly' manner and usually by African-American colleagues."

The company, she wrote in the email, was responsive to Mr. Diaz's complaints, firing two contractors and suspending another. Tesla does not believe the facts justify the verdict, she wrote, but acknowledges that the company was "not perfect" in 2015 and 2016. "We're still not perfect," she added. "But we have come a long way."

Mr. Diaz sued Tesla alongside his son and another Black former employee, but only the elder Mr. Diaz's claims made it to trial. It was not clear whether Tesla planned to appeal the verdict and the damages award.

Kitty Bennett contributed research.

Niraj Chokshi covers the business of transportation, with a focus on autonomous vehicles, airlines and logistics.  @nirajc

A version of this article appears in print on , Section B, Page 3 of the New York edition with the headline: Former Tesla Contractor Wins Racial Abuse Suit.

---

## Daily Business Briefing ›

- Users turn to Twitter after Facebook outage. Jokes and venting ensue.

- Facebook begins coming back online after a lengthy outage.

- Facebook urges court to dismiss latest F.T.C. antitrust suit.

- A safety agency finds no cause to investigate Tesla battery safety.

- Ford's sales fell 27 percent in the third quarter because of chip shortages.

- U.S. trade representative pledges to hold China to trade commitments made under Trump.

- Stocks drop again as Big Tech tumbles.

# Attachment 5

Free Newsletter Sign Up

Daily Labor Report ®

# Tesla Ordered to Pay $137 Million Over Racism in Rare Verdict

By Malathi Nayak

Oct. 4, 2021, 9:24 PM

- Company rarely loses workplace disputes that go to arbitration
- Owen Diaz's case is unusual as it went to public jury trial

Tesla Inc. lost a case against a Black former elevator operator and must pay an unprecedented $137 million in damages for having turned a blind eye to racial taunts and offensive graffiti the man endured at the electric carmaker's auto plant in Fremont, California.

Owen Diaz, a former contract worker who was hired in 2015 via a staffing agency, was subjected to a racially hostile work environment, a federal jury in San Francisco decided Monday. The award is among the most significant verdicts of its kind.

"I believe that's the largest verdict in an individual race discrimination in employment case," said David Oppenheimer, a clinical professor of law at Berkeley Law. "Class actions are of course in a different category."

Tesla's vice president of people, Valerie Capers Workman, sent an internal email late Monday that the company subsequently published in a blog post on its website titled "Regarding Today's Jury Verdict."

Workman wrote she was "at the defense table for Tesla every day during the trial because I wanted to hear firsthand what Mr. Diaz said happened to him." The post said that "the Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today."

Diaz's case marks a rare instance in which Tesla, which typically uses mandatory arbitration to resolve employee disputes, had to defend itself in a public trial. The company almost never loses workplace arbitrations, though it was hit with a $1 million award in May in a case brought by another ex-contract worker that was similar to Diaz's.

Read More: Rare Tesla Bias Trial Caps Years of Racism Complaints at Plant

The trial could embolden shareholder activists who have pushed Tesla's board, so far without success, to adopt more transparency about its diversity goals and use of arbitration to resolve complaints regarding sexual harassment and racial discrimination. Tesla's annual meeting is scheduled for Oct. 7.



Contract worker Owen Diaz, right, and his son, Demetric Diaz, in Oakland, California, in 2018.
Photographer: Michael Short/Bloomberg

In court, Tesla argued that it never intended to disregard the rights and safety of African-American workers placed by the staffing agency at the plant and that all incidents reported by Diaz were investigated and resolved.

In her closing arguments to the jury, Tesla attorney Tracey Kennedy said "Mr. Diaz's story simply doesn't make sense" in light of his encouragement to his son and daughter to take up jobs at the company. She also said Diaz's claims weren't supported by the evidence.

J. Bernard Alexander III, a lawyer for Diaz, told jurors that "as opposed to a zero-tolerance policy, Tesla had a zero-responsibility policy."

**Sleepless Nights**

The "n-word" was "pervasive and virtually everywhere," Alexander said. He finished his closing remarks by citing some phrases from "The Hill We Climb," a poem by Amanda Gorman, the 23-year-old poet who moved the nation at the inauguration of President Joe Biden in January. "Being American" is about stepping into the past and "how we repair it," Alexander said.

Diaz himself testified that be suffered "sleepless nights" and weight loss as he lost his appetite.

"Some days I would just sit on my stairs and cry," he told the jury.

The jury's award included $6.9 million for emotional distress and $130 million in punitive damages, according to Diaz's other attorney, Larry Organ. Tesla is the world's most valuable automaker with a market value of around $783 billion.

Organ said he hopes the ruling encourages Tesla do so "some reevaluation" so none of its other Black workers have to endure similar treatment. "The jury verdict sends a message to one of the wealthiest companies in the world that it must treat all its employees with dignity and respect," he said.

Organ was also on the legal team representing Melvin Berry, a Black former worker who won the $1 million arbitration award over claims that the company failed to stop his supervisors at its Fremont plant from calling him the "n-word."

Tesla faces yet another case making similar accusations that is proceeding as a class action in California state court in Oakland.

The case is Diaz v. Tesla Inc., 17-cv-06748, U.S. District Court, Northern District of California (San Francisco).

(Updates with quote in third paragraph and Tesla response.)

--With assistance from Josh Eidelson.

To contact the reporters on this story:
Malathi Nayak in San Francisco at mnayak21@bloomberg.net;
Dana Hull in San Francisco at dhull12@bloomberg.net

To contact the editors responsible for this story:
Katia Porzecanski at kporzecansk1@bloomberg.net

Joe Schneider, Peter Blumberg

© 2021 Bloomberg L.P. All rights reserved. Used with permission.

## Topics

shareholders
electric vehicles
employment agencies
mandatory arbitration provisions
electronic records
employment discrimination
hostile work environment
racial harassment

## Companies

Tesla Inc
Alphabet Inc
Uber Technologies Inc

© 2021 The Bureau of National Affairs, Inc.   All Rights Reserved

# Attachment 6

 

TECH

# Tesla must pay $137 million to ex-worker over hostile work environment, racism

PUBLISHED MON, OCT 4 2021·11:07 PM EDT   UPDATED TUE, OCT 5 2021·4:55 PM EDT



**Lora Kolodny**
@LORAKOLODNY

WATCH LIVE

## KEY POINTS

A San Francisco federal court decided Monday that Tesla must pay a former worker, Owen Diaz, about $137 million after he endured a hostile work environment and racist abuse working there as an elevator operator.

According to his attorneys, the case was only able to move forward because Diaz had not signed one of Tesla's mandatory arbitration agreements which the company uses to force employees to resolve disputes without a public trial.

A shareholder activist, Nia Impact Capital, has asked Tesla's board to study the effects of mandatory arbitration agreements on the company, voicing concern that they enable harassment and other problems.


MARKETS


CNBC TV


WATCHLIST


MENU



WATCH **LIVE**



**Tesla Chief Executive Office Elon Musk speaks at his company's factory in Fremont, California.**
*Noah Berger | Reuters*

A San Francisco federal court decided that [Tesla](#) must pay a former worker, Owen Diaz, around $137 million after he endured racist abuse working for the company, his attorneys told CNBC on Monday. The jury awarded more than attorneys asked for their client, including $130 million in punitive damages and $6.9 million for emotional distress.

Bloomberg first reported on the decision.

Diaz, a former contract worker who was hired at Elon Musk's electric vehicle company through a staffing agency in 2015, faced a hostile work environment in which, he told the court, colleagues used epithets to denigrate him and other Black workers, told him to "go back to Africa" and left racist graffiti in the restrooms and a racist drawing in his workspace.


MARKETS


CNBC TV


WATCHLIST


MENU



○ WATCH **LIVE**

**VIDEO**  00:30
Tesla ordered to pay $137M to ex-worker over hostile work environment

According to Diaz's attorneys, J. Bernard Alexander with Alexander Morrison + Fehr LLP in Los Angeles and Larry Organ with the California Civil Rights Law Group in San Anselmo, the case was only able to move forward because the worker had not signed one of Tesla's mandatory arbitration agreements.

Tesla uses mandatory arbitration to compel employees to resolve disputes behind closed doors rather than in a public trial.

Like other companies that use mandatory arbitration, Tesla rarely faces significant damages or takes deep corrective actions after arbitrators settle a dispute. However, Tesla was required to pay $1 million — as the result of an arbitration agreement — to another former worker, Melvin Berry, who also endured a racist, hostile workplace at Tesla.

A pending class-action lawsuit in Alameda County in California — Vaughn v. Tesla Inc. — also alleges that Tesla is rife with racist discrimination and harassment.

"We were able to put the jury in the shoes of our client," Alexander told CNBC. "When Tesla came to court and tried to say they were zero tolerance and they were fulfilling









WATCH LIVE

responsibility.

A shareholder activist, Nia Impact Capital, is urging Tesla's board to study the effects of mandatory arbitration on their own employees and culture.

In particular, the Oakland-based social impact fund is concerned that mandatory arbitration can enable and hide sexual harassment and racist discrimination from Tesla stakeholders, ultimately harming employees, dampening morale and productivity as well as weighing on the bottom line.

In a recent shareholder proposal Nia Impact Capital wrote:

"The use of mandatory arbitration provisions limits employees' remedies for wrongdoing, precludes employees from suing in court when discrimination and harassment occur, and can keep underlying facts, misconduct or case outcomes secret and thereby prevent employees from learning about and acting on shared concerns."

Institutional Shareholder Services, the proxy advisory firm, recommended shareholders vote for Nia's proposal, noting that Tesla has faced many serious allegations of sexual and racial harassment and discrimination over the years.

This is the second year in a row that Nia Impact Capital has floated such a proposal.

This year, as it did last year, Tesla's board has advised shareholders to vote against reporting on the impacts of mandatory arbitration on employees.

Tesla's annual shareholder meeting is scheduled for Oct. 7 and will take place at Tesla's new vehicle assembly plant under construction outside of Austin, Texas.

Tesla did not immediately respond to a request for comment.

However, the company issued a blog post late Monday to the general public, which it said had been distributed internally to employees earlier by Tesla VP of People Valerie Capers Workman. In the post, she downplayed the severity of the racist discrimination








WATCH **LIVE**

"In addition to Mr. Diaz, three other witnesses (all non-Tesla contract employees) testified at trial that they regularly heard racial slurs (including the n-word) on the Fremont factory floor. While they all agreed that the use of the n-word was not appropriate in the workplace, they also agreed that most of the time they thought the language was used in a 'friendly' manner and usually by African-American colleagues."

She also emphasized that Tesla had made changes since 2016 when Diaz last worked for the company, including adding a Diversity, Equity & Inclusion team, and swapping out an "Anti-Handbook Handbook" with a more traditional Employee Handbook where HR policies are collected in one place.

Workman's statement did not specify whether or when Tesla plans to appeal.

Read Tesla's [entire statement here.](#)

**In this article**

| TSLA **+44.24 (+4.38%)** |
|---|

---

## Power Lunch

WATCH IN THE APP

UP NEXT | **Closing Bell** 3:00 PM ET

---








WATCH **LIVE**  



**2**

**Pfizer CEO says omicron appears milder but spreads faster and could lead to more Covid mutations**



**3**

**Elon Musk says 'civilization is going to crumble' if people don't have more children**



**4**

**Elon Musk slams Biden's plan to spend government money on electric vehicles**



**5**

**Miami jury rules in favor of Craig Wright, who claimed to invent bitcoin**

Sponsored Links  by Taboola

## FROM THE WEB

### Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick

**Capital One Shopping**

Learn More

### Buick's Thrilling New Lineup Is Finally Here

**2021 Buicks | Search Ads**

CCPA Notice



MARKETS



CNBC TV



WATCHLIST



MENU



WATCH LIVE

spend government money on electric vehicles

What Jim Cramer is watching Tuesday, including the disappearance of the bozo sellers

July trial set for Steve Bannon in Jan. 6 Capitol riot contempt of Congress case

Automaker Stellantis plans to generate $22.5 billion in new software revenue by 2030

Stocks are back up already. What would have happened if you'd sold?

Treasury wants to crack down on shell companies, corruption with new rule

Subscribers — But Few Know About This Savings Trick

Capital One Shopping                    Learn More

Buick's Thrilling New Lineup Is Finally Here

2021 Buicks | Search Ads

Got $1,000 to Invest? Here's our idea

The Motley Fool

by Taboola

# MORE IN TECHNOLOGY









WATCH **LIVE**

# Rosenworcel to another term,

**Lauren Feiner** AN HOUR AGO

## Facebook's head of Messenger leaving compan...

**Salvador Rodriguez**

### 'Decentralization illusion': Central bank group urges regulation of DeFi crypto platforms

Ryan Browne 2 HOURS AGO

### Amazon Web Services outage causes issues for Disney+, Netflix, Coinbase

Annie Palmer AN HOUR AGO

### Apple shares rise as Morgan Stanley raises price target to $200

Todd Haselton 5 HOURS AGO

**FROM THE WEB**

by Taboola

## #StayAtHome and Play this Fantasy Game. No Install.



MARKETS



CNBC TV



WATCHLIST



MENU



WATCH LIVE



## In 3 Years You Will Wish You Had Bought These 5...

**Sponsored** **Zacks Investment Research**



Subscribe to CNBC PRO

CNBC Councils

CNBC on Peacock

Join the CNBC Panel

News Releases

Corrections

Internships

Podcasts

Careers

Contact

Licensing & Reprints

Supply Chain Values

Advertise With Us

Digital Products

Closed Captioning

About CNBC

Site Map

Ad Choices

Help

      

## News Tips

Got a confidential news tip? We want to hear from you.



WATCH **LIVE**

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

Market Data Terms of Use and Disclaimers

Data also provided by



MARKETS



CNBC TV



WATCHLIST



MENU

# Attachment 7



# Former Tesla worker speaks out after winning $137 million lawsuit

*Owen Diaz was hired as an elevator operator at Tesla's factory in Fremont.*

By **Kasim Kabbara**
October 6, 2021, 11:33 AM • 4 min read



Tesla to pay former employee $137 million for racist abuse suffered at company

*Owen Diaz told the court he faced a hostile work environment where employees drew sw...***Read More**
Ben Margot/AP, FILE

Owen Diaz, the former Tesla employee who sued the electric car company over allegations of racism, is opening up about his experience.

"[Tesla] decided not to follow through, they decided to kill investigations," Diaz said on "Good Morning America" Wednesday. "Tesla, as a company, as a whole, needs to wake up. You know you can't keep treating workers like this."

Recent Stories from ABC News



**ArtPlace America shows why culture matters to communities**

READ MORE

Diaz was hired as a contract elevator operator at Tesla's factory in Fremont, California. He worked there from June 2015 to July 2016. Diaz claimed fellow workers called him the "n-word," was told to "go back to Africa" and saw racist and derogatory images in the factory's bathroom stalls.

Diaz said he complained to Tesla about his treatment but his supervisors failed to stop the abuse. He left the company four years ago, filing a lawsuit in October 2017 that claimed "Tesla's progressive image was a facade papering over its regressive, demeaning treatment of African-American employees."

Now, after receiving one of the largest awards in a racial harassment case in the history of the United States, Diaz said he feels justice was served. A San Francisco federal jury awarded him $137 million on Monday.

"It's God's justice that this happened, you know, and allowed me to talk for people who can't talk for themselves. A lot of people are living paycheck to paycheck to paycheck. They have to take choose to either take the abuse that these billion-dollar companies are putting out or feed their families," Diaz said.

+ MORE: Tesla to pay former employee $137 million for racist abuse suffered at company

Mr. Diaz's attorney, Lawrence Organ of the California Civil Rights Law Group, spoke to "Good Morning America" as well and said the verdict "makes Tesla take notice of these horrid conditions, and hopefully it will

make them change and make other companies change and realize, racist conduct has no place in the workplace."

ADVERTISING



 Ryan Christopher Jones/The New York Times via Redux Pictures, FILE

*Owen Diaz, right, with his son, Demetric, at their home in Vallejo, Calif., Sept. 10, 2018.*

In an internal email to employees, Valerie Capers Workman, Tesla's vice
president of people, said Tesla of 2015 and 2016 "is not the same as the Tesla
of today." Tesla published Workman's email in a blog post on its website
following the verdict.

"While we strongly believe that these facts don't justify the verdict reached
by the jury in San Francisco, we do recognize that in 2015 and 2016, we were
not perfect. We're still not perfect. But we have come a long way from 5
years ago," Workman said in her email.

Tesla had responded to Diaz's complaints of harassment by firing two
contractors and suspending a third contractor, according to Workman.

This is not the first time Tesla faced claims of a hostile, racist work
environment. The company had to contend in court with similar lawsuits,
including a class-action civil rights lawsuit filed in 2017 in Alameda County
Superior Court. That case is still pending.

In August, a court ruled that Tesla must pay a million-dollar fine in the case
of Melvin Berry, a former black employee, who was allegedly subjected for
years to racial insults from his colleagues. Tesla has denied all claims.

Tesla employees are bound by mandatory arbitration contracts when they
start their jobs, preventing them from suing the company. Diaz was a
contract worker.

Diaz said he knows that his case is "bigger than him."

"This is not really about me. This is about a verdict that a jury made to let
Tesla know that they're being put on notice to clean up their factories," he
said.

Comments (184)

abc NEWS



Green Cubic Zirconia 18K Yellow Gold Over Sterling Silver Ring 3.32ctw

Jewelry Television

SHOP NOW

Take This Quiz To See If You Can Retire Comfortably

SmartAsset

Buick's Thrilling New Lineup Is Finally Here

2021 Buick Incentives

Thieves Hate This New $49 "Smart" Security Device (It's Genius!)

Smartbulb360

Shop Now

How Much Money Do You Really Get from a Reverse Mortgage?

NewRetirement

No Offense, But These 2 Big Retailers Aren't The Cheapest Places To Shop

MoneyWise.com

Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning

Gundry MD Bio Complete 3 Supplement

Surgeon Says Carbs Are Not The Problem (This Is)

Gundry MD Active Advantage

Here Are 23 of the Coolest Gifts for This 2021

National Penny Gift Guide

Sponsored Links by Taboola

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy

Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell My Personal Information

Contact Us

Copyright © 2021 ABC News Internet Ventures. All rights reserved.

# Attachment 8

Menu

Business | Market Data | New Economy | New Tech Economy | Companies | Entrepreneurship | Technology of Business

Economy | CEO Secrets | Global Car Industry | Business of Sport

ADVERTISEMENT

# Tesla must pay $137m to racially harassed former worker

🕐 5 October



GETTY IMAGES

Tesla's factory in Fremont

**Carmaker Tesla has been ordered to pay almost $137m (£101m) in damages for failing to stop a black former worker at its Fremont plant from being abused.**

Owen Diaz, a lift operator from 2015 to 2016, was subjected to a racially hostile work environment, a federal court in San Francisco found.

Mr Diaz claimed black workers regularly faced racist slurs on the factory floor and racist graffiti in bathrooms.

Tesla disputed the verdict but said it recognised it was "not perfect".

Mr Diaz's lawsuit alleged African-American workers "encountered a scene straight from the Jim Crow era" at the electric carmaker's Fremont factory.

It said colleagues used racial epithets "daily" and told Mr Diaz to "go back to Africa".

"Tesla's progressive image was a facade papering over its regressive, demeaning treatment of African-American employees," it said.

- **Google 'suggested medical leave' for racism victims**
- **Amazon site advertises shoes using racial slur**

Despite complaints to supervisors, the court found Tesla did not take reasonable steps to tackle the abuse.

On Monday, the jury at the San Francisco court awarded Mr Diaz $130m in punitive damages and $6.9m for emotional distress, according to Mr Diaz's attorneys.

One of them, Lawrence Organ of the California Civil Rights Law Group, said he hoped the high penalty would spur change.

"It's gratifying to know that a jury's willing to hold Tesla accountable, one of the world's largest, richest corporations finally is told, 'You can't let this kind of thing happen at your factory,'" he told the Washington Post.

## 'We're still not perfect'

In a **message to employees shared on Tesla's website**, the firm's vice president of people, Valerie Capers Workman, said she "strongly" believed the verdict was unjustified. The carmaker had responded in a "timely" way to Mr Diaz's complaints, she said.

She added: "We do recognise that in 2015 and 2016 we were not perfect. We're still not perfect. But we have come a long way from five years ago."

She said the firm had added an employee relations team, dedicated to investigating complaints, and a diversity team focused on ensuring equal opportunities at Tesla.

Black employees made up just 4% of Tesla US leadership roles and 10% of its total workforce in the country, according to its first diversity report published in December,

### Related Topics

| Companies | Tesla | United States | Car industry |

**More on this story**

Google 'suggested medical leave' for racism victims

8 March

Amazon site advertises shoes using racial slur

4 August 2020

Recommendations by Taboola

BBC

**The man who volunteered to be imprisoned in Auschwitz**

BBC

**Ancient DNA reveals the truth about Vikings**

BBC

**The 'curse' of Siberia's 2,500-year-old 'Ice Maiden'**

BBC

**Evidence that the ancient Babylonians were more**

**Bombas Socks: Save Up To 15% With Pack Savings**

Bombas | Sponsored

ADVERTISEMENT

**These 10 Colleges Have Produced The Most Billionaire Alumni**

Forbes | ADVERTISEMENT

ADVERTISEMENT

**Merino Wool Socks That Keep Feet Comfy In Every Season**

Bombas | ADVERTISEMENT

ADVERTISEMENT

**A Texas-sized concept to reduce emissions**

ExxonMobil | ADVERTISEMENT

ADVERTISEMENT

**Experience Nemacolin, an adventurous and restorative resort.**

Vogue | ADVERTISEMENT

ADVERTISEMENT

**Babbel**

## The App That's Teaching Americans Spanish In 15 Minutes A...

Get 60% OFF + Lifetime Access | This Week Only!

---

## 6 Reasons Why Bombas Are The Best

ADVERTISEMENT

**Bombas** | Sponsored

---

## With OOFOS®, Never Stop Recovering

ADVERTISEMENT

**OOFOS Footwear** | ADVERTISEMENT

---

## The 51 Coolest Cars Ever Made

ADVERTISEMENT

**Popular Mechanics** | ADVERTISEMENT

---

## Forbes Wheels Best SUVs for 2021

ADVERTISEMENT

**Forbes.com** | ADVERTISEMENT

**7 Reasons Why You Should Buy Glasses Online**                    ADVERTISEMENT

**GlassesUSA.com** | ADVERTISEMENT

### Pentland Hills triple killer Andrew Walker dies in care home
Andrew Walker was a former soldier who killed three colleagues in an armed robbery in Penicuik in 1985.

~~~
### Fareham care home's car ban branded 'utterly bizarre'

- - -
### Sylvester Oromoni: Nigerians demand justice over Dowen College death

**Top 50 schools according to World University Rankings Report**   ADVERTISEMENT

**Forbes** | Sponsored

**The genius shopping trick every Amazon Prime Member should know**   ADVERTISEMENT

**Capital One Shopping** | ADVERTISEMENT

**The Best Kitchen & Home Gifts From Oprah's Favorite Things**   ADVERTISEMENT

**Delish** | ADVERTISEMENT

## Top Stories

### Governments respond as Omicron cases grow
🕐 10 hours ago

### US diplomats to boycott Beijing Olympics
🕐 2 minutes ago

### Teenager feels 'very lucky' after crocodile attack
🕐 10 hours ago

ADVERTISEMENT

## Features



Is 'blue hydrogen' Japan's answer to coal?



The tech helping retailers - and Santa - deliver



What Putin's India visit means for world politics



Why this man's children may never return to school



Bob Dole: From WW2 casualty to top Republican



WATCH: The Palestinian jailbreak that rocked Israel



How I became a space telescope scientist



How Lebanon's economic problems could leave Sara blind



The steamy letters that revealed Henry VIII's secret romance

**Elsewhere on the BBC**





**'They died doing something they loved'**

An extraordinary family and their passion for climbing

**Jodie Comer: The Story So Far**

From her iconic role in Killing Eve to blockbuster Free Guy

## Most Read

1 Sheen becomes 'not for profit' actor

2 US congressman condemned for Christmas guns photo

3 Teenager feels 'very lucky' after crocodile attack

4 Far-right French candidate grabbed at rally

5 Nigerian outrage at boy's boarding school death

6 Joni Mitchell picks up prestigious US honour

7 Suu Kyi sentenced after widely criticised trial

8 All New York workers must have vaccine by year end

9 Is 'blue hydrogen' Japan's answer to coal?

10 What Putin's India visit means for world politics

ADVERTISEMENT

BBC News Services

On your mobile

On smart speakers

Get news alerts

Contact BBC News

| Home | News | Sport | Reel | Worklife | Travel | Future | Culture |
|------|------|-------|------|----------|--------|--------|---------|
| Music | TV | Weather | Sounds | | | | |

Terms of Use      About the BBC      Privacy Policy      Cookies      Accessibility Help      Parental Guidance      Contact the BBC

Get Personalised Newsletters      Why you can trust the BBC      Advertise with us      AdChoices / Do Not Sell My Info

© 2021 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# Attachment 9

Report ad

October 6, 2021 7:56 AM PDT Last Updated 3 months ago

**Change Suite**

# Tesla faces investor test after big jury award over racism

**By Hyunjoo Jin and Ross Kerber, Rick Linsk**

3 minute read

    

1/3



The logo of car manufacturer Tesla is seen at a dealership in London, Britain, May 14, 2021. REUTERS/Matthew Childs

SAN FRANCISCO/BOSTON, Oct 6 (Reuters) - A contract worker has won a $137 million jury award over workplace racism against Tesla Inc **(TSLA.O)**, raising pressure on the electric vehicle maker whose shareholders will vote on Thursday on a proposal to review how it addresses similar complaints for full-time employees.

The nonbinding shareholder resolution asks Tesla's board to study the impact of the company's current use of mandatory arbitration to resolve complaints of harassment and discrimination in its workplace. Tesla opposes the plan.



Report ad

On Monday, a San Francisco federal jury made the award to former Tesla worker Owen Diaz. "The verdict sends a message to corporate America that you need to make sure that racist conduct is not occurring," Lawrence Organ, his attorney told Reuters.

Register now for FREE unlimited access to reuters.com

Register

Diaz was able to face a public trial because contract workers were not subject to Tesla's mandatory arbitration, which forces employees to resolve disputes outside judiciary courts.

PAID FOR AND POSTED BY ARAMCO

**Aramco x Reuters Change Suite**

How leaders are adapting to a rapidly changing world.



Learn more ›

Tesla advised against the resolution because, it said, arbitration "benefits both parties with a fair resolution and a speedier return to their respective priorities without miring them in lengthy litigation."

Some technology companies have scaled back or eliminated mandatory arbitration. Uber and Lyft no longer require mandatory arbitration in cases over sexual harassment. Google ended mandatory arbitration in 2019. In April, nearly half of Goldman Sachs Group Inc shareholders **voted in favor** of examining the bank's use of mandatory arbitration.

Report ad

Imre Szalai, a law professor at Loyola University New Orleans, said such a verdict against Tesla would create "shaming and awareness" of problems at the company.

"The public becomes aware that Tesla needs to change and increases more pressure for the company, as opposed to confidential arbitration award that doesn't get that much publicity," he said.

Report ad

Tesla arbitration agreements with employees and customers effectively bars them from publicly fighting in court disputes about pay, sexual harassment, race, disability and other kinds of discrimination, as well as product defects.

There are around 100 cases in U.S. federal and state courts where Tesla sought to compel arbitration including lawsuits against the company over employment, personal-injury, and contract matters, according to Reuters' review of Westlaw case data.

Kristin Hull, CEO of Nia Impact Capital who filed the resolution, said Monday's jury verdict could help boost support. A similar measure last year garnered a 27% share of votes cast. Musk has 23.1% of Tesla shares.

"This will be alarming," she told Reuters after the verdict. "That's a huge brand risk for Tesla to have these cases."

Tesla's clean-transportation credentials have made it a popular investment for Environmental, Social and Governance investors. "This has taken a lot of environmental investors by surprise and they're not happy," she said.

Nia Impact Capital has tried to sway major shareholder BlackRock Inc **(BLK.N)**, whose funds voted against the resolution last year. BlackRock declined to comment.

Tesla said that in the years since Diaz worked at the company it has added employees to investigate complaints and to promote equal opportunity.

In a blog post after the jury verdict Tesla Vice President Valerie Capers Workman wrote that "we will continue to remind everyone who enters the Tesla workplace that any discriminatory slurs – no matter the intent or who is using them – will not be tolerated."

Still proxy advisory firms Institutional Shareholder Services (ISS) and Glass Lewis both have recommended investors support the proposal, as they did the similar proposal last year.

**Register now for FREE unlimited access to reuters.com**    **Register**

Reporting by Hyunjoo Jin and Ross Kerber and Rick Linsk; Editing by Peter Henderson and David Gregorio

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters



German factories sputter as orders dry up

Alibaba overhauls e-commerce as shares plunge

SoftBank shares tumble as China investments sour



Apple in lawsuit against Russia regulator - RIA

## Read Next

European Markets

**Analysis: Ready to pounce: Investors prepare for swings, opportunities as Omicron variant spreads**

November 30, 2021

Change Suite

**Jack Ma, Trump and Xi: How Chinese billionaire flew close to the sun**

November 5, 2021



Change Suite

**Two decades on, Waigel and Prodi still differ on euro pact**

October 18, 2021



Change Suite

**Home from home: Mercedes-Benz doubles down on China**

October 10, 2021



## Sign up for our newsletter

Subscribe for our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

**Sign up**

## Sponsored Content

Dianomi



### Revealed: The True Cost of a Financial Advisor

Sponsored by smartasset



### Reducing Portfolio Risk

Sponsored by Charles Schwab



### 10 Credit Cards You Should Not Ignore If You Have Excellent Credit

Sponsored by NerdWallet



### Where flexibility meets opportunity. Now hiring licensed roles.

Sponsored by Fidelity Investments

**Change Suite**

Change Suite · 12:16 AM PST

# Japan billionaire Maezawa to fulfil childhood dream with space flight

Japanese billionaire Yusaku Maezawa said he could barely contain his excitement a day ahead of blasting off to the International Space Station in a prelude to a more ambitious trip around the moon with Elon Musk's SpaceX planned in 2023.



Change Suite

**Pandemic boosts super-rich share of global wealth**

12:29 AM PST

Change Suite

**Investors brace for potential hit to earnings because of Omicron**

December 6, 2021

Change Suite

**Russia's A1 to sell 49% of Russian Standard Bank once legal battle over - CEO**

December 6, 2021

Change Suite

**Exclusive: Uber in talks with Mideast unit over outside investment - sources**

December 6, 2021

## Sponsored Content



### These Investing Platforms Offer Perks Like $0 Account Minimums

Sponsored by Nerdwallet



### 6 Credit Cards You Should Not Ignore If You Have Excellent Credit

Sponsored by Credit



### Earn 60K bonus miles, and get to your next rewarding vacation.

Sponsored by United Explorer card



### 7 Retirement Income Strategies Once Your Portfolio Reaches $500,000

Sponsored by Fisher Investments

## Sponsored Content

Dianomi



### Erase Credit Card Interest until 2023

Sponsored by The Ascent



### Revealed: The True Cost of a Financial Advisor

Sponsored by smartasset



### Invest In Pre-IPO Companies

Sponsored by OurCrowd





### 9 Strange Things Millionaires Do With Their Money (But We Don't)

Sponsored by The Penny Hoarder

## Sponsored Content

Dianomi






Latest                                    Browse

Home

Media

📹 Videos

📷 Pictures

🖼 Graphics

World
Business
Legal
Markets
Breakingviews
Technology
Investigations
Lifestyle

About Reuters

About Reuters

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Stay Informed

Download the App

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

### Refinitiv Workspace

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

### Refinitiv Data Catalogue

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

### Refinitiv World-Check

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**   **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**   **Terms of Use**   **Privacy**   **Corrections**   **Site Feedback**   **Do Not Sell My Personal Information**

© 2021 Reuters. All rights reserved

# Attachment 10



**LIVE**

Economy  |  Business and Economy  |  **Bloomberg**

# Tesla to pay $137m to former employee over racism at work

*Former contract worker hired through a staffing agency was subjected to racially hostile work environment, a jury said.*



Tesla has argued that it never intended to disregard the rights and safety of African American workers [File: Nina Riggio/Bloomberg]

**By Malathi Nayak**  |  Bloomberg
5 Oct 2021

  

Tesla Inc. lost a trial with a Black former elevator operator and must pay him $137 million for having turned a blind eye to racial taunts and offensive graffiti he endured at the electric-car maker's northern California plant, according to the man's lawyer.



FULL PRESCRIBING INFORMATION

**Important Safety Information**

**Boxed Warning:** Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an

CAPLYTA®
(lumateperone) capsules
42 mg



Organ, a lawyer for Diaz. The verdict couldn't immediately be confirmed in electronic court records.

---

KEEP READING

- The Big Short investor Burry is betting big against Tesla
- Tesla beats earnings forecasts despite supply chain crisis
- US probe into Tesla's Autopilot woes includes 765,000 vehicles
- Cathie Wood's Ark Investment sells $270M worth of Tesla stake

---

Diaz's case marked a rare instance in which Tesla, which typically uses mandatory arbitration to resolve employee disputes, had to defend itself in a public trial. The company almost never loses workplace arbitrations, though it was hit with a $1 million award in May in a case brought by another ex-worker that was similar to Diaz's.

The trial's outcome could embolden shareholder activists who have pushed Tesla's board, so far without success, to adopt more transparency about its use of arbitration to resolve complaints about sexual harassment and racial discrimination. The board is urging investors to vote down such a proposal at an Oct. 7 shareholder meeting even as other big Silicon Valley companies, from Alphabet Inc. to Uber Technologies Inc., have backed off the use of mandatory arbitration.

ADVERTISING



Tesla and its attorney, Tracey Kennedy, didn't immediately respond to requests for comment.



In closing arguments to the jury, Kennedy said "Mr. Diaz's story simply doesn't make sense" in light of his encouragement to his son and daughter to take up jobs at the company. She also said Diaz's claims weren't supported by the evidence.

J. Bernard Alexander III, a lawyer for Diaz, told jurors that "as opposed to a zero-tolerance policy, Tesla had a zero-responsibility policy."

The "n-word" was "pervasive and virtually everywhere," Alexander said. He finished his closing remarks by citing some phrases from "The Hill We Climb," a poem by Amanda Gorman, the 23-year-old poet who moved the nation at the inauguration of President Joe Biden in January. "Being American" is about stepping into the past and "how we repair it," Alexander said.

Diaz himself testified that be suffered "sleepless nights" and weight loss as he lost his appetite.

"Some days I would just sit on my stairs and cry," he told the jury.

The jury's award included $6.9 million for emotional distress and $130 million in punitive damages, according to Diaz's other attorney, Organ.

Organ said he hopes the ruling encourages Tesla do so "some reevaluation" so none of its other Black employees have to endure similar treatment. "The jury verdict sends a message to one of the wealthiest companies in the world that it must treat all its employees with dignity and respect," he said.

Organ also was on the team representing Melvin Berry, a Black former employee who won the $1 million arbitration award over claims that the company failed to stop his supervisors at its Fremont plant from calling him the "N-word."

Tesla faces yet another case making similar accusations that is proceeding as a class action in California state court in Oakland.

The case is Diaz v. Tesla Inc., 17-cv-06748, U.S. District Court, Northern District of California (San Francisco).



## ADVERTISEMENT

This content is created and paid for by advertisers and does not involve Al Jazeera journalists.



### The Worst Way to Withdraw From Retirement Accounts

smartasset



### Find A Trading Platform With Automated Investing Options

NerdWallet



### Which Travel Card Has The Most Valuable Miles? Compare Now

NerdWallet



### How Savvy Investors Pay for Healthcare in Retirement

Fisher Investments



### We're "All In" on This One Stock.

The Motley Fool

Dianomi

## RELATED

CAPLYTA (lumateperone) capsules 42 mg

FULL PRESCRIBING INFORMATION

**Important Safety Information**

**Boxed Warning:** Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an

## Tesla to face racism allegations from Black worker in open court

Owen Diaz alleges that his co-workers at a Tesla factory told him to 'go back to Africa' and used racist epithets.

24 Sep 2021

## Former Tesla employee awarded $1m over racial slur

Award caps years of complaints by Black workers that Tesla failed to stop racial slurs on the assembly line.

5 Aug 2021



# Tesla domestic China shipments plummet 69% in wake of recalls

Shipments of Tesla's China-made cars to domestic market plummeted following a rash of negative publicity and recalls.

10 Aug 2021

# Driver in China successfully sues Tesla for fraud

Court case adds to this year's spate of bad publicity for Tesla in China – a key market for the electric vehicle maker.

30 Sep 2021

## MORE FROM ECONOMY ■

# No sign of increased Qatari aid to Turkey after Erdogan visit

# Google sues two Russians for alleged organised crime enterprise

FULL PRESCRIBING INFORMATION

CAPLYTA
(lumateperone) capsules
42 mg

Important Safety Information

Boxed Warning: Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an

**US trade deficit narrows in October as exports jump**

**Saudi pleads with US for missile defence resupply: Report**

MOST READ

**UAE announces 4.5-day workweek, Saturday-Sunday weekend**

**Putin and Biden hold two hours of talks amid Ukraine tensions**

FULL PRESCRIBING INFORMATION

CAPLYTA
(lumateperone) capsules
42 mg

Important Safety Information
Boxed Warning: Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an

**Endless pandemic? Asia's Omicron retreat shows COVID is political**

**Israel completes 'iron wall' underground Gaza barrier**

Advertisement

About

Connect

Our Channels

FULL PRESCRIBING INFORMATION

CAPLYTA
(lumateperone) capsules
42 mg

**Important Safety Information**

**Boxed Warning:** Elderly patients with dementia-related psychosis treated with antipsychotic drugs are at an

Follow Al Jazeera English:









© 2021 Al Jazeera Media Network



# Attachment 11



**Tesla**

🕐 This article is more than **2 months old**

# Tesla ordered to pay $137m to Black former employee for racial abuse

**Oliver Laughland** *and agencies*

🐦 **@oliverlaughland**

Tue 5 Oct 2021 10.40 EDT

Tesla has been ordered by a federal court in California to pay almost $137m in damages to a Black former employee who said he endured racial abuse while working at a factory in Fremont.

Owen Diaz, a former contracted elevator operator who worked at the plant between 2015 and 2016, alleged he was harassed and faced "daily racial epithets" including the "N-word". He also said employees drew swastikas and left racist graffiti and drawings around the plant.

On Monday, a jury in San Francisco sided with Diaz, who was awarded $6.9m in damages for emotional distress and $130m in punitive damages, according to Diaz's

attorney, Lawrence A Organ.

"It took four long years to get to this point," Diaz told the New York Times. "It's like a big weight has been pulled off my shoulders."

Organ, of the California Civil Rights Law Group, said: "It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for Black people."

Diaz's lawsuit claimed that supervisors failed to stop the racial abuse.

"Tesla's progressive image was a façade papering over its regressive, demeaning treatment of African American employees," the lawsuit stated.

It was not immediately clear if Tesla would appeal but on Monday it issued a statement attempting to downplay the case.

"While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we do recognize that in 2015 and 2016 we were not perfect. We're still not perfect," wrote Valerie Capers Workman, Tesla's human resources vice-president.

"But we have come a long way from five years ago. We continue to grow and improve in how we address employee concerns. Occasionally, we'll get it wrong, and when that happens we should be held accountable."

If upheld, the award would be a blow to a company that has been subject to allegations of workplace problems but requires employees to resolve disputes through mandatory arbitration, which the firm rarely loses.

In May, an arbitrator ordered Tesla to pay more than $1m over similar allegations by another former Fremont factory worker. That employee alleged co-workers called him a racial slur and supervisors ignored his complaints.

Diaz was contracted through a staffing agency and did not have to sign an arbitration agreement.

| **$0** | **$1,250,000** |
|---|---|
| contributions | our goal |

… we have a small favour to ask. Tens of millions have placed their trust in the Guardian's high-impact journalism since we started publishing 200 years ago,

turning to us in moments of crisis, uncertainty, solidarity and hope. More than 1.5 million readers, from 180 countries, have recently taken the step to support us financially – keeping us open to all, and fiercely independent.

With no shareholders or billionaire owner, we can set our own agenda and provide trustworthy journalism that's free from commercial and political influence, offering a counterweight to the spread of misinformation. When it's never mattered more, we can investigate and challenge without fear or favour. We couldn't do this without readers like you.

Ahead of what is certain to be a pivotal year for America, we're raising $1.25m to fund our reporting in 2022. If you can, please consider making a year-end gift so that we can continue to deliver journalism that sheds a light on injustice and drives meaningful change. It is reader support that makes our high-impact journalism possible and gives us the emotional support and motor energy to keep doing journalism that matters.

Unlike many others, Guardian journalism is available for everyone to read, regardless of what they can afford to pay. We do this because we believe in information equality.

We aim to offer readers a comprehensive, international perspective on critical events shaping our world – from the crackdown on voting rights to corrosive racial inequality and the erosion of democratic norms. We are committed to upholding our reputation for urgent, powerful reporting on the climate emergency, and made the decision to reject advertising from fossil fuel companies, divest from the oil and gas industries, and set a course to achieve net zero emissions by 2030.

Every contribution, however big or small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 – it only takes a minute. Thank you.**



# Attachment 12

# Jury Awards Former Tesla Worker $137 Million in Race Bias Suit

By Lisa Nagele-Piazza, J.D., SHRM-SCP

October 6, 2021

A federal district judge ordered Tesla to pay a Black former elevator operator $137 million in damages on his claim that the electric carmaker ignored racial epithets and graffiti that created a hostile work environment.

We've rounded up resources and articles from *SHRM Online* and other trusted outlets on the news.

### Rare Verdict

The jury awarded $6.9 million to the plaintiff for emotional distress and $130 million in punitive damages, according to an attorney for the plaintiff. Punitive damages are meant to punish the company for egregious conduct and to deter it, as well as other employers, from engaging in similar conduct in the future. Experts say the award is unusually high for an individual lawsuit (rather than a class action with many plaintiffs). Tesla's market value is about $783 billion, which makes it the most valuable automaker in the world and may explain why the punitive damage award was so high. Tesla has not said whether it will appeal the verdict and damage award.

(Bloomberg (https://www.bloomberg.com/news/articles/2021-10-04/tesla-ordered-to-pay-137-million-for-harboring-workplace-racism))

### Worker Claims 'Daily Racist Epithets'

The plaintiff, who was contracted to work through a staffing agency in 2015 and 2016, claimed that he was forced to quit because he was subjected to "daily racist epithets," including the N-word, as well as swastika drawings and other racist graffiti at a Tesla plant in the San Francisco Bay Area. The plaintiff said supervisors did not curb the behavior. "Tesla's progressive image was a façade papering over its regressive, demeaning treatment of African-American employees," the plaintiff claimed in his lawsuit. Tesla did not comment on the verdict but has previously denied knowing about alleged racist conduct at the Bay Area plant, which has about 10,000 workers.

(Associated Press (https://apnews.com/article/business-san-francisco-race-and-ethnicity-tesla-inc-african-americans-d74d7fc97fc5b0608c26015aa77d7c74))

### Tesla's HR Leader Responds

Valerie Capers Workman, Tesla's vice president of people, said in a letter to employees that she "was at the defense table for Tesla every day during the trial because [she] wanted to hear firsthand what [the plaintiff] said happened to him." She added, "While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we do recognize that in 2015 and 2016 we were not perfect. We're still not perfect." Workman noted that Tesla has since added an employee relations team to investigate complaints; a diversity, equity and inclusion team to help ensure employees have equal opportunities; and a comprehensive employee handbook so employees know what protections they have and how to report issues.

(Tesla (https://www.tesla.com/blog/regarding-todays-jury-verdict))

Feedback

**Section 1981 Claims**

The plaintiff in this case brought his racial harassment claim under 42 U.S.C. 1981, which was originally part of the Civil Rights Act of 1866 and is generally known as a Section 1981 claim. Section 1981 claims differ from claims brought under Title VII of the Civil Rights Act of 1964 in several ways. Section 1981 only covers claims of intentional discrimination based on race, whereas Title VII covers more categories of discrimination, as well as disparate impact claims based on a neutral policy with a discriminatory effect. Significantly, Title VII limits compensatory and punitive damages to $300,000 for large employers, whereas Section 1981 doesn't have a cap on damages.

(*The Washington Post* (https://www.washingtonpost.com/technology/2021/10/04/tesla-discrimination-case/)) and (The National Law Review (https://www.natlawreview.com/article/5-differences-between-title-vii-and-section-1981-can-help-your-employment-race))

**Advancing Racial Equity in the Workplace**

Black employees are most at risk for experiencing bias, followed by Latino and Asian-American employees. However, even employees who don't directly experience bias are negatively impacted by observing others being treated unfairly. Research from the Society for Human Resource Management (SHRM) found that racial inequity is often perpetrated by supervisors, managers and senior leaders. Racial bias in the workplace is annually costing U.S. businesses $54.1 billion in increased absenteeism, $58.7 billion in lost productivity and $171.9 billion in turnover, according to SHRM's research. HR has a pivotal role to play in restructuring workplaces to truly advance racial equity and inclusion.

(*SHRM Online* (www.shrm.org/resourcesandtools/hr-topics/behavioral-competencies/global-and-cultural-effectiveness/pages/advancing-racial-equity-in-the-workplace.aspx))

Feedback

# HR DAILY NEWSLETTER

News, trends and analysis, as well as breaking news alerts, to help HR professionals do their jobs better each business day.

Email Address

## CONTACT US (WWW.SHRM.ORG/ABOUT-SHRM/PAGES/CONTACT-US.ASPX) | 800.283.SHRM (7476)

© 2021 SHRM. All Rights Reserved

SHRM provides content as a service to its readers and members. It does not offer legal advice, and cannot guarantee the accuracy or suitability of its content for a particular purpose.

Disclaimer (www.shrm.org/about-shrm/Pages/Terms-of-Use.aspx#Disclaimer)

Feedback

# Attachment 13





**SNACK** *a little* **SMARTER**™

Shop Now



# Tesla must pay $137 million in discrimination lawsuit

**Steve Dent**
6:45 AM PDT • October 5, 2021



📷 **Image Credits:** Tesla

**Steve Dent**
Contributor

Steve Dent is an associate editor at Engadget.

More posts by this contributor

- Nissan to invest $17.6 billion in EV development over the next five years
- Tesla requires Full Self Driving testers to allow video collection in case of a crash

company's EV plant in Fremont California, the *Washington Post* has reported. A San Francisco federal court jury awarded the judgement — reportedly one of the largest in an individual race discrimination employment case — to Owen Diaz, an elevator operator who worked as a contract employee in 2015 and 2016.

In the lawsuit, Diaz alleged that he faced discrimination "straight from the Jim Crow era," in which he was subjected to racial slurs. He alleged that Tesla employees left drawings of swastikas, racist graffiti and offensive cartoons around the plant, while supervisors neglected to halt the abuse. "Tesla's progressive image was a façade papering over its regressive, demeaning treatment of African-American employees," according to the lawsuit.

The jury awarded Diaz $6.9 million for emotional distress, but the majority, $130 million, was punitive damages against Tesla. "It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for Black people," said the lawyer for Diaz, Lawrence Organ.

"It took four long years to get to this point," Diaz told the *New York Times*. "It's like a big weight has been pulled off my shoulders."

In response to the verdict, Tesla downplayed the allegations in a blog post written by human resources VP Valerie Capers Workman. "In addition to Mr. Diaz, three other witnesses (all non-Tesla contract employees) testified at trial that they regularly heard racial slurs (including the N-word) on the Fremont factory floor," she wrote. "While they all agreed that the use of the N-word was not appropriate in the workplace, they also agreed that most of the time they thought the language was used in a 'friendly' manner and usually by African-American colleagues."

Tesla added that it was responsive to Mr. Diaz's complaints, firing two contractors and suspending another. She said that while the facts didn't justify the verdict, the company was "not perfect" in 2015 and 2016, "but we have come a long way." The company has yet to say whether it plans to appeal.

**Editor's note:** *This article originally appeared on* Engadget.



 **TechCrunch+**

**Advice & analysis for startups**

LEARN MORE

---

**More TechCrunch**

---













**Sponsored Content**



## A CSAM Primer for trust & safety professionals

Sponsored by L1ght







# Sign up for Newsletters

See all newsletters

- [ ] Daily
- [ ] Week in Review
- [ ] Startups Weekly
- [ ] Event Updates
- [ ] Advertising Updates
- [ ] TechCrunch+ Announcements
- [ ] TechCrunch+ Events
- [ ] TechCrunch+ Roundup

Email *

**Subscribe**

# Tags

**Column**   **TC**   **EVs**   **labor**   **lawsuit**   **tceng**   **Tesla**



## Former Lyft CSO and Freestyle Capital co-founder team up to back climate tech startups

**Natasha Mascarenhas**

10:16 AM PST • December 6, 2021

## DCVC Partner and space explorer Chris Boshuizen is coming to TC Sessions: Space 2021

**Darrell Etherington**

10:15 AM PST • December 6, 2021



## Long-time Lyft CFO departs to become CFO at NFT marketplace OpenSea

**Lucas Matney**

10:06 AM PST • December 6, 2021



## Facebook Gaming wants viewers to hop into the game with their favorite streamers

**Taylor Hatmaker**

10:00 AM PST • December 6, 2021



## Uber spinout Serve Robotics gets $13M seed round to expand sidewalk robot deliveries

**Rebecca Bellan**





## SEC investigating Tesla over solar panel defect allegations

**Aria Alamalhodaei**

9:56 AM PST • December 6, 2021



## The defensive power of diversity in cybersecurity

**James Hadley**

9:55 AM PST • December 6, 2021



## How one founder is taking on the customer knowledge gap in the cannabis industry

**Darrell Etherington**

9:45 AM PST • December 6, 2021



## Designers hope hydrogen-powered plane will fly halfway around the world without refueling

**Kris Holt**

9:24 AM PST • December 6, 2021



## TikTok's newest app lets sellers manage their online stores via their smartphone

**Sarah Perez**

9:05 AM PST • December 6, 2021



## Berlin's Everphone raises $200M in debt and Series C equity

**Natasha Lomas**

8:49 AM PST • December 6, 2021





## SenseTime's IPO to test market demand for high-growth, high-loss shares in Hong Kong

**Alex Wilhelm**

8:44 AM PST • December 6, 2021



## EV automaker Lucid Group under investigation by SEC

**Kirsten Korosec**

7:33 AM PST • December 6, 2021



## DoorDash tests a full-time employment option in New York as it launches 'ultra-fast' delivery

**Aisha Malik**

7:14 AM PST • December 6, 2021



## Equity Monday: When does a selloff become a rout?

**Alex Wilhelm**

7:08 AM PST • December 6, 2021



## WhatsApp users can now choose to have messages disappear for all new chats by default

**Manish Singh**

7:00 AM PST • December 6, 2021



## UK High Court deals huge blow to Uber-style ride-hailing contracts

**Natasha Lomas**

6:40 AM PST • December 6, 2021







## Bain Capital Ventures taps ex-Affirm exec as its newest partner to focus on early-stage fintech and commerce

**Mary Ann Azevedo**

6:30 AM PST • December 6, 2021



## Astra will launch a rocket from Cape Canaveral in Florida for the first time in January

**Darrell Etherington**

6:21 AM PST • December 6, 2021

## Pinterest invests in creator tools with acquisition of video creation and editing app Vochi

**Sarah Perez**

6:14 AM PST • December 6, 2021










TechCrunch

Staff

Contact Us

Advertise

**Legal**

Privacy Policy

Terms of Service

TechCrunch+ Terms

Do Not Sell My Personal Information

Code of Conduct

About Our Ads

**International**

Japan



Facebook    Twitter

YouTube    Instagram

LinkedIn

© 2021 Yahoo.

All rights reserved.

Powered by WordPress VIP.

# Attachment 14

# METRO

NEWS... BUT NOT AS YOU KNOW IT

[News](#) [Sport](#)

- [News](#)
  - [Covid-19](#)
  - [UK](#)
  - [US](#)
  - [World](#)
  - [Royals](#)
  - [Weird](#)
  - [Tech](#)
- [Sport](#)
  - [Football](#)
  - [Premier League](#)
  - [Transfer News](#)
  - [Tennis](#)
  - [Cricket](#)
  - [Boxing](#)
  - [Snooker](#)
  - [Darts](#)
- [Entertainment](#)
  - [Showbiz](#)
  - [TV](#)
  - [Film](#)
  - [Music](#)
  - [Gaming](#)
- [Puzzles](#)
  - [Crosswords](#)
  - [Sudoku](#)
- [Soaps](#)
  - [EastEnders](#)
  - [Emmerdale](#)
  - [Coronation Street](#)
  - [Hollyoaks](#)
- [Lifestyle](#)
  - [Sex](#)
  - [Health](#)
  - [Property](#)
  - [Fashion](#)
  - [Food](#)
  - [Travel](#)
  - [Horoscopes](#)
  - [Christmas](#)
- [Platform](#)


Fitwaffle Recipe Divides Fans

- In Focus
- Lifeline Campaign
- Video
- More
  - Discounts
  - Submit Stuff
  - Competitions
  - Advertise
  - Weather
  - Trending
- Search Metro

FB house promo

# Tesla worker wins £100,000,000 payout after suffering racist abuse

Comment

Isabel Keane
Tuesday 5 Oct 2021 7:58 pm

Share this article via facebook    Share this article via twitter    Share this article via mes...



Fitwaffle Recipe Divides Fans

**Former Tesla employee Owen Diaz won $137million in a discrimination 'straight from Jim Crow era' (Pictures: AP/**

**A black man who found swastikas and racist graffiti at payout.**

Elevator operator Owen Diaz, 52, described the discrimination era' before he was given a $137million (£100million) payout

He found offensive cartoons showing derogatory caricatures of black children around the plant where he worked, but his supervisors turned a blind eye.

When he complained, one of his supervisors told him that he 'couldn't take a joke.'



The same person drew a person with a black face and a bone in his hair and wrote 'booo', short for 'jigaboo'.

His lawsuit against the firm stated that 'Tesla's progressive image was a façade papering over its regressive demeaning treatment of African-American employees.'



**Despite his complaints of discrimination, plaintiff Owen Diaz alleges the company did very little to address the behavior (Picture: Sipa USA)**

A jury agreed after four hours of deliberation at a court in San Francisco.

His lawyer Lawrence Organ said: 'It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for black people.'

He was given almost $7 million for emotional stress and another $130 million for punitive damages.

Despite the abuse he faced, Diaz told The New York Times he reached a breaking point when he witnessed similar abuse directed to his son, who secured a job at the company with his father's help.

He said: 'My son watched his father being broken in front of him.

His son also sued Tesla, alongside another black former er



**A San Francisco jury agreed with Owen Diaz, a former Tes... work environment by failing to address the racism he end...**

It's unclear whether Tesla is planning to appeal the court's ruling.

Tesla's VP for Human resources, Valerie Capers Workman, said that in addition to Diaz, three other witnesses testified saying they 'regularly heard racial slurs (including the N-word) on the Fremont factory floor'.

Workman added: 'While they all agreed that the use of the N-word was not appropriate in the workplace, they also agreed that most of the time they thought the language was used in a "friendly" manner and usually by African-American colleagues.'



[Storm Barra named as UK prepares for heavy snow and 70mph winds](#)

Tesla also claims it fired two contractors and suspended another, in response to Diaz's complaints.

Workman added: 'We do recognize that in 2015 and 2016 we were not perfect.

'We're still not perfect. But we have... improve in how we address employe...

'Occasionally we'll get it wrong, an...

**Get in touch with our news team b...**

**For more stories like this, [check our news page](#).**

## SIGN UP FOR
## NEWS UPDATES

Enter your email                                          SIGN UP

Not convinced? **Find out more »**

[Share this article via facebook](#)   [Share this article via twitter](#)   [Share this article](#)



Fitwaffle Recipe Divides Fans

- New York City becomes first in US to mandate Covid vaccine proof for private employers

- Delta Airlines passenger 'breastfeeding sc



**Covid outbreak on cruise ship near New Orleans as ten passengers test positive**

**Michigan shooter's mother texted he shou**

## Our Community

Join in the conversation on Metro.co.uk

Email Address

Sign Up



AdChoices ▷                                                Sponsored

**JOIN THE DISCUSSION**

26 Comments

Commenting on this article has ended

Sort by **Best** ⌄

**ROBERTO MAIETTA** · 6 October, 2021

I've got a feeling that Tesla will probably challenge the payout. Who knows, this may remain in court under appeals for so long, that the plaintiff may pass away from old age before he actually sees any money from it?

👍 10    👎 2

---

**ROLLINGEYES** · 5 October, 2021                                                          •••

I don't understand how a court can arrive at this sort of figure no matter how much an employer has abused an employee. If it is to set an example then surely most of that money should be in the form of a fine.

👍 29    👎 15

↳ 1 reply

---



**FISH** · 5 October, 2021

Who is laughing now? 🤣 🤣 🤣 🤣

With penalties like that things will change   *(Ed*

👍 22    👎 9

SHOW MOR

---

Powered by ○ OpenWeb                                    Terms  |  Privacy  |  Feedback

Must read



1.

**Arthur's killer stepmother 'poisoned with**

'She was crueller to Arthur so she deserved it.'



2.

**Speaker asks police to investigate 'rife cocaine use' in Westminster**

Evidence of Class A drug use was found in 11 bathrooms on the parliamentary estate.





3.

**Arthur's killers 'should never see the light**

'No punishment could ever be enough for this pair.'



4.

**Hundreds gather to pay tribute to Arthur Labinjo-Hughes at vigil**

Residents, some with tears in their eyes, could be heard saying 'bye Arthur' and 'fly high always'.



5.

**Passports and driving licences 'to be taken**

The Government is planning a crackdown on those

6.

7. 

**Bus driver sacked 'for being too short' after 34 years of service**

Tracey Scholes, who is five feet tall, was the first and only female driver at the Queens Road depot in Greater Manchester when she started in 1987.

8. 



**School apologises after Muslim pupils forc**

The school said a flood had left 15 classrooms off li

9. 

**Storm Barra named as UK prepares for heavy snow and 70mph winds**

The country has been told to expect more strong winds and heavy rain.

10.

**Inquiry launched into murder of Arthur**

Arthur, aged six, died after he was was subjected to
dad and step-mum despite previous warnings to auth

11.

12.

**UK Omicron Covid cases jump 50% in a day with 86 new cases reported**

An expert has warned new travel measures have come too late to stop the spread.

Fitwaffle Recipe Divides Fans

13.

**First pill to successfully treat Covid 'may**

Under the plans, the NHS was expected to deliver courses of the tablet to clinically vulnerable and immunosuppressed patients within as little as 48 hours of them testing positive.

14.

**Prince William remembers Diana singing 'at top of her voice' on school run**

One of her favourites was The Best by Tina Turner.

15.

**Drug dealer who poured champagne over**

Mansoor Kiani, 28, was also videoed being driven round in a Ferrari as he flaunted his earnings from peddling heroin and cocaine.

16.

## Covid vaccine co-creator issues stark warning over Omicron

Professor Dame Sarah Gilbert says Covid vaccines may be less effective at preventing infection with Omicron.

What's trending now

*1*

## Covid outbreak on cruise ship near New O

*2*

## Delta Airlines passenger 'breastfeeding screaming cat that looked like a baby refused to stop'

*3*

## New York City becomes first in US to mandate Covid vaccine proof for private employers

*4*

## Michigan school shooting suspect's parent

*5*

**[Parents of Michigan school shooting suspect have been captured](#)**

Video



'Remember him like this': Arthur Labinjo-Hughes' uncle talks football with nephew

Drug dealer who poured champagne over Rolexes jailed for 15 years

Children scream after blowing birthday candles out goes disastrously wrong

Elderly couple who live in the UK's darkest

[More videos](#)

**More Stories**

[Home](#) › [News](#) › [US](#)

Today's Best Discounts

[More discounts](#)

- **Experiences and days out** Find exclusive discount

- **Women & Men's fashion** Score 10% off your first order
- **Best adidas deals** Upgrade your style with these discounts
- **Software for laptops** Find exclusive discounts on subscriptions
- **Electronics and appliances** Discover discounts on home appliances

- Home
- News
- Sport
- Lifestyle
- Entertainment
- Platform
- Search Metro

 MetroUK  @MetroUK

© 2021 Associated Newspapers Limited Powered by WordPress.com VIP Your ad choices
Contributors Newzit Daily Mail Terms and Conditions
Privacy Policy Don't sell my info Site map Contact Us About
Back to top`;



# Attachment 15



https://www.leadertelegram.com/business/from-the-wire-business/jury-orders-tesla-to-pay-137-million/article_e98639bc-26e4-51db-9fc8-94618c1781a5.html

# Jury orders Tesla to pay $137 million

By Malathi Nayak

and Dana Hull Bloomberg News

Oct 11, 2021



This Tesla Motors factory complex in Fremont, Calif., is where a former elevator operator said he endured racial discrimination while doing his job. A San Francisco jury ordered the car company to pay $137 million in damages.

Bay Area News Group photo

Tesla lost a case against a Black former elevator operator and must pay an unprecedented $137 million in damages for having turned a blind eye to racial taunts and offensive graffiti the man endured at the electric carmaker's auto plant in Fremont, Calif.

Owen Diaz, a former contract worker who was hired in 2015 via a staffing agency, was subjected to a racially hostile work environment, a federal jury in San Francisco decided last week. The award is among the most significant verdicts of its kind.

"I believe that's the largest verdict in an individual race discrimination in employment case," said David Oppenheimer, a clinical professor of law at Berkeley Law. "Class actions are of course in a different category."

Tesla's vice president of people, Valerie Capers Workman, sent an internal email the company subsequently published in a blog post on its website titled "Regarding Today's Jury Verdict."

Workman wrote she was "at the defense table for Tesla every day during the trial because I wanted to hear firsthand what Mr. Diaz said happened to him." The post said that "the Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today."

Diaz's case marks a rare instance in which Tesla, which typically uses mandatory arbitration to resolve employee disputes, had to defend itself in a public trial. The company almost never loses workplace arbitrations, though it was hit with a $1 million award in May in a case brought by another ex-contract worker that was similar to Diaz's.

In court, Tesla argued that it never intended to disregard the rights and safety of African-American workers placed by the staffing agency at the plant and that all incidents reported by Diaz were investigated and resolved.

In her closing arguments to the jury, Tesla attorney Tracey Kennedy said "Mr. Diaz's story simply doesn't make sense" in light of his encouragement to his son and daughter to take up jobs at the company. She also said Diaz's claims weren't supported by the evidence.

J. Bernard Alexander III, a lawyer for Diaz, told jurors that "as opposed to a zero-tolerance policy, Tesla had a zero-responsibility policy."

The "n-word" was "pervasive and virtually everywhere," Alexander said.

Diaz himself testified that be suffered "sleepless nights" and weight loss as he lost his appetite.

"Some days I would just sit on my stairs and cry," he told the jury.

The jury's award included $6.9 million for emotional distress and $130 million in punitive damages, according to Diaz's other attorney, Larry Organ. Tesla is the world's most valuable automaker with a market value of around $783 billion.

Organ said he hopes the ruling encourages Tesla do so "some reevaluation" so none of its other Black workers have to endure similar treatment.

"The jury verdict sends a message to one of the wealthiest companies in the world that it must treat all its employees with dignity and respect," he said.

Organ was also on the legal team representing Melvin Berry, a Black former worker who won the $1 million arbitration award over claims that the company failed to stop his supervisors at its Fremont plant from calling him the "n-word."

Tesla faces yet another case making similar accusations that is proceeding as a class action in California state court in Oakland.

# Attachment 16



HOME    MAIL    NEWS    FINANCE    SPORT    ENTERTAINMENT    LIFESTYLE    WEATHER    TV    MORE...

yahoo!finance    Search for news, symbols or companies    Sign in    Mail

f
t
✉

DELIVERING CALIFORNIA'S
BEST GROCERIES AND MEALS.

(•) Australia markets open in 4 hours 5 minutes

| ALL ORDS | AUD/USD | ASX 200 | OIL | GOLD | BTC-AUD |
|---|---|---|---|---|---|
| 7,529.00 | 0.7044 | 7,245.10 | 69.24 | 1,778.70 | 69,856.06 |
| -14.60 (-0.19%) | +0.0043 (+0.6142%) | +3.90 (+0.05%) | +2.98 (+4.50%) | -5.20 (-0.29%) | -396.42 (-0.56%) |



✉ SIGN UP NOW:    **News that makes you smarter and richer... For free.**
Get Fully Briefed with Yahoo Finance, delivered straight to your inbox.



TESLA'S BIG DAY
yahoo!finance    WHAT TO EXPECT FROM TESLA'S
ANNUAL SHAREHOLDER MEETING    ⦿ LIVE

Entrepreneur | Entrepreneur

# Tesla To Pay Employee $137 Million In Racial Abuse Lawsuit

**Cristian Bustos**

7 October 2021 · 2-min read



Tesla Inc (NASDAQ:TSLA) will have to pay one of its ex-workers a whopping $137 million on the grounds of racial abuse. The federal court in San Francisco ruled that the company had not acted against the abuse suffered by Owen Díaz, a black man who performed his tasks at the Freemont factory in California.

*Q2 2021 hedge fund letters, conferences and more*

**Allegations**


977
Shop now

**TRENDING**

1. We asked 1,002 retirees what they wish they'd known before retiring

2. Metcash profit up despite lockdown issues

3. Vintage Energy Ltd (VEN.AX) Signs Binding Term Sheet for Debt Facility

4. Torian Resources Limited (TNR.AX) Investor Presentation

5. White Rock Minerals Ltd (WRM.AX) Placement to Raise $11M and Investor Presentation


Bury your nose
in something
brilliant
The Economist    Subscribe

HOME    MAIL    NEWS    FINANCE    SPORT    ENTERTAINMENT    LIFESTYLE    WEATHER    TV    MORE...

yahoo!finance

Search for news, symbols or companies

Sign in

Mail





events would have occurred.

Diaz claimed that he and other black workers were regularly subjected to contempt by other staff members, with expressions such as "go back to Africa" or "nigger." He was also targeted through racist graffiti – swastikas– in the toilets and even in his workspace.

"The progressive image of Tesla was a facade that concealed the retrograde and degrading treatment of its African-American employees," a whistleblower said.

The fine is justified by Tesla's inaction in the situation. According to the jury, the company founded by Elon Musk created a hostile environment by not being able to curb racist attitudes in its facilities.

"We are happy that the jury has seen the truth and has established a sum that, hopefully, will push Tesla to act," the whistleblower told The Washington Post.

**Company Response**

On behalf of Tesla, vice president of human resources Valerie Capers stated in a post on the company's blog that "the facts do not justify the verdict of the jury." She is aware that "in 2015 and 2016 Tesla was not perfect, nor is it now, but the Tesla of then is not the one of today."

"We will continue to remind everyone who enters Tesla's workspaces that no insult, regardless of the intention or who emits it, will be tolerated," she said, without clarifying whether the company will appeal the decision.

In an interview with the New York Times, Diaz said: "It took four long years to get to this point. It's like a big weight has been pulled off my shoulders."

In May, Tesla went through a similar situation as an arbitrator ordered it to pay more than $1 million after another Fremont factory ex-employee made the same allegations. He said that other staff members called him a racial slur while managers kept brushing his complaints aside.

Tesla is part of the Entrepreneur Index, which tracks 60 of the largest publicly traded companies managed by their founders or their founders' families.

HOME   MAIL   NEWS   FINANCE   SPORT   ENTERTAINMENT   LIFESTYLE   WEATHER   TV   MORE...

**yahoo!finance**

Search for news, symbols or companies

Sign in   Mail

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting





## LATEST STORIES



**Yahoo Sports**

### Kentucky Derby winner Medina Spirit dies while training at Santa Anita Park

The 3-year that tested positive for betamethasone after winning the Derby in May collapsed on the Santa Anita track Monday morning

a few seconds ago



**GlobeNewswire**

### Adagene Presents Clinical Data Demonstrating Strong Safety and Early Signals of Efficacy in Cold Tumors Including Pancreatic and

Additional highlights include pharmacodynamic biomarker analyses from ongoing trial of anti-CD137 antibody, ADG106, in combination with anti-PD-1 toripalimabSAN DIEGO and SUZHOU, China, Dec. 06, 2021 (GLOBE...

5 minutes ago



Ad • Chaikin Analytics

### Wall Street legend warns "A strange day is coming"

A massive and surprising new transition could soon impact the wealth of thousands, while leaving everyone else worse off than before.



**Engadget**

### YouTube says most disputed copyright claims are resolved in the uploader's favor

The service published its first biannual copyright transparency report.

5 minutes ago

**GlobeNewswire**

### Great Southern Bancorp, Inc. Announces Fourth Quarter 2021 Preliminary Earnings Release Date and Conference Call

SPRINGFIELD, Mo., Dec. 06, 2021 (GLOBE NEWSWIRE) -- Great Southern

Everything you want. Including the price.

Ad by Cricket Wireless

Click Here for More Information

Ad by

HOME    MAIL    NEWS    FINANCE    SPORT    ENTERTAINMENT    LIFESTYLE    WEATHER    TV    MORE...

yahoo!finance

Search for news, symbols or companies

Sign in    Mail







### A Blinded Evaluation of the Connection Study –

A blinded evaluation of IBT's Connection Study will be presented by Professor Josef...

7 minutes ago



Ad • USA News Group
**What Is The Best Biotech Stock To Buy Right Now**
The only Biotech companies anyone should look at, are companies with good potential for a buy-out, or major funding potential.



GlobeNewswire

**Sinking Shots to Help Feed Neighbors**

Food Lion Feeds Partners with Increased Number of Colleges and Universities to Help Feed Neighbors through Third Annual Score to Give More Program The Score to Give More program started Nov. 25, 2021, and...

7 minutes ago



Motley Fool

**Why Shares of Pfizer, Ocugen, and Vaxart Are Losing Ground Today**

Shares of the COVID-19 vaccine makers Pfizer (NYSE: PFE), Ocugen (NASDAQ: OCGN), and Vaxart (NASDAQ: VXRT) are all moving in the wrong direction today. Specifically, Pfizer's stock is down by approximately 4%,...

8 minutes ago

Reuters

**UPDATE 1-Biden and Putin head into Ukraine talks with scant room for compromise**

Presidents Joe Biden and Vladimir Putin have a chasm of mutual distrust to bridge when they hold a virtual meeting on Tuesday in the shadow of what the United States believes is a threatened Russian invasion of Ukraine. "A lamentable state," was how the Kremlin described relations ahead of the extended video conference call, which it...

11 minutes ago



Ad • FreeRateUpdate.com
**1.7% APR Fixed Mortgage Rate. View Best Rates**
Today's best home equity and cash out refinance rates from 1.7% APR. View Rates & Calculate Payment. 10, 15, 20, 30 Year terms. View Rates Now.



Motley Fool

**Why AST SpaceMobile Stock Crashed 11.5% Today**

Shares of recent initial public offering (IPO) and space company AST SpaceMobile (NASDAQ: ASTS) stock slumped on Monday, and are down 11.5% as of 12:20 p.m. ET. The company announced today that its launch o...

15 minutes ago



GlobeNewswire

**iCAD to Participate at the Imagine AI + Healthcare Investor Summit**

NASHUA, N.H., Dec. 06, 2021 (GLOBE NEWSWIRE) -- iCAD, Inc. (NASDAQ: ICAD), a global medical technology leader providing innovative cancer detection and therapy solutions, today announced that Stacey Stevens,...

15 minutes ago

Business Wire

HOME   MAIL   NEWS   FINANCE   SPORT   ENTERTAINMENT   LIFESTYLE   WEATHER   TV   MORE...

**yahoo!finance**

Search for news, symbols or companies

Sign in   Mail

Research Aff...






**Ad • LendGo**

**California Mortgage Refi Rates Hit 1.75% FIXED**

Takes 2 minutes to save thousands on your mortgage. (1.93% APR)



**Yahoo Sports**

**Bianca Andreescu announces she won't play Australian Open, will focus on mental health**

The 2019 US Open champ is opting to spend a few extra months getting mentally and physically ready for the 2022 season.

15 minutes ago



**Yahoo Finance**

**Metaverse will disrupt human life — here are 7 companies that may win big**

Investing in the metaverse will be a key theme over the next decade, one analyst says. Here are seven companies that stand to cash in.

16 minutes ago



**Yahoo Finance Video**

**'Markets were already in the process of repricing' before Omicron, portfolio manager says**

Morgan Stanley Investment Management Fixed Income Portfolio Manager Jim Caron joins Yahoo Finance Live to discuss markets, the Fed, and what to expect in 2022.

19 minutes ago



**Ad • The Penny Hoarder**

**If You Have $1,000 in the Bank, Make These 4 Moves**

If you've got more than $1,000 in your checking account, you need to make these moves as fast as possible.



**Motley Fool**

**Why Booking Holdings Stock Shot Up 8% Today**

Shares of online travel booking giant Booking Holdings (NASDAQ: BKNG) were up 8% today as of 12:50 p.m. EST. The stock, like others that rely on vacation activity and business travel, has been whipsawed by news of the...

19 minutes ago

**Reuters**

**UPDATE 1-U.S. SEC charges dialysis provider, three former executives with revenue manipulation**

The U.S. Securities and Exchange Commission (SEC) on Monday charged dialysis provider American Renal Associates Holdings Inc and former senior executives with engaging in a revenue manipulation scheme. ARA improperly used certain revenue adjustments called "topsides" to boost its financial performance from 2017 through at least...

20 minutes ago

**Reuters**

**Sackler family says billions collected from Purdue not abuse of bankruptcy law**

Members of the Sackler family on Monday said billions of dollars they collected from Purdue Pharma before the company filed for Chapter 11 was the result of extra cash, not part of a "secret plan" to abuse the bankruptcy system. In court papers, lawyers for the Sackler family members, who controlled Purdue, rejected U.S. District Judge Colleen...

21 minutes ago

HOME   MAIL   NEWS   FINANCE   SPORT   ENTERTAINMENT   LIFESTYLE   WEATHER   TV   MORE...

Yahoo! finance

Search for news, symbols or companies

Sign in

Mail



GlobeNewswire

### SHAREHOLDER INVESTIGATION: Halper Sadeh LLP Investigates ROG, NPTN, CPLG, ABTX; Shareholders are Encouraged to ...

NEW YORK, Dec. 06, 2021 (GLOBE NEWSWIRE) -- Halper Sadeh LLP, a global investor rights law firm, announces it is investigating the following companies: Rogers Corporation (NYSE: ROG) concerning potential ...

22 minutes ago



GlobeNewswire

### CUMULUS MEDIA and Signal Hill Insights' Podcast Download – Fall 2021 Report Reveals Latest Podcast Trends

Podcast Advertising Reaches Young Cord Cutters Who Prefer Advertising-Free Video Streaming Spotify Is Now the Leading Podcast Listening Destination Women Represent the Majority of New Podcast Listeners ...

22 minutes ago



Good Housekeeping

### 70 Best Gifts for Mom That Are Perfect for the Woman Who Already Has Everything

These best gifts for mom are thoughtful, hand-picked, and unique, from Tory Burch jewelry to personalized items from Etsy, to prove to her that she raised you right. Since no one appreciates a sentimental gift quite like ...

24 minutes ago

# Attachment 17



AU   NZ   Asia   CA   US

NEWS   **SPECIALISATION**   EVENTS   BEST IN HR   RESOURCES   SUBSCRIBE   ☰

Search HRD 🔍

🏠  ·  Specialisation  ·  Employment law

# Tesla ordered to pay $137M to ex-worker over hostile environment

**Tesla addressed a recent ruling on an alleged toxic workplace**



BY Dexter Tilo  /  05 Oct 2021  /  Share

Tesla has addressed the verdict against their company, which ordered it to pay around $137 million to a former worker who alleged a toxic and racist workplace. A San Francisco federal court ruled that Tesla should pay former contract worker Owen Diaz after he suffered from a racist work environment, *CNBC* reported.

Diaz worked for the company as an elevator operator at the Fremont factory for nine months, from June 2015 to March 2016. He alleged that he and other Black workers were subjected to racial slurs from other employees, while racist drawings were left in his workplace. There were also some racially offensive graffiti in the company's restrooms, he alleged.

Diaz's case only moved forward because he was a contract worker of the company and was not mandated to sign the agreement, according to the CNBC.

**Read more:** [Tesla labour practices and Musk tweet broke the law, judge rules](#)

## Tesla's statement

Tesla attempted to downplay the findings of the court in a blog post uploaded on Monday, but they admitted that the company was not perfect and is growing from the time Diaz experienced discrimination.

Valerie Capers Workman, vice president, people at Tesla, stressed in a statement that Diaz never worked for the company and was a contract employee for Citistaff and nextSource. Diaz wrote complaints to his non-Tesla supervisors but did not make any mention of the racial slur

"The three times that Mr. Diaz did complain about harassment, Tesla stepped in and made sure responsive and timely action was taken by the staffing agencies: two contractors were fired and one was suspended," said Workman in the blogpost.

"We're still not perfect. But we have come a long way from five years ago. We continue to grow and improve in how we address employee concerns," she added. "The Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today."

According to Workman, Tesla now has an Employee Relations team that is tasked of investigating employee complains. It also has a Diversity, Equity, and Inclusion team to provide equal opportunities to excel.

"And Tesla now has a comprehensive Employee Handbook (replacing the Anti-Handbook Handbook) where all of our HR policies, employee protections, and ways to report issues are published in one easy-to-find online document," she said.

Workman said the company "strongly" believes that the facts do not justify the verdict reached, but it did not state whether it will appeal the ruling.

## Related stories

Tesla loses more executives amid Musk's deliveries push

Tesla replaces head of HR following allegations of unsafe working conditions

## Free newsletter

Enter your Email address here

SIGN UP

## Recent articles & video



**Coles Supermarkets under fire for allegedly underpaying $115m in...**



**The gift of financial wellness**



**Welcome to the future of digital media**



**Can I fire an employee for refusing to wear a facemask?**

## Most Read Articles

**Urgent national cabinet meeting called over growing Omicron crisis**

30 Nov 2021

**Preparing for Omicron: 6 steps for rolling out a vaccine mandate policy**

30 Nov 2021

**New Omicron cases recorded - HR professionals speculate on workplace impact**

02 Dec 2021

HRT   Companies   People   Newsletter

About us   Authors   Privacy Policy   Conditions of use   Contact us   RSS

# Attachment 18




**How to maximize duty savings with FTAs**

Although often overlooked, free trade agreements can offer both duty savings and sourcing stability

*Sponsored by* **Thomson Reuters**

**See More**

 

NEWSLETTER SIGNUP

IBT

DEC 07, 2:17 PM EST

Business   Technology   World   National   Politics   Media & Culture   Opinion   Sports   Luxury

U.S. Edition

---

# Sports

# US Jury Orders Tesla To Pay Ex-employee $137 Million Over Racism

*By* **AFP News**
10/05/21 AT 7:30 PM

      



A California verdict ordering Tesla to pay a Black former employee $137 million in damages for turning a blind eye to racism the man encountered at the firm's Silicon Valley auto plant is a resounding message to corporate America in the eyes of his attorney.

"They awarded an amount that could be a wake-up call for American corporations," civil rights attorney Larry Organ told AFP on Tuesday.

"Don't engage in racist conduct and don't allow racist conduct to continue."

Owen Diaz was hired through a staffing agency as an elevator operator at the electric vehicle-maker's Fremont factory between June 2015 and July 2016, where he was subjected to racist abuse and a hostile work environment, according to the court filing.

In his lawsuit filed in 2017, Diaz said African-American employees at the factory, where his son also worked, were regularly subjected to racist epithets and derogatory imagery.

Instead of a modern workplace, the plaintiffs "encountered a scene straight from the Jim Crow era," said the suit, originally filed by Diaz, his son Demetric and a third former employee.



**GSK-Medicago Announce Positive Results For Trial Covid Vaccine**

"Tesla's progressive image was a facade papering over its regressive, demeaning treatment of African-American employees," the court filing said.

Diaz alleged that, despite complaints to supervisors, Tesla took no action over the regular racist abuse.

The jury at the federal court in San Francisco on Monday awarded Diaz $130 million in punitive damages and $6.9 million for emotional distress, Organ confirmed.

"I knew all along Owen was telling the truth, I just had to prove it to eight strangers," he said, referring to the panel of jurors.

"Normal, everyday folks see through the BS that corporate America spins."

The lengthy legal battle pitted Organ's small civil rights law firm of six attorneys against a well-resourced adversary.



A US jury awarded a former Tesla employee $137 million over workplace racism at the electric car maker's Fremont plant    (Photo: GETTY IMAGES NORTH AMERICA / JUSTIN SULLIVAN)

Following the verdict, Tesla released a blog post by human resources vice president Valerie Capers Workman, which it said had been distributed to employees.

In her post, Workman downplayed the allegations of racist abuse in the lawsuit but acknowledged that at the time Diaz worked there, Tesla "was not perfect."

"In addition to Mr. Diaz, three other witnesses (all non-Tesla contract employees) testified at trial that they regularly heard racial slurs (including the n-word) on the Fremont factory floor," she wrote.

"While they all agreed that the use of the n-word was not appropriate in the workplace, they also agreed that most of the time they thought the language was used in a 'friendly' manner and usually by African-American colleagues."

Workman said Tesla had responded to Diaz's complaints, firing two contractors and suspending a third.

"Our whole theme was that Tesla was taking zero responsibility," Organ said.

"I think they are doing the same thing now: making excuses."

Workman stressed that Tesla had made changes since Diaz worked at the company, adding a diversity team and an employee relations team dedicated to investigating employee complaints.

"While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we recognize that in 2015 and 2016 we were not perfect," Workman said.

"We're still not perfect. But we have come a long way from 5 years ago. We continue to grow and improve in how we address employee concerns. Occasionally, we'll get it wrong, and when that happens we should be held accountable."

Tesla, a global leader in electric cars, has a market capitalization of around $780 billion. Its chief executive, tech entrepreneur Elon Musk, is the world's richest person, currently worth $211 billion, according to the Bloomberg Billionaires Index.

Copyright AFP. All rights reserved.

**PROMOTED CONTENT** 



These 2 Vegetables Will Kill Your Belly And Arm Fat Overnight!



It's Stronger Than Adderall And Taking California By Storm



Psoriatic Arthritis Indicators - Many May Wish They Had Seen Them



Need To Refinance? We're Here To Help

**JOIN THE DISCUSSION**



## Maximize duty savings

*Sponsored by* **Thomson Reuters**

Although often overlooked, free trade agreements can offer both duty savings and sourcing stability

**See More**

## MOST READ

**1** / Better.com CEO Fires 900 Workers On Zoom Video Call



**2** / Loopring For Beginners



**3** / More Than 234,000 Pounds Of Ham, Pepperoni Products Recalled Over Listeria Risk



**4** / US Announces Diplomatic Boycott of 2022 Beijing Winter Olympics



**5** / Israel Lays Down Law On Cyber Exports, After Pegasus Spy Scandal








## View our free trials

*Sponsored by* **Thomson Reuters**

Save time and gain confidence in compliance

**See More**



## LATEST NEWS

US Stocks Climb In Early Trading On Wall Street



GOP Lawmaker Resigns From Congress To Be Trump Media's CEO



Intel Says Plans To Take Car Tech Unit Mobileye Public



Musk Concernced About Declining Birth Rates



US Diplomatic Boycott: What Does It Mean For The Olympics?



# 65 Brilliant Stocking Stuffers

Here are 65 brilliant gift ideas that anyone will love



## Social Capital

### Trail Blazing CEOs
### Redefining Business Success



**Stu Sjouwerman**
KnowBe4



CEOs Who Saved The World By Taking Care Of People



**Kristin Groos Richmond**
Revolution Foods

Revolution Foods' Commitment To Diversity: Implementing Community Cultures We Serve In All We Do





THOMSON REUTERS

**Exporter's guide to ECN classification**

Here are 5 steps exporters can take to boost confidence in their ECN compliance

Learn more

THOMSON REUTERS

**5 steps for exporters**

5 steps for exporters

*Sponsored by* **Thomson Reuters**

Here are 5 steps exporters can take to boost confidence in their ECN compliance

See More

## International Business Times

  

**NEWS**

**FEATURED**

**ABOUT**

**EDITIONS**

**FOLLOW US**

© Copyright 2021 IBTimes LLC. All Rights Reserved.

Do Not Sell My Personal Information

# Attachment 19






DONATE

BUSINESS

# Tesla must pay $137 million to a Black employee who sued for racial discrimination

Updated October 5, 2021 · 1:56 PM ET

JOE HERNANDEZ

A former contract elevator operator at a Tesla factory said that instead of a "modern workplace," he found a "scene straight from the Jim Crow era."

*Justin Sullivan/Getty Images*

A federal jury in San Francisco has ordered Tesla to pay a former Black contractor $137 million over claims that he was subjected to racial discrimination at work.

Owen Diaz, who worked as a contract elevator operator at Tesla's factory in Fremont, Calif., from 2015 to 2016, said in his lawsuit that he and others were called the N-word

by Tesla employees, that he was told to "go back to Africa" and that employees drew racist and derogatory pictures that were left around the factory.

The suit said Diaz was excited to go to work for Tesla, but that instead of a "modern workplace," he found a "scene straight from the Jim Crow era."

## Diaz says nothing was done to stop it

Diaz said that he complained about the discriminatory treatment to Tesla and the contracting companies Citistaff and nextSource, but that nothing was ever done to stop it.

"I'm gratified that the jury saw the truth and that they sent a message to Tesla to clean up its workplace," Larry Organ, one of Diaz's attorneys, told NPR.

**Article continues after sponsor message**



The jury award included $130 million in punitive damages and $6.9 million in emotional damages, according to the verdict. Organ said he believed it was the largest award in a racial harassment case involving a single plaintiff in U.S. history.

"Owen and I both hope that this sends a message to corporate America to look at your workplace and, if there are problems there, take proactive measures to protect employees against racist conduct," Organ added. "It is happening, and we need to do something about it."

## Tesla says its workplace culture has "come a long way"

Valerie Capers Workman, Tesla's vice president of people, said in a statement on the automaker's website that witnesses at trial corroborated the fact that people used the N-word on the factory floor, but that those witnesses also said the word was often used

in a "friendly" manner. Workman said that Tesla followed up on Diaz's complaints, and that the staffing agencies fired two contractors and suspended another.

"While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we do recognize that in 2015 and 2016, we were not perfect. We're still not perfect. But we have come a long way from 5 years ago," Workman said.

"The Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today," she added.

tesla

# Sign Up For The Planet Money Newsletter

Just the right amount of economics, sent weekly.

| What's your email? | SUBSCRIBE |

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# More Stories From NPR

NATIONAL
**Every Michigan driver will get $400 for each vehicle they own, the state says**

BUSINESS
**SEC Chair Gary Gensler says tougher rules for hot, buzzy SPACs are coming soon**

POLITICS
**Why is the Biden administration increasing the cost of building houses?**

TECHNOLOGY
**Instagram unveils new teen safety tools ahead of Senate hearing**

BOOKS
**Working from home doesn't have to suck. Here's how 'Out Of Office' can be better**

MEDIA
**Fired CNN anchor Chris Cuomo steps away from his SiriusXM show**

# Popular on NPR.org

HEALTH

LAW
**Supreme Court considers whether to reverse Roe v. Wade**

TECHNOLOGY
**Criminal hackers are now going after phone lines, too**

ARTS & LIFE
**Kennedy Center honors creative excellence in the arts at annual gala**

HEALTH
**Pro-Trump counties now have far higher COVID death rates. Misinformation is to blame**

POLITICS
**Uyghur organizations applaud the U.S. diplomatic boycott of the Beijing Olympics**

# NPR Editors' Picks

AUTHOR INTERVIEWS
**Mel Brooks says his only regret as a comedian is the jokes he didn't tell**

MUSIC
**Olivia Rodrigo: Tiny Desk (Home) Concert**

WEATHER
**Hawaii remains under flood warnings as a 'kona low' storm continues to dump rain**

EUROPE
**Why Russia-Ukraine tensions have again reached a boiling point**

LAW
**Avoiding trial, a former hedge fund manager turns over $70 million in stolen antiques**

NATIONAL
**Charlottesville's statue of Robert E. Lee will soon be melted down into public art**

| READ & LISTEN | CONNECT |
|---|---|
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Arts & Life** | **Twitter** |
| **Music** | **Instagram** |
| **Podcasts & Shows** | **Press** |
| | **Contact & Help** |

| ABOUT NPR | GET INVOLVED |
|---|---|
| **Overview** | **Support Public Radio** |
| **Diversity** | **Sponsor NPR** |

**Ethics**

**Finances**

**Public Editor**

**Corrections**

**NPR Careers**

**NPR Shop**

**NPR Events**

**NPR Extra**

terms of use

privacy

your privacy choices

text only

© 2021 npr

# Attachment 20



NEWS   TESLA    SPACEX    ELON MUSK    MARKETPLACE



**NEWS**

# Tesla responds to $137M jury order over alleged racism in Fremont Factory

(CREDIT: JOE TEGTMEYER)



By **Simon Alvarez**

Posted on October 5, 2021

Tesla has issued a statement responding to a San Francisco jury's recent decision, which ordered the company to pay $137 million to a former contract employee who worked at the Fremont factory. The former worker, Owen Diaz, had accused the company of ignoring the racial abuse that he suffered through while working at the California-based plant around 2015 through 2016.

The jury's decision was related by Lawrence Organ, the plaintiff's lawyer from the California Civil Rights Law Group. "It's a great thing when one of the richest corporations in America has to have a reckoning of the abhorrent conditions at its factory for Black people," Organ stated. Tesla's lawyers have not issued a comment about the ruling as of writing.

SPONSORED CONTENT



## This Portable Heater Might Be The Least Expensive Heating For California Homes 

**By Alpha Heater**

Revolutionary portable heater quickly heats up any room using 30% less energy than regular heaters, and fits in your bag so you can take it anywhere!

The initial lawsuit alleged that Diaz, who worked as an elevator operator at the Fremont Factory for about a year in 2015 and 2016, was called a **racial slur by a supervisor** and other colleagues on a regular basis. The former employee also stated that other Fremont Factory workers had left derogatory cartoons depicting Black children around the facility.



## RECENT MOST POPULAR

NEWS


'Discriminatory' EV tax credit could bring Mexico-imposed tariffs

INVESTOR'S CORNER


Elon Musk's big Tesla (TSLA) selloff is about 60% complete

NEWS


After calling Teslas a "toy" years ago, Hyundai's belief in hydrogen is being tested

NEWS


Tesla officially brings closure to the Model Y's forgotten variant



## Tesla gets perfect equality rating for LGBTQ workers for 6th year in a row

The Human Rights Campaign Corporate Equality Index has awarded Tesla as one of 2021â€™s Best Places to Work for LGBTQ Equality. The award was posted on the HRCâ€™s recently-published Corporate Equality Index 2021, which rates workplaces on lesbian, gay, bisexual, transgender, and queer equality. The announcement was shared on Teslaâ€™s LinkedIn page, where the electric …

Continue reading

 TESLARATI



The jury deliberated for about four hours before agreeing that Tesla had created a hostile work environment by failing to address the racism being faced by Diaz. The jury agreed that a total amount of $137 million — comprised of $130 million worth of punitive damages and $6.9 million for emotional distress — was sufficient for the case. Tesla is expected to appeal the order.

In response to the jury's order, **Tesla's VP People Valerie Capers Workman** posted a blog post on the company's official website to explain some points about the case and the jury's $137 million order. Workman noted that Diaz, as well as three other witnesses, testified at the trial that they regularly heard racial slurs on the Fremont factory floor. Such comments, however, were usually used by African-American workers amongst themselves.

The VP also admitted that racist graffiti was indeed found in the Fremont Factory's bathrooms, which were, in turn, removed by janitorial staff. Workman added that Diaz had filed written complaints to his

NEWS
Tesla Superchargers
Network named as UK's best chargepoint provider


TO TOP



non-Tesla supervisors, which resulted in Tesla stepping in to address the reported issues. Two contractors were terminated and one was suspended as a result of the former contract worker's complaints. Diaz had reportedly noted that he was "very satisfied" with the results of the investigations.



## Tesla adopts straightforward and firm stance on employee language and respect

Tesla VP, People Valerie Capers Workman recently published a note for employees returning to the company's offices this month. The VP's message was clear: Tesla is very particular about how employees treat each other, and it will not tolerate any form of derogatory language or expressions. Workman explained that Tesla is committed to building a ... Continue reading

 TESLARATI                              

Ultimately, Workman stated that Tesla today is not the same as the Tesla that Diaz worked with back in 2015 and 2016. She also remarked that the company has rolled out a number of inclusivity programs designed to ensure that incidents such as those experienced by the former contract worker would not happen anymore. These include a set of **new behavior and language policies** that the company posted back in July, which explains how derogatory words — including those used among friends of the same race or gender — would no longer be allowed in Tesla.

"While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we do recognize that in 2015 and 2016 we



were not perfect. We're still not perfect. But we have come a long way from 5 years ago. We continue to grow and improve in how we address employee concerns. Occasionally, we'll get it wrong, and when that happens we should be held accountable.

"The Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today. Since then, Tesla has added an Employee Relations team, dedicated to investigating employee complaints. Tesla has added a Diversity, Equity & Inclusion team dedicated to ensuring that employees have the equal opportunity to excel at Tesla. And Tesla now has a comprehensive Employee Handbook (replacing the Anti-Handbook Handbook) where all of our HR policies, employee protections, and ways to report issues are published in one easy-to-find online document," Workman wrote.

Tesla's full statement on the $137 million jury order could be accessed here.

*Don't hesitate to contact us with news tips. Just send a message to tips@teslarati.com to give us a heads up.*

**SPONSORED CONTENT**



# Smartsheet is the platform for organizational achievement. See how.

**By Project-Management.com**

Smartsheet helps you focus on the work that matters most.


TO TOP

**65 Brilliant Stocking Stuffers**

Ad   TopCrate

**Tesla Roadst closed curtai Hawthorne D**

teslarati.com

**Worst Colleges In America**

Ad   Www.moneywise.com

**44 Insanely C**

Ad   TopNewDealsDaily

Sponsored

**Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick**

Capital One Shopping

**Doctor Tells: Do You Have Too Much Belly Fat? (Eat This Before Bed)**

Gundry MD

**This Secret IRS Loophole May Change Your Life**

go.dailystocktraders.com

**Here Are 23 of the Coolest Gifts for This 2021**

National Penny Gift Guide

**If You Have Toenail Fungus Try This Tonight (Genius!)**

Fungus Eliminator

**Lock in a Low Mortgage Rate Before They Go up**

NerdWallet NMLS ID# 1617539

**The Best Face Mask for Air Travel Out of California**

## What do you think?

26 Responses

    

Upvote   Funny   Love   Surprised   A

**Comments**   Community   🔒

1   Login ▾

♡ **Favorite**   🐦 Tweet   f Share

Sort by Best ▾

Join the discussion…

LOG IN WITH



-->




TO TOP

Copyright © TESLARATI. All rights reserved.

HOME    ABOUT US    CONTACT US
ADVERTISE WITH US    TERMS    PRIVACY