# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** January 19, 2022 | **Time:** 1 hr., 13 mins<br>2:32 p.m. to 3:45 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**   Lawrence A. Organ, Bernard Alexander, Michael Rubin, and Cimone A. Nunley

**Attorneys for Defendant:**   Daniel C. Posner and Kathleen M. Sullivan

**Deputy Clerk:** Jean Davis        **Court Reporter:** Debra Pas

## PROCEEDINGS

Hearing on post judgment motions conducted via videoconference.  Argument of counsel heard.  Motions taken under submission; written order to follow.