LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811
Attorneys for Plaintiffs DEMETRIC DI-AZ and OWEN DIAZ

KATHLEEN M. SULLIVAN (SBN 242261)
DANIEL C. POSNER (SBN 232009)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Defendant TESLA, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Orrick |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding Schedule for Plaintiff's Motion for Attorney's Fees.

**WHEREAS**, on October 19, 2021, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 307), which triggered the deadline for the parties to file various post-trial motions;

**WHEREAS**, Plaintiff intends to file a motion for attorney's fees and costs pursuant to 42 U.S.C. § 1988;

**WHEREAS**, Defendant filed motions under Federal Rules of Civil Procedure 50(b) and 59 (Dkt. 317);

**WHEREAS**, on April 13, 2022, the Court denied Defendant's Motion for Judgment as a Matter of Law, and conditionally denied Defendant's Motion for a New Trial subject to Diaz accepting a remittitur to $1.5 million in compensatory damages and $13.5 million in punitive damages (Dkt. 328);

**WHEREAS**, the Court gave Plaintiff 30 days to accept or reject the remittitur, and stated it would enter an amended judgment if Plaintiff accepts the remittitur (*id.*);

**WHEREAS**, based on a stipulation of the parties, the Court previously ordered (Dkt. 315) that Plaintiff must file any motion for attorney's fees "21 days after the date of the Court's entry of its order resolving Defendant's consolidated motion";

**WHEREAS**, the current deadline for Plaintiff to file his motion for attorney's fees, May 4, 2022, falls before his deadline to accept or reject the remittitur, May 13, 2022;

**WHEREAS**, if Plaintiff were to reject the remittitur, the filing of a motion for attorney's fees would be moot, and in any such motion for attorney's fees, Plaintiff may need to reveal certain work product by providing detailed accounts of his attorney's time, thereby potentially prejudicing him on any retrial of the case;

**WHEREAS**, the Parties have met and conferred and agree that the interests of judicial economy would be served by continuing Plaintiff's deadline to file his motion for attorney's fees until after his deadline to decide whether to accept the remittitur.

**NOW THEREFORE**, it is hereby stipulated, by and between the parties, that if Plaintiff accepts the remittitur, then any motion by Plaintiff to recover his attorney's fees pursuant to 42 U.S.C. § 1988 must be filed no later than 21 days after the Court's entry of an amended judgment.

**IT IS SO STIPULATED.**

CALIFORNIA CIVIL RIGHTS LAW GROUP

ALEXANDER MORRISON + FEHR LLP

DATED: April 22, 2022     By:     /s Lawrence A. Organ

Lawrence A. Organ, Esq.
Navruz Organ, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ

DATED: April 22, 2022     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     /s Daniel C. Posner
KATHLEEN M. SULLIVAN
DANIEL C. POSNER
Attorneys for Defendant
TESLA, INC.

**[PROPOSED] ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's deadline to file any motion for attorney's fees pursuant to 42 U.S.C. § 1988 shall be 21 days after entry of an anticipated amended judgment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. William H. Orrick

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: April 22, 2022       By:   /s Lawrence A. Organ
                                  LAWRENCE A. ORGAN
                                  NAVRUZ AVLONI
                                  J. BERNARD ALEXANDER
                                  CIMONE A. NUNLEY

                                  Attorneys for Plaintiff OWEN DIAZ