LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415)-453-7352
Facsimile: (415)-785-7352

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CERTIFY POST-TRIAL ORDER FOR INTERLOCUTORY REVIEW** |

Before the Court is Plaintiff's Motion to Certify Order for Interlocutory Appeal. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Certify Order for Interlocutory Appeal is hereby GRANTED. The Court's order of April 13, 2022 (Dkt. No. 328), is AMENDED, pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3), to state that the question of whether a district court reviewing a jury's award of emotional distress damages may base its determination of what constitutes the maximum amount supported by the evidence in material part upon a comparative analysis of emotional distress verdicts issued by other juries in other jurisdictions in prior cases involving somewhat similar facts, presents a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of this litigation.

**IT IS SO ORDERED.**

DATED: _____

_____
William Orrick III
United States District Court Judge