| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) <br> larry@civilrightsca.com <br> NAVRUZ AVLONI (SBN 279556) <br> navruz@civilrightsca.com <br> CIMONE A. NUNLEY (SBN 326915) <br> cimone@civilrightsca.com <br> **CALIFORNIA CIVIL RIGHTS LAW GROUP** <br> 332 San Anselmo Avenue <br> San Anselmo, California 94960 <br> Telephone:    (415)-453-7352 <br> Facsimile:    (415)-785-7352 | MICHAEL RUBIN (SBN 80618) <br> mrubin@altber.com <br> JONATHAN ROSENTHAL (SBN 329638) <br> jrosenthal@altber.com <br> **ALTSHULER BERZON LLP** <br> 177 Post Street, Suite 300 <br> San Francisco, California 94108 <br> Telephone:    (415) 421-7151 <br> Facsimile:    (415) 362-8064 |

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06748-WHO <br><br> **DECLARATION OF MICHAEL RUBIN IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR ACCEPTING OR REJECTING REMITTITUR PENDING REQUEST FOR INTERLOCUTORY REVIEW** |

# DECLARATION OF MICHAEL RUBIN

I, Michael Rubin, hereby declare:

1. I am a member of the California bar and one of the attorneys for Plaintiff Owen Diaz in this matter. I make this declaration in support of Plaintiff's Administrative Motion to Extend Deadline for Accepting or Rejecting Remittitur Pending Request for Interlocutory Review.

2. On May 2, 2022, I contacted Daniel Posner, counsel for Defendant Tesla, by telephone to inquire whether Tesla would stipulate to extend the deadline for Plaintiff to accept or reject the Court's remittitur until seven (7) days after final resolution of Plaintiff's request for interlocutory review of the Court's Post-Trial Order. Mr. Posner stated that he would confer with his client and colleagues.

3. On May 3, 2022, Mr. Posner contacted me and stated that his client and colleagues had not yet been able to consider Plaintiff's request. I informed him that given the time-sensitive nature of the administrative motion, Plaintiff would be filing the motion on May 4.

4. On the morning of May 4, 2022, Mr. Posner again contacted me and again stated that his client and counsel had still not indicated whether they oppose the administrative motion.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on this 4th day of May, 2022, at Berkeley, California.

                     */s/Michael Rubin*
                     Michael Rubin