LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:     (415)-785-7352

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:     (415) 362-8064

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:     (310) 394-0811

Attorneys for Plaintiff OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR ACCEPTING OR REJECTING REMITTITUR PENDING REQUEST FOR INTERLOCUTORY REVIEW** |

On April 13, 2022, this Court issued its Order on Post-Trial Motions, in which it denied Tesla's motion for judgment as a matter of law and granted in part and denied in part Tesla's motion for a new trial. *See* Dkt. No. 328. As relevant here, the Court denied Tesla's motion for a new trial but conditioned that denial on Plaintiff Owen Diaz's acceptance of a remittitur of total compensatory damages from $6.9 million to $1.5 million, and of punitive damages from $130 million to $13.5 million. *Id.* at 43. The Court stated that "Diaz shall file a notice on the docket within 30 days stating whether he accepts or rejects the remittitur (and a proposed amended judgment if he accepts it). At that point, I will, as appropriate, either enter an order granting a new trial on damages or enter a final, appealable order denying Tesla's motion and an amended judgment." *Id.* The 30-day deadline for accepting or rejecting the remittitur is May 13, 2022.

Plaintiff Owen Diaz has filed a motion requesting that the Court certify its Order on Post-Trial Motions for interlocutory review under 28 U.S.C. § 1292(b). To preserve the status quo and prevent Diaz's Section 1292(b) motion from becoming moot, the Court GRANTS Diaz's administrative motion to extend the 30-day deadline for accepting or rejecting the remittitur. The deadline is extended to seven (7) days after a final certification decision is made, i.e., until the later of: (1) this Court's denial of Plaintiff's motion for Section 1292(b) certification; (2) this Court's grant of certification and the Ninth Circuit's denial of certification; or (3) this Court's and the Ninth Circuit's grant of certification and a Ninth Circuit ruling affirming the Post-Trial Order or reversing it only in part.

**IT IS SO ORDERED.**

DATED: _____

William Orrick III
United States District Court Judge