LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:	(415)-453-7352
Facsimile:	(415)-785-7352

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:	(415) 421-7151
Facsimile:	(415) 362-8064

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:	(310) 394-0888
Facsimile:	(310) 394-0811

Attorneys for Plaintiff OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S NOTICE OF REJECTION OF REMITTITUR**<br><br>Judge: Hon. William H. Orrick |

On October 4, 2021, a federal jury awarded Plaintiff Owen Diaz $4.5 million in past non-economic damages, $2.4 million in future non-economic damages, and $130 million in punitive damages, for a total jury verdict of $136.9 million. (Dkt. No. 301) On November 16, 2021, Defendant Tesla, Inc. filed a motion seeking judgement as a matter of law or, in the alternative, a new trial. (Dkt. No. 317) On April 13, 2022, this Court conditionally denied Defendant's motion for new trial, based on Plaintiff Owen Diaz's acceptance of "a remittitur to $1.5 million in compensatory damages and $13.5 million in punitive damages." (Dkt. No. 328 at 43:14-15) The Court subsequently ordered Plaintiff to file a notice stating whether he would accept or reject the remittitur no later than June 21, 2022. (Dkt. No. 346 at 6:6-8)

Plaintiff hereby provides notice that he **REJECTS** the remittitur.

California Civil Rights Law Group

Alexander Morrison + Fehr LLP

Altshuler Berzon LLP

Dated:  June 21, 2022          /s/ Cimone A. Nunley
Lawrence A. Organ
Cimone A. Nunley

J. Bernard Alexander III

Michael Rubin
Jonathan Rosenthal

Attorneys for Plaintiff
   OWEN DIAZ

-1-

Case No. 3:17-cv-06748-WHO