UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 12, 2022 | **Time:** 18 minutes<br>1:58 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiffs:**   Lawrence Organ, Cimone Nunley, Michael Rubin, and Bernard Alexander, III

**Attorneys for Defendants:**   Daniel C. Posner, Kathleen Sullivan, and Asher Griffin

**Deputy Clerk:** Jean Davis                    **Court Reporter:**  Marla Knox

### PROCEEDINGS

Case Management Conference conducted via videoconference to set a trial schedule.  A settlement conference was previously conducted with the assistance of Magistrate Judge Ilman, and counsel may contact him to set an additional conference if it is agreed that this may be of value.

The anticipated scope of the new trial is discussed.  The Court expresses skepticism over the defendant's suggestion that liability be tried as well as damages in the new trial but agrees that there may be trial-related issues concerning the contemplated damages trial that need to be worked through.  The Court orders that trial counsel meet and confer over those issues and present their agreements and disputes in the Joint Case Management Statement preceding the next CMC.  Defendant is not precluded from filing a motion regarding the liability issues.

**Further Case Management Conference set for October 4, 2022, at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

**Pretrial Conference:**         **February 27, 2023, at 2:00 p.m.**
**Trial:**                       **March 27, 2023, at 8:30 a.m. by Jury**