UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN DIAZ                              ,

       Plaintiff(s),

   v.

TESLA, INC. DBA TESLA
MOTORS, INC.                          ,
       Defendant(s).

Case No. 3:17-cv-06748-WHO

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alex Spiro_____, an active member in good standing of the bar of

the State of New York_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Tesla, Inc._____ in the

above-entitled action. My local co-counsel in this case is Kathleen M. Sullivan_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 242261_____.

| | |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 51 Madison Avenue, 22nd Floor | 865 South Figueroa Street, 10th Floor |
| New York, NY 10010 | Los Angeles, CA 90017 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 849-7000 | (213) 443-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| alexspiro@quinnemanuel.com | kathleensullivan@quinnemanuel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 4656542_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: July 13, 2022 _____    Alex Spiro _____
                                     APPLICANT
5

6

7

8                ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Alex Spiro _____  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  __July 20, 2022_____

16

17                                     _____

18                                     UNITED STATES _____ JUDGE



19

20

21

22

23

24

25

26

27

28