UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** October 4, 2022 | **Time:** 2 minutes<br>2:14 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-06748-WHO | **Case Name:** Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**   Lawrence A. Organ and Michael Rubin
**Attorneys for Defendant:**   Kathleen M. Sullivan, Daniel C. Posner, and Asher Griffin

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Electronically recorded

PROCEEDINGS

Case Management Conference conducted via videoconference. The Court approves the parties' proposed schedule.

**Hearing on scope of retrial set for December 7, 2022 at 2:00 p.m.**

| | |
|---|---|
| **Exchange of Material:** | **January 30, 2023** |
| **Motions in Limine:** | **February 3, 2023** |
| **Proposed Jury Instructions, etc.:** | **February 8, 2023** |
| **Oppositions to Motions in Limine:** | **February 10, 2023** |
| **Joint Pretrial Statement:** | **February 13, 2023** |
| **Pretrial Conference:** | **February 27, 2023 at 2:00 p.m.** |
| **Trial:** | **March 27, 2023 at 8:30 a.m. by Jury** |