QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Kathleen M. Sullivan (CA Bar No. 242261)
  kathleensullivan@quinnemanuel.com
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION FOR NEW TRIAL ON LIABILITY AND DAMAGES** |
| vs. | |
| TESLA, INC. DBA TESLA MOTORS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

Now before the Court is Defendant Tesla, Inc. DBA Tesla Motors, Inc.'s ("Tesla") Motion for New Trial On Liability and Damages ("Motion").  Upon consideration of the papers filed in support of and in opposition to the Motion, this Court concludes as follows.

The issues of damages are not "so distinct and separable from [liability] that a trial of [them] alone may be had without injustice." *Gasoline Products Co. v. Champlin Refining Co.*, 283 U.S. 494, 500 (1931).   Accordingly, the Court grants a new trial as to liability and damages issues.

IT IS THEREFORE ORDERED that Tesla's motion for a new trial on liability and damages is GRANTED.

Dated: _____

The Honorable William H. Orrick
United States District Judge