| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Jean Perley | **2a. CONTACT PHONE NUMBER** (628) 201-7173 | **3. CONTACT EMAIL ADDRESS** jperley@altber.com |
| **1b. ATTORNEY NAME (if different)** Michael Rubin | **2b. ATTORNEY PHONE NUMBER** (415) 842-1906 | **3. ATTORNEY EMAIL ADDRESS** mrubin@altber.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Altshuler Berzon LLP
177 Post St., #300
San Francisco, CA  94108

**5. CASE NAME:** Diaz v. Tesla, Inc.

**6. CASE NUMBER:** 3:17-cv-06748

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND ☐ FTR**
Marla Knox

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/12/2022 | WHO | CMC | | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ◐ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**11. SIGNATURE** /s/Michael Rubin
**12. DATE** 10/27/2022