1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
     Daniel C. Posner (CA Bar No. 232009)
3    danposner@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
7    Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
8  300 W. 6th St., Suite 2010
   Austin, TX 78701
9  Telephone: (737) 667-6100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
11   Alex Spiro (appearance *pro hac vice*)
     alexspiro@quinnemanuel.com
12 51 Madison Ave., 22nd Floor
   New York, NY 10010
13 Telephone: (212) 849-7000

14 *Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **DECLARATION OF DANIEL C. POSNER IN SUPPORT OF DEFENDANT'S REPLY TO MOTION FOR A NEW TRIAL ON LIABILITY AND DAMAGES** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC., | |
| Defendant. | Hearing Date: December 7, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

# DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, hereby declare:

1. I am a member of the State Bar of California and of this Court and am counsel for Defendant Tesla in this matter. I have personal knowledge of the facts set forth in the declaration, and if called as a witness I could and would testify competently thereto.

2. I make this declaration in support of Defendant's Reply In Support of Motion for a New Trial on Liability and Damages

3. Attached hereto as Exhibit A is a true and correct copy of the transcript from the July 12, 2022 Case Management Conference in this matter with the relevant excerpts highlighted.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on this 18th day of November, 2022 in Los Angeles, California.

*/s/Daniel C. Posner*
Daniel C. Posner