UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: December 7, 2022 | Time: 20 minutes<br>8:57 a.m. to 9:17 a.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-06748-WHO | Case Name: Di-az v. Tesla, Inc. | |

**Attorneys for Plaintiff:**   Lawrence A. Organ, Michael Rubin, and Bernard Alexander
**Attorney for Defendant:**   Daniel C. Posner, Kathleen M. Sullivan, and Asher Griffin

**Deputy Clerk:** Jean Davis            **Court Reporter:** Marla Knox

PROCEEDINGS

Hearing on Motion for New Trial conducted via videoconference.  The Court advises that the motion is denied.  A written order will follow.

The Court returns to the issues raised in July: what evidence may be presented in the damages only trial?  To what extent may it deviate from the evidence presented at the first trial, other than eliminating liability issues no longer relevant?  Counsel heard briefly.  The Court orders that the lawyers have a robust discussion concerning the retrial and to present their areas of agreement and dispute in a Joint Case Management Statement filed by January 10, 2023, in advance of a Case Management Conference on January 17, 2023 at 2:00 p.m.

The Court confirms that the March 27, 2023 trial date is firm.