1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kathleen M. Sullivan (CA Bar No. 242261)
2    kathleensullivan@quinnemanuel.com
     Daniel C. Posner (CA Bar No. 232009)
3    danposner@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
7    Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
8  300 W. 6th St., Suite 2010
   Austin, TX 78701
9  Telephone: (737) 667-6100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
11   Alex Spiro (appearance *pro hac vice*)
     alexspiro@quinnemanuel.com
12 51 Madison Ave., 22nd Floor
   New York, NY 10010
13 Telephone: (212) 849-7000

14 *Attorneys for Defendant Tesla, Inc.*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **DEFENDANT TESLA INC.'S NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| TESLA, INC., et al., | **JUDGE**: Hon. William H. Orrick |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Mari Henderson of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant Tesla Inc.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone number are as follows:

> Mari Henderson (CA Bar No. 307693)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100

| | |
|---|---|
| DATED: January 13, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ Mari Henderson |
| | Mari Henderson (CA Bar No. 307693)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| | *Attorney for Defendant Tesla Inc.* |