1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kathleen M. Sullivan (CA Bar No. 242261)
2  kathleensullivan@quinnemanuel.com
   Daniel C. Posner (CA Bar No. 232009)
3  danposner@quinnemanuel.com
   Mari F. Henderson (CA Bar No. 307693)
4  marihenderson@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
8    Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
9  300 W. 6th St., Suite 2010
   Austin, TX 78701
10  Telephone: (737) 667-6100

11  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
12    Alex Spiro (appearance *pro hac vice*)
      alexspiro@quinnemanuel.com
13  51 Madison Ave., 22nd Floor
    New York, NY 10010
14  Telephone: (212) 849-7000

15  *Attorneys for Defendant Tesla, Inc.*

16

17            **UNITED STATES DISTRICT COURT**

18           **NORTHERN DISTRICT OF CALIFORNIA**

19              **SAN FRANCISCO DIVISION**

20

21  OWEN DIAZ,                              Case No. 3:17-cv-06748-WHO

22          Plaintiff,                      **DEFENDANT'S NOTICE OF LODGING OF PROPOSED JURY INSTRUCTIONS AND STATEMENT OF THE CASE**

23      v.

24  TESLA, INC. DBA TESLA MOTORS, INC.,     Hearing Date: January 17, 2023
                                            Time: 2:00 p.m.
25          Defendant.                      Place: Courtroom 2, 17th Floor
                                            Judge:  Hon. William H. Orrick
26

27

28

1

**DEFENDANT'S NOTICE OF LODGING**

2          In advance of the Case Management Conference scheduled for January 17, 2023, at 2 p.m.,

3   Defendant Tesla, Inc. hereby submits a proposed Statement of the Case and Jury Instructions,

4   attached hereto as Exhibits A and B, respectively.  For ease of review, Tesla further submits, as

5   Exhibits C and D hereto, redlined copies of these documents showing its edits to the versions of

6   these documents that Plaintiff Owen Diaz submitted as Exhibits A and B to the Joint Status Report

7   on Trial Issues, dated January 10, 2023 ("Joint Status Report," Dkt. 372).

8          As Tesla noted in the Joint Status Report, Tesla did not receive Plaintiff's proposed

9   Statement of the Case and Jury Instructions until the afternoon of January 6, and did not have an

10  opportunity to review and comment on them, or to meet and confer with Plaintiff about them,

11  before Plaintiff submitted them to the Court with the Joint Status Report.  Tesla continues to

12  believe it is premature for the Court to rule on the parties' disputes regarding the Statement of the

13  Case and Jury Instructions until after the parties have a further opportunity to meet and confer on

14  them so they may attempt to resolve as many of their disputes as possible without the need for

15  Court intervention.[1]  Nevertheless, given that Plaintiff submitted his proposed versions of these

16  documents to the Court, and to the extent the Court would like to discuss these documents at the

17  Status Conference on January 17, Tesla is hereby lodging its proposed versions so they may be

18  considered as part of any discussion.

19

20

21

22

23

24

25

---

26  [1]  The Court previously set a deadline of January 30, 2023 for the parties to exchange proposed jury instructions and the verdict form, with a deadline to file those documents on February 8,
27  2023.  The Court likewise previously set a deadline of February 13, 2023 for the parties to submit a proposed joint statement of the case.  Tesla believes these deadlines remain appropriate and will
28  continue to meet and confer with Plaintiff on these documents in advance of those deadlines.

1   DATED:  January 16, 2023            QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
2

3

4                                       By _____/s/ Daniel C. Posner_____
                                           Kathleen M. Sullivan
5                                          Daniel C. Posner
                                           Mari Henderson
6                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
7                                          865 S. Figueroa St., 10th Floor
                                           Los Angeles, California 90017
8                                          Telephone: (213) 443-3000

9
                                           Asher Griffin (appearance *pro hac vice*)
10                                         ashergriffin@quinnemanuel.com
                                           300 W. 6th St., Suite 2010
11                                         Austin, TX 78701
                                           Telephone: (737) 667-6100
12
                                           Alex Spiro (appearance *pro hac vice*)
13                                         alexspiro@quinnemanuel.com
                                           51 Madison Ave., 22nd Floor
14                                         New York, NY 10010
                                           Telephone: (212) 849-7000
15                                         Facsimile: (213) 443-3100

16                                         *Attorneys for Defendant Tesla, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28