AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Demetric Di-az, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-06748-WHO |
| Tesla, Inc. dba Tesla Motors, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Owen Diaz .

Date: 02/01/2023

/s/ Marqui Hood
*Attorney's signature*

Marqui Hood (SBN 214718)
*Printed name and bar number*

California Civil Rights Law Group
332 San Anselmo Ave.
San Anselmo, CA 94960
*Address*

marqui@civilrightsca.com
*E-mail address*

(415) 453-4740
*Telephone number*

(415) 785-7352
*FAX number*