LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW
GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

Attorneys for Plaintiff OWEN DIAZ

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>            Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF CIMONE NUNLEY IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE NOS. 1-9** |

I, CIMONE A. NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California.  I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action.  I submit this Declaration in support of Plaintiff's Motions *in Limine*.  I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto as Exhibit 1 are true and correct excerpts from the deposition of Annalisa Heisen in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of correspondence between myself and counsel for Defendant, Dan Posner, dated January 26, 2023.

4. Attached hereto as Exhibit 3 is a proposed demonstrative from Plaintiff's economic expert, Charles Mahla, prepared and provided to Defendant in advance of the original trial in this matter.

5. Attached hereto as Exhibit 4 is a true and correct copy of Trial Exhibit 139 from the original trial in this matter.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2023 in San Anselmo, California.


Dated:   February 3, 2023                     **CALIFORNIA CIVIL RIGHTS LAW GROUP**
**ALEXANDER MORRISON + FEHR LLP**
**ALTSHULER BERZON LLP**

_____/s/ Cimone A. Nunley_____
Lawrence A. Organ
Cimone A. Nunley
J. Bernard Alexander III
Michael Rubin
Jonathan Rosenthal
Attorneys for Plaintiff
OWEN DIAZ

DECLARATION OF CIMONE NUNLEY ISO PLAINTIFF'S MOTIONS *IN LIMINE*