# Exhibit 3

# Tesla, Inc. – Selected Financials

|  | Quarter Ending 6/30/2019 | Quarter Ending 6/30/2021 |
|---|---|---|
| A. Total Revenues | $6.3 billion | $12.0 billion |
| B. Net Income | -$408 million | $1.1 billion |
| C. Cash and Cash Equivalents | $5.0 billion | $16.2 billion |
| D. Total Assets | $31.9 billion | $55.1 billion |
| E. Market Capitalization[1] | $45.8 billion | $642.8 billion |
| F. Fortune 500 Ranking | 144 | 100 |

[1] Market capitalization is calculated based on 179,127,239 shares outstanding as of July 22, 2019 (at a price of $255.68 per share); and 990,015,158 shares outstanding as of July 22, 2021 (at a price of $649.26 per share). See Yahoo Finance, https://finance.yahoo.com/.

Source: Tesla, Inc. Form 10-Q, periods ending 6/30/2019 and 6/30/2021.



1