# Exhibit 4

1   LAWRENCE A. ORGAN (SBN 175503)
    larry@civilrightsca.com
2   NAVRUZ AVLONI (SBN 279556)
    navruz@civilrightsca.com
3   CIMONE A. NUNLEY (SBN 326915)
    cimone@civilrightsca.com
4   **CALIFORNIA CIVIL RIGHTS LAW GROUP**
5   332 San Anselmo Avenue
    San Anselmo, California 94960
6   Telephone:    (415) 453-7352
7   Facsimile:    (415) 785-7352
8
    J. Bernard Alexander (SBN 128307)
9   balexander@amfllp.com
    **ALEXANDER MORRISON + FEHR LLP**
10  1900 Avenue of the Stars, Suite 900
    Los Angeles, California 90067
11  Telephone:    (310) 394-0888
12  Facsimile:    (310) 394-0811
13
    Attorneys for Plaintiffs,
14  DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 139
CASE NO. 3:17-CV-06748-WHO
DATE ENTERED _____
BY _____
DEPUTY CLERK

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**DESIGNATION OF TESTIMONY PRESENTED BY VIDEO OF ANNALISA HEISEN**<br><br>Trial Date: September 24, 2021<br>Complaint filed: October 16, 2017 |

To ensure a complete record, Plaintiff Owen Diaz provides the following deposition testimony from Annalisa Heisen which was presented by video to the jury on October 1, 2021.

1                              Case No. 3:17-cv-06748-WHO
DESIGNATION OF TESTIMONY PRESENTED BY VIDEO OF ANNALISA HEISEN

**Marconi, Erin 05/29/2019, Volume 1**

| # | Lines | Deposition Excerpt |
|---|---|---|
| 1. | 8:10-12 | 10 MR. ORGAN: Q. Good morning. Could you<br>11 please state your full name for the record.<br>12 A. Annalisa Heisen. |
| 2. | 8:15-19 | 15 Q. Okay. And what's your--you currently work<br>16 for Tesla; is that right?<br>17 A. Correct.<br>18 Q. What's your current position there?<br>19 A. I'm a senior employee relations partner. |
| 3. | 26:7-27:6 | 7 Q. Okay. And is it true that Tesla human<br>8 resources will investigate any claim of discrimination<br>9 or harassment that is brought to its attention<br>10 relative to conduct at the factory?<br>11 A. We have a standard that an investigation will<br>12 be conducted. Whether a Tesla HR partner conducts<br>13 that or otherwise, depends case to case.<br>14 Q. What are the factors as to determining<br>15 whether a Tesla HR partner will conduct the<br>16 investigation or not?<br>17 A. One factor would be who's involved, who<br>18 complained.<br>19 Q. And why does that matter?<br>20 A. We have different employment statuses for<br>21 individuals on-site.<br>22 Q. What are the different employment statuses<br>23 for individuals who work at the Fremont factory?<br>24 A. I don't have an exhaustive list of types of<br>25 roles.<br>1 Q. What are the ones you remember?<br>2 A. General direct-hire employees, contractors,<br>3 temporary employees.<br>4 Q. Any other categories you can think of?<br>5 A. We occasionally have vendors visit the<br>6 property. |
| 4. | 26:22-27:03 | 22 Q: What are the different employment statuses<br>23 for individuals who work at the Fremont factory<br>24 A: I don't have an exhaustive list of types of<br>25 roles.<br>1 Q: What are the ones you remember?<br>2 A: General direct-hire employees, contractors,<br>3 temporary employees |

| | | |
|---|---|---|
| 5. | 28:4-15 | 4 Q. But in terms of a different classification of<br>5 production associate, in terms of job duties, you're<br>6 not aware of any specific differences between the job<br>7 duties of production associates who are general direct<br>8 hires, versus contractors; is that correct?<br>9 A. I'm not aware of specific differences in that<br>10 production associate role.<br>11 Q. And the production associates work throughout<br>12 the factory; is that correct, throughout the Fremont<br>13 factory?<br>14 A. They work in different departments, different<br>15 areas in the factory, under that same title. |
| 6. | 27:21-28:3 | 21 Q. In terms of the job duties that -- for<br>22 production associates who are contractors versus<br>23 general direct-hire employees, is there a functional<br>24 difference between what those different employees do,<br>25 the contractors versus the general direct hires who<br>1 are production associates?<br>2 A. I would assume that that varies between<br>3 departments. |
| 7. | 29:9-18 | 9 Q. How about this: In terms of Tesla's policies<br>10 on discrimination or harassment, those policies apply<br>11 to ever worker in the factory; correct?<br>12 A. We have an expectation that everyone working<br>13 in that factory location are meeting those standards<br>14 of that policy.<br>15 Q. Okay. And that's true whether an employee is<br>16 a general direct-hire employee or whether they're a<br>17 contractor or a vendor; correct?<br>18 A. Correct. The expectation is the same. |
| 8. | 33:4-8 | 4 Q. Well, you understand that you're testifying<br>5 today as the person most knowledgeable on the policies<br>6 and procedures related to race harassment in effect<br>7 from 2014 to present; right? You understand that?<br>8 A. Correct. |
| 9. | 31:5-12;<br>31:15-16 | 5 Q. You would agree that under the policies that<br>6 Tesla has, the antidiscrimination policies, that every<br>7 employee has a duty to try and prevent harassment<br>8 based on race from occurring; right?<br>9 A. Yeah, the policy states as much.<br>10 Q. And similarly, pursuant to Tesla's policies,<br>11 every contractor employee has a duty to prevent<br>12 harassment based on race from occurring; right?<br><br>15 THE WITNESS: Yes, the expectation is the<br>16 same. |

| | | |
|---|---|---|
| 10. | 53:4-13 | 4 Q. In terms of "stupid stuff," that part of<br>5 Exhibit 5, that applies to all employees, whether<br>6 they're regular employees or contractors, right, at<br>7 the Tesla factory?<br>8 A. My understanding is that there's an<br>9 expectation that both contractors and employees would<br>10 adhere to it.<br>11 Q. Would adhere to that part of the policy;<br>12 correct?<br>13 A. Correct. |
| 11. | 72:3-7;<br>73:10-14;<br>73:16-18 | 3 MR. ORGAN: Q. Okay. Let's go through<br>4 Exhibit 150.<br>5 Now, as to this policy, the antiharassment<br>6 and discrimination policy, this policy would apply to<br>7 all workers at the Tesla factory; correct?<br><br>10 THE WITNESS: There's an expectation that<br>11 employees at Tesla as well as contractors and other<br>12 people on-site are in compliance with the policy.<br>13 MR. ORGAN: Q. So Exhibit 150 does apply to<br>14 both contractors and regular employees, then; right?<br><br>16 THE WITNESS: There's an expectation that<br>17 both of those categories of workers would be in<br>18 compliance with those articulated. |
| 12. | 87:9-88:5 | 9 Q. In terms of the training, we talked a little<br>10 bit about training before we broke for lunch, but in<br>11 terms of training of Tesla's contract workers, is<br>12 there any specific training that Tesla does with the<br>13 contract workers to inform them of Tesla's<br>14 antiharassment or discrimination policy?<br>15 A. My understanding is that --so agencies will<br>16 do their own new-hire orientation for their<br>17 contractors or employees, and then contractors will go<br>18 through something that Tesla has called "Manufacturing<br>19 Essentials," and in that, my understanding is that<br>20 they cover Tesla's antiharassment and discrimination<br>21 policy.<br>22 Q. Okay. So if I have this right, Tesla's<br>23 antiharassment and discrimination policies are covered<br>24 in a training session entitled "Manufacturing<br>25 Essentials"; is that correct?<br>1 A. That's my understanding.<br>2 Q. How long does the Manufacturing Essentials<br>3 training last?<br>4 A. Overall, I believe it's two days, covering a<br>5 wide variety of topics. The policy is one of them. |

| | | |
|---|---|---|
| 13. | 75:17-76:3; 76:8-17 | 17 MR ORGAN: Q. What steps does Tesla take to<br>18 ensure that contractors who come into and work in the<br>19 Tesla factory in Fremont have training relative to the<br>20 topic of antiharassment and discrimination?<br>21 A. We have an expectation that agencies are<br>22 training on antiharassment and discrimination.<br>23 Q. And what is that expectation based on?<br>24 A. That they're legally compliant.<br>25 Q. In terms of Tesla's expectation, is there an<br>1 expectation that contract employees who work at the<br>2 Fremont factory are trained on Tesla's antiharassment<br>3 and discrimination policies or their equivalent?<br><br>8 THE WITNESS: What do you mean by<br>9 "equivalent"?<br>10 MR ORGAN: Q. Well, Tesla doesn't provide a<br>11 copy of its antiharassment and discrimination policy<br>12 to contract workers; is that true?<br>13 A. It is available to contract workers.<br>14 Q. So contract workers have access to Tesla's<br>15 antiharassment and discrimination policy; is that<br>16 right?<br>17 A. That is correct. |
| 14. | 76:18-22 | 18 Q. And so at least in terms of Tesla's<br>19 expectations, Tesla's expectations are that even<br>20 contract workers should be aware of Tesla's<br>21 antiharassment and discrimination policy; correct?<br>22 A. That's my understanding. |
| 15. | 77:7-17 | 7 "QUESTION: And in terms of -- there are some<br>8 reporting and investigation procedures in Exhibit 150,<br>9 if you look down at the bottom of the page, and then<br>10 over to the second page of Exhibit 150. Those<br>11 reporting and/or investigation principles would still<br>12 apply to employees who are contractors working at the<br>13 Tesla factory; correct?")<br>14 THE WITNESS: I don't have visibility into<br>15 what the agencies advise their contractors, as far as<br>16 reporting is concerned. Those guidelines may be<br>17 different, agency to agency. |
| 16. | 78:11-15 | 11 Q. And so that employee of Tesla would have to<br>12 then take some action once they get information about<br>13 discrimination or harassment in the workplace;<br>14 correct?<br>15 A. That's the expectation. |

| | | |
|---|---|---|
| 17. | 79:7-15 | 7 Q. So if a Tesla employee gets information about<br>8 harassing conduct based on race in the factory, that's<br>9 occurring in the factory, regardless of how they get<br>10 that information, they then have a reporting duty, in<br>11 terms of either providing that information to a<br>12 higher-level manager or sending it to HR; is that<br>13 true?<br>14 A. There's an expectation of that, as it's<br>15 articulated in the policy. |
| 18. | 81:6-<br>81:12 | 6 Q. Any information relative to a complaint of<br>7 harassment based on race at the Tesla factory, that's<br>8 investigated by HR, Tesla's HR, if it's brought to<br>9 Tesla HR attention; correct?<br>10 A. It depends.<br>11 Q. What does it depend on?<br>12 A. Who's involved in the complaint. |
| 19. | 81:14-16;<br>81:19-21: | 14 So what if you have a complaint that involves<br>15 different contractors at the factory, how would you go<br>16 about investigating that?<br><br>19 THE WITNESS: It's case by case, given what<br>20 information is presented in the complaint and who's<br>21 involved. |
| 20. | 82:13-20 | 13 Q. Tesla has an obligation to the people who<br>14 work at the Fremont factory to ensure that they are in<br>15 a workplace free from harassment based on race; right?<br>16 A. Correct.<br>17 Q. And that's regardless of whether the person<br>18 working there is an employee or a contractor, right,<br>19 that obligation? |
| 21. | 82:21-25;<br>83:3-6 | 21 Q. So in terms of ensuring that workers at the<br>22 Tesla factory are not subject to harassment based on<br>23 race, how does Tesla's HR department ensure that that<br>24 is the case, if they are delegating investigation<br>25 processes to non-Tesla employees?<br><br>3 THE WITNESS: There's still an expectation<br>4 that these types of concerns that are brought forward<br>5 will be investigated, but it depends case by case as<br>6 to how that's approached. |
| 22. | 83:19-21;<br>83:24-25 | 19 Q. There are no written procedures that Tesla<br>20 has for coordinating investigations of allegations of<br>21 harassment based on race?<br><br>24 THE WITNESS: Not that outline step by step<br>25 for each of these cases. |

| | | |
|---|---|---|
| 23. | 83:11-18 | 11 Q. In terms of Tesla's efforts to ensure that it<br>12 has a workplace free from harassment based on race,<br>13 are there any kind of procedures that Tesla has<br>14 adopted for coordinating investigations into<br>15 allegations of harassment based on race?<br>16 A. It depends on the case. It varies widely.<br>17 There's not one fixed method that we address that<br>18 with. |
| 24. | 85:10-21 | 10 Q. How does Tesla ensure that Tesla employees<br>11 working at the Tesla factory are protected against<br>12 harassing conduct by contractors who are also working<br>13 at the Fremont factory?<br>14 A. When the concern is brought about a<br>15 contractor's behavior?<br>16 Q. Yes.<br>17 A. If we're informed and made aware of the<br>18 issue -- depends on the specific circumstances – we<br>19 would either ourselves follow up and collaborating<br>20 with them. There are circumstances that might fall<br>21 outside of that. It depends, but that's one way. |
| 25. | 86:7-11;<br>86:14-20 | 7 MR ORGAN: Q. And what about in the<br>8 situation where the -- assume that the harasser is a<br>9 supervisor working for a contract agency, harassing<br>10 another contract employee at the Tesla factory.<br>11 What's Tesla's role relative to that?<br><br>14 THE WITNESS: So effectively, if both parties<br>15 are contractors, if they're either from the same<br>16 agency or separate agencies, whichever agency<br>17 representative would need to be looped in, you know,<br>18 during that process, Tesla would contact them, and<br>19 they would collaborate with them to determine what<br>20 next steps needed to be taken for investigation. |

| | | |
|---|---|---|
| 26. | 101:5-22 | 5 MR. ORGAN: Q. I'm going to show you what's<br>6 going — this will be 153.<br>7 Exhibit 153, for the record, is a<br>8 multiple-page document Bates-stamped Tesla 863 through<br>9 878. And it appears to be some training relative to<br>10 Ramon Martinez.<br>11 Have you seen this document before?<br>12 A. Yes, I believe so.<br>13 Q. And this shows - if you look at Tesla 867,<br>14 this shows "I agree" references to some Tesla<br>15 policies; correct?<br>16 A. Correct.<br>17 Q. Would this indicate to you that Mr. Martinez<br>18 was on-boarded as an employee sometime on or after<br>19 April 20th of 2017?<br>20 A. I would say that it's possible, based on<br>21 these documents, that he was on-boarded as a Tesla<br>22 direct employee. |
| 27. | 111:5-9;<br>111:12-14;<br>111:18-<br>112:2;<br>112:4-7 | P.111<br>5. Q. And then Mr. Owen Diaz also says … he said<br>6 "It's not the first time that Ramon Martinez has" — I<br>7 think "has been talked about his behavior," "has been<br>8 talked to about his behavior."<br>9 Is that your understanding?<br><br>12 MR. ORGAN: Q. You understood that Mr. Diaz<br>13 was complaining that the behavior towards Mr. Diaz was<br>14 getting worse; right?<br><br>18 THE WITNESS: He makes the statement here<br>19 towards the end of the document. Owen alleges that<br>20 his behavior is getting worse.<br>21 MR. ORGAN: Q. "His behavior," being<br>22 Mr. Martinez, is getting worse.<br>23 A. Yeah, yeah, Martinez.<br>24 Q. That is all something you would have<br>25 expected, the Tesla HR person who got involved, to<br>P. 112<br>1 take into account when looking into Mr. Diaz's<br>2 complaint; correct?<br><br>4 THE WITNESS: I could say that I would<br>5 imagine that those items would be taken into account<br>6 during an investigation, depending on whether it's the<br>7 Tesla HR person who conducted it or not. |

| # | Cite | Testimony |
|---|---|---|
| 28. | 112:8-18 | 8 MR. ORGAN: Q. What does Tesla do to make  9 sure that its contractor organizations do a thorough  10 and effective investigation?  11 A. In general, when these complaints come to  12 Tesla's attention — these complaints being harassment  13 and discrimination complaints — if they involve  14 contractors, we expect that the Tesla HR person is in  15 communication with the agency. So even if they're not  16 the ones conducting the investigation, they're making  17 sure that the issue is resolved by collaborating with  18 the agency. |
| 29. | 112:19-113:3 | 19 Q. And what is the typical way that Tesla HR  20 communicates with the contract agencies?  21 A. What do you mean by "way"?  22 Q. Like email, is that the typical way --  23 A. Email is one way. Phone, in person.  24 Q. If there are in-person communications, do HR  25 people typically take notes of those interactions with  1 the contracting agencies relative to an investigation?  2 A. Some may. There's not an articulated  3 standard on that. Some do. |
| 30. | 114:18-115:3 | P. 114  18 Do you know whether or not any diversity  19 training took place?  20 A. Sorry, at the top of what?  21 Q. First page of Exhibit 39. The very top, last  22 sentence in the email from Victor Quintero to Wayne  23 Jackson.  24 A. And what was your question?  25 Q. Whether or not you're aware of any diversity  P. 115  1 training that took place for Ramon Martinez at this  2 time in the 2016 time period.  3 A. At this time, I'm not sure. |
| 31. | 120:2-4 | 120:2-4 2 Q. Do you know it anybody else was interviewed,  3 other than Ramon Martinez and Owen Diaz?  4 A. I'm not aware of any additional interviews. |
| 32. | 122:12-21 | 12 Q. But in terms of, let's say, with respect to  13 Mr. Diaz, if you go back to his complaint email, which  14 is in Exhibit 39, he references additional behavior or  15 other behavior by Ramon Martinez; right?  16 A. Correct.  17 Q. So certainly, a thorough investigation would  18 want to look into what he meant by what additional  19 behavior he's complaining about; right?  20 A. That's a question — or a line of questioning  21 that you might ask. |

| | | |
|---|---|---|
| 33. | 131:6-8 | 6 Q. Judy Timbreza, was that a Tesla employee, or<br>7 was Judy Timbreza a contract employee?<br>8 A. A contract employee. |
| 34. | 132:11-14 | 11 Q. And does Tesla provide its managers with<br>12 training on how to conduct an investigation into<br>13 complaints of race harassment?<br>14 A. Not a standardized training. |
| 35. | 148:5-16 | 5 And similarly, if a contract employee who's<br>6 working at the Tesla factory wanted to complain about<br>7 harassing conduct, they could also complain to their<br>8 lead supervisor manager or HR; is that true?<br>9 A. The staffing agencies' HR and other people<br>10 employed through there, they would be able to speak<br>11 with them or Tesla staff, or the agency.<br>12 Q. Actually, a contract employee has more<br>13 avenues to complain, because they can complain either<br>14 to their own staffing agency or to Tesla supervisors,<br>15 managers, or HR people; true?<br>16 A. That's correct. |
| 36. | 148:17-23 | 17 Q. Now, in terms of steps that Tesla has taken<br>18 to prevent the use of the "N" word at the Fremont<br>19 factory, are you aware of any steps that Tesla has<br>20 taken specifically to address that term?<br>21 MS. JENG: Objection; lacks foundation.<br>22 THE WITNESS: Not solely for the purpose of<br>23 addressing that term. |
| 37. | 155:5-13 | 5 Q. And certainly, use of the "N" word in any<br>6 form would violate Tesla's antiharassment policy;<br>7 right?<br>8 A. If it was found to be substantiated, then it<br>9 would potentially violate the policy, yes.<br>10 Q. Can you think of an instance where use of the<br>11 "N" word in the Tesla factory would not violate<br>12 Tesla's antiharassment policy?<br>13 A. Not specifically, no. |

| | | |
|---|---|---|
| 38. | 150:21-151:5; 151:8-9 | 21 MR ORGAN: Q. When you say Tesla takes<br>22 allegations of use of the "N" word seriously, what do<br>23 you mean by that?<br>24 A. That if that allegation was substantiated, I<br>25 don't see a circumstance where we wouldn't follow up<br>1 on that with disciplinary action.<br>2 Q. And if someone were to have used the "N"<br>3 word, or there was evidence that showed that someone<br>4 had used the "N" word in the workplace, that would be<br>5 a basis for immediate termination; is that true?<br><br>8 THE WITNESS: That's one potential outcome,<br>9 yes. |
| 39. | 99:11-21 | 11 MR ORGAN: Q. And what steps, if any, did<br>12 Tesla take to ensure that supervisors who were working<br>13 at the Fremont factory, who were not regular Tesla<br>14 employees but were contractors, that they received<br>15 adequate training on the issue of harassment?<br>16 A. There's an expectation that Tesla has for<br>17 agencies. I mean, it's a legal compliance issue, as<br>18 far as making sure that these courses are being<br>19 administered, so we would expect that agencies, for<br>20 their employees, would be conducting a similar type<br>21 of, if not the same training. |

DATED:  October 3, 2021

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

By: /s/ Lawrence Organ
Lawrence A. Organ, Esq.
Navruz Avloni, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Attorneys for Plaintiff OWEN DIAZ