1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (appearance *pro hac vice*)
2    alexspiro@quinnemanuel.com
   51 Madison Ave., 22nd Floor
3  New York, NY 10010
   Telephone: (212) 849-7000
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    Daniel C. Posner (CA Bar No. 232009)
     danposner@quinnemanuel.com
6    Mari F. Henderson (CA Bar No. 307693)
     marihenderson@quinnemanuel.com
7  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
8  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
9
   QUINN EMANUEL URQUHART
10 &SULLIVAN, LLP
     Asher Griffin (appearance *pro hac vice*)
11   ashergriffin@quinnemanuel.com
   300 W. 6th St., Suite 2010
12 Austin, TX 78701
   Telephone: (737) 667-6100
13
   *Attorneys for Defendant Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>            Plaintiff,<br><br>    v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>            Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF WITHDRAWAL OF MOTION AND ERRATA RE: ADMINISTRATIVE MOTION (DKT. 383)**<br><br>Hearing Date: February 27, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant Tesla, Inc. ("Tesla") hereby withdraws its Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"), filed on February 4, 2023 (Dkt. 383). Tesla further respectfully submits this Notice of Errata regarding the Administrative Motion.

In the Administrative Motion, Tesla stated that the deposition testimony of Plaintiff Owen Diaz that was included in Exhibit C to the Declaration of Daniel C. Posner in Support of Tesla's Motions *in Limine* (Dkt. 381-1) was designated confidential by counsel for Mr. Diaz. Tesla has subsequently learned that the designation was made by prior counsel for Tesla. In light of the previous trial, the portions of Mr. Diaz's testimony included in Dkt. 381-1 and discussed in Tesla's Motions *in Limine* (Dkt. 381) at page 4, lines 16-17, 19-20, no longer need to remain confidential. The previously sealed Exhibit C to the Posner Declaration (Dkt. 381-1) and redacted Motions *in Limine* (Dkt. 381) can be filed on the public record, unsealed and unredacted. Tesla therefore withdraws its Administrative Motion and its request to file the contents of Exhibit C under seal.

DATED: February 6, 2023

By: */s/ Daniel C. Posner*
Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (213) 443-3100

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*