1  LAWRENCE A. ORGAN (SBN 175503)
   larry@civilrightsca.com
2  MARQUI HOOD (SBN214718)
   marqui@civilrightsca.com
3  CIMONE A. NUNLEY (SBN 326915)
   cimone@civilrightsca.com
4  **CALIFORNIA CIVIL RIGHTS LAW**
5  **GROUP**
   332 San Anselmo Avenue
6  San Anselmo, California 94960
   Telephone:    (415)-453-7352
7  Facsimile:    (415)-785-7352
8
   J. BERNARD ALEXANDER (SBN 128307)
9  **ALEXANDER MORRISON + FEHR LLP**
   1900 Avenue of the Stars, Suite 900
10 Los Angeles, California 90067
   Telephone:    (310) 394-0888
11 Facsimile:    (310) 394-0811
12
   MICHAEL RUBIN (SBN 80618)
13 mrubin@altber.com
   JONATHAN ROSENTHAL (SBN 329638)
14 jrosenthal@altber.com
   **ALTSHULER BERZON LLP**
15 177 Post Street, Suite 300
16 San Francisco, California 94108
   Telephone:    (415) 421-7151
17 Facsimile:    (415) 362-8064
18
   *Attorneys for Plaintiff Owen Diaz*

ALEX SPIRO (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

DANIEL C. POSNER (SBN 232009)
danposner@quinnemanuel.com
MARI F. HENDERSON (SBN 307693)
marihenderson@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

ASHER GRIFFIN (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OWEN DIAZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.,<br><br>            Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PARTIES' JOINT WITNESS LIST**<br><br>Pretrial Conference: February 27, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>Trial: March 27, 2023<br>Complaint Filed: October 16, 2017 |

The parties intend to call the following witnesses live:

| Witness | Plaintiff Time Estimate (hours) | Defense Time Estimate | Designating Party | Testimony Description |
|---|---|---|---|---|
| Joyce Delagrande[1] | 20 min. | 25 min. | Defendant | Plaintiff: Testimony regarding Owen Diaz's work performance at Tesla subject to Plaintiff's in limine; her failure to act on and address Mr. Diaz's complaints of harassment and discrimination during his tenure in the Fremont facility.<br><br>Tesla: *Associate Manager Supply Chain*. Testimony about Owen Diaz's job performance and complaints from her and other co-workers about Mr. Diaz, including his lack of professionalism. Ms. Delagrande will testify regarding Mr. Diaz's claims of harassment by Mr. Hurtado and Tesla's response to these alleged claims. |
| Jackelin Delgado | 15 min. | 10 min. | Plaintiff and Defendant | Plaintiff: Testimony regarding her investigation into Owen Diaz's complaint regarding a drawing of a racist effigy, her failures to follow up with portions of the documented written complaint, and Tesla employees' decisions to issue Martinez minimal discipline.<br><br>Tesla: *Chartwell employee*. Testimony re her investigation into Owen Diaz's complaint about Ramon Martinez's drawing. |
| Owen Diaz | 120 min. | 120 min. | Plaintiff and Defendant | Plaintiff: Testimony regarding the racial harassment he experienced in the Fremont facility, including verbal and visual harassment and the resulting emotional distress; complaints made to Tesla management that went unaddressed; the racial harassment he witnessed towards other employees like Demetric Di-az in the Fremont facility[2]; the emotional distress he |

---

[1] Plaintiff has moved *in limine* to exclude or limit Ms. DeLaGrande's testimony.

[2] Tesla has moved *in limine* to exclude testimony regarding evidence of alleged racist conduct not directed at or experienced by Mr. Diaz. Plaintiff opposes this motion.

| | | | | |
|---|---|---|---|---|
| | | | | suffered and continues to suffer as a result of Tesla's conduct.<br><br>Tesla: Testimony about the alleged mistreatment he claims while assigned to the Fremont facility; any alleged complaints he made to Tesla; his communications with D. Diaz and recommendation to him and others to apply to work at the Fremont facility; the alleged emotional distress that he claims to have suffered; his work performance and discipline received while assigned to Tesla; his employment after his assignment at Tesla, including his efforts to find employment after his assignment ended. |
| Andres Donet[3] | 10 min. | 5 min. | Defendant | Tesla: *Tesla's Janitorial Employee Manager*. Testimony about cleaning of bathrooms and whether graffiti was removed during the relevant time period of Mr. Diaz's assignment. |
| Chenoa Chavez[4] | 20 min. | 30 min. | Defendant | Plaintiff: Plaintiff objects to this witness testifying and to her testifying as a PMK. If she is permitted to testify, Plaintiff will elicit testimony regarding Tesla's failure to respond to contractor complaints; Tesla's failure to take action regarding the use of racial slurs in its facility; Tesla employees' failure to follow written policies when investigating complaints of harassment and discrimination.[5]<br><br>Tesla: *Tesla's 30(b)(6) witness*. Ms. Chavez will testify regarding Tesla's Human Resources policies, |

---

[3] Tesla is requesting Mr. Donet be permitted to testify as part of Tesla's motion *in limine* No. 1. Given that Tesla opted not to call Mr. Donet during the original trial, Plaintiff opposes this motion.

[4] Plaintiff has moved *in limine* to limit Ms. Chavez's testimony to the scope of Tesla's previous 30(b)(6) witness at the original trial. Plaintiff is concerned that Ms. Chavez will inject new policies or remedial measures into this case which will require Plaintiff to present a rebuttal case on all of the continued racist conduct since he left Tesla in March 2016.

[5] Consistent with the Court's order regarding Tesla's PMK (Dkt. 376), Tesla objects to counsel for Mr. Diaz eliciting any testimony from Ms. Chavez that is inconsistent with, or materially different from, the designated deposition testimony from Ms. Heisen, to the extent Tesla is held to that same standard.

| | | | | |
|---|---|---|---|---|
| | | | | procedures, and practices related to anti-harassment and discrimination at the Tesla factory; internal complaint and investigative procedures; training of Tesla employees related to anti-harassment and discrimination policy. |
| Wayne Jackson | 45 min. | 30 min. | Plaintiff and Defendant | <u>Plaintiff</u>: Testimony regarding Owen Diaz's work at the Fremont facility; complaints regarding the use of racial slurs in the Fremont facility and Tesla's failure to issue appropriate discipline; Owen Diaz's complaints regarding the use of racial slurs, a racial assault, and the placement of a fascist effigy in the Fremont facility; and Tesla's failure to issue appropriate discipline to harasser Ramon Martinez.<br><br><u>Tesla</u> : *On-Site Program Manager employed by NextSource*. Testimony re Owen Diaz's assignment at Tesla; his communications with Tesla and CitiStaff re Owen Diaz; Owen Diaz's relationships with Mr. Jackson and other workers at Tesla; Owen Diaz's internal complaints, Wayne Jackson's involvement in the investigation of those complaints, and the outcome of the investigations. |
| La 'Drea Jones | 30 min. | 10 min. | Plaintiff | <u>Plaintiff</u>: Testimony regarding the emotional distress, mental pain and suffering, and loss of enjoyment of life that Mr. Diaz experienced during and following his work at Tesla; and the way this emotional distress has continued to affect Mr. Diaz.<br><br><u>Tesla</u>: Testimony regarding Mr. Diaz's behavior, and conversations with Ms. Jones before, during and after his employment with Tesla and her observations regarding Mr. Diaz's mental and emotional state. |
| Tomatsu Kawasaki | 40 min. | 30 min. | Plaintiff and Defendant | <u>Plaintiff</u>: Testimony regarding Owen Diaz's work in the Fremont facility; Mr. Diaz's complaints regarding the |

| | | | | |
|---|---|---|---|---|
| | | | | use of racial slurs and other racist conduct in the facility; Tesla's handling of complaints of harassment by contractors and other Black workers; and the use of racial slurs and other racist conduct in the Fremont facility.<br><br>Tesla: *Former Elevator Lead assigned to Tesla*. Testimony re Owen Diaz's work performance and promotion; Owen Diaz's altercation with and complaint about Judy Timbreza; Tomatsu Kawasaki's response to Timbreza altercation and altercation with Ramon Martinez. |
| Charles Mahla, Ph.D.[6] | 20 min. | 15 min. | Plaintiff | Testimony regarding Tesla's financial value as of the time of the original trial. |
| Ramon Martinez | 30 min. | 45 min. | Plaintiff[7]<br><br>Defendant | Plaintiff: Testimony regarding his harassment of Owen Diaz, including a racial attack and leaving a recreation of a racist cartoon entitled "Inki the Caveman" in Mr. Diaz's work area; and Tesla's response to Mr. Diaz's complaints of harassment and discrimination.<br><br>Tesla: *Former Recycling Lead*. Testimony re his interactions with Owen Diaz; his complaint about Owen Diaz and Owen Diaz's complaint(s) about him, including outcome of complaint(s). |

---

[6] Mr. Diaz has moved *in limine* to allow Mr. Mahla to testify regarding Tesla's value as of the time of the first trial. Tesla opposes that motion, and consistent with the Court's order, the value presented to this jury should be the same value presented to the first jury.

[7] **Defendant's Contention**: Should Tesla elect not to call Mr. Martinez at trial, Tesla objects to Mr. Diaz calling Mr. Martinez as a witness given that Mr. Diaz did not call him in the first trial, and consistent with this Court's order, "[t]he parties will be bound by the choices made in the original trial." Dkt. 376. **Plaintiff's Contention**: Mr. Martinez testified in the first trial. Plaintiff properly identified Mr. Martinez as a potential witness for Plaintiff in the second trial. Plaintiff therefore is entitled under the Court's rules to call Mr. Martinez as an adverse witness in this retrial.

| Amy Oppenheimer[8] | 20 min. | | Plaintiff | Testimony regarding the standard of care employers owe Black employees in preventing harassment and discrimination, and remedying complaints of harassment and discrimination as that relates to Tesla's reprehensible conduct. |
|---|---|---|---|---|
| Victor Quintero | 30 min. | 30 min. | Plaintiff and Defendant | Plaintiff: Testimony regarding the complaints of harassment and discrimination lodged by Owen Diaz and other Black employees; and Tesla's response to those complaints.<br><br>Tesla: *Ed Romero's manager*. Testimony re Owen Diaz's assignment at Tesla, including his work performance and end of assignment; Ramon Martinez's performance and alleged complaints against Ramon Martinez. |
| Anthony Reading, Ph.D. | 30 min. | 15 min. | Plaintiff | Plaintiff: Testimony regarding the emotional distress, mental pain and suffering, and loss of enjoyment of life that Mr. Diaz experienced during and following his work at Tesla; the way this emotional distress has continued to affect Mr. Diaz; and the likely duration and extent of Mr. Diaz's injuries. |
| Ed Romero | 45 min. | 30 min. | Plaintiff and Defendant | Plaintiff: Testimony regarding the complaints of harassment and discrimination lodged by Owen Diaz and other Black employees[9]; and Tesla's response to those complaints, specifically Mr. Diaz's verbal and written complaints regarding the use of racial slurs, racist graffiti, and a racist effigy.<br><br>Tesla: *Owen Diaz's Manager*. Testimony re Owen Diaz's assignment at Tesla, including his supervision of Owen and Owen's interactions with other workers; |

---

[8] Tesla has moved to exclude Ms. Oppenheimer's testimony as part of motion *in limine* No. 2 and Plaintiff opposes this motion.

[9] Tesla has moved *in limine* to exclude testimony regarding evidence of alleged racist conduct not directed at or experienced by Mr. Diaz and Mr. Diaz opposes this motion.

| | | | | |
|---|---|---|---|---|
| | | | | Owen's alleged complaints that were made to Ed Romero; and Ed Romero's involvement in complaints and investigations. |
| Michael Wheeler | 30 min. | 10 min. | Plaintiff | <u>Plaintiff</u>: Testimony regarding Owen Diaz's work in the Fremont facility; Mr. Diaz's complaints regarding the use of racial slurs and other racist conduct in the facility; Tesla's handling of complaints of harassment by contractors and other Black workers; and the use of racial slurs and other racist conduct in the Fremont facility. |
| Robert Hurtado[10] | 45 min. | 30 min. | Defendant | *Materials Supervisor*. At the first trial, Mr. Diaz identified Mr. Hurtado as one of his harassers at Tesla and testified extensively regarding alleged misconduct by Mr. Hurtado, including that Mr. Hurtado called him the "n word" more than 30 times, culminating in an altercation between the two on February 26, 2016, shortly before Mr. Diaz left Tesla.<br><br>Mr. Hurtado will testify regarding Mr. Diaz's claims of harassment by Hurtado, and Tesla's response to these alleged claims. |

The following witnesses will testify via deposition designations; their designations are being separately submitted:

| Witness | Designating Party | Testimony Description |
|---|---|---|
| Demetric Di-Az | Plaintiff and Defendant | <u>Plaintiff</u>: Testimony regarding harassment towards Mr. Di-az that Owen Diaz witnessed during his employment in the Tesla facility.<br><br><u>Tesla</u>: testimony regarding Mr. Di-az's application to Tesla and |

---

[10] Tesla is requesting Mr. Hurtado be permitted to testify as part of Tesla's motion *in limine* No. 1. Given that Tesla opted not to call Mr. Hurtado during the original trial, Plaintiff opposes this motion.

| | | |
|---|---|---|
| | | conversations with his father prior to applying. |
| Annalisa Heisen | Plaintiff | <u>Plaintiff</u>: Testimony regarding Tesla's policies and procedures with respect to racial harassment; Tesla's failure to follow these policies and procedures with respect to Owen Diaz's complaints; and Tesla's failure to take remedial action in response to documented complaints from Mr. Diaz and other Black workers.[11] |
| Erin Marconi | Plaintiff | <u>Plaintiff</u>: Testimony regarding Tesla's policies and procedures with respect to racial harassment; Tesla's failure to follow these policies and procedures with respect to Owen Diaz's complaints; Tesla's failure to take remedial action in response to documented complaints from Mr. Diaz and other Black workers; and her responses to Mr. Diaz's complaints of the use of racial slurs, a racist attack, and the placement of a racist effigy in the Fremont facility.. |
| Kevin McGinn | Plaintiff | <u>Plaintiff</u>: Testimony regarding the investigation process employees at the Tesla facility were meant to follow after they received complaints of harassment and discrimination from contract employees. |

---

[11] **Defendant's Contention**: Tesla has moved *in limine* to exclude testimony regarding evidence of alleged racist conduct not directed at or experienced by Mr. Diaz. **Plaintiff's Contention**: As of the date of this filing, Tesla has not provided Plaintiff with any objections to his designations of Ms. Heisen's testimony

1  DATED: February 8, 2023					QUINN EMANUEL URQUHART & SULLIVAN, LLP

							By	*/s/ Daniel C. Posner*
								Alex Spiro
								Daniel C. Posner
								Mari Henderson
								Asher Griffin


							CALIFORNIA CIVIL RIGHTS LAW GROUP
							ALEXANDER MORRISON & FEHR LLP
							ALTSCHULER BERZON

DATED: February 8, 2023		By:	/s Lawrence A Organ_____
							Lawrence A. Organ, Esq.
							Marqui Hood, Esq.
							Cimone A. Nunley, Esq.
							J. Bernard Alexander, Esq.
							Michael Rubin, Esq.
							Jonathan Rosenthal, Esq.
							Attorneys for Plaintiffs
							OWEN DIAZ