| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | ALEX SPIRO (appearance *pro hac vice*) |
| larry@civilrightsca.com | alexspiro@quinnemanuel.com |
| MARQUI HOOD (SBN214718) | **QUINN EMANUEL URQUHART &** |
| marqui@civilrightsca.com | **SULLIVAN, LLP** |
| CIMONE A. NUNLEY (SBN 326915) | 51 Madison Ave., 22nd Floor |
| cimone@civilrightsca.com | New York, NY 10010 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | Telephone: (212) 849-7000 |
| 332 San Anselmo Avenue | DANIEL C. POSNER (SBN 232009) |
| San Anselmo, California 94960 | danposner@quinnemanuel.com |
| Telephone: (415)-453-7352 | MARI F. HENDERSON (SBN 307693) |
| Facsimile: (415)-785-7352 | marihenderson@quinnemanuel.com |
| | **QUINN EMANUEL URQUHART &** |
| J. BERNARD ALEXANDER (SBN 128307) | **SULLIVAN, LLP** |
| **ALEXANDER MORRISON + FEHR LLP** | 865 S. Figueroa St., 10th Floor |
| 1900 Avenue of the Stars, Suite 900 | Los Angeles, California 90017 |
| Los Angeles, California 90067 | Telephone: (213) 443-3000 |
| Telephone: (310) 394-0888 | Facsimile: (213) 443-3100 |
| Facsimile: (310) 394-0811 | |
| | ASHER GRIFFIN (appearance *pro hac vice*) |
| MICHAEL RUBIN (SBN 80618) | ashergriffin@quinnemanuel.com |
| mrubin@altber.com | **QUINN EMANUEL URQUHART &** |
| JONATHAN ROSENTHAL (SBN 329638) | **SULLIVAN, LLP** |
| jrosenthal@altber.com | 300 W. 6th St., Suite 2010 |
| **ALTSHULER BERZON LLP** | Austin, TX 78701 |
| 177 Post Street, Suite 300 | Telephone: (737) 667-6100 |
| San Francisco, California 94108 | |
| Telephone: (415) 421-7151 | *Attorneys for Defendant Tesla, Inc.* |
| Facsimile: (415) 362-8064 | |

*Attorneys for Plaintiff Owen Diaz*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **JOINT TRIAL EXHIBIT LIST** |
| v. | Pretrial Conference: February 27, 2023 |
| TESLA, INC. DBA TESLA MOTORS, INC., | Time: 2:00 p.m. |
| Defendant. | Place: Courtroom 2, 17th Floor |
| | Judge: Hon. William H. Orrick |
| | Trial: March 27, 2023 |
| | Complaint Filed: October 16, 2017 |

Case No. 3:17-cv-06748-WHO

JOINT TRIAL EXHIBIT LIST

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | Racist drawing on cardboard bale (Zoomed out) | 1/21/2016 | ODIAZ000008 | Owen Diaz | | | | |
| 2 | Racist drawing on cardboard bale (Zoomed in) | 1/21/2016 | ODIAZ000009 | Owen Diaz | | | | |
| 6 | Tesla Anti-Handbook Handbook (Depo Exhibit 62) | | TESLA-0000211-214 | Annalisa Heisen (Tesla PMK); Chenoa Chavez (Tesla PMK) | | | | |
| 19 | Owen Diaz Tesla ID Badge (Depo Exhibit 37) | | | Owen Diaz | Relevance | Defendant | | |
| 31 | Email: Owen complaint re Ramon Martinez threats to Ed Romero; nextSource discussion afterward (Quintero Depo Exhibit 35) | 10/17/2015 | TESLA-0000140-142 | Wayne Jackson | | | | |
| 33 | Email: Owen complaint re racist effigy/Ramon Martinez to Ed Romero (Depo Exhibit 37) | 1/22/2016 | TESLA-0000035-37 | Wayne Jackson | | | | |
| 37 | Email: Ed Romero follow up with Kawasaki re Jamie discussion (Depo Exhibit 41) | 8/1/2015 | TESLA-0000509 | Ed Romero | | | | |
| 38 | Email: Kawasaki to Romero re Owen's 7/31/15 complaint of "comments…racist in | 8/2/2015 | TESLA-0000510 | Tom Kawasaki | | | | |

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
|  | nature" (Depo Exhibit 42, 120) |  |  |  |  |  |  |  |
| 39 | Email: Romero to Quintero re Owen's 7/31/15 complaint re Judy Timbreza "racially offensive remarks" (Depo Exhibit 43, 121) | 8/4/2015 | TESLA-0000511 | Ed Romero |  |  |  |  |
| 40 | Email: Kawaski follow up with Romero after Owen complaint (Depo Exhibit 44, 120) | 8/3/2015 | TESLA-0000512 | Ed Romero |  |  |  |  |
| 41 | Email: Romero to Quintero re Owen's 7/31/15 complaint of Judy remarks (Depo Exhibit 45) | 8/4/2015 | TESLA-0000513 | Victor Quintero |  |  |  |  |
| 49 | Email: Martinez to Romero/Josue Torres re Owen not professional (Depo Exhibit 55, 125) | 10/17/2015 | TESLA-0000641 | Ed Romero |  |  |  |  |
| 62 | Tesla/Taleo profile – Candidate: Owen O. Diaz (Depo Exhibit 79) | 5/31/2015 | TESLA-0000163-169 | O. Diaz | Relevance | Plaintiff |  |  |
| 68 | Email: End of Contract notice of Owen Diaz (Depo Exhibit 96) | 5/4/2016 | TESLA-0000144 | Ed Romero or Annalisa Heisen (Tesla PMK) |  |  |  |  |
| 74 | Email: Jackson to Gryske, investigating "Ramon Owen incident" (Depo Exhibit 124) | 10/19/2015 | TESLA-0000635-636 | Wayne Jackson | Duplicative of 76 | Plaintiff |  |  |

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 76 | Email: Jackson and Terri Garrett re Ramon and Owen incident; no formal investigation/written warning needed (Depo Exhibit 127) | 10/21/2015 | TESLA-0000646-647 | Wayne Jackson | | | | |
| 83 | Email: Joyce Delagrande to Romero/Quintero; Romero to Quintero re Owen issues (Depo Exhibit142) | 2/26/2016 | TESLA-0000752-753 | Delagrande, Romero, Quintero | Relevance | Plaintiff | | |
| 92 | Email: Owen complaint to Romero/Kawasaki re Ramon; Kawasaki forward to Jackson (Depo Exhibit 155) | 10/17/2015 | TESLA-0000061 | Tom Kawasaki | | | | |
| 103 | Email: Garrett and Jackson; need statements for Tesla HR (Depo Exhibit 182, 191) | 10/20/2015 | NS101102 | Wayne Jackson | | | | |
| 104 | Tesla Fremont factory, 1st floor map (Depo Exhibit 183) | 7/10/2015 | | Owen Diaz or Ed Romero | | | | |
| 106 | Email: Romero to Quintero, Marconi, Garrett re Javier Temores and Troy Dennis "n-word" (Depo Exhibit 187) | 12/30/2015 | TESLA-0000906 | Wayne Jackson, Ed Romero | Relevance | Defendant | | |
| 133 | Caveman Inki | | | Ramon Martinez | Hearsay, Foundation [1] | Defendant | | |

---

[1] Defendant's Contention: Only Mr. Martinez can lay the foundation for this exhibit through his testimony. Tesla objects to the admission of this exhibit absent the proper foundation being laid by Mr. Martinez. Plaintiff's Contention: The Court has already ruled that "exhibits previously admitted will be admitted in the new trial" (Dkt. 376) subject to the limited scope of the new trial. Mr. Martinez was one Plaintiff's harassers and this exhibit goes directly to the nature of his harassment.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 200 | Owen O Diaz resume (Owen Diaz Depo Exhibit 32) | | ODIAZ000181-184 | O. Diaz | Relevance | Plaintiff | | |
| 202 | Standard Operating Procedure (SOP): Elevator 1 & 2 - Building Services I Elevator Operators (Heisen Depo Exhibit 145) | | TESLA-0000713-716 | O. Diaz | Relevance | Plaintiff | | |
| 204 | Owen Diaz Job Application to CitiStaff, 6-2-2015 (Owen Diaz Depo Exhibit 1) | | CitiStaff-0000034-35 | O. Diaz | Relevance | Plaintiff | | |
| 205 | CitiStaff Assignment Abandonment/Walk-Off Policy, signed by Owen Diaz (Owen Diaz Depo Exhibit 3) | 6/2/2015 | CitiStaff - 000039 | O. Diaz | Relevance | Plaintiff | | |
| 222 | Email: Owen promotion to lead, changed work week, pay increase (E. Romero Depo Exhibit 46) | 8/17/2015 | TESLA-0000518-520 | O. Diaz | Relevance | Plaintiff | | |
| 224 | Email: Nancy to Monica Deleon, Owen pay increase | 8/23/2015 | NS000166 | O. Diaz | Relevance | Plaintiff | | |
| 229 | Email: Owen Diaz to Tom Kawasaki re: Hilda/Aron (Owen Diaz Depo Exhibit 7) | 9/20/15 | TESLA-0000570 | O. Diaz | Relevance, New Exh.[2] | Plaintiff | | |
| 234 | Email: Martinez to Romero and Torres re Owen unprofessional | 10/17/2015 | TESLA-0000626 | | Duplicative of 49 | Plaintiff | | |
| 235 | Email: Diaz to Romero re Ramon threats | 10/17/2015 | ODIAZ000003 | | Duplicative of 240 | Plaintiff | | |

---

[2] Tesla moved *in limine* to include this exhibit.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | (E. Marconi Depo Exhibit 34) | | | | | | | |
| 240 | Email: Jackson and Garrett chain re Owen's complaint on Martinez; Romero to cancel meetings (Depo Exhibit 35) | 10/20/2015 | NS000108-111; TESLA-0000140-141 | | | | | |
| 242 | Email: Garrett and Marconi chain re Ramon/Owen incident | 10/20/2015 | TESLA-0000133-142 | | | | | |
| 244 | Email: Delagrande to Romero and Quintero re cleaning DZ (E. Romero Depo Exhibit 58) | 10/23/2015 | TESLA-0000663 | Delagrande, Romero | Relevance | Plaintiff | | |
| 245 | Email: Lamar Patterson to Owen re Robert incident | 2/26/2016 | ODIAZ000206-209 | | | | | |
| 248 | Email: Diaz to Romero re: Rothaj Foster, Jackson response | 10/24/15 | ODIAZ000205 | O. Diaz | Relevance, New Exh.[3] | Plaintiff | | |
| 251 | Email: Romero, Delagrande, Quintero; Delagrande says "Owen…doing a great job" (E. Romero Depo Exhibit 61) | 11/2/2015 | TESLA-0000666 | | | | | |
| 252 | Email: Romero, Jackson, Diaz re: Foster (E. Romero Depo Exhibit 63) | 11/5/15 | TESLA-0000051 | O. Diaz | Relevance, New Exh.[4] | Plaintiff | | |

---

[3] Tesla moved *in limine* to include this exhibit.
[4] Tesla moved *in limine* to include this exhibit.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 254 | Email: Romero, Jackson, Quintero re: Rothaj Foster | 11/6/15 | NS000136 | O. Diaz, Romero, Jackson | Relevance, New Exh.[5] | Plaintiff | | |
| 259 | Email: Quintero, Romero, Delagrande re Owen riding bike; issues with DZ (E. Romero Depo Exhibit 67) | 11/9/2015 | TESLA-0000708-709 | Delagrande, Romero | Relevance | Plaintiff | | |
| 261 | Owen indeed applications (O. Diaz Depo Exhibit 39) | 12/3/2015 | ODIAZ000162-163 | O. Diaz | Relevance | Plaintiff | | |
| 265 | Lamar Patterson resume to Select Staffing | 12/15/2015 | ODIAZ000201-203 | O. Diaz | Relevance | Plaintiff | | |
| 271 | Email: Owen complaint to Romero re racist effigy (with pictures); Veronica and Jackson discussion (Owen Diaz Depo Exhibit 14) (W. Jackson Depo Exhibit 130) (L. Ledesma Depo Exhibit 165) | 1/22/2016 | TESLA-0000004-8 | Wayne Jackson | Relevance, New Exh.[6] | Plaintiff | | |

---

[5]  Tesla moved *in limine* to include this exhibit.

[6]  Defendant's Contention: Mr. Jackson was questioned regarding this exhibit at the first trial.  *See* Trial Tr. vol. 2, 277:4-11, Sept. 28, 2021. Plaintiff's Contention: : Exhibit 271 was neither moved nor admitted into evidence.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 272 | Email: Owen complaint to Romero re racist effigy (with pictures); Romero forward to nextSource (E. Marconi Depo Exhibit 129) | 1/22/2016 | TESLA-0000009-13 | Wayne Jackson | Relevance, Hearsay, New Exh.[7] | Plaintiff | | |
| 274 | Email: Owen complaint to Romero re racist effigy (with pictures); nextSource discussion of final warning and update workforce of zero tolerance policy (W. Jackson Depo Exhibit 128) (E. Marconi Depo Exhibit 128) (V. Quintero Depo Exhibit 38) | 1/23/2015 | TESLA-0000020-24 | | | | | |
| 284 | Email: Owen complaint to Romero re racist effigy; Jackson discussion with Chartwell, they are investigating (W. Jackson Depo Exhibit 126) (E. | | NS000133-135 | | MIL, Hearsay as to certain statements by Ramon Martinez[8] | Plaintiff | | |

---

[7] **Defendant's Contention**: This is not a new exhibit; this was stipulated as admissible and admitted at the first trial. *See* Trial Tr. vol. 2, 280:1-3, Sept. 28, 2021. **Plaintiff's Contention**: Exhibit 272 was neither moved nor admitted into evidence. The trial transcript makes clear that Tesla's counsel never moved and the Court never admitted Exhibit 272. See Trial Tr. Vol. 2, 279:25-280:10.

[8] Plaintiff failed to object on Hearsay grounds to the admission of this exhibit, which was a properly admitted business record, at the first trial.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | Marconi Depo Exhibit 126) (K. McGinn Depo Exhibit 175) | | | | | | | |
| 287 | Email: Jackelin Delgado to Jackson; Romero given final written warning and 3 day suspension (A. Heisen Depo Exhibit 154) (W. Jackson Depo Exhibit 132) (E. Marconi Depo Exhibit 132) | 1/25/2016 | TESLA-0000730-737 | | | | | |
| 293 | Email: Romero to Jackson, Parks, Quintero re Owen raise (K. McGinn Depo Exhibit 178) | 1/28/2016 | NS000021; NS000025 | O. Diaz, Romero | Relevance | Plaintiff | | |
| 296 | Email: Delagrande, Romero, Quintero re Owen lack of urgency | 2/19/2016 | TESLA-0000741-743 | Delagrande, Romero | Relevance | Plaintiff | | |
| 297 | Email: Delagrande, Romero, Quintero re Owen lack of urgency; Delagrande forward to Jay Gardner | 2/19/2016 | TESLA-0000744-746 | Delagrande, Romero | Relevance | Plaintiff | | |
| 298 | Email: Delgrande, Romero, Quintero re Owen issues; Delagrande wants replacement | 2/26/2016 | TESLA-0000750-762 | Delagrande, Romero | Relevance | Plaintiff | | |
| 300 | Email: Delagrande, Romero, Quintero re Owen (Owen Diaz Depo Exhibit 20) | 2/29/2016 | TESLA-0000314-316 | Delagrande, Romero | Relevance | Plaintiff | | |
| 301 | Email: Romero and Jackson; Owen was counseled re | 3/2/2016 | TESLA-0000317 | Romero and Jackson | Relevance | Plaintiff | | |

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | customer service (Owen Diaz Depo Exhibit 21) (W. Jackson Depo Exhibit 134) | | | | | | | |
| 303 | Email: Delagrande, Romero, Quintero re elevator operator replacements | 3/4/2016 | TESLA-0000321-327 | Delagrande, Romero | Relevance | Plaintiff | | |
| 306 | Email: Romero, Quintero, Jackson re elevator operator replacement (Owen Diaz Depo Exhibit 25) (W. Jackson Depo Exhibit 137) | 3/11/2016 | TESLA-0000328-329 | Romero, Jackson | Relevance | Plaintiff | | |
| 308 | Email: Romero, Quintero, and Jackson re Owen (Owen Diaz Depo Exhibit 26) (W. Jackson Depo Exhibit 138) | 3/17/2016 | TESLA-0000330-331 | Romero, Jackson | Relevance | Plaintiff | | |
| 312 | Email: Jackson request to deactivate Owen's badge (K. McGinn Depo Exhibit 180) | 3/18/2016 | NS000034; NS000036 | Jackson | Relevance | Plaintiff | | |
| 320 | Email: Jackson to Monica Deleon re termination of Owen's contract | 3/18/2016 | NS000037 | Jackson | Relevance | Plaintiff | | |
| 324 | Email: Quintero notice that Owen employment terminated, cancel Workday account | 5/4/2016 | NS000032 | Quintero | Relevance | Plaintiff | | |
| 325 | Email: Quintero notice that Owen employment terminated | 5/4/2016 | TESLA-0000763 | Quintero | Relevance | Plaintiff | | |
| 368 | Tesla Anti-Harassment/Discrimination Policy (Caballero Depo | | TESLA-0000217-219 | Chavez | Relevance | Plaintiff | | |

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | Exhibit 33) (D. Di-az Depo Exhibit 20) (W. Jackson Depo Exhibit 118) | | | | | | | |
| 379 | Tesla Taleo profile—Candidate: Demetric G. Di-az | 10/26/2015 | TESLA-0000146-TESLA-0000152 | D. Di-az, Owen Diaz | Relevance | Plaintiff | | |
| 380 | Email: Quintero to Romero RE: Owen Diaz- Verbal Warning (O. Diaz Depo Exhibit 6) | 10/2/15 | TESLA-0000308-309 | Quintero, Romero, Diaz | | | | |

DATED:  February 8, 2023                         QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                                 By      */s/ Daniel C. Posner*
                                                     Alex Spiro
                                                     Daniel C. Posner
                                                     Mari Henderson
                                                     Asher Griffin



                                                 CALIFORNIA CIVIL RIGHTS LAW GROUP
                                                 ALEXANDER MORRISON & FEHR LLP
                                                 ALTSCHULER BERZON

DATED:  February 8, 2023             By:    /s Lawrence A Organ
                                                     Lawrence A. Organ, Esq.
                                                     Marqui Hood, Esq.
                                                     Cimone A. Nunley, Esq.
                                                     J. Bernard Alexander, Esq.
                                                     Michael Rubin, Esq.
                                                     Jonathan Rosenthal, Esq.
                                                     Attorneys for Plaintiff
                                                     OWEN DIAZ