LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW
GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

*Attorneys for Plaintiff Owen Diaz*

ALEX SPIRO (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

DANIEL C. POSNER (SBN 232009)
danposner@quinnemanuel.com
MARI F. HENDERSON (SBN 307693)
marihenderson@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

ASHER GRIFFIN (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>   Plaintiff,<br><br> v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.,<br><br>   Defendant. | Case No. 3:17-cv-06748-WHO<br><br>***REVISED* JOINT TRIAL EXHIBIT LIST**<br><br>Pretrial Conference: February 27, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick<br><br>Trial: March 27, 2023<br>Complaint Filed: October 16, 2017 |

Case No. 3:17-cv-06748-WHO

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | Racist drawing on cardboard bale (Zoomed out) | 1/21/2016 | ODIAZ000008 | Owen Diaz | | | | |
| 2 | Racist drawing on cardboard bale (Zoomed in) | 1/21/2016 | ODIAZ000009 | Owen Diaz | | | | |
| 6 | Tesla Anti-Handbook Handbook (Depo Exhibit 62) | | TESLA-0000211-214 | Annalisa Heisen (Tesla PMK); Chenoa Chavez (Tesla PMK) | | | | |
| 19 | Owen Diaz Tesla ID Badge (Depo Exhibit 37) | | | Owen Diaz | Relevance | Defendant | | |
| 31 | Email: Owen complaint re Ramon Martinez threats to Ed Romero; nextSource discussion afterward (Quintero Depo Exhibit 35) | 10/17/2015 | TESLA-0000140-142 | Wayne Jackson | | | | |
| 33 | Email: Owen complaint re racist effigy/Ramon Martinez to Ed Romero (Depo Exhibit 37) | 1/22/2016 | TESLA-0000035-37 | Wayne Jackson | | | | |
| 37 | Email: Ed Romero follow up with Kawasaki re Jamie discussion (Depo Exhibit 41) | 8/1/2015 | TESLA-0000509 | Ed Romero | | | | |
| 38 | Email: Kawasaki to Romero re Owen's 7/31/15 complaint of "comments…racist in | 8/2/2015 | TESLA-0000510 | Tom Kawasaki | | | | |

09202-00012/13885841.1

*REVISED* JOINT TRIAL EXHIBIT LIST

Case No. 3:17-cv-06748-WHO

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
|  | nature" (Depo Exhibit 42, 120) |  |  |  |  |  |  |  |
| 39 | Email: Romero to Quintero re Owen's 7/31/15 complaint re Judy Timbreza "racially offensive remarks" (Depo Exhibit 43, 121) | 8/4/2015 | TESLA-0000511 | Ed Romero |  |  |  |  |
| 40 | Email: Kawaski follow up with Romero after Owen complaint (Depo Exhibit 44, 120) | 8/3/2015 | TESLA-0000512 | Ed Romero |  |  |  |  |
| 41 | Email: Romero to Quintero re Owen's 7/31/15 complaint of Judy remarks (Depo Exhibit 45) | 8/4/2015 | TESLA-0000513 | Victor Quintero |  |  |  |  |
| 49 | Email: Martinez to Romero/Josue Torres re Owen not professional (Depo Exhibit 55, 125) | 10/17/2015 | TESLA-0000641 | Ed Romero |  |  |  |  |
| 62 | Tesla/Taleo profile – Candidate: Owen O. Diaz (Depo Exhibit 79) | 5/31/2015 | TESLA-0000163-169 | O. Diaz | Relevance | Plaintiff |  |  |
| 68 | Email: End of Contract notice of Owen Diaz (Depo Exhibit 96) | 5/4/2016 | TESLA-0000144 | Ed Romero or Annalisa Heisen (Tesla PMK) |  |  |  |  |
| 74 | Email: Jackson to Gryske, investigating "Ramon Owen incident" (Depo Exhibit 124) | 10/19/2015 | TESLA-0000635-636 | Wayne Jackson | Duplicative of 76 | Plaintiff |  |  |

*REVISED* JOINT TRIAL EXHIBIT LIST

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 76 | Email: Jackson and Terri Garrett re Ramon and Owen incident; no formal investigation/written warning needed (Depo Exhibit 127) | 10/21/2015 | TESLA-0000646-647 | Wayne Jackson | | | | |
| 83 | Email: Joyce Delagrande to Romero/Quintero; Romero to Quintero re Owen issues (Depo Exhibit142) | 2/26/2016 | TESLA-0000752-753 | Delagrande, Romero, Quintero | Relevance | Plaintiff | | |
| 92 | Email: Owen complaint to Romero/Kawasaki re Ramon; Kawasaki forward to Jackson (Depo Exhibit 155) | 10/17/2015 | TESLA-0000061 | Tom Kawasaki | | | | |
| 103 | Email: Garrett and Jackson; need statements for Tesla HR (Depo Exhibit 182, 191) | 10/20/2015 | NS101102 | Wayne Jackson | | | | |
| 104 | Tesla Fremont factory, 1st floor map (Depo Exhibit 183) | 7/10/2015 | | Owen Diaz or Ed Romero | | | | |
| 106 | Email: Romero to Quintero, Marconi, Garrett re Javier Temores and Troy Dennis "n-word" (Depo Exhibit 187) | 12/30/2015 | TESLA-0000906 | Wayne Jackson, Ed Romero | Relevance | Defendant | | |
| 133 | Caveman Inki | | | Ramon Martinez | Hearsay, Foundation [1] | Defendant | | |

---

[1] Defendant's Contention:  Only Mr. Martinez can lay the foundation for this exhibit through his testimony. Tesla objects to the admission of this exhibit absent the proper foundation being laid by Mr. Martinez.  Plaintiff's Contention: The Court has already ruled that "exhibits previously admitted will be admitted in the new trial" (Dkt. 376) subject to the limited scope of the new trial. Mr. Martinez was one Plaintiff's harassers and this exhibit goes directly to the nature of his harassment.

09202-00012/13885841.1

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 200 | Owen O Diaz resume (Owen Diaz Depo Exhibit 32) | | ODIAZ000181-184 | O. Diaz | Relevance | Plaintiff | | |
| 202 | Standard Operating Procedure (SOP): Elevator 1 & 2 - Building Services I Elevator Operators (Heisen Depo Exhibit 145) | | TESLA-0000713-716 | O. Diaz | Relevance | Plaintiff | | |
| 204 | Owen Diaz Job Application to CitiStaff, 6-2-2015 (Owen Diaz Depo Exhibit 1) | | CitiStaff-0000034-35 | O. Diaz | Relevance | Plaintiff | | |
| 205 | CitiStaff Assignment Abandonment/Walk-Off Policy, signed by Owen Diaz (Owen Diaz Depo Exhibit 3) | 6/2/2015 | CitiStaff -000039 | O. Diaz | Relevance | Plaintiff | | |
| 222 | Email: Owen promotion to lead, changed work week, pay increase (E. Romero Depo Exhibit 46) | 8/17/2015 | TESLA-0000518-520 | O. Diaz | Relevance | Plaintiff | | |
| 224 | Email: Nancy to Monica Deleon, Owen pay increase | 8/23/2015 | NS000166 | O. Diaz | Relevance | Plaintiff | | |
| 229 | Email: Owen Diaz to Tom Kawasaki re: Hilda/Aron (Owen Diaz Depo Exhibit 7) | 9/20/15 | TESLA-0000570 | O. Diaz | Relevance, New Exh.[2] | Plaintiff | | |
| 234 | Email: Martinez to Romero and Torres re Owen unprofessional | 10/17/2015 | TESLA-0000626 | | Duplicative of 49 | Plaintiff | | |
| 235 | Email: Diaz to Romero re Ramon threats | 10/17/2015 | ODIAZ000003 | | Duplicative of 240 | Plaintiff | | |

[2]  Tesla moved *in limine* to include this exhibit.

*REVISED* JOINT TRIAL EXHIBIT LIST

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | (E. Marconi Depo Exhibit 34) | | | | | | | |
| 240 | Email: Jackson and Garrett chain re Owen's complaint on Martinez; Romero to cancel meetings (Depo Exhibit 35) | 10/20/2015 | NS000108-111; TESLA-0000140-141 | | | | | |
| 242 | Email: Garrett and Marconi chain re Ramon/Owen incident | 10/20/2015 | TESLA-0000133-142 | | | | | |
| 244 | Email: Delagrande to Romero and Quintero re cleaning DZ (E. Romero Depo Exhibit 58) | 10/23/2015 | TESLA-0000663 | Delagrande, Romero | Relevance | Plaintiff | | |
| 245 | Email: Lamar Patterson to Owen re Robert incident | 2/26/2016 | ODIAZ000206-209 | | | | | |
| 248 | Email: Diaz to Romero re: Rothaj Foster, Jackson response | 10/24/15 | ODIAZ000205 | O. Diaz | Relevance, New Exh.[3] | Plaintiff | | |
| 251 | Email: Romero, Delagrande, Quintero; Delagrande says "Owen…doing a great job" (E. Romero Depo Exhibit 61) | 11/2/2015 | TESLA-0000666 | | | | | |
| 252 | Email: Romero, Jackson, Diaz re: Foster (E. Romero Depo Exhibit 63) | 11/5/15 | TESLA-0000051 | O. Diaz | Relevance, New Exh.[4] | Plaintiff | | |

---

[3]  Tesla moved *in limine* to include this exhibit.
[4]  Tesla moved *in limine* to include this exhibit.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 254 | Email: Romero, Jackson, Quintero re: Rothaj Foster | 11/6/15 | NS000136 | O. Diaz, Romero, Jackson | Relevance, New Exh.[5] | Plaintiff | | |
| 259 | Email: Quintero, Romero, Delagrande re Owen riding bike; issues with DZ (E. Romero Depo Exhibit 67) | 11/9/2015 | TESLA-0000708-709 | Delagrande, Romero | Relevance | Plaintiff | | |
| 261 | Owen indeed applications (O. Diaz Depo Exhibit 39) | 12/3/2015 | ODIAZ000162-163 | O. Diaz | Relevance | Plaintiff | | |
| 265 | Lamar Patterson resume to Select Staffing | 12/15/2015 | ODIAZ000201-203 | O. Diaz | Relevance | Plaintiff | | |
| 271 | Email: Owen complaint to Romero re racist effigy (with pictures); Veronica and Jackson discussion (Owen Diaz Depo Exhibit 14) (W. Jackson Depo Exhibit 130) (L. Ledesma Depo Exhibit 165) | 1/22/2016 | TESLA-0000004-8 | Wayne Jackson | Relevance, New Exh.[6] | Plaintiff | | |
| 272 | Email: Owen complaint to Romero re racist effigy (with pictures); Romero forward to nextSource (E. Marconi Depo Exhibit 129) | 1/22/2016 | TESLA-0000009-13 | Wayne Jackson | | | | |

---

[5]   Tesla moved *in limine* to include this exhibit.

[6]   Defendant's Contention: Mr. Jackson was questioned regarding this exhibit at the first trial.  *See* Trial Tr. vol. 2, 277:4-11, Sept. 28, 2021. Plaintiff's Contention: : Exhibit 271 was neither moved nor admitted into evidence.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 274 | Email: Owen complaint to Romero re racist effigy (with pictures); nextSource discussion of final warning and update workforce of zero tolerance policy (W. Jackson Depo Exhibit 128) (E. Marconi Depo Exhibit 128) (V. Quintero Depo Exhibit 38) | 1/23/2015 | TESLA-0000020-24 | | | | | |
| 284 | Email: Owen complaint to Romero re racist effigy; Jackson discussion with Chartwell, they are investigating (W. Jackson Depo Exhibit 126) (E. Marconi Depo Exhibit 126) (K. McGinn Depo Exhibit 175) | | NS000133-135 | | MIL, Hearsay as to certain statements by Ramon Martinez[7] | Plaintiff | | |
| 287 | Email: Jackelin Delgado to Jackson; Romero given final written warning and 3 day suspension (A. Heisen Depo Exhibit 154) (W. Jackson Depo Exhibit 132) (E. Marconi Depo Exhibit 132) | 1/25/2016 | TESLA-0000730-737 | | | | | |

---

[7]  Plaintiff failed to object on Hearsay grounds to the admission of this exhibit, which was a properly admitted business record, at the first trial.

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 293 | Email: Romero to Jackson, Parks, Quintero re Owen raise (K. McGinn Depo Exhibit 178) | 1/28/2016 | NS000021; NS000025 | O. Diaz, Romero | Relevance | Plaintiff | | |
| 296 | Email: Delagrande, Romero, Quintero re Owen lack of urgency | 2/19/2016 | TESLA-0000741-743 | Delagrande, Romero | Relevance | Plaintiff | | |
| 297 | Email: Delagrande, Romero, Quintero re Owen lack of urgency; Delagrande forward to Jay Gardner | 2/19/2016 | TESLA-0000744-746 | Delagrande, Romero | Relevance | Plaintiff | | |
| 298 | Email: Delgrande, Romero, Quintero re Owen issues; Delagrande wants replacement | 2/26/2016 | TESLA-0000750-762 | Delagrande, Romero | Relevance | Plaintiff | | |
| 300 | Email: Delagrande, Romero, Quintero re Owen (Owen Diaz Depo Exhibit 20) | 2/29/2016 | TESLA-0000314-316 | Delagrande, Romero | Relevance | Plaintiff | | |
| 301 | Email: Romero and Jackson; Owen was counseled re customer service (Owen Diaz Depo Exhibit 21) (W. Jackson Depo Exhibit 134) | 3/2/2016 | TESLA-0000317 | Romero and Jackson | Relevance | Plaintiff | | |
| 303 | Email: Delagrande, Romero, Quintero re elevator operator replacements | 3/4/2016 | TESLA-0000321-327 | Delagrande, Romero | Relevance | Plaintiff | | |
| 306 | Email: Romero, Quintero, Jackson re elevator operator replacement (Owen Diaz | 3/11/2016 | TESLA-0000328-329 | Romero, Jackson | Relevance | Plaintiff | | |

09202-00012/13885841.1
*REVISED* JOINT TRIAL EXHIBIT LIST

Case No. 3:17-cv-06748-WHO

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | Depo Exhibit 25) (W. Jackson Depo Exhibit 137) | | | | | | | |
| 308 | Email: Romero, Quintero, and Jackson re Owen (Owen Diaz Depo Exhibit 26) (W. Jackson Depo Exhibit 138) | 3/17/2016 | TESLA-0000330-331 | Romero, Jackson | Relevance | Plaintiff | | |
| 312 | Email: Jackson request to deactivate Owen's badge (K. McGinn Depo Exhibit 180) | 3/18/2016 | NS000034; NS000036 | Jackson | Relevance | Plaintiff | | |
| 320 | Email: Jackson to Monica Deleon re termination of Owen's contract | 3/18/2016 | NS000037 | Jackson | Relevance | Plaintiff | | |
| 324 | Email: Quintero notice that Owen employment terminated, cancel Workday account | 5/4/2016 | NS000032 | Quintero | Relevance | Plaintiff | | |
| 325 | Email: Quintero notice that Owen employment terminated | 5/4/2016 | TESLA-0000763 | Quintero | Relevance | Plaintiff | | |
| 368 | Tesla Anti-Harassment/Discrimination Policy (Caballero Depo Exhibit 33) (D. Di-az Depo Exhibit 20) (W. Jackson Depo Exhibit 118) | | TESLA-0000217-219 | Chavez | Relevance | Plaintiff | | |
| 379 | Tesla Taleo profile—Candidate: Demetric G. Di-az | 10/26/2015 | TESLA-0000146-TESLA-0000152 | D. Di-az, Owen Diaz | Relevance | Plaintiff | | |

09202-00012/13885841.1

*REVISED* JOINT TRIAL EXHIBIT LIST

| Exhibit | Description | Date | Bates | Witness Associated | Objection | Party | Date Identified | Date Admitted |
|---------|-------------|------|-------|--------------------|-----------|-------|-----------------|---------------|
| 380 | Email: Quintero to Romero [8]RE: Owen Diaz- Verbal Warning (O. Diaz Depo Exhibit 6) | 10/2/15 | TESLA-0000308-309 | Quintero, Romero, Diaz | Relevance, New Exh., Hearsay, Character Evid., MIL #3, Evid. C. 403 | Plaintiff | | |

---

[8] **Plaintiff's Contention**: This exhibit was neither introduced or admitted into evidence in the first trial where the last exhibit listed was Exhibit 379. Plaintiff objects to the exhibit on the grounds noted and those identified in Plaintiff's MIL No. 3. **Defendant's Contention**: Tesla seeks to admit this exhibit in the retrial because it provides necessary context regarding the circumstances of Mr. Diaz's disputes with his co-workers, including Mr. Martinez, and Tesla's responses to them.  Plaintiff's objections on grounds that it is not relevant, character evidence and subject to their MIL excluding evidence of Mr. Diaz's performance are addressed in Tesla's Opposition to Plaintiff's MIL #3. Plaintiff's objection that this is hearsay is incorrect, as this is a business record, just like the other emails admitted in this case.

09202-00012/13885841.1
Case No. 3:17-cv-06748-WHO
*REVISED* JOINT TRIAL EXHIBIT LIST

DATED:  February 10, 2023                       QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                                By      /s/ Daniel C. Posner
                                                    Alex Spiro
                                                    Daniel C. Posner
                                                    Mari Henderson
                                                    Asher Griffin



                                                CALIFORNIA CIVIL RIGHTS LAW GROUP
                                                ALEXANDER MORRISON & FEHR LLP
                                                ALTSCHULER BERZON

DATED:  February 10, 2023            By:    /s Lawrence A Organ
                                                    Lawrence A. Organ, Esq.
                                                    Marqui Hood, Esq.
                                                    Cimone A. Nunley, Esq.
                                                    J. Bernard Alexander, Esq.
                                                    Michael Rubin, Esq.
                                                    Jonathan Rosenthal, Esq.
                                                    Attorneys for Plaintiff
                                                    OWEN DIAZ