1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Alex Spiro (appearance *pro hac vice*)
2   alexspiro@quinnemanuel.com
   51 Madison Ave., 22nd Floor
3  New York, NY 10010
   Telephone: (212) 849-7000
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    Daniel C. Posner (CA Bar No. 232009)
     danposner@quinnemanuel.com
6    Mari F. Henderson (CA Bar No. 307693)
     marihenderson@quinnemanuel.com
7  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
8  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
9
    QUINN EMANUEL URQUHART &
10   SULLIVAN, LLP
      Asher Griffin (appearance *pro hac vice*)
11    ashergriffin@quinnemanuel.com
    300 W. 6th St., Suite 2010
12  Austin, TX 78701
    Telephone: (737) 667-6100
13
   *Attorneys for Defendant Tesla, Inc.*
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19  OWEN DIAZ,                              | Case No. 3:17-cv-06748-WHO

20         Plaintiff,                       | **DEFENDANT'S DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY**

21         v.

22  TESLA, INC. DBA TESLA MOTORS, INC.,     | Trial Date: March 27, 2023
                                            | Complaint Filed: October 16, 2017
23         Defendant.

24

25

26

27

28

**DEFENDANT'S DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY**

Defendant respectfully submits the following chart identifying deposition testimony designated for the above referenced witness:

| # | Lines | Deposition Excerpt | Objection/Counterdesignation |
|---|---|---|---|
| 1 | 40:12-13 | 10 Q. Take your time to read Exhibit 6. It's a<br>11 document marked at the bottom as Tesla 156.<br>12 Is this a copy of your resume?<br>13 A. Yes. | |
| 2 | 40:23 – 41:3 | 23 Q. Did you submit this as part of your application<br>14 to work at West Valley in or around August of 2015?<br>25 A. Yes.<br>1 Q. Did you submit this as part of your application<br>2 to work at Tesla in or around August of 2015?<br>3 A. Yes. | |
| 3 | 150:15-151:20 | **150:**<br>15 Q. In paragraph 14 you state "In approximately<br>16 August of 2015, Demetric's father, Owen, informed him<br>17 West Valley had openings for positions at the Tesla<br>18 factory."<br>19 Did your father tell you that West Valley had<br>20 openings?<br>21 A. Yes.<br>22 Q. Did your father encourage you to apply?<br>23 A. Yes.<br>24 Q. What did your father tell you about what it was<br>25 like to work at Tesla?<br>**151:**<br> 1 A. He told me it was going to be a good experience<br> 2 and that it would be -- like, it would be good. I<br> 3 bought into it because I thought it was going to be the | |

| | |
|---|---|
| 4 ultimate experience. Like, oh, I get to work for Tesla. | |
| 5 They're making modern productions to build electrical | |
| 6 cars to make the world a better place. Like, why | |
| 7 wouldn't I want to be a part of that? | |
| 8 Q. Your father told you it was going to be a good | |
| 9 experience to work at Tesla? | |
| 10 A. Yeah. He told me it would be a good experience | |
| 11 and it was going to be good for me. | |
| 12 Q. And that was right before you applied in August | |
| 13 of 2015? | |
| 14 A. Yes. | |
| 15 Q. Did your father tell you around the time you | |
| 16 applied in August 2015 anything about what his work | |
| 17 experience was like at Tesla? | |
| 18 A. When I was applying there, he said that his work | |
| 19 experience was going okay. From what I could tell, it | |
| 20 was going good. | |

| | |
|---|---|
| DATED:  February 13, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By   */s/ Daniel C. Posner*<br>　　　Daniel C. Posner<br>　　　Mari Henderson<br>　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>　　　865 S. Figueroa St., 10th Floor<br>　　　Los Angeles, California 90017<br>　　　Telephone: (213) 443-3000<br><br>　　　Asher Griffin (appearance *pro hac vice*)<br>　　　ashergriffin@quinnemanuel.com<br>　　　300 W. 6th St., Suite 2010<br>　　　Austin, TX 78701<br>　　　Telephone: (737) 667-6100<br><br>　　　Alex Spiro (appearance *pro hac vice*)<br>　　　alexspiro@quinnemanuel.com<br>　　　51 Madison Ave., 22nd Floor<br>　　　New York, NY 10010<br>　　　Telephone: (212) 849-7000<br>　　　Facsimile: (213) 443-3100<br><br>　　　*Attorneys for Defendant Tesla, Inc.* |