LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

*Attorneys for Plaintiff Owen Diaz*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY** |
| v. | |
| TESLA, INC. DBA TESLA MOTORS, INC., | |
| Defendant. | Trial Date: March 27, 2023<br>Complaint Filed: October 16, 2017 |

**DEFENDANT'S DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY**

Defendant respectfully submits the following chart identifying deposition testimony designated for the above referenced witness:

| # | Lines | Deposition Excerpt | Objection/Counterdesignation |
|---|---|---|---|
| 1 | 40:12-13 | 10 Q. Take your time to read Exhibit 6. It's a<br>11 document marked at the bottom as Tesla 156.<br>12 Is this a copy of your resume?<br>13 A. Yes. | Objection: Relevance; FRE 403 |
| 2 | 40:23 – 41:3 | 23 Q. Did you submit this as part of your application<br>14 to work at West Valley in or around August of 2015?<br>25 A. Yes.<br>1 Q. Did you submit this as part of your application<br>2 to work at Tesla in or around August of 2015?<br>3 A. Yes. | Objection: Relevance; FRE 403 |
| 3 | 150:15-151:20 | **150:**<br>15 Q. In paragraph 14 you state "In approximately<br>16 August of 2015, Demetric's father, Owen, informed him<br>17 West Valley had openings for positions at the Tesla<br>18 factory."<br>19 Did your father tell you that West Valley had<br>20 openings?<br>21 A. Yes.<br>22 Q. Did your father encourage you to apply?<br>23 A. Yes.<br>24 Q. What did your father tell you about what it was<br>25 like to work at Tesla?<br> **151:**<br> 1 A. He told me it was going to be a good experience<br> 2 and that it would be -- like, it would be good. I<br> 3 bought into it because I thought it was going to be the | |

| | |
|---|---|
| 4 ultimate experience. Like, oh, I get to work for Tesla. | |
| 5 They're making modern productions to build electrical | |
| 6 cars to make the world a better place. Like, why | |
| 7 wouldn't I want to be a part of that? | |
| 8 Q. Your father told you it was going to be a good | |
| 9 experience to work at Tesla? | |
| 10 A. Yeah. He told me it would be a good experience | |
| 11 and it was going to be good for me. | |
| 12 Q. And that was right before you applied in August | |
| 13 of 2015? | |
| 14 A. Yes. | |
| 15 Q. Did your father tell you around the time you | |
| 16 applied in August 2015 anything about what his work | |
| 17 experience was like at Tesla? | |
| 18 A. When I was applying there, he said that his work | |
| 19 experience was going okay. From what I could tell, it | |
| 20 was going good. | |

Dated: February 13, 2023          **CALIFORNIA CIVIL RIGHTS LAW GROUP**
                                  **ALEXANDER MORRISON + FEHR LLP**
                                  **ALTSHULER BERZON LLP**

                                           /s/ Lawrence A. Organ
                                  Lawrence A. Organ
                                  Cimone A. Nunley
                                  Marqui Hood
                                  J. Bernard Alexander III
                                  Michael Rubin
                                  Jonathan Rosenthal
                                  Attorneys for Plaintiff
                                  OWEN DIAZ