LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

*Attorneys for Plaintiff Owen Diaz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC. DBA TESLA MOTORS, INC.,<br><br>        Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S DISCOVERY DESIGNATION WITH DEFENDANT'S OBJECTIONS AND PLAINTIFF'S RESPONSES**<br><br>Trial Date: March 27, 2023<br>Complaint Filed: October 16, 2017 |

Plaintiff Owen Diaz hereby designates the following discovery requests and responses for presentation at trial as part of his case in chief.

**Initial Discovery Information Pursuant to G.O. No. 71:**

Initial Disclosures: March 30, 2018 (Section (3)a).

| NO. | INTERROGATORY | RESPONSE | OBJECTION/ COUNTER-DESIGNATION | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|
| 71. | I. During their temporary assignments to Tesla, Plaintiff Demetric Di-az and Plaintiff Owen Diaz (collectively "Plaintiffs"), were supervised by:<br><br>A) Javier Caballero: Plaintiff Demetric Di-az<br>B) Ed Romero: Plaintiff Owen Diaz | | The information in the discovery request and response concerning Demetric Di-az is irrelevant to the issues presented in the retrial and unduly prejudicial to Tesla and potentially confusing to the jury. (FRCP Rules 402 and 403) The discovery discloses that Demetric Di-az asserted claims as a Plaintiff which should be excluded. | Plaintiff is agreeable to removing the references to Demetric Di-az. |

**Special Interrogatories to Defendant Tesla:**

Set One: June 4, 2018 (No. 8)

Set Three: May 24, 2019 (Nos. 17-18)

| NO. | INTERROGATORY | RESPONSE | OBJECTION/ COUNTER-DESIGNATION | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|
| 8. | Please provide the last best-known contact information for Edward Romero. (In responding to this interrogatory, the term contact information, includes, but is not limited to, address, phone number and email.) | Mr. Romero is a former Tesla employee but he is represented by counsel for Tesla in this action. Accordingly, Mr. Romero may be contacted through counsel of record for Tesla. | | |
| 17. | Please DESCRIBE in comprehensive detail each position Victor Quintero has held during his employment at the TESLA FACTORY from 2014 to present. (For the purposes of responding to this | Victor Quintero's position is Manager, Recycling Services, from May 12, 2015, through the date of this response. | | |

| NO. | INTERROGATORY | RESPONSE | OBJECTION/ COUNTER-DESIGNATION | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|
|  | interrogatory, the term "DESCRIBE" means to list, for each position, the job title, job duties, hours worked, and dates the position was held.) |  |  |  |
| 18. | Please DESCRIBE in comprehensive detail each position Ramon Martinez held during his employment at the TESLA FACTORY. (For the purposes of responding to this interrogatory, the term "DESCRIBE" means to list, for each position, the job title, job duties, hours worked, and dates the position was held.) | Ramon Martinez was not employment by Tesla during the time that Plaintiff Owen Diaz or Plaintiff Demetric Di-az worked at Tesla. Ramon Martinez's position from January 14, 2019, to the date of this response is | The information in the discovery request and response concerning Demetric Di-az is irrelevant to the issues presented in the retrial and unduly prejudicial to Tesla and potentially confusing to the jury. (FRCP 402 and 403) The discovery discloses that Demetric Di-az asserted claims as a Plaintiff which should be excluded. | Plaintiff is agreeable to removing the references to Demetric Di-az. |

| NO. | INTERROGATORY | RESPONSE | OBJECTION/ COUNTER- DESIGNATION | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|
|  |  | Lead Material Handler. |  |  |

**Objection/Counter to Requests for Admissions to Defendant Tesla:**

Set One: May 24, 2019 (No. 2)

Set Two: October 11, 2019 (No. 10)

| NO. | INTERROGATORY | RESPONSE | OBJECTION/ COUNTER-DESIGNATION | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|
| 2. | Admit that Plaintiff Owen Diaz was working at the TESLA FACTORY pursuant to the contract YOU had with Defendant Citistaff, Inc. | Defendant admits that it contracts with NextSource to staff temporary workers at its facilities. It is Defendant's understanding that NextSource contracts with CitiStaff, Solutions, Inc., among other third parties, to secure temporary staffing at its facilities. | Relevance, unduly prejudicial, and jury confusion. The relationship between Mr. Diaz and Tesla is not at issue in this trial. | Plaintiff believes, based on Defendant's contentions in the pretrial statement, that Tesla Inc. will try to confuse the jury about the relationship Mr. Diaz has with Tesla Inc. Therefore, Plaintiff believes this question is appropriate. The response is also relevant to Defendant's reprehensible conduct. |
| 10. | Admit YOU have no security recordings or footage of any interactions between Plaintiff Owen Diaz and Ramon Martinez. | Admit. | | |

| | | |
|---|---|---|
| 1 | Dated: February 13, 2023 | **CALIFORNIA CIVIL RIGHTS LAW GROUP** |
| 2 | | **ALEXANDER MORRISON + FEHR LLP** |
| | | **ALTSHULER BERZON LLP** |
| 3 | | |
| 4 | |       /s/ Lawrence A. Organ |
| | | Lawrence A. Organ |
| 5 | | Cimone A. Nunley |
| | | Marqui Hood |
| 6 | | J. Bernard Alexander III |
| | | Michael Rubin |
| 7 | | Jonathan Rosenthal |
| | | Attorneys for Plaintiff |
| 8 | | OWEN DIAZ |