| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503)<br>larry@civilrightsca.com<br>MARQUI HOOD (SBN 214718)<br>marqui@civilrightsca.com<br>CIMONE A. NUNLEY (SBN 326915)<br>cimone@civilrightsca.com<br>**CALIFORNIA CIVIL RIGHTS LAW GROUP**<br>332 San Anselmo Avenue<br>San Anselmo, California 94960<br>Telephone: (415)-453-7352<br>Facsimile: (415)-785-7352<br><br>J. BERNARD ALEXANDER (SBN 128307)<br>balexander@amfllp.com<br>**ALEXANDER MORRISON + FEHR LLP**<br>1900 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 394-0888<br>Facsimile: (310) 394-0811<br><br>MICHAEL RUBIN (SBN 80618)<br>mrubin@altber.com<br>JONATHAN ROSENTHAL (SBN 329638)<br>jrosenthal@altber.com<br>**ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300<br>San Francisco, California 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br><br>*Attorneys for Plaintiff Owen Diaz* | ALEX SPIRO (appearance *pro hac vice*)<br>alexspiro@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>DANIEL C. POSNER (CA Bar No. 232009)<br>danposner@quinnemanuel.com<br>MARI F. HENDERSON (CA Bar No. 307693)<br>marihenderson@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>ASHER GRIFFIN (appearance *pro hac vice*)<br>ashergriffin@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>300 W. 6th St., Suite 2010<br>Austin, TX 78701<br>Telephone: (737) 667-6100<br><br>*Attorneys for Defendant Tesla, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING REFERENCE TO PLAINTIFF, DEMETRIC DI-AZ'S INCARCERATION**<br><br>Pretrial Conference Date: February 27, 2023<br>Time: 2:00 p.m.<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation in order to prevent the unnecessary use of Court time and resources. Accordingly, the Parties stipulate as follows:

**WHEREAS**, the Parties have conferred regarding numerous evidentiary issues related to the retrial of this matter and assert that entering this stipulation will save the parties and the Court time and prevent unnecessary motion practice;

**NOW THEREFORE**, it is hereby stipulated by and between Plaintiff and Defendant that:

> Subject to the other party opening the door, the parties will not introduce any evidence or testimony, or make any argument regarding witness Demetric Di-az's arrest and subsequent incarceration. This stipulation also precludes testimony from Owen Diaz, Dr. Anthony Reading, La'Drea Jones, or any other witness that Demetric Di-az's criminal conduct, arrest, or incarceration were related to his work or experience at the Fremont facility or that Demetric Di-az's arrest and subsequent incarceration caused Owen Diaz emotional distress related to or caused by Tesla.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   | | CALIFORNIA CIVIL RIGHTS LAW GROUP |
|   | | ALEXANDER MORRISON & FEHR LLP |
|   | | ALTSCHULER BERZON |
| DATED: February 17, 2023 | By: | /s/ Lawrence A Organ |
|   | | Lawrence A. Organ, Esq. |
|   | | Marqui Hood, Esq. |
|   | | Cimone A. Nunley, Esq. |
|   | | J. Bernard Alexander, Esq. |
|   | | Michael Rubin, Esq. |
|   | | Jonathan Rosenthal, Esq. |
|   | | *Attorneys for Plaintiff Owen Diaz* |
| DATED: February 17, 2023 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | By: | /s/ Daniel C. Posner |
|   | | Alex Spiro, Esq. |
|   | | Daniel C. Posner, Esq. |
|   | | Mari F. Henderson, Esq. |
|   | | Asher Griffin, Esq. |
|   | | *Attorneys for Defendant Tesla, Inc.* |

## [PROPOSED] ORDER

Based upon the Parties' Stipulation, and good caused having been shown, **IT IS HEREBY ORDERED THAT**:

Subject to the other party opening the door, the parties will not introduce any evidence or testimony, or make any argument regarding witness Demetric Di-az's arrest and subsequent incarceration. This stipulation also precludes testimony from Owen Diaz, Dr. Anthony Reading, La'Drea Jones, or any other witness that Demetric Di-az's criminal conduct, arrest, or incarceration were related to his work or experience at the Fremont facility or that Demetric Di-az's arrest and subsequent incarceration caused Owen Diaz emotional distress related to or caused by Tesla.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2023          _____
                                                                    Hon. William H. Orrick