1  LAWRENCE A. ORGAN (SBN 175503)
   larry@civilrightsca.com
2  MARQUI HOOD (SBN 214718)
   marqui@civilrightsca.com
3  CIMONE A. NUNLEY (SBN 326915)
   cimone@civilrightsca.com
4  **CALIFORNIA CIVIL RIGHTS LAW**
5  **GROUP**
   332 San Anselmo Avenue
6  San Anselmo, California 94960
   Telephone:    (415)-453-7352
7  Facsimile:    (415)-785-7352
8
   J. BERNARD ALEXANDER (SBN 128307)
9  balexander@amfllp.com
   **ALEXANDER MORRISON + FEHR LLP**
10 1900 Avenue of the Stars, Suite 900
11 Los Angeles, California 90067
   Telephone:    (310) 394-0888
12 Facsimile:    (310) 394-0811
13 MICHAEL RUBIN (SBN 80618)
   mrubin@altber.com
14 JONATHAN ROSENTHAL (SBN 329638)
15 jrosenthal@altber.com
   **ALTSHULER BERZON LLP**
16 177 Post Street, Suite 300
   San Francisco, California 94108
17 Telephone:    (415) 421-7151
   Facsimile:    (415) 362-8064
18
19 *Attorneys for Plaintiff Owen Diaz*

ALEX SPIRO (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
**QUINN   EMANUEL   URQUHART   &**
**SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

DANIEL C. POSNER (CA Bar No. 232009)
danposner@quinnemanuel.com
MARI F. HENDERSON (CA Bar No. 307693)
marihenderson@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

ASHER GRIFFIN (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

20
21
22 OWEN DIAZ
23         Plaintiff,
24     v.
25 TESLA, INC. dba TESLA MOTORS, INC.
26     Defendant.
27
28

Case No. 3:17-cv-06748-WHO

**JOINT STIPULATION REGARDING**
**REFERENCE TO PLAINTIFF,**
**DEMETRIC DI-AZ'S INCARCERATION**

Pretrial Conference Date: February 27, 2023
Time: 2:00 p.m.

Trial Date: March 27, 2023
Complaint filed: October 16, 2017

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation in order to prevent the unnecessary use of Court time and resources. Accordingly, the Parties stipulate as follows:

**WHEREAS**, the Parties have conferred regarding numerous evidentiary issues related to the retrial of this matter and assert that entering this stipulation will save the parties and the Court time and prevent unnecessary motion practice;

**NOW THEREFORE**, it is hereby stipulated by and between Plaintiff and Defendant that:

Subject to the other party opening the door, the parties will not introduce any evidence or testimony, or make any argument regarding witness Demetric Di-az's arrest and subsequent incarceration. This stipulation also precludes testimony from Owen Diaz, Dr. Anthony Reading, La'Drea Jones, or any other witness that Demetric Di-az's criminal conduct, arrest, or incarceration were related to his work or experience at the Fremont facility or that Demetric Di-az's arrest and subsequent incarceration caused Owen Diaz emotional distress related to or caused by Tesla.

**IT IS SO STIPULATED.**

1

2

3

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON & FEHR LLP
ALTSCHULER BERZON

4

5

6

7

8

9

DATED:  February 18, 2023      By:     */s/ Lawrence A Organ*_____
                                       Lawrence A. Organ, Esq.
                                       Marqui Hood, Esq.
                                       Cimone A. Nunley, Esq.
                                       J. Bernard Alexander, Esq.
                                       Michael Rubin, Esq.
                                       Jonathan Rosenthal, Esq.
                                       *Attorneys for Plaintiff Owen Diaz*

10

DATED:  February 18, 2023      QUINN EMANUEL URQUHART & SULLIVAN, LLP

11

12

13

14

                           By:     */s/ Daniel C. Posner*_____
                                       Alex Spiro, Esq.
                                       Daniel C. Posner, Esq.
                                       Mari F. Henderson, Esq.
                                       Asher Griffin, Esq.
                                       *Attorneys for Defendant Tesla, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the Parties' Stipulation, and good caused having been shown, **IT IS**

**HEREBY ORDERED THAT**:

Subject to the other party opening the door, the parties will not introduce any evidence or testimony, or make any argument regarding witness Demetric Di-az's arrest and subsequent incarceration.  This stipulation also precludes testimony from Owen Diaz, Dr. Anthony Reading, La'Drea Jones, or any other witness that Demetric Di-az's criminal conduct, arrest, or incarceration were related to his work or experience at the Fremont facility or that Demetric Di-az's arrest and subsequent incarceration caused Owen Diaz emotional distress related to or caused by Tesla.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**



Dated:   February 21, 2023    _____

Hon. William H. Orrick