LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:	(415)-453-7352
Facsimile:	(415)-785-7352

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
DREW F. TETI (SBN 267641)
dteti@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:	(415) 767-0047
Facsimile:	(415) 767-0037

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:	(310) 394-0888
Facsimile:	(310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:	(415) 421-7151
Facsimile:	(415) 362-8064

*Attorneys for Plaintiff Owen Diaz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ<br><br>           Plaintiff,<br><br>     v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.<br><br>           Defendant | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN: PLEASE TAKE NOTICE that CALIFORNIA CIVIL RIGHTS LAW GROUP, ALEXANDER MORRISON + FEHR LLP, ALTSHULER BERZON LLP, attorneys of record herein, hereby associate with Dustin L. Collier and the COLLIER LAW FIRM, LLP, 240 Tamal Vista Blvd., Suite 100, Corte Madera, California 94925, Telephone: (415) 767-0047; Facsimile: (415) 767-0037, as attorneys for Plaintiff.

Copies of all future notices, communications, and/or pleadings should be forwarded to all law firms, and Mr. Collier should be added to the official proof of service for this matter.

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON & FEHR LLP
ALTSCHULER BERZON

DATED: February 21, 2023    By:    /s Lawrence A Organ
                                    Lawrence A. Organ, Esq.
                                    Marqui Hood, Esq.
                                    Cimone A. Nunley, Esq.
                                    J. Bernard Alexander, Esq.
                                    Michael Rubin, Esq.
                                    Jonathan Rosenthal, Esq.
                                    Attorneys for Plaintiff OWEN DIAZ

The undersigned hereby agrees to be associated with California Civil Rights Law Group, as attorneys of record for Plaintiff in this action.

COLLIER LAW FIRM, LLP

DATED: February 21, 2023    By:    /s Dustin L. Collier
                                    Dustin L. Collier, Esq.
                                    V. Joshua Socks, Esq.
                                    Drew F. Teti, Esq.
                                    Attorneys for Plaintiff
                                    OWEN DIAZ

## **ATTESTATION OF CONCURRENCE**

I, Lawrence A. Organ, am the ECF user whose ID and password are being used to file this NOTICE OF ASSOCIATION OF COUNSEL. Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED:  February 21, 2023          By:      /s Lawrence A Organ
                                            Lawrence A. Organ, Esq.