QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART
&SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>             Plaintiff,<br><br>      v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>             Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF SUBMISSION OF PROPOSED REVISED DRAFT PRELIMINARY JURY INSTRUCTIONS**<br><br>Judge: Hon. William H. Orrick |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, in response to the Court's request made at the Final Pretrial Conference on February 27, 2023, Defendant Tesla, Inc. ("Tesla") hereby submits as **Exhibit A** hereto its proposed revisions to the Draft Preliminary Jury Instructions prepared by the Court and provided to the parties on February 24, 2023. Tesla submits its attached proposed revisions subject to and without waiving its previously asserted objections to, or requests for, jury instructions, including as contained in the parties' Joint Proposed and Disputed Jury Instructions (Dkt. 389).

DATED:  February 28, 2023            By: */s/ Daniel C. Posner*

Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (213) 443-3100

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*