AWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415)-453-7352
Facsimile: (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
Facsimile: (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone: (415) 767-0047
Facsimile: (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

OWEN DIAZ,

Plaintiff,

v.

TESLA, INC. dba TESLA MOTORS, INC.;

Defendant.

Case No. 3:17-cv-06748-WHO

**PLAINTIFF'S PROFFER OF TESTIMONY OF OWEN DIAZ RE: SCOPE OF ANTICIPATED TESTIMONY OF MICHAEL WHEELER**

Trial Date: March 27, 2023
Complaint filed: October 16, 2017

As ordered by the Court at the Pretrial Conference held on February 27, 2023, plaintiff Owen Diaz hereby provides the Court with trial and deposition testimony by Mr. Diaz concerning his awareness of the "feces incident" experienced by Michael Wheeler during his

employment with Defendant Tesla.[1] This testimony demonstrates, as Mr. Diaz would testify at trial, that he became aware of the "feces incident" shortly after that incident occurred and that he believed it was racial harassment.

Plaintiff also provides the Court with Mr. Wheeler's prior deposition and trial testimony concerning his experience of the incident, the numerous complaints he made about it to his supervisors at Tesla, and that he informed Mr. Diaz of the incident**.**

**<u>Diaz, Owen, Deposition 12/03/2018, Vol. II:</u>**

| # | Lines | Deposition Excerpt |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

[1] Plaintiff also directs the Court's attention to his Opposition to Tesla's Motions *in Limine*, Dkt 391, at 22-23, in which Mr. Diaz explained the many *additional* reasons why the feces incident is relevant to both compensatory and punitive damages. The Court already denied Tesla's motions *in limine* on this issue and Tesla offers no new reason why this evidence, admitted at the first trial, should be excluded at the second trial.



This testimony is attached as **Exhibit 1** to the supplemental declaration of Cimone Nunley, filed concurrently herewith.

| # | Lines | Deposition Excerpt |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

3 Case No. 3:17-cv-06748-WHO
PLAINTIFF'S PROFFER OF TESTIMONY OF OWEN DIAZ RE: SCOPE OF ANTICIPATED TESTIMONY OF MICHAEL WHEELER

This testimony is attached as **Exhibit 1** to the supplemental declaration of Cimone Nunley, filed concurrently herewith**.**

| # | Lines | Deposition Excerpt |
|---|---|---|
| | | |



This testimony is attached as **Exhibit 1** to the supplemental declaration of Cimone Nunley, filed concurrently herewith**.**

**Wheeler, Michael, Deposition 6/12/2019:**

| # | Lines | Deposition Excerpt |
|---|---|---|
| 1. | 54:9-18 | 9 Q. Okay. Let me -- let's go incident by<br>10 incident.<br>11 So you told Owen about an incident where<br>12 someone had put some feces in your seat; is that<br>13 right?<br>14 A. I told everyone about that incident. I<br>15 sent out a very long email to Victor and anyone on<br>16 that thread, asking -- and security as well, asking<br>17 for them to check the cameras because this is<br>18 unacceptable. |

This testimony is attached as **Exhibit B** to the declaration of Cimone Nunley, filed concurrently herewith**.**

**Wheeler, Michael, Jury Trial Proceedings 9/29/2021, Vol. 3:**

| # | Lines | Trial Testimony Excerpt |
|---|---|---|
| 1. | 432:10-433:10 | 10 Q. Now, is there any other incident that occurred to you<br>11 inside the workplace that you believed was racially motivated<br>12 directed towards you?<br>13 A. Yes.<br>14 Q. And can you describe that incident?<br>15 A. There was a night I had taken -- there was a night I had<br>16 taken lunch, and I was on my lunch for about an hour. And then<br>17 when I returned to my cart, I sat down, slid across the seat<br>18 like I did every night, and I felt something wet on my seat.<br>19 And it took me a second to process it. I got back up and there<br>20 was feces all over my seat, all over my pants. There was some<br>21 on my hands.<br>22 Q. And did you report this incident of finding feces on your<br>23 cart to anyone at Tesla?<br>24 A. I did.<br>25 Q. Who did you report that to? |

| | | |
|---|---|---|
| | | 1 A. Umm, everybody. Security, all the supervisors, Ramon,<br>2 Jose Torres, Victor Quintero.<br>3 Q. Ed Romero?<br>4 A. Yes -- uh, I don't -- I do not recall for Ed, but...<br>5 Q. So the department that you worked in, Victor Quintero was<br>6 ultimately over your department?<br>7 A. Absolutely, yes.<br>8 Q. So you reported it to numerous people in management and<br>9 supervision inside Tesla; right?<br>10 A. I did, yes. |

This testimony is attached as **Exhibit A** to the declaration of Cimone Nunley, filed concurrently herewith**.**

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP

DATED: March 3, 2023

Attorney for Plaintiff OWEN DIAZ