```
              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - -
DEMETRIC DIAZ, OWEN DIAZ, and       )
LAMAR PATTERSON,                    )
              Plaintiffs,           )   CASE NO.
vs.                                 )   3:17-CV-06748-WHO
TESLA, INC. dba TESLA MOTORS,       )
INC.; CITISTAFF SOLUTIONS,          )
INC.; WEST VALLEY STAFFING          )
GROUP; CHARTWELL STAFFING           )
SERVICES, INC.; and DOES 1-50,      )
inclusive,                          )
              Defendants.           )
- - - - - - - - - - - - - - - - - - - -



           DEPOSITION OF MICHAEL JOHN WHEELER

                WEDNESDAY, JUNE 12, 2019




Reported by:
BY:  MELINDA M. SELLERS, CSR# 10686, RMR, CRC, CRR, CCRR
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9       Deposition of MICHAEL JOHN WHEELER, taken on
10   behalf of PLAINTIFFS, at 180 Grand Ave., Suite 1380,
11   Oakland, California, commencing at 12:18 p.m.,
12   WEDNESDAY, JUNE 12, 2019, before Melinda M. Sellers,
13   Certified Shorthand Reporter No. 10686, pursuant to
14   Notice.
15
16
17
18
19
20
21
22
23
24
25
```

MICHAEL JOHN WHEELER
June 12, 2019

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3       CALIFORNIA CIVIL RIGHTS LAW GROUP
 4       BY:  LAWRENCE A. ORGAN, ATTORNEY AT LAW
 5       332 San Anselmo Avenue
 6       San Anselmo, California 94960-2664
 7       Telephone:  (415) 453-4740
 8       Email:  larry@civilrightsca.com
 9
10   FOR DEFENDANT TESLA, INC.:
11       SHEPPARD MULLIN RICHTER & HAMPTON LLP
12       BY:  PATRICIA M. JENG, ATTORNEY AT LAW
13       Four Embarcadero Center, 17th Floor
14       San Francisco, California 94111-4109
15       Telephone:  (415) 434-9100
16       Email:  pjeng@sheppardmullin.com
17
18   FOR DEFENDANT NEXTSOURCE, INC.:
19       FISHER PHILLIPS LLP
20       BY:  VINCENT J. ADAMS, ATTORNEY AT LAW
21       One Embarcadero Center, Suite 2050
22       San Francisco, California 94111
23       Telephone:  (415) 490-9036
24       Email:  vadams@fisherphillips.com
25
```

**Page 3**

MICHAEL JOHN WHEELER
June 12, 2019

```
 1    APPEARANCES OF COUNSEL (CONTINUED):
 2    FOR DEFENDANT CITISTAFF SOLUTIONS, INC.:
 3        LAFAYETTE & KUMAGAI
 4        BY:  SUSAN T. KUMAGAI, ATTORNEY AT LAW
 5        1300 Clay Street, Suite 810
 6        Oakland, California 94612
 7        Telephone:  (415) 357-4600
 8        Email:  skumagai@lkclaw.com
 9
10    ALSO PRESENT:
11        SAJA SPEARMAN, INTERN/VIDEOGRAPHER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

1  factory.
2      Q.   Okay.
3      A.   For instance, there was an incident where
4  the cart I told you about I drove around as a
5  supervisor, someone put feces on my seat, which I
6  later then sat in because I don't check my seat
7  before I sit down because that's the last thing I
8  was expecting to be there.
9      Q.   Okay.  Let me -- let's go incident by
10 incident.
11          So you told Owen about an incident where
12 someone had put some feces in your seat; is that
13 right?
14     A.   I told everyone about that incident.  I
15 sent out a very long email to Victor and anyone on
16 that thread, asking -- and security as well, asking
17 for them to check the cameras because this is
18 unacceptable.
19     Q.   Right.  Do you think that someone put the
20 feces -- strike that.
21          This cart was your cart?
22     A.   This was my cart.
23     Q.   Okay.  So people would -- people who you
24 worked with would know that it was your cart?
25     A.   Everyone knew it was my cart.

```
 1   STATE OF CALIFORNIA       )
 2                             )     ss
 3   COUNTY OF CALAVERAS       )
 4             I hereby certify that the witness in the
 5   foregoing deposition of MICHAEL JOHN WHEELER was by
 6   me duly sworn to testify to the truth, the whole
 7   truth, and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place herein named; that the
10   deposition is a true record of the witness's
11   testimony as reported by me, a duly certified
12   shorthand reporter and a disinterested person, and
13   was thereafter transcribed into typewriting by
14   computer.
15             I further certify that I am not interested
16   in the outcome of the said action, nor connected
17   with, nor related to any of the parties in said
18   action, nor to their respective counsel.
19             IN WITNESS WHEREOF, I have hereunto set my
20   hand this 24th day of June, 2019.
21
22
23             _____
24                 MELINDA M. SELLERS, CSR NO. 10686
25                 STATE OF CALIFORNIA
```