| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone: (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile: (415) 362-8064 |
| Telephone: (415)-453-7352 | |
| Facsimile: (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone: (310) 394-0888 | drew@collierlawsf.com |
| Facsimile: (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone: (415) 767-0047 |
| | Facsimile: (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF PLAINTIFF'S OFFER OF PROOF**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

## MOTION

Pursuant to Local Rules 7-11 and 79-5, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Plaintiff Owen Diaz respectfully requests an order sealing the physical copies in the Court's files of Exhibit 1 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiffs' Offer of Proof. This Motion is based on the Supplemental Declaration of Cimone Nunley in support thereof, and the documents to be sealed are laid out below:

| Document | Designating Party | Basis for Sealing |
|---|---|---|
| Exhibit 1: Vol. II of the Deposition of Plaintiff Owen Diaz | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Publicizing these documents would violate the Protective Order entered in this case [Dkt. No. 50].

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP

DATED: March 3, 2023

Attorney for Plaintiff OWEN DIAZ