| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:   (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:    (415) 362-8064 |
| Telephone:   (415)-453-7352 | |
| Facsimile:   (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:   (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:   (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:   (415) 767-0047 |
| | Facsimile:    (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF PLAINTIFF'S OFFER OF PROOF**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

# [PROPOSED] ORDER

Pursuant to Local Rules 7-11 and 79-5, as well as this Court's Standing Order regarding administrative motions to seal, Plaintiff Owen Diaz has filed an administrative motion for an order sealing the physical copies in the Court's files of Exhibit 1 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiff's Offer of Proof. According to the declaration filed by Plaintiff's counsel, Cimone Nunley, in support of this Motion, Exhibit 1 should be sealed for the foregoing reasons:

| Document | Designating Party | Basis for Sealing |
|---|---|---|
| Exhibit 1: Vol. II of the Deposition of Plaintiff Owen Diaz | Tesla, Inc. | Marked confidential pursuant to Protective Order (Dkt. No. 50). |

Appearing the requested relief is warranted, this Court orders that:

1. Plaintiff's Administrative Motion to File Documents Under Seal in Support of Plaintiff's Offer of Proof is GRANTED.

2. The physical copies in the Court's files of Exhibit 1 to the Supplemental Declaration of Cimone Nunley in Support of Plaintiff's Offer of Proof shall be SEALED and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2023            _____
                                       The Honorable William Orrick
                                       United States District Court Judge