1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (appearance *pro hac vice*)
2    alexspiro@quinnemanuel.com
   51 Madison Ave., 22nd Floor
3  New York, NY 10010
   Telephone: (212) 849-7000
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    Daniel C. Posner (CA Bar No. 232009)
     danposner@quinnemanuel.com
6    Mari F. Henderson (CA Bar No. 307693)
     marihenderson@quinnemanuel.com
7  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
8  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
9
   QUINN EMANUEL URQUHART &SULLIVAN, LLP
10   Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
11 300 W. 6th St., Suite 2010
   Austin, TX 78701
12 Telephone: (737) 667-6100

13 *Attorneys for Defendant Tesla, Inc.*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| 20         Plaintiff, | **DEFENDANT TESLA, INC.'S NOTICE OF EVIDENCE RE: INCIDENT INVOLVING MICHAEL WHEELER** |
| 21       v. | |
| 22  TESLA, INC. d/b/a TESLA MOTORS, INC., | Trial Date: March 27, 2023 |
| 23         Defendant. | Time: 8:30 a.m. |
|  | Place: Courtroom 2, 17th Floor |
| 24 | Judge: Hon. William H. Orrick |

25

26

27

28

Pursuant to this Court's February 27, 2023 Minute Order (Dkt. 409 at 2), Defendant Tesla, Inc. respectfully submits this Notice of Evidence regarding Plaintiff Owen Diaz's awareness of an alleged incident of harassment involving Michael Wheeler.

For evidence that Mr. Diaz was unaware of or unharmed by the incident at the time he filed his original complaint on October 13, 2017, Tesla refers the Court to Mr. Diaz's original complaint, which identified several specific incidents of alleged harassment but made no mention of the alleged incident involving Mr. Wheeler. *See* Dkt. 1-2, ¶¶ 34-35 (allegations regarding racial slurs by other unnamed employees); ¶¶ 36-37 (allegations about "Conveyance Supervisor Robert"); ¶ 39 (allegation about overhearing racial slur directed to his son); ¶¶ 42-47 (allegations about drawings); ¶¶ 53-60 (allegations about Martinez elevator incident); *see also* Dkt. 57 (Mr. Diaz's amended complaint which similarly omits allegations of incident involving Mr. Wheeler).

For evidence that Mr. Diaz had very limited knowledge about the incident, Tesla refers the Court to his deposition testimony in which he repeatedly refers to Mr. Wheeler's superior knowledge of what happened and how Mr. Wheeler felt about it, and in which he does not testify that he was aware of the incident or believed it was racially motivated at the time it occurred or at any time before filing this lawsuit. *See* Declaration of Daniel C. Posner, March 3, 2023, Ex. A at 208:10-14; 209:2-16; 210:7-12, 20-25; 211:3-4, 11-20; 212:3-4, 7-11.

For evidence that Michael Wheeler was unaware whether the incident was racially motivated, Tesla refers the Court to his deposition testimony. *Id.* Ex. B at 57:8-12 ("Q: Do you think that the feces was put on your seat in part because you were African-American?  A: I could assume that, but I can't say for sure.  So I will not say that.  I will say it was an act against me, but it could have been anyone.").

Tesla is unaware of any testimony that shows Mr. Diaz was aware of or harmed by the incident during the time he worked at Tesla's Fremont factory, that he believed the incident was racially motivated during the time he worked at the factory, or that Mr. Wheeler had any non-speculative basis to determine the incident was racially motivated. *See, e.g.*, *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 422-23 (2003) ("A defendant's dissimilar acts, independent from the acts upon which liability was premised, may not serve as the basis for punitive damages.

A defendant should be punished for the conduct that harmed the plaintiff, not for being an unsavory individual or business.").

DATED: March 3, 2023    By: */s/ Daniel C. Posner*
Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (213) 443-3100

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*