QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC. d/b/a TESLA MOTORS, INC., <br><br> Defendant. | Case No. 3:17-cv-06748-WHO <br><br> **DEFENDANT TESLA, INC.'S ADMINISTRATIVE REQUEST FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 2, 17th FLOOR** |

1  Defendant Tesla, Inc. respectfully requests permission, pursuant to Northern District of
2 California General Order No. 58, to gain entry to Courtroom 2 of the Federal Courthouse in San
3 Francisco, California, located at 450 Golden Gate Avenue, through building security, commencing
4 as of March 24, 2023, with equipment and oversized materials that its counsel plans to use during
5 the jury trial commencing on March 27, 2023, and continuing each day of trial through verdict.
6  The above-mentioned equipment includes the following:
7  • Boxes of trial materials (exhibits, sealed deposition transcripts, unsealed deposition
8 transcripts, binders, and general office supplies);
9  • Equipment dolly;
10  • Laptop computers;
11  • Ipads;
12  • Wireless Data Cards;
13  • Tech Support Equipment (cords, cables, connectors, adapters, switches, remotes);
14  • External hard drives;
15  • Portable monitors with accompanying cables;
16  • Easel with accompanying notepad;
17  • Oversized and physical demonstratives;
18  • Podium;
19  • Lectern;
20  • Printers;
21  • Cables, peripherals, and power cords for the foregoing equipment;
22  • Whiteboards; and
23  • Drink containers/coolers.
24
25
26
27
28

| | |
|---|---|
| 1  DATED: March 23, 2023 | By: */s/ Daniel C. Posner* |

Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (213) 443-3100

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*