1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
2  alexspiro@quinnemanuel.com
  51 Madison Ave., 22nd Floor
3 New York, NY 10010
  Telephone: (212) 849-7000
4
  QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
6   Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
7 865 S. Figueroa St., 10th Floor
  Los Angeles, California 90017
8 Telephone: (213) 443-3000
  Facsimile: (213) 443-3100
9
  QUINN EMANUEL URQUHART &
10 SULLIVAN, LLP
   Asher Griffin (appearance *pro hac vice*)
11  ashergriffin@quinnemanuel.com
  300 W. 6th St., Suite 2010
12 Austin, TX 78701
  Telephone: (737) 667-6100
13
  *Attorneys for Defendant Tesla, Inc.*
14

15                 **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19 OWEN DIAZ,                              Case No. 3:17-cv-06748-WHO

20         Plaintiff,                      **[PROPOSED] ORDER GRANTING
                                           TESLA, INC.'S ADMINISTRATIVE
21      v.                                 REQUEST FOR ENTRY OF TRIAL
                                           EQUIPMENT INTO COURTROOM 2,
22 TESLA, INC. d/b/a TESLA MOTORS, INC.,   17TH FLOOR**

23         Defendant.

24

25

26

27

28

1

**[PROPOSED] ORDER**

2    Having considered the papers, the Court GRANTS Defendant Tesla, Inc.'s Administrative

3  Request For Entry Of Trial Equipment Into Courtroom 2, and allows Tesla to bring the referenced

4  equipment for use during the upcoming jury trial commencing as of March 24, 2023, and continuing

5  each day until verdict.

6

7        IT IS SO ORDERED.

8  DATED: _____, 2023

9

10

11                                              By _____
                                                    Hon. William H. Orrick
12                                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING TESLA, INC.'S ADMINISTRATIVE REQUEST FOR ENTRY OF TRIAL
EQUIPMENT INTO COURTROOM 2