QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>          Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC.'S ADMINISTRATIVE REQUEST FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 2, 17th FLOOR** |

1  Defendant Tesla, Inc. respectfully requests permission, pursuant to Northern District of
2  California General Order No. 58, to gain entry to Courtroom 2 of the Federal Courthouse in San
3  Francisco, California, located at 450 Golden Gate Avenue, through building security, commencing
4  as of March 24, 2023, with equipment and oversized materials that its counsel plans to use during
5  the jury trial commencing on March 27, 2023, and continuing each day of trial through verdict.

6  The above-mentioned equipment includes the following:

7  • Boxes of trial materials (exhibits, sealed deposition transcripts, unsealed deposition
8  transcripts, binders, and general office supplies);

9  • Equipment dolly;

10  • Laptop computers;

11  • Ipads;

12  • Wireless Data Cards;

13  • Tech Support Equipment (cords, cables, connectors, adapters, switches, remotes);

14  • External hard drives;

15  • Portable monitors with accompanying cables;

16  • Easel with accompanying notepad;

17  • Oversized and physical demonstratives;

18  • Podium;

19  • Lectern;

20  • Printers;

21  • Cables, peripherals, and power cords for the foregoing equipment;

22  • Whiteboards; and

23  • Drink containers/coolers.

DATED: March 23, 2023               By: */s/ Daniel C. Posner*

                                      Daniel C. Posner
                                      Mari Henderson
                                      Quinn Emanuel Urquhart & Sullivan, LLP
                                      865 S. Figueroa St., 10th Floor
                                      Los Angeles, California 90017
                                      Telephone: (213) 443-3000

                                      Alex Spiro (appearance *pro hac vice*)
                                      alexspiro@quinnemanuel.com
                                      51 Madison Ave., 22nd Floor
                                      New York, NY 10010
                                      Telephone: (212) 849-7000
                                      Facsimile: (213) 443-3100

                                      Asher Griffin (appearance *pro hac vice*)
                                      ashergriffin@quinnemanuel.com
                                      300 W. 6th St., Suite 2010
                                      Austin, TX 78701
                                      Telephone: (737) 667-6100

                                      *Attorneys for Defendant Tesla, Inc.*

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (appearance *pro hac vice*)
2    alexspiro@quinnemanuel.com
   51 Madison Ave., 22nd Floor
3  New York, NY 10010
   Telephone: (212) 849-7000
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    Daniel C. Posner (CA Bar No. 232009)
     danposner@quinnemanuel.com
6    Mari F. Henderson (CA Bar No. 307693)
     marihenderson@quinnemanuel.com
7  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
8  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
9
   QUINN EMANUEL URQUHART &
10 SULLIVAN, LLP
     Asher Griffin (appearance *pro hac vice*)
11   ashergriffin@quinnemanuel.com
   300 W. 6th St., Suite 2010
12 Austin, TX 78701
   Telephone: (737) 667-6100
13
   *Attorneys for Defendant Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING TESLA, INC.'S ADMINISTRATIVE REQUEST FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 2, 17TH FLOOR** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| Defendant. | |

1 **ORDER**

2 Having considered the papers, the Court GRANTS Defendant Tesla, Inc.'s Administrative
3 Request For Entry Of Trial Equipment Into Courtroom 2, and allows Tesla to bring the referenced
4 equipment for use during the upcoming jury trial commencing as of March 24, 2023, and continuing
5 each day until verdict.

6

7 IT IS SO ORDERED.
8 DATED: __March 23__, 2023

9
10
11 By _____
 Hon. William H. Orrick
12 United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28