# EXHIBIT A

# Owen Diaz Employment Status:

**"Plaintiff Owen Diaz was employed by defendant Tesla, Inc. . . . at the Tesla factory in Fremont, California, from June 2015 to March 2016."**

2

# It has been conclusively determined that Tesla is liable to Mr. Diaz for:

1. Creating a hostile work environment based on race;

2. Failing to prevent racial harassment.

3

# Punitive Damages Against Tesla Inc.

1. "It has been established that Tesla's conduct that harmed Mr. Diaz was malicious, oppressive, or in reckless disregard of Mr. Diaz's rights."

2. "It has been established that Mr. Diaz is entitled to punitive damages."

3. "It is for you to determine the amount."

# Compensatory Damages

1. "It has been established that Mr. Diaz is entitled to compensatory damages."

2. "It is for you to determine the amount of damages that have been proved."