LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD  (SBN214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.co
DREW F. TETI (SBN 262641)
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd., Suite 100
Corte Madera, CA 94925
Telephone:    (415) 767-0047
Facsimile:    (415) 767-0087

Attorneys for Plaintiff OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S REQUEST FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 2** |

Plaintiff Owen Diaz respectfully requests permission, pursuant to Northern District of California General Order No. 58, to gain entry to Courtroom 2 of the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, through building security, commencing as of March 24, 2023, with equipment and oversized materials that its counsel plans to use during the jury trial commencing on March 27, 2023, and continuing each day of trial through verdict.

The equipment includes the following:

1. Laptop computers & tablets;
2. Printers;
3. Oversized and physical demonstratives;
4. Easel and pad of paper;
5. Whiteboard;
6. Tech support equipment (cords, cables, connectors, adapters, remotes);
7. External hard drives;
8. Water bottles and beverage containers.

Dated:   March 24, 2023

**CALIFORNIA CIVIL RIGHTS LAW GROUP**
**ALEXANDER MORRISON + FEHR LLP**
**ALTSHULER BERZON LLP**
**COLLIER LAW FIRM, LLP**

　　　　/s/ Lawrence A. Organ　　　
Lawrence A. Organ
Cimone A. Nunley
J. Bernard Alexander III
Michael Rubin
Jonathan Rosenthal
Dustin Collier
Attorneys for Plaintiff
OWEN DIAZ