| | |
|---|---|
| AWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:     (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:     (415) 362-8064 |
| Telephone:     (415)-453-7352 | |
| Facsimile:     (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:     (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:     (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:   (415) 767-0047 |
| | Facsimile:     (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **PLAINTIFF'S EXPERT REPORT OF AMY OPPENHEIMER** |
| v. | |
| TESLA, INC. dba TESLA MOTORS, INC.; | Trial Date: March 27, 2023 |
| Defendant. | Complaint filed: October 16, 2017 |

As ordered by the Court at the conference held on March 24, 2023, plaintiff Owen Diaz hereby provides the Court of the report of expert Amy Oppenheimer, attached as **Exhibit A** to the declaration of Cimone Nunley, filed concurrently herewith**.**

1  
2  
3  

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP

4  
5 DATED: March 24, 2023

_____

6  

Attorney for Plaintiff OWEN DIAZ

7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28