UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: DIazv. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Larry Organ, Cimone Nunley, Bernard Alexander, III, and Dustin Collier | DEFENSE ATTORNEYS: Alex Spiro and Asher Griffin |
|---|---|---|
| TRIAL DATE: 3/27/2023  8:34 a.m. to 4:43 p.m.  8 hours, 9 minutes | REPORTER: Marla Knox | CLERK: Jean Davis |

| TIME | DESCRIPTION |
|---|---|
| 8:34 a.m. | Attorney conference conducted outside the presence of prospective jurors. Objection to Oppenheimer testimony overruled. Procedures to avoid taint of jury pool discussed. Counsel should advise the Court of the witnesses to be called on 3/28/2023 before the end of trial today. Counsel discuss treatment of Prospective Juror No. 5 in light of recent jury service. |
| 9:33 a.m. | Court in session with prospective jurors seated. The Court makes introductory remarks. Jurors are sworn, and voir dire begins. |
| 10:30 a.m. | Prospective jurors who have completed voir dire are excused until 11:30 a.m. Voir dire continues as to remaining jurors on an individual basis outside the presence of other prospective jurors to avoid possible taint. |
| 11:30 a.m. | Court in recess |
| 11:45 a.m. | Individual voir dire resumes |
| 1:38 p.m. | Outside the presence of prospective jurors, the Court announces tentative for jurors who should be excused for cause. Counsel heard as to potential excuses for cause. |
| 1:58 p.m. | Prospective jurors are excused for cause; counsel exercise peremptory strikes. Jurors No. 3, 13, 14,16,17, 20, 22, 28 chosen as jury, sworn, and released for orientation. The remaining prospective jurors are excused with the thanks of the Court. |
| 2:42 p.m. | The Court provides preliminary instructions to jurors. |
| 3:18 p.m. | Plaintiff opening statement (Alexander) |
| 4:14 p.m. | Defendant opening statement (Spiro) |
| 4:37 p.m. | Court reminds jurors as to instruction re conduct outside of court |
| 4:43 p.m. | Court in recess |

Time calculations:

Plaintiff time allotted:          9.00 hours
Plaintiff time used 03/27/2023:     56 minutes
Plaintiff time remaining:          8 hours, 4 minutes

Defense time allotted:            9.00 hours
Defense time used 03/27/2023:      23 minutes
Defense time remaining:            8 hours, 37 minutes