## CIVIL CASE PEREMPTORY CHALLENGES

Case No.: 17-cv-6748-WHO

Case Name: Owen Diaz v. Tesla, Inc., et al.

### Excused for Cause

| | | |
|---|---|---|
| 2 | 56 | 54 |
| 7 | 59 | 58 |
| 12 | 9 | 18 |
| 19 | 10 | |
| 21 | 5 | |
| 31 | 23 | |
| 34 | 29 | |
| 35 | 30 | |
| 45 | 32 | |

FTA: 1, 14, 26, 33, 36, 38

### Plaintiff (3)

(1) 27
(3) 24
(5) 25

### Defendant (3)

(2) 8
(4) 15
(6) 11