UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN DIAZ,

        Plaintiff,

   v.

TESLA, INC., et al.,

        Defendants.

Case No. 3:17-cv-06748-WHO

**DRAFT VERDICT FORM**

We, the Jury, find as follows:

1. What past non-economic damages did Owen Diaz sustain as a result of Tesla, Inc.'s unlawful conduct?

    $_____

    *Go to the next question.*

2. What future non-economic damages is Owen Diaz likely to sustain as a result of Tesla, Inc.'s unlawful conduct?

    $_____

    *Go to the next question.*

3. What amount of punitive damages do you award to Owen Diaz?

    $_____

*When you have reached your verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.*

DATED:

_____
JURY FOREPERSON