**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Larry Organ, Bernard Alexander, III, Cimone Nunley, Dustin Collier, Jonathan Rosenthal | Alex Spiro and Asher Griffin |
| **TRIAL DATE:  3/28/2023** | **REPORTER:** | **CLERK:** |
| 8:01 a.m. to 1:38 p.m.<br>5 hours, 37 minutes | Marla Knox | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Attorney conference conducted (jurors out) Objections to openings are overruled to the extent not waived by parties' failure to raise objections in real time. Admissibility of Exhibit 109 discussed. Access of expert Amy Oppenheimer to the |
| | | 8:05 a.m. | | | Court in recess |
| | | 8:35 a.m. | | | Jury seated; greetings by the Court |
| | | 8:37 a.m. | | | Plaintiff direct examination of **Tom Kawaski** (Organ) Counsel confirm that all exhibits are admitted by stipulation with the exception of Exhibit 109 previously discussed |
| 38 | | 8:42 a.m. | X | X | Email: Kawasaki to Romero re Owen's 7/31/15 complaint of "comments…racist in nature" |
| 37 | | 8:48 a.m. | X | X | Email: Ed Romero follow up with Kawasaki re Jamie discussion |
| 39 | | 8:52 a.m. | X | X | Email: Romero to Quintero re Owen's 7/31/15 complaint re Judy Timbreza "racially offensive remarks" |
| 222 | | 8:56 a.m. | X | X | Email: Owen promotion to lead, changed work week, pay increase |
| 235 | | 8:57 a.m. | X | X | Email: Diaz to Romero re Ramon threats |
| | | 9:02 a.m. | | | Defense cross examination of **Tom Kawaski** (Spiro) |
| | | 9:59 a.m. | | | Plaintiff redirect of **Tom Kawaski** (Organ) |
| 40 | | 10:02 a.m. | X | X | Email: Kawasaki follow up with Romero after Owen complaint |
| | | 10:06 a.m. | | | Defense follow up examination of Tom Kawaski (Spiro) |
| | | 10:07 a.m. | | | Witness excused; court in recess |

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.
Date: March 28, 2023
Courtroom Deputy: Jean Davis          - Court Reporter:      Marla Knox

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 10:23 a.m. |  |  | Outside the presence of the jury, defense raises concern regarding time use |
|  |  | 10:27 a.m. |  |  | Plaintiff direct examination of **Michael Wheeler** (Collier) |
| 33 |  | 10:39 a.m. | X | X | Email: Owen complaint re racist effigy/Ramon Martinez to Ed Romero |
| 133 |  | 10:40 a.m. | X | X | Caveman Inki |
|  |  | 10:45 a.m. |  |  | Defense cross examination of **Michael Wheeler** (Spiro) |
|  | 1 | 10:49 a.m. | X | X | Racist drawing on cardboard bale |
|  | 410 | 11:00 a.m. |  |  | Exhibit offered, admission denied |
|  |  | 11:10 a.m. |  |  | Plaintiff redirect of **Michael Wheeler** (Collier) |
|  |  | 11:11 a.m. |  |  | Witness excused |
|  |  | 11:13 a.m. |  |  | Plaintiff direct examination of **Wayne Jackson** (Alexander) |
| 92 |  | 11:18 a.m. | X | X | Email: Owen complaint to Romero/Kawasaki re Ramon; Kawasaki forward to Jackson |
| 103 |  | 11:22 a.m. | X | X | Email: Garrett and Jackson; need statements for Tesla HR |
| 31 |  | 11:26 a.m. | X | X | Email: Owen complaint re Ramon Martinez threats to Ed Romero; nextSource discussion afterward |
| 76 |  | 11:30 a.m. | X | X | Email: Jackson and Terri Garrett re Ramon and Owen incident; no formal investigation/written warning needed |
| 274 |  | 11:36 a.m. | X | X |  |
| 272 |  | 11:38 a.m. | X | X | Email: Owen complaint to Romero re racist effigy (with pictures); Romero forward to nextSource |
|  |  | 11:43 a.m. |  |  | Defense cross examination of **Wayne Jackson** (Griffin) |
|  |  | 11:57 a.m. |  |  | Court in recess |
|  |  | 12:13 p.m. |  |  | Defense cross examination of **Wayne Jackson** continues (Griffin) |
|  | 49 | 12:14 p.m. | X | X | Email: Martinez to Romero/Josue Torres re Owen not professional |
|  | 254 | 12:17 p.m. | X |  | Objection to admission; document used to refresh witness recollection only. |
|  |  | 12:41 p.m. |  |  | Court in recess for juror concern |
|  |  | 12:48 p.m. |  |  | Plaintiff redirect of **Wayne Jackson** (Bernard) |
| 284 |  | 12:51 | X | X | Email: Owen complaint to Romero re racist effigy; Jackson discussion with Chartwell, they are investigating |
|  |  | 12:56 p.m. |  |  | Witness excused |

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.
Date: March 28, 2023
Courtroom Deputy: Jean Davis         - Court Reporter:    Marla Knox

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:58 p.m. | | | Plaintiff direct examination of Amy Oppenheimer (Collier) |
| | | 1:04 p.m. | | | Witness tendered as expert; objection overruled |
| | | 1:25 p.m. | | | Plaintiff direct examination concluded |
| | | 1:27 p.m. | | | Jurors excused with the admonishments of the Court; witness excused until 3/29/2023 |
| | | 1:30 p.m. | | | Court addresses counsel outside the presence of the jury as to witness order and handling of exhibits. |
| | | 1:38 p.m. | | | Court in recess |

Time calculations:
Plaintiff time remaining at the end of 3/27/2023:     8 hours,  4 minutes
Plaintiff time used 03/28/2023:                       2 hours,  0 minutes
Plaintiff time remaining:                             6 hours,  4 minutes

Defense time remaining at the end of 3/27/2023:       8 hours, 37 minutes
Defense time used 03/28/2023:                         2 hours,  5 minutes
Defense time remaining:                               6 hours, 32 minutes