# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Wheeler <mwheeler@teslamotors.com> |
| **Sent:** | Friday, February 26, 2016 7:43 AM |
| **To:** | Ramon Martinez; Wayne Jackson; Israel Zuniga; Victor Quintero; Emmitt Williams; Roberto Chiquete |
| **Cc:** | Jaime Salazar |
| **Subject:** | RE: Feces on Cart |

Okay. Thanks Victor.

Michael Wheeler
Recycling Supervisor
On Feb 26, 2016 7:41 AM, Victor Quintero <vquintero@teslamotors.com> wrote:
Michael, there was a Flagship person who had the stomach flu last night and had to go home. He may have been given a ride on the cart. We are investigating to confirm.

If confirmed this may not have been intentional but should have been reported by the person.

Victor

**From:** Michael Wheeler
**Sent:** Friday, February 26, 2016 6:52 AM
**To:** Ramon Martinez <rammartinez@teslamotors.com>; Israel Zuniga <izuniga@teslamotors.com>; Wayne Jackson <wajackson@teslamotors.com>; Victor Quintero <vquintero@teslamotors.com>; Roberto Chiquete <rchiquete@teslamotors.com>; Emmitt Williams <ewilliams@teslamotors.com>
**Subject:** Re: Feces on Cart

Pics. Sorry. Still a little furious.

I also checked the tires. There is no mud or the such.



Michael Wheeler
Recycling Supervisor
On Feb 26, 2016 6:49 AM, Michael Wheeler <mwheeler@teslamotors.com> wrote:
Some time between 4:45a and 5:45a, someone wiped feces on our supervisor's cart while it was charging. I have checked my person several times and there are no marks and no stains related. I checked my shoes to make sure I didn't step in it prior. No one else has been in this cart tonight on the driver's side and there has been no food of any kind. This was deliberately put where it could be sat on but not see. This is at the temporary parking by North admin between the A21 column and B21. Please check the cameras and have HR remove this person. Also, please have hazwaste come pick this up. It's still here. If no one shows up on the cameras then, so be it. But, please, if there is confirmation of foul play, I need concrete evidence that this individual was terminated. This is wrong and a possible hate crime.

Michael Wheeler
Recycling Supervisor