# EXHIBIT B

**CALIFORNIA CIVIL RIGHTS LAW GROUP**
Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)
332 San Anselmo Avenue
San Anselmo, California 94960-2664
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com

Attorneys for Plaintiff
DEMETRIC DI-AZ and OWEN DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON,<br><br>            Plaintiffs,<br><br>      v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.; CITISTAFF SOLUTIONS, INC.; WEST VALLEY STAFFING GROUP; CHARTWELL STAFFING SERVICES, INC.; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TESLA, INC. – SET ONE** |

**PROPOUNDING PARTY:**      Plaintiff OWEN DI-AZ

**RESPONDING PARTY:**      Defendant TESLA, INC.

**SET NO.:**      One

        Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure § 2031.030, Plaintiff

OWEN DIAZ hereby requests that Defendant TESLA, INC. respond to the following Requests

for Production of Documents, Set No. One, separately, fully, and under oath, within thirty (30)

REQUEST FOR PRODUCTION NO. 20

Please produce all DOCUMENTS RELATING TO any discipline imposed as a result of any complaint(s) made by any TESLA employee, contractor and/or agent about the use of the terms "Nigger" or "Nigga" at the TESLA FACTORY.

REQUEST FOR PRODUCTION NO. 21

Please produce all DOCUMENTS detailing complaints of harassment based on race or color against any TESLA employee at the TESLA FACTORY since 2010. (In responding to this request, complaint refers to both employee filed with administrative agencies and in court.)

REQUEST FOR PRODUCTION NO. 22

Please produce the entire investigation files for any complaints of harassment based on race or color made against TESLA or its employees at the TESLA FACTORY since 2010. (In responding to this request, complaint refers to both employee complaints to TESLA and complaints filed with administrative agencies and in court.)

REQUEST FOR PRODUCTION NO. 23

Please produce all race harassment or discrimination policies of TESLA in effect from 2010 to present.

REQUEST FOR PRODUCTION NO. 24

Please produce all DOCUMENTS that discuss TESLA's procedures for reporting harassment in the workplace from 2010 to present.

REQUEST FOR PRODUCTION NO. 25

Please produce all DOCUMENTS that discuss the procedures for TESLA employees who are investigating complaints of harassment.

REQUEST FOR PRODUCTION NO. 26

Please produce all DOCUMENTS that constitute the policies, procedures, checklists or manuals that are used or relate to TESLA's Human Resources Department when investigating complaints of race harassment or discrimination from 2010 to present.

//

//

1  REQUEST FOR PRODUCTION NO. 43

2         Please produce all DOCUMENTS that support any defense YOU have pleaded or will

3  plead in this action.

4

5                                                CALIFORNIA CIVIL RIGHTS LAW GROUP

6

7

8  DATED:  April 30, 2018              By:    _____
                                                 Lawrence A. Organ, Esq.
9                                                Navruz Avloni, Esq.
                                                 Attorneys for Plaintiffs
10                                               DEMETRIC DI-AZ AND OWEN DIAZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TESLA, INC., SET ONE