| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone: (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile: (415) 362-8064 |
| Telephone: (415)-453-7352 | |
| Facsimile: (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone: (310) 394-0888 | drew@collierlawsf.com |
| Facsimile: (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone: (415) 767-0047 |
| | Facsimile: (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **DECLARATION OF CIMONE NUNLEY** |
| v. | Trial Date: March 27, 2023 |
| TESLA, INC. dba TESLA MOTORS, INC.; | Complaint filed: October 16, 2017 |
| Defendant. | |

I, CIMONE A. NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Owen Diaz in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 29, 2023 in San Anselmo, California.

                                        CALIFORNIA CIVIL RIGHTS LAW GROUP
                                        ALEXANDER MORRISON + FEHR LLP
                                        ALTSHULER BERZON LLP
                                        COLLIER LAW FIRM, LLP

DATED: March 29, 2023                         _____

                                        Attorney for Plaintiff OWEN DIAZ