| | |
|---|---|
| AWRENCE A. ORGAN (SBN 175503)<br>larry@civilrightsca.com<br>MARQUI HOOD (SBN 214718)<br>marqui@civilrightsca.com<br>CIMONE A. NUNLEY (SBN 326915)<br>cimone@civilrightsca.com<br>**CALIFORNIA CIVIL RIGHTS LAW GROUP**<br>332 San Anselmo Avenue<br>San Anselmo, California 94960<br>Telephone:     (415)-453-7352<br>Facsimile:      (415)-785-7352<br><br>J. BERNARD ALEXANDER (SBN 128307)<br>balexander@amfllp.com<br>**ALEXANDER MORRISON & FEHR LLP**<br>1900 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone:     (310) 394-0888<br>Facsimile:      (310) 394-0811 | MICHAEL RUBIN (SBN 80618)<br>mrubin@altber.com<br>JONATHAN ROSENTHAL (SBN 329638)<br>jrosenthal@altber.com<br>**ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300<br>San Francisco, California 94108<br>Telephone:     (415) 421-7151<br>Facsimile:      (415) 362-8064<br><br>DUSTIN L. COLLIER (SBN 264766)<br>dcollier@collierlawsf.com<br>V. JOSHUA SOCKS (SBN 303443)<br>jsocks@collierlawsf.com<br>ELIZABETH R. MALAY (SBN 336745)<br>emalay@collierlawsf.com<br>DREW F. TETI (SBN 267641)<br>drew@collierlawsf.com<br>**COLLIER LAW FIRM, LLP**<br>240 Tamal Vista Blvd. Suite 100<br>Corte Madera, CA 94925<br>Telephone:   (415) 767-0047<br>Facsimile:    (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S PROPOSED CURATIVE INSTRUCTION RE DIRECT/STAFFING AGENCY EMPLOYEES**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

**DIRECT AND STAFFING AGENCY EMPLOYEES**

You have heard evidence that some employees and supervisors at the Tesla factory were hired by Tesla directly and that some were hired by Tesla through staffing agencies. Your determination of the amount of compensatory and punitive damages to which plaintiff Owen Diaz is entitled should not be affected by whether any particular employee or supervisor was hired directly or through a staffing agency.

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP

DATED:  March 29, 2023

_____

Attorney for Plaintiff
OWEN DIAZ