LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:   (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF CIMONE NUNLEY**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

I, CIMONE NUNLEY, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit 204.

3. Attached hereto as **Exhibit B** is a true and correct copy of Vol. 1, pages 10-12 and 25-26 from the deposition of Owen Diaz in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2023 in San Anselmo, California.

                                        CALIFORNIA CIVIL RIGHTS LAW GROUP
                                        ALEXANDER MORRISON + FEHR LLP
                                        ALTSHULER BERZON LLP
                                        COLLIER LAW FIRM, LLP

DATED: March 30, 2023

                                        Cimone Nunley
                                        Attorney for Plaintiff OWEN DIAZ

# Exhibit A



120150

# application

## PERSONAL INFORMATION

| Last Name | First Name | M. | Social Security # |
|---|---|---|---|
| DIAZ | Owen | O | |

Street Address: 1043 Tuolumne ST  Apt #:
City: Vallejo   State: CA   Zip Code: 94590   Phone #: 415-272-3648

Person to contact in case of emergency/ Phone Number:    Alternate Number:

Positions interested in? Forklift Operator/Janitor
Can you demonstrate proof of Employment Eligibility? Yes

## JOB EXPERIENCE

**General Labor**
- ☒ Loader/Unloader
- ☒ Assembly
- ☒ Production Line
- ☐ Machine Operator

**Forklifts**
- ☒ Sit-down-Standard
- ☒ Sit-down- with attachments
- ☒ Stand Up-Reach
- ☒ Stand Up-Cherry Picker
- ☒ Electric Pallet Jack
- ☐ Cranes

**Shipping/Receiving**
- ☒ UPS
- ☐ Fed-Ex
- ☐ Clerk
- ☒ Inventory
- ☒ Quality Control

**Other Skills**
- ☐ Restaurant
- ☐ Extrusion Equipment
- ☐ Welding
- ☒ Construction
- ☐ Customer Service

**Clerical**
WPM ___
Accuracy ___
- ☐ Receptionist
- ☐ Data Entry/ File Clerk
- ☐ Accounting
- ☐ Excel
- ☐ Word
- ☐ PowerPoint
- ☐ 10 Key
- ☐ Other Programs

**Languages**
- ☐ Cantonese
- ☐ Chinese
- ☐ English
- ☐ French
- ☐ German
- ☐ Spanish
- ☐ Vietnamese
- ☐ Other

## AVAILABILITY

**Status**
- ☒ Fulltime
- ☐ Part-time
- Overtime
  - ☒ Yes
  - ☐ No

**Shift**
- ☒ 1st Shift
- ☐ 2nd Shift
- ☐ 3rd Shift

**Days**
- ☒ Monday
- ☒ Tuesday
- ☐ Wednesday
- ☐ Thursday
- ☒ Friday
- ☐ Saturday
- ☐ Sunday

**Transportation**
- ☒ Car/ Own Transportation
- ☐ Ride
- ☐ Bus/Public Transportation
- ☐ Assisted Transportation

**Personnel Equipment**
- ☒ Work boots
- ☒ Steel Toes
- ☐ Back Belt
- ☐ Hard Hat

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EX 204**

CASE NO. 17-cv-06748-WHO
DATE ENTERED _____
BY _____
DEPUTY CLERK

CONFIDENTIAL                                                   CITISTAFF-0000034

EX 204-001

## PLEASE CHECK YES OR NO

Have you ever worked for CitiStaff Before?  ☐ Yes  ☒ No  Where? ____

Can you comply with a Drug Test?  ☒ Yes  ☐ No  ____

Conditions May require lifting between 30-50 pounds. Is this ok?  ☒ Yes  ☐ No  Explain ____

Positions may require to standing up for 6-10 hours. Is this ok?  ☒ Yes  ☐ No  Explain ____

## EMPLOYMENT REFERENCES

Company: COVERALL
Position: Franchise Owner
City: SAN FRANCISCO
State: CA
Phone: 415-272-3040
Starting Pay: ____  End Pay: ____
Start Date: 3/99  End Date: 8/00
Reason for Leaving: ____
Contact Name: Owen
Can we contact? Yes

For Recruiter Use Only — Account #: ____  Position: ____  Interviewer: ____

## EMPLOYMENT REFERENCES TWO

Company: Hamilton Family Center
Position: Residenetial Counselor
City: SAN FRANCISCO
State: CA
Phone: 415-409-2100
Starting Pay: 15.00  End Pay: 15.00
Start Date: 7/13  End Date: 2/14
Reason for Leaving: Funding
Contact Name: FRANK
Can we contact? Yes

Date: ____  Status: ____  Notes: ____

## PLEASE ANSWER ALL QUESTIONS

How did you hear about CitiStaff?
☐ Ad
☐ Walk-In
☐ Job Fair
☐ Relative
☐ Friend
☐ Client

INDEED

What is your highest level of education? Name of school
1 YEAR college

Do you have any diplomas, certificates, degrees or awards?
Yes, High School

In case of an injury, would you like to pre-designate your treating physician?
Yes ☐  No ☒ , if no, CitiStaff will automatically pre-designate your treating physician
Initials ____

Desired Cities for Employment
ANTIOCH, CONCORD, PITTSBURG

You must be at least 18 years old and able to produce proof of citizenship or immigration status to begin employment. I certify that the facts in this employment application are true and complete. I understand that falsified statements are grounds for dismissal.

Signature: [signature]
Date: 6/2/15

Recruiter Comments: ____

# Exhibit B

```
 1            UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4
                                    REPORTER CERTIFIED
 5  _____      TRANSCRIPT

 6  DEMETRIC DI-AZ, OWEN DIAZ and
    LAMAR PATTERSON, an individual,
 7
             Plaintiffs,
 8
    Vs.                          Case No. 3:17-cv-06748-WHO
 9
    TESLA, INC. DBA TESLA MOTORS,
10  INC.; CitiStaff SOLUTIONS, INC.;
    WEST VALLEY STAFFING GROUP;
11  CHARTWELL STAFFING SERVICES, INC.
    and DOES 1-10, inclusive,
12
             Defendants.
13  _____/

14

15

16
                  VIDEOTAPED DEPOSITION OF
17
                       OWEN DIAZ
18
                 SAN FRANCISCO, CALIFORNIA
19
                  TUESDAY, MAY 22, 2018
20

21

22

23
    Reported By:
24  Candy Newland
    CSR No. 14256
25  File No. 18-25470
```

| | | | |
|---|---|---|---|
| 10:14:40 | 1 | Q. | So other than your lawyer here today, have you |
| 10:14:57 | 2 | | ever been represented by any other attorney? |
| 10:15:00 | 3 | A. | Yes, ma'am. |
| 10:15:01 | 4 | Q. | In what capacity? |
| 10:15:03 | 5 | A. | Criminal proceedings. |
| 10:15:07 | 6 | Q. | When were those criminal proceedings? |
| 10:15:12 | 7 | A. | In '88.  I can't give you specifics on them. |
| 10:15:25 | 8 | Q. | Were you charged with a crime? |
| 10:15:26 | 9 | A. | Yes, ma'am. |
| 10:15:27 | 10 | Q. | Which crime? |
| 10:15:28 | 11 | A. | Auto theft. |
| 10:15:33 | 12 | Q. | Any other crimes? |
| 10:15:36 | 13 | | MR. ORGAN:  Objection.  Charged with crimes? |
| 10:15:40 | 14 | | Charged with crimes are not relevant so I'll instruct |
| 10:15:46 | 15 | | him not to answer.  He'll answer any questions you have |
| 10:15:51 | 16 | | about convictions. |
| 10:15:52 | 17 | | BY MS. ANTONUCCI |
| 10:15:52 | 18 | Q. | Were you charged with any other crimes in 1988? |
| 10:15:56 | 19 | | MR. ORGAN:  Objection.  Don't answer. |
| 10:15:56 | 20 | | BY MS. ANTONUCCI: |
| 10:16:00 | 21 | Q. | Were you convicted of any other crimes in '88? |
| 10:16:05 | 22 | A. | Theft, ma'am. |
| 10:16:08 | 23 | Q. | Did you serve any sentence? |
| 10:16:11 | 24 | A. | Yes. |
| 10:16:12 | 25 | Q. | What was the sentence that you served for your |

```
10:16:15   1    conviction for auto theft?
10:16:17   2    A.      16 months.
10:16:18   3    Q.      Where did you do -- serve that sentence?
10:16:24   4    A.      Jamestown.
10:16:27   5    Q.      Jamestown in what state?
10:16:30   6    A.      California.
10:16:36   7    Q.      Do you know what county you were convicted in?
10:16:39   8    A.      Alameda.
10:16:44   9    Q.      Have you ever been convicted of any other
10:16:47  10    crimes?
10:16:50  11    A.      Property crime.  I can't remember specifics.
10:16:57  12    Q.      Do you know what county it was in?
10:16:59  13    A.      Alameda.
10:17:05  14    Q.      Now, other than it being a property crime, what
10:17:10  15    do you remember about the facts that led to that
10:17:12  16    conviction?
10:17:15  17    A.      I can't recall at this moment.
10:17:19  18    Q.      Do you know what kind of property it was?
10:17:24  19    A.      I don't remember.  I just remember it was a
10:17:33  20    property crime.
10:17:33  21    Q.      So in your 1988 conviction for auto theft, who
10:17:39  22    represented you in that proceeding?
10:17:43  23    Q.      Public Defender's office.
10:17:45  24    Q.      Do you remember the name of the public defender?
10:17:48  25    A.      No, ma'am.
```

```
10:17:50  1   Q.    And in your property crime Alameda conviction,
10:17:55  2   who represented you?
10:17:58  3   A.    Public Defender's office.
10:18:00  4   Q.    Do you remember the name of the public defender?
10:18:03  5   A.    No, ma'am.
10:18:09  6   Q.    Other than the auto theft and -- actually,
10:18:11  7   strike that.
10:18:13  8         When was the property crime conviction?
10:18:16  9   A.    I can't recall the date.
10:18:19 10   Q.    Can you recall a -- generally a year?
10:18:27 11   A.    No, ma'am.
10:18:31 12   Q.    Was it prior to or after the auto theft
10:18:36 13   conviction?
10:18:36 14   A.    After.
10:18:40 15   Q.    Do you know if it was the '90s or the '80s?
10:18:55 16   A.    Probably in the '90s.
10:19:00 17   Q.    Other than the auto theft conviction in 1988 and
10:19:16 18   the property crime in the '90s, have you been convicted
10:19:17 19   of any other crimes?
10:19:19 20   A.    Not that I can recall at this moment.
10:19:23 21   Q.    And other than the auto theft charge in 1988 and
10:19:28 22   the property crime charge in the '90s, have you ever
10:19:31 23   been charged with any other crimes?
10:19:33 24         MR. ORGAN:  Objection.  It's harassing and not
10:19:45 25   likely to lead to relevant evidence.  There's a privacy
```

| | | |
|---|---|---|
| 10:39:58 | 1 | BY MS. ANTONUCCI: |
| 10:39:59 | 2 | Q.    What's inaccurate about the end date of your |
| 10:40:05 | 3 | franchise possession? |
| 10:40:05 | 4 | A.    I can't be 100 percent sure unless I check my |
| 10:40:09 | 5 | records. |
| 10:40:09 | 6 | Q.    What records would you check to make sure that |
| 10:40:12 | 7 | date was accurate? |
| 10:40:13 | 8 | A.    I would have to go through my old franchise |
| 10:40:17 | 9 | records. |
| 10:40:18 | 10 | Q.    What makes you believe that that date is |
| 10:40:21 | 11 | inaccurate? |
| 10:40:34 | 12 | A.    It may be off by a few months. |
| 10:40:41 | 13 | Q.    Anything else on this application that you |
| 10:40:44 | 14 | believe is inaccurate? |
| 10:40:49 | 15 | A.    No, ma'am. |
| 10:40:50 | 16 | Q.    Anything incomplete? |
| 10:40:54 | 17 |         MR. ORGAN:  Objection.  Vague and ambiguous. |
| 10:40:57 | 18 | Compound.  You can answer. |
| 10:40:59 | 19 |         THE WITNESS:  I completed it to the best of my |
| 10:41:03 | 20 | knowledge, ma'am. |
| 10:41:05 | 21 | BY MS. ANTONUCCI: |
| 10:41:08 | 22 | Q.    Do you see on page 35 it says "Have you ever |
| 10:41:11 | 23 | been convicted of a felony"? |
| 10:41:15 | 24 | A.    Yes. |
| 10:41:16 | 25 | Q.    And you write, "Yes.  1988."  You see that? |

```
10:41:20   1    A.      Yes.
10:41:21   2    Q.      Why didn't you mention the property crime at
10:41:25   3    this point?
10:41:27   4    A.      I had -- at that point, I had limited time to
10:41:34   5    fill out the application because they wanted me to hurry
10:41:37   6    up and go over to Tesla.
10:41:37   7    Q.      But was the property crime a felony?
10:41:42   8    A.      I believe so.
10:41:51   9    Q.      Any other reason why you didn't disclose it on
10:41:54  10    the application?
10:41:57  11    A.      Oversight.
10:42:08  12    Q.      How did you submit this application?  Was it in
10:42:12  13    person or electronically?
10:42:14  14    A.      In person.
10:42:16  15    Q.      Where did you submit it?
10:42:18  16    A.      I believe it was in Newark.
10:42:26  17    Q.      Was it at a CitiStaff office?
10:42:29  18    A.      Yes, ma'am.
10:42:31  19    Q.      Did you meet with anyone when you submitted your
10:42:34  20    application?
10:42:36  21    A.      Yes, ma'am.
10:42:37  22    Q.      Who did you meet with?
10:42:40  23    A.      I can't remember her name.
10:42:44  24    Q.      Can you remember what her role was?
10:42:51  25            MR. ORGAN:  Objection.  Vague and ambiguous.
```

```
 1      I, CANDY NEWLAND, CSR No. 14256, certify that the
 2  foregoing proceedings were taken before me at the time
 3  and place herein set forth, at which time the witness
 4  was duly sworn, and that the transcript is a true record
 5  of the testimony so given.
 6
 7  Witness review, correction, and signature was
 8  (X) by Code.                  (X) requested.
 9  ( ) waived.                   ( ) not requested.
10  ( ) not handled by the deposition officer due to party
11  stipulation.
12
13      The dismantling, unsealing, or unbinding of the
14  original transcript will render the reporter's
15  certificate null and void.
16      I further certify that I am not financially
17  interested in the action, and I am not a relative or
18  employee of any attorney of the parties nor of any of
19  the parties.
20      Dated this 29TH day of May, 2018.
21
22
23
24                              _____
25                              CANDY NEWLAND, CSR 14256
```