QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>            Plaintiff,<br><br>      v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>            Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT'S PROPOSED IMPEACHMENT DESIGNATIONS OF DEMETRIC DI-AZ'S DEPOSITION TESTIMONY**<br><br>Judge: Hon. William H. Orrick |

Defendant Tesla, Inc. respectfully submits the following chart identifying impeachment deposition testimony designated for the above referenced witness:

| Page:Line | Deposition Excerpt | Party |
|---|---|---|
| 31:20-32:9 | 31:20 Q. How would you describe your relationship with<br>31:21 your father?<br>31:22 A. My relationship with my father was good.<br>31:23 Q. How often do you speak to your father on<br>31:24 average?<br>31:25 A. Probably every day.  One time a day at least.<br>32:1 Q. How often do you see your father?<br>32:2 A. He's been working a lot; so I might see him --<br>32:3 his off days are, like, Wednesdays and Thursdays.  So I<br>32:4 go by my mom's house and I see them.<br>32:5 Q. So you see him every Wednesday and Thursday?<br>32:6 A. Roughly, unless I have stuff I have to handle<br>32:7 and I can't make it out there.<br>32:8 Q. And where is your father working now?<br>32:9 A. AC Transit. | Def. |
| 103:7-10 | 103:7 Q. Can you describe what Javier Caballero looks<br>103:8 like?<br>103:9 A. He's a Mexican male.  That's pretty much all I<br>103:10 remember.  I don't remember, like, full details. | Def |

DATED: March 30, 2023

By: */s/ Daniel C. Posner*

Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*