**Owen Diaz Deposition Testimony: Page 25:22 to 26:11**

22  Q.     Do you see on page 35 it says ~~"Have you ever~~

23  ~~been convicted of a felony"?~~

24  A.     Yes.

25  Q.     And you write, ~~"Yes.  1988."~~  You see that?

Page 26

1  A.     Yes.

2  Q.     Why didn't you mention ~~the property crime~~ at

3  this point?

4  A.     I had -- at that point, I had limited time to

5  fill out the application because they wanted me to hurry

6  up and go over to Tesla.

7  ~~Q.     But was the property crime a felony?~~

8  ~~A.     I believe so.~~

9  Q.     Any other reason why you didn't disclose it on

10  the application?

11  A.     Oversight.