

**Cimone Nunley <cimone@civilrightsca.com>**

## Prior Stipulations

**Mari Henderson** <marihenderson@quinnemanuel.com>　　　　　　　　　　　　　Mon, Feb 13, 2023 at 12:49 PM
To: Larry Organ <larryaorgan@gmail.com>, Dan Posner <danposner@quinnemanuel.com>, Asher Griffin <ashergriffin@quinnemanuel.com>, Yusef Al-Jarani <yusefaljarani@quinnemanuel.com>
Cc: Michael Rubin <mrubin@altshulerberzon.com>, "J. Bernard Alexander, III" <balexander@amfllp.com>, Cimone Nunley <cimone@civilrightsca.com>, Jono Rosenthal <jrosenthal@altshulerberzon.com>, Marqui Hood <marqui@civilrightsca.com>, Sabrina Grislis <sabrina@civilrightsca.com>

Larry,

We agree to abide by the stipulation as reflected in Dkt. 178, meaning subject to Plaintiff opening the door, Defendant will not affirmatively introduce evidence on these issues and the conference statement will reflect this mutual understanding.

Thanks,

Mari

**Mari Henderson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3364 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
marihenderson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Larry Organ <larryaorgan@gmail.com>
**Sent:** Monday, February 13, 2023 12:43 PM
**To:** Mari Henderson <marihenderson@quinnemanuel.com>; Dan Posner <danposner@quinnemanuel.com>; Asher Griffin <ashergriffin@quinnemanuel.com>; Yusef Al-Jarani <yusefaljarani@quinnemanuel.com>
**Cc:** Michael Rubin <mrubin@altshulerberzon.com>; J. Bernard Alexander, III <balexander@amfllp.com>; Cimone Nunley <cimone@civilrightsca.com>; Jono Rosenthal <jrosenthal@altshulerberzon.com>; Marqui Hood <marqui@civilrightsca.com>; Sabrina Grislis <sabrina@civilrightsca.com>
**Subject:** Prior Stipulations

[EXTERNAL EMAIL from larryaorgan@gmail.com]

Mari,

[Quoted text hidden]