```
               UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - -
DEMETRIC DIAZ, OWEN DIAZ, and        )
LAMAR PATTERSON,                     )
              Plaintiffs,            )  CASE NO.
vs.                                  )  3:17-CV-06748-WHO
TESLA, INC. dba TESLA MOTORS,        )
INC.; CITISTAFF SOLUTIONS,           )
INC.; WEST VALLEY STAFFING           )
GROUP; CHARTWELL STAFFING            )
SERVICES, INC.; and DOES 1-50,       )
inclusive,                           )
              Defendants.            )
- - - - - - - - - - - - - - - - - - - -
```

DEPOSITION OF MICHAEL JOHN WHEELER

WEDNESDAY, JUNE 12, 2019

Reported by:

BY:  MELINDA M. SELLERS, CSR# 10686, RMR, CRC, CRR, CCRR

```
 1   grave.  So. . .
 2      Q.   The text message that you received from
 3   Owen Diaz on November 30, 2018, was there a photo
 4   that was --
 5      A.   Yeah.  That was, I want to say, either an
 6   email or business card.
 7      Q.   Oh, sorry.  I couldn't see it.
 8      A.   I will pull it up.
 9           (Viewing cell phone.)
10           (Phone handed to Mr. Adams.)
11      Q.   So it looks like it's a business card
12   with -- then there's a photo on the back with a
13   bunch of 20-dollar bills, hundred-dollar bills?
14      A.   Oh, yeah.  That's my background.
15      Q.   Oh, that's your background.
16      A.   Yeah.
17      Q.   So that wasn't sent to you by Owen Diaz?
18      A.   No, no.  That's my rent money.
19      Q.   Got you.
20      A.   Took a picture of it before I gave it to my
21   landlord.
22      Q.   Okay, great.
23      A.   Last I'm seeing it.
24      MR. ADAMS:  Okay.  Those are all the questions I
25   have.
```

```
 1   STATE OF CALIFORNIA      )
 2                            )      ss
 3   COUNTY OF CALAVERAS      )
 4            I hereby certify that the witness in the
 5   foregoing deposition of MICHAEL JOHN WHEELER was by
 6   me duly sworn to testify to the truth, the whole
 7   truth, and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place herein named; that the
10   deposition is a true record of the witness's
11   testimony as reported by me, a duly certified
12   shorthand reporter and a disinterested person, and
13   was thereafter transcribed into typewriting by
14   computer.
15            I further certify that I am not interested
16   in the outcome of the said action, nor connected
17   with, nor related to any of the parties in said
18   action, nor to their respective counsel.
19            IN WITNESS WHEREOF, I have hereunto set my
20   hand this 24th day of June, 2019.
21
22
23            _____
24                MELINDA M. SELLERS, CSR NO. 10686
25                STATE OF CALIFORNIA
```