QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
   Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>          Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(A)**<br><br>Trial Date: March 27, 2023<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Defendant's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(a) as to Plaintiff's punitive damages claim.

IT IS SO ORDERED.

DATED: _____, 2023

By _____
Hon. William H. Orrick
United States District Judge