UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Diaz v. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Larry Organ, Bernard Alexander, III, Dustin Collier, and Cimone Nunley | DEFENSE ATTORNEYS: Alex Spiro and Asher Griffin |
|---|---|---|
| TRIAL DATE: 3/30/2023  8:01 a.m. to 1:23 p.m.  5 hours, 22 minutes | REPORTER: Marla Knox | CLERK: Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Attorney conference conducted outside the presence of the jury. Exclusion of Exhibit and scope of appropriate examination of the plaintiff discussed. |
| | | 8:30 a.m. | | | Defense cross examination of Owen Diaz continues (Spiro) |
| | 379 | 9:28 a.m. | | X | Tesla Taleo profile—Candidate: Demetric G. Di-az |
| | 293 | 9:37 a.m. | X | X | Email: Romero to Jackson, Parks, Quintero re Owen raise |
| | 187 | 9:39 a.m. | | | To refresh recollection only |
| | 287 | 9:48 a.m. | X | X | Email: Jackelin Delgado to Jackson; Romero given final written warning and 3 day suspension |
| | 244 | 9:57 a.m. | X | X | Email: Delagrande to Romero and Quintero re cleaning DZ |
| | 296 | 9:58 a.m. | X | X | Email: Delagrande, Romero, Quintero re Owen lack of urgency |
| | | 10:00 a.m. | | | Jurors excused |
| | | 10:01 a.m. | | | The Court provides direction to Mr. Diaz regarding responding to counsel's questions; Mr. Diaz is excused |
| | | 10:02 a.m. | | | Procedural issues discussed including scope of deposition designations, disclosure of anticipated witnesses, possible conflation of staffing agencies and Tesla, scope of inquiry, and possible curative instructions. |
| | | 10:10 a.m. | | | Court in recess |
| | | 10:22 a.m. | | | Plaintiff counsel advises of intent to submit briefing in support of request for curative instruction |
| | | 10:24 a.m. | | | Defense cross examination of **Owen Diaz** continues (Spiro) |
| | 245 | 10:30 a.m. | X | X | Email: Lamar Patterson to Owen re Robert incident |
| | 306 | 10:42 a.m. | X | X | Email: Romero, Quintero, Jackson re elevator operator replacement |
| | 308 | 10:42 a.m. | X | X | Email: Romero, Quintero, and Jackson re Owen |
| | | 10:53 a.m. | | | Sidebar conducted |

1

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.
Date: March 30, 2023
Courtroom Deputy: Jean Davis            - Court Reporter:      Marla Knox

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:55 a.m. | | | Defense cross examination of **Owen Diaz** continues |
| | | 11:14 a.m. | | | Plaintiff redirect of **Owen Diaz** (Organ) |
| | | 11:22 a.m. | | | Witness excused |
| | | 11:23 a.m. | | | Testimony of Demetric Di'az presented by way of video deposition |
| | | 11:28 a.m. | | | Plaintiff direct examination of **Anthony Reading** (Collier) |
| | | 11:58 a.m. | | | Court in recess |
| | | 12:12 p.m. | | | Plaintiff direct examination of **Anthony Reading** continues (Collier) |
| | | 12:20 p.m. | | | Defense cross examination of **Anthony Reading** (Spiro) |
| | | 12:57 p.m. | | | Plaintiff redirect of **Anthony Reading** (Collier) |
| | | 1:02 p.m. | | | Defense follow up of **Anthony Reading** (Spiro) |
| | | 1:04 p.m. | | | Witness excused |
| | | 1:06 p.m. | | | Plaintiff direct examination of **Ladrea Jones** (Nunley) |
| | | 1:14 p.m. | | | Defense cross examination of **Ladrea Jones** (Spiro) |
| | | 1:18 p.m. | | | Plaintiff redirect waived; witness excused |
| | | 1:21 p.m. | | | Jurors excused |
| | | 1:22 p.m. | | | Scheduling discussed |
| | | 1:23 p.m. | | | Court in recess |

Time calculations:
Plaintiff time remaining at the end of 3/29/2023:   3 hours, 3 minutes
Plaintiff time used 03/30/2023:   1 hour,  9 minutes
Plaintiff time remaining:   1 hour, 54 minutes


Defense time remaining at the end of 3/29/2023:   5 hours, 6 minutes
Defense time used 03/30/2023:   3 hours, 1 minute
Defense time remaining:   2 hours, 5 minutes