UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Diaz v. Tesla, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Larry Organ, Bernard Alexander, III, Dustin Collier, Michael Rubin, and Cimone Nunley | DEFENSE ATTORNEYS: Alex Spiro, Asher Griffin, and Mari F. Henderson |
|---|---|---|
| **TRIAL DATE:** 3/31/2023<br>8:01 a.m. to 3:19 p.m.<br>6 hours, 30 minutes | **REPORTER:**<br>Marla Knox | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Attorney conference conducted outside the presence of the jury regarding recent filings and jury instructions. |
| | | 8:50 a.m. | | | Court in recess |
| | | 9:08 a.m. | | | Court in session (jurors present) |
| | | 9:09 a.m. | | | Plaintiff direct examination of Charles Mahla (Organ) |
| | | 9:15 a.m. | | | Defense cross examination of Charles Mahla (Griffin) |
| | | 9:16 a.m. | | | Redirect waived; witness excused |
| | | 9:17 a.m. | | | Discovery admission presented to the jury by plaintiff (Organ); Plaintiff rests |
| | | 9:17 a.m. | | | Defense Rule 50 motions deemed filed (to be argued outside the presence of the jury) |
| | | 9:18 a.m. | | | Defense direct examination of **Jackelin Delgado Smith** (Henderson) |
| | 240 | 9:36 a.m. | X | X | Email: Jackson and Garrett chain re Owen's complaint on Martinez; Romero to cancel meetings |
| | | 9:42 a.m. | | | Plaintiff cross examination of **Jackelin Delgado Smith** (Nunley) |
| | | 9:51 a.m. | | | Defense redirect of **Jackelin Delgado Smith** (Henderson |
| | | 9:54 a.m. | | | Defense direct examination of Joyce Ann Delegrande (Henderson) |
| | 244 | 9:56 a.m. | X | X | Email: Delagrande to Romero and Quintero re cleaning DZ |
| | 296 | 9:57 a.m. | X | X | Email: Delagrande, Romero, Quintero re Owen lack of urgency |
| | 303 | 10:03 a.m. | X | X | Email: Delagrande, Romero, Quintero re elevator operator replacements |
| | | 10:10 a.m. | | | Plaintiff cross examination of Joyce Ann Delagrande (Collier) |

1

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.
Date: March 31, 2023
Courtroom Deputy: Jean Davis           - Court Reporter:    Marla Knox

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 251 | | 10:15 a.m. | X | X | Email: Romero, Delagrande, Quintero; Delagrande says "Owen…doing a great job" |
| 259 | | 10:18 a.m. | X | X | Email: Quintero, Romero, Delagrande re Owen riding bike; issues with DZ |
| | | 10:29 a.m. | | | Defense redirect of **Joyce Ann Deladgrande** (Henderson) |
| | | 10:30 a.m. | | | Witness excused |
| | | 10:31 a.m. | | | Court in recess |
| | | 10:37 a.m. | | | Court in session (jurors out). The form instruction regarding admissions will be added to the final jury instructions. Testimony related to Demetric Di'az discussed. |
| | | 10:47 a.m. | | | Announcement of Rule 50 motions received and deemed to have been made; written briefing will be considered when submitted, and oral argument may be presented outside the hearing of the jury after deliberations have begun. |
| | | 11:03 a.m. | | | Parties move for admission of Exhibits 62, 265 and 368 |
| | | 11:07 a.m. | | | Jurors seated<br>Testimony of Demetri Di'az presented by way of videoconference |
| 368 | | 11:09 a.m. | | X | Tesla Anti-Harassment/Discrimination Policy |
| 62 | | 11:09 a.m. | | X | Tesla/Taleo profile – Candidate: Owen O. Diaz |
| 265 | | 11:09 a.m. | | X | Lamar Patterson resume to Select Staffing |
| | | 11:10 a.m. | | | The Court provides jury instructions and reviews proposed verdict form |
| | | 11:38 a.m. | | | Sidebar conference conducted |
| | | 11:43 a.m. | | | Court in recess |
| | | 12:30 p.m. | | | Court in session (jury out) Discussion at sidebar summarized for the record. |
| | | 12:36 p.m. | | | Jurors seated and provided with curative instruction |
| | | 12:36 p.m. | | | Plaintiff closing statement (Alexander) |
| | | 1:49 p.m. | | | Court in recess |
| | | 2:04 p.m. | | | Defense closing statement (Spiro) |
| | | 3:02 p.m. | | | Plaintiff rebuttal closing (Alexander) |

Case No: 17-cv-06748-WHO
Case Name: DIaz v. Tesla, Inc.
Date: March 31, 2023

Courtroom Deputy: Jean Davis           - Court Reporter:     Marla Knox

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 3:09 p.m. | | | Court presents final instructions |
| | | 3:14 p.m. | | | Jurors excused to begin their deliberations |
| | | 3:19 p.m. | | | Court in recess |
| | | 5:00 p.m. | | | Jurors suspend deliberations for the day |