UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OWEN DIAZ,

    Plaintiff,

v.

TESLA, INC., et al.,

    Defendants.

Case No. 3:17-cv-06748-WHO

**VERDICT FORM**

We, the Jury, find as follows:

1. What past non-economic damages did Owen Diaz sustain as a result of Tesla, Inc.'s unlawful conduct?

    $ 100,000

    *Go to the next question.*

2. What future non-economic damages is Owen Diaz likely to sustain as a result of Tesla, Inc.'s unlawful conduct?

    $ 75,000

    *Go to the next question.*

3. What amount of punitive damages do you award to Owen Diaz?

    $ 3,000,000

When you have reached your verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.

DATED: 4/3/2023

_____
JURY FOREPERSON