UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06748-WHO
Case Name: Diaz v. Tesla, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | **PLAINTIFF ATTORNEYS:** | **DEFENSE ATTORNEYS:** |
|---|---|---|
| William H. Orrick | Larry Organ, Bernard Alexander, III, Cimone Nunley, and Dustin Collier | Alex Spiro, Asher Grffin, and Daniel Posner |
| **TRIAL DATE: 4/3/2023** | **REPORTER:** | **CLERK:** |
| Jury deliberating 8:30 a.m. to 1:38 p.m. Court in session: 1:38 p.m. to 1:43 p.m. 5 minutes | Marla Knox | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Jurors resume deliberations |
| | | 11:30 a.m. | | | Deliberations suspended for lunch |
| | | 12:00 p.m. | | | Deliberations resumed |
| | | 1:38 p.m. | | | Court in session; Jurors confirm that they have reached a verdict |
| | | 1:39 p.m. | | | Verdict published by the Clerk |
| | | 1:43 p.m. | | | Jurors excused with the thanks of the Court |
| | | 1:43 p.m. | | | Court in recess; trial concluded. |