```
                                          Volume 6

                                          Pages 1137 - 1144

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

OWEN DIAZ,                        )
                                  )
          Plaintiff,              )
                                  )
   VS.                            )    NO. C 17-06748 WHO
                                  )
TESLA, INC. dba TESLA MOTORS,     )
INC.,                             )
                                  )
          Defendant.              )
                                  )
                                       San Francisco, California
                                       Monday, April 3, 2023
```

**TRANSCRIPT OF TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    CALIFORNIA CIVIL RIGHTS LAW GROUP
                    332 San Anselmo Avenue
                    San Anselmo, California  94960
              **BY:  LAWRENCE A. ORGAN, ATTORNEY AT LAW**

                    ALEXANDER MORRISON + FEHR LLP
                    1900 Avenue of the Stars - Suite 900
                    Los Angeles, California  90067
              **BY:  J. BERNARD ALEXANDER, ATTORNEY AT LAW**


        **(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)**




REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

```
 1  APPEARANCES:  (continued)

 2  For Plaintiffs:
                        ALTSHULER BERZON LLP
 3                      177 Post Street - Suite 300
                        San Francisco, California  94108
 4              BY:     JONATHAN ROSENTHAL, ATTORNEY AT LAW

 5                      COLLIER LAW FIRM, LLP
                        240 Tamal Vista Boulevard - Suite 100
 6                      Corte Madera, California  94925
                BY:     DUSTIN L. COLLIER, ATTORNEY AT LAW
 7
    For Defendants:
 8                      QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                        51 Madison Avenue - 22nd Floor
 9                      New York, New York  10010
                BY:     ALEX SPIRO, ATTORNEY AT LAW
10                      STEPHANIE KELEMEN, ATTORNEY AT LAW

11                      QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                        300 West 6th Street - Suite 2010
12                      Austin, Texas  78701
                BY:     ASHER GRIFFIN, ATTORNEY AT LAW
13
                        QUINN, EMANUEL, URQUHART & SULLIVAN LLP
14                      865 South Figueroa Street - 10th Floor
                        Los Angeles, California  90017
15              BY:     DANIEL C. POSNER, ATTORNEY AT LAW

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2   Monday, April 3, 2023 - Volume 6

 3                                                    PAGE   VOL.

 4   Verdict                                          1140    6
```

| | |
|---|---|
| 1 | **Monday - April 3, 2023**                                          **1:34 p.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |
| 4 | (Proceedings were heard outside the presence of the jury:) |
| 5 | **THE CLERK:** All rise.  This Court is now in session. |
| 6 | The Honorable William H. Orrick now presiding. |
| 7 | **THE COURT:** Good afternoon, everybody.  Please be |
| 8 | seated.  So it appears we have a verdict.  Is everybody ready? |
| 9 | **MR. ORGAN:** Yes, Your Honor. |
| 10 | **MR. SPIRO:** Yes, Your Honor. |
| 11 | **THE COURT:** Okay. |
| 12 | (Pause in proceedings.) |
| 13 | (Proceedings were heard in the presence of the jury:) |
| 14 | **THE COURT:** All right.  Please be seated, everybody. |
| 15 | Ms. Davis, can you confirm that all the jurors are |
| 16 | present. |
| 17 | **THE CLERK:** Yes. |
| 18 | **THE COURT:** Ladies and gentlemen of the jury, have you |
| 19 | arrived at your verdict? |
| 20 | **JURY PANEL:** We have. |
| 21 | **THE COURT:** All right.  If the presiding juror would |
| 22 | hand the verdict to Ms. Davis, who will hand it to me. |
| 23 | (Pause in proceedings.) |
| 24 | **VERDICT** |
| 25 | **THE COURT:** All right.  Ms. Davis, would you please |

```
 1  read the verdict into the record.
 2          THE CLERK:  In the United States District Court for
 3  the Northern District of California, in the matter of Owen Diaz
 4  versus Tesla, Incorporated, et al. Case Number 17-6748:
 5      We the jury find as follows:
 6      1.  What past non-economic damages did Owen Diaz sustain
 7  as a result of Tesla Incorporated's unlawful conduct?
 8      $1,000 -- $100,000, sorry, $100,000.
 9      2.  What future non-economic damages is Owen Diaz likely
10  to sustain as a result of Tesla Incorporated's unlawful
11  conduct?
12      $75,000.
13      What amount of punitive damages do you award to Owen Diaz?
14      $3 million.
15      And the verdict is signed by the jury foreperson.
16          THE COURT:  Ladies and gentlemen of the jury, is this
17  your verdict?
18          JURY PANEL:  Yes, it is.
19          THE COURT:  The verdict will be received and accepted.
20  Do the parties wish the jury polled?
21          MR. SPIRO:  No, Your Honor.
22          MR. ORGAN:  Yes, Your Honor.
23          THE CLERK:  Juror Number 1, Shaunak Bhagvant Kapadia,
24  is this your verdict?
25          JUROR 1:  Yes, Your Honor.
```

```
 1            THE CLERK:  Juror Number 2, Sukhwinder Kaur, is this
 2   your verdict?
 3            JUROR 2:  Yes.
 4            THE CLERK:  Juror Number 3, Michael Angelo Kasten, is
 5   this your verdict?
 6            JUROR 3:  Yes.
 7            THE CLERK:  Juror Number 4, Ivana Kalbkova, is that
 8   your verdict?
 9            JUROR 4:  Yes.
10            THE CLERK:  Rammet Elena Munoz Rubio, is this your
11   verdict?
12            JUROR 5:  Yes.
13            THE CLERK:  Juror Number 6, Omparkash Luthra, is this
14   your verdict?
15            JUROR 6:  Yes.
16            THE CLERK:  Juror Number 7, Annamarie Yolanda Livesey,
17   is this your verdict?
18            JUROR 7:  Yes.
19            THE CLERK:  And Juror Number 8, Paul Lyman Bixby, is
20   this your verdict.
21            JUROR 8:  It is.
22            THE COURT:  All right.  The clerk will record the
23   verdict.
24                 (Pause in the proceedings.)
25            THE COURT:  Ladies and gentlemen, before I discharge
```

you, I want to thank you for your service in this case.

There's no greater public trust than to be chosen as a juror to sit on a case to sit in judgment on the acts and the motives of others.

The law, which is my duty to declare, is relatively easy to find. It's in statutes and casebooks, but the facts of the case of which you have been the exclusive judges aren't written down anywhere. They are much in dispute, and they are only found after you have determined the truth from the evidence that's before you.

Trial by jury is of the utmost importance in our system of government. It's embedded in the -- Article III of the Constitution and in the Sixth and the Seventh Amendments.

It's the right that every citizen of the United States has. It's the keystone of our system of justice, and it's the connecting link between the courts and the people.

You have made personal sacrifices to ensure that these parties have a full and fair hearing of their disputes by their peers, and you have shown the rather amazing ability of conscious -- conscientious jurors to grapple with and respond to complicated legal concepts and factual situations.

And I suspect that your success in doing that has resulted from the diversity of backgrounds and experiences that you brought to the jury room and from your ability to listen to the viewpoints of your fellow jurors.

1    So, Counsel and members of the press may wish to ask you
2    questions concerning what went on in the jury room during your
3    deliberations.
4         You need not discuss your jury service with the lawyers,
5    the press, or even me and it may well be that you simply decide
6    to keep your own counsel.  You are under no obligation to
7    answer any questions.
8         If you do answer questions, please respect the privacy of
9    the views of your fellow jurors and use good sense and good
10   judgment when you respond.
11        I'm now going to discharge you from your jury service.
12   I'm going to ask you to wait in the jury room for a moment so
13   that I can thank you personally.  But this trial is adjourned.
14        (Proceedings were heard outside the presence of the jury:)
15             **THE COURT:**  All right.  Trial is adjourned.  Thank
16   you.
17             (Proceedings adjourned at 1:43 p.m.)
18                           ---oOo---

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Monday, April 3, 2023

*Marla Knox*

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter