**Pages 1 - 6**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

| | |
|---|---|
| OWEN DIAZ,         )<br>                   )<br>     Plaintiff, )<br>                   )<br>  VS.              )<br>                   )<br>TESLA, INC. d/b/a TESLA )<br>MOTORS, INCORPORATED,   )<br>                   )<br>     Defendant.   )<br>                   ) | **NO. C 17-06748 WHO** |

San Francisco, California

**MASTER INDEX**

**APPEARANCES:**

For Plaintiffs:
        CALIFORNIA CIVIL RIGHTS LAW GROUP
        332 San Anselmo Avenue
        San Anselmo, California  94960
  **BY:  LAWRENCE A. ORGAN, ATTORNEY AT LAW**

        ALEXANDER MORRISON + FEHR LLP
        1900 Avenue of the Stars - Suite 900
        Los Angeles, California  90067
  **BY:  J. BERNARD ALEXANDER, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
             United States District Court - Official Reporter

```
 1   APPEARANCES:  (continued)

 2   For Plaintiffs:
                              ALTSHULER BERZON LLP
 3                            177 Post Street - Suite 300
                              San Francisco, California  94108
 4                       BY:  JONATHAN ROSENTHAL, ATTORNEY AT LAW

 5                            COLLIER LAW FIRM, LLP
                              240 Tamal Vista Boulevard - Suite 100
 6                            Corte Madera, California  94925
                         BY:  DUSTIN L. COLLIER, ATTORNEY AT LAW
 7
     For Defendants:
 8                            QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                              51 Madison Avenue - 22nd Floor
 9                            New York, New York  10010
                         BY:  ALEX SPIRO, ATTORNEY AT LAW
10                            STEPHANIE KELEMEN, ATTORNEY AT LAW

11                            QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                              300 West 6th Street - Suite 2010
12                            Austin, Texas  78701
                         BY:  ASHER GRIFFIN, ATTORNEY AT LAW
13
                              QUINN, EMANUEL, URQUHART & SULLIVAN LLP
14                            865 South Figueroa Street - 10th Floor
                              Los Angeles, California  90017
15                       BY:  DANIEL C. POSNER, ATTORNEY AT LAW

16

17

18

19

20

21

22

23

24

25
```

**M A S T E R   I N D E X**

|  | PAGE | VOL. |
|---|---|---|
| Jury Voir Dire | 16 | 1 |
| Preliminary Jury Instructions | 187 | 1 |
| Opening Argument by Mr. Alexander | 207 | 1 |
| Opening Statement by Mr. Spiro | 239 | 1 |
| Plaintiff's Rests | 947 | 5 |
| Defense Rests | 1018 | 5 |
| Final Jury Instructions | 1019 | 5 |
| Closing Argument by Mr. Alexander | 1041 | 5 |
| Closing Argument by Mr. Spiro | 1085 | 5 |
| Rebuttal Argument by Mr. Alexander | 1128 | 5 |
| Final Jury Instructions | 1132 | 5 |
| Verdict | 1144 | 6 |

**PLAINTIFF'S WITNESSES**   PAGE   VOL.

**KAWASAKI, TAMOTSU**
| (SWORN) | 265 | 2 |
| Direct Examination by Mr. Organ | 266 | 2 |
| Cross-Examination by Mr. Spiro | 286 | 2 |
| Redirect Examination by Mr. Organ | 334 | 2 |
| Recross-Examination by Mr. Spiro | 341 | 2 |

**WHEELER, MICHAEL**
| (SWORN) | 344 | 2 |
| Direct Examination by Mr. Collier | 344 | 2 |
| Cross-Examination by Mr. Spiro | 360 | 2 |
| Redirect Examination by Mr. Collier | 382 | 2 |

**JACKSON, WAYNE**
| (SWORN) | 383 | 2 |
| Direct Examination by Mr. Alexander | 384 | 2 |
| Cross-Examination by Mr. Griffin | 410 | 2 |
| Redirect Examination by Mr. Alexander | 451 | 2 |

**OPPENHEIMER, AMY**
| (SWORN) | 458 | 2 |
| Direct Examination by Mr. Collier | 458 | 2 |

**OPPENHEIMER, AMY (RECALLED)**
| (PREVIOUSLY SWORN) | 498 | 3 |
| Cross-Examination by Mr. Spiro | 498 | 3 |
| Redirect Examination by Mr. Collier | 524 | 3 |
| Recross-Examination by Mr. Spiro | 531 | 3 |

```
 1                            I N D E X

 2   PLAINTIFF'S WITNESSES                                PAGE   VOL.

 3   ROMERO, EDWARD
     (SWORN)                                              532    3
 4   Direct Examination by Mr. Organ                      532    3
     Cross-Examination by Mr. Griffin                     557    3
 5   Cross-Examination resumed by Mr. Griffin             566    3
     Redirect Examination by Mr. Organ                    570    3
 6
     MARCONI, ERIN
 7   By Videotaped Deposition (not reported)              573    3

 8   MARTINEZ, RAMON
     (SWORN)                                              574    3
 9   Direct Examination by Mr. Alexander                  575    3

10   DIAZ, OWEN
     (SWORN)                                              589    3
11   Direct Examination by Mr. Organ                      589    3
     Direct Examination resumed by Mr. Organ              595    3
12   Cross-Examination by Mr. Spiro                       634    3

13   DIAZ, OWEN (RECALLED)
     (PREVIOUSLY SWORN)                                   717    4
14   Cross-Examination resumed by Mr. Spiro               717    4
     Redirect Examination by Mr. Organ                    822    4
15
     DI-AZ, DEMETRIC
16   By Videotaped Deposition (not reported)              827    4

17   READING, DR. ANTHONY
     (SWORN)                                              828    4
18   Direct Examination by Mr. Collier                    829    4
     Cross-Examination by Mr. Spiro                       853    4
19   Redirect Examination by Mr. Collier                  882    4
     Recross-Examination by Mr. Spiro                     887    4
20
     JONES, LA'DREA
21   (SWORN)                                              890    4
     Direct Examination by Ms. Nunley                     890    4
22   Cross-Examination by Mr. Spiro                       897    4

23   MAHLA, CHARLES
     (SWORN)                                              940    5
24   Direct Examination by Mr. Organ                      940    5
     Cross-Examination by Mr. Griffin                     944    5

25
```

| | | PAGE | VOL. |
|---|---|---:|:---:|
| **DEFENDANT'S WITNESSES** | | | |
| **DELGADO SMITH, JACKELIN** | | | |
| (SWORN) | | 948 | 5 |
| Direct Examination by Ms. Henderson | | 948 | 5 |
| Cross-Examination by Ms. Nunley | | 962 | 5 |
| Redirect Examination by Ms. Henderson | | 970 | 5 |
| **DELAGRANDE, JOYCE** | | | |
| (SWORN) | | 972 | 5 |
| Direct Examination by Ms. Henderson | | 972 | 5 |
| Cross-Examination by Mr. Collier | | 987 | 5 |
| Redirect Examination by Ms. Henderson | | 1005 | 5 |
| **DI-AZ, DEMETRIC** | | | |
| By Videotaped Deposition (not reported) | | 1018 | 5 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---:|---:|:---:|
| 38 | | 270 | 2 |
| 39 | | 278 | 2 |
| 40 | | 337 | 2 |
| 62 | | 1018 | 5 |
| 106 | | 561 | 3 |
| 222 | | 282 | 2 |
| 235 | | 282 | 2 |
| 265 | | 1018 | 5 |
| 290 | | 742 | 4 |
| 368 | | 1018 | 5 |

| | |
|---|---|
| 1 | **I N D E X** |
| 2 | Monday, March 27, 2023 - Volume 1 |
| 3 | Tuesday, March 28, 2023 - Volume 2 |
| 4 | Wednesday, March 29, 2023 - Volume 3 |
| 5 | Thursday, March 30, 2023 - Volume 4 |
| 6 | Friday, March 31, 2023 - Volume 5 |
| 7 | Monday, April 3, 2023 - Volume 6 |