| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:   (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:   (415) 362-8064 |
| Telephone:   (415)-453-7352 | |
| Facsimile:   (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:   (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:   (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:  (415) 767-0047 |
| | Facsimile:   (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>   v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>   Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTION FOR ATTORNEY'S FEES; ORDER**<br><br>Trial Date: March 27, 2023<br>Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 6-2, 7-12, and 54-5, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding Schedule for Plaintiff's Motion for Attorney's Fees.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 417) that triggered the deadlines for the parties to file various post-trial motions;

**WHEREAS**, Plaintiff intends to file a motion for attorneys' fees and expenses pursuant to 42 U.S.C. § 1988 and Cal. Code Civ. Pro. § 1021.5;

**WHEREAS**, Plaintiff filed a motion for mistrial (Dkt. 453), Defendant filed a motion under Federal Rules of Civil Procedure 50(a) (Dkt. 454), and the parties anticipate filing additional post-trial motions within 28 days of entry of judgment;

**WHEREAS**, the Parties have met and conferred and agree that the interests of judicial economy would be served by continuing Plaintiff's deadline to file his motion for attorney's fees and expenses until 14 days after the Court has ruled on all of the parties' pending and upcoming post-trial motions.

**NOW THEREFORE**, it is hereby stipulated, by and between the parties, that Plaintiff shall have 14 days after the Court has ruled on the last of the parties' pending and post-trial motions to file a motion for statutory attorneys' fees and expenses.

**IT IS SO STIPULATED.**

                                                CALIFORNIA CIVIL RIGHTS LAW GROUP
                                                ALEXANDER MORRISON + FEHR LLP

DATED:  April 18, 2023        By:    __/s Cimone A. Nunley_____

                                                  Lawrence A. Organ, Esq.
                                                Cimone A. Nunley, Esq.
                                                J. Bernard Alexander, Esq.
                                                Marqui Hood, Esq.
                                                Michael Rubin, Esq.
                                                Jonathan Rosenthal, Esq.

|  |  |
|---|---|
|  | Dustin L. Collier, Esq.<br>V. Joshua Socks, Esq.<br>Elizabeth R. Malay, Esq.<br>Drew F. Teti, Esq.<br>Attorneys for Plaintiff<br>OWEN DIAZ |
| DATED: April 18, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | By     /s Daniel C. Posner |
|  | Kathleen M. Sullivan<br>Daniel C. Posner<br>Mari Henderson<br>Asher Griffin<br>Attorneys for Defendant<br>TESLA, INC. |

### ORDER

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1)     Plaintiff's deadline to file any motion for attorney's fees pursuant to 42 U.S.C. § 1988 shall be 14 days after the Court rules on the last of the parties' anticipated post-trial briefing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 18, 2023

_____
Hon. William H. Orrick

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: April 18, 2023　　　　　　　　　　By:   /s Cimone A. Nunley
　　　　　　　　　　　　　　　　　　　　Lawrence A. Organ, Esq.
　　　　　　　　　　　　　　　　　　　　Cimone A. Nunley, Esq.
　　　　　　　　　　　　　　　　　　　　J. Bernard Alexander, Esq.
　　　　　　　　　　　　　　　　　　　　Marqui Hood, Esq.
　　　　　　　　　　　　　　　　　　　　Michael Rubin, Esq.
　　　　　　　　　　　　　　　　　　　　Jonathan Rosenthal, Esq.
　　　　　　　　　　　　　　　　　　　　Dustin L. Collier, Esq.
　　　　　　　　　　　　　　　　　　　　V. Joshua Socks, Esq.
　　　　　　　　　　　　　　　　　　　　Elizabeth R. Malay, Esq.
　　　　　　　　　　　　　　　　　　　　Drew F. Teti, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　DEMETRIC DI-AZ AND OWEN DIAZ