# Exhibit 1

# CHASE
## ink.

P.O. BOX 15123
WILMINGTON, DE
19850-5123

**Get updates on the go**
Log on to **chase.com/alerts**

| | |
|---|---|
| **Payment Due Date:** | **11/28/17** |
| **New Balance:** | |
| **Minimum Payment:** | |

Account number:

$ _____. _____  Amount Enclosed
Make your check payable to: Chase Card Services

28827 BEX Z 31017 C

LAWRENCE A ORGAN
LAW OFFICES OF LAWRENCE
332 SAN ANSELMO AVE
SAN ANSELMO CA 94960-2610

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

---

## BUSINESS CARD STATEMENT

**Manage your account online:**
www.chase.com

**Customer Service:**
1-800-346-5538

**Mobile:** Download the
Chase Mobile® app today

---

### ACCOUNT SUMMARY

### PAYMENT INFORMATION

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

---

### CHASE ULTIMATE REWARDS® SUMMARY

---

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|



Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____   Zip: _____ _____

*Home Phone: ____ ____ _____   *Work Phone: ____ ____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts.  Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls.  Message and data rates may apply.  You may contact us anytime to change these preferences.

## To contact us regarding your account:

| Call Customer Service: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S.          1-800-346-5538<br>Español         1-888-795-0574<br>TTY             1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect<br>                   1-480-350-7099 | <br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com |

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with your address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website or by one of our above listed customer service telephone numbers. If we receive your completed payment request through one of these channels by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute

or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, and questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate (or such index described in your Account Agreement). There is a transaction fee for each balance transfer, cash advance, or check transaction, in the amounts stated in your Account Agreement, as it may be amended. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction (or such amount described in your Account Agreement).

**Interest Accrual**

We accrue periodic interest charges on a transaction, fee or interest charge from the date it is added to your daily balance until payment in full is received on your account.

**Payment Allocation**

When you make a payment, generally, we first apply your minimum payment to the balance on your monthly statement with the lowest APR. Any payment above your minimum payment would generally then be applied to the balance on your monthly statement with the highest APR first. If you do not pay your balance in full each month, you may not be able to avoid interest charges on new purchases.

DA11242015

Manage your account online
www.chase.com

Customer Service:
1-800-848-9885

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

10/16          RCD CIVIL SUPERIOR COU OAKLAND CA                    435.00

CORY ASCHAUER
TRANSACTIONS THIS CYCLE (CARD

## ACCOUNT ACTIVITY                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|



| 2017 Totals Year-to-Date |
|---|

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

# Exhibit 2

*Diaz / Patterson*

## Evan-Allen Services   *"We Serve With A Smile"*   

**Evan-Allen Services**
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: 10/25/2017
INVOICE #8472

TO   California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | Diaz/ Patterson service | Net 30 | 11/24/2017 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Service to Tesla, Inc. dba Tesla Motors, Inc. | | $55.00 |
| | Located at: C T Corp.- 818 W 7th St, Ste. 930, Los Angeles, CA 90017 | | |
| 1 | Printing of 40 page service packet @ $.25 per page | | $10.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case Name- Diaz, et al. v, Tesla, Inc., et al.
Case # RG17878854

| | |
|---|---|
| SUBTOTAL | $65.00 |
| SALES TAX | |
| TOTAL | $65.00 |

**Make all checks payable to Evan-Allen Services**
**Thank you for your business!**

# Exhibit 3

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Lawrence A. Organ ( SBN 175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>   TELEPHONE NO.: (415) 453-4740   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plantiff | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>  STREET ADDRESS: 1225 Fallon Street<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Oakland, CA 94612<br>  BRANCH NAME: Unlimited |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Demetric Di-az, Owen Diaz, Lamar Patterson | CASE NUMBER:<br>RG17878854 |
| DEFENDANT/RESPONDENT: Tesla, Inc. dba Tesla Motors, Inc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Notice of CMC and Order; Notice of Assignment of Judge for all Purposes

3. a. Party served *(specify name of party as shown on documents served):*
   Tesla, Inc. dba Tesla Motors, Inc

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Gabriela Sanchez - Process Specialist

4. Address where the party was served:
   C T Corp.- 818 W 7th St, Ste. 930, Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10/24/2017   (2) at *(time):* 1:55pm
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Demetric Di-az, Owen Diaz, Lamar Patterson | CASE NUMBER: RG17878854 |
|---|---|
| DEFENDANT/RESPONDENT: Tesla, Inc. dba Tesla Motors, Inc., et al. | |

5.   c. ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1)  on *(date):*                                                  (2)  from *(city):*

(3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) ☐   to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

d. ☐   **by other means** *(specify means of service and authorizing code section):*

☐  Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:
a. ☐   as an individual defendant.
b. ☑   as the person sued under the fictitious name of *(specify):*  dba Tesla Motors, Inc.
c. ☐   as occupant.
d. ☑   On behalf of *(specify):*  Tesla, Inc.
   under the following Code of Civil Procedure section:

☑  416.10 (corporation)                                        ☐  415.95 (business organization, form unknown)
☐  416.20 (defunct corporation)                           ☐  416.60 (minor)
☐  416.30 (joint stock company/association)        ☐  416.70 (ward or conservatee)
☐  416.40 (association or partnership)                 ☐  416.90 (authorized person)
☐  416.50 (public entity)                                        ☐  415.46 (occupant)
                                                                              ☐  other:

7.   **Person who served papers**
a.  Name: Bruce Anderson - Evan Allen Services
b.  Address: 4425 Treat Blvd. #149, Concord CA 94521
c.  Telephone number: 925-525-9062
d.  **The fee** for service was: $ 55.00
e.  I am:

(1) ☐   not a registered California process server.
(2) ☐   exempt from registration under Business and Professions Code section 22350(b).
(3) ☑   a registered California process server:
   (i) ☐   owner  ☐  employee  ☑  independent contractor.
   (ii)  Registration No.: 2016038557
   (iii)  County: Los Angeles

8.  ☑   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/25/2017

Bruce Anderson                                                                        ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              (SIGNATURE)

# Exhibit 4

## Evan-Allen Services     *"We Serve With A Smile"*     

Evan-Allen Services
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: 6/1/2018
INVOICE #8484

TO   California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | Same Day Rush Subpoena | Net 30 | 7/1/2018 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | **Rush Service on** PAHL & McCAY, A Professional Law Corporation c/o Fenn C. Horton, Esq.  or Helene A. Simvoulakis-Panos, Esq. | | $95.00 |
| | Located at: 225 West Santa Clara Street, Suite 1500, San Jose, CA 95113 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Case Name-  Detric Di-az and Owen Diaz v. Tesla, Inc. dba Tesla motors, Inc., et al. | **SUBTOTAL** | $95.00 |
| Case # 3:17-CV-06748-WHO | **SALES TAX** | |
| District Court | **TOTAL** | $95.00 |

**Make all checks payable to Evan-Allen Services**

**Thank you for your business!**

# Exhibit 5

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Navruz Avloni, Esq.  (SBN: 279556)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740<br>ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division | |
| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |

1.  I am over 18 years of age and not a party to this action.

2.  Received by Evan-Allen Services to be served on **PAHL & McCAY, A Professional Law Corporation c/o Fenn C. Horton, Esq. or Helene A. Simvoulakis-Panos, Esq., 225 West Santa Clara Street, Suite 1500, San Jose, CA 95113.**

3.  **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Ken Flores** - **Office Manager** at the address of: **225 West Santa Clara Street, Suite 1500, San Jose, CA 95113**, and informed said person of the contents therein, in compliance with state statutes.

4.  Date and Time of service: 5/31/2018 at 3:01 pm

5.  Description: Age: 45, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 160, Hair: Brown, Glasses: Y

6.  I am an independent contractor of a registered California process server.

7.  My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: Kris Vorsatz<br>
    Firm: Evan-Allen Services<br>
    Address: 4425 Treat Blvd., #149, Concord, CA 94521<br>
    Telephone number: (925) 525-9062<br>
    Registration Number: 1160<br>
    County: Santa Clara<br>
    The fee for the service was: $95.00

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  6/1/2018

Kris Vorsatz<br>
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**<br>
**US DISTRICT COURT**

Job Number EVN-2018000403

# Exhibit 6

# Evan-Allen Services    *"We Serve With A Smile"*    

**Evan-Allen Services**
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: 11/9/2018
INVOICE #8504

TO   California Civil Rights Law Group
     332 San Anselmo Avenue
     San Anselmo, CA 94960
     Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | Rush Subpoena Services | Net 30 | 12/24/2018 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Rush Service on Rothaj Foster | Returned not served | $105.00 |
|  | Located at: ███████████████ |  |  |
| 1 | Rush Service on Wayne Jackson | Bad Address | $105.00 |
|  | Located at: ███████████████ | No Longer there |  |
| 1 | Rush Service on Wayne Jackson at 2nd Address | Personal Service | $105.00 |
|  | Located at ███████████████ |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Case # 3:17-CV-06748-WHO
Diaz v. Tesla, Inc.

| | | |
|---|---|---|
| SUBTOTAL | $315.00 |
| SALES TAX | |
| TOTAL | $315.00 |

**Make all checks payable to Evan-Allen Services**
**Thank you for your business!**

# Exhibit 7

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| DEMETRIC DI-AZ and OWEN DIAZ, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    3:17-cv-06748-WHO |
| | ) |
| TESLA, INC. dba TESLA MOTORS, INC, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                        WAYNE JACKSON

_____
*(Name of person to whom this subpoena is directed)*

☒ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | California Civil Rights Law Group<br>332 San Anselmo Ave<br>San Anselmo, CA 94960 | Date and Time: | December 12, 2018, 10:00 a.m. |
|---|---|---|---|

The deposition will be recorded by this method:  Stenographically and by video and audio tape

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      11/16/2018

| | | |
|---|---|---|
| | *CLERK OF COURT* | |
| | | OR |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
Demetric Di-az and Owen Diaz_____ , who issues or requests this subpoena, are:
Lawrence A. Organ and Navruz Avloni of the California Civil Rights Law Group, 332 San Anselmo Avenue, San Anselmo, CA 94960, Tel. (415) 453-4740, navruz@civilrightsca.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Wayne Jackson
on *(date)*  11/16/2018 .

☑  I served the subpoena by delivering a copy to the named individual as follows:  Personally
Serving him at Home Address:

on *(date)*  11/19/18 ; or at 7:52PM

☐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $  105 00  for travel and $  0  for services, for a total of $  105 00 .

I declare under penalty of perjury that this information is true.

Date:  11/20/2018

_____
Server's signature

Tim Ault (RPS#924, Alameda County)
Printed name and title

Evan-Allen Legal Services
4425 Treat Blvd. Suite 140
Concord, CA 94521

_____
Server's address

Additional information regarding attempted service, etc.:

# Exhibit 8



# INVOICE

**Paid**

Invoice #:  2019011804
Invoice Date:  Oct 3, 2019
Due date:  Oct 3, 2019

## Superior Process Services, Inc.

Thomas Zollars
Superior Process Services, Inc.
7701 East Indian School Rd Ste. E
Scottsdale, AZ 85251
United States

Phone: 480-429-6886
Fax: 480-464-4622
Service@SuperiorProcessServices.com
www.superiorprocessservices.com
M-F 8:00AM ----6:00PM

Amount due:
**$0.00**

---

Bill To:

sabrina@civilrightsca.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| EXPEDITED SERVICE OF PROCESS REGARDING EXPEDITED SUBPOENA SERVICE, (CASE NUMBER 3:17-CV-06748-WHO) ,TO JAKELIN DELGADO AT ██████████ ███████████████████ THE FEE COVERS UP TO 5 ATTEMPTS ONLY OR ONLY ANY ATTEMPTS MADE UP TO THE POINT THE SERVER MAY DEEM THE ADDRESS INVALID FOR SERVICE. THE FEE COVERS ATTEMPTS TO ONE ADDRESS ONLY. THE ATTEMPTS ARE NOT TRANSFERABLE TO A NEW ADDRESS. | 1 | $110.00 | $110.00 |

| | | |
|---|---|---|
| Subtotal | $110.00 |
| Total | $110.00 |

# Exhibit 9

# SERVICE AFFIDAVIT

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA | | CASE NO: | 3:17-CV-06748-WHO |
| STATE OF | | COURT DATE: | 10/10/2019 |
| County of | | COURT TIME: | 10:00:00 |
| PLAINTIFF: | | DEFENDANTS: | |
| DEMETRIC DI-AZ AND OWEN DIAZ | | TESLA INC DBA TESLA MOTORS INC | |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court;  I received and served the following documents in the manner described below:

| | |
|---|---|
| DOCUMENT TYPE: | **LETTER; AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION 10/10/2019 10:00 AM; FEDERAL RULE OF CIVIL PROCEDURE 45, C,D,E,G EFFECTIVE 12/1/13** |
| PERSON(S) SERVED: | JACKELYN DELGADO (WITNESS) |
| PLACE OF SERVICE: | USUAL PLACE OF RESIDENCE |

By delivering 1 SET(S) true copies to: JACKELYN DELGADO, WITNESS

THE ABOVE MENTIONED INDIVIDUAL WAS SERVED PERSONALLY IN HAND AT THE ABOVE ADDRESS.

SEX: F; AGE/DOB: APRX 35; RACE: APRS HISPANIC; WEIGHT: APRX 130; HEIGHT: APRX 5'4"; HAIR: BLACK;

Notes:

| | |
|---|---|
| FILE #: | 186325 |
| REF #: | 2019011804 |
| DATE OF SERVICE: | 10/5/2019 |
| TIME OF SERVICE: | 11:52 AM |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 7th day of October, 2019

FEES:   $110.00   Service Fee
        $110.00   Total

**AFFIANT'S SIGNATURE**
JAN TEFFT

Process server licensed in
Subscribed and sworn to this date: 10/7/2019

WENDY A ZOLLARS
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 25, 2022

**NOTARY PUBLIC**

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886

# SERVICE AFFIDAVIT

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA | CASE NO: | 3:17-CV-06748-WHO |
| STATE OF | COURT DATE: | 10/10/2019 |
| County of | COURT TIME: | 10:00:00 |
| PLAINTIFF: | DEFENDANTS: | |
| DEMETRIC DI-AZ AND OWEN DIAZ | TESLA INC DBA TESLA MOTORS INC | |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

DOCUMENT TYPE:   **LETTER; AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION 10/10/2019 10:00 AM; FEDERAL RULE OF CIVIL PROCEDURE 45, C,D,E,G EFFECTIVE 12/1/13**

PERSON(S) SERVED:   JACKELYN DELGADO (WITNESS)

PLACE OF SERVICE:   USUAL PLACE OF RESIDENCE

████████████████

By delivering 1 SET(S) true copies to: JACKELYN DELGADO, WITNESS

THE ABOVE MENTIONED INDIVIDUAL WAS SERVED PERSONALLY IN HAND AT THE ABOVE ADDRESS.
SEX: F; AGE/DOB: APRX 35; RACE: APRS HISPANIC; WEIGHT: APRX 130; HEIGHT: APRX 5'4"; HAIR: BLACK;
Notes:

| | |
|---|---|
| FILE #: | 186325 |
| REF #: | 2019011804 |
| DATE OF SERVICE: | 10/5/2019 |
| TIME OF SERVICE: | 11:52 AM |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 7th day of October, 2019

FEES:   $110.00   Service Fee
        $110.00   Total

**AFFIANT'S SIGNATURE**

JAN TEFFT

Process server licensed in
Subscribed and sworn to this date: 10/7/2019 9:06 AM

WENDY A ZOLLARS
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 25, 2022

**NOTARY PUBLIC**

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886

# Exhibit 10

# Evan-Allen Services     *"We Serve With A Smile"*     

**Evan-Allen Services**
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: 10/25/2019
INVOICE #8535

TO   California Civil Rights Law Group
     332 San Anselmo Avenue
     San Anselmo, CA 94960
     Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | District Court Subpoenas- RUSH CASE | Net 30 | 11/9/2019 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Service on Erin Marconi | SERVED | $115.00 |
|  | Located at: ███████████████████ ████████████ |  |  |
| 1 | Service on Josue Torres | SUB-SERVED | $115.00 |
|  | Located at: ██████████████████ ████████████ |  |  |
| 1 | Service to Judy Timbreza | Cancelled 10/3 | $115.00 |
|  | Located at:██████████████████ | 2 Attempts |  |
| 1 | Service to Ramon Martinez | SERVED | $105.00 |
|  | Located at: ████████████████ |  |  |
| 1 | Service to Veronica Martinez | SERVED | $105.00 |
|  | Located at: Chartwell (work address) - 777 Southland Dr #235 Hayward, CA 94545 |  |  |
| 1 | Rush Attempt on Erin Marconi at her work address: Fenix Fire Entertainment - 4261 Odyssey Dr., Unit 115, Corona, CA 92883 | Bad Address | $95.00 |
| 1 | Stake Out on Marconi at apartment on 10/9/19 from 5:30-8:30pm | $75.00 an hour | $225.00 |
|  |  |  |  |
|  |  |  |  |
|  | CONTINUED TO PAGE 2 (Page 1 of 2) |  |  |

| | | |
|---|---|---|
| Case Name-  Demetric Di-az and Owen Diaz v. Tesla, Inc. dba Tesla Motors, Inc., et al. | **SUBTOTAL** | $875.00 |
| Case # 3:17-CV-06748-WHO | **SALES TAX** | |
| District Court. | **TOTAL** | $875 |

**Make all checks payable to Evan-Allen Services**

**Thank you for your business!**

**Page 2 of 2**

# Exhibit 11

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ   (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>  TELEPHONE NO.: (415) 453-4740      FAX NO.: (415) 785-7352<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>  BRANCH NAME: San Francisco/Oakland Division |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|

| PROOF OF SERVICE<br>US DISTRICT COURT | Ref. No. or File No.: |
|---|---|

1.  I am over 18 years of age and not a party to this action.

2.  Received by Evan-Allen Services to be served on **Veronica Martinez, Chartwell, 777 Southland Dr #235, Hayward, CA 94545.**

3.  **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Letter; Amended Subpoena to Testify at a Deposition in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Veronica Martinez** at the address of: **Chartwell, 777 Southland Dr #235, Hayward, CA 94545**, and informed said person of the contents therein, in compliance with state statutes.

4.  Date and Time of service: 10/8/2019 at 12:32 pm

5.  Description:  Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'8", Weight: 215, Hair: Brown, Glasses: Y

6.  I am an independent contractor of a registered California process server.

7.  My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: Tim Ault<br>
    Firm: Evan-Allen Services<br>
    Address: 4425 Treat Blvd., #149, Concord, CA 94521<br>
    Telephone number: (925) 525-9062<br>
    Registration Number: 924<br>
    County: Alameda County<br>
    The fee for the service was: $105.00

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   10/9/2019

_____<br>
Tim Ault<br>
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶   _____<br>
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

# Exhibit 12

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Lawrence A. Organ  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960 | |
| TELEPHONE NO.: (415) 453-4740     FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | |

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division | |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ | CASE NUMBER: |
|---|---|
| DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | 3:17-CV-06748-WHO |

| PROOF OF SERVICE<br>US DISTRICT COURT | Ref. No. or File No.: |
|---|---|

1.   I am over 18 years of age and not a party to this action.

2.   Received by Evan-Allen Services to be served on Erin Marconi, ██████████████████████

3.   **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Letter; Amended Subpoena to Testify at a Deposition in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Erin Marconi** at the address of: ████████████████████████and informed said person of the contents therein, in compliance with state statutes.

4.   Date and Time of service: 10/9/2019 at 7:12 pm

5.   Description: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5'3", Weight: 140, Hair: Blonde, Glasses: N

6.   I am an independent contractor of a registered California process server.

7.   My name, address, telephone number, and, if applicable, county of registration and number are:

Name: Alejandro Valenzuela
Firm: Evan-Allen Services
Address: 4425 Treat Blvd., #149, Concord, CA 94521
Telephone number: (925) 525-9062
Registration Number: 1679
County: Orange
The fee for the service was: $115.00

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  10/10/19

Alejandro Valenzuela
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)        (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

PROOF OF SERVICE
US DISTRICT COURT                                    Job Number EVN-2019001043

# Exhibit 13

# Evan-Allen Services

*"We Serve With A Smile"*



**Evan-Allen Services**
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: FREBRUARY 5, 2020
INVOICE #8564

TO   California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | SOP: Summons Packet | Net 30 | 10/19/2021 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Service on Alfonso Franco | Served | $85.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Service on Josh Hedges | Served | $70.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Service on Jeffrey Henry | Served | $75.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Service on Maggie Crosby | Served | $65.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Set-Time(9/17 @ 10am) Service to Lamar Patterson | Served | $105.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
|  |  |  |  |

| | | |
|---|---|---|
| Case Name-  Demetric Di-az and Owen Diaz v. Tesla, Inc. dba Tesla Motors, Inc., et al.<br>Case # 3:17-CV-06748-WHO<br>District Court. | **SUBTOTAL** | $400.00 |
|  | **SALES TAX** |  |
|  | **TOTAL** | $400.00 |

**Make all checks payable to Evan-Allen Services**
**Thank you for your business!**

# Exhibit 14

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ, Esq. (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960 | **FOR COURT USE ONLY** |
|---|---|
| TELEPHONE NO.: (415) 453-4740    FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | |

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO<br><br>COURT DATE:<br>9/27/2021  8:30 am |
|---|---|

| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |
|---|---|

1.  I am over 18 years of age and not a party to this action.

2.  Received by Evan-Allen Services to be served on **Alfonso Franco,** ▮▮▮▮▮▮▮▮▮▮

3.  **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Alfonso Franco** at the address of: ▮▮▮▮▮▮▮▮▮ and informed said person of the contents therein, in compliance with state statutes.

4.  Date and Time of service: 9/16/2021 at 8:25 pm

5.  Description: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 240, Hair: Black, Glasses: N

6.  I am an independent contractor of a registered California process server.

7.  My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: Robert T. Dillon
    Firm: Evan-Allen Services
    Address: 4425 Treat Blvd., #149, Concord, CA 94521
    Telephone number: (925) 525-9062
    Registration Number: 966
    County: Santa Clara
    The fee for the service was: $85.00

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/17/21

Robert T. Dillon
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**
**US DISTRICT COURT**

Job Number EVN-2021000865

# Exhibit 15

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ, Esq. (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740 FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | **FOR COURT USE ONLY** |
|---|---|

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO<br>COURT DATE:<br>9/27/2021 8:30 am |
|---|---|

| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |
|---|---|

1. I am over 18 years of age and not a party to this action.

2. Received by Evan-Allen Services to be served on **Josh Hedges,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Josh Hedges** at the address of: ▮▮▮▮▮▮▮▮▮ and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service: 9/15/2021 at 7:48 pm

5. Description: Age: 44, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 170, Hair: Bald, Glasses: N

6. I am an independent contractor of a registered California process server.

7. My name, address, telephone number, and, if applicable, county of registration and number are:

   Name: Mishel Morais
   Firm: Evan-Allen Services
   Address: 4425 Treat Blvd., #149, Concord, CA 94521
   Telephone number: (925) 525-9062
   Registration Number: 1498
   County: Alameda County
   The fee for the service was: $70.00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/16/-21

Mishel Morais
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**
**US DISTRICT COURT**

Job Number EVN-2021000866

# Exhibit 16

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | **FOR COURT USE ONLY** |
|---|---|
| Lawrence A. Organ, Esq.  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740    FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | |

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division | |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO<br><br>COURT DATE:<br>9/27/2021  8:30 am |
|---|---|

| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |
|---|---|

1.   I am over 18 years of age and not a party to this action.

2.   Received by Evan-Allen Services to be served on **Jeffrey Henry,** ▇▇▇▇▇▇▇▇▇▇

3.   **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Jeffrey Henry** at the address of: ▇▇▇▇▇▇▇▇ and informed said person of the contents therein, in compliance with state statutes.

4.   Date and Time of service: 9/15/2021 at 8:50 pm

5.   Description: Age: 46, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 165, Hair: Brown, Glasses: N

6.   I am an independent contractor of a registered California process server.

7.   My name, address, telephone number, and, if applicable, county of registration and number are:

Name: Mishel Morais
Firm: Evan-Allen Services
Address: 4425 Treat Blvd., #149, Concord, CA 94521
Telephone number: (925) 525-9062
Registration Number: 1498
County: Alameda County
The fee for the service was: $75.00

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/16/21

Mishel Morais
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**
**US DISTRICT COURT**

Job Number EVN-2021000867

# Exhibit 17

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ, Esq. (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>TELEPHONE NO.: (415) 453-4740   FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | **FOR COURT USE ONLY** |
|---|---|

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>    STREET ADDRESS: 450 Golden Gate Avenue<br>    MAILING ADDRESS: 450 Golden Gate Avenue<br>    CITY AND ZIP CODE: San Francisco, CA, 94102<br>    BRANCH NAME: San Francisco/Oakland Division | |
|---|---|
| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO<br>COURT DATE:<br>9/27/2021  8:30 am |
| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |

1.   I am over 18 years of age and not a party to this action.

2.   Received by Evan-Allen Services to be served on **Maggie Crosby,** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3.   **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Maggie Crosby** at the address of: ▇▇▇▇▇▇▇▇▇▇ and informed said person of the contents therein, in compliance with state statutes.

4.   Date and Time of service:  9/19/2021 at 5:41 pm

5.   Description:  Age: 33, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 130, Hair: Blonde, Glasses: N

6.   I am an independent contractor of a registered California process server.

7.   My name, address, telephone number, and, if applicable, county of registration and number are:

Name: Tim Ault<br>
Firm: Evan-Allen Services<br>
Address: 4425 Treat Blvd., #149, Concord, CA 94521<br>
Telephone number: (925) 525-9062<br>
Registration Number: 924<br>
County: Alameda County<br>
The fee for the service was: $65.00

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/20/2021

Tim Ault

(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)                    (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

# Exhibit 18

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ, Esq.  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960 | **FOR COURT USE ONLY** |
|---|---|
| TELEPHONE NO.: (415) 453-4740    FAX NO.: (415) 785-7352<br>ATTORNEY FOR: Plaintiff | |

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA, 94102<br>BRANCH NAME: San Francisco/Oakland Division | |

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO<br>COURT DATE:<br>9/27/2021  8:30 am |
|---|---|

| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |
|---|---|

1.  I am over 18 years of age and not a party to this action.

2.  Received by Evan-Allen Services to be served on **Lamar Patterson,** ████████████████████████████

3.  **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Lamar Patterson** at the address of: ████████████████
    ████████ and informed said person of the contents therein, in compliance with state statutes.

4.  Date and Time of service: 9/17/2021 at 10:06 am

5.  Description:  Age: 35, Sex: M, Race/Skin Color: African Americ, Height: 5'9", Weight: 180, Hair: Brown, Glasses: N

6.  I am an independent contractor of a registered California process server.

7.  My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: Tim Ault
    Firm: Evan-Allen Services
    Address: 4425 Treat Blvd., #149, Concord, CA 94521
    Telephone number: (925) 525-9062
    Registration Number: 924
    County: Alameda County
    The fee for the service was: $105.00

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/20/2021

|  Tim Ault  | ▶ |
|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

Page 1 of 1

# Exhibit 19

# Evan-Allen Services

*"We Serve With A Smile"*

# INVOICE



**Evan-Allen Services**
**4425 Treat Blvd., #149, Concord, CA 94521**
**{Phone}925-525-9062  [Fax] 925-887-6688**
**[e-mail] Rob@EAserves.com**

DATE: SEPTEMBER 27, 2021
INVOICE # 8567

TO   California Civil Rights Law Group
     332 San Anselmo Avenue
     San Anselmo, CA 94960
     Tel: (415) 453-4740

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | RUSH SOP Subpoena with Notice | Net 30 | 10/26/2021 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Rush Skip Trace | | $75.00 |
| | | | |
| 1 | Rush Service on Monica DeLeon | | $115.00 |
| | Located at: ███████████████ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Dad Salvador Deleon 54 monica is 29 year old Hispanic | | |
| | | | |
| | | | |

Case Name- Demetric Di-az and Owen Diaz v. Tesla, Inc. dba Tesla Motors, Inc., et al.
Case # 3:17-CV-06748-WHO
District Court.

| | |
|---|---|
| **SUBTOTAL** | $190.00 |
| **SALES TAX** | |
| **TOTAL** | $190.00 |

## Make all checks payable to Evan-Allen Services

**Thank you for your business!**

# Exhibit 20

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Lawrence A. Organ, Esq.  (SBN:175503)<br>California Civil Rights Law Group<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br><br>  TELEPHONE NO.: (415) 453-4740      FAX NO.: (415) 785-7352<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|

| US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>  STREET ADDRESS: 450 Golden Gate Avenue<br>  MAILING ADDRESS: 450 Golden Gate Avenue<br>  CITY AND ZIP CODE: San Francisco, CA, 94102<br>  BRANCH NAME: San Francisco/Oakland Division | |
|---|---|

| PLAINTIFF: DEMETRIC DI-AZ and OWEN DIAZ<br>DEFENDANT: TESLA, INC. dba TESLA MOTORS, INC, et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|
| **PROOF OF SERVICE**<br>**US DISTRICT COURT** | Ref. No. or File No.: |

1.   I am over 18 years of age and not a party to this action.

2.   Received by Evan-Allen Services to be served on **Monica DeLeon,**▬▬▬▬▬▬▬▬▬▬

3.   **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g); Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena** with the date and hour of service endorsed thereon by me, to: **Monica DeLeon** at the address of: ▬▬▬ ▬▬▬ and informed said person of the contents therein, in compliance with state statutes.

4.   Date and Time of service: 9/25/2021 at 5:19 pm

5.   Description: Age: 29, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 160, Hair: Brown, Glasses: N

6.   I am an independent contractor of a registered California process server.

7.   My name, address, telephone number, and, if applicable, county of registration and number are:

Name: Tim Ault
Firm: Evan-Allen Services
Address: 4425 Treat Blvd., #149, Concord, CA 94521
Telephone number: (925) 525-9062
Registration Number: 924
County: Alameda County
The fee for the service was: $115.00

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   *9/27/21*

| Tim Ault | ► | *Tim [signature]* |
|---|---|---|
| (TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS) | | (SIGNATURE OF PERSON WHO SERVED THE PAPERS) |

Page 1 of 1

**PROOF OF SERVICE**
**US DISTRICT COURT**

Job Number EVN-2021000916

# Exhibit 21

Transaction Receipt

# Merchant: FIRST LEGAL NETWORK

1055 WILSHIRE BLVD #1800
LOS ANGELES, CA 90017          800-889-0111
US

Order Information

| | |
|---|---|
| Description: | Co.102 Acct 82490 Inv 20104641 |
| Order Number: | P.O. Number: |
| Customer ID: | Invoice Number: |

**Billing Information**        **Shipping Information**

Sabrina Grislis

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **USD 193.20** |

Payment Information

| | |
|---|---|
| Date/Time: | 28-Dec-2018 13:56:01 PST |
| Transaction ID: | 61476247439 |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 08042G |
| Payment Method: | Visa XXXX4623 |

# Exhibit 22

| *Attorney or Party without Attorney:*<br>CALIFORNIA CIVIL RIGHTS LAW GROUP<br>LAWRENCE A. ORGAN (SBN 175503)<br>407 SAN ANSELMO AVE SUITE 201<br>SAN ANSELMO , CA 94960<br> Telephone No: (415) 453-4740<br><br> *Attorney For:* Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* DEMETRIC DI-AZ; et al.<br>*Defendant:* TESLA, INC. DBA TESLA MOTORS, INC.; et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:*<br>12/20/2018 | *Time:*<br>10 AM | *Dept/Div:* | *Case Number:*<br>3:17-CV-06748-WHO |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH ATTACHMENT 1

3.  *a.   Party served:*     Custodian of Records - NEXTSOURCE, INC.
    *b.   Person served:*   BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT

4.  *Address where the party was served:*   2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 05 2018 (2) at: 03:52 PM

6.  **Person Who Served Papers:**
    a. Jacobbi Williams (1314, Alameda County )                                    **d.** *The Fee for Service was:*
    **b. FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

<div style="display:flex; justify-content:space-around;">

12/06/2018

<br>

</div>

|          12/06/2018          |                              |
|:---:|:---:|
| *(Date)* | *(Signature)* |



<div align="center">

**PROOF OF
SERVICE**

</div>

<div align="right">

*2872130*
*(7558435)*

</div>

# Exhibit 23

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

## INVOICE

**NUMBER**
202100853

TO:
Larry Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, California, 94960

PHONE:   (415) 453-4740

FAX:

MAKE CHECK PAYABLE TO:
Debra Pas CRR
631 37th Avenue
San Francisco
California

PHONE:   (415) 431-1477

| TRANSCRIPTS | | |
|---|---|---|
| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED   09/27/2021 | DATE DELIVERED   10/04/2021 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
C 17-6748 WHO, Owen Diaz v Tesla, Inc.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 501 | 6.05 | 3,031.05 | 501 | 1.20 | 601.20 | | | 0.00 | 3,632.25 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   09/27/2021 | **TOTAL** | 3,632.25 |
|---|---|---|
| Daily Trial Transcripts<br>Volumes 1 - 6 = 992 pages<br>Master Index = 10 pages<br>Costs Split Between Parties 1002 pages/501 billed to each side | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | 3,625.00 |
| | **AMOUNT DUE (OR REFUND)** | 7.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
Debra Pas

DATE
10/05/2021

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# Exhibit 24

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144   Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19975*** | 5/29/2018 | 25468 |

| Job Date | Case No. |
|---|---|
| 5/15/2018 | 3:17-CV-06748-WHO |

| Case Name |
|---|
| Demetric Di-Az et al. v Tesla Inc. et al. |

| Payment Terms |
|---|
| * DUE UPON RECEIPT * |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

1 ELECTRONIC CERTIFIED TRANSCRIPT OF:

    Demetric Di-Az-Confidential                       1,947.05

                                        **TOTAL DUE >>>**       **$1,947.05**

Reference No.    :  San Francisco, CA

*PLACED ORDER ON RECORD*
*246 Exhibits*

To pay and instantly download your files, please log on & pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392

                                             Phone: 415-453-4740   Fax:

*Please detach bottom portion and return with payment.*

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | | |
|---|---|---|---|
| Job No. | : 25468 | BU ID | : TESLA REP |
| Case No. | : 3:17-CV-06748-WHO | | |
| Case Name | : Demetric Di-Az et al. v Tesla Inc. et al. | | |
| Invoice No. | : 19975*** | Invoice Date | : 5/29/2018 |
| **Total Due** | : **$1,947.05** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:  *Kris Organ*
Card Number:
Exp. Date:          Phone#:  *415 453 4740*
Billing Address:  *332 San Anselmo Ave*
Zip:  *94960*    Card Security Code:
Amount to Charge:  *1,947.05*
Cardholder's Signature:
Email:  *kris@civilrightsca.com*

Remit To:    **Chase Litigation Services**
               **2300 E. Katella Avenue**
               **Suite 300**
               **Anaheim CA  92806**

# Exhibit 25

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144   Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19979*** | 5/29/2018 | 25470 |
| **Job Date** | **Case No.** | |
| 5/22/2018 | 3:17-CV-06748-WHO | |
| **Case Name** | | |
| Demetric Di-Az et al. v Tesla Inc. et al. | | |
| **Payment Terms** | | |
| * DUE UPON RECEIPT * | | |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

EXPEDITED ELECTRONIC CERTIFIED TRANSCRIPT OF:

    Owen Diaz                                           2,183.55

                                    **TOTAL DUE >>>**     **$2,183.55**

Reference No.   :  San Francisco, CA

*PLACED ORDER ON RECORD*
**4-DAY EXPEDITE @ 70%**

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

Tax ID: 20-0288392                                              Phone: 415-453-4740   Fax:

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. | :  25470          BU ID     : TESLA REP |
| Case No. | :  3:17-CV-06748-WHO |
| Case Name | :  Demetric Di-Az et al. v Tesla Inc. et al. |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | | |
|---|---|---|---|
| Invoice No. | :  19979*** | Invoice Date | : 5/29/2018 |
| **Total Due** | :  **$2,183.55** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:  *Kris Organ*

Card Number:

Exp. Date:             Phone#: *415 453 4740*

Billing Address: *332 San Anselmo Ave*

Zip: *94960*  Card Security Code:

Amount to Charge: *2,183.55*

Cardholder's Signature:

Email: *Kris@civilrightsca.com*

Remit To:   **Chase Litigation Services**
           **2300 E. Katella Avenue**
           **Suite 300**
           **Anaheim CA  92806**

# Exhibit 26

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
(415) 747-8710
calendar@bmareporting.com
www.bmareporting.com



**BRIDGET MATTOS & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

# Invoice  80474

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | **DATE** | **PLEASE PAY** | **DUE DATE** |
| Attn:  Larry Organ | 06/19/2018 | $1,544.25 | 07/04/2018 |
| 332 San Anselmo Avenue | | | |
| San Anselmo, CA  94960 | | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6-7-18 Victor Quintero and Javier Caballero Diaz vs. TESLA | | | |
| Original and One Copy<br>Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 277 | 4.75 | 1,315.75 |
| CD with Scanned Exhibits<br>CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 45.00 | 45.00 |
| Condensed Transcript<br>Condensed Transcript (Etrans/PDF/PDF Condensed) | 2 | 60.00 | 120.00 |
| Exhibits (b&w)<br>Exhibits (b&w) | 77 | 0.50 | 38.50 |
| Shipping and Handling<br>Shipping and Handling | 1 | 25.00 | 25.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$1,544.25** |
|---|---|

THANK YOU.

# Exhibit 27

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
(415) 747-8710
calendar@bmareporting.com
www.bmareporting.com



**BRIDGET MATTOS & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

# Invoice  80478

**BILL TO**
CALIFORNIA CIVIL RIGHTS LAW
GROUP
Attn:  Larry Organ
332 San Anselmo Avenue
San Anselmo, CA  94960

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 06/19/2018 | $1,527.25 | 07/04/2018 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6-5-18 Roville Wetle | | | |
| Diaz vs. TESLA | | | |
| **Original and One Copy** | 285 | 4.75 | 1,353.75 |
| Original and One Certified Copy | | | |
| (Etrans/PDF/PDF Condensed) | | | |
| **CD with Scanned Exhibits** | 1 | 45.00 | 45.00 |
| CD with Scanned Exhibits in | | | |
| PDF and Transcript/Condensed | | | |
| in PDF and Etranscript | | | |
| **Condensed Transcript** | 1 | 60.00 | 60.00 |
| Condensed Transcript | | | |
| (Etrans/PDF/PDF Condensed) | | | |
| **Exhibits (b&w)** | 87 | 0.50 | 43.50 |
| Exhibits (b&w) | | | |
| **Shipping and Handling** | 1 | 25.00 | 25.00 |
| Shipping and Handling | | | |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$1,527.25** |
|---|---|

THANK YOU.

# Exhibit 28

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144  Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21625*** | 12/7/2018 | 27209 |
| **Job Date** | **Case No.** | |
| 12/4/2018 | 3:17-CV-06748-WHO | |

| Case Name |
|---|
| Demetric Di-Az et al. v Tesla Inc. et al. |

| Payment Terms |
|---|
| * DUE UPON RECEIPT * |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

1 ELECTRONIC CERTIFIED TRANSCRIPT OF:

    Demetric Di-Az, Vol. II-Confidential                       921.60

                **TOTAL DUE  >>>**          **$921.60**

Reference No.    :  San Francisco, CA

PLACED ORDER ON CHASE TRANSCRIPT ORDER FORM

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392                                     Phone: 415-453-4740    Fax:

---

*Please detach bottom portion and return with payment.*

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | | | |
|---|---|---|---|---|
| Job No. | : | 27209 | BU ID | : TESLA REP |
| Case No. | : | 3:17-CV-06748-WHO | | |
| Case Name | : | Demetric Di-Az et al. v Tesla Inc. et al. | | |
| Invoice No. | : | 21625*** | Invoice Date | : 12/7/2018 |
| **Total Due** | : | **$921.60** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Chase Litigation Services**
           **2300 E. Katella Avenue**
           **Suite 300**
           **Anaheim CA  92806**

# Exhibit 29

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144  Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21622*** | 12/7/2018 | 27207 |
| **Job Date** | **Case No.** | |
| 12/3/2018 | 3:17-CV-06748-WHO | |
| **Case Name** | | |
| Demetric Di-Az et al. v Tesla Inc. et al. | | |
| **Payment Terms** | | |
| * DUE UPON RECEIPT * | | |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

1 ELECTRONIC CERTIFIED TRANSCRIPT OF:

    Owen Diaz, Vol. II-Confidential                                1,198.05

                                           **TOTAL DUE  >>>**     **$1,198.05**

Reference No.      : San Francisco, CA

PLACED ORDER ON CHASE TRANSCRIPT ORDER FORM

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392                                         Phone: 415-453-4740    Fax:

*Please detach bottom portion and return with payment.*

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | |
|---|---|---|
| Job No. | : 27207 | BU ID    : TESLA REP |
| Case No. | : 3:17-CV-06748-WHO | |
| Case Name | : Demetric Di-Az et al. v Tesla Inc. et al. | |
| Invoice No. | : 21622*** | Invoice Date  : 12/7/2018 |
| **Total Due** | : **$1,198.05** | |

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Chase Litigation Services**
             **2300 E. Katella Avenue**
             **Suite 300**
             **Anaheim CA  92806**

# Exhibit 30

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA 94960
(415) 747-8710
billing@bmareporting.com
www.bmareporting.com



**Invoice  7617**

| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP<br>332 San Anselmo Ave, San Anselmo, CA 94960 | 12/19/2018 | **$1,982.30** | 01/03/2019 |

| JOB NUMBER | REPORTER | CASE |
|---|---|---|
| 11166 | Heidi Belton | Diaz v, Tesla |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Diaz v, Tesla<br>6 December, 2018<br>Deposed: Monica De Leon | | | |
| **Original and One Copy (Expert,Technical, Video or Interpreter)**<br>video | 274 | 4.95 | 1,356.30 |
| **Exhibits (b&w)**<br>Exhibits (b&w) | 128 | 0.75 | 96.00 |
| **Condensed Transcript**<br>Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **CD with Scanned Exhibits**<br>CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Per Diem-All day (beyond 4 hours)**<br>Per Diem-All day (beyond 4 hours) | 1 | 250.00 | 250.00 |
| **After Hours**<br>(Before 9am and after 5pm) | 1 | 75.00 | 75.00 |
| **parking (vendor)**<br>parking | 1 | 20.00 | 20.00 |
| **Certification Fee**<br>Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling**<br>Shipping and Handling | 1 | 35.00 | 35.00 |
| **Tax ID**<br>Bridget Mattos & Assoc Tax ID 45-2792001 | 1 | 0.00 | 0.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

**TOTAL DUE**      **$1,982.30**

THANK YOU.

# Exhibit 31

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA 94960
(415) 747-8710
billing@bmareporting.com
www.bmareporting.com


BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice 7639

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP 332 San Anselmo Ave, San Anselmo, CA 94960 | **DATE** 12/26/2018 | **PLEASE PAY** **$1,563.90** | **DUE DATE** 01/10/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 11/30/18 Edward Romero Di-az vs Tesla | | | |
| **Per Diem-All day (beyond 4 hours)** Per Diem-All day (beyond 4 hours) | 1 | 250.00 | 250.00 |
| **Original and One Copy (Expert,Technical, Video or Interpreter)** | 217 | 4.95 | 1,074.15 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 73 | 0.75 | 54.75 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$1,563.90** |
|---|---|

THANK YOU.

# Exhibit 32

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  7748D

| BILL TO | | |
|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | | |
| 332 San Anselmo Ave, San Anselmo, CA 94960 | | |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 05/03/2019 | **$1,433.00** | 05/18/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Di-az vs Tesla | | | |
| 4/24/19 - Teresa Kossayian | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 182 | 4.75 | 864.50 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 178 | 0.75 | 133.50 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-All day (beyond 4 hours)** Per Diem-All day (beyond 4 hours) | 1 | 250.00 | 250.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | $1,433.00 |
|---|---|

THANK YOU.

# Exhibit 33

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  7807

| **BILL TO** | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | 05/23/2019 | **$250.00** | 06/07/2019 |
| 332 San Anselmo Ave, San Anselmo, CA 94960 | | | |

**CASE**
Di-Az vs Tesla

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Di-Az vs Tesla No Show - 5/20/19 | | | |
| **No-Show/Late Cancellation** No-Show/Late Cancellation (travel costs will be added on to the rate) | 1 | 250.00 | 250.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | $250.00 |
|---|---|

THANK YOU.

# Exhibit 34

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC DI-AZ, OWEN DIAZ, and LAMAR PATTERSON, | ) Case No.: 3:17-cv-06748-WHO |
| Plaintiffs, | ) |
| v. | ) |
| TESLA, INC. dba TESLA MOTORS INC., *et al*. | ) |
| Defendants. | ) |

## ACKNOWLEDGEMENT OF SERVICE AND WAIVER

I, Tamotsu Kawasaki, hereby acknowledge service of the Subpoena to Testify at a Deposition (the "Subpoena") issued by Navruz Avloni on April 19, 2019 compelling my appearance at a deposition on May 20, 2019 at 3:00 p.m. at 180 Grand Avenue, Suite 1380, Oakland, CA 94610. I further acknowledge I will receive the proper statutory witness fee in the amount of $87.27 at the time of the deposition. I hereby waive any objection to the sufficiency of service of the Subpoena and will not raise process of service of process in defense of the Subpoena.

This ___17___ day of ___05_____, 2019.

_Tamotsu kawasaki (May 17, 2019)_

_____

Tamotsu Kawasaki, Deponent

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| DEMETRIC DI-AZ and OWEN DIAZ, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:17-cv-06748-WHO |
| | ) |
| TESLA, INC. dba TESLA MOTORS, INC, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                            TAMOTSU KAWASAKI

*(Name of person to whom this subpoena is directed)*

☒  *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | California Civil Rights Law Group<br>180 Grand Ave., Suite 1380<br>Oakland, CA 94610 | Date and Time:   May 20, 2019, 3:00 p.m. |
|---|---|---|

The deposition will be recorded by this method:   Stenographically and by video and audio tape

☐  *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      04/19/2019

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs
Demetric Di-az and Owen Diaz                               , who issues or requests this subpoena, are:
Lawrence A. Organ and Navruz Avloni of the California Civil Rights Law Group, 332 San Anselmo Avenue, San Anselmo, CA 94960, Tel. (415) 453-4740, navruz@civilrightsca.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

1

**CALIFORNIA CIVIL RIGHTS LAW GROUP**

2

Lawrence A. Organ (SBN 175503)
Navruz Avloni (SBN 279556)

3

332 San Anselmo Avenue
San Anselmo, CA 94960

4

Telephone: 415.453.4740
Facsimile: 415.785.7352

5

larry@civilrightsca.com

6

navruz@civilrightsca.com

7

Attorneys for Plaintiffs

8

DEMETRIC DI-AZ AND OWEN DIAZ

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

DEMETRIC DI-AZ, OWEN DIAZ, and
LAMAR PATTERSON,

14

              Plaintiffs,

15

        v.

16

TESLA, INC. dba TESLA MOTORS, INC.;
CITISTAFF SOLUTIONS, INC.; WEST

17

VALLEY STAFFING GROUP;
CHARTWELL STAFFING SERVICES,

18

INC.; and DOES 1-50, inclusive,

19

              Defendants.

20

21

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:17-cv-06748-WHO

**PLAINTIFF OWEN DIAZ'S NOTICE OF
DEPOSITION OF TAMOTSU
KAWASAKI**

Date:     May 20, 2019
Time:     3:00 p.m.
Place:    California Civil Rights Law Group
          180 Grand Ave., Suite 1380
          Oakland, CA 94610

22

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

23

        **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure, Rules

24

30 and 45, Plaintiff OWEN DIAZ, by and through his counsel, will take the deposition upon oral

25

examination of TAMOTSU KAWASAKI on May 20, 2019 at 3:00 p.m. at the offices of the

26

California Civil Rights Law Group, 180 Grand Avenue, Suite 1380, Oakland, CA 94610.

27

        **PLEASE TAKE FURTHER NOTICE** that this deposition shall be taken

28

stenographically before a duly authorized court reporter.  The deposition may also be recorded

1

on video and audio tape in addition to stenographic recording, pursuant to Federal Rules of Civil Procedure, Rule 30(b)(2).  Plaintiff reserves the right to use the deposition transcript, videotape, audiotape, or any portion thereof at trial to the extent permitted by law.

DATED: April 19, 2019                              CALIFORNIA CIVIL RIGHTS LAW GROUP

_____
LAWRENCE A. ORGAN
NAVRUZ AVLONI
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ

# Acknowledgement of Subpoena - Please Sign

**Final Audit Report** 2019-05-17

| | |
|---|---|
| Created: | 2019-04-19 |
| By: | Sabrina Grislis (sabrina@civilrightsca.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATImoBJtvKP0fiU-C2sNiSp7NQiMabbzu |

## "Acknowledgement of Subpoena - Please Sign" History

Document created by Sabrina Grislis (sabrina@civilrightsca.com)
2019-04-19 - 11:22:34 PM GMT- IP address: ██████████

Document emailed to Tamotsu kawasaki ████████████████ for signature
2019-04-19 - 11:23:38 PM GMT

Document viewed by Tamotsu kawasaki ████████████████
2019-04-20 - 0:35:56 AM GMT- IP address ████████████

Document viewed by Tamotsu kawasaki ████████████████
2019-05-17 - 9:30:30 PM GMT- IP address: ██████████

Document e-signed by Tamotsu kawasaki ████████████████
Signature Date: 2019-05-17 - 10:54:36 PM GMT - Time Source: server- IP address: ██████████

Signed document emailed to Navruz Avloni (navruz@civilrightsca.com), cimone@civilrightsca.com, Tamotsu kawasaki ████████████████, and Sabrina Grislis (sabrina@civilrightsca.com)
2019-05-17 - 10:54:36 PM GMT

Adobe Sign

# Exhibit 35

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



**Invoice  8150**

| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP<br>332 San Anselmo Ave, San Anselmo, CA 94960 | 06/18/2019 | **$1,096.25** | 07/03/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 5-17-19 Wayne Jackson<br>Di-az vs Tesla | | | |
| **Original and One Copy**<br>Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 154 | 4.75 | 731.50 |
| **CD with Scanned Exhibits**<br>CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript**<br>Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)**<br>Exhibits (b&w) | 73 | 0.75 | 54.75 |
| **Certification Fee**<br>Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling**<br>Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)**<br>Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$1,096.25** |
|---|---|

THANK YOU.

# Exhibit 36

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8119-DC

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | DATE | PLEASE PAY | DUE DATE |
| 332 San Anselmo Ave, San Anselmo, CA 94960 | 06/18/2019 | **$1,369.50** | 07/03/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| DEPOSITION OF ANNALISA HEISEN - 5/29/19 Di-az vs. Tesla | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 175 | 4.75 | 831.25 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 151 | 0.75 | 113.25 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Per Diem-All day (beyond 4 hours)** Per Diem-All day (beyond 4 hours) | 1 | 250.00 | 250.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 25.00 | 25.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | $1,369.50 |
|---|---|

THANK YOU.

# Exhibit 37

# I N V O I C E

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144   Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22736*** | 6/18/2019 | 25471 |

| Job Date | Case No. |
|---|---|
| 5/22/2018 | 3:17-CV-06748-WHO |

| Case Name |
|---|
| Demetric Di-Az et al. v Tesla Inc. et al. |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| Payment Terms |
|---|
| PLEASE PAY WITHIN 21 DAYS |

DEPOSITION VIDEO IN .MPG FORMAT:

    Owen Diaz - VIDEO

| | | | | |
|---|---|---|---|---|
| Video in .MPEG | 338.00 | @ | 1.50 | 507.00 |
| Media Cost | | | 10.00 | 10.00 |
| Admin Fee | | | 0.00 | 0.00 |
| Production & Handling | | | 65.00 | 65.00 |
| Delivery Per Location | | | 35.00 | 35.00 |

**TOTAL DUE  >>>**                                          **$617.00**

Reference No.       :  San Francisco, CA

PLACED ORDER VIA EMAIL

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392                                                      Phone: 415-453-4740   Fax:

*Please detach bottom portion and return with payment.*

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

Job No.        :  25471            BU ID        : TESLA VID
Case No.       :  3:17-CV-06748-WHO
Case Name    :  Demetric Di-Az et al. v Tesla Inc. et al.

Invoice No.    :  22736***        Invoice Date  : 6/18/2019
**Total Due**    :  **$617.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Chase Litigation Services**
            **2300 E. Katella Avenue**
            **Suite 300**
            **Anaheim CA  92806**

# Exhibit 38

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144   Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22737*** | 6/18/2019 | 27208 |
| **Job Date** | **Case No.** | |
| 12/3/2018 | 3:17-CV-06748-WHO | |

| Case Name |
|---|
| Demetric Di-Az et al. v Tesla Inc. et al. |

| Payment Terms |
|---|
| PLEASE PAY WITHIN 21 DAYS |

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

DEPOSITION VIDEO IN .MPG FORMAT:

Owen Diaz, Vol. II - VIDEO

| | | | | |
|---|---|---|---|---|
| Video in .MPEG | 155.00 | @ | 1.50 | 232.50 |
| Media Cost | | | 10.00 | 10.00 |
| Admin Fee | | | 0.00 | 0.00 |
| Production & Handling | | | 65.00 | 65.00 |
| Delivery Per Location | | | 35.00 | 35.00 |

**TOTAL DUE  >>>**　　　　**$342.50**

Reference No.　　: San Francisco, CA

PLACED ORDER VIA EMAIL

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392                                                                 Phone: 415-453-4740   Fax:

*Please detach bottom portion and return with payment.*

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

Job No.　　　: 27208　　　　BU ID　　: TESLA VID

Case No.　　　: 3:17-CV-06748-WHO

Case Name　　: Demetric Di-Az et al. v Tesla Inc. et al.

Invoice No.　　: 22737***　　Invoice Date　: 6/18/2019

**Total Due　: $342.50**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:　　　　　Phone#:

Billing Address:

Zip:　　　　Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:　**Chase Litigation Services**
　　　　　**2300 E. Katella Avenue**
　　　　　**Suite 300**
　　　　　**Anaheim CA  92806**

# Exhibit 39

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36482 | 6/28/2019 | 39192 |
| **Job Date** | **Case No.** | |
| 6/20/2019 | 17-CV-06748-WHO | |
| **Case Name** | | |
| Demetric Di-Az vs. Tesla, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

electronic CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| La'Drea Jones | 96.00 Pages | @ | 3.60 | 345.60 |
| Exhibits B/W with Tabs | 15.00 | @ | 0.55 | 8.25 |
| Exhibit Linking. | 1.00 | @ | 20.00 | 20.00 |
| Condensed Transcript. | 1.00 | @ | 20.00 | 20.00 |
| Processing Fee. | 1.00 | @ | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | **$428.85** |
| | AFTER 7/29/2019  PAY | | | $450.29 |

We appreciate your business - Where the client comes first!
Billing questions? Call us at (855) 348-4997 or e-mail depobilling@firstlegal.com

FOR CREDIT CARD PAYMENTS: Send info directly to ar@firstlegal.com

**Tax ID:** 46-3364757

Phone: 415.453.4740   Fax:

*Please detach bottom portion and return with payment.*

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

| | | |
|---|---|---|
| Invoice No. | : | 36482 |
| Invoice Date | : | 6/28/2019 |
| **Total Due** | : | **$428.85** |
| AFTER 7/29/2019  PAY  $450.29 | | |

Remit To:   **First Legal Deposition Services LLC**
**P.O. Box 749469**
**Los Angeles, CA  90074-9469**

| | | |
|---|---|---|
| Job No. | : | 39192 |
| BU ID | : | SF-DEP |
| Case No. | : | 17-CV-06748-WHO |
| Case Name | : | Demetric Di-Az vs. Tesla, Inc. |

# Exhibit 40

# INVOICE



FIRST**LEGAL**
DEPOSITIONS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36439 | 6/28/2019 | 38360 |
| **Job Date** | **Case No.** | |
| 6/18/2019 | 17-CV-06748-WHO | |
| **Case Name** | | |
| Demetric Di-Az vs. Tesla, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

electronic CERTIFIED COPY OF:

| | | | | |
|---|---|---|---|---|
| Titus McCaleb | 251.00  Pages | @ | 3.60 | 903.60 |
| Exhibits B/W with Tabs | 57.00 | @ | 0.55 | 31.35 |
| Exhibit Linking. | 1.00 | @ | 20.00 | 20.00 |
| Condensed Transcript. | 1.00 | @ | 20.00 | 20.00 |
| Processing Fee. | 1.00 | @ | 35.00 | 35.00 |

TOTAL DUE >>>   **$1,009.95**

AFTER 7/29/2019  PAY   $1,060.45

We appreciate your business - Where the client comes first!
Billing questions? Call us at (855) 348-4997 or e-mail depobilling@firstlegal.com

FOR CREDIT CARD PAYMENTS: Send info directly to ar@firstlegal.com

**Tax ID:** 46-3364757

Phone: 415.453.4740   Fax:

*Please detach bottom portion and return with payment.*

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA  94960

| | | |
|---|---|---|
| Invoice No. | : | 36439 |
| Invoice Date | : | 6/28/2019 |
| **Total Due** | : | **$1,009.95** |
| AFTER 7/29/2019  PAY | | $1,060.45 |

Remit To:   **First Legal Deposition Services LLC**
**P.O. Box 749469**
**Los Angeles, CA  90074-9469**

| | | |
|---|---|---|
| Job No. | : | 38360 |
| BU ID | : | SF-DEP |
| Case No. | : | 17-CV-06748-WHO |
| Case Name | : | Demetric Di-Az vs. Tesla, Inc. |

# Exhibit 41

 **ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV1514889**

| | | |
|---|---|---|
| **Date** | 7/9/2019 | |
| **Terms** | Net 30 | |
| **Due Date** | 8/8/2019 | |

| | |
|---|---|
| **Client Number** | C2908074 |
| **Esquire Office** | San Francisco |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | 09934.0415/1617 JCA |
| **Client Claim/Matter #** | 94105-76111 |
| **Date of Loss** | |

**Bill To**

California Civil Rights Law Group - San Anselmo
332 San Anselmo Avenue
San Anselmo CA 94960

**Services Provided For**

California Civil Rights Law Group - San Anselmo
Avloni, Navruz
332 San Anselmo Avenue
San Anselmo CA 94960

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/21/2019 | J4144446 | San Francisco, CALIFORNIA | DEMETRIC DIAZ V. TESLA, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Owen Orapio Diaz, Jr. | 179 | 3.75 | 671.25 |
| EXHIBITS W/TABS | Owen Orapio Diaz, Jr. | 82 | 0.55 | 45.10 |
| EXHIBITS COLOR | Owen Orapio Diaz, Jr. | 5 | 1.95 | 9.75 |
| CONDENSED TRANSCRIPT | Owen Orapio Diaz, Jr. | 1 | 25.00 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Owen Orapio Diaz, Jr. | 1 | 50.00 | 50.00 |
| PROCESSING & COMPLIANCE | Owen Orapio Diaz, Jr. | 1 | 45.00 | 45.00 |

| | |
|---|---|
| **Subtotal** | 846.10 |
| **Shipping Cost (FedEx)** | 52.25 |
| **Total** | 898.35 |
| **Amount Due** | $898.35 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | California Civil Rights Law Group |
| **Client #** | C2908074 |
| **Invoice #** | INV1514889 |
| **Invoice Date** | 7/9/2019 |
| **Due Date** | 8/8/2019 |
| **Amount Due** | $ 898.35 |

# Exhibit 42

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com


BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8199

| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP<br>332 San Anselmo Ave, San Anselmo, CA 94960 | 07/18/2019 | **$932.25** | 08/02/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6-12-19 Michael Wheeler<br>Di-Az vs. Tesla | | | |
| **Original and One Copy**<br>Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 131 | 4.75 | 622.25 |
| **CD with Scanned Exhibits**<br>CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript**<br>Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Certification Fee**<br>Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling**<br>Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)**<br>Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | $932.25 |
|---|---|

THANK YOU.

# Exhibit 43

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8204

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | DATE | PLEASE PAY | DUE DATE |
| 332 San Anselmo Ave, San Anselmo, CA 94960 | 07/18/2019 | $1,030.25 | 08/02/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6-6-19 Ludivina Ledesma Di-Az vs. Tesla | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 145 | 4.75 | 688.75 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)** Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 42 | 0.75 | 31.50 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| | |
|---|---|
| TOTAL DUE | **$1,030.25** |

THANK YOU.

# Exhibit 44

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8209

---

**BILL TO**

CALIFORNIA CIVIL RIGHTS LAW
GROUP
332 San Anselmo Ave, San Anselmo,
CA 94960

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 07/18/2019 | **$1,587.50** | 08/02/2019 |

---

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| 6-17-19 Kevin McGinn Di-Az vs. Tesla | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 218 | 4.75 | 1,035.50 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 156 | 0.75 | 117.00 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-All day (beyond 4 hours)** Per Diem-All day (beyond 4 hours) | 1 | 250.00 | 250.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$1,587.50** |
|-----------|---------------|

THANK YOU.

# Exhibit 45

# INVOICE

Chase Litigation Services
2300 E. Katella Avenue, Suite 300
Anaheim CA  92806
Phone:714-704-9144   Fax:714-459-8104

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23070*** | 8/13/2019 | 29151 |
| **Job Date** | **Case No.** | |
| 7/26/2019 | 3:17-CV-06748-WHO | |
| **Case Name** | | |
| Demetric Di-Az et al. v Tesla Inc. et al. | | |
| **Payment Terms** | | |
| * DUE UPON RECEIPT * | | |

Navruz Avloni
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | | | | |
|---|---|---|---|---|---|
| 1 ELECTRONIC CERTIFIED TRANSCRIPT OF: | | | | | |
| Lamar Patterson-Confidential | 154.00 | Pages | @ | 3.75 | 577.50 |
| Exhibits OCR B/W Scanned & Hyperlinked | 58.00 | Pages | @ | 1.25 | 72.50 |
| Exhibits OCR Color Scanned & Hyperlinked | | | | 1.75 | 1.75 |
| CSR Certification Fee - Copy | | | | 15.00 | 15.00 |
| Electronic Files Conversion Bundle | | | | 45.00 | 45.00 |
| Production & Handling | | | | 65.00 | 65.00 |
| Delivery Per Location | | | | 35.00 | 35.00 |
| | | | **TOTAL DUE  >>>** | | **$811.75** |

Reference No.    :  San Francisco, CA

**PLACED ORDER VIA CHASE TRANSCRIPT ORDER FORM**

To pay and instantly download your files, please log on &  pay this invoice through our client center www.deposervices.com.
To pay by credit card, either log on to our repository or send this completed form to info@deposervices.com.
WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).

**Tax ID:** 20-0288392                                                                                         Phone: 415-453-4740   Fax:

*Please detach bottom portion and return with payment.*

Navruz Avloni
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo CA  94960

| | | |
|---|---|---|
| Job No. | : 29151 | BU ID        : TESLA REP |
| Case No. | : 3:17-CV-06748-WHO | |
| Case Name | : Demetric Di-Az et al. v Tesla Inc. et al. | |
| Invoice No. | : 23070*** | Invoice Date   : 8/13/2019 |
| **Total Due** | : **$811.75** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Chase Litigation Services**
**2300 E. Katella Avenue**
**Suite 300**
**Anaheim CA  92806**

# Exhibit 46

# STATEMENT



| Account No. | Date |
|---|---|
| C11701 | 8/9/2019 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $928.04 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$928.04** |

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 6/13/2019 | 36010 | 928.04 | 5/21/2019 | 10am: Demetrica Holmes Diaz | Demetric Di-Az vs. Tesla, Inc. |

**Tax ID:** 46-3364757

*Please detach bottom portion and return with payment.*

Navrus Avloni, Esq.
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

| | | |
|---|---|---|
| Account No. | : | C11701 |
| Date | : | 8/9/2019 |
| **Total Due** | : | **$ 928.04** |

Remit To: **First Legal Deposition Services LLC**
**P.O. Box 841441**
**Dallas, TX 75284-1441**



Dear Loyal Client,

We wanted to make you aware of a change with the remittance address for the following entities:

First Records Retrieval
LASR
First Legal Records
First Digital Solutions
First Legal Investigations
First Legal Network Insurance
First Legal Depositions Services
American Legal Investigation Services Nevada, Inc

Effective 08/01/2019, all billing for the entities listed above will need to be mailed to:

P.O. Box 841441
Dallas, TX 75284-1441

If you have any questions, please feel free in contacting our Client Care team 877-350-8698 or email clientcare@firstlegal.com

Thank you

First Legal Family

# Exhibit 47


**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

**I am an invoice.
Take me to your accounts
payable department.**

| | |
|---|---|
| | **Page 1 of 2** |
| Invoice No. | **A19101076** |
| Invoice Date | **October 28, 2019** |
| Invoice Due | **November 27, 2019** |
| Invoice Total | **2,002.12** |
| Balance Due | **2,002.12** |

Alexander Krakow + Glick LLP
Attention: Accounts Payable
1900 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

OCT 31 2019

Make checks payable to Network Deposition
Services, Inc. • Our tax ID # is 77-0591481. •
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Alexander Krakow + Glick LLP | | | | |
|---|---|---|---|---|---|
| Noticed by | J. Bernard Alexander III, Esq. | | NDS | Client | Deposition |
| Deposition of | **Erin Marconi** | Case No. | Job No. | Matter No. | Date |
| Caption | Demetric Di-Az vs. Tesla, Inc. dba Tesla Motors, Inc. | 3:17-cv-06748-WHO | 220525 | | 10-21-2019 |
| | Description of Service | Quantity | Units | Price | Extended |
| | Transcript O+1 - Business Litigation | 166 | Pages | 4.95 | 821.70 |
| | Exhibit Copies | 94 | Pages | 0.65 | 61.10 |
| | Color Exhibit Copies | 5 | Pages | 1.50 | 7.50 |
| | Waiting | 0.7 | Hours | 60.00 | 42.00 |
| | Reporter Parking | 1 | | | 36.00 |
| | Technology and Litigation Support Package | 1 | | 45.00 | 45.00 |
| | Transcript Production, Processing and Binding | 1 | | 35.00 | 35.00 |
| | Delivery and Handling of Transcript Copy | 1 | | 30.00 | 30.00 |
| | 5 business day expedite (60%) - Business Litigation | 166 | Pages | 2.97 | 493.02 |
| | California Code Compliance - Letters and Delivery | 1 | | 20.00 | 20.00 |

NDS Invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

Payment From

Alexander Krakow + Glick LLP
Attention: J. Bernard Alexander III, Esq.
1900 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Write notes or address changes below

| | |
|---|---|
| Invoice No. | **A19101076** |
| Invoice Date | October 28, 2019 |
| Late After | November 27, 2019 |
| Total Due | 2,002.12 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
See page 1 for contact information

| | |
|---|---|
| | **Page 2 of 2** |
| Invoice No. | **A19101076** |
| Invoice Date | **October 28, 2019** |
| Invoice Due | **November 27, 2019** |
| Balance Due | **2,002.12** |

| Noticing firm | Alexander Krakow + Glick LLP | | | | |
|---|---|---|---|---|---|
| Noticed by | J. Bernard Alexander III, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Erin Marconi** | | | | |
| Caption | Demetric Di-Az vs. Tesla, Inc. dba Tesla Motors, Inc. | 3:17-cv-06748-WHO | **220525** | | 10-21-2019 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript video surcharge | 166 | Pages | 0.65 | 107.90 |
| Transcript teleconference per page surcharge | 166 | Pages | 0.65 | 107.90 |
| Court reporter hourly fee | 5.5 | Hours | 30.00 | 165.00 |
| Delivery – Exhibits | 1 | | 30.00 | 30.00 |
|   Delivery of expedite exhibits to NDS. | | | | |

# Exhibit 48

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8461

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP<br>332 San Anselmo Ave, San Anselmo, CA 94960 | **DATE**<br>11/07/2019 | **PLEASE PAY**<br>$800.00 | **DUE DATE**<br>11/22/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10-9-19 Tamotsu Kawasaki<br>Diaz vs. Tesla | | | |
| **Original and One Copy**<br>Original and One Certified Copy<br>(Etrans/PDF/PDF Condensed) | 103 | 4.75 | 489.25 |
| **CD with Scanned Exhibits**<br>CD with Scanned Exhibits in<br>PDF and Transcript/Condensed<br>in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript**<br>Condensed Transcript<br>(Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)**<br>Exhibits (b&w) | 1 | 0.75 | 0.75 |
| **Certification Fee**<br>Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling**<br>Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)**<br>Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| | |
|---|---|
| TOTAL DUE | **$800.00** |

THANK YOU.

# Exhibit 49

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



**BRIDGET MATTOS & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

# Invoice  8466

---

**BILL TO**

CALIFORNIA CIVIL RIGHTS LAW
GROUP
332 San Anselmo Ave, San Anselmo,
CA 94960

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/07/2019 | **$809.00** | 11/22/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10-10-19 Jackelin Delgado Diaz vs. Tesla | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 88 | 4.75 | 418.00 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 8 | 0.75 | 6.00 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)** Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |
| **Remote Phone, Desktop or Skype Hook-Up** | 1 | 75.00 | 75.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | $809.00 |
|---|---|

THANK YOU.

# Exhibit 50

**Torreano Shorthand Reporting Corporation**          **Invoice**

P.O. Box 320933

Los Gatos,  CA 95032

Phone: (408) 371-0464          Fax: (408) 371-0402

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 6, 2019 | 4789w10 |

Lawrence  Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

Phone:     (415) 453-4740       Fax:

| | |
|---|---|
| **Witness:** | Andres Donet |
| **Case:** | Diaz v. Tesla |
| **Venue:** | US District Court Northern District California |
| **Case #:** | 3:17-cv-06748-WHO |
| **Date:** | 10/24/2019 |
| **Start Time:** | 4:39 PM |
| **End Time:** | 5:28 PM |
| **Reporter:** | Peter Torreano |
| **Claim #:** | |
| **File #:** | 3991w10 |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| PDH | Per Diem 1/2 day | $120.00 | 1 | $120.00 |
| O1 | Original and cert. tran. (per page)-level 1 | $4.75 | 43 | $204.25 |
| Min Page | Minumum pages-45 (per page) | $4.75 | 2 | $9.50 |
| Ex | Price per page-exhibits | $0.40 | 5 | $2.00 |
| PO | Postage / Delivery | $10.95 | 1 | $10.95 |
| | | **Sub Total** | | **$346.70** |
| | | **Payments** | | **$0.00** |
| | | **Balance Due** | | **$346.70** |

*TERMS: Net 30 days from date of invoice.  Service charge of 1.5% per month will be applied to all past due balances.*

**Fed. I.D. # 36-4579004**

*Make check payable to: Torreano Shorthand Reporting Corporation*

# Exhibit 51

**Bridget Mattos and Associates**
223 San Anselmo Ave, #8
San Anselmo, CA  94960
415-747-8710
bridget@bmareporting.com
www.bmareporting.com



BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

# Invoice  8456

| BILL TO | | | |
|---|---|---|---|
| CALIFORNIA CIVIL RIGHTS LAW GROUP | DATE | PLEASE PAY | DUE DATE |
| 332 San Anselmo Ave, San Anselmo, CA 94960 | 11/07/2019 | $868.75 | 11/22/2019 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10-15-19 V. Martinez Diaz vs. Tesla | | | |
| **Original and One Copy** Original and One Certified Copy (Etrans/PDF/PDF Condensed) | 117 | 4.75 | 555.75 |
| **CD with Scanned Exhibits** CD with Scanned Exhibits in PDF and Transcript/Condensed in PDF and Etranscript | 1 | 50.00 | 50.00 |
| **Condensed Transcript** Condensed Transcript (Etrans/PDF/PDF Condensed) | 1 | 75.00 | 75.00 |
| **Exhibits (b&w)** Exhibits (b&w) | 4 | 0.75 | 3.00 |
| **Certification Fee** Certification Fee | 1 | 25.00 | 25.00 |
| **Shipping and Handling** Shipping and Handling | 1 | 35.00 | 35.00 |
| **Per Diem-1/2 day (up to 4 hours)** Per Diem-1/2 day (up to 4 hours) | 1 | 125.00 | 125.00 |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| | |
|---|---|
| TOTAL DUE | **$868.75** |

THANK YOU.

# Exhibit 52



# INVOICE

**DATE:** 3/17/2020
**INVOICE #** 706940
**JOB #** 176146

**Bill To:**
Navruz Avloni Esq.
California Civil Right Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

| | |
|---|---|
| **CASE:** | Demetric Di-az, et al. v. Tesla, Inc. et al. |
| **WITNESS:** | Charles R. Mahla, Ph.D. |
| **DATE:** | 2/25/2020 |
| **LOCATION:** | San Francisco, CA |

**Billing Comments / Instructions:**      Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 68 | $3.45 | $234.60 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 79 | $0.45 | $35.55 |
| Exhibits - Scanned & Hyperlinked - Color | 123 | $1.00 | $123.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $438.15 |
| | | SHIPPING & HANDLING | $80.00 |
| | | **TOTAL** | $518.15 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Exhibit 53

# Invoice

Synchron Voice and Video, Inc.

4915 West 35th Street
Suite # 200
Minneapolis, MN 55416

| Date | Invoice # |
|------|-----------|
| 09/02/2020 | 18844 |

| Bill To |
|---------|
| Gustin Ham
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
LOS ANGELES, CA 90067 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 15 | |

| Quantity | Job ID | Deponent Name & Deposition Date | Service Type | Amount |
|----------|--------|--------------------------------|--------------|--------|
| 2.4830 | 95244 | Wheeler, Michael 2019-06-12 | Man24 (RUSH) | 100.80 |

Thank you for the opportunity to help - Please let me know if you have any questions.

| **Total** | $100.80 |
|-----------|---------|

1/1

| Job# | Deponent Last | First | DepoDate | Short Caption | MediaName | Date Received | Quality | Hours | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 95244 | Wheeler | Michael | 06/12/19 | Di-az v. Tesla | Wheeler - Video 1.mpg | 08/10/20 | 97+M | 0.7834 | 31.81 |
| 95244 | Wheeler | Michael | 06/12/19 | Di-az v. Tesla | Wheeler - video 2.mpg | 08/10/20 | 99+M | 0.2810 | 11.41 |
| 95244 | Wheeler | Michael | 06/12/19 | Di-az v. Tesla | Wheeler - video 3.mpg | 08/10/20 | 99+M | 0.4873 | 19.78 |
| 95244 | Wheeler | Michael | 06/12/19 | Di-az v. Tesla | Wheeler - video 4.mpg | 08/10/20 | 95+M | 0.1484 | 6.02 |
| 95244 | Wheeler | Michael | 06/12/19 | Di-az v. Tesla | Wheeler - video 5.mpg | 08/10/20 | 94+M | 0.7829 | 31.78 |
| **Di-az v. Tesla Total** | | | | | | | | **2.483** | **$100.80** |
| **Grand Total** | | | | | | | | **2.483** | **$100.80** |

# Exhibit 54

# Invoice

Synchron Voice and Video, Inc.

4915 West 35th Street
Suite # 200
Minneapolis, MN 55416

| Date | Invoice # |
|------|-----------|
| 10/04/2021 | 20665 |

| Bill To |
|---------|
| Gustin Ham<br>ALEXANDER MORRISON + FEHR LLP<br>1900 Avenue of the Stars, Suite 900<br>LOS ANGELES, CA 90067 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 15 |  |

| Quantity | Job ID | Deponent Name & Deposition Date | Service Type | Amount |
|----------|--------|--------------------------------|--------------|--------|
| 5.9869 | 102590 | DeLeon, Monica 2018-12-06 | Man24 (RUSH) | 243.08 |
| 0.7954 | 102586 | Donet, Andres 2019-10-24 | Man24 (RUSH) | 32.29 |
| 2.2474 | 102587 | Quintero, Victor 2018-06-07 | Man24 (RUSH) | 91.24 |

Thank you for the opportunity to help - Please let me know if you have any questions.

| **Total** | $366.61 |
|-----------|---------|

1/1

# Exhibit 55

**Chase Litigation Services**

2300 E. Katella Avenue Suite 300
Anaheim, CA 92806
Phone: 714-704-9144
Fax: 714-459-8104

Lawrence Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

*Invoice #31856*

| Date | Terms |
|------|-------|
| 09/22/2021 | PLEASE PAY WITHIN 21 DAYS |

| Job #25469 on 05/15/2018 | | | |
|---|---|---|---|
| **Case:** Demetric Di-Az et al. v Tesla Inc. et al.<br>**Venue#:** 3:17-CV-06748-WHO | **Shipped On:**<br>**Shipped Via:** * | | |
| **Description** | | | |
| **Synched Video to the Deposition of Demetric Di-Az - VIDEO** | | | |

| | |
|---|---|
| Amount Due: | $ 1,532.60 |
| Paid: | $ 0.00 |

*Please make checks payable to Chase Litigation Services, Inc., Tax ID 20-0288392.*

| Balance Due: | $ 1,532.60 |
|---|---|
| Payment Due: | 10/22/2021 |

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.  CCP SECTIONS 2025.510 (H) AND (I).*

*Thank you for working with the Chase Team!*

*Late Fee after 30 Days at 10%*

**Please remit payment to:**

**Chase Litigation Services**
**2300 E. Katella Avenue, Suite 300**
**Anaheim, CA  92806**

# Exhibit 56

**Bridget Mattos and Associates**
48 Los Pinos Spur
Nicasio, CA  94946
+41 57102501
Accounting@BMAreporting.com
www.bmareporting.com



**Invoice  340138**

BRIDGET MATTOS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS

---

**BILL TO**

CALIFORNIA CIVIL RIGHTS LAW
GROUP
332 San Anselmo Ave.
San Anselmo CA 94960

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 09/30/2021 | **$2,250.00** | 10/15/2021 |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| Video Syncing | | | |
| Diaz vs Tesla | | | |
| **Video (Sync)** | 5.50 | 90.00 | 495.00 |
| Video Sync (per hour) | | | |
| 11/13/18 Romero - 5.5 hours | | | |
| **Video (Sync)** | 2.50 | 90.00 | 225.00 |
| Video Sync (per hour) | | | |
| 10/15/19 Martinez - 2.5 hours | | | |
| **Video (Sync)** | 6 | 90.00 | 540.00 |
| Video Sync (per hour) | | | |
| 10/21/19 Marconi - 6 hours | | | |
| **Video (Sync)** | 5 | 90.00 | 450.00 |
| Video Sync (per hour) | | | |
| 5/29/19 Heisen - 5 hours | | | |
| **Video (Sync)** | 6 | 90.00 | 540.00 |
| Video Sync (per hour) | | | |
| 12/6/18 Deleon - 6 hours | | | |

20% APR interest late fees apply after due date.

Per CCP Code Section 2025.201 (h) you are required to pay this invoice.

| TOTAL DUE | **$2,250.00** |
|-----------|---------------|

THANK YOU.

# Exhibit 57



**INVOICE**

**DATE:** 3/25/2020
**INVOICE #** 707007
**JOB #** 177233

**Bill To:**  Navruz Avloni Esq.
California Civil Right Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960

**CASE:** Demetric Di-az, et al. v. Tesla, Inc. et al.
**WITNESS:** Amy Oppenheimer, AWI-CH
**DATE:** 3/9/2020
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 181 | $3.45 | $624.45 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 289 | $0.45 | $130.05 |
| Exhibits - Scanned & Hyperlinked - Color | 41 | $1.00 | $41.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $840.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $895.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Exhibit 58



# INVOICE

**DATE:** 3/31/2020
**INVOICE #** 707052
**JOB #** 176927

**Bill To:** Jacqueline Gil
Alexander Krakow + Glick LLP
1900 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**CASE:** Demetric Di-az, et al. v. Tesla, Inc. et al.
**WITNESS:** Anthony Reading, Ph.D.
**DATE:** 2/18/2020
**LOCATION:** Beverly Hills, CA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 59 | $3.45 | $203.55 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 29 | $0.45 | $13.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $261.60 |
| | | SHIPPING & HANDLING | $0.00 |
| | | **TOTAL** | $261.60 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**