# Exhibit

## A

**United States District Court**
**Northern District of California**

Date: 05/20/2022
Invoice Number: 202200966

To:

**Larry Organ**
**California Civil Rights Law Group**
332 San Anselmo Avenue
San Anselmo, California, 94960
**Phone:** (415) 453-4740
**Email:** larry@civilrightsca.com

Make Checks Payable To:

**Debra Pas, CRR**
**Official US Court Reporter**
631 37th Avenue
San Francisco, California, 94121
**Phone:** (415) 431-1477
**Email:** Debra_Pas@cand.uscourts.gov

Case Details:

**Case Number:** C 17-6748 WHO
**Case Title:** Owen Diaz vs. Tesla, Inc.
**Case Description:**
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 15, 2022
**Judge Hearing Case:** William H. Orrick

Transcripts:

**Date Ordered:** May 20, 2022
**Date Delivered:** May 21, 2022

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 52 | $6.05 | $314.60 |

**Total:** $329.45
**Misc. Fee:** $14.85
**Misc. Fee Description:** Stripe Fee

**Amount Due:** $329.45

Notes

1-19-2022 Hearing - Daily Delivery

*/s/ Debra Pas*

# Exhibit

# B



Sabrina Grislis <sabrina@civilrightsca.com>

**Diaz v Tesla 12/7/22 transcript**

**Marla Knox** <Marla_Knox@cand.uscourts.gov>                                                Tue, Dec 13, 2022 at 5:08 PM
To: "sabrina@civilrightsca.com" <sabrina@civilrightsca.com>
Cc: "larry@civilrightsca.com" <larry@civilrightsca.com>

Evening,

I have received your order.  The amount for the <u>3-Day delivery</u> .pdf Original transcript in the above-mentioned case is 13 pages @ $5.45/pg = **<span style="color:red">$70.85.</span>**

Please have the check made <span style="color:red">payable to</span> **MK Litigation Solutions, Inc**  and <span style="color:red">mailed</span> to **Marla F. Knox, Official Reporter, U.S. District Court, 450 Golden Gate Avenue - 16th Floor, San Francisco, CA  94102.**

**<span style="color:blue">NOTE:  The time for delivery of the transcript begins upon receipt of the check - sending a check image and/or tracking information will secure transcript production & delivery.</span>**

Attached is a signed W-9 form.


Marla F. Knox, RPR, CRR, RMR
United States Official Court Reporter
<span style="color:blue">450 Golden Gate Avenue - 16th Floor</span>
San Francisco, California  <span style="color:blue">94102</span>



📄 **MK LIT W-9 (Jan 2022).pdf**
345K

**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 SAN ANSELMO AVE.
SAN ANSELMO, CA 94960-2664
(415) 453-4740

11-4288/1210 1838

Date 12-14-22

Pay To The
Order of ___ Mk Litigation Solutions, Inc. ___ $ 70.85

Seventy and 85/100 _____ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
California
wellsfargo.com

For Diaz v. Tesla - Dec. 7 transcript

**United States District Court**
**Northern District of California**

Date: 01/07/2023
Invoice Number: 202301304

To:

**Mr. Lawrence A. Organ**
**California Civil Rights Law Group**
332 San Anselmo Avenue
San Anselmo, California, 94960
**Phone:** (415) 453-4740
**Email:** larry@civilrightsca.com
**Assistant's Name:** Sabrina Grislis
**Assistant's Email:** sabrina@civilrightsca.com
**Assistant's Phone:** (510) 688-0970

Make Checks Payable To:

**MK Litigation Solutions, Inc./ Marla Knox**
**Official US Court Reporter**
EIN / Tax ID: 82-4851936
450 Golden Gate Avenue-16th Floor
San Francisco, CA 94102
**Phone:** (602) 391-6990
**Email:** marla_knox@cand.uscourts.gov

Case Details:

**Case Number:** CV-17-06748
**Case Title:** Di-az vs. Tesla
**Case Description:**
**Criminal or Civil:** Civ l

**Proceeding Date:** Dec 07, 2022
**Courthouse:** San Francisco
**Judge Hearing Case:** William H. Orrick

Transcripts:

**Date Ordered:** Jan 05, 2023
**Date Delivered:** Jan 07, 2023

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 14-Day Original | 14 | $4.25 | $59.50 |

**Total:** $59.50
**Amount of Deposit:** $70.85

**Amount Due:** $-11.35

*/s/ MK Litigation Solutions, Inc./ Marla Knox*

Exhibit

C



**AD HOC
REPORTING**

2220 Otay Lakes Road
Suite 502-85
Chula Vista, CA 91915

**(619) 236-9325**

AdHocReporting
@aol.com

## INVOICE

DATE:            January 19, 2023        INVOICE NO.: 23-26066

TO:              LARRY ORGAN
                 California Civil Rights Group
                 332 San Anselmo Avenue
                 San Anselmo, CA 94960

CASE NO:         17-cv-06748-WHO

CASE NAME:       Diaz v. Tesla, Inc.

DATE(S) OF       1/17/2023 - Judge Orrick
PROCEEDINGS:     (Transcript of Zoom CMC)


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


|  | Pages | Cost/Page | Total Due |
|---|---|---|---|
| **3-Day Delivery of PDF:** | | | |
| 1/17/2023 | 16 | 5.45 | 87.20 |

Total Due   **$   87.20**


**I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States.**

Peggy Schuerger
*Ad Hoc Reporting*
Approved Transcription Provider
for the U.S. District Court,
Northern District of California


**OUR TAX ID NUMBER IS:** ███████████

# Exhibit

# **D**



Sabrina Grislis <sabrina@civilrightsca.com>

## Diaz v Tesla Trial

**Marla Knox** <Marla_Knox@cand.uscourts.gov>                                                     Wed, Mar 22, 2023 at 8:54 AM
To: Sabrina Grislis <sabrina@civilrightsca.com>
Cc: "larry@civilrightsca.com" <larry@civilrightsca.com>

Morning,

I am the Official Court Reporter for the above-mentioned trial.   I have outlined details for the required deposit to receive daily transcripts of the trial as well as 4 real-time feeds.

The estimated pages for **5** trial days is **650** pages at **$3.62** per page (this includes a pdf at a Daily rate, which means you will get the transcript prior to the start of the next trial day) PLUS an ASCii and Condensed transcripts at **$1.20** and **$.90** per page and 2 real-time in-court hookups and **2** remote real-time feeds at **$2.10** per page (**TOTAL $14.12/pp**) = **$9,178.00 TOTAL.**

Please have a check made payable to **MK Litigation Solutions, Inc.**  You can bring it to the courtroom if that's convenient prior to trial or send proof payment (check image and/or tracking number).  Otherwise, please mail it to:  Marla Knox, Official Court Reporter, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102.

Attached is my W9 for your convenience.

Also, once trial has concluded, a final invoice will be generated.  If there is any balance owing, it will be due within 48 hours.  If there is a refund due, it will be sent within 48 hours.

Thank you!


Marla F. Knox, RPR, CRR, RMR
United States Official Court Reporter
450 Golden Gate Avenue - 16th Floor
San Francisco, California  94102



**From:** Sabrina Grislis <sabrina@civilrightsca.com>
**Sent:** Tuesday, March 21, 2023 6:07 PM
[Quoted text hidden]

[Quoted text hidden]



**MK LIT W9 (Jan 2023).pdf**
383K

**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 SAN ANSELMO AVE.
SAN ANSELMO, CA  94960-2664
(415) 453-4740

11-4288/1210 7689

Date 3-23-23

Pay To The
Order of _____ MK Litigation Solutions Inc. _____ | $ 9178.00

Nine thousand One hundred seventy eight & no/00 Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
California
wellsfargo.com

Security
Features
Details on
Back.

For _____ Diaz- Plaintiffs Court Reptr Services _____

MP

Exhibit

E

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| **INVOICE** | NUMBER<br>202301377 |
|---|---|

TO:  Mr. Lawrence A. Organ
California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, California, 94960

PHONE: (415) 453-4740
FAX:

MAKE CHECK PAYABLE TO:
MK Litigation Solutions, Inc./ Marla Knox
450 Golden Gate Avenue-16th Floor
San Francisco, CA  94102

PHONE: (602) 391-6990

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>02/27/2023 | DATE DELIVERED<br>03/27/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
17-06748, Diaz v Tesla

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 1150 | 3.62 | ,163.00 | 1144 | 1.20 | ,372.80 | 1144 | 0.90 | ,029.60 | 6,565.40 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 1123 | 8.40 | ,433.20 | | | 0.00 | | | | 9,433.20 |

| For proceedings on (Date): | 03/27/2023 | **TOTAL** | 15,998.60 |
|---|---|---|---|

| 3/27 - 1-253 (252)<br>3/28 - 254-481 (225)<br>3/29 - 482-697 (215)<br>3/30 - 698-900 (197)<br>3/31 - 901-1136 (234) | TOTAL PAGES: 1150<br>TOTAL REALTIME: 1123 (4 feeds)<br>Master Index = 6 pages | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | 9,178.00 |
| | | **AMOUNT DUE (OR REFUND)** | 6,820.60 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>MK Litigation Solutions, Inc./ Marla Knox | DATE<br>04/07/2023 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| Print | Save As... | Reset |
|---|---|---|

# Exhibit

# F

**Bridget Mattos and Associates**
48 Los Pinos Spur
Nicasio, CA  94946
4157102501
Accounting@BMAreporting.com
www.bmareporting.com



# Invoice  900254

**BRIDGET MATTOS & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

**BILL TO**

CALIFORNIA CIVIL RIGHTS LAW
GROUP
332 San Anselmo Ave.
San Anselmo CA 94960

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 03/19/2023 | **$175.00** | 04/03/2023 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Video Syncing - Michael Wheeler 6/12/19 Diaz vs Tesla | | | |
| **Video (Sync)** Video Sync (per hour) | 1 | 175.00 | 175.00 |

20% APR interest late fees apply after due date.

Per Code Section CCP 2025.510 (h) (2) you are required to pay this invoice.

| TOTAL DUE | **$175.00** |
|---|---|

THANK YOU.

# Exhibit

# G



Sabrina Grislis <sabrina@civilrightsca.com>

**FedEx Office® Print On Demand—Order Confirmation (Order 2010598008111568)**
1 message

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com>                                Mon, Mar 20, 2023 at 5:51 PM
Reply-To: no-reply.ecommerce@fedex.com
To: Sabrina Grislis <sabrina@civilrightsca.com>



## This is an automated response. Please do not reply to this email. ##

Dear Sabrina Grislis,

Thank you for choosing FedEx Office. This email confirms that we have received your order. Please retain this email for your records.

If you need to cancel this order, please contact us at **1.800.GoFedEx** 1 800.463 3339 as soon as possible. For your reference, your order number is 2010598008111568. Please note that most jobs go into production within 15 minutes of receipt. Orders cancelled after going into production may be subject to a charge.

If you have any other questions concerning your order, please contact the FedEx Office store that will be producing your order at 777 Grand Ave Ste 105 San Rafael CA 94901 US

ORDER -- SUMMARY DETAILS

Order Number: 2010598008111568

Order Price

Subtotal: $774.00

Tax: $71.60

Total: $845 60

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number:

FedEx Office Store Producing Order: 777 Grand Ave Ste 105 San Rafael CA 94901 US

Phone: 415.453 5494

Email: usa5143@fedex com

Order Completion Date: Mar 21, 2023 at 3 00 PM

Documents: 2 and 133 demonstrative (1) 39 demonstrative (1) 76 demonstrative (1) 242 demonstrative (1) 272 demonstrative (1) 274 demonstrative (1)

Recipient: Grislis, Sabrina

Shipping Address: NA

To be picked up at FedEx Office store (see above)

Price: $774 00
Tax: $71.60

Thank you. We look forward to the opportunity to work with you again.

✉ This email has been sent to: sabrina@civilrightsca.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

# Exhibit

# H

# Evan-Allen Services

*"We Serve With A Smile"*

# INVOICE

**Evan-Allen Services**
4425 Treat Blvd., #149, Concord, CA 94521
{Phone}925-525-9062  [Fax] 925-887-6688
[e-mail] Rob@EAserves.com

DATE: MARCH 15, 2023
INVOICE # 8567

TO   California Civil Rights Law Group
332 San Anselmo Avenue
San Anselmo, CA 94960
Tel: (415) 453-4740

**PAGE 1 of 2**

| REPRESENTATIVE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Rob Goodstein | SOP: Subpoena with Notice (x3) | Net 30 | 4/14/2023 |

| QTY | DESCRIPTION | NOTES | LINE TOTAL |
|---|---|---|---|
| 1 | Service on Michael Wheeler | Skip -good and only address | $77.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Service on Wayne Jackson | Skip -good and only address | $77.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | Service on Ed Romero | Cancelled 2/21/2023- Attempt | $82.00 |
|  | Located at: ▮▮▮▮▮▮▮▮ |  |  |
| 1 | **Advanced fees(x2)**/ Check Fees $5 per(x3) | $68.84/ $5 | $73.84 |
|  | Wheeler - $89.78 / **Jackson - $68.84**/ Romero - $114.67(Cancelled) |  |  |
| 1 | Stake Out on Wayne Jackson 3/1/23 from 5:14pm – 7:17pm (NO LUCK) | **$75 an hour** | $150.00 |
| 1 | 2nd Round of attempts on both Jackson and Wheeler | $77/$77 | $154.00 |
| 1 | **Jackson** service at: ▮▮▮▮▮▮▮▮ ▮▮▮▮ | SERVED 3/2/23 | $77.00 |
| 1 | **Wheeler** works at ▮▮▮▮▮▮▮▮ ▮▮▮▮ | Wouldn't come out | $77.00 |
| 1 | Stake Out 1 on Wheeler 3/7 from 7:10-9:15am at home | $75 an hour | $150.00 |
| 1 | Stake Out 2 on Wheeler 3/9 from 5:25- 7:30pm at home | $75 an hour | $150.00 |
| 1 | Stake Out 3 on Wheeler 3/13 from 1:25- 3:30pm at home | $75 an hour | $150.00 |
|  |  |  |  |
|  |  |  |  |

| | | |
|---|---|---|
| Case Name- Owen Diaz v. Tesla, Inc. dba Tesla Motors, Inc., et al.<br>Case # 3:17-CV-06748-WHO<br>District Court. | **SUBTOTAL** | $1217.84 |
| | **SALES TAX** | |
| | **TOTAL** | $1217.84 |

## PAGE 2 of 2

## Make all checks payable to Evan-Allen Services
### Thank you for your business!

# Exhibit I

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>California Civil Rights Law Group<br>Lawrence A. Organ, Esq. (SBN: 175503)<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>  TELEPHONE NO.: (415) 453-4740      FAX NO.:<br>  E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):*  Plaintiff | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Francisco<br>  STREET ADDRESS:  450 Golden Gate Ave<br>  MAILING ADDRESS:<br>CITY AND ZIP CODE:  San Francisco, 94102<br>  BRANCH NAME:  United States District Court / Northern District of CA | |
|---|---|

PETITIONER / PLAINTIFF   Owen Diaz

RESPONDENT / DEFENDANT:   Tesla, Inc. dba Tesla Motors, Inc., et al.

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint)*

1.  I am over 18 years of age and **not a party to this action.**
2.  I served the following **documents** *(specify):*

Subpoena to Appear and Testify at Hearing or Trial in a Civil Action, Cover Letter, Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Trial Subpoena

☐ The documents are listed in *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3.  I personally served the following **persons** at the address, date, and time stated:
    a.  Name:    **Wayne Jackson**
        **Age: 52; Gender: Male; Ethnicity: Asian American; Weight: 210; Height: 6'; Hair: Bald; Eyes: Brown**

        **Witness Fees provided by check for $68.84**

    b.  Address:
    c.  Date:      **Thu, Mar 02 2023**
    d.  Time:      **04:19 PM**
    ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4.  I am
    a.  ☐ not a registered California process server.
    b.  ☐ a registered California process server.
    c.  ☐ an employee or independent contractor of a registered California process server.
    d.  ☐ exempt from registration under Business & Professions Code section 22350(b).

5.  My name, address, telephone number, and, if applicable, county of registration are *(specify):*
    Tim Ault
    Alameda County #924
    Evan-Allen Services
    4425 Treat Blvd., #149
    Concord, CA 94521
    925-525-9062

6.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7.  ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date:  3/3/2023

Tim Ault

_____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use<br>Judicial Council of California<br>POS-020 [New January 1, 2005]                    **PROOF OF PERSONAL SERVICE — CIVIL**                    Code of Civil Procedure, § 1011<br>www.courtinfo.ca.gov                    8414624

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| California Civil Rights Law Group<br>Lawrence A. Organ, Esq. (SBN: 175503)<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>     TELEPHONE NO:   (415) 453-4740      FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Francisco | |
|---|---|
|   STREET ADDRESS:   450 Golden Gate Ave<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:   San Francisco, 94102<br>  BRANCH NAME:   United States District Court / Northern District of CA | |

| PLAINTIFF / PETITIONER:   Owen Diaz<br>DEFENDANT / RESPONDENT:   Tesla, Inc. dba Tesla Motors, Inc., et al. | CASE NUMBER:<br>3:17-CV-06748-WHO |
|---|---|

| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>8414624 |
|---|---|

I received the within assignment for filing and or/service on: and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**   Wayne Jackson,

**Documents:**   Subpoena to Appear and Testify at Hearing or Trial in a Civil Action, Cover Letter, Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Tial Subpoena

**As enumerated below:**

1) Attempt: Feb 18, 2023, 8:21 pm PST at
No answer at the door, furniture inside, dog barking, no mail seen. Vehicle parked in the driveway (License

2) Attempt: Feb 19, 2023, 2:04 pm PST at
No answer at the door, no sounds or activity, same vehicle parked in the driveway.

3) Attempt: Feb 22, 2023, 7:21 pm PST at
No answer at the door, no sounds or activity, same car parked in the driveway.

4) Attempt: Feb 23, 2023, 8:06 am PST at
No answer at the door, no sounds or activity. Tried the neighbor, but there was no answer there either.

5) Attempt: Feb 25, 2023, 11:41 am PST at
No answer at the door, no sounds or activity, car was gone, no mail anywhere visible. I spoke to a neighbor (African American, Female, 60yrs of age, 5'2", 130lbs) who stated that she does not know the people at the subjects' house and also stated that there are "a bunch of guys that live there".
6) Attempt: Feb 27, 2023, 7:31 am PST at                                                    No answer, dogs barking, lights on, 2 autos in driveway. .7) Attempt: Mar 1, 2023, 5:15 am PST at
Performed a stake out from 5:15 - 7:15pm and no one coming or going. Light on in house and no autos in driveway. When knocked on door at 7:15pm the dogs barked but no response/ answer.

8) PERSONAL SERVICE EFFECTUATED: Mar 2, 2023, 4:19 pm PST at                                                    received by Wayne Jackson.
Age: 52; Ethnicity: Asian American; Gender: Male; Weight: 210; Height: 6'; Hair: Bald; Eyes: Brown; Other: Glasses on;
Witness was Personally Served and the Receptionist called him out from the back of office but he wouldn't approach the counter. I put documents on the counter and told him he was served and explained the general nature of the Subpoena and that there was a check attached for him as well. The receptionists name was Surade. Surade called him multiple time and he was uncooperative and the wait time was a little over 20 minutes and i was instructed to stay by my employer if he was there which he was.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 3, 2023

*Tim Ault - Alameda County #924*                                 3/3/2023

Tim Ault - Alameda County #924                                 **Date**

Evan-Allen Services
4425 Treat Blvd., #149
Concord, CA 94521
925-525-9062

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| California Civil Rights Law Group<br>Lawrence A. Organ, Esq. (SBN: 175503)<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>    TELEPHONE NO:  **(415) 453-4740**        FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>    ATTORNEY FOR *(Name)*:  **Plaintiff** | |
| United States District Court / Northern District of CA:<br>    STREET ADDRESS:   **450 Golden Gate Ave**<br>    MAILING ADDRESS:<br>CITY AND ZIP CODE:   **San Francisco, 94102**<br>    BRANCH NAME:   **United States District Court / Northern District of CA** | |
| PLAINTIFF / PETITIONER:  **Owen Diaz**<br>DEFENDANT / RESPONDENT:  **Tesla, Inc. dba Tesla Motors, Inc., et al.** | CASE NUMBER:<br>**3:17-CV-06748-WHO** |
| **DECLARATION OF NON-SERVICE** | Ref. No. or File No.: |

I, Tim Ault, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Michael Wheeler, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Non-Served:** | After due search, careful inquiry and diligent attempts was unable to serve the below listed documents on the above named recipient for the reasons detailed in the comments below. |
| **Documents:** | Subpoena to Appear and Testify at Hearing or Trial in a Civil Action, Cover Letter, Notice of Acknowledgement of Receipt of Trial Subpoena and Agreement to Appear at Time Other Than That Specified in Tial Subpoena |

**Additional Comments:**
1) Attempt: Feb 19, 2023, 10:02 am PST at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

⟩ No answer at the door, dog barking, furniture inside, no mail or cars seen

2) Attempt: Feb 21, 2023, 6:38 pm PST at ▮▮▮▮▮▮▮▮▮▮▮▮

⟩ No answer, no movement, no sound. Mini-Van parked in the driveway (License ▮▮▮▮▮). There was a package on the porch addressed to a Rene Sandoval.

3) Attempt: Feb 23, 2023, 10:00 am PST at ▮▮▮▮▮▮▮▮▮▮▮▮

⟩ No answer at the door, no sounds, no vehicles or activity. The package that was on the porch last attempt is gone.

4) Attempt: Feb 25, 2023, 3:58 pm PST at ▮▮▮▮▮▮▮▮▮▮

⟩ No answer at the door, no activity or movement observed. Toyota (License ▮▮▮▮▮ parked in the driveway, and there was a package on the porch addressed to the subject.

5) Attempt: Feb 27, 2023, 10:07 am PST at ▮▮▮▮▮▮▮▮▮▮

⟩ No answer, no movement, no sound.

6) Attempt: Mar 1, 2023, 7:07 am PST at ▮▮▮▮▮▮▮▮▮▮▮▮

⟩ Someone is in the home but won't come to door, waited 15 minutes until 7:22am and knocked again and no response.

7) Attempt: Mar 2, 2023, 1:34 pm PST at ▮▮▮▮▮▮▮▮▮▮▮▮

⟩ Receptionist confirmed he is on the property and she called him multiple times but he would not come out from wherever he was on the premises. Uncooperative Witness.

8) Attempt: Mar 3, 2023, 4:42 pm PST at ▮▮▮▮▮▮▮▮▮▮

⟩ School closes at 6pm per the receptionist.

Page 1 of 2

**Page 2 of 2**

9) Attempt: Mar 5, 2023, 5:30 pm PST at

› No answer at the door, no sounds or activity observed, but the same Toyota was in the driveway.

10) Attempt: Mar 6, 2023, 1:35 pm PST at

› The receptionist tried again to call and have the subject come out, but he never came out and the receptionist now remembers me.

11) Stake Out: Mar 7, 2023, 9:15 am PST at

› Stake Out performed from 7:10am to 9:15am. The only activity I observed was a Caucasian Female leaving the property, but I did not approach her not wanting to reveal the fact that I was there.

12) Attempt: Mar 8, 2023, 3:22 pm PST at

› Receptionist recognized me as I was approaching; she made several attempts to call and page the subject, but he never came out from wherever he is at.

13) Stake Out: Mar 9, 2023, 7:30 pm PST at

› Stake out performed: arrived at approximately 5:25pm and situated myself where I could see the entire property. There was absolutely zero activity and I left the stake out at 7:30pm.

14) Stake Out: Mar 13, 2023, 3:30 pm PDT at

› Stake out performed from 1:25pm to 3:30pm. I observed no activity the entire time I was there.

15) Closing Comment: Mar 14, 2023, 11:30 am PDT at

› The client requested we close the Service and provide a declaration. Returned not Served, no additional addresses to attempt Service at this time.

03/14/2023

**Tim Ault**                                  **Date**
**Alameda County #924**

**Evan-Allen Services**
**4425 Treat Blvd 149**
**Concord, CA 94521**
**925-525-9062**

**DECLARATION OF NON-SERVICE**                                  8414630