LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:   (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:   (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTIONS; [PROPOSED] ORDER**<br><br>Trial Date: March 27, 2023<br>Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding the schedule and procedures for their anticipated post-trial motions.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 417) that triggered the deadlines for the parties to file various post-trial motions;

**WHEREAS**, each party intends to file one or more motions under Federal Rules of Civil Procedure 50(b) and/or 59;

**WHEREAS**, the parties have met and conferred and agree that judicial economy would be served by agreeing to certain deadlines and procedures for the management of the parties' anticipated post-trial motions, including regarding the page length limitations for such motions and related briefing, and the schedule for the briefing and hearing on the motions.

**NOW THEREFORE**, it is stipulated by and between the parties that:

(1) Any motions that either party files under Federal Rules of Civil Procedure 50(b) or 59 shall be filed as a single, consolidated post-trial motion;

(2) Any such consolidated motions filed by the parties under Federal Rules of Civil Procedure 50(b) or 59 shall be managed according to the following schedule and page limitations:

    a. Each party shall file a single consolidated motions limited to 35 pages by May 9, 2023;

    b. Each party shall file a single consolidated opposition limited to 35 pages by June 7, 2023;

    c. Each party shall file a single consolidated reply limited to 20 pages by June 30, 2023;

    d. Hearing on the parties' motions shall be scheduled for July 19, 2023 at 2:00 PM, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

                                                CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP

DATED: May 4, 2023            By:      /s Cimone A. Nunley

                                                Lawrence A. Organ, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Marqui Hood, Esq.
Michael Rubin, Esq.
Jonathan Rosenthal, Esq.
Dustin L. Collier, Esq.
V. Joshua Socks, Esq.
Elizabeth R. Malay, Esq.
Drew F. Teti, Esq.
Attorneys for Plaintiff
OWEN DIAZ

DATED: May 4, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                         By       /s Daniel C. Posner

                                                Alex Spiro

Daniel C. Posner
Mari Henderson
Asher Griffin
Attorneys for Defendant
TESLA, INC.

# [PROPOSED] ORDER

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1) Any motion filed by each party under Federal Rules of Civil Procedure 50(b) and/or 59 shall be filed as a single, consolidated post-trial motion;

(2) Any such consolidated motions filed by the parties under Federal Rules of Civil Procedure 50(b) and/or 59 shall be managed according to the following schedule and procedures:

    a. Motions limited to 35 pages shall be filed by May 9, 2023;

    b. Opposition briefs limited to 35 pages shall be filed by June 7, 2023;

    c. Reply briefs limited to 20 pages shall be filed by June 30, 2023.

    d. Hearing on the parties' motions shall be scheduled for July 19, 2023 at 2:00 PM, or as soon thereafter as is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2023     _____

                                                                                        Hon. William H. Orrick

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: May 4, 2023                    By:   /s Cimone A. Nunley
                                      Lawrence A. Organ, Esq.
                                      Cimone A. Nunley, Esq.
                                      J. Bernard Alexander, Esq.
                                      Marqui Hood, Esq.
                                      Michael Rubin, Esq.
                                      Jonathan Rosenthal, Esq.
                                      Dustin L. Collier, Esq.
                                      V. Joshua Socks, Esq.
                                      Elizabeth R. Malay, Esq.
                                      Drew F. Teti, Esq.
                                      Attorneys for Plaintiffs
                                      DEMETRIC DI-AZ AND OWEN DIAZ