| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:   (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:   (415) 362-8064 |
| Telephone:   (415)-453-7352 | |
| Facsimile:   (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:   (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:   (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:   (415) 767-0047 |
| | Facsimile:   (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | |
| v. | **JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTIONS; ORDER** |
| TESLA, INC. dba TESLA MOTORS, INC.; | |
| Defendant. | Trial Date: March 27, 2023 |
| | Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding the schedule and procedures for their anticipated post-trial motions.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 417) that triggered the deadlines for the parties to file various post-trial motions;

**WHEREAS**, each party intends to file one or more motions under Federal Rules of Civil Procedure 50(b) and/or 59;

**WHEREAS**, the parties have met and conferred and agree that judicial economy would be served by agreeing to certain deadlines and procedures for the management of the parties' anticipated post-trial motions, including regarding the page length limitations for such motions and related briefing, and the schedule for the briefing and hearing on the motions.

**NOW THEREFORE**, it is stipulated by and between the parties that:

(1) Any motions that either party files under Federal Rules of Civil Procedure 50(b) or 59 shall be filed as a single, consolidated post-trial motion;

(2) Any such consolidated motions filed by the parties under Federal Rules of Civil Procedure 50(b) or 59 shall be managed according to the following schedule and page limitations:

    a. Each party shall file a single consolidated motions limited to 35 pages by May 9, 2023;

    b. Each party shall file a single consolidated opposition limited to 35 pages by June 7, 2023;

    c. Each party shall file a single consolidated reply limited to 20 pages by June 30, 2023;

    d. Hearing on the parties' motions shall be scheduled for July 19, 2023 at 2:00 PM, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | CALIFORNIA CIVIL RIGHTS LAW GROUP |
|  | ALEXANDER MORRISON + FEHR LLP |

DATED:  May 4, 2023            By:       /s Cimone A. Nunley

                                                      Lawrence A. Organ, Esq.
                                                      Cimone A. Nunley, Esq.
                                                      J. Bernard Alexander, Esq.
                                                      Marqui Hood, Esq.
                                                      Michael Rubin, Esq.
                                                      Jonathan Rosenthal, Esq.
                                                      Dustin L. Collier, Esq.
                                                      V. Joshua Socks, Esq.
                                                      Elizabeth R. Malay, Esq.
                                                      Drew F. Teti, Esq.
                                                      Attorneys for Plaintiff
                                                      OWEN DIAZ

DATED: May 4, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By       /s Daniel C. Posner

                                                      Alex Spiro

                                                      Daniel C. Posner
                                                      Mari Henderson
                                                      Asher Griffin
                                                      Attorneys for Defendant
                                                      TESLA, INC.

**ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

(1) Any motion filed by each party under Federal Rules of Civil Procedure 50(b) and/or 59 shall be filed as a single, consolidated post-trial motion;

(2) Any such consolidated motions filed by the parties under Federal Rules of Civil Procedure 50(b) and/or 59 shall be managed according to the following schedule and procedures:

> a. Motions limited to 35 pages shall be filed by May 9, 2023;
>
> b. Opposition briefs limited to 35 pages shall be filed by June 7, 2023;
>
> c. Reply briefs limited to 20 pages shall be filed by June 30, 2023.
>
> d. Hearing on the parties' motions shall be scheduled for July 19, 2023 at 2:00 PM, or as soon thereafter as is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   May 8       , 2023



Hon. William H. Orrick

## **DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: May 4, 2023

By:   /s Cimone A. Nunley
Lawrence A. Organ, Esq.
Cimone A. Nunley, Esq.
J. Bernard Alexander, Esq.
Marqui Hood, Esq.
Michael Rubin, Esq.
Jonathan Rosenthal, Esq.
Dustin L. Collier, Esq.
V. Joshua Socks, Esq.
Elizabeth R. Malay, Esq.
Drew F. Teti, Esq.
Attorneys for Plaintiffs
DEMETRIC DI-AZ AND OWEN DIAZ