LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR MISTRIAL AND MOTION FOR A NEW TRIAL** |

1  Before the Court is Plaintiff's Renewed Motion for Mistrial and Motion for New Trial.
2  The Court has considered the motion, the papers filed in support of and in opposition thereto, and
3  oral argument by the parties. The Court concludes that the motion should be GRANTED
4  pursuant to Federal Rule of Civil Procedure 59. Plaintiff is entitled to a mistrial and a new
5  damages trial due to Tesla's counsel's misconduct and is also entitled to a new damages trial due
6  to the jury's legally inadequate compensatory and punitive damages awards.
7  The Court grants Plaintiff a renewed choice between a new damages trial and the
8  remittitur previously determined by the Court after the first trial: $1.5 million in compensatory
9  damages and $13.5 million in punitive damages. Plaintiff shall file a notice on the docket within
10  30 days stating whether he accepts or rejects the remittitur.
11  IT IS SO ORDERED.

13  DATED: _____  

_____
William Orrick III
United States District Court Judge