QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART &SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc..*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **[PROPOSED] AMENDED JUDGMENT** |
| vs. | |
| TESLA, INC. DBA TESLA MOTORS, INC., | |
| Defendant. | |

On September 27, 2021, this matter came on for jury trial before the Hon. William H. Orrick. After a six-day jury trial, on October 4, 2021, the jury rendered a unanimous verdict in favor of plaintiff Owen Diaz and against defendant Tesla, Inc. and awarded Mr. Diaz Six Million, Nine Hundred Thousand dollars ($6,900,000) in compensatory damages and One Hundred Thirty Million dollars ($130,000,000) in punitive damages, for a total amount of One Hundred Thirty-Six Million, Nine Hundred Thousand dollars ($136,900,000) in damages.  [Dkt. No. 301].  The Court entered judgment in accordance with the jury's verdict.  [Dkt. No. 307].

On November 16, 2021, Defendant Tesla, Inc. moved for judgment as a matter of law, moved in the alternative for a new trial as to liability, and moved in the further alternative for remittitur or new trial as to damages. [Dkt. No. 317].

On April 12, 2022, the Court denied Tesla's motion for new trial as to damages conditioned on Mr. Diaz accepting a remittitur to One Million, Five Hundred Thousand dollars ($1,500,000) in compensatory damages and Thirteen Million, Five Hundred Thousand dollars ($13,500,000) in punitive damages, for a total amount of Fifteen Million dollars ($15,000,000). [Dkt. No. 328].

On June 21, 2022, Mr. Diaz rejected the remittitur.  [Dkt. No. 347].

On June 27, 2022, the Court accordingly granted Tesla a new trial on damages. [Dkt. No. 348].

On March 27, 2023, this matter came on for jury trial on damages before the Hon. William H. Orrick.  The action was tried for five days from March 27, 2023 to March 31, 2023.  On April 3, 2023, the jury rendered a unanimous verdict.  [Dkt. No. 463].

The jury awarded Mr. Diaz past non-economic damages of One Hundred Thousand dollars ($100,000), future non-economic damages of Seventy-Five Thousand dollars ($75,000), and punitive damages of Three Million dollars ($3,000,000), for a total amount of Three Million One Hundred Seventy-Five Thousand dollars ($3,175,000).

The punitive damages award exceeds the maximum permitted by law.  It is reduced to One Million Five Hundred Seventy-Five Thousand dollars ($1,575,000).  The amended total damages award is One Million Seven Hundred Fifty Thousand dollars ($1,750,000).

Judgment is hereby entered in accordance with the jury's verdict of October 4, 2021 as to liability, and the jury's verdict of April 3, 2023 as to damages, as amended.

The Court retains jurisdiction to determine the additional amounts that Tesla shall be required to pay to Mr. Diaz as reasonable statutory attorneys' fees and costs.

Post-judgment interest at the rate provided by law shall accrue on the award of damages commencing from April 11, 2023, the date of entry of the original Judgment and shall accrue on the award of fees, expenses, and costs, commencing from the date such amounts are awarded.

**IT IS SO ORDERED.**

Dated: _____

William H. Orrick
United States District Judge