QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF MARI HENDERSON IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR MISTRIAL AND MOTION FOR NEW TRIAL**<br><br>Hearing Date: July 19, 2023<br>Time: 2 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Case No. 3:17-cv-06748-WHO

HENDERSON DECLARATION IN SUPPORT OF TESLA'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR MISTRIAL & MOTION FOR NEW TRIAL

# DECLARATION OF MARI HENDERSON

I, Mari Henderson, hereby declare:

1. I am a member of the State Bar of California and of this Court and am counsel for Defendant Tesla, Inc. ("Tesla") in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. I make this declaration in support of Tesla's Opposition to Plaintiff's Renewed Motion for Mistrial and Motion for New Trial.

3. On March 7, 2023, I participated in a telephone interview with Tesla employee Hilda Navarro regarding her interactions with Plaintiff Owen Diaz during the time when they worked together at the Fremont factory. The interview lasted about an hour and I was joined by a Tesla paralegal. The following is an accurate summary of relevant portions of the interview based on my contemporaneous notes. Ms. Navarro stated that in October 2015, she attempted to use the elevator Mr. Diaz operated when he was not present and she could not find him. When Mr. Diaz saw her using the elevator without him, he became upset, appeared angry, and yelled at her for not waiting for him to use the elevator. Mr. Diaz then accused Ms. Navarro of having another male employee in the recycling department cover for her whenever she made a mistake and implied the two of them were engaged in an intimate relationship. This accusation was not true. During the heated exchange with Mr. Diaz, Ms. Navarro started to cry. She understood Mr. Diaz's accusation but felt unable to respond or explain herself because she was frightened. As a result, Mr. Diaz then made a disparaging comment about Ms. Navarro's race/nationality and her limited English language abilities, claiming she was unable to understand because she was a "Mexican." Ms. Navarro reported this statement by Mr. Diaz made her feel as though he was being racist towards her.

4. Before the March 2023 trial, I participated in multiple zoom or telephone interviews with former Tesla employee Joyce DelaGrande. At each interview I was joined by one or more attorneys or paralegals from my law firm and Tesla. The following is an accurate summary of the relevant portions of the interviews based on my contemporaneous notes. I asked Ms. DelaGrande about her interactions with Mr. Diaz and she reported about remarks by Mr. Diaz that she believed were inappropriate. Ms. DelaGrande stated that she kept photographs of her family on her desk at Tesla, including photographs with her husband, who is African American. Upon seeing these photographs, Mr. Diaz remarked that Ms. DelaGrande is married to a Black man, commenting, "you date Black guys? We should hang out sometime." Ms. DelaGrande reported that she responded, "no, I date J.J.," her husband. On another occasion, Ms. DelaGrande encountered Mr. Diaz at a gas station where he asked her, "are you sure you don't want to go out sometime?" She reported that she felt Mr. Diaz's advances and flirtations were inappropriate.

5. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Owen Diaz's opening demonstratives, as his counsel provided to us on March 22, 2023.

6. Periodically during the trial, I observed an image of Martin Luther King, Jr. being displayed on monitors in the courtroom apparently as the background image on the computer that Mr. Diaz's attorney team used to display the exhibits and other demonstratives that it showed to the jury.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June 2023 in Los Angeles, California.

*/s/ Mari Henderson*
Mari Henderson