# EXHIBIT A

# Owen Diaz v Tesla, Inc.

J. Bernard Alexander, III

Cimone A. Nunley
Lawrence A. Organ
Sabrina Grislis

Dustin L. Collier







# It has been conclusively determined that . . .

1.  **Plaintiff Owen Diaz was employed by Tesla, Inc.;**

2.  **Mr. Diaz was subjected to a racially hostile work environment while employed by Tesla;**

3.  **Tesla has failed to take all reasonable steps to prevent harassment based on race causing harm to Owen Diaz;**

4.  **Tesla's conduct is malicious, oppressive or in reckless disregard of Owen Diaz's rights;**

5.  **Mr. Diaz is entitled to compensatory damages.**

6.  **Tesla is liable to Owen Diaz for punitive damages.**

10



# Anti Harassment Policy



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EX 029**

CASE NO. 17cv06748WHO
DATE ENTERED
BY
DEPUTY CLERK

## Anti-Harassment/Discrimination

The diversity of our employees is a tremendous asset and Tesla is firmly committed to providing a workplace that is free of unlawful discrimination and harassment. Tesla prohibits any verbal, physical, or visual harassment of an employee because of that person's race, color, religion, creed, sex, age, sexual orientation, gender identity or expression, genetic information, national origin, physical or mental disability, medical condition, pregnancy, past or present membership in the uniformed service, application for employment in the uniformed service, Vietnam-era-veteran status, marital status, or any other characteristic protected by federal, state, or local law. Tesla does not consider such conduct to be within the course and scope of employment, and we do not sanction such conduct on the part of any employee, including supervisors or those in management positions.

 Sexual harassment refers to a particular form of prohibited conduct. Everyone must be able to work in an environment free from unsolicited and unwelcome sexual overtures. Sexual harassment does not refer to occasional compliments or other generally acceptable social behavior. Rather, sexual harassment refers to behavior that is unwelcomed, offensive, undermines or weakens morale, and interferes with the work environment. You do not need to be the subject of the conduct to consider the workplace hostile; rather, it is sufficient for you to have personally witnessed such offensive conduct.

Following are examples of prohibited conduct:

## Sexual Harassment

- Offensive sexually oriented verbal "kidding," jokes, derogatory sexual comments, or abuse;
- Unwelcomed expressions of a sexual nature, including comments about a person's body, dress, clothes, or sexual activities;
- Pressure for sexual activity;
- Offensive physical contact such as touching, patting, punching, and repeated brushing against another person's body;
- Sexually suggestive objects, pictures, recordings, or computer communications, including pornography and sexually suggestive cartoons; and

CONFIDENTIAL

TESLA-0000217
**EX 029-001**

TESLA-0000218
**EX 029-002**

TESLA-0000219
**EX 029-003**







Chartwell     nextSource     Citistaff     Other Contractor







# Tesla Was Responsible for Racism to Owen











# Anti-Handbook Handbook





# Anti-Handbook Handbook

3

# Anti-Handbook Handbook

# Anti Harassment Policy



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EX 029**

CASE NO. 17cv06748WHO

DATE ENTERED _____

BY _____

DEPUTY CLERK

## Anti-Harassment/Discrimination

The diversity of our employees is a tremendous asset and Tesla is firmly committed to providing a workplace that is free of unlawful discrimination and harassment. Tesla prohibits any verbal, physical, or visual harassment of an employee because of that person's race, color, religion, creed, sex, age, sexual orientation, gender identity or expression, genetic information, national origin, physical or mental disability, medical condition, pregnancy, past or present membership in the uniformed service, application for employment in the uniformed service, Vietnam-era-veteran status, marital status, or any other characteristic protected by federal, state, or local law. Tesla does not consider such conduct to be within the course and scope of employment, and we do not sanction such conduct on the part of any employee, including supervisors or those in management positions.

Sexual harassment refers to a particular form of prohibited conduct. Everyone must be able to work in an environment free from unsolicited and unwelcome sexual overtures. Sexual harassment does not refer to occasional compliments or other generally acceptable social behavior. Rather, sexual harassment refers to behavior that is unwelcomed, offensive, undermines or weakens morale, and interferes with the work environment. You do not need to be the subject of the conduct to consider the workplace hostile; rather, it is sufficient for you to have personally witnessed such offensive conduct.

Following are examples of prohibited conduct:

## Sexual Harassment

- Offensive sexually oriented verbal "kidding," jokes, derogatory sexual comments, or abuse;
- Unwelcomed expressions of a sexual nature, including comments about a person's body, dress, clothes, or sexual activities;
- Pressure for sexual activity;
- Offensive physical contact such as touching, patting, punching, and repeated brushing against another person's body;
- Sexually suggestive objects, pictures, recordings, or computer communications, including pornography and sexually suggestive cartoons; and

CONFIDENTIAL

TESLA-0000217
**EX 029-001**

TESLA-0000218
**EX 029-002**

TESLA-0000219
**EX 029-003**

5

# Anti Harassment Policy



Tesla prohibits any verbal, physical, or visual harassment … because of that person's race

[I]mmediately report … so that your concern can be investigated promptly and addressed appropriately. Corrective action will be taken where warranted.

6

# Anti Harassment Policy



Verbal abuse based on a person's protected-class

Visual conduct such as derogatory cartoons, drawings

[I]mmediately report … so that your concern can be investigated promptly and addressed appropriately. Corrective action will be taken where warranted.

7

# Patchwork Policy of Discrimination





called n-word 60+ times

"go back to Africa"

"porch monkey"

"mayate"

"you n---rs are lazy"

"I hate you f---ing n---rs"

"n---r, hurry up and push the button"

"I wish I could get all you n---rs fired"

"boy"

"n---rs aren't shit"

n-word "all over the factory"

racist graffiti in bathrooms

sees son called n-word by supervisor

verbal complaints ignored

**TESLA**

## People in the factory:

     

| Demetric Di-az | Tom Kawasaki | Wayne Jackson | Ramon Martinez | Ed Romero | Michael Wheeler |



# "N----r!"



Porch Monkey

"Boy"

I hate you N----r

N----rs aren't shit

I wish I could get all you N----rs fired

I hate you F---king N----rs

Go back to Africa

Mayate

You N----rs are lazy

N----r, hurry up and push the button

Training:    















