UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., et al.,<br><br>　　　　　Defendants. | Case No.  3:17-cv-06748-WHO<br><br>**ORDER REQUIRING RESPONSE FROM DEFENDANTS**<br><br>Re: Dkt. No. 485 |

Plaintiff Owen Diaz filed a notice indicating that his counsel recently learned of certain documents that were improperly withheld by defense counsel when those documents were filed in a separate state court proceeding against Tesla. [Dkt. No. 485]. Diaz argues that those documents are material to my evaluation of the fairness of the trial and to the merits of his motion, but that he is unable to submit them to me because they were filed in the state court under a protective order and are marked as confidential.

Defendant Tesla is ORDERED to respond to Diaz's notice within seven days of the date of this Order. Tesla may respond by submitting the requested documents for in-camera review and filing a notice of lodging on the docket and any opposition to Diaz's notice, limited to five pages. That is my preference. Alternatively, Tesla may file a response of no more than five pages that responds to Diaz's notice and addresses why these documents cannot or should not be submitted for an in-camera review.

**IT IS SO ORDERED.**

Dated: August 8, 2023



William H. Orrick
United States District Judge