| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   Alex Spiro (appearance *pro hac vice*) |
| 2 |   alexspiro@quinnemanuel.com |
|   | 51 Madison Ave., 22nd Floor |
| 3 | New York, NY 10010 |
|   | Telephone: (212) 849-7000 |
| 4 | |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 |   Daniel C. Posner (CA Bar No. 232009) |
|   |   danposner@quinnemanuel.com |
| 6 |   Mari F. Henderson (CA Bar No. 307693) |
|   |   marihenderson@quinnemanuel.com |
| 7 | 865 S. Figueroa St., 10th Floor |
|   | Los Angeles, California 90017 |
| 8 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 9 | |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 |   Asher Griffin (appearance *pro hac vice*) |
|   |   ashergriffin@quinnemanuel.com |
| 11 | 300 W. 6th St., Suite 2010 |
|   | Austin, TX 78701 |
| 12 | Telephone: (737) 667-6100 |
| 13 | *Attorneys for Defendant Tesla, Inc.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO FILE *VAUGHN* DOCUMENTS AND TESLA'S RESPONSE TO PLAINTIFF'S NOTICE OF NEW EVIDENCE UNDER SEAL** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| Defendant. | Judge: Hon. William H. Orrick |
| | *[Filed concurrently with Defendant's Response to Plaintiff's Notice of New Evidence, Declaration of Jessica Quon-Vaili, and Proposed Order]* |

Case No. 3:17-cv-06748-WHO
DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5 of the Northern District of California, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), submits this Administrative Motion to File Under Seal and respectfully requests that the Court issue an Order certain portions of Defendant's Response to Plaintiff's Notice of New Evidence ("Defendant's Response") and Exhibits A-E to the Declaration of Daniel C. Posner ("Posner Decl.") in Support of Defendant's Response.  This motion is based on the below memorandum of points and authorities.  Tesla identifies the following documents and portions of documents it proposes be sealed:

| Document | Portion to be Sealed | Designating Party |
|---|---|---|
| Defendant's Response to Plaintiff's Notice of New Evidence | The following page and line numbers:<br><br>1:6-7; 1:10-13; 1:18-19; 2:4-8; 3:15; 3:18-4:12; 4:16-19; 4:27-5:1. | Tesla |
| Posner Decl. Ex. A - TSLA(VGN)26869 | All | Tesla |
| Posner Decl. Ex. B - TSLA(VGN)27092 | All | Tesla |
| Posner Decl. Ex. C - TSLA(VGN)27095 | All | Tesla |
| Posner Decl. Ex. D - TSLA(VGN)26870 | All | Tesla |
| Posner Decl. Ex. E - TSLA(VGN)27094 | All | Tesla |

## TESLA'S DOCUMENTS SHOULD BE SEALED

The Exhibits identified above ("*Vaughn* Documents") were previously designated as "CONFIDENTIAL" pursuant to the stipulated Protective Order in the California-state court matter of *Vaughn et al. v. Tesla, Inc.*, Alameda Superior Court No. RG17882082 ("*Vaughn*").  (Dkt. 485-1 ("Nunley Decl."), ¶ 4, Ex. 1.)  The Protective Order prohibits use of the *Vaughn* Documents for "any purpose" beyond litigation in the *Vaughn* matter.  (Protective Order, at § IV(a).)  Under the terms of the Protective Order, a document designated as "CONFIDENTIAL," such as the *Vaughn*

Documents, shall maintain its designation unless it "is voluntarily withdrawn by the Producing or Designating party" or the Alameda Superior Court "issues an order modifying or removing such designation." (*Id.* at § III B.)

Pursuant to the Court's order (Dkt. 486), Tesla is filing unredacted copies of the *Vaughn* Documents and an accompanying Response to Plaintiff's Notice of New Evidence which discusses and describes the contents of the *Vaughn* Documents. Tesla is disclosing the *Vaughn* Documents to the Court for the narrow purpose of responding to Plaintiff's Notice and complying with the Court's Order. Tesla has not voluntarily withdrawn the designation of the *Vaughn* Documents and there is no order from the Alameda Superior Court removing their designation. Accordingly, the *Vaughn* Documents and the portions of Tesla's Response to Plaintiff's Notice that reference or describe them expressly or by implication should remain confidential and under seal under the governing Protective Order.[1]

While the *Vaughn* Documents should remain sealed under the Protective Order alone, additional good cause exists to file them under seal as they are independently qualified to be protected from being filed in the public record because they contain private information of third parties that is protected from public disclosure by the California Constitution, *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (reasoning sensitive and private information of third parties to a litigation ordinarily should be sealed to protect the non-party from improper disclosure); *see also* Cal. Const. Art. I, sec. 1, as well as sensitive employer investigation information, *Genetech, Inc. v. JHL Biotech, Inc.*, 2019 WL 1045911 (N.D. Cal. Mar. 5, 2019) (sealing documents regarding an internal investigation dealing with employee misconduct and

---

[1] Out of an abundance of caution and to avoid an inadvertent disclosure of information considered confidential in *Vaughn*, Tesla seeks to seal portions of the Response that, while discussing other public matters, may effectively reveal the contents of the *Vaughn* Documents by implication or comparison.

reasoning that such documents and information would reveal to the public the company's procedures and tools when conducting sensitive and internal investigations).

## CONCLUSION

For the reasons set forth above, Tesla respectfully requests that the Court grant Tesla's motion and enter an Order sealing the documents identified above.

DATED: August 15, 2023

By: /s/ Daniel C. Posner
Daniel C. Posner
Mari Henderson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*