QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>  Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF DANIEL C. POSNER IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF NEW EVIDENCE**<br><br>Judge:  Hon. William H. Orrick |

# DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the firm of Quinn, Emanuel, Urquhart, & Sullivan, counsel for Defendant Tesla, Inc. ("Tesla") in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. I make this declaration in support of Tesla's Response to Plaintiff's Notice of New Evidence.

3. Attached hereto as **Exhibit A** is a true and correct unredacted copy of a document produced as TSLA(VGN)26869 in the matter of *Vaughn v. Tesla, Inc.*

4. Attached hereto as **Exhibit B** is a true and correct unredacted copy of a document produced as TSLA(VGN)27092 in the matter of *Vaughn v. Tesla, Inc.*

5. Attached hereto as **Exhibit C** is a true and correct unredacted copy of a document produced as TSLA(VGN)27095 in the matter of *Vaughn v. Tesla, Inc.*

6. Attached hereto as **Exhibit D** is a true and correct unredacted copy of a document produced as TSLA(VGN)26870 in the matter of *Vaughn v. Tesla, Inc.*

7. Attached hereto as **Exhibit E** is a true and correct unredacted copy of a document produced as TSLA(VGN)27094 in the matter of *Vaughn v. Tesla, Inc.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2023 in Los Angeles, California.

*/s/ Daniel C. Posner*
Daniel C. Posner