1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (appearance *pro hac vice*)
2    alexspiro@quinnemanuel.com
   51 Madison Ave., 22nd Floor
3  New York, NY 10010
   Telephone: (212) 849-7000
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    Daniel C. Posner (CA Bar No. 232009)
     danposner@quinnemanuel.com
6    Mari F. Henderson (CA Bar No. 307693)
     marihenderson@quinnemanuel.com
7  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
8  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
9
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
10   Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
11 300 W. 6th St., Suite 2010
   Austin, TX 78701
12 Telephone: (737) 667-6100

13 *Attorneys for Defendant Tesla, Inc.*

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

| 19 | OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
|---|---|---|
| 20 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO FILE *VAUGHN* DOCUMENTS AND TESLA'S RESPONSE TO PLAINTIFF'S NOTICE OF NEW EVIDENCE UNDER SEAL** |
| 21 | v. | |
| 22 | TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| 23 | Defendant. | |
| 24 | | Judge: Hon. William H. Orrick |

25

26

27

28

Case No. 3:17-cv-06748-WHO
[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO SEAL

**PROPOSED ORDER**

Pursuant to Civil Local Rules 7-11 and 79-5 of the Northern District of California, as well as Judge Orrick's Standing Order regarding administrative motions to seal, Defendant Tesla, Inc. dba Tesla Motors, Inc. ("Tesla"), has filed an Administrative Motion to File the *Vaughn* Documents and Tesla's Response to Plaintiff's Notice of New Evidence Under Seal.  Having considered the Administrative Motion, the pleadings on file, and all other relevant materials, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following materials shall be maintained under seal:

| Document | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Defendant's Response to Plaintiff's Notice of New Evidence | The following page and line numbers: 1:6-7; 1:10-13; 1:18-19; 2:4-8; 3:15; 3:18-4:12; 4:16-19; 4:27-5:1. | Discusses, describes, and pertains to Exhibits marked confidential pursuant to *Vaughn v. Tesla* protective order.  Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |
| Posner Decl. Ex. A - TSLA(VGN)26869 | All | Marked confidential pursuant to *Vaughn v. Tesla* protective order. Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |
| Posner Decl. Ex. B - TSLA(VGN)27092 | All | Marked confidential pursuant to *Vaughn v. Tesla* protective order. Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |

| Posner Decl. Ex. C - TSLA(VGN)27095 | All | Marked confidential pursuant to *Vaughn v. Tesla* protective order. Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |
|---|---|---|
| Posner Decl. Ex. D - TSLA(VGN)26870 | All | Marked confidential pursuant to *Vaughn v. Tesla* protective order. Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |
| Posner Decl. Ex. E - TSLA(VGN)27094 | All | Marked confidential pursuant to *Vaughn v. Tesla* protective order. Also reveals internal confidential messages related to employee misconduct and to sensitive investigations regarding the same matters, which could harm Tesla by disclosing its internal tools for conducting investigations. |

**IT IS SO ORDERED.**

DATED: August 15, 2023

By: _____
The Hon. William H. Orrick
U.S. District Court, Northern District of California