| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   Alex Spiro (appearance *pro hac vice*) |
| 2 |   alexspiro@quinnemanuel.com |
|   | 51 Madison Ave., 22nd Floor |
| 3 | New York, NY 10010 |
| 4 | Telephone: (212) 849-7000 |
|   | |
| 5 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   Daniel C. Posner (CA Bar No. 232009) |
| 6 |   danposner@quinnemanuel.com |
| 7 |   Mari F. Henderson (CA Bar No. 307693) |
|   |   marihenderson@quinnemanuel.com |
| 8 | 865 S. Figueroa St., 10th Floor |
|   | Los Angeles, California 90017 |
| 9 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 10 | |
| 11 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 |   Asher Griffin (appearance *pro hac vice*) |
|    |   ashergriffin@quinnemanuel.com |
| 13 | 300 W. 6th St., Suite 2010 |
|    | Austin, TX 78701 |
| 14 | Telephone: (737) 667-6100 |
| 15 | |
|    | *Attorneys for Defendant Tesla, Inc.* |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **DECLARATION OF DANIEL C. POSNER IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF NEW EVIDENCE** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| Defendant. | Judge: Hon. William H. Orrick |

# DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the firm of Quinn, Emanuel, Urquhart, & Sullivan, counsel for Defendant Tesla, Inc. ("Tesla") in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. I make this declaration in support of Tesla's Response to Plaintiff's Notice of New Evidence.

3. Attached hereto as **Exhibit A** is a true and correct unredacted copy of a document produced as TSLA(VGN)26869 in the matter of *Vaughn v. Tesla, Inc.*

4. Attached hereto as **Exhibit B** is a true and correct unredacted copy of a document produced as TSLA(VGN)27092 in the matter of *Vaughn v. Tesla, Inc.*

5. Attached hereto as **Exhibit C** is a true and correct unredacted copy of a document produced as TSLA(VGN)27095 in the matter of *Vaughn v. Tesla, Inc.*

6. Attached hereto as **Exhibit D** is a true and correct unredacted copy of a document produced as TSLA(VGN)26870 in the matter of *Vaughn v. Tesla, Inc.*

7. Attached hereto as **Exhibit E** is a true and correct unredacted copy of a document produced as TSLA(VGN)27094 in the matter of *Vaughn v. Tesla, Inc.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2023 in Los Angeles, California.

*/s/ Daniel C. Posner*
Daniel C. Posner