1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (appearance *pro hac vice*)
2    alexspiro@quinnemanuel.com
3  51 Madison Ave., 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Daniel C. Posner (CA Bar No. 232009)
6    danposner@quinnemanuel.com
     Mari F. Henderson (CA Bar No. 307693)
7    marihenderson@quinnemanuel.com
8  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
9  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
10
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
11   Asher Griffin (appearance *pro hac vice*)
     ashergriffin@quinnemanuel.com
12 300 W. 6th St., Suite 2010
   Austin, TX 78701
13 Telephone: (737) 667-6100

14

15
   *Attorneys for Defendant Tesla, Inc.*
16

17                  **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19                     **SAN FRANCISCO DIVISION**

20

21 | OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
|---|---|
22 | Plaintiff, | **DECLARATION OF** |
23 | | **JESSICA QUON-VAILI** |
   | v. | **IN SUPPORT OF DEFENDANT** |
24 | | **TESLA, INC.'S RESPONSE TO** |
   | TESLA, INC. d/b/a TESLA MOTORS, INC., | **PLAINTIFF'S NOTICE OF NEW** |
25 | | **EVIDENCE** |
   | Defendant. | |
26 | | Judge: Hon. William H. Orrick |
27

28

## DECLARATION OF JESSICA QUON-VAILI

I, Jessica Quon-Vaili, hereby declare:

1. I am a paralegal at Defendant Tesla, Inc. ("Tesla") in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. I make this declaration in support of Tesla's Response to Plaintiff's Notice of New Evidence.

3. I oversaw the process to search for documents in Tesla's custody to produce in response to discovery requests in this matter.

4. None of the recipients on the email chains Mr. Diaz identifies from the *Vaughn* case worked in human resources, were HR partners in Mr. Diaz's, Mr. Patterson's, or Demetric Di-az's departments, or were document custodians in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2023 in Fremont, California.

*/s/ Jessica Quon-Vaili*
Jessica Quon-Vaili