LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**California Civil Rights Law Group**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**Alexander Morrison & Fehr LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**Altshuler Berzon LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
**Collier Law Firm, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:    (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

**MOTION**

Pursuant to Local Rules 7-11 and 79-5(f), Plaintiff Owen Diaz ("Plaintiff") respectfully requests the court consider whether the documents entitled "Plaintiff's Request for Leave to File a Reply Brief in Support of Plaintiff's Renewed Motion for Mistrial and Motion for a New Trial," "Plaintiff's [Proposed] Reply in Support of Notice of New Evidence Re: Plaintiff's Renewed Motion for Mistrial and Motion for a New Trial," and "Declaration of Marqui Hood in Support of Plaintiff's Reply Brief Re: Notice of New Evidence," which are lodged under seal with this Administrative Motion should remain sealed. In Support of this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Plaintiff hereby states as follows:

1. Plaintiff is filing this Administrative Motion pursuant to Local Rules 79-5(f).

2. By filing this Administrative Motion, Plaintiff is seeking to abide by a Protective Order entered by the Honorable Winifred Y. Smith (ret.) in the case *Marcus Vaughn, et al. v. Tesla, Inc.*, Superior Court of the State of California, County of Alameda, case number RG17882082, pursuant to which Defendant Tesla, Inc. has marked as "CONFIDENTIAL" the documents at issue in this case. The *Vaughn v. Tesla, Inc.* Protective Order is attached as Exhibit 1 to the Declaration of Lawrence A. Organ, filed concurrently herewith. Plaintiff seeks to abide by Tesla's designation of the documents at issue as CONFIDENTIAL under the *Vaughn v. Tesla, Inc.* Protective Order by redacting all mentions of the contents of said CONFIDENTIAL documents in his Request for Leave to File Reply Brief In Support of Plaintiff's Renewed Motion for Mistrial and Motion for a New Trial, Plaintiff's [Proposed] Reply In Support of Notice of New Evidence Re: Plaintiff's Renewed Motion for Mistrial and Motion For a New Trial, and the Declaration of Marqui Hood In Support of Plaintiff's Reply Brief Re: Notice of New Evidence.

This Motion is based on the Declaration of Lawrence Organ in support thereof, and the portions of documents to be sealed are laid out below:

| Document | Designating Party | Portion to be Sealed |
|---|---|---|
| Plaintiff's Request for Leave to File a Reply Brief in Support of Plaintiff's Renewed Motion for | Tesla, Inc. | The following page and line numbers:<br><br>2:6; 2:8-9; 2:12; 2:13-15 |

| | | |
|---|---|---|
| Mistrial and Motion for a New Trial. | | |
| Plaintiff's [Proposed] Reply in Support of Notice of New Evidence Re: Plaintiff's Renewed Motion for Mistrial and Motion for a New Trial | Tesla, Inc. | The following page and line numbers:<br><br>2:4-15; 2:21; 2:23; 2:27-28; 3:1-4; 3:7-28; 4:1-7; 4:11-20; 4:23-26; 4:28; 5:1-3; 5:7-9; 5:11; 5:13-18; 5:21-23; 5:27; 6:1-2; 6:6; 6:8-10; 6:12; 6:14-16; 6:18-22; 6:24-25; 6:27-28; 7:1-2; 7:11-13; 7:15-23; 7:26-28; 8:1-2; 8:6; 8:13-15; 8:18-20; 8:22; 8:25-28; 9:1; 9:9-11; 9:15-20; 9:22-28; 10:1-2; 10:13-20. |
| Declaration of Marqui Hood in Support of Plaintiff's Reply Brief Re: Notice of New Evidence | Tesla, Inc. | 2:27; 3:8-14; 3:16-17; 3:21-22; 3:24-28; 4:1-7; 4:10; 4:20-21. |

DATED:  August 18, 2023

Respectfully submitted,

_____
Lawrence A. Organ

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP
Attorneys for Plaintiff OWEN DIAZ