| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone: (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile: (415) 362-8064 |
| Telephone: (415)-453-7352 | |
| Facsimile: (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | **COLLIER LAW FIRM, LLP** |
| balexander@amfllp.com | 240 Tamal Vista Blvd. Suite 100 |
| **ALEXANDER MORRISON & FEHR LLP** | Corte Madera, CA 94925 |
| 1900 Avenue of the Stars, Suite 900 | Telephone: (415) 767-0047 |
| Los Angeles, California 90067 | Facsimile: (415) 767-0037 |
| Telephone: (310) 394-0888 | |
| Facsimile: (310) 394-0811 | |

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF LAWRENCE ORGAN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

I, Lawrence Organ, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am the founding attorney of the California Civil Rights Law Group, attorneys of record for Plaintiff Owen Diaz in this action. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. I have personal knowledge of the facts stated herein and if called upon to testify, I could and would competently testify thereto, except as to those matters that are stated upon information and belief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the protective order in the California Superior Court, Alameda County matter *Marcus Vaughn, et al. v. Tesla, Inc.,* (*"Vaughn"*) case no. RG17882082 signed by the Hon. Winifred Y. Smith (Ret.) on July 1, 2020.

3. In *Vaughn*, Defendant Tesla, Inc. designated the documents at issue in the Plaintiff Diaz's current briefing as CONFIDENTIAL under the Protective Order attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 18, 2023 in San Anselmo, California.

DATED: August 18, 2023

_____
Lawrence A. Organ

CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM, LLP
Attorneys for Plaintiff OWEN DIAZ