LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:	(415)-453-7352
Facsimile:	(415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:	(310) 394-0888
Facsimile:	(310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:	(415) 421-7151
Facsimile:	(415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:	(415) 767-0047
Facsimile:	(415) 767-0037

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>　　　Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

1  The Court has reviewed the Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed by Plaintiff Owen Diaz ("Plaintiff") on August 18, 2023 regarding Defendant Tesla, Inc.'s Response to Plaintiff's Notice of New Evidence in Support of Renewed Motion for a New Trial and supporting documents which were filed under seal [docket no. 487].

Based on the Court's review of the foregoing, and for good case shown, IT IS HEREBY ORDERED THAT Defendant's Response to Plaintiff's Notice of New Evidence in Support of Renewed Motion for a New Trial and supporting documents and Plaintiff's Reply thereto and supporting documents SHALL NOT remain sealed.

IT IS SO ORDERED

DATED: _____, 2023            _____
                                        The Honorable William Orrick
                                        United States District Court Judge