LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:   (415)-453-7352
Facsimile:   (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 394-0888
Facsimile:   (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:   (415) 767-0037

Attorneys for Plaintiff OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ<br><br>           Plaintiff,<br><br>      v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.<br><br>           Defendant | Case No. 3:17-cv-06748-WHO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

*Owen Diaz, Demetric Diaz, and Lamar Patterson v. Tesla, Inc., et al.*

**United States District Court, Northern Dist. California, Case No. 3:17-cv-06748-WHO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Marin, State of California. My business address is 332 San Anselmo Avenue, San Anselmo, CA 94960. On August 18, 2023, I served true copies of the following document(s) described as:

- **[UNREDACTED] PLAINTIFF'S REQUEST FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR MISTRIAL AND MOTION FOR A NEW TRIAL;**
- **[UNREDACTED] PLAINTIFF'S [PROPOSED] REPLY IN SUPPORT OF NOTICE OF NEW EVIDENCE RE: PLAINTIFF'S RENEWED MOTION FOR MISTRIAL AND MOTION FOR A NEW TRIAL;**
- **[UNREDACTED] DECLARATION OF MARQUI HOOD IN SUPPORT OF PLAINTIFF'S REPLY BRIEF RE: NOTICE OF NEW EVIDENCE.**

__xx__  by causing the above listed documents to be electronically served to the interested party(ies) at the electronic address(es) listed below.

on the interested parties in this action as follows:

***Attorneys for Defendant Tesla, Inc.:***
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen M. Sullivan
Daniel C. Posner
Mari F. Henderson
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
kathleensullivan@quinnemanuel.com
danposner@quinnemanuel.com
marihenderson@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Asher Griffin
300 W. 6th St., Suite 2010
Austin, TX 78701
ashergriffin@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro
51 Madison Ave., 22nd Floor
New York, NY 10010
alexspiro@quinnemanuel.com

\_\_\_\_\_    **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_X\_\_    **(Federal)**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 18, 2023 at San Anselmo, California.

_____
Sabrina Grislis

CERTIFICATE OF SERVICE                                    Case No. 3:17-cv-06748-WHO