| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:     (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:     (415) 362-8064 |
| Telephone:     (415)-453-7352 | |
| Facsimile:     (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:     (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:     (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:   (415) 767-0047 |
| | Facsimile:    (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>     v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>     Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER**<br><br>Trial Date: March 27, 2023<br>Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding Schedule for Plaintiff's Motion for Attorney's Fees.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 417) that triggered the deadlines for the parties to file various post-trial motions, including Plaintiff's motion for attorneys' fees and expenses;

**WHEREAS**, Plaintiff intends to file a motion for attorneys' fees and expenses pursuant to 42 U.S.C. § 1988;

**WHEREAS**, the Court previously granted the parties' stipulation to extend the time for Plaintiff's motion for attorneys' fees and expenses until 14 days after the Court ruled on all of the parties' pending post-trial motions;

**WHEREAS**, the Court ruled on the parties' post-trial motions on October 4, 2023, making October 18, 2023 the deadline for filing Plaintiff's motion for attorneys' fees and expenses;

**WHEREAS**, the parties have met and conferred and agree that judicial economy and the schedules of counsel would benefit from an amended briefing and hearing schedule on Plaintiff's motion for attorney's fees.

**NOW THEREFORE**, it is stipulated by and between the parties that:

1) Plaintiff shall file his motion for statutory attorney's fees and expenses no later than October 25, 2023;
2) Defendant shall file its opposition no later than November 17, 2023;
3) Plaintiff shall file his reply brief no later than December 4, 2023;
4) The Court's hearing on Plaintiff's motion shall be scheduled for January 10, 2024, or as soon thereafter is convenient for the Court.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   | | CALIFORNIA CIVIL RIGHTS LAW GROUP |
|   | | ALEXANDER MORRISON + FEHR LLP |
|   | | ALTSHULER BERZON LLP |
|   | | COLLIER LAW FIRM |

DATED:  October 16, 2023        By:     ___/s Cimone Nunley_____

                                                         Lawrence A. Organ, Esq.
                                                         Cimone A. Nunley, Esq.
                                                         J. Bernard Alexander, Esq.
                                                         Marqui Hood, Esq.
                                                         Michael Rubin, Esq.
                                                         Jonathan Rosenthal, Esq.
                                                         Dustin L. Collier, Esq.
                                                         V. Joshua Socks, Esq.
                                                         Elizabeth R. Malay, Esq.
                                                         Drew F. Teti, Esq.
                                                         Attorneys for Plaintiff
                                                         OWEN DIAZ

DATED: October 16, 2023        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                 By     /s Daniel Posner_____

                                                         Kathleen M. Sullivan
                                                         Daniel C. Posner
                                                         Mari Henderson
                                                         Asher Griffin
                                                         Attorneys for Defendant
                                                         TESLA, INC.

**[PROPOSED] ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff shall file his motion no later than October 25, 2023;

2) Defendant shall file its response no later than November 17, 2023;

3) Plaintiff shall file his reply brief no later than December 4, 2023;

4) Hearing on Plaintiff's motion shall be scheduled for January 10, 2024, or as soon thereafter is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2023       _____

                                                                                 Hon. William H. Orrick

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: October 16, 2023                By:  ____/s Cimone Nunley_____
                                            Lawrence A. Organ, Esq.
                                            Cimone A. Nunley, Esq.
                                            J. Bernard Alexander, Esq.
                                            Marqui Hood, Esq.
                                            Michael Rubin, Esq.
                                            Jonathan Rosenthal, Esq.
                                            Dustin L. Collier, Esq.
                                            V. Joshua Socks, Esq.
                                            Elizabeth R. Malay, Esq.
                                            Drew F. Teti, Esq.
                                            Attorneys for Plaintiff
                                            OWEN DIAZ