LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>   v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>   Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION REGARDING SCHEDULE AND PROCEDURES FOR POST-TRIAL MOTION FOR ATTORNEY'S FEES; [~~PROPOSED~~] ORDER**<br><br>Trial Date: March 27, 2023<br>Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 7-12, Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation Regarding Schedule for Plaintiff's Motion for Attorney's Fees.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 417) that triggered the deadlines for the parties to file various post-trial motions, including Plaintiff's motion for attorneys' fees and expenses;

**WHEREAS**, Plaintiff intends to file a motion for attorneys' fees and expenses pursuant to 42 U.S.C. § 1988;

**WHEREAS**, the Court previously granted the parties' stipulation to extend the time for Plaintiff's motion for attorneys' fees and expenses until 14 days after the Court ruled on all of the parties' pending post-trial motions;

**WHEREAS**, the Court ruled on the parties' post-trial motions on October 4, 2023, making October 18, 2023 the deadline for filing Plaintiff's motion for attorneys' fees and expenses;

**WHEREAS**, the parties have met and conferred and agree that judicial economy and the schedules of counsel would benefit from an amended briefing and hearing schedule on Plaintiff's motion for attorney's fees.

**NOW THEREFORE**, it is stipulated by and between the parties that:

1) Plaintiff shall file his motion for statutory attorney's fees and expenses no later than October 25, 2023;
2) Defendant shall file its opposition no later than November 17, 2023;
3) Plaintiff shall file his reply brief no later than December 4, 2023;
4) The Court's hearing on Plaintiff's motion shall be scheduled for January 10, 2024, or as soon thereafter is convenient for the Court.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   |   | CALIFORNIA CIVIL RIGHTS LAW GROUP
ALEXANDER MORRISON + FEHR LLP
ALTSHULER BERZON LLP
COLLIER LAW FIRM |

DATED: October 17, 2023          By:      ___/s Cimone Nunley_____

                                                  Lawrence A. Organ, Esq.
                                                  Cimone A. Nunley, Esq.
                                                  J. Bernard Alexander, Esq.
                                                  Marqui Hood, Esq.
                                                  Michael Rubin, Esq.
                                                  Jonathan Rosenthal, Esq.
                                                  Dustin L. Collier, Esq.
                                                  V. Joshua Socks, Esq.
                                                  Elizabeth R. Malay, Esq.
                                                  Drew F. Teti, Esq.
                                                  Attorneys for Plaintiff
                                                  OWEN DIAZ

DATED: October 17, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By      /s Daniel Posner_____

                                                  Kathleen M. Sullivan
                                                  Daniel C. Posner
                                                  Mari Henderson
                                                  Asher Griffin
                                                  Attorneys for Defendant
                                                  TESLA, INC.

# [~~PROPOSED~~] ORDER

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff shall file his motion no later than October 25, 2023;

2) Defendant shall file its response no later than November 17, 2023;

3) Plaintiff shall file his reply brief no later than December 4, 2023;

4) Hearing on Plaintiff's motion shall be scheduled for January 10, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2023

_____
Hon. William H. Orrick

**DECLARATION OF CONSENT**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: October 17, 2023                    By: ____/s Cimone Nunley_____
　　　　　　　　　　　　　　　　　　　　　Lawrence A. Organ, Esq.
　　　　　　　　　　　　　　　　　　　　　Cimone A. Nunley, Esq.
　　　　　　　　　　　　　　　　　　　　　J. Bernard Alexander, Esq.
　　　　　　　　　　　　　　　　　　　　　Marqui Hood, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael Rubin, Esq.
　　　　　　　　　　　　　　　　　　　　　Jonathan Rosenthal, Esq.
　　　　　　　　　　　　　　　　　　　　　Dustin L. Collier, Esq.
　　　　　　　　　　　　　　　　　　　　　V. Joshua Socks, Esq.
　　　　　　　　　　　　　　　　　　　　　Elizabeth R. Malay, Esq.
　　　　　　　　　　　　　　　　　　　　　Drew F. Teti, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　OWEN DIAZ