LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>      Plaintiff,<br><br>  v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.,<br><br>      Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date: January 10, 2024<br>Time: 2:00 PM<br><br>Trial Date: September 27, 2020<br>Complaint filed: October 16, 2017 |

-1-

Case No. 3:17-cv-06748-WHO

-2-

Before the Court is Plaintiff's Motion for Attorneys' Fees and Expenses. The Court has considered the motion, the papers filed in support of and opposition thereto, and oral argument by the parties. The Court concludes the motion should be GRANTED pursuant to 42 U.S.C. § 1988.

The Court hereby awards Plaintiff attorneys' fees in the amount of $10,413,774.25 and reasonable litigation expenses in the amount of $187,145.24.

IT IS SO ORDERED

Dated: _____      _____
                                                                 Hon. William H. Orrick III
                                                                 United States District Court Judge