| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:  (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:  (415) 362-8064 |
| Telephone:  (415)-453-7352 | |
| Facsimile:  (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:  (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:  (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:  (415) 767-0047 |
| | Facsimile:  (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>      Plaintiff,<br><br>      v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>      Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**NOTICE OF ERRATA RE: DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

## NOTICE OF ERRATA

Earlier on this same date, Plaintiff OWEN DIAZ submitted his Motion for Attorney Fees with various supporting declarations. (Dkt. No. 494.) Plaintiff mistakenly omitted certain additional supporting declarations, namely the Declaration of Maria Bourn, the Declaration of Stephen Brunner, the Declaration of Brian Mathias, the Declaration of Leonard Sansanowicz, and the Declaration of Jayme Walker.

Plaintiff hereby submits this errata, together with the mistakenly omitted supporting declarations, and humbly apologizes to the Court and all counsel for any inconvenience or confusion that may have been caused by this error.

Dated: October 25, 2023                         Respectfully Submitted,


                                                                    /s/Dustin L. Collier
Dustin L. Collier
V. Joshua Socks
Elizabeth R. Malay
Drew F. Teti
Attorneys for Plaintiff
OWEN DIAZ