LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:    (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF ERIN PULASKI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

## **DECLARATION OF ERIN PULASKI**

I, Erin Pulaski, do hereby declare and state as follows:

1. I am an adult over the age of eighteen years of age. I am an attorney licensed to practice law in all the Courts of the State of California. I have personal knowledge of the facts set forth herein, (except where indicated upon information and belief) and if called as a witness, could and would testify competently thereto.

2. I am an attorney-at-law and partner at Rudy, Exelrod, Zieff & Lowe, LLP, a plaintiff's employment litigation firm in San Francisco, California.

3. I graduated from the University of California, San Diego in 2005. I attended law school at the University of California, Berkeley School of Law, where I graduated with a J.D. and Order of the Coif in 2009. I attended Berkeley Law with Dustin Collier, counsel for Plaintiff in this matter. During law school, I was on the Board of the American Constitution Society during Mr. Collier's tenure as President of the Berkeley Law chapter. Since that time, I have known Mr. Collier professionally, and I have seen him in action at the annual Trial College hosted by the California Employment Lawyers Association (CELA).

4. I have dedicated my career to advancing the public interest and ensuring that individuals who traditionally do not have the financial means to participate in the legal system have the ability to do so.

5. I was admitted to the California State Bar in 2009. I am a member of CELA, the Bar Association of San Francisco Labor and Employment Section, and the California State Bar Labor and Employment Section. I have been selected by San Francisco Magazine for its "Top Women Attorneys in Northern California" award from 2015-2019. Similarly, I have been selected to Super Lawyers "Rising Stars" from 2015-2022, an honor granted to only 2.5% of California attorneys within the first ten years of practice. I have also been selected for LawDragon 500's "Leading Plaintiff Employment Lawyer" for 2018-2019, as well as Lawyer Monthly's "Lawyer of the Year (USA) for Wage & Hour Law (2018).

6. Prospective plaintiffs in employment cases are usually seeking lawyers to handle their cases on a contingency fee basis and to advance all litigation costs. Lawyers who want to retain who

handle this type of case for plaintiffs must be willing to take cases, including ones with high risks, on a contingency fee basis and advance litigation costs—the no recovery, no fees model. For this reason, victorious plaintiffs' attorneys must occasionally receive fee awards with a multiplier in order to survive and thrive in this highly competitive legal market.

7. I have known Dustin Collier professionally for over a decade and know him to be a highly skilled trial lawyer. He is recognized in the community as an expert in the field of employment law and trial advocacy and is requested to and does serve as a speaker at professional conferences. He also generously volunteers his time to mentor other attorneys and give back to the community, including serving as a faculty member and lecturer at the California Employment Lawyers Association's (CELA) Annual Trial College, teaching at the University of San Francisco's "Intensive Advocacy Program" for law students, and teaching pro bono trial skills courses such as one in Fall 2017 at the Navajo Nation. In fact, I attended the CELA Trial College in 2015, where I personally saw him in action. He lectured the entire program on persuasion and its application to trial advocacy, and I found him to be an exceptionally skilled attorney.

8. Having practiced employment law for over a decade, I am familiar with the hourly rates that employment attorneys receive for their time. I believe that Mr. Collier's requested hourly rate is reasonable for attorneys with his experience and skill level in the Bay Area. I believe the hourly rate of $750 that Mr. Collier is requesting fits the market for lawyers in this community with commensurate years of litigation experience and the level of experience he has had on plaintiff's employment cases. Based on my knowledge of the rates charged by employment attorneys in the Bay Area, I believe this requested rate to be well within the reasonable range for attorneys of comparable experience level and reputation, and at the low end for attorneys of comparable skill and experience in the defense bar. V. Joshua Socks' requested rate of $700 per hour, Elizabeth Malay's requested rate of $400 per hour, and Drew Teti's requested rate of $550 per hour are all also reasonable, considering their experience levels and the successful result this team of attorneys had in this case and other cases.

9. Most individuals cannot afford to pay on an hourly basis for skilled representation in civil rights litigation. Therefore, plaintiff's civil rights attorneys represent most civil rights victims

including whistleblower cases, on a contingency fee basis. Attorneys representing clients on contingency take a huge risk that they will not be reimbursed for numerous hours spent unless their client settles or wins at trial. Even when a client wins at trial, the litigation process often takes several years to conclude, draining a plaintiff's attorney's firm of resources and time to take on new matters. As such, in my own practice, as well as in the practices of my colleagues doing similar work, substantial fee awards serve as an important incentive for accepting cases protecting the public interest.

10. Most plaintiff's attorneys would be unwilling to accept such a complex, high-risk case in the absence of a fee award. The fact that persons with skill and experience like Plaintiff's counsel here would take this case through trial at all is a testament to why the Legislature made attorney's fees available.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on October 16, 2023.

_____
Erin Pulaski