LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>    Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DECLARATION OF JAYME WALKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Trial Date: March 27, 2023<br>Complaint filed: October 16, 2017 |

I, Jayme L. Walker, declare:

1. I am over the age of eighteen, and if called, could testify competently as to the contents of this declaration. I am a member in good standing of the Bar of the State of California. I am a partner at the law firm of Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C. ("Gwilliam Ivary").

2. I am a 2010 graduate of the University of San Francisco School of Law and was admitted to practice law in California on December 3, 2010.

3. From 2010 to January 1, 2016, I was an associate attorney at Gwilliam Ivary. I specialized in representing plaintiffs in employment litigation, personal injury, and civil rights actions.

4. From January 1, 2016 to the present, I have been a partner at Gwilliam Ivary litigating the same types of cases on behalf of plaintiffs.

5. The firm of Gwilliam, Ivary, Chiosso, Cavalli & Brewer has been in Alameda County for over 45 years, specializing in the representation of plaintiffs. Over the course of my practice, I have reviewed hundreds of potential employment cases and represented individuals in single plaintiff and multiple plaintiff employment cases, and I have recovered millions of dollars on behalf of plaintiffs in employment cases. Other plaintiff attorneys refer cases to me frequently because of my reputation and expertise.

6. I know Dustin Collier as a speaker at professional conferences who is known as an expert in the field of employment law and trial advocacy. He generously volunteers his time to mentor other attorneys and give back to the community, including serving as a faculty member and lecturer at the California Employment Lawyers Association's ("CELA") Annual Trial College, teaching at the University of San Francisco's "Intensive Advocacy Program" for law students, and teaching *pro bono* trial skills courses such as one he just concluded in Fall 2017 at the Navajo Nation. In fact, I attended the CELA Trial College several years ago, where I met Mr. Collier and personally saw him in action. He lectured the entire program on persuasion and its application to trial advocacy, and he was one of my trainers.

7. I also know Joshua Socks personally and professionally from the California Employment Lawyers Association (CELA) and have worked with him on a limited bases on some cases. He is dedicated, extremely competent, and highly effective in his role as an employment

litigator. I know that Mr. Socks' legal writing and research is an integral part of the Collier Socks team.

8. I also know Elizabeth Malay socially and through CELA. She is an extraordinarily personable and intelligent person, and I understand she is quickly becoming a formidable trial attorney in her own right.

9. I am familiar with the rates charged by attorneys of comparable skill, expertise, and experience throughout the Bay Area. I have worked with dozens of Bay Area attorneys and I am an active member of CELA familiar with the rates charged by other employment lawyers.

10. The rates requested by Collier Law Firm in this motion are certainly reasonable and in line with the rates of other attorneys in the Bay Area litigating employment cases. This includes Mr. Collier's requested rate of $750/hour, V. Joshua Socks' requested rate of $700/hour, Drew F. Teti's requested rate of $550/hour, and Elizabeth Malay's requested rate of $400/hour, considering their experience levels and the successful result this team of attorneys had in this and other cases.

11. Taking contingency fee cases for low-wage workers is risky and takes just as much time, effort, and skill as a case on behalf of a technology worker or Chief Executive Officer. In reality, it often takes more time, effort and skill because, when the economic damages are low, the case is not taken seriously by defense counsel. That is why attorney fee awards, and more importantly multipliers, are essential to encourage lawyers to prosecute meritorious cases even when the plaintiff is a low wage worker that doesn't have the special damages that a higher wage earner would be entitled to recover. Without a fee award in cases such as these, even attorneys who believe in the cause will be unable to accept and prosecute claims like these. Workers throughout the State of California will suffer from the lack of disability discrimination enforcement that prompted the Legislature to pass FEHA in the first place. Moreover, law-abiding businesses and the public at large will suffer, as those who violate FEHA with impunity will go unpunished, gain an unfair advantage over compliant employers in the marketplace, and ultimately come to dominate that market as they drive their competitors out of business.

12. I am informed that the hours incurred by Collier Law Firm on this matter are as follows: (1) Dustin L. Collier – 272.93 hours; (2) V. Joshua Socks – 83.1 hours; (3) Elizabeth R. Malay – 187.4 hours; and (4) Drew F. Teti – 40.9 hours. Based on my familiarity with employment

1 litigation, and trying high stakes civil rights cases in general (including complex, class, multi-plaintiff, and mass plaintiff actions), and the extraordinary complexity, novelty, and volume of the discovery and evidentiary record in this matter, I find the hours claimed to be exceedingly reasonable and utterly necessary to the successful result achieved. I also find the requested multiplier wholly warranted by the circumstances of this case.

I declared under penalty of perjury under the laws of the State of California the foregoing is true and correct signed this 16th day of October, 2023.

_____
JAYME L. WALKER