| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone:    (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile:    (415) 362-8064 |
| Telephone:    (415)-453-7352 | |
| Facsimile:    (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone:    (310) 394-0888 | drew@collierlawsf.com |
| Facsimile:    (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone:   (415) 767-0047 |
| | Facsimile:    (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.,<br><br>        Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S NOTICE OF APPEAL** |

Notice is hereby given that OWEN DIAZ, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order on Post-Trial Motions (Dkt. 328), entered on April 13, 2022 and attached hereto as Exhibit A; the Court's Judgment (Dkt. 471), entered on April 11, 2023, and attached hereto as Exhibit B; the Court's Order on Post-Trial Motions (Dkt. 491), entered on October 4, 2023 and attached hereto as Exhibit C; and all other appealable orders.

**CALIFORNIA CIVIL RIGHTS LAW GROUP**
**ALEXANDER MORRISON & FEHR LLP**
**ALTSHULER BERZON LLP**
**THE COLLIER LAW FIRM**

Dated: November 2, 2023

/s/ Lawrence A. Organ
Lawrence A. Organ
Cimone A. Nunley
J. Bernard Alexander
Michael Rubin
Dustin Collier

Attorneys for Plaintiff OWEN DIAZ