LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:     (415)-453-7352
Facsimile:     (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:     (310) 394-0888
Facsimile:     (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com
DREW F. TETI (SBN 267641)
drew@collierlawsf.com
**COLLIER LAW FIRM, LLP**
240 Tamal Vista Blvd. Suite 100
Corte Madera, CA 94925
Telephone:   (415) 767-0047
Facsimile:    (415) 767-0037

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**PLAINTIFF OWEN DIAZ'S REPRESENTATION STATEMENT** |

The undersigned represents Owen Diaz, plaintiff and appellant in this matter, and no other party. The following is a list of all parties to this action and information regarding their counsel. *See* F.R.A.P. 12(b); *see also* Ninth Circuit Rule 3-2(b).

**Plaintiff-Appellant Owen Diaz**
LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:    (415)-453-7352
Facsimile:    (415)-785-7352

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com
**ALEXANDER MORRISON & FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 394-0888
Facsimile:    (310) 394-0811

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
JONATHAN ROSENTHAL (SBN 329638)
jrosenthal@altber.com
CORINNE JOHNSON (SBN287385 )
cjohnson@altshulerberzon.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

DUSTIN L. COLLIER (SBN 264766)
dcollier@collierlawsf.com
V. JOSHUA SOCKS (SBN 303443)
jsocks@collierlawsf.com
ELIZABETH R. MALAY (SBN 336745)
emalay@collierlawsf.com

1  DREW F. TETI (SBN 267641)
   drew@collierlawsf.com
2  **COLLIER LAW FIRM, LLP**
   240 Tamal Vista Blvd. Suite 100
3  Corte Madera, CA 94925
   Telephone:   (415) 767-0047
4  Facsimile:    (415) 767-0037

5
   **Defendant-Respondent Tesla, Inc. dba Tesla Motors, Inc.**
6  Alex Spiro (appearance *pro hac vice*)
   alexspiro@quinnemanuel.com
7  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   51 Madison Ave., 22nd Floor
8  New York, NY 10010
9  Telephone: (212) 849-7000

10 Daniel C. Posner (CA Bar No. 232009)
   danposner@quinnemanuel.com
11 Mari F. Henderson (CA Bar No. 307693)
12 marihenderson@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
13 865 S. Figueroa St., 10th Floor
14 Los Angeles, California 90017
   Telephone: (213) 443-3000
15 Facsimile: (213) 443-3100

16
   Asher Griffin (appearance *pro hac vice*)
17 ashergriffin@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
18 300 W. 6th St., Suite 2010
   Austin, TX 78701
19 Telephone: (737) 667-6100

20

21                                  **CALIFORNIA CIVIL RIGHTS LAW GROUP**
                                    **ALEXANDER MORRISON & FEHR LLP**
22                                  **ALTSHULER BERZON LLP**
                                    **THE COLLIER LAW FIRM**
23

24
   Dated:  October 25, 2023                /s/ Lawrence A. Organ
25                                       Lawrence A. Organ
26                                       Cimone A. Nunley
                                         J. Bernard Alexander
27                                       Michael Rubin
                                         Dustin Collier
28                               Attorneys for Plaintiff OWEN DIAZ