QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearance *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (CA Bar No. 232009)
  danposner@quinnemanuel.com
  Mari F. Henderson (CA Bar No. 307693)
  marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART &SULLIVAN, LLP
  Asher Griffin (appearance *pro hac vice*)
  ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN DIAZ,<br><br>         Plaintiff,<br><br>    v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>         Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**DEFENDANT TESLA, INC.'S REPRESENTATION STATEMENT** |

1  Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b),
2  Defendant-Cross-Appellant Tesla, Inc. submits the following Representation Statement identifying
3  all parties to the action, along with the names, addresses, and telephone numbers of their respective
4  counsel.

5  Defendant-Cross-Appellant Tesla, Inc. is represented in this matter by the following counsel:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Spiro (appearance *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

Kathleen Sullivan
Daniel C. Posner
Mari Henderson
danposner@quinnemanuel.com
kathleensullivan@quinnemanuel.com
marihenderson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Asher Griffin (appearance *pro hac vice*)
ashergriffin@quinnemanuel.com
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100

Plaintiff-Cross-Appellee Owen Diaz is represented in this matter by the following counsel:

**CALIFORNIA CIVIL RIGHTS LAW GROUP**

LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
MARQUI HOOD (SBN 214718)
marqui@civilrightsca.com
CIMONE A. NUNLEY (SBN 326915)
cimone@civilrightsca.com
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415)-453-7352
Facsimile: (415)-785-7352

**ALEXANDER MORRISON & FEHR LLP**

J. BERNARD ALEXANDER (SBN 128307)
balexander@amfllp.com

|   |   |
|---|---|
| 1 | 1900 Avenue of the Stars, Suite 900 |
| 2 | Los Angeles, California 90067<br>Telephone: (310) 394-0888 |
|   | Facsimile: (310) 394-0811 |
| 3 |   |
| 4 | **ALTSHULER BERZON LLP** |
| 5 | MICHAEL RUBIN (SBN 80618)<br>mrubin@altber.com |
| 6 | JONATHAN ROSENTHAL (SBN 329638)<br>jrosenthal@altber.com |
| 7 | CORINNE JOHNSON (SBN287385 )<br>cjohnson@altshulerberzon.com |
| 8 | 177 Post Street, Suite 300<br>San Francisco, California 94108 |
| 9 | Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| 10 | **COLLIER LAW FIRM, LLP** |
| 11 | DUSTIN L. COLLIER (SBN 264766)<br>dcollier@collierlawsf.com |
| 12 | V. JOSHUA SOCKS (SBN 303443)<br>jsocks@collierlawsf.com |
| 13 | ELIZABETH R. MALAY (SBN 336745)<br>emalay@collierlawsf.com |
| 14 | DREW F. TETI (SBN 267641)<br>drew@collierlawsf.com |
| 15 | 240 Tamal Vista Blvd. Suite 100<br>Corte Madera, CA 94925 |
| 16 | Telephone: (415) 767-0047<br>Facsimile: (415) 767-0037 |

DATED: November 16, 2023           By: /s/ Daniel C. Posner
                                        Daniel C. Posner

                                   QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                   *Attorney for Defendant Tesla, Inc.*