# Exhibit A

# Total Time Billed: Before and After First Verdict

| Biller (By Law Firm & Position) | Up to First Verdict (through Oct. 4, 2021) | Since First Verdict (Oct. 5, 2021 to present) | Grand Total |
|---|---|---|---|
| **Alexander Morrison & Fehr** | **680.1** | **427.2** | **1107.3** |
| **Attorney (Partner)** | **602.6** | **370.3** | **972.9** |
| J. Bernard Alexander | 602.6 | 365 | 967.6 |
| Joshua Arnold | | 0.2 | 0.2 |
| Tracy Fehr | | 5.1 | 5.1 |
| **Attorney (Associate)** | **29.1** | **56.9** | **86** |
| Britt Karp | 25.1 | 7 | 32.1 |
| Jacqueline Gil | 4 | | 4 |
| Natalie Khoury | | 49.9 | 49.9 |
| **Paralegal** | **48.4** | | **48.4** |
| Gustin Ham | 48.4 | | 48.4 |
| **Altshuler Berson** | | **1410.25** | **1410.25** |
| **Attorney (Partner)** | | **691.3** | **691.3** |
| Corrine Johnson | | 196.2 | 196.2 |
| Michael Rubin | | 495.1 | 495.1 |
| **Attorney (Associate)** | | **630.35** | **630.35** |
| Jonathan Rosenthal | | 614.65 | 614.65 |
| Sam Hall | | 15.7 | 15.7 |
| **Law Clerk** | | **33.2** | **33.2** |
| Milfred | | 4.9 | 4.9 |
| Simard-Halm | | 28.3 | 28.3 |
| **Paralegal** | | **55.4** | **55.4** |
| Ashworth | | 2.8 | 2.8 |
| Mandani | | 10.1 | 10.1 |
| Nelson | | 7.1 | 7.1 |
| Shively | | 10.5 | 10.5 |
| Smith | | 18.8 | 18.8 |

| Biller (By Law Firm & Position) | Up to First Verdict (through Oct. 4, 2021) | Since First Verdict (Oct. 5, 2021 to present) | Grand Total |
|---|---|---|---|
| Wenzell | | 6.1 | 6.1 |
| **California Civil Rights Law Group** | **3245** | **2062.8** | **5307.8** |
| **Attorney (Partner)** | **1781.9** | **1170.7** | **2952.6** |
| Lawrence Organ | 1371.5 | 984.8 | 2356.3 |
| Marqui Hood | | 125.7 | 125.7 |
| Molly Durkin | | 46.2 | 46.2 |
| Navruz Avloni | 410.4 | 14 | 424.4 |
| **Attorney (Associate)** | **1053.9** | **561.7** | **1615.6** |
| Cimone Nunley | 1014.7 | 505.8 | 1520.5 |
| Emily Kohlheim | 18.2 | 55.9 | 74.1 |
| Noah Baron | 21 | | 21 |
| **Law Clerk** | **72.9** | | **72.9** |
| Ramzi Nimr | 72.9 | | 72.9 |
| **Legal Assistant** | **64.9** | | **64.9** |
| Susan Organ | 64.9 | | 64.9 |
| **Paralegal** | **271.4** | **330.4** | **601.8** |
| Cameron Hartquist | | 42.7 | 42.7 |
| Jean Ger | 26.9 | 11 | 37.9 |
| Sabrina Grislis | 238.9 | 240.9 | 479.8 |
| Teodora Gagauz | 5.6 | 35.8 | 41.4 |
| **Collier Law Firm** | | **584.33** | **584.33** |
| **Attorney (Partner)** | | **543.43** | **543.43** |
| Dustin Collier | | 272.93 | 272.93 |
| Elizabeth Rose Malay | | 187.4 | 187.4 |
| V. Joshua Socks | | 83.1 | 83.1 |
| **Attorney (Of Counsel)** | | **40.9** | **40.9** |
| Drew Teti | | 40.9 | 40.9 |
| **Grand Total** | **3925.1** | **4484.58** | **8409.68** |