# Exhibit B

# Total Fees Billed Before and After First Verdict

| Biller (By Law Firm & Position) | Up to First Verdict (through Oct. 4, 2021) | Since First Verdict (Oct. 5, 2021 to present) | Grand Total |
|---|---|---|---|
| **Alexander Morrison & Fehr** | **$752,752.50** | **$464,155.00** | **$1,216,907.50** |
| **Attorney (Partner)** | **$723,120.00** | **$441,965.00** | **$1,165,085.00** |
| J. Bernard Alexander | $723,120.00 | $438,000.00 | $1,161,120.00 |
| Joshua Arnold | | $140.00 | $140.00 |
| Tracy Fehr | | $3,825.00 | $3,825.00 |
| **Attorney (Associate)** | **$18,742.50** | **$22,190.00** | **$40,932.50** |
| Britt Karp | $16,942.50 | $4,725.00 | $21,667.50 |
| Jacqueline Gil | $1,800.00 | | $1,800.00 |
| Natalie Khoury | | $17,465.00 | $17,465.00 |
| **Paralegal** | **$10,890.00** | | **$10,890.00** |
| Gustin Ham | $10,890.00 | | $10,890.00 |
| **Altshuler Berson** | | **$1,230,900.00** | **$1,230,900.00** |
| **Attorney (Partner)** | | **$793,117.50** | **$793,117.50** |
| Corrine Johnson | | $161,865.00 | $161,865.00 |
| Michael Rubin | | $631,252.50 | $631,252.50 |
| **Attorney (Associate)** | | **$408,157.50** | **$408,157.50** |
| Jonathan Rosenthal | | $399,522.50 | $399,522.50 |
| Sam Hall | | $8,635.00 | $8,635.00 |
| **Law Clerk** | | **$11,620.00** | **$11,620.00** |
| Milfred | | $1,715.00 | $1,715.00 |
| Simard-Halm | | $9,905.00 | $9,905.00 |
| **Paralegal** | | **$18,005.00** | **$18,005.00** |
| Ashworth | | $910.00 | $910.00 |
| Mandani | | $3,282.50 | $3,282.50 |
| Nelson | | $2,307.50 | $2,307.50 |
| Shively | | $3,412.50 | $3,412.50 |
| Smith | | $6,110.00 | $6,110.00 |

| Biller (By Law Firm & Position) | Up to First Verdict (through Oct. 4, 2021) | Since First Verdict (Oct. 5, 2021 to present) | Grand Total |
|---|---|---|---|
| Wenzell | | $1,982.50 | $1,982.50 |
| **California Civil Rights Law Group** | **$2,272,605.00** | **$1,471,200.00** | **$3,743,805.00** |
| **Attorney (Partner)** | **$1,652,805.00** | **$1,120,180.00** | **$2,772,985.00** |
| Lawrence Organ | $1,337,212.50 | $960,180.00 | $2,297,392.50 |
| Marqui Hood | | $115,200.00 | $115,200.00 |
| Molly Durkin | | $34,650.00 | $34,650.00 |
| Navruz Avloni | $315,592.50 | $10,150.00 | $325,742.50 |
| **Attorney (Associate)** | **$527,685.00** | **$276,657.50** | **$804,342.50** |
| Cimone Nunley | $507,350.00 | $252,900.00 | $760,250.00 |
| Emily Kohlheim | $7,735.00 | $23,757.50 | $31,492.50 |
| Noah Baron | $12,600.00 | | $12,600.00 |
| **Law Clerk** | **$16,402.50** | | **$16,402.50** |
| Ramzi Nimr | $16,402.50 | | $16,402.50 |
| **Legal Assistant** | **$14,602.50** | | **$14,602.50** |
| Susan Organ | $14,602.50 | | $14,602.50 |
| **Paralegal** | **$61,110.00** | **$74,362.50** | **$135,472.50** |
| Cameron Hartquist | | $9,607.50 | $9,607.50 |
| Jean Ger | $6,030.00 | $2,497.50 | $8,527.50 |
| Sabrina Grislis | $53,820.00 | $54,202.50 | $108,022.50 |
| Teodora Gagauz | $1,260.00 | $8,055.00 | $9,315.00 |
| **Collier Law Firm** | | **$369,692.50** | **$369,692.50** |
| **Attorney (Partner)** | | **$347,197.50** | **$347,197.50** |
| Dustin Collier | | $204,697.50 | $204,697.50 |
| Elizabeth Rose Malay | | $84,330.00 | $84,330.00 |
| V. Joshua Socks | | $58,170.00 | $58,170.00 |
| **Attorney (Of Counsel)** | | **$22,495.00** | **$22,495.00** |
| Drew Teti | | $22,495.00 | $22,495.00 |
| **Grand Total** | **$3,025,357.50** | **$3,535,947.50** | **$6,561,305.00** |