# Exhibit C

## Total Time and Fees Billed By Month

| Month | Time Billed |
|---|---|
| Sep 2017 | 5.8 |
| Nov 2017 | 0.4 |
| Dec 2017 | 2 |
| Feb 2018 | 3.3 |
| Mar 2018 | 3.5 |
| Apr 2018 | 6.5 |
| May 2018 | 84 |
| Jun 2018 | 122.9 |
| Jul 2018 | 11.3 |
| Aug 2018 | 2.8 |
| Sep 2018 | 16.3 |
| Oct 2018 | 49.5 |
| Nov 2018 | 74.6 |
| Dec 2018 | 82.3 |
| Jan 2019 | 13.7 |
| Feb 2019 | 24.7 |
| Mar 2019 | 24.8 |
| Apr 2019 | 46 |
| May 2019 | 67.8 |
| Jun 2019 | 121 |
| Jul 2019 | 57 |
| Aug 2019 | 105.7 |
| Sep 2019 | 107.4 |
| Oct 2019 | 200.5 |
| Nov 2019 | 127.9 |
| Dec 2019 | 92.9 |
| Jan 2020 | 72.9 |
| Feb 2020 | 50.3 |

| Month | Time Billed |
|---|---|
| Mar 2020 | 371 |
| Apr 2020 | 311.3 |
| May 2020 | 69.5 |
| Jun 2020 | 46.4 |
| Jul 2020 | 29.5 |
| Aug 2020 | 180.3 |
| Sep 2020 | 4.2 |
| Oct 2020 | 15 |
| Nov 2020 | 20.4 |
| Dec 2020 | 22.6 |
| Jan 2021 | 0.3 |
| Feb 2021 | 6.5 |
| Mar 2021 | 2.4 |
| Apr 2021 | 0.5 |
| May 2021 | 0.1 |
| Jun 2021 | 6.2 |
| Jul 2021 | 22 |
| Aug 2021 | 84.6 |
| Sep 2021 | 974.9 |
| Oct 2021 | 365.65 |
| Nov 2021 | 264.7 |
| Dec 2021 | 189.3 |
| Jan 2022 | 122.6 |
| Feb 2022 | 11.1 |
| Mar 2022 | 0.9 |
| Apr 2022 | 69.1 |
| May 2022 | 59.1 |
| Jun 2022 | 15.8 |
| Jul 2022 | 25.2 |
| Aug 2022 | 3 |

| Month | Time Billed |
|---|---|
| Sep 2022 | 45.5 |
| Oct 2022 | 67.2 |
| Nov 2022 | 56 |
| Dec 2022 | 114.4 |
| Jan 2023 | 333.6 |
| Feb 2023 | 689.9 |
| Mar 2023 | 1525.13 |
| Apr 2023 | 222.3 |
| May 2023 | 104.2 |
| Jun 2023 | 255.1 |
| Jul 2023 | 41.3 |
| Aug 2023 | 71.3 |
| Sep 2023 | 1.8 |
| Oct 2023 | 37.5 |
| **Grand Total** | **8437.18** |