# Exhibit D

# Total Time and Fees Billed For First Trial

| Biller (By Law Firm & Position) | 9/26/2021 | 9/27/2021 | 9/28/2021 | 9/29/2021 | 9/30/2021 | 10/1/2021 | 10/2/2021 | 10/3/2021 | 10/4/2021 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alexander Morrison & Fehr** | **12.7** | **16.5** | **10.5** | **12** | **12** | **12.3** | **10** | **10** | **12** | **108** |
| **Attorney (Partner)** | **12.7** | **16.5** | **10.5** | **12** | **12** | **12.3** | **10** | **10** | **12** | **108** |
| J. Bernard Alexander | 12.7 | 16.5 | 10.5 | 12 | 12 | 12.3 | 10 | 10 | 12 | **108** |
| **California Civil Rights Law Group** | **24.8** | **49.2** | **44.4** | **53.9** | **57.1** | **49.8** | **37** | **28.9** | **44.7** | **389.8** |
| **Attorney (Partner)** | **15.1** | **24.8** | **22.9** | **23.9** | **30.2** | **24.6** | **23.6** | **19.5** | **17.2** | **201.8** |
| Lawrence Organ | 13.1 | 16 | 15.7 | 14.5 | 16.5 | 15.3 | 13.7 | 12.8 | 10.7 | **128.3** |
| Navruz Avloni | 2 | 8.8 | 7.2 | 9.4 | 13.7 | 9.3 | 9.9 | 6.7 | 6.5 | **73.5** |
| **Attorney (Associate)** | **9.7** | **14.6** | **11.5** | **12.9** | **13.5** | **14.3** | **10** | **5** | **10.7** | **102.2** |
| Cimone Nunley | 9.7 | 8.8 | 11.5 | 12.9 | 13.4 | 14.3 | 10 | 5 | 10.7 | **96.3** |
| Emily Kohlheim |  | 5.8 |  |  | 0.1 |  |  |  |  | **5.9** |
| **Legal Assistant** |  | **0.6** |  | **0.8** | **2.2** | **3.3** | **0.7** | **2.4** |  | **10** |
| Susan Organ |  | 0.6 |  | 0.8 | 2.2 | 3.3 | 0.7 | 2.4 |  | **10** |
| **Paralegal** |  | **9.2** | **10** | **16.3** | **11.2** | **7.6** | **2.7** | **2** | **16.8** | **75.8** |
| Jean Ger |  |  |  | 7.5 | 0.5 |  |  |  | 6.8 | **14.8** |
| Sabrina Grislis |  | 9.2 | 8 | 8.8 | 10.7 | 7.6 | 2.7 | 2 | 10 | **59** |
| Teodora Gagauz |  |  | 2 |  |  |  |  |  |  | **2** |
| **Grand Total** | **37.5** | **65.7** | **54.9** | **65.9** | **69.1** | **62.1** | **47** | **38.9** | **56.7** | **497.8** |

# Total Time and Fees Billed For Second Trial

| Biller (By Law Firm & Position) | 3/27/2023 | 3/28/2023 | 3/29/2023 | 3/30/2023 | 3/31/2023 | 4/1/2023 | 4/2/2023 | 4/3/2023 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| **Alexander Morrison & Fehr** | **12.5** | **13.5** | **15.8** | **19.5** | **10.5** | **0.3** | **0.5** | **8** | **80.6** |
| **Attorney (Partner)** | **12.5** | **13.5** | **15.8** | **19.5** | **10.5** | **0.3** | **0.5** | **8** | **80.6** |
| J. Bernard Alexander | 12.5 | 13.5 | 15.8 | 19.5 | 10.5 | 0.3 | 0.5 | 8 | 80.6 |
| **Altshuler Berson** | **24.8** | **23.6** | **24.4** | **26.5** | **20.6** | | **1.6** | **6.5** | **128** |
| **Attorney (Partner)** | **9.4** | **9.2** | **11.3** | **13.5** | **10.6** | | **0.6** | | **54.6** |
| Michael Rubin | 9.4 | 9.2 | 11.3 | 13.5 | 10.6 | | 0.6 | | **54.6** |
| **Attorney (Associate)** | **15.4** | **14.4** | **13.1** | **13** | **10** | | **1** | **6.5** | **73.4** |
| Jonathan Rosenthal | 15.4 | 14.4 | 13.1 | 13 | 10 | | 1 | 6.5 | 73.4 |
| **California Civil Rights Law Group** | **42.3** | **39.4** | **43.8** | **40.9** | **52.9** | | **1.4** | **19.1** | **247.3** |
| **Attorney (Partner)** | **16.1** | **15.7** | **17.5** | **21.8** | **19.2** | | **1.4** | **8.4** | **100.1** |
| Lawrence Organ | 16.1 | 15.7 | 15.7 | 16.1 | 11.4 | | 1.4 | 8.4 | **84.8** |
| Marqui Hood | | | 1.5 | 1.1 | 7.8 | | | | **10.4** |
| Molly Durkin | | | 0.3 | 4.6 | | | | | **4.9** |
| **Attorney (Associate)** | **14.6** | **14** | **16.2** | **9** | **22.3** | | | **10.7** | **86.8** |
| Cimone Nunley | 13.5 | 14 | 16.2 | 9 | 22.3 | | | 10.7 | **85.7** |
| Emily Kohlheim | 1.1 | | | | | | | | **1.1** |
| **Paralegal** | **11.6** | **9.7** | **10.1** | **10.1** | **11.4** | | | **7.5** | **60.4** |
| Sabrina Grislis | 11.6 | 9.7 | 10.1 | 10.1 | 11.4 | | | 7.5 | **60.4** |
| **Collier Law Firm** | **24.4** | **25.7** | **29.5** | **26.83** | **19.9** | | | **9.6** | **135.93** |
| **Attorney (Partner)** | **21.1** | **22.5** | **25.1** | **22.63** | **19.9** | | | **9.6** | **120.83** |
| Dustin Collier | 13.7 | 13.2 | 14.7 | 13.73 | 12 | | | 8.1 | **75.43** |
| Elizabeth Rose Malay | 5 | 5.8 | 5.6 | 5.3 | 2.5 | | | 1.5 | **25.7** |
| V. Joshua Socks | 2.4 | 3.5 | 4.8 | 3.6 | 5.4 | | | | **19.7** |
| **Attorney (Of Counsel)** | **3.3** | **3.2** | **4.4** | **4.2** | | | | | **15.1** |
| Drew Teti | 3.3 | 3.2 | 4.4 | 4.2 | | | | | **15.1** |
| **Grand Total** | **104** | **102.2** | **113.5** | **113.73** | **103.9** | **0.3** | **3.5** | **43.2** | **591.83** |