# Exhibit E

## Total Time and Fees Billed For Littleton Trial

| Role | Time Billed | Percent of Time Billed |
|---|---|---|
| Attorney (Partner) | 5187.43 | 61.5% |
| Attorney (Of Counsel) | 40.9 | 0.5% |
| Attorney (Associate) | 2331.95 | 27.6% |
| Law Clerk | 106.1 | 1.3% |
| Legal Assistant | 64.9 | 0.8% |
| Paralegal | 705.9 | 8.4% |
| **Grand Total** | **8,437.18** | **100.0%** |