# Exhibit F

# Total Time and Fees Billed For Alexander Deposition Summaries

| Total Time Billed: | 43.3 hours |
|---|---|
| Total Fees Billed: | $51,960 |

# List of Time Entries

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 8/27/2019 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 4.30 | $5,160.00 | Page:line summary of witness: John Wheeler [4.3] |
| 11/8/2019 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 7.20 | $8,640.00 | Page:line summary: Romero [7.2] |
| 4/26/2020 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 8.00 | $9,600.00 | Trial preparation: detailed reorganization of Jackson deposition summary for examination at trial [8.0] |
| 6/12/2020 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 9.00 | $10,800.00 | Page:Line summary of Monica de Leon [9.0] |
| 6/20/2020 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 4.30 | $5,160.00 | Page:line summary of deposition: Wheeler [4.3] |
| 11/20/2020 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 3.50 | $4,200.00 | Trial preparation: Page:Line summary of Victor Quintero [3.5] |
| 9/17/2021 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 9.50 | $11,400.00 | Trial preparation: with client (Diaz) [2.5]; page:line summary of Titus McCaleb [7.0] |