# Exhibit I

# Total Time and Fees Billed For Travel

| | |
|---|---|
| **Total Time Billed:** | 701.7 hours |
| **Total Fees Billed:** | $507,780.00 |

# List of Time Entries

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 9/21/2017 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 5.8 | $5,655.00 | Meet with Owen in Oakland office, travel to and from San Anselmo |
| 2/27/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 2.7 | $2,632.50 | Appear at the Case Management Conference before Judge Orrick, travel to and from courthouse. |
| 3/18/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 3.5 | $3,412.50 | Meet with Owen Diaz in Oakland, travel to and from |
| 5/15/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 10.5 | $10,237.50 | Appear for the deposition of Demetric Diaz taken by Barbara Antonucci for 5.0 hours of recorded testimony. Spend time with client in relating to deposition. Travel to and from deposition. |
| 5/15/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 8 | $5,800.00 | travel to/from deposition; attend deposition of Demetric Di-az |
| 5/22/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 9.8 | $9,555.00 | Appear for deposition of Owen Diaz with Navruz Avloni and travel to and from San Francisco |
| 5/22/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 8 | $5,800.00 | Attended the deposition of Plaintiff Owen Diaz with Larry Organ, and travel to/from. |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 6/11/2018 | California Civil Rights Law Group | Ramzi Nimr | Law Clerk | $225 | 7.5 | $1,687.50 | Appear at mediation, travel to and from. |
| 6/11/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 8.4 | $8,190.00 | Appear with Nav Avloni, Clients and Ramzi Nimr for mandatory settlement conference and travel to and from San Francisco |
| 6/11/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 6.5 | $4,712.50 | Appear at mediation, travel to and from. |
| 9/4/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 1.2 | $870.00 | Travel to and from Case Management Hearing in San Francisco. |
| 10/16/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 8.5 | $8,287.50 | Appear for mediation with Jeff Ross -- Ramzi also attended -- We communicated offers to Mediator. No offers from Defense. travel to and from Oakland |
| 12/3/2018 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.2 | $6,045.00 | Appear for Day 2 of Owen Diaz; deposition went over time; permitted counsel for Tesla Barbara Antonucci and counsel for West Valley Fenn Horton to ask questions after time had expired; travel to and from San Francisco. |
| 12/4/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 2.7 | $1,957.50 | Defended client Demetric Di-az's deposition (1.5); travel to and from San Francisco location (1.2). |
| 12/6/2018 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 9.3 | $6,742.50 | Took the deposition of Monica Deleon (7.5); travel to and from Oakland office (1.8) |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 5/17/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 5.4 | $5,265.00 | Deposition of Wayne Jackson and travel to and from Oakland |
| 5/20/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 2.5 | $2,437.50 | Appear for Depo of Tom Kawasaki (no show) and travel to and from Oakland |
| 5/20/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 2.5 | $1,812.50 | Met with Demetrica and LaDrea re depo prep (2.0); travel to/from (.5) |
| 5/21/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 10.4 | $7,540.00 | Deposition of Demetrica Holmes (7.0); travel to/from depo (3.1); meeting with CLT (.3) |
| 6/6/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.8 | $7,605.00 | Appear for Citistaff PMK depo in Oakland and travel to and from Oakland office |
| 6/12/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 5.5 | $5,362.50 | Appear for deposition of Michael Wheeler in Oakland and travel to and from Oakland |
| 6/17/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 10.5 | $10,237.50 | Appear for nextSource PMK deposition and travel to and from Oakland |
| 6/17/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 4.4 | $3,190.00 | prep for meeting with titus mccaleb (.5); meeting with titus mccaleb (2.7); travel to/from meeting with titus mccaleb (1.2) |
| 6/18/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 10 | $7,250.00 | appeared for mccaleb depo (6); meeting with Owen Diazt (1); travel to/from (3) |
| 6/20/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 6 | $4,350.00 | LaDrea Jones Depo appear (2.0); meeting with CLT (1.0); travel to/from (3) |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 6/21/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 5.5 | $3,987.50 | appeared for Owen Diaz depo (4); travel to/from (1.0); discussion with client depo prep (.5) |
| 7/26/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 5.5 | $3,987.50 | deposition of lamar patterson (4.0); travel to/from depo (1.5) |
| 9/9/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 1.1 | $797.50 | travel to/from fisher phillips to meet and confer with all opposing counsel re pmk topics, number of depos, stipulation re msj briefing schedule |
| 9/10/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 2.6 | $1,885.00 | travel to CMC - attend CMC - return from CMC |
| 9/10/2019 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 2.6 | $1,300.00 | travel to CMC - attend CMC - return from CMC |
| 9/10/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 2.6 | $2,535.00 | Appear for CMC before Judge Orrick with Cimone Nunley and Navruz Avloni and travel to and from SF and serve RPD Set 8 on Tesla (in person at hearing) |
| 9/13/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 2.7 | $1,957.50 | met with tesla oc re pmk topics, depositions, scheduling, plaintiffs' disc responses (1.3); travel to/from (1.4) |
| 10/9/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.2 | $4,095.00 | Deposition of Tom Kawasaki and travel to and from Oakland - trial subpoena issued |
| 10/14/2019 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 2.2 | $1,595.00 | met and conferred in person with Tesla counsel Patricia Jeng re tesla discovery responses (.7); travel to/from (1.5) |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 10/15/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 5.5 | $5,362.50 | Appear for Deposition of Veronica Martinez and travel to and from Oakland |
| 10/21/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 16.7 | $16,282.50 | Appear for deposition of Erin Marconi and travel to and from Los Angeles (Bernard had trial conflict) |
| 10/24/2019 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 5.8 | $5,655.00 | Appear for Deposition of Andres Donet and travel to and from Palo Alto |
| 12/17/2019 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 6.50 | $7,800.00 | Preparation [3.0]; attendance at MSJ [1.0] travel back to LAX [2.5] |
| 12/17/2019 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 3.1 | $1,550.00 | travel to MSJ hearing for all defendants |
| 12/17/2019 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 1 | $500.00 | travel from MSJ for all defendants hearing to ofc |
| 2/25/2020 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.1 | $3,997.50 | Appear for deposition of Charles Mahla and travel to and from San Francisco |
| 3/7/2020 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 2.5 | $2,437.50 | Meet with Amy Oppenheimer and travel to and from Berkeley |
| 3/9/2020 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 8.9 | $8,677.50 | Deposition of Expert Amy Oppenheimer and travel to and from San Francisco |
| 9/23/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 0.9 | $450.00 | Ddrop off supplies, test technology hookups, and arrange counsel table at CA Northern District courthouse; travel time to and from |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 9/23/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 0.6 | $135.00 | Travel to the Northern District courthouse |
| 9/23/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 2.3 | $2,242.50 | Drop off supplies and test technology at the Northern District Courthouse. Travel to and from San Francsico |
| 9/24/2021 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 13.50 | $16,200.00 | Pre-trial meeting with jury consultant, preparation for voir dire, travel to court [1.5]; Appearance at court, pre-trial conferences with court, jury selection [5.0]; post-trial preparation for trial [7.0] |
| 9/24/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8 | $1,800.00 | Appear for trial: jury selection. Travel to and from the courthouse. |
| 9/24/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 7.2 | $3,600.00 | Travel to Northern District courthouse for jury selection; attend jury selection conference; return travel to office |
| 9/24/2021 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 7 | $5,075.00 | Trial - travel to/from Diaz trial appear for voir dire |
| 9/24/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.2 | $7,020.00 | Appear at Jury Selection and travel to and from San Fransico from Office in Marin |
| 9/27/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8 | $1,800.00 | Appear at trial, day 1. Travel to and from the courthouse. |
| 9/27/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 7.6 | $3,800.00 | Travel to and from courthouse, appear for trial day 1. |
| 9/27/2021 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 6.5 | $4,712.50 | Diaz Trial - Day 1; appear (5); travel t/from (1.5) |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 9/27/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.6 | $7,410.00 | Attend Day 2 of Court - Opening statements, Tom Kawasaki Direct and Cross, Ed Romero Direct - and travel to and from Court |
| 9/28/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8 | $1,800.00 | Appear at trial, day 2. Travel to and from the courthouse |
| 9/28/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 7.6 | $3,800.00 | Appear at trial at CAND courthouse; travel to/from courthouse |
| 9/28/2021 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 6.5 | $4,712.50 | Appeared in court (5); travel to/from (1.5) |
| 9/28/2021 | California Civil Rights Law Group | Teodora Gagauz | Paralegal | $225 | 2 | $450.00 | travel to/ from courthouse |
| 9/28/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.6 | $7,410.00 | Appear for Day 3 of trial -- Ed Romero Cross, Redirect -- Wayne Jackson, Jackelin Delgado, Victor Quintero -- court received 106 with limiting instruction refused Ex. 109 -- and travel to and from court |
| 9/29/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8 | $1,800.00 | Appear at trial, day 3. Travel to and from the courthouse. |
| 9/29/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 7.5 | $3,750.00 | Appear for day 3 of trial; travel to/from courthouse |
| 9/29/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.5 | $7,312.50 | Appear for Day 4 of Trial -- Video of Kevin McGinn, Video of Demetric Diaz, Owen Diaz Testimony (LO) - interrupt with Michael Wheeler (Bernard), finish Owen Direct (LO), Owen cross begins -- travel to and from court |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 9/30/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8.5 | $1,912.50 | Appear at trial, day 4. Travel to and from the courthouse. |
| 9/30/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 7 | $3,500.00 | Attend day 4 of trial; travel to and from courthouse |
| 9/30/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.2 | $7,020.00 | appear for Day 5 of Trial -- Owen Diaz cross and redirect(me), Anthony Reading (Bernard), LaDrea Jones (Cimone), Play Marconi, Amy Oppenheimer (me), Dr. Charles Mahla (LO) - read discovery, admit exhibits 3, 6, 389, Adjourn -- travel to and from court (Note protest on Golden Gate Bridge) |
| 10/1/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 7.5 | $1,687.50 | Appear at trial, day 5. Travel to and from the courthouse. |
| 10/1/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 6.8 | $3,400.00 | Appear for closing arguments and instructions conference; travel to and from |
| 10/4/2021 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 10.7 | $5,350.00 | Appear at trial, final day. Travel to and from courthouse |
| 10/4/2021 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 10 | $2,250.00 | Appear at trial, day 6. Wait for jury's verdict. Travel to and from the courthouse. |
| 10/4/2021 | California Civil Rights Law Group | Navruz Avloni | Attorney (Partner) | $725 | 6.5 | $4,712.50 | Appeared in court for closing and voir dire; assisted with packup, etc. Travel to and from court |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 10/4/2021 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 10.7 | $10,432.50 | Attend Day 7 of trial - Closing arguments and Jury Deliberation - 3.5 hours of deliberations - Verdict of $6.9 million in compensatory damages and $130 million in punis. Travel to and from courthouse |
| 1/12/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.9 | $4,777.50 | Attend MSC with Judge Illman and Owen Diaz - Dan Posner was there -- they indicated their goal was $0 recovery-- and travel time to and from San Francisco |
| 1/17/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.7 | $6,532.50 | Attend Littleton v. Musk trial Day 1 (voir dire) to get an understanding of how Alex Spiro tries cases and travel to and from San Francisco |
| 1/18/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.8 | $4,680.00 | Attend Littleton Trial for opening statements by Alex Spiro and travel to and from SF |
| 1/23/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.8 | $7,605.00 | Attend in Littleton case researching Alex Spiro and travel to and from San Francisco |
| 1/27/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.7 | $7,507.50 | Attend Littleton trial to observe opposing counsel in trial and travel to and from San Francisco |
| 2/1/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.7 | $6,532.50 | Attend In Re Tesla Trial to observe Opposing Counsel strategy and travel to and from San Francisco |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 2/3/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.8 | $6,630.00 | Observe closing arguments in Littleton case and travel to and from San Francisco |
| 2/27/2023 | Altshuler Berson | Michael Rubin | Attorney (Partner) | $1,275 | 5.40 | $6,885.00 | Prepare for pretrial conference, travel to and from court; oral argument re: MILs, instructions, etc., strategy |
| 2/27/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 3.9 | $1,950.00 | attend pretrial conference; travel to/from |
| 3/15/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 3.8 | $3,705.00 | Meet with Tom Kawasaki re testimony and travel to and from Oakland |
| 3/20/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.7 | $4,582.50 | Meet with Michael Wheeler and Dustin and travel to and from Fremont |
| 3/23/2023 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 8.10 | $9,720.00 | Review emails from jury consultant re for cause challenge [.3]; revise Jackson testimony based on interview [1.5]; continue preparation for opening [3.0]; review email exchanges weigh defendant re trial exhibits [.3]; Review of closing by Spiro in "Funding secured" case; travel to Los Angeles [3.0] |
| 3/23/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 3 | $2,925.00 | Meet with Tom Kawasaki in Oakland Office and travel to and from Oakland |
| 3/24/2023 | California Civil Rights Law Group | Cameron Hartquist | Paralegal | $225 | 4.1 | $922.50 | Travel to courthouse to deliver trial equipment and exhibits |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 3/24/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 3.1 | $697.50 | Travel to San Francisco to drop off supplies at courtroom; set up supplies in courtroom and test the technology; return to office. |
| 3/27/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 3/27/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.80 | $520.00 | Travel to co-counsel offices; |
| 3/27/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.30 | $195.00 | Travel home; |
| 3/27/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 11.7 | $5,850.00 | Attend first day of trial; travel time to/from |
| 3/27/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 11.5 | $2,587.50 | Travel to San Francisco for trial. Attend day one of trial. Travel back after trial. |
| 3/28/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 3/28/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.80 | $520.00 | Travel to co-counsel's offices; |
| 3/28/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.30 | $195.00 | Travel home; |
| 3/28/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 8.7 | $4,350.00 | Attend day 2 of trial, travel time to/from |
| 3/28/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8.5 | $1,912.50 | Travel to San Francisco for trial. Attend trial. Travel back to office. |
| 3/28/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.7 | $7,507.50 | Trial Day 2 - Tom Kawasaki, Michael Wheeler, Wayne Jackson, Amy Oppenheimer Direct - and travel to and from court |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 3/29/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 3/29/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.80 | $520.00 | Travel to co-counsel's offices; |
| 3/29/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.30 | $195.00 | Travel home; |
| 3/29/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8.4 | $1,890.00 | Travel to San Francisco for trial, attend trial, travel back to office. |
| 3/29/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 8 | $7,800.00 | Appear for Day 3 - Oppenheimer cross, Ed Romero cross, Marconi video, Ramon Martinez Direct (no cross by Tesla), Owen Direct, Cross started and travel to and from San Francisco |
| 3/30/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 3/30/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel home; |
| 3/30/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 8.7 | $1,957.50 | Travel to San Francisco for trial, attend trial, travel back to office. |
| 3/30/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 8 | $4,000.00 | Attend Day 4 of trial, travel time to/from |
| 3/30/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.5 | $7,312.50 | Appear for Day 4 of trial - Owen Cross & Redirect, Dr. Reading, Demetric, LaDrea and travel to and from San Francisco |
| 3/31/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 3/31/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel home from court; |

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 3/31/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 13.6 | $6,800.00 | Attend 5th day of trial, travel to/from |
| 3/31/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 11.4 | $2,565.00 | Travel to San Francisco for trial, attend trial, travel home. |
| 3/31/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 11.4 | $11,115.00 | Appear for Day 5 of trial - Mahla, discovery, plaintiff rests, Jackie Delgado, Joyce DelaGrande - lunch - closing arguments - jury deliberations - travel to and from San Francisco |
| 4/3/2023 | Alexander Morrison & Fehr | J. Bernard Alexander | Attorney (Partner) | $1,200 | 8.00 | $9,600.00 | Appearance at trial, wait for jury; receive verdict, travel to and from court [9.0] |
| 4/3/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel to court; |
| 4/3/2023 | Altshuler Berson | Jonathan Rosenthal | Attorney (Associate) | $650 | 0.50 | $325.00 | Travel home from court; |
| 4/3/2023 | California Civil Rights Law Group | Cimone Nunley | Attorney (Associate) | $500 | 10.7 | $5,350.00 | attend day 6 of trial, travel to/from |
| 4/3/2023 | California Civil Rights Law Group | Sabrina Grislis | Paralegal | $225 | 7.5 | $1,687.50 | Travel to San Francisco, wait for jury to finish deliberating and hear verdict, travel back to office. |
| 4/3/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 8.4 | $8,190.00 | Appear for Jury Deliberations - meet with team after verdict - travel to and from San Francisco |