# Exhibit J

## Total Time and Fees Billed For Littleton Trial

| Total Time Billed: | 35.7 hours |
|---|---|
| Total Fees Billed: | $34,807.50 |

## List of Time Entries

| Date | Law Firm | Name of Biller | Position | Billing Rate | Time Billed | Fees Billed | Description |
|---|---|---|---|---|---|---|---|
| 1/17/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.7 | $6,532.50 | Attend Littleton v. Musk trial Day 1 (voir dire) to get an understanding of how Alex Spiro tries cases and travel to and from San Francisco |
| 1/18/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 4.8 | $4,680.00 | Attend Littleton Trial for opening statements by Alex Spiro and travel to and from SF |
| 1/18/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 0.3 | $292.50 | Phone conf. with Bernard Alexander to discuss opening and strategy and Alex Spiro's opening in the Littleton v. Tesla case |
| 1/23/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.8 | $7,605.00 | Attend in Littleton case researching Alex Spiro and travel to and from San Francisco |
| 1/27/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 7.7 | $7,507.50 | Attend Littleton trial to observe opposing counsel in trial and travel to and from San Francisco |
| 2/3/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 6.8 | $6,630.00 | Observe closing arguments in Littleton case and travel to and from San Francisco |
| 2/6/2023 | California Civil Rights Law Group | Lawrence Organ | Attorney (Partner) | $975 | 1.6 | $1,560.00 | review voir dire transcript from Littleton case and highlight for jury consultant |