# Exhibit K

# Mr. Diaz's Requested Expenses for Thirteen Focus Groups

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 3/4/2020 | California Civil Rights Law Group | Other | $6,724.00 | Reservation fee for 1/2 cost of focus group location organized by Harry Plotkin |
| 8/25/2021 | California Civil Rights Law Group | Other | $10.00 | Craigslist posting for focus group |
| 9/7/2021 | California Civil Rights Law Group | Other | $1,200.25 | Focus Group payments to participants $50 each, 23 people. PayPal fees 50.25 |
| 12/18/2022 | California Civil Rights Law Group | Other | $40.00 | Craigslist ads (4) for focus group ads |
| 12/21/2022 | California Civil Rights Law Group | Other | $1,025.60 | PayPal payments of $100/each plus fees to 10 focus group participants |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (North Bay Counties) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (SF County) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (East Bay Counties) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (San Mateo County) |
| 2/16/2023 | California Civil Rights Law Group | Other | $697.32 | PayPal payments of $75/each plus fees to 9 focus group participants |
| 2/27/2023 | California Civil Rights Law Group | Other | $697.32 | PayPal payments of $75 plus fees to 9 focus group participants |
| 2/27/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads (March 2) |
| 2/28/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads (March 4) |
| 3/2/2023 | California Civil Rights Law Group | Other | $736.21 | PayPal payments of $75 to 9 focus group participants, $37.50 to 1 participant; plus fees |

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 3/4/2023 | California Civil Rights Law Group | Other | $774.80 | PayPal payments of $75 plus fees to 10 focus group participants |
| 3/8/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist fees for posting focus group ads (4 ads) |
| 3/13/2023 | California Civil Rights Law Group | Other | $577.38 | Payment of $75/each, plus fees, to focus group participants |
| 3/14/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads |
| 3/18/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for reposting focus group ads |
| 3/18/2023 | California Civil Rights Law Group | Other | $928.80 | Paypal payments of $100/each, plus fees, to focus group participants |
| 3/21/2023 | California Civil Rights Law Group | Other | $852.28 | Payment of $75/each, plus fees, to focus group participants |
| 3/22/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist fees for focus group ads (4) |
| **Total** | | | **$14,543.96** | |