# Exhibit L

# Mr. Diaz's Requested Expenses Since First Verdict

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 12/18/2022 | California Civil Rights Law Group | Other | $40.00 | Craigslist ads (4) for focus group ads |
| 12/21/2022 | California Civil Rights Law Group | Other | $1,025.60 | PayPal payments of $100/each plus fees to 10 focus group participants |
| 1/4/2023 | California Civil Rights Law Group | Postage/Delivery | $20.52 | FedEx charge for check to MK Litigation Solutions |
| 2/9/2023 | California Civil Rights Law Group | Postage/Delivery | $33.88 | FedEx of documents to client |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (North Bay Counties) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (SF County) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (East Bay Counties) |
| 2/12/2023 | California Civil Rights Law Group | Other | $10.00 | Focus Group ad for Feb. 16 focus group (San Mateo County) |
| 2/16/2023 | California Civil Rights Law Group | Other | $697.32 | PayPal payments of $75/each plus fees to 9 focus group participants |
| 2/27/2023 | California Civil Rights Law Group | Other | $697.32 | PayPal payments of $75 plus fees to 9 focus group participants |
| 2/27/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads (March 2) |
| 2/28/2023 | California Civil Rights Law Group | Expert Witness | $1,590.00 | Charles Mahla/Econ One, invoice no. 23458, report prep |
| 2/28/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads (March 4) |
| 3/2/2023 | California Civil Rights Law Group | Other | $736.21 | PayPal payments of $75 to 9 focus group participants, $37.50 to 1 participant; plus fees |

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 3/4/2023 | California Civil Rights Law Group | Other | $774.80 | PayPal payments of $75 plus fees to 10 focus group participants |
| 3/6/2023 | California Civil Rights Law Group | Travel Expense | $1,328.25 | Marqui Hood stay at San Anselmo Inn during trial |
| 3/6/2023 | California Civil Rights Law Group | Travel Expense | $1,695.75 | Cimone Nunley stay at San Anselmo Inn during trial |
| 3/8/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist fees for posting focus group ads (4 ads) |
| 3/13/2023 | California Civil Rights Law Group | Other | $577.38 | Payment of $75/each, plus fees, to focus group participants |
| 3/14/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for focus group ads |
| 3/16/2023 | Alexander Morrison & Fehr | Travel | $753.96 | Southwest Flight – 2nd Trial Prep |
| 3/16/2023 | Alexander Morrison & Fehr | Travel | $2,826.16 | InterContinental Hotel Stay 2nd Trial |
| 3/17/2023 | Alexander Morrison & Fehr | Travel | $2,084.78 | Expedia Hotel Reservation: Gables Inn – Sausalito – 2nd Trial Prep[2] (3/17/23-3/23/23) |
| 3/18/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist ad fees (4) for reposting focus group ads |
| 3/18/2023 | California Civil Rights Law Group | Other | $928.80 | Paypal payments of $100/each, plus fees, to focus group participants |
| 3/19/2023 | California Civil Rights Law Group | Other | $97.80 | Amazon order of trial materials: numbered stickers |
| 3/19/2023 | California Civil Rights Law Group | Other | $243.81 | Amazon order of trial materials: binders and numbered tabs |
| 3/19/2023 | California Civil Rights Law Group | Other | $55.24 | Amazon order of trial materials: divider tabs |
| 3/20/2023 | California Civil Rights Law Group | Other | $42.42 | Amazon order of trial materials: binders |

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 3/20/2023 | California Civil Rights Law Group | Other | $104.99 | Amazon order of trial materials: numbered stickers and tabs |
| 3/21/2023 | California Civil Rights Law Group | Other | $852.28 | Payment of $75/each, plus fees, to focus group participants |
| 3/22/2023 | California Civil Rights Law Group | Travel Expense | $118.02 | Cameron Hartquist meal purchase: lunch for trial team during prep meeting |
| 3/22/2023 | California Civil Rights Law Group | Other | $40.00 | Craigslist fees for focus group ads (4) |
| 3/22/2023 | California Civil Rights Law Group | Other | $55.20 | Amazon order of trial materials: binders |
| 3/22/2023 | California Civil Rights Law Group | Other | $82.50 | Amazon order of trial materials: numbered stickers |
| 3/22/2023 | Alexander Morrison & Fehr | Travel | $649.96 | Southwest Flight – 2nd Trial – Part 2 |
| 3/23/2023 | Alexander Morrison & Fehr | Travel | $2,426.94 | InterContinental Hotel Stay 2nd Trial (3/24/23 – 4/1/23) |
| 3/24/2023 | California Civil Rights Law Group | Travel Expense | $24.00 | Parking cost for dropping off trial binders at courthouse |
| 3/24/2023 | Alexander Morrison & Fehr | Travel | $37.79 | Ubers – 2nd Trial |
| 3/24/2023 | Alexander Morrison & Fehr | Travel | $41.96 | Ubers – 2nd Trial |
| 3/25/2023 | Alexander Morrison & Fehr | Travel | $73.58 | Ubers – 2nd Trial |
| 3/26/2023 | California Civil Rights Law Group | Travel Expense | $57.60 | Purchase of snacks during trial |
| 3/26/2023 | California Civil Rights Law Group | Other | $422.80 | FedEx cost of printing demonstrative posters |
| 3/26/2023 | Alexander Morrison & Fehr | Travel | $55.16 | Ubers – 2nd Trial |
| 3/27/2023 | California Civil Rights Law Group | Travel Expense | $185.94 | Lunch for trial team day 1 |

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 3/27/2023 | California Civil Rights Law Group | Jury Consultant | $15,490.39 | Harry Plotkin jury consultant. All work up to trial 2 |
| 3/27/2023 | California Civil Rights Law Group | Other | $30.69 | Amazon order of trial materials: masks for use during trial |
| 3/28/2023 | California Civil Rights Law Group | Travel Expense | $177.86 | Lunch for trial team day 2, purchased by Teodora Gagauz |
| 3/28/2023 | Alexander Morrison & Fehr | Travel | $12.98 | Ubers – 2nd Trial |
| 3/29/2023 | California Civil Rights Law Group | Travel Expense | $143.13 | Trial day 3, lunch for trial team |
| 3/29/2023 | California Civil Rights Law Group | Travel Expense | $185.68 | Cimone Nunley purchase of dinner for trial team, Sol Food |
| 3/29/2023 | Alexander Morrison & Fehr | Travel | $71.35 | Ubers – 2nd Trial |
| 3/30/2023 | California Civil Rights Law Group | Travel Expense | $284.92 | Trial day 4, lunch for trial team |
| 3/30/2023 | Alexander Morrison & Fehr | Travel | $78.18 | Ubers – 2nd Trial |
| 3/30/2023 | Alexander Morrison & Fehr | Travel | $101.09 | Ubers – 2nd Trial |
| 3/30/2023 | Alexander Morrison & Fehr | Travel | $10.60 | Ubers – 2nd Trial |
| 3/31/2023 | California Civil Rights Law Group | Travel Expense | $110.00 | Sabrina Grislis parking costs for trial: $22/day for 3/27-31 |
| 3/31/2023 | California Civil Rights Law Group | Expert Witness | $3,080.00 | Charles Mahla/Econ One, invoice no. 23664, testimony and prep |
| 3/31/2023 | California Civil Rights Law Group | Expert Witness | $9,480.00 | Amy Oppenheimer, OIG trial 2 invoice |
| 3/31/2023 | Alexander Morrison & Fehr | Travel | $13.60 | Ubers – 2nd Trial |
| 4/1/2023 | California Civil Rights Law Group | Expert Witness | $10,710.81 | Dr Anthony Reading, trial 2 invoice |

| Date | Law Firm | Type | Cost | Description |
|---|---|---|---|---|
| 4/3/2023 | California Civil Rights Law Group | Travel Expense | $98.00 | Cimone Nunley parking costs at trial: $22/day for 3/27, 3/28 3/31; $32/day for 4/3 |
| 4/3/2023 | California Civil Rights Law Group | Travel Expense | $120.00 | Larry Organ parking costs for 6 days at trial: $20/day |
| 4/3/2023 | California Civil Rights Law Group | Travel Expense | $142.00 | Emily Kohlheim parking costs for attending trial: $22/day for 3/27, 28, 28, 31, 4/3. $32/day for 3/30 |
| 4/6/2023 | California Civil Rights Law Group | Postage/Delivery | $19.30 | USPS of witness fee checks to Jackson and Wheeler |
| 4/6/2023 | California Civil Rights Law Group | Other | $335.00 | BMA invoice no. 9002802, reprint originals |
| 4/18/2023 | California Civil Rights Law Group | Travel Expense | $131.32 | Cimone Nunley mileage reimbursement for travel related to trial: 37.3 miles RT and $8.40 bridge toll/day for 4 days. |
| April 2, 2023 | Alexander Morrison & Fehr | Travel | $692.96 | Southwest Flight – 2nd Trial – Part 2 |
| April 2, 2023 | Alexander Morrison & Fehr | Travel | $40.75 | Ubers – 2nd Trial |
| April 3, 2023 | Alexander Morrison & Fehr | Travel | $315.15 | IHG Hotel Stay – 2nd Trial (4/3/23- 4/4/23) |
| April 4, 2023 | Alexander Morrison & Fehr | Travel | $12.97 | Ubers – 2nd Trial |
| April 4, 2023 | Alexander Morrison & Fehr | Travel | $76.87 | Ubers – 2nd Trial |
| **Total** | | | **$63,684.32** | |