| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone: (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile: (415) 362-8064 |
| Telephone: (415)-453-7352 | |
| Facsimile: (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone: (310) 394-0888 | drew@collierlawsf.com |
| Facsimile: (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone: (415) 767-0047 |
| | Facsimile: (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ, | Case No. 3:17-cv-06748-WHO |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF MICHAEL RUBIN IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND EXPENSES** |
| v. | |
| TESLA, INC. dba TESLA MOTORS, INC.; | |
| Defendant. | Retrial Date: March 27, 2023 |
| | Complaint filed: October 16, 2017 |
| | Hearing: January 10, 2024 |

# SUPPLEMENTAL DECLARATION OF MICHAEL RUBIN IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND EXPENSES

I, Michael Rubin, declare as follows:

1. I am a partner in Altshuler Berzon LLP ("Altshuler Berzon"), a member of the California State Bar, and co-counsel to plaintiff Owen Diaz in this action. This declaration supplements and incorporates by reference the fees declaration I previously submitted in this matter on October 25, 2023, ECF 494-2. I make this declaration of my own personal knowledge, and I am competent to testify to the matters set forth herein.

2. In my previous declaration, I described the skills, experience, and hourly rates of the Altshuler Berzon professionals who worked on this matter, summarized the work we performed in conjunction with our co-counsel at California Civil Rights Law Group, Alexander Morrison + Fehr LLP, and the Collier Law Firm, LLP, and attached detailed contemporaneous time records and expense summaries based on the work we performed (after exercising billing judgment) through October 6, 2023.

2. Attached hereto as Exhibit 1 is a spreadsheet setting forth the additional work my Altshuler Berzon colleagues and I performed with respect to this fees litigation from October 7, 2023 through December 3, 2023 and the additional expenses we incurred during that time period. I personally exercised billing judgment with respect to the time entries reflected in Exhibit 1, just as I had done with respect to the time recorded in the spreadsheet attached to my previous declaration. Between October 7, 2023 and December 3, 2023, I spent 38.40 hours on fees-on-fees matters, my partner Corinne Johnson spent 22 hours, and associate Jonathan Rosenthal spent 4 hours. In the exercise of billing judgment, as shown on the attached Exhibit 1,Plaintiff is seeking compensation for only 33.10 hours of my time, 18.20 hours of Ms. Johnson's, and 3 hours of Mr. Rosenthal's. My Altshuler Berzon colleagues and I recorded the time reflected in Exhibit 1 in the same manner we recorded our earlier time, as explained in ¶14 of my previous declaration.

3. Some of the time reflected in the exhibits we previously submitted in this matter was for "travel" time. Altshuler Berzon customarily bills its hourly paying clients for time spent by

attorneys and other professionals traveling from our homes (or our office, in some instances when we go into our office first) to depositions, court appearances, and other out-of-office meetings. Whenever reasonably practicable, my colleagues and I perform substantive work on the matter for which we are billing while we are traveling – for example, to prepare for the upcoming event, to review our notes, to discuss issues with co-counsel, or to read relevant cases, memoranda, and other materials.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of December 2023, at San Francisco, California.

_____
Michael Rubin

# EXHIBIT 1

*Diaz v. Tesla*, AB LLP Hours and Lodestar 10/07/2023 Through 12/03/2023

| Biller | Initials | TOTAL HOURS | HOURS BILLED | NO CHARGE HOURS | 2023 Rate | Lodestar |
|---|---|---|---|---|---|---|
| Rubin, Michael | MR | 38.40 | 33.10 | 5.30 | 1,275.00 | $42,202.50 |
| Johnson, Corinne | CJ | 22.00 | 18.20 | 3.80 | 825.00 | $15,015.00 |
| Rosenthal, Jono | JMR | 4.00 | 3.00 | 1.00 | 650.00 | $1,950.00 |
| | | 64.40 | 54.30 | 10.10 | | $59,167.50 |

| Billing Code | Date | Biller | HOURS BILLED | NO CHARGE HOURS | Description |
|---|---|---|---|---|---|
| 1583.001 | 10/07/23 | MR | 2.20 | | Edit fee declarations; prepare exhibits; edit fees brief |
| 1583.001 | 10/09/23 | MR | 0.20 | | Emails re: fee application, hourly rates, declaration, issues |
| 1583.001 | 10/10/23 | MR | 0.50 | | Edit fee declarations; emails re: same |
| 1583.001 | 10/11/23 | MR | 1.60 | | Emails re: meet and confer; edit fees declarations; emails re: fees brief |
| 1583.001 | 10/12/23 | MR | 4.20 | | Research, emails re: hourly rates; edit draft brief; emails to Cimone Nunley, Larry Organ re: same; telephone conferences with co-counsel |
| 1583.001 | 10/13/23 | MR | 5.30 | | Research, edit fee motion; email with Cimone Nunley, Larry Organ re: same; videoconference with co-counsel re: meet and confer strategy; prepare for and conduct meet and confer, further strategy conference with co-counsel re: settlement and fees issues; edit proposed stipulation; prepare demand letter; emails re: same; |
| 1583.001 | 10/15/23 | MR | 0.20 | | Meet and confer emails re: fee motion scheduling; |
| 1583.001 | 10/16/23 | MR | 1.10 | | Edit declarations and brief; emails re: same; |
| 1583.001 | 10/19/23 | MR | | 0.60 | Review and edit fee declarations; emails re: same; (No Charge) |
| 1583.001 | 10/21/23 | MR | 2.70 | | Edit fees motion; emails re: same; |
| 1583.001 | 10/23/23 | MR | | 0.60 | Emails re: fee brief research and different approaches; research re: same; review new declarations; emails re: same; (No Charge) |
| 1583.001 | 10/23/23 | JMR | 3.00 | | Legal research re: multipliers in federal court; |
| 1583.001 | 10/23/23 | JMR | | 1.00 | Legal research re: multipliers in federal court; (No Charge) |
| 1583.001 | 10/24/23 | MR | | 1.60 | Edit fee declarations; emails re: same; (No Charge) |
| 1583.001 | 10/25/23 | MR | 1.70 | | Edit fee brief, declarations; emails re: same; review, edit charts; strategy conferences with Larry Organ and Sabrina Grislis re: final issues |
| 1583.001 | 11/14/23 | MR | | 0.20 | Emails re: fees issues, strategy, timing; (No Charge) |
| 1583.001 | 11/15/23 | CJ | | 0.80 | Review opening fees brief; (No Charge) |
| 1583.001 | 11/17/23 | MR | | 0.10 | Review opposition to fee petition; emails with co-counsel; (No Charge) |
| 1583.001 | 11/18/23 | CJ | 1.80 | | Review and analyze opposition to fees motion and supporting declaration and exhibits; |
| 1583.001 | 11/18/23 | MR | 0.70 | | Review Tesla's opposition, Posner declaration; exhibits; emails re: same; |
| 1583.001 | 11/19/23 | CJ | | 1.00 | Videoconference wtih Larry Organ, Bernard Alexander, Michael Rubin, Cimone Nunley re: fees reply; (No Charge) |
| 1583.001 | 11/19/23 | MR | 2.80 | | Prepare for and conduct videoconference re: reply in support of fees motion; emails re: same; prepare memo outlining arguments for fee reply briefs; emails re: same; |
| 1583.001 | 11/20/23 | MR | | 0.20 | Review emails re: lodestar analysis; (No Charge) |
| 1583.001 | 11/21/23 | MR | 0.30 | | Emails with Cimone Nunley re: issues in reply brief; |
| 1583.001 | 11/29/23 | MR | 0.70 | | Review, edit fees brief; emails re: same; |
| 1583.001 | 11/29/23 | CJ | 8.40 | | Edit draft fees reply |
| | | CJ | | 2.00 | Edit draft fees reply; (No Charge) |
| 1583.001 | 11/30/23 | MR | 4.50 | | Edit fee brief; conferences with Corinne Johnson re: same; |
| | | MR | | 2.00 | Edit fee brief; conferences with Corinne Johnson re: same; (No Charge) |
| 1583.001 | 11/30/23 | CJ | 3.60 | | Edit fees reply; |
| 1583.001 | 12/01/23 | CJ | 4.40 | | Research, edit fees reply; |
| 1583.001 | 12/01/23 | MR | 1.50 | | Edit fee reply; email with co-counsel re: same; |
| 1583.001 | 12/02/23 | MR | 2.10 | | Review emails re: supplemental declarations; draft supplemental Rubin declaration; edit revised reply brief ; review and respond to Bernard Alexander edits, draft declaration; further edits to declarations; |
| 1583.001 | 12/03/23 | MR | 0.80 | | Edit fee declarations; emails with co-counsel re: reply brief, edits; |

**Total Hours 10/07/2023 thru 12/03/2023:**  **54.30**  **10.10**