| | |
|---|---|
| LAWRENCE A. ORGAN (SBN 175503) | MICHAEL RUBIN (SBN 80618) |
| larry@civilrightsca.com | mrubin@altber.com |
| MARQUI HOOD (SBN 214718) | JONATHAN ROSENTHAL (SBN 329638) |
| marqui@civilrightsca.com | jrosenthal@altber.com |
| CIMONE A. NUNLEY (SBN 326915) | **ALTSHULER BERZON LLP** |
| cimone@civilrightsca.com | 177 Post Street, Suite 300 |
| **CALIFORNIA CIVIL RIGHTS LAW GROUP** | San Francisco, California 94108 |
| 332 San Anselmo Avenue | Telephone: (415) 421-7151 |
| San Anselmo, California 94960 | Facsimile: (415) 362-8064 |
| Telephone: (415)-453-7352 | |
| Facsimile: (415)-785-7352 | DUSTIN L. COLLIER (SBN 264766) |
| | dcollier@collierlawsf.com |
| J. BERNARD ALEXANDER (SBN 128307) | V. JOSHUA SOCKS (SBN 303443) |
| balexander@amfllp.com | jsocks@collierlawsf.com |
| **ALEXANDER MORRISON & FEHR LLP** | ELIZABETH R. MALAY (SBN 336745) |
| 1900 Avenue of the Stars, Suite 900 | emalay@collierlawsf.com |
| Los Angeles, California 90067 | DREW F. TETI (SBN 267641) |
| Telephone: (310) 394-0888 | drew@collierlawsf.com |
| Facsimile: (310) 394-0811 | **COLLIER LAW FIRM, LLP** |
| | 240 Tamal Vista Blvd. Suite 100 |
| | Corte Madera, CA 94925 |
| | Telephone: (415) 767-0047 |
| | Facsimile: (415) 767-0037 |

Attorneys for Plaintiff,
OWEN DIAZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC.;<br><br>Defendant. | Case No. 3:17-cv-06748-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Trial Date: March 27, 2023<br>Judgment Entered: April 12, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Owen Diaz ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"), by and through their attorneys of record, hereby submit this Joint Stipulation for Dismissal.

**WHEREAS**, on April 11, 2023, the Court entered Judgment in this matter following a verdict in a jury trial (Dkt. 471);

**WHEREAS**, on November 2, 2023, Plaintiff filed a Notice of Appeal from the Judgment (Dkt. 497);

**WHEREAS**, on November 16, 2023, Defendant filed a Notice of Cross-Appeal from the Judgment (Dkt. 499);

**WHEREAS**, the Parties have executed a final, binding settlement agreement that fully resolves all claims;

**WHEREAS**, the Parties have met and conferred and agree that the matter has been resolved and this case may be dismissed.

**NOW THEREFORE**, it is hereby stipulated, by and between the Parties, that this matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each Party to bear its own costs and fees.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   |   | CALIFORNIA CIVIL RIGHTS LAW GROUP<br>ALEXANDER MORRISON + FEHR LLP<br>ALTSHULER BERZON LLP<br>COLLIER LAW FIRM LLP |
| DATED:  March 15, 2024 | By: | ___/s Cimone Nunley_____ |
|   |   | Lawrence A. Organ, Esq.<br>Cimone A. Nunley, Esq.<br>J. Bernard Alexander, Esq.<br>Marqui Hood, Esq.<br>Michael Rubin, Esq.<br>Jonathan Rosenthal, Esq.<br>Dustin L. Collier, Esq.<br>V. Joshua Socks, Esq.<br>Elizabeth R. Malay, Esq.<br>Drew F. Teti, Esq.<br>Attorneys for Plaintiff<br>OWEN DIAZ |
| DATED: March 15, 2024 |   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | By | ___/s Daniel Posner_____ |
|   |   | Kathleen M. Sullivan<br>Daniel C. Posner<br>Mari Henderson<br>Asher Griffin<br>Attorneys for Defendant<br>TESLA, INC. |

# [PROPOSED] ORDER

Based upon the Parties' Stipulation, and good cause having been shown, **IT IS HEREBY ORDERED THAT**:

This matter shall be dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024          _____

                                              Hon. William H. Orrick

# DECLARATION OF CONSENT

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I obtained concurrence in the filing of this document from above-listed counsel for Defendant Tesla, Inc., which shall serve in lieu of their signature on the document.

Dated: March 15, 2024          By:   /s Cimone Nunley_____
                               Lawrence A. Organ, Esq.
                               Cimone A. Nunley, Esq.
                               J. Bernard Alexander, Esq.
                               Marqui Hood, Esq.
                               Michael Rubin, Esq.
                               Jonathan Rosenthal, Esq.
                               Dustin L. Collier, Esq.
                               V. Joshua Socks, Esq.
                               Elizabeth R. Malay, Esq.
                               Drew F. Teti, Esq.
                               Attorneys for Plaintiffs
                               DEMETRIC DI-AZ AND OWEN DIAZ